**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ROBERT YOUNG,**<br>**Plaintiff** | *<br>*<br>* | **Civil Action No. 23-681** |
| **VERSUS** | *<br>* | **District Judge: Shelly D. Dick** |
| **JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY, ET AL**<br>**Defendants** | *<br>*<br>* | **Magistrate Judge:**<br>**Richard L. Bourgeois** |

*********************************************

**EXHIBIT LIST TO**
**OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL (Doc 52)**

Exhibit A – Defendant's Original, First, Second, Third and Fourth Supplemental Responses

LIZ MURRILL
ATTORNEY GENERAL

*s/ Allen J. Krouse, III*
ALLEN J. KROUSE, III (La. Bar #14426)
RENEE G. CULOTTA (La. Bar #24436)
SUZANNE M. RISEY (La. Bar #25488)
FRILOT LLC
Special Assistant Attorneys General
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8000
Fax: (504) 599-8100
Email: akrouse@frilot.com; rculotta@frilot.com; srisey@frilot.com

***Attorneys for Defendants, James LeBlanc and Seth Smith***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

*/s/Allen J. Krouse, III*