**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ROBERT YOUNG, | * | Civil Docket Number: |
| | * | 23-681-SDD-RLB |
| Plaintiff, | * | |
| | * | |
| v. | * | JUDGE: |
| | * | SHELLY D. DICK |
| JAMES LEBLANC, SECRETARY OF | * | |
| DEPARTMENT OF PUBLIC SAFETY AND | * | |
| CORRECTIONS; et al. | * | MAGISTRATE: |
| | * | RICHARD L. BOURGEOIS |
| Defendants. | * | |
| | * | |

**EXHIBIT LIST FOR**
**PLAINTIFF'S REPLY TO**
**FIRST MOTION TO COMPEL DISCOVERY RESPONSES FROM**
**DEFENDANTS LEBLANC AND SMITH**

Plaintiffs submit the following exhibit list with exhibit number and brief description:

Exhibit 1: 2022 Basic Jail Guidelines Excerpts

Exhibit 2: Crystal Breland Deposition Excerpts

Exhibit 3: Robin Nix Perrin Deposition Excerpts

Respectfully submitted,

/s/ Elizabeth Cumming
**ELIZABETH CUMMING (**Bar Roll No. 31685), T.A.
**EMILY WASHINGTON** (Bar Roll No. 34143)
**JACK STEPHENS** (Bar Roll No. 41468)
Roderick and Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
Phone: (504) 620-2259

Fax: (504) 208-3133
elizabeth.cumming@macarthurjustice.org
emily.washingting@macarthurjustice.org

-AND-

/s/ Stephen J. Haedicke
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke
1040 Saint Ferdinand St.
New Orleans, LA 70117
(504)291-6999 Telephone
(504)291-6998 Fax
stephen@haedickelaw.com

*Attorneys for Plaintiff*

Dated: January 27, 2025