LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS

# BASIC JAIL GUIDELINES

## DOC Offenders Housed in Local Jail Facilities

**JULY 31, 2022**


**John Bel Edwards**
**Governor**

**James M. Le Blanc**
**Secretary**

R.S. 15:811 and 15:833 and Department Regulation No. OP-A-3 "Escorted Absences."

All funeral trips for DOC offenders shall be conducted via video visitation. Any exceptions require prior approval from the Chief of Operations.

Comment: None
Protocol: *Written policy and procedure.*
Documentation: *Documentation of staff training. Documentation of medical, funeral, etc. (outside trips).*

**C. EMERGENCY PREPAREDNESS/RESPONSE**

**I-C-001 Emergency Plan (MANDATORY – ANNUAL REVIEW) (Ref. 7/1/2009 BJG II-002, III-007, ACA CJS 1-1C-01, 1-1C-02, Department Regulations PS-D-3, OP-A-5, OP-B-3, and AM-I-4)**

There is a written plan, submitted to the Secretary of DPS&C that specify the procedures to be followed in situations that threaten facility security. Such situations include but are not limited to riots, hunger strikes, disturbances, taking of hostages, and natural or man-made disasters. These plans are made available to all applicable personnel and are reviewed annually and updated, as needed. All facility personnel are trained annually in the implementation of the emergency plan.

An evacuation plan is used in the event of fire or major emergency. The plan is approved by the state fire marshal, reviewed annually, and updated, if necessary.

There are written procedures for significant unusual occurrences or facility emergencies including but not limited to natural or man-made disasters; major disturbances such as riots, hostage situations, escapes, fires, deaths, serious illness or injury and assaults or other acts of violence. Such procedures include the reporting of these incidents to the DPS&C, Office of Adult Services, telephone number 800-803-8748 during normal business hours or the control center at Elayn Hunt Correctional Center, telephone number 800-842-4399 after hours, when they involve DPS&C offenders. In addition, the facility shall follow the incident reporting procedures as outlined in Department Regulation C-05-001/AM-I-4, “Activity Reports, Unusual Occurrence Reports”, Category A, B and C.

Comment: *Emergency plans must not only address emergency situations/disturbances within the facility, but must also address natural disasters (flood, hurricane, tornado, etc.) or human-induced disasters (hazardous material spills, infrastructure failure, bio-terrorism, etc.). These emergency plans must be submitted to the Secretary of the DPS&C.*

*orders, suicide watch review notes, and suicide watch logs. Written suicide program approved by behavioral health professional.*

*Documentation: Health records. Documentation of staff training. Documentation of suicide watches.*

**IV-C-015 Offender Deaths (MANDATORY – ANNUAL REVIEW)**
**(Ref. 7/1/2009 BJG IV-024, Department Regulation AM-I-4)**

Written policy, procedure, and practice specify and govern the actions to be taken in the event of an offender's death, which includes notification of the coroner of all offender deaths. All attempts to contact the coroner regarding any death shall be thoroughly documented. Such procedures shall also include the reporting requirements as outlined in BJG I-C-001. In addition, a written report of all offender deaths shall be submitted to DPS&C on Form AM-I-4-x (via email to DOC-HQ_Cat_A_Notfications@la.gov or via fax to 225-342-3349).

*Comment: None*
*Protocol: Written policy and procedure.*
*Documentation: Notification. Reporting requirements. Report to DPS&C.*

**IV-C-016 Notification (REVISED)**
**(Ref. ACA CJS 1-4D-06,, Department Regulation OP-C-9, La. R.S. 15:833A)**

A visit with an immediate family member shall be granted when an offender is admitted to an intensive care unit (ICU) or trauma center due to a serious bodily injury or due to being a terminally ill offender for the duration of the offender's admission to the ICU or trauma center, unless the Warden or designee provides written notice within 6 hours of the offender's admission to the ICU or trauma center to any immediate family member seeking visitation why such visitation cannot be granted, pursuant to La. R.S. 15:833(A) and Department Regulation OP-C-9;

- If the offender's admission to the ICU or trauma center occurs between 8:00 p.m. and 4:00 a.m., the Warden or designee shall provide the required written notification within 24 hours of the time the serious bodily injury occurred.
- Pursuant to La. R.S. 15:833(A), the Warden or designee shall attempt to notify the offender's immediate family within 8 hours of the medical decision to transport the offender to the ICU or trauma center.
- Based on extenuating circumstances, the Warden or designee may extend the definition of an offender's immediate family member.

*Protocol: Written policy and procedure. Index.*
*Documentation: Annual reviews. Dissemination to staff.*

**VII-B-009 Annual Compliance Statement**
(Ref. 7/1/2009 BJG I-016)

Written policy, procedure, and practice demonstrate that the facility shall submit an annual statement confirming continued compliance with the Basic Jail Guidelines to the appropriate DPS&C Regional BJG Team Leader. This statement, shall be submitted by January 31st each year, in writing and shall include:

1. A copy of the current Fire Marshal Report;
2. A copy of the current Health Inspection Report;
3. Any proposed or projected expansion;
4. Any rehabilitative programs that are available; and
5. Summary of any reentry initiatives/programs implemented by the facility.

*Comment: None.*
*Protocol: Written policy and procedure.*
*Documentation: Annual statement.*

**VII-B-010 Monthly Reporting**
(Ref. 7/1/2009 BJG III-007-1; Department Regulation AM-I-4)

Written policy, procedure, and practice ensure that any facility with DPS&C offenders report activities to the Chief of Operations on a monthly basis in accordance with Department Regulation AM-I-4. These reports shall be submitted on automated reporting forms provided by the DPS&C, no later than the 15th day of the month for the previous month's activities. Automated reporting shall be completed, by the appropriate DPS&C Regional BJG Team Leader, no later than the 20th day of the month for the previous month's activities.

*Comment: All facilities that house DPS&C offenders are required to report on a monthly basis. Refer to Department Regulation AM-I-4 for details on specific reporting requirements.*
*Protocol: Written policy and procedure.*
*Documentation: Monthly report.*

**VII-V-011 Staff Meetings**
(Ref. 7/1/2009 BJG I-003; ACA CJS 1-4D-02)

Written policy, procedure, and practice provide for regular meetings between the Sheriff, facility administrator, or designee and all department heads. There is formal documentation that such meetings are conducted at least monthly.

*Comment: None.*
*Protocol: Written policy and procedure.*
*Documentation: Staff meeting minutes/notes.*