Transcript of the Testimony of

# CHRYSTAL BRELAND, LPN

January 13, 2025

ROBERT YOUNG v. JAMES LEBLANC, ET AL

AMERSON WHITE
COURT REPORTING · EST.2000

P.O. Box 1554 ▪ Hammond ▪ Louisiana 70404
**(Toll Free) 866.870.7233 ▪ 985.542.8685 ▪ (Fax) 985.419.0799**
office@amersonwhite.com ▪ www.amersonwhite.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT YOUNG,<br>Plaintiff, | CIVIL DOCKET NO.<br>23-681-SDD-RLB |
| VERSUS | JUDGE:<br>SHELLY D. DICK |
| JAMES LEBLANC, ET AL,<br>Defendants. | MAGISTRATE:<br>RICHARD L. BOURGEOIS |

VIDEOCONFERENCE DEPOSITION OF CHRYSTAL BRELAND, 2243 Highway 923, Jonesville, Louisiana 71343, taken via Zoom, in the above-entitled cause on the 13th of January, 2025, commencing at 9:26 a.m.

REPORTED BY: CHERIE' E. WHITE
CCR (LA), CSR (TX), CSR (MS), RPR
CERTIFIED COURT REPORTER

APPEARANCES:

ATTORNEYS REPRESENTING THE PLAINTIFF, ROBERT YOUNG:

RODERICK & SOLANGE MACARTHUR JUSTICE CENTER
4400 South Carrollton Avenue
New Orleans, Louisiana 70119
Phone: 504.620.2259 |Fax: 504.208.3133

(BY: Elizabeth Cumming, Esquire)
E-mail: elizabeth.cumming@macarthurjustice.org

CO-COUNSEL REPRESENTING THE PLAINTIFF, ROBERT YOUNG:

LAW OFFICE OF STEPHEN J. HAEDICKE
1040 Saint Ferdinand Street
New Orleans, Louisiana 70117
Phone: 504.291.6999 |Fax: 504.291.6998

(BY: Stephen J. Haedicke, Esquire)
E-mail: stephen@haedickelaw.com
(Not present)

APPEARANCES CONTINUED:

ATTORNEYS REPRESENTING THE DEFENDANTS, CATAHOULA PARISH SHERIFF'S OFFICE:

FROSCH, RODRIGUE, ARCURI, L.L.C.
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Phone: 504.592.4600 |Fax: 504.592.4641

(BY: Ronald "Shane" Bryant, Esquire)
E-mail: sbryant@fralawfirm.com

ATTORNEYS REPRESENTING THE DEFENDANT, CALCASIEU PARISH SHERIFF:

MUDD, BRUCHHAUS & KEATING, LLC
422 E. College Street, Suite B
Lake Charles, Louisiana 70605
Phone: 337.562.2327 |Fax: 337.562.2391

(BY: Lenzi C. Hebert, Esquire)
E-mail: lhebert@mbklaw.net

APPEARANCES CONTINUED:

ATTORNEYS REPRESENTING THE DEFENDANTS, JAMES LEBLANC AND MR. SMITH:

FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8016 |Fax: 504.599.8116

(BY: Suzanne Risey, Esquire)
E-mail: srisey@frilot.com

A. Right.
Q. Okay. How frequently would that happen that -- that you felt medically you -- CCC couldn't care for someone who was being sent a pretrial person?
A. It wasn't very often.
Q. Okay. I want to go back to Exhibit 31, the medical records. Okay. So this is page 11. It looks like it's a fax and it's -- I don't know if it's to or from, but Alisa Horton is the name is checked and bolded. Do you know who Alisa Horton is?
A. She was -- that's from DOC headquarters.
Q. Okay. So who was she in -- in DOC headquarters?
A. I'm not sure.
Q. Okay. Did you ever have any communications with Alisa Horton?
A. Not to my knowledge.
Q. Okay. And do you know -- these case managers, what were the case managers doing?
A. They were the case managers for DOC. That is whenever an offender is in the hospital, they get the reports also and then get it to us.

Q. Okay. All right. And so Alisa Horton was getting information from the hospital and then sending it by fax on to you-all; is that correct?

A. Correct.

Q. Okay. All right. And so this is Mr. Young's. It looks like his discharge order and summary, and do you know what LHC is?

A. I don't know. We had a LaSalle General Hospital, but that would be LGH; so no, ma'am, I don't know what that LHC is.

Q. Okay. And do you know what this handwritten note is up here (indicated)?

A. That's from my provider. That's Elijah Booth, 8/19/22, he reviewed 1 through 15.

Q. Got it. Okay. All right. Okay. Do you know did NP Booth ever like speak directly with Alisa Horton about any of this?

A. I'm -- I'm not sure.

Q. Okay. And do you know why it was that DOC would be getting information about Mr. Young and his hospitalization?

A. No, ma'am.

Q. Okay. Do you know was DOC responsible for payment of Mr. Young's hospital