Transcript of the Testimony of

# ROBIN NIX PERRIN, LPN

January 13, 2025

ROBERT YOUNG v. JAMES LEBLANC, ET AL

AMERSON ◦ WHITE
COURT REPORTING · EST.2000

P.O. Box 1554 ▪ Hammond ▪ Louisiana 70404
**(Toll Free) 866.870.7233 ▪ 985.542.8685 ▪ (Fax) 985.419.0799**
office@amersonwhite.com ▪ www.amersonwhite.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT YOUNG,<br>Plaintiff, | CIVIL DOCKET NO.<br>23-681-SDD-RLB |
| VERSUS | JUDGE:<br>SHELLY D. DICK |
| JAMES LEBLANC, ET AL,<br>Defendants. | MAGISTRATE:<br>RICHARD L. BOURGEOIS |

VIDEOCONFERENCE DEPOSITION OF ROBIN NIX PERRIN, 1077 Beverly Street, Jena, Louisiana 71342, taken via Zoom, in the above-entitled cause on the 13th of January, 2025, commencing at 1:42 p.m.

REPORTED BY:CHERIE' E. WHITE
CCR (LA), CSR (TX), CSR (MS), RPR
CERTIFIED COURT REPORTER

APPEARANCES:

ATTORNEYS REPRESENTING THE PLAINTIFF, ROBERT YOUNG:

RODERICK & SOLANGE MACARTHUR JUSTICE CENTER
4400 South Carrollton Avenue
New Orleans, Louisiana 70119
Phone: 504.620.2259 |Fax: 504.208.3133

(BY: Elizabeth Cumming, Esquire)
E-mail: elizabeth.cumming@macarthurjustice.org

CO-COUNSEL REPRESENTING THE PLAINTIFF, ROBERT YOUNG:

LAW OFFICE OF STEPHEN J. HAEDICKE
1040 Saint Ferdinand Street
New Orleans, Louisiana 70117
Phone: 504.291.6999 |Fax: 504.291.6998

(BY: Stephen J. Haedicke, Esquire)
E-mail: stephen@haedickelaw.com
(Not present)

APPEARANCES CONTINUED:

ATTORNEYS REPRESENTING THE DEFENDANTS, CATAHOULA PARISH SHERIFF'S OFFICE:

FROSCH, RODRIGUE, ARCURI, L.L.C.
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Phone: 504.592.4600 |Fax: 504.592.4641

(BY: Ronald "Shane" Bryant, Esquire)
E-mail: sbryant@fralawfirm.com

ATTORNEYS REPRESENTING THE DEFENDANT, CALCASIEU PARISH SHERIFF:

MUDD, BRUCHHAUS & KEATING, LLC
422 E. College Street, Suite B
Lake Charles, Louisiana 70605
Phone: 337.562.2327 |Fax: 337.562.2391

(BY: Lenzi C. Hebert, Esquire)
E-mail: lhebert@mbklaw.net

APPEARANCES CONTINUED:

ATTORNEYS REPRESENTING THE DEFENDANTS, JAMES LEBLANC AND MR. SMITH:

FRILOT, LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8016 |Fax: 504.599.8116

(BY: A. J. Krouse, Esquire)
E-mail: akrouse@frilot.com

keeping track of billing for medical care?
A. I -- I have no clue.
Q. Okay. Okay. You -- you indicated that even -- even for pretrial people, if they were going out to the hospital, you would -- you would need to -- if they ended up getting admitted and staying in the hospital, you would need to inform DOC; is that right?
A. I'm pretty sure, yeah.
Q. Uh-huh (affirmatively).
A. Because on -- do you have that form?
Q. I don't. If I did, I would have shown it to you. Sorry.
A. Because on it, you know, you can either have your DOC number or it's something else under there maybe that the pretrial guys get, like another number. I -- I don't know. I don't know how that works, but when you are -- maybe like a booking number. I don't know. It's some number that I would put in there to -- for them to know, you know, if they didn't have a DOC number, you know, the six digit number, there was another number that I put in on there for them to know that, yeah, that that was a pretrial or --
Q. Yeah. And -- and I can -- I can

represent to you that there -- yeah. Catahoula would -- would assign a booking number and it was usually longer than the six digit DOC.

A. Yeah. It was -- yeah. I knew it was longer than like an original DOC number, but I don't know how that works.

Q. Yeah. Okay. Yes. No. I -- I would love a copy of that form, so -- but I -- I don't have it right now.

MS. CUMMING:

Okay. All right. I -- I did want to show you one other thing. This page 11 of the medical records, Exhibit -- Exhibit 31. Show that to you. So this looks like this is a fax coming from DOC.

(Exhibit 31 viewed.)

THE WITNESS:

Yes.

BY MS. CUMMING:

Q. All right. And then we have got some case managers. Does this look like something you've seen before?

A. Yes.

Q. Okay. When -- when would you have seen this before?

A. So if they are admitted, DOC, they -- they send their nurses' notes or whatever to DOC just like they would do us. You know, I would have to call for mine, but I'm assuming -- well, I'm not even going to say that because I don't -- I don't know if their case manager from the hospital and DOC's case manager just have an understanding and they just send them, you know, the notes every day. I don't know how that works, but usually I would either have to get in touch with the nurse that was taking care of the offender or the case manager and ask them for daily updates, you know, or I would call personally and say, hey, I'm checking, you know, on my guy in whatever room, you know, and then DOC would forward what they get because they know that he is our offender here, you know, they would forward what they get to us. That way I would have a copy of it.

Q. Got it. Okay. And they would do that by fax, correct?

A. Yes. Or e-mail.

Q. Or e-mail. Okay.

A. Yeah.

Q. All right. And then here