**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ROBERT YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al.<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Docket Number:<br>23-681-SDD-RLB<br><br>JUDGE:<br>SHELLY D. DICK<br><br>MAGISTRATE:<br>RICHARD L. BOURGEOIS |

**EXHIBIT LIST FOR**
**PLAINTIFF'S FIRST MOTION TO COMPEL RESPONSES TO FIRST REQUEST FOR PRODUCTION FROM DEFENDANT SHERIFF TONY MANCUSO**

Plaintiff submits the following exhibit list with exhibit number and brief description:

Exhibit 1: Plaintiff's First Request for Production to Defendant Sheriff Tony Mancuso.

Exhibit 2: Email Correspondence between Counsel for Plaintiff Young and Lenzi Hebert.

Exhibit 3: Defendant Mancuso's Answers to Plaintiff's First Request for Production.

Respectfully submitted,

s/ Jack Stephens
**ELIZABETH CUMMING (**Bar Roll No. 31685), T.A.
**EMILY WASHINGTON** (Bar Roll No. 34143)
**JACK STEPHENS** (Bar Roll No. 41468)
Roderick and Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
Phone: (504) 620-2259
Fax: (504) 208-3133
elizabeth.cumming@macarthurjustice.org
emily.washingting@macarthurjustice.org

-AND-

s/ Stephen J. Haedicke

**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke
1040 Saint Ferdinand St.
New Orleans, LA 70117
Phone: (504) 291-6999
stephen@haedickelaw.com

Dated: February 10, 2025