**From:** Jack Stephens
**Sent:** Wednesday, February 5, 2025 1:52 PM
**To:** lhebert@mbklaw.net
**Cc:** Emily Washington; Elizabeth Cumming; Stephen Haedicke
**Subject:** Young: Calcasieu Discovery Follow-up

Hi Lenzi,

Thank you again for conferring with us on Monday and for agreeing to stipulate to more than ten depositions in Young, within the reasonable parameters of not taking an additional 75 deposition you mentioned.

In the interest of memorializing yesterday's discussion, our understanding is that you will provide supplemental discovery responses by **Friday**, **February 7**. Substantively, the priority will be to provide satisfactory responses to the following five RFPs:

a) #2 – communications between the Catahoula Parish Sheriff's Office and the Calcasieu Parish Sheriff's office pertaining to holding Calcasieu detainees at CCC.
b) #4 – all materials regarding the Prisoner Housing Agreement, with a particular emphasis on providing pg. 3 of the agreement itself and notifications of hospitalizations.
c) #6 and #7 – both requests concern policies, procedures, and administrative decision-making processes for identifying Calcasieu detainees for transfer and moving them to Catahoula Correctional Center. We are not primarily focused on information regarding the physical/security mechanics of prisoner transports.
d) #12 – operational contracts with third parties at Calcasieu Detention Center. To narrow the request, please focus on contracts pertaining to staffing, maintenance, IT, and medical care.

Also, just wanted to follow up on the outreach to Commander Domingue confirming his availability for the 30(b)(6) deposition on February 25 and whether he will be the only deponent for all of the requested 30(b)(6) topics. If you have any questions about any of the 30(b)(6) topics, we are also happy to discuss them. As mentioned, we plan to split the 30(b)(6) topics amongst ourselves. Once you have confirmed, we will get the notice out to everyone.

Finally, as mentioned yesterday, we plan to file a motion to compel this Friday to preserve our client's interests in the face of the quickly approaching fact discovery cutoff. We definitely want to keep working with you on production, and will be happy to withdraw the motion once we receive complete supplemental production.

In the meantime, don't hesitate to reach out if you have any questions or concerns.

Thanks,

Jack

**From:** Lenzi Hebert <lhebert@mbklaw.net>
**Sent:** Monday, February 3, 2025 11:05 AM
**To:** Elizabeth Cumming
**Cc:** Emily Washington; Jack Stephens; Stephen Haedicke; Shelby Nunez
**Subject:** RE: Young: Calcasieu Discovery Follow Up

Thanks again for the understanding and working with me while I was out…. Sincerely appreciate the courtesies. I am diving back into the production review and am hoping to have the supplemented responses to you by Friday. Just FYI.

Looking forward to speaking with y'all at the times indicated below. Those work for me.


*Lenzi C. Hebert*

MUD

Lake Charles Office
422 E. College St., Suite B
Lake Charles, LA 70605
Tel: (337) 562-2327

Jennings Office
214 East Nezpique
Jennings, LA 70546
Tel: (337) 824-5063

Fax: (337) 562-2391


***Office hours are Monday- Thursday 8:30 to 5:00 & Friday 8:30 to 4:00.***

---

**From:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Sent:** Monday, February 3, 2025 10:29 AM
**To:** Lenzi Hebert <lhebert@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>; Shelby Nunez <snunez@mbklaw.net>
**Subject:** RE: Young: Calcasieu Discovery Follow Up

Caution! This message was sent from outside your organization.

Okay, great thanks, Lenzi! Glad you are back in action.

Let's do 2/25 for the 30(b)(6). I'll get the actual notice out with that date filled in.

Jack and I will give you a call this afternoon, around 3 or 3:30 if that works.

---

**From:** Lenzi Hebert <lhebert@mbklaw.net>
**Sent:** Monday, February 3, 2025 10:05 AM
**To:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>

**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>; Shelby Nunez <snunez@mbklaw.net>
**Subject:** RE: Young: Calcasieu Discovery Follow Up

Liz:

Sorry for the confusion. I will be available from 2:30-5pm today for a call.

