**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ROBERT YOUNG,<br>Plaintiff<br><br>Versus<br><br>JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS;<br><br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Docket Number:<br>23-681-SDD-RLB<br><br>JUDGE:<br>SHELLY D. DICK<br><br>MAGISTRATE:<br>RICHARD L. BOURGEOIS |

**PROPOSED ORDER**

Considering Plaintiff's foregoing Motion to Compel First Request for Production from Defendant Sheriff Tony Mancuso and good grounds appearing therefore:

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED** and Defendant Mancuso shall produce all documents responsive to all outstanding requests by _________________, 2025.

Baton Rouge, Louisiana, this ___________ day of _____________, 2025.

______________________________________
HON. RICHARD L. BOURGEOIS
UNITED STATES MAGISTRATE JUDGE