**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ROBERT YOUNG<br><br>Plaintiffs<br><br>v.<br><br>JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al,<br><br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Docket Number:<br>3:23-cv-681-SDD-RLB<br><br>JUDGE:<br>SHELLY D. DICK<br><br>MAGISTRATE:<br>RICHARD L. BOURGEOIS |

**PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORADUM IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DPSC DEFENDANTS**

NOW INTO COURT, through undersigned counsel comes Plaintiff Robert Young, who requests that this Court grant leave to exceed the page limit for their Memorandum in Support of their Motion for Partial Summary Judgment against Louisiana Department of Public Safety and Corrections (DPSC) Defendants James LeBlanc, Gary Westcott, and Seth Smith:.

Plaintiff has endeavored to make his arguments concise but are unable to adequately present them within the 25-page limit required by the Local Rules.[1] Plaintiff seeks leave to file a memorandum in support of his motion of 46 pages, excluding signature block. These additional pages are necessary in order to meet Plaintiff's summary judgment burden as to the claims against these Defendants as it seeks to explain both Basic Jail Guidelines, the Defendants' reliance on local facilities to hold sentenced people, and the specific proofs of the unconstitutional conditions at Catahoula Correctional Center (CCC) specifically. The

[1] M.D. La. L.R. 7(g).

memorandum in support of Plaintiff's Partial Motion for Summary Judgment is attached as a proposed pleading to this motion. Plaintiff's Motion for Summary Judgment is designed to aid this Court in reaching a fair and just decision in this case.

WHEREFORE, Plaintiff respectfully requests that this motion be granted and the Court direct the Clerk to file the attached Motion and Memorandum.

Respectfully submitted,

s/ Elizabeth Cumming
**ELIZABETH CUMMING (**Bar Roll No. 31685), T.A.
**EMILY WASHINGTON** (Bar Roll No. 34143)
**JACK STEPHENS** (Bar Roll No. 41468)
Roderick and Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
Phone: (504) 620-2259
Fax: (504) 208-3133
elizabeth.cumming@macarthurjustice.org
emily.washington@macarthurjustice.org

-AND-

s/ Stephen J. Haedicke
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke
1040 Saint Ferdinand St.
New Orleans, LA 70117
Phone: (504) 291-6999
stephen@haedickelaw.com

*Attorneys for Plaintiff*

Dated: June 23, 2025