Home Instructions Print

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** January
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Chad Firmin on 2/6/2019 at 3:46:59 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 687 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 14 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 10 |
| **Lack of Bed Space** | 0 |
| **Total** | 10 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 5 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 20 |
| **Bus** | 2 |

| | | |
|---|---|---|
| Law Enforcement | 0 | |
| Other | 0 | |
| Total DOC Discharges | 22 | |
| **GED PROGRAM** | | |
| GED Slots Available | 40 | |
| DOC Students | 10 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 64 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| **Grievances** | | |
| Accepted | 1 | |
| Rejected | 0 | |
| **LARNAs Completed** | 2 | |
| **# of DOC Offenders Discharged with Identification** | 22 | |
| **Drug Testing** | | |
| # of Offenders Tested | 105 | |
| # of Offenders Positive | 2 | |
| # of Employees Tested | 40 | |
| # of Employees Positive | 0 | |
| **Sexual Assault Allegations** | **DOC** | **OTHER** |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| **Security Search & Seizure Summary** | | |
| **Areas Searched** | | |
| # Living Area Searches | 105 | |
| # Non-Living Area Searches | 6 | |
| Total Searches | 111 | |
| **Findings** | | |
| # of Unauthorized Items Found | 10 | |
| # of Contraband Items Found | 6 | |
| **Description of Items Found** | | |
| unauthorized items 6 jumpers 4 blankets contraband items 4 cellphone 2 shanks | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 11 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 11 |

Comments: Total number of offenders housed 687, Total number of doc offenders was 294, there were 5 fights for the month of January. (1) Katie Mckee LFP and Gypsy Brown Doc 494461 no significant injury. (2) Damond Williams Doc 579889 and Benton Mcdonald LFP no significant injury. (3) Johnathan Arabie St.Landury and John Palmer Doc 475713 no significant injury. (4) Quantrell Stevenson Ebr and Byorn Perrodin Doc 626320 no significant injury. (5) Burneal Carney Doc 605883 and Christopher Eidissen Ascension Parish no significant injury. Doc drug test there were 2 that tested positive (1) Tony Lavergne doc 528181 tested positive for coc. (2) Samuel Lee doc 705192 tested positive for bzo & bup.
Comments (cont):
Inactive: Active

Home Instructions Print

01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** February
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Chad Firmin on 3/7/2019 at 9:32:30 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 669 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 17 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 30 |
| **Lack of Bed Space** | 0 |
| **Total** | 30 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 6 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 20 |
| **Bus** | 0 |

| | | |
|---|---|---|
| Law Enforcement | 2 | |
| Other | 0 | |
| Total DOC Discharges | 22 | |
| GED PROGRAM | | |
| GED Slots Available | 80 | |
| DOC Students | 35 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 61 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 4 | |
| Rejected | 0 | |
| LARNAs Completed | 5 | |
| # of DOC Offenders Discharged with Identification | 22 | |
| Drug Testing | | |
| # of Offenders Tested | 85 | |
| # of Offenders Positive | 4 | |
| # of Employees Tested | 21 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 112 | |
| # Non-Living Area Searches | 7 | |
| Total Searches | 119 | |
| Findings | | |
| # of Unauthorized Items Found | 12 | |
| # of Contraband Items Found | 5 | |
| Description of Items Found | | |
| Unauthorized items found 7 blankets 5 jumpers Contraband items found 5 shanks | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 21 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 21 |

Comments: The total number of offenders housed is 669, total number of doc offenders is 354. There were 6 fights in the of February (1) Terrus Arvie Evangeline and Kentrell Every Doc 609357 no significant injury both lost 6wks of store. (2) Demetrius Smith Avo and Bennet Whittington Ebr no significant injury both lost 6wks of store. (3) George Stevenson Ebr and Garrick Lennette WFSO no significant injury both lost 6wks of store. (4) Tony Anderson Ebr and Christopher Esteen Doc 594837 no significant injury both lost 6wks of store. (5) Kristina Leonard Cpso and Amy Rusk Lpso no significant injury both lost 6wks of store. (6) Richard Davis Ebr and Jeremiah Love Doc 422852 no significant injury both lost 6wks of store. Doc drug test, there were 4 that tested positive (1) Christophe Lee doc #734293 tested positive for bup (2)Adam Metevia doc#720717 tested positive for oxy. (3) Charlie Morris doc# 292073 tested positive for met, mdma (4) John Vanrysseg doc# 720042 tested positive for thc.