***Lenzi C. Hebert***

MUDD BRUCHHAUS & KEATING, LLC LAW FIRM

*Lake Charles Office*
422 E. College St., Suite B
Lake Charles, LA 70605
Tel: (337) 562-2327

*Jennings Office*
214 East Nezpique
Jennings, LA 70546
Tel: (337) 824-5063

Fax: (337) 562-2391

*****Office hours are Monday- Thursday 8:30 to 5:00 & Friday 8:30 to 4:00.*****

---

**From:** Lenzi Hebert
**Sent:** Monday, February 3, 2025 9:59 AM
**To:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>; Shelby Nunez <snunez@mbklaw.net>
**Subject:** RE: Young: Calcasieu Discovery Follow Up

Elizabeth:

Thank you again for the understanding and patience while I was out. It was a tough time, and I am happy to be back in office this morning. I am catching up from being out since 1/20 so please bear with me! I have a status conference this morning and a few things that require my immediate attention.

I am available for a call this afternoon to go through the discovery in this matter. Give me a call between 2pm-5pm. Let me know if you would like to set a definite time or just give me a call during that time. I look forward to speaking with you.

Additionally, please let this email confirm that **Commander Chris Domingue** will sit for the 30(b)(6) Deposition of CPSO. Based on the dates currently held, he is available on February 20th, 25th, and 27th.

***Lenzi C. Hebert***

MUDD BRUCHHAUS & KEATING, LLC LAW FIRM

*Lake Charles Office*
422 E. College St., Suite B
Lake Charles, LA 70605
Tel: (337) 562-2327

Jennings Office
214 East Nezpique
Jennings, LA 70546
Tel: (337) 824-5063

Fax: (337) 562-2391

***Office hours are Monday- Thursday 8:30 to 5:00 & Friday 8:30 to 4:00.***

---

**From:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Sent:** Friday, January 31, 2025 4:34 PM
**To:** Lenzi Hebert <lhebert@mbklaw.net>; David Bruchhaus <dbruchhaus@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young: Calcasieu Discovery Follow Up

Caution! This message was sent from outside your organization.

Hi Lenzi and David –

I just wanted to follow up on a time to speak about outstanding discovery and the 30(b)(6) depositions on Monday. Let me know when you are available.

Best,

Elizabeth

---

**From:** Elizabeth Cumming
**Sent:** Thursday, January 30, 2025 4:48 PM
**To:** Lenzi Hebert <lhebert@mbklaw.net>; David Bruchhaus <dbruchhaus@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young: Calcasieu Discovery Follow Up

Hi Lenzi – I'm glad to hear you making you are making your way back to feeling better and I am sorry to keep having to bug you with this while you are still recovering.

We'll look forward to getting the deposition information tomorrow.

Could we set a time Monday just to talk through the remaining outstanding discovery?

Thanks,

Elizabeth

---

**From:** Lenzi Hebert <lhebert@mbklaw.net>
**Sent:** Thursday, January 30, 2025 3:11 PM
**To:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>; David Bruchhaus <dbruchhaus@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** Re: Young: Calcasieu Discovery Follow Up

Elizabeth:

I plan to return to working on Monday in some capacity. This case is first on my list when I am able.

Can you please give us until Friday of next week to finalize the supplemental discovery responses and production and get everything we have to you?

I will have the deposition information and availability to you tomorrow.

Thanks,

*Lenzi C. Hebert*
422 E. College Street, Suite B
Lake Charles, LA 70605
Tel: (337) 562-2327
Fax: (337) 562-2391
Email: lhebert@mbklaw.net

***Office hours are Monday- Thursday 8:30 to 5:00 and Friday 8:30to 4:00.***

---

**From:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Sent:** Thursday, January 30, 2025 3:06 PM
**To:** Lenzi Hebert <lhebert@mbklaw.net>; David Bruchhaus <dbruchhaus@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young: Calcasieu Discovery Follow Up

Caution! This message was sent from outside your organization.

Hi David –

I just wanted to follow up on the status of the outstanding discovery, originally sent September 11, 2024 and outlined in the January 8 email below and getting witnesses for the 30(b)(6) topics originally sent January 10 and re-attached here for reference.

I understand Lenzi is recovering form a major health scare, but given the fast approaching close of discovery, I wanted to reach out to you as the other enrolled counsel to ask who else from the firm might be able to assist with these responses while she is recovering.

I would like to set a Rule 37 conference tomorrow (1/31) anytime before 1:30 or Monday (2/3) either before 11 or after 12:30 to discuss timelines on designating witnesses and producing outstanding discovery. I'd like to avoid a motion to compel if possible, but may need to file to preserve my client's interests.

Let me know your availability on those days.