Comments (cont):

Inactive: Active

Home Instructions Print

01 January 2009

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** March
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Chad Firmin on 4/11/2019 at 8:22:10 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 788 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 38 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 17 |
| **Lack of Bed Space** | 0 |
| **Total** | 17 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 5 |
| **Offender-on-Offender with Significant Injury** | 1 |
| **Offender-on-Staff** | 1 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 22 |
| **Bus** | 2 |

| | |
|---|---|
| Law Enforcement | 1 |
| Other | 0 |
| Total DOC Discharges | 25 |
| **GED PROGRAM** | |
| GED Slots Available | 80 |
| DOC Students | 24 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 0 |
| Other | 63 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 0 |
| Completed | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| **Grievances** | |
| Accepted | 1 |
| Rejected | 0 |
| **LARNAs Completed** | 4 |
| **# of DOC Offenders Discharged with Identification** | 23 |
| **Drug Testing** | |
| # of Offenders Tested | 202 |
| # of Offenders Positive | 3 |
| # of Employees Tested | 26 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| | |
|---|---|
| **Security Search & Seizure Summary** | |
| **Areas Searched** | |
| # Living Area Searches | 650 |
| # Non-Living Area Searches | 8 |
| Total Searches | 658 |
| **Findings** | |
| # of Unauthorized Items Found | 20 |
| # of Contraband Items Found | 9 |

**Description of Items Found**

Unauthorized items 12 blankets 8 jumpers Contraband found 2 cell phones 5 small pieces of metal 1 toothbrush sharpen on one end 1 small piece of wood sharpen on

one end

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |

| | |
|---|---|
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 13 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 13 |

Comments: The total number of offenders housed is 788, total number of doc offenders is 463. There were 5 fights for the month of March (1) David Pellgrin p&p Dustin Breaux hit Chester Johnson ebr breaking offender Johnson jaw, offender Pellgrin and offender Breaux are being charged with aggravated battery. (2) Girbaud Eisley ebr and Corey Pittman ebr no significant injury both lost 6wk of store. (3) Derrell Jefferson ebr and Willie Wilson ebr no significant injury both lost 6wk of store. (4) Joseph Tanner p&p and Delvin Thomas doc #418689 no significant injury both lost 6wk of store. (5) Domona Moore St.helena and Roshawn Veals doc #582251 no significant injury both lost 6wk of store. Offender on Officer assault (1) Offender Donovan George doc #588538 hit Cpl. Lee Roy Graves, Cpl. Carl Williamson, and Cpl. Caleb Robinson. Offender George was charged with 3 counts of Aggravated battery of a Correctional Officer. Doc Drug Test, there were 3 doc that tested positive (1) Robert Stott doc #378420 tested positive for met. (2) Jamarcus Stelly doc #631226 tested positive for thc. (3) Delvin Thomas doc #418689 positive for thc

Comments (cont): This month we had a complete facility shakedown that is why the number of unauthorized items and contraband is up.