Best,

Elizabeth

---

**From:** Elizabeth Cumming
**Sent:** Friday, January 24, 2025 5:06 PM
**To:** Lenzi Hebert <lhebert@mbklaw.net>; David Bruchhaus <dbruchhaus@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens

<Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young: Calcasieu Discovery Follow Up

Hi Lenzi – I'm so sorry to hear this and hope you are on the mend!

Hi David, I'm looping you in as co-counsel since we are now really pushing up on the discovery cut off at the end of February and still have quite a bit of discovery outstanding along with scheduling the 30(b)(6) deponents. While Lenzi is recovering, is there anyone who is able to step in and assist with production of these document responsive to discovery served back in September? Any possibility of getting those 30(b)(6) depositions set on February 7?

Thanks,

Elizabeth

---

**From:** Lenzi Hebert <lhebert@mbklaw.net>
**Sent:** Thursday, January 23, 2025 11:13 AM
**To:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** Re: Young: Calcasieu Discovery Follow Up

Elizabeth:

I'm so sorry but I've been in the ER since early yesterday morning, was kept overnight and am having emergency surgery in the next hour or so. I will try my best to get it to you asap but I will need until end of next week.

Sorry for the inconvenience,

***Lenzi C. Hebert***
422 E. College Street, Suite B
Lake Charles, LA 70605
Tel: (337) 562-2327
Fax: (337) 562-2391
Email: lhebert@mbklaw.net

***Office hours are Monday- Thursday 8:30 to 5:00 and Friday 8:30to 4:00.***

---

**From:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Sent:** Thursday, January 23, 2025 9:39:18 AM
**To:** Lenzi Hebert <lhebert@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young: Calcasieu Discovery Follow Up

Caution! This message was sent from outside your organization.

Hi Lenzi – Just wanted to follow up on Calcasieu's 30(b0(6) witnesses and the outstanding discovery. Can you produce the outstanding discovery by close of business Monday, 1/27? This discovery has been outstanding since September. We are going to have to move to compel if we don't get the remainder next week.

On the 30(b)(6) witnesses, do you have a sense of when Calcasieu will be able to designate a witness or witnesses? I would like to try to get those scheduled for February 4 and February 7 if possible.

Best,

Elizabeth

---

**From:** Lenzi Hebert <lhebert@mbklaw.net>
**Sent:** Friday, January 17, 2025 3:27 PM
**To:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young: Calcasieu Discovery Follow Up

I sincerely appreciate the understanding and cooperation! I will continue to keep you updated on any developments as I receive and follow up on the same.

Hope y'all all have a wonderful weekend and stay warm! 😊

***Lenzi C. Hebert***

MUDD BRUCHHAUS & KEATING, LLC LAW FIRM

*Lake Charles Office*
422 E. College St., Suite B
Lake Charles, LA 70605
Tel: (337) 562-2327

*Jennings Office*
214 East Nezpique
Jennings, LA 70546
Tel: (337) 824-5063

Fax: (337) 562-2391

*****Office hours are Monday- Thursday 8:30 to 5:00 & Friday 8:30 to 4:00.*****

---

**From:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Sent:** Friday, January 17, 2025 2:58 PM
**To:** Lenzi Hebert <lhebert@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young: Calcasieu Discovery Follow Up

Caution! This message was sent from outside your organization.

Great, we will look forward to getting that additional discovery.

Thanks for the update on the 30(b)(6) witnesses. We will go ahead and send out an email with some other deponents for those days.

---

**From:** Lenzi Hebert <lhebert@mbklaw.net>
**Sent:** Friday, January 17, 2025 2:34 PM
**To:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens

<Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young: Calcasieu Discovery Follow Up

I will have an answer as soon as I receive the same. We are still working on who will be best to sit for deposition and the availability of those people. Unfortunately, we may have to push these to some of the February dates that we reserved. I apologize for any inconvenience. Please grant us additional time to work this out and I will work on getting some answers ASAP.

Also – I am working on the supplemental discovery responses and hoping to have them to you next week. There were some issues with the formatting of certain documents provided to us (we have been having some IT issues on our end) that we were able to resolve as of yesterday. I am diligently working on this as well.