Inactive: Active

Home Instructions Print

01 January 2009

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** April
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Chad Firmin on 5/10/2019 at 2:32:12 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 748 |
| OPERATIONAL CAPACITY: 830 | |
| Number of Days over: | 0 |
| Schedule B Reports | 27 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 0 |
| TWP | 23 |
| Lack of Bed Space | 0 |
| Total | 23 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 4 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 34 |
| Bus | 3 |

| | | |
|---|---|---|
| Law Enforcement | 1 | |
| Other | 0 | |
| Total DOC Discharges | 38 | |
| GED PROGRAM | | |
| GED Slots Available | 80 | |
| DOC Students | 15 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 64 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| LARNAs Completed | 2 | |
| # of DOC Offenders Discharged with Identification | 38 | |
| Drug Testing | | |
| # of Offenders Tested | 180 | |
| # of Offenders Positive | 4 | |
| # of Employees Tested | 21 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 115 | |
| # Non-Living Area Searches | 7 | |
| Total Searches | 122 | |
| Findings | | |
| # of Unauthorized Items Found | 8 | |
| # of Contraband Items Found | 4 | |
| Description of Items Found | | |
| Unauthorized items 6 blankets 2 jumpers Contraband found 3 small pieces of metal 1 toothbrush sharpen on one end | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 16 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 16 |

Comments: The total number of offenders housed is 748, total number of doc 533. There were 4 fights for the month of April. (1) Dyshun Winn doc #702558 and Cody Presley doc #624466 no significant injury both lost 6wks of store. (2) Gregory Welch doc #444035 and Kenneth Loper doc #586495 no significant injury both lost 6wks of store. (3) Joshua Tyler P&P and Antwann Thomas doc #616913 no significant injury both lost 6wks of store. (4) Willie Wilson ebr and Travis Anderson ebr no significant injury both lost 6wks of store. Doc drug test- there were 4 that tested positive (1) Michael Ardion doc #121576 positive for Thc. (2) David Dock doc #461040 positive for Mor, Met, Amp. (3) William McGee doc #438544 positive for Bar has RX. (4) Damian Williams doc #420572 positive for Thc
Comments (cont):

Inactive: Active

Home Instructions Print

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** May
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Chad Firmin on 6/14/2019 at 4:09:58 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 830 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 29 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 21 |
| **Lack of Bed Space** | 0 |
| **Total** | 21 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 5 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 35 |
| **Bus** | 2 |

| | | |
|---|---|---|
| Law Enforcement | 1 | |
| Other | 0 | |
| Total DOC Discharges | 38 | |
| **GED PROGRAM** | | |
| GED Slots Available | 80 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 64 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| **Grievances** | | |
| Accepted | 2 | |
| Rejected | 0 | |
| **LARNAs Completed** | 6 | |
| **# of DOC Offenders Discharged with Identification** | 38 | |
| **Drug Testing** | | |
| # of Offenders Tested | 148 | |
| # of Offenders Positive | 5 | |
| # of Employees Tested | 20 | |
| # of Employees Positive | 0 | |
| **Sexual Assault Allegations** | **DOC** | **OTHER** |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| **Security Search & Seizure Summary** | | |
| **Areas Searched** | | |
| # Living Area Searches | 103 | |
| # Non-Living Area Searches | 6 | |
| Total Searches | 109 | |
| **Findings** | | |
| # of Unauthorized Items Found | 6 | |
| # of Contraband Items Found | 3 | |
| **Description of Items Found** | | |
| unauthorized items 4 blankets 2 jumpers contraband found 2 pieces of metal and 1 screw sharpen | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 23 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 23 |

Comments: The total number of offenders housed on the last day of the month is 830, total number of Doc is 602. There were 5 fights for the month. (1) Xavier Oneal doc-620744 and Sean Hatley Ebr on significant injury both lost 6wks of store. (2) Timothy Platt doc-290479 and Travis Anderson ebr no significant injury both lost 6wks of store. (3)Terell Platt doc-616376 and Willie Thornton doc-498065 no significant injury both lost 6wks of store. (4) Robert Dickens doc-554977 and Odell Robertson doc-565307 no significant injury both lost 6wks of store. (5) Demaine Butler St.John and Harold Allen doc-505514. Drug Test there were 5 that tested positive. (1). Derrick Brignac doc-592020 positive for thc (2). Brent Duet doc-611543 positive for meth (3). Christopher James doc-592555 positive for meth and amp (4). Alfred Jones doc-496721 positive for meth and amp (5). Nicholas Spain doc-633251 positive for meth