Best,

***Lenzi C. Hebert***

MUDD BRUCHHAUS & KEATING, LLC LAW FIRM

*Lake Charles Office*
422 E. College St., Suite B
Lake Charles, LA 70605
Tel: (337) 562-2327

*Jennings Office*
214 East Nezpique
Jennings, LA 70546
Tel: (337) 824-5063

Fax: (337) 562-2391

*****Office hours are Monday- Thursday 8:30 to 5:00 & Friday 8:30 to 4:00.*****

---

**From:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Sent:** Friday, January 17, 2025 1:11 PM
**To:** Lenzi Hebert <lhebert@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young: Calcasieu Discovery Follow Up

Caution! This message was sent from outside your organization.

Hi Lenzi – Just following up again. Shane was asking this morning if we had any dates set for these and I encouraged him to reach out to you. Can you let me know which of the three dates, 27, 28, and 30 will work best for your clients?

Thanks,

Elizabeth

---

**From:** Elizabeth Cumming
**Sent:** Thursday, January 16, 2025 9:23 AM
**To:** Lenzi Hebert <lhebert@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young: Calcasieu Discovery Follow Up

Hi Lenzi – Just wanted to follow up on the status of this discovery. Let me know if any questions or if you need additional information.

Best,

Elizabeth

---

**From:** Elizabeth Cumming
**Sent:** Wednesday, January 8, 2025 4:56 PM
**To:** Lenzi Hebert <lhebert@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** Young: Calcasieu Discovery Follow Up

Hi Lenzi –

Good to see you today. Just following up on the written discovery production, one of the things that would be great to prioritize are the notifications of hospitalizations required by the housing agreement under paragraphs 3 and 4 of the Injury and Emergency Medical Attention Section.

Please provide these notifications and medical invoices for care. I believe these are responsive to RFPs 2, 4 and 10.

Additionally, it appears that the version of the housing agreement provided is missing page 3. I've attached the version we received for reference. Could you please have your clients locate a complete version of the housing agreement.

Also just to let you know I'm preparing a 30(b)(6) that I'm planning to have out to you later this evening or tomorrow. I believe the next dates for depositions are January 27, 28 and 30 so was hoping we might be able to schedule some of the Calcasieu depositions for those days once I get the topics to you.

Best,

Elizabeth

Elizabeth Cumming
Attorney
Roderick and Solange
MacArthur Justice Center

4400 S. Carrollton Ave.
New Orleans, Louisiana 70119

O 504 620 2259
F 504 208 3133
macarthurjustice.org

---

**From:** Lenzi Hebert <lhebert@mbklaw.net>
**Sent:** Monday, November 11, 2024 12:02 PM
**To:** Elizabeth Cumming
**Cc:** Emily Washington; Jack Stephens; Stephen Haedicke; David Bruchhaus; Shelby Nunez
**Subject:** RE: Young v. LeBlanc et al: Plaintiff's First Requests for Production to Each Set of Defendants

Elizabeth:

Please access the below sharefile link containing the Calcasieu Parish Sheriff Tony Mancuso's Responses to Plaintiff's First Set of Requests for Production. All production referenced is also contained in the below sharefile and bates numbered.

https://muddbruchhauskeating.sharefile.com/d-sd612a4ddce89443aac3f55f7eeffba4d

Thanks for the professional courtesies and patience.

Best,

*Lenzi C. Hebert*

MUD

*Lake Charles Office*
422 E. College St., Suite B
Lake Charles, LA 70605
Tel: (337) 562-2327

*Jennings Office*
214 East Nezpique
Jennings, LA 70546
Tel: (337) 824-5063

Fax: (337) 562-2391

***Office hours are Monday- Thursday 8:30 to 5:00 & Friday 8:30 to 4:00.***

---

**From:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Sent:** Thursday, November 7, 2024 2:12 PM
**To:** Lenzi Hebert <lhebert@mbklaw.net>; David Bruchhaus <dbruchhaus@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young v. LeBlanc et al: Plaintiff's First Requests for Production to Each Set of Defendants

Caution! This message was sent from outside your organization.

Thanks for the update Lenzi. You can have until Monday, November 11 but I cannot wait beyond that before filing a motion to compel to preserve my client's interests.

Best,

Elizabeth

**From:** Lenzi Hebert <lhebert@mbklaw.net>
**Sent:** Thursday, November 7, 2024 1:40 PM
**To:** Elizabeth Cumming; David Bruchhaus
**Cc:** Emily Washington; Jack Stephens; Stephen Haedicke
**Subject:** RE: Young v. LeBlanc et al: Plaintiff's First Requests for Production to Each Set of Defendants

I finally received a jump drive this morning containing certain responsive documentation which our client was able to compile to date. I will be reviewing the same as able in order to get you responses (with a reservation to supplement if/when any additional documentation is identified/obtained) as soon as possible.