Comments (cont): The GED program got shut down because 3 test booklets come up missing after a file cabinet drawer was left unlock, the test were recovered and giving back to DOC

Inactive: Active

01 January 2009

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** June
**Year:** 2019
**Reporting Year:** 2019
**Reviewed and Approved:** Chad Firmin on 7/12/2019 at 3:30:17 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 560 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 16 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 34 |
| **Lack of Bed Space** | 0 |
| **Total** | 34 |
| **ESCAPES** | |
| **# DOC** | 1 |
| **Apprehensions** | 1 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 4 |
| **Offender-on-Offender with Significant Injury** | 1 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 30 |
| **Bus** | 2 |

| | | |
|---|---|---|
| Law Enforcement | 0 | |
| Other | 0 | |
| Total DOC Discharges | 32 | |
| GED PROGRAM | | |
| GED Slots Available | 80 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 64 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| LARNAs Completed | 4 | |
| # of DOC Offenders Discharged with Identification | 32 | |
| Drug Testing | | |
| # of Offenders Tested | 111 | |
| # of Offenders Positive | 3 | |
| # of Employees Tested | 28 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 116 | |
| # Non-Living Area Searches | 5 | |
| Total Searches | 121 | |
| Findings | | |
| # of Unauthorized Items Found | 7 | |
| # of Contraband Items Found | 4 | |
| Description of Items Found | | |
| unauthorized items 3 blankets 4 jumpers contraband found 3 small pieces of metal and 1 sharpen toothbrush | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 25 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 25 |

Comments: The total number of offenders 560 last day of the month, total number of doc 428, There were four fights for the month (1)Larry Pender doc-598523 and Robert Granat lvpso no significant injury both lost 6wks of store (2) Marlow Walker doc-618337 and Kenny Turner doc-484213 no significant injury both lost 6wks of store. (3) Mickey Berry lvpso and Payton Mcdonald lvpso no significant injury both lost 6wks of store. (4) Jessie Thomas doc-594419 and Orlando Manuel doc-492982 with significant injury offender Manuel received 3% second deg. Burn to face. Offender Thomas will have aggravated battery charges. Drug test there were 3 that tested positive for the month. (1) William Blake doc-351289 positive for meth,amp (2) David Marler doc-426492 positive for bnz (3) Logan Morrison doc-736497 positive for meth. One escape attempt on 6-20-19 offender Brandon Kirkland doc-502645 broke out of his restraints and exited the transportation vehicle while returning from a court trip with pending charges and started running and was caught and placed back in restraints and taken back to Catahoula Correctional.

Comments (cont):

Inactive: Active

Home | Instructions | Print

01 January 2009

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** July
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Chad Firmin on 8/12/2019 at 1:40:53 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 540 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 2 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 9 |
| **Lack of Bed Space** | 0 |
| **Total** | 9 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 3 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 20 |
| **Bus** | 2 |

| | | |
|---|---|---|
| Law Enforcement | 1 | |
| Other | 0 | |
| Total DOC Discharges | 23 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| LARNAs Completed | 3 | |
| # of DOC Offenders Discharged with Identification | 23 | |
| Drug Testing | | |
| # of Offenders Tested | 26 | |
| # of Offenders Positive | 0 | |
| # of Employees Tested | 23 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 107 | |
| # Non-Living Area Searches | 4 | |
| Total Searches | 111 | |
| Findings | | |
| # of Unauthorized Items Found | 5 | |
| # of Contraband Items Found | 1 | |
| Description of Items Found | | |
| Unauthorized items 4 blankets 1 jumper. Contraband 1 small piece of metal | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 20 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 20 |

Comments: The total number on offenders 540 last day of the month, total number of doc 179 and 361 ICE detainees. There were 3 fights for the month (1) Mitchell Esteen doc 585247 and Tavare Loneman doc 613694 there were no significant injury both lost 6 weeks of store. (2) Lawence Starks doc 730821 and Laedelie Williams doc 720610 there were no significant injury both lost 6 weeks of store. (3) Augusta Smith doc 569785 and Quindell Webb doc 572827 there were no significant injury both lost 6 weeks of store. There were 26 doc drug test for the month of July 0 tested positive. No longer have GED.