Due to previously scheduled matters today and tomorrow, I will do my best to review and finalize as quickly as possible but cannot ensure completion by tomorrow. However, I plan to devote time this weekend to finalize. Please reply to confirm agreement for an extension to get responses to you on Monday, November 11, 2024. I hope to get you the responses before then, but in an abundance of caution, I ask for this extension.

Thanks for your patience and understanding.

Best,

*Lenzi C. Hebert*

MUDD BRUCHHAUS & KEATING, LLC
LAW FIRM

*Lake Charles Office*
422 E. College St., Suite B
Lake Charles, LA 70605
Tel: (337) 562-2327

*Jennings Office*
214 East Nezpique
Jennings, LA 70546
Tel: (337) 824-5063

Fax: (337) 562-2391

*****Office hours are Monday- Thursday 8:30 to 5:00 & Friday 8:30 to 4:00.*****

---

**From:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Sent:** Thursday, November 7, 2024 1:08 PM
**To:** Lenzi Hebert <lhebert@mbklaw.net>; David Bruchhaus <dbruchhaus@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young v. LeBlanc et al: Plaintiff's First Requests for Production to Each Set of Defendants

Caution! This message was sent from outside your organization.

Hi Lenzi – Can you please advise regarding the status of Calcasieu defendants' production?

Best,

Elizabeth

**From:** Lenzi Hebert <lhebert@mbklaw.net>
**Sent:** Monday, November 4, 2024 8:58 AM
**To:** Elizabeth Cumming; David Bruchhaus
**Cc:** Emily Washington; Jack Stephens; Stephen Haedicke
**Subject:** RE: Young v. LeBlanc et al: Plaintiff's First Requests for Production to Each Set of Defendants

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Elizabeth:

Thank you for speaking with me this morning.

As discussed, we are actively working to get production pulled from the respective departments to review and respond to your discovery requests. Hoping to have something to you by the end of this week and will continue to supplement the responses.

As agreed, we will touch base with each other on this coming Wednesday to see where things stand. I will keep you updated on my end as well.

Thanks again for taking the call, giving some insight into the middle district, and for your understanding.

Best,

*Lenzi C. Hebert*

MUDD BRUCHHAUS & KEATING, LLC LAW FIRM

*Lake Charles Office*
422 E. College St., Suite B
Lake Charles, LA 70605
Tel: (337) 562-2327

*Jennings Office*
214 East Nezpique
Jennings, LA 70546
Tel: (337) 824-5063

Fax: (337) 562-2391

***Office hours are Monday- Thursday 8:30 to 5:00 & Friday 8:30 to 4:00.***

**From:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Sent:** Monday, November 4, 2024 8:38 AM
**To:** Lenzi Hebert <lhebert@mbklaw.net>; David Bruchhaus <dbruchhaus@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young v. LeBlanc et al: Plaintiff's First Requests for Production to Each Set of Defendants

Caution! This message was sent from outside your organization.

**From:** Elizabeth Cumming
**Sent:** Monday, November 4, 2024 8:38 AM
**To:** Lenzi Hebert <lhebert@mbklaw.net>; David Bruchhaus <dbruchhaus@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young v. LeBlanc et al: Plaintiff's First Requests for Production to Each Set of Defendants

Hi Lenzi –

I have still not received production from Calcasieu defendants responsive to Requests for Production sent on September 11, 2024. Please advise regarding your availability for a conference as required by Fed. R. Civ. Pro. 37 tomorrow, 11/5/2024. I can make myself available any time after 10:30 am.

Best,

Elizabeth

---

**From:** Elizabeth Cumming
**Sent:** Tuesday, October 29, 2024 11:22 AM
**To:** Lenzi Hebert <lhebert@mbklaw.net>; David Bruchhaus <dbruchhaus@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young v. LeBlanc et al: Plaintiff's First Requests for Production to Each Set of Defendants

Hi Lenzi –

Hope you are well. Can you please advise regarding the status of producing documents responsive the RFPs served on September 11, 2024? We have not received any responses from Calcasieu defendants to date. As indicated below I had conditioned the extension on rolling production. Can you please provide what documents have been reviewed and are available to produce by end of the day today and as they become available through the week with the understanding the full production will be made by Saturday, November 2.