Comments (cont):

Inactive: Active

01 January 2009

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** August
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Chad Firmin on 9/6/2019 at 9:51:30 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 414 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 2 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 1 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 3 |
| **Bus** | 0 |

| | |
|---|---|
| Law Enforcement | 0 |
| Other | 0 |
| Total DOC Discharges | 3 |
| **GED PROGRAM** | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 0 |
| Other | 0 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 0 |
| Completed | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| **Grievances** | |
| Accepted | 2 |
| Rejected | 0 |
| **LARNAs Completed** | 2 |
| **# of DOC Offenders Discharged with Identification** | 3 |
| **Drug Testing** | |
| # of Offenders Tested | 11 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 25 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| | |
|---|---|
| **Security Search & Seizure Summary** | |
| **Areas Searched** | |
| # Living Area Searches | 130 |
| # Non-Living Area Searches | 5 |
| Total Searches | 135 |
| **Findings** | |
| # of Unauthorized Items Found | 8 |
| # of Contraband Items Found | 1 |
| **Description of Items Found** | |
| unauthorized items : 5 blankets 3 jumpers. contraband : 1 toothbrush sharpen on one end | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 20 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 20 |

Comments: The total number of offenders on the last day of the month 414, total number of Doc for the month 120 . A total of 294 ICE detainees housed for the month. There was one fight for the month (1) Jakeem Henry 602751 and Kevin Espinoza 714696 there were no significant injury both lost 6 weeks of store. There were 11 Doc drug test for the month and 0 positive.
Comments (cont):
Inactive: Active

01 January 2009

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS

Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** September
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Chad Firmin on 10/7/2019 at 10:50:51 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 586 |
| **DOC Offenders** | |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 6 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 1 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 3 |

| | | |
|---|---|---|
| Bus | 0 | |
| Law Enforcement | 0 | |
| Other | 0 | |
| Total DOC Discharges | 3 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| **Grievances** | | |
| Accepted | 0 | |
| Rejected | 0 | |
| **LARNAs Completed** | 3 | |
| **# of DOC Offenders Discharged with Identification** | 3 | |
| **Drug Testing** | | |
| # of Offenders Tested | 38 | |
| # of Offenders Positive | 2 | |
| # of Employees Tested | 27 | |
| # of Employees Positive | 0 | |
| **Sexual Assault Allegations** | **DOC** | **OTHER** |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| **Security Search & Seizure Summary** | | |
| **Areas Searched** | | |
| # Living Area Searches | 102 | |
| # Non-Living Area Searches | 4 | |
| Total Searches | 106 | |
| **Findings** | | |
| # of Unauthorized Items Found | 5 | |
| # of Contraband Items Found | 1 | |
| **Description of Items Found** | | |
| UNAUTHORIZED ITEMS: 3 jumpers 2 blankets ; CONTRABAND 1 cellphone | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |

| | |
|---|---|
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 24 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 24 |

Comments: The total number of offenders on the last day of the month 586, total number of Doc 102 on the last day of the month. There were 460 ice detainees on the last day of the month and 24 pre trial. OFFENDER ASSAULTS: There was only one fight for the month (1) Ricardo Farris cpso and Bryan Meguess doc-594448 no significant injury both lost 6wks of store. DRUG TESTS: There were 38 doc drug test for the month 2 were positive (1) George Hereon doc 620311 positive for meth, amp. (2) Leroy Miles doc 714289 positive for Thc

Comments (cont):