Feel free to call me at my office, 504-620-2259, if any question or you need additional information.

Best,

Elizabeth

---

**From:** Elizabeth Cumming
**Sent:** Wednesday, October 16, 2024 3:11 PM
**To:** Lenzi Hebert <lhebert@mbklaw.net>; David Bruchhaus <dbruchhaus@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** RE: Young v. LeBlanc et al: Plaintiff's First Requests for Production to Each Set of Defendants

Hi Lenzi –

Thanks for the update. I can agree to the proposed extension contingent on rolling production, with documents produced as they are reviewed and all responses and production made by November 2. Please provide documents as they are available starting on Friday, October 18.

Best,

Elizabeth

---

**From:** Lenzi Hebert <lhebert@mbklaw.net>
**Sent:** Wednesday, October 16, 2024 10:48 AM
**To:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>; David Bruchhaus <dbruchhaus@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>
**Subject:** Re: Young v. LeBlanc et al: Plaintiff's First Requests for Production to Each Set of Defendants

Elizabeth:

Thank you for the follow up. We are working on the responses and obtaining documentation and reviewing the same to produce.

Please grant us an extension to respond by November 2 as this should allow sufficient time for us to obtain, review and provide responses. Please reply to confirm whether you will grant us this extension.

Thanks in advance,

*Lenzi C. Hebert*
422 E. College Street, Suite B
Lake Charles, LA 70605
Tel: (337) 562-2327
Fax: (337) 562-2391
Email: lhebert@mbklaw.net

***Office hours are Monday- Thursday 8:30 to 5:00 and Friday 8:30to 4:00.***

---

**From:** Elizabeth Cumming <Elizabeth.cumming@macarthurjustice.org>
**Sent:** Wednesday, October 16, 2024 8:37:47 AM
**To:** Lenzi Hebert <lhebert@mbklaw.net>; David Bruchhaus <dbruchhaus@mbklaw.net>
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Jack Stephens <Jack.Stephens@macarthurjustice.org>
**Subject:** Young v. LeBlanc et al: Plaintiff's First Requests for Production to Each Set of Defendants

Caution! This message was sent from outside your organization.

Hi Lenzi –

I just wanted to follow up on the outstanding discovery request sent on September 11, 2024, which was due on Friday, October 11, 2024. We have not received any production from your clients to date.

Please provide responsive discovery as soon as possible, no later end of day Friday, October 18, 2024.

Best,

Elizabeth

**From:** Elizabeth Cumming
**Sent:** Wednesday, September 11, 2024 12:54 PM
**To:** Shane Bryant <sbryant@fralawfirm.com>; Lenzi Hebert <lhebert@mbklaw.net>; David Bruchhaus <dbruchhaus@mbklaw.net>; hayesAl@ag.louisiana.gov
**Cc:** Emily Washington <emily.washington@macarthurjustice.org>; Stephen Haedicke <stephen@haedickelaw.com>
**Subject:** Young v. LeBlanc et al: Plaintiff's First Requests for Production to Each Set of Defendants

Counsel –

Please find attached Plaintiff's First Request for Production of Documents to each of the three set of Defendants: (1) Catahoula Parish Sheriff and employees; (2) Calcasieu Parish Sheriff and employees; and (3) James LeBlanc and Seth Smith.

We are serving discovery today in light of the Court's ruling denying Smith and LeBlanc's Motion to Dismiss, so there should be no impediment to moving forward with discovery. We delayed serving discovery requests until the Court's ruling in the interest of efficiency, as counsel for LeBlanc and Smith in another case (Murray, et al v. LeBlanc et al) had relied on the pending Motion to Dismiss to delay responding to discovery.

We will look forward to receiving production from each of your clients on Friday, October 11, 2024.

Feel free to contact me with any questions or if you need additional information as you are compiling responsive documents.

Hope everyone fares well and keeps electricity over the next stormy day or two.

Best,

Elizabeth

Elizabeth Cumming
Attorney
Roderick and Solange
MacArthur Justice Center

4400 S. Carrollton Ave.
New Orleans, Louisiana 70119

O 504 620 2259
F 504 208 3133
macarthurjustice.org

CONFIDENTIALITY NOTICE: This email communication, including any attachments, is intended solely for the use of the designated recipient(s) named above and may contain confidential and privileged information. If you are not the intended recipient (or authorized to receive for the recipient), you are hereby notified that any review, disclosure,