Inactive: Active

Home | Instructions | Print

01 January 2009

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** October
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Chad Firmin on 11/6/2019 at 9:06:38 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 578 |
| **DOC Offenders** | 56 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 0 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 0 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 0 |

| | |
|---|---|
| Bus | 0 |
| Law Enforcement | 2 |
| Other | 0 |
| Total DOC Discharges | 2 |
| **GED PROGRAM** | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 0 |
| Other | 0 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 0 |
| Completed | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| **Grievances** | |
| Accepted | 0 |
| Rejected | 0 |
| **LARNAs Completed** | 0 |
| **# of DOC Offenders Discharged with Identification** | 2 |
| **Drug Testing** | |
| # of Offenders Tested | 8 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 32 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| | |
|---|---|
| **Security Search & Seizure Summary** | |
| **Areas Searched** | |
| # Living Area Searches | 87 |
| # Non-Living Area Searches | 5 |
| Total Searches | 92 |
| **Findings** | |
| # of Unauthorized Items Found | 0 |
| # of Contraband Items Found | 0 |
| **Description of Items Found** | |
| 0 | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 14 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 14 |

Comments: There were 522 ice detainees on the last day of the month, 56 doc inmates on the last day of the month totaling 578 offenders for the last day of the month, Offender Assaults there were 0 fights for the month. Doc drug test there were 8 doc drug tested with 0 positive for the month.

Comments (cont):

Inactive: Active

01 January 2009

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** November
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Chad Firmin on 12/5/2019 at 8:22:17 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 796 |
| **DOC Offenders** | 52 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 2 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 0 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 1 |

| | | |
|---|---|---|
| Bus | 0 | |
| Law Enforcement | 1 | |
| Other | 0 | |
| Total DOC Discharges | 2 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 1 | |
| Rejected | 0 | |
| LARNAs Completed | 3 | |
| # of DOC Offenders Discharged with Identification | 2 | |
| Drug Testing | | |
| # of Offenders Tested | 16 | |
| # of Offenders Positive | 2 | |
| # of Employees Tested | 28 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 93 | |
| # Non-Living Area Searches | 4 | |
| Total Searches | 97 | |
| Findings | | |
| # of Unauthorized Items Found | 2 | |
| # of Contraband Items Found | 2 | |
| Description of Items Found | | |
| unauthorized items 2 blankets contraband items 2 cellphones | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 26 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 26 |

Comments: The total number of offenders were 796 for the last day of the month, 731 ice, 52 doc, 13 cpso. There were 0 fights for the month, there were 16 doc drug tested and 2 were positive, (1) Barney Hines doc 526228 positive for thc (2) Ronnie Gaspard doc 739435 positive for meth and amp.
Comments (cont):
Inactive: Active

Home Instructions Print

01 January 2009

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** December
**Year:** 2019
**Reporting Year:** 2020
**Reviewed and Approved:** Chad Firmin on 1/2/2020 at 2:58:42 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 591 |
| **DOC Offenders** | 54 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 0 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 0 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 2 |

| | | |
|---|---|---|
| Bus | 0 | |
| Law Enforcement | 0 | |
| Other | 0 | |
| Total DOC Discharges | 2 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 0 | |
| Rejected | 0 | |
| LARNAs Completed | 0 | |
| # of DOC Offenders Discharged with Identification | 2 | |
| Drug Testing | | |
| # of Offenders Tested | 13 | |
| # of Offenders Positive | 1 | |
| # of Employees Tested | 32 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 104 | |
| # Non-Living Area Searches | 6 | |
| Total Searches | 110 | |
| Findings | | |
| # of Unauthorized Items Found | 2 | |
| # of Contraband Items Found | 0 | |
| Description of Items Found | | |
| unauthorized items 2 blankets | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |

| | |
|---|---|
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 17 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 17 |

Comments: Total number of offenders on the last day of the month 591, doc 54 ldom, Ins 509 ldom, Cpso 28 ldom. There were 13 doc drug tested with one that tested positive (1) Lucas Rougeou doc #504813 tested positive for meth and amp, there were no fights for the month.

Comments (cont):

Inactive: Active