Home | Instructions | Print

01 January 2009

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** January
**Year:** 2020
**Reporting Year:** 2020
**Reviewed and Approved:** Chad Firmin on 2/5/2020 at 2:05:41 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 689 |
| DOC Offenders | 48 |
| OPERATIONAL CAPACITY: 816 | |
| Number of Days over: | 0 |
| Schedule B Reports | 2 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 0 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 0 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 1 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 3 |

| | | |
|---|---|---|
| Bus | 0 | |
| Law Enforcement | 0 | |
| Other | 0 | |
| Total DOC Discharges | 3 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 0 | |
| Rejected | 0 | |
| LARNAs Completed | 1 | |
| # of DOC Offenders Discharged with Identification | 3 | |
| Drug Testing | | |
| # of Offenders Tested | 23 | |
| # of Offenders Positive | 4 | |
| # of Employees Tested | 23 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 124 | |
| # Non-Living Area Searches | 5 | |
| Total Searches | 129 | |
| Findings | | |
| # of Unauthorized Items Found | 4 | |
| # of Contraband Items Found | 2 | |
| Description of Items Found | | |
| Unauthorized items 4 blankets contraband 1 cellphone 1 sharpen toothbrush | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 23 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 23 |

Comments: Total number of offenders the last day of the month 689, total doc 48, total ice 595. There was one offender on offender assault (1) Terrion Miller doc #571030 and Robby Woods cpso no significant injury both lost 6wks of store. There were 23 doc drug test for the month with 4 testing positive (1) Alvin Carriere doc #418496 positive for met. Amp (2) Barney Hines doc #526228 positive for met. (3) Tommie McMorris doc #533563 positive for met. (4) Phillip Whittington doc # 742322 positive for amp mdma.
Comments (cont):
Inactive: Active

Home | Instructions | Print

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** February
**Year:** 2020
**Reporting Year:** 2020
**Reviewed and Approved:** Chad Firmin on 3/9/2020 at 2:46:02 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 428 |
| **DOC Offenders** | 43 |
| **OPERATIONAL CAPACITY:** 816 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 2 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 0 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 2 |

| | | |
|---|---|---|
| Bus | 0 | |
| Law Enforcement | 0 | |
| Other | 0 | |
| Total DOC Discharges | 2 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| **Grievances** | | |
| Accepted | 0 | |
| Rejected | 0 | |
| **LARNAs Completed** | 1 | |
| **# of DOC Offenders Discharged with Identification** | 2 | |
| **Drug Testing** | | |
| # of Offenders Tested | 8 | |
| # of Offenders Positive | 0 | |
| # of Employees Tested | 35 | |
| # of Employees Positive | 0 | |
| **Sexual Assault Allegations** | **DOC** | **OTHER** |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| **Security Search & Seizure Summary** | | |
| **Areas Searched** | | |
| # Living Area Searches | 102 | |
| # Non-Living Area Searches | 5 | |
| Total Searches | 107 | |
| **Findings** | | |
| # of Unauthorized Items Found | 4 | |
| # of Contraband Items Found | 1 | |
| **Description of Items Found** | | |
| Unauthorized items 4 blankets, Contraband found 1 cell phone | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |

| **Offender Transports (DOC Only)** | |
|---|---|
| **Scheduled Medical** | 34 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 34 |

Comments: The total number of offenders on the last day of the month 428, total doc 43 and total ins 371. There were 0 fights for the month. There were 8 doc drug tested for the month with 0 positive.

Comments (cont):

Inactive: Active

Home Instructions Print

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** March
**Year:** 2020
**Reporting Year:** 2020
**Reviewed and Approved:** Chad Firmin on 4/6/2020 at 8:30:16 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 573 |
| **DOC Offenders** | 54 |
| **OPERATIONAL CAPACITY:** 816 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 2 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 0 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 2 |

| | |
|---|---|
| Bus | 0 |
| Law Enforcement | 0 |
| Other | 0 |
| Total DOC Discharges | 2 |
| **GED PROGRAM** | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 0 |
| Other | 0 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 0 |
| Completed | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| **Grievances** | |
| Accepted | 0 |
| Rejected | 0 |
| **LARNAs Completed** | 0 |
| **# of DOC Offenders Discharged with Identification** | 2 |
| **Drug Testing** | |
| # of Offenders Tested | 11 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 48 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| | |
|---|---|
| **Security Search & Seizure Summary** | |
| **Areas Searched** | |
| # Living Area Searches | 112 |
| # Non-Living Area Searches | 6 |
| Total Searches | 118 |
| **Findings** | |
| # of Unauthorized Items Found | 5 |
| # of Contraband Items Found | 2 |
| **Description of Items Found** | |
| unauthorized items 5 blankets contraband found 2 sharpen toothbrushes | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 23 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 23 |

Comments: The total number of offenders on the last day of the month is 573, 54 doc, and 510 ice. There were 0 fights for the month of march, Doc drug test for the month of march was 11, there were 0 positive .

Comments (cont):

Inactive: Active

01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** April
**Year:** 2020
**Reporting Year:** 2020
**Reviewed and Approved:** Chad Firmin on 5/4/2020 at 1:48:01 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 505 |
| **DOC Offenders** | 54 |
| **OPERATIONAL CAPACITY:** 816 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 3 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 0 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 0 |

| | | |
|---|---|---|
| Bus | 0 | |
| Law Enforcement | 0 | |
| Other | 0 | |
| Total DOC Discharges | 0 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 0 | |
| Rejected | 0 | |
| LARNAs Completed | 0 | |
| # of DOC Offenders Discharged with Identification | 0 | |
| Drug Testing | | |
| # of Offenders Tested | 10 | |
| # of Offenders Positive | 0 | |
| # of Employees Tested | 28 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 30 | |
| # Non-Living Area Searches | 0 | |
| Total Searches | 30 | |
| Findings | | |
| # of Unauthorized Items Found | 0 | |
| # of Contraband Items Found | 0 | |
| Description of Items Found | | |
| 0 | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 0 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 0 |

Comments:

Comments (cont):

Inactive: Active

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** May
**Year:** 2020
**Reporting Year:** 2020
**Reviewed and Approved:** Chad Firmin on 6/2/2020 at 8:55:53 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 434 |
| **DOC Offenders** | 53 |
| **OPERATIONAL CAPACITY:** 816 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 1 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 3 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 1 |

| | | |
|---|---|---|
| Bus | 0 | |
| Law Enforcement | 0 | |
| Other | 0 | |
| Total DOC Discharges | 1 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| **Grievances** | | |
| Accepted | 0 | |
| Rejected | 0 | |
| **LARNAs Completed** | 0 | |
| **# of DOC Offenders Discharged with Identification** | 1 | |
| **Drug Testing** | | |
| # of Offenders Tested | 11 | |
| # of Offenders Positive | 0 | |
| # of Employees Tested | 29 | |
| # of Employees Positive | 0 | |
| **Sexual Assault Allegations** | **DOC** | **OTHER** |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| **Security Search & Seizure Summary** | | |
| **Areas Searched** | | |
| # Living Area Searches | 15 | |
| # Non-Living Area Searches | 4 | |
| Total Searches | 19 | |
| **Findings** | | |
| # of Unauthorized Items Found | 6 | |
| # of Contraband Items Found | 2 | |
| **Description of Items Found** | | |
| Unauthorized items 4 blankets 2 jumpers Contraband 2 suboxone strips | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 0 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 0 |

Comments: On the last day of the month there were 434, doc-53, Ice-371 there were three offender on offender assaults (1) Ronald Acker doc-589354 and Javoanta Harris doc-724140 no significant injury both lost 4 weeks of commissary (2) Nicolas Goforth doc-729048 and Gage Kittinger doc-719925 no significant injury both lost 4 weeks of commissary (3) Lionel Brister doc-715059 and Timothy Mcdowel doc-743736 no significant injury both lost 4 weeks of commissary. There were 11 doc drug test with 0 negative.
Comments (cont):
Inactive: Active

Home Instructions Print

01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** June
**Year:** 2020
**Reporting Year:** 2020
**Reviewed and Approved:** Chad Firmin on 7/6/2020 at 9:28:03 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 384 |
| **DOC Offenders** | 75 |
| **OPERATIONAL CAPACITY:** 816 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 3 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 1 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 4 |

| | |
|---|---|
| Bus | 0 |
| Law Enforcement | 4 |
| Other | 0 |
| Total DOC Discharges | 8 |
| **GED PROGRAM** | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 0 |
| Other | 0 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 0 |
| Completed | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| Grievances | |
| Accepted | 0 |
| Rejected | 0 |
| LARNAs Completed | 0 |
| # of DOC Offenders Discharged with Identification | 8 |
| Drug Testing | |
| # of Offenders Tested | 33 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 22 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| | |
|---|---|
| Security Search & Seizure Summary | |
| Areas Searched | |
| # Living Area Searches | 71 |
| # Non-Living Area Searches | 5 |
| Total Searches | 76 |
| Findings | |
| # of Unauthorized Items Found | 4 |
| # of Contraband Items Found | 2 |
| **Description of Items Found** | |
| unauthorized items 3 blankets 1 cups contraband found 1-cellphone 1-charger | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 96 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 96 |

Comments: Last day of the month 384, doc-75, Ice-291. There was one offender on offender assualts (1) Reynolds Cavaxia doc-714668 and Garrett Mophett doc-715784 no significant injury both offenders got 4 weeks of store restriction. There were 33 doc drug test for the month with 0 positive.
Comments (cont):
Inactive: Active

Home | Instructions | Print

01 January 2009

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** July
**Year:** 2020
**Reporting Year:** 2021
**Reviewed and Approved:** Chad Firmin on 8/6/2020 at 1:14:13 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 284 |
| **DOC Offenders** | 75 |
| **OPERATIONAL CAPACITY:** 816 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 1 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 2 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 2 |

| | |
|---|---|
| Bus | 0 |
| Law Enforcement | 0 |
| Other | 0 |
| Total DOC Discharges | 2 |
| **GED PROGRAM** | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 0 |
| Other | 0 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 0 |
| Completed | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| **Grievances** | |
| Accepted | 0 |
| Rejected | 0 |
| **LARNAs Completed** | 0 |
| **# of DOC Offenders Discharged with Identification** | 2 |
| **Drug Testing** | |
| # of Offenders Tested | 18 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 23 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| | |
|---|---|
| **Security Search & Seizure Summary** | |
| **Areas Searched** | |
| # Living Area Searches | 86 |
| # Non-Living Area Searches | 4 |
| Total Searches | 90 |
| **Findings** | |
| # of Unauthorized Items Found | 5 |
| # of Contraband Items Found | 1 |
| **Description of Items Found** | |

| | |
|---|---|
| unauthorized items 2 blankets 3 cups contraband found 1 small bag of green leafy substance | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 23 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 23 |

Comments: Total number of offenders for the last day of the month 284, 75 doc, 195 ice. There were two offender on offender assaults. (1) Roshawn Veals doc #582251 and Gareth Mophett cpso there were no significant injuries both lost 6 weeks of store. (2) Earl Hatten cpso and Travis Daniels no significant injurys both lost 6 weeks of store. There 18 doc drug test with 0 positive.

Comments (cont):

Inactive: Active

Home | Instructions | Print

01 January 2009

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** August
**Year:** 2020
**Reporting Year:** 2021
**Reviewed and Approved:** Chad Firmin on 9/8/2020 at 10:47:59 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 425 |
| **DOC Offenders** | 71 |
| **OPERATIONAL CAPACITY:** 816 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 2 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 0 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 3 |

| | | |
|---|---|---|
| Bus | 0 | |
| Law Enforcement | 0 | |
| Other | 0 | |
| Total DOC Discharges | 3 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 0 | |
| Rejected | 0 | |
| LARNAs Completed | 0 | |
| # of DOC Offenders Discharged with Identification | 3 | |
| Drug Testing | | |
| # of Offenders Tested | 15 | |
| # of Offenders Positive | 0 | |
| # of Employees Tested | 20 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 74 | |
| # Non-Living Area Searches | 6 | |
| Total Searches | 80 | |
| Findings | | |
| # of Unauthorized Items Found | 12 | |
| # of Contraband Items Found | 2 | |
| Description of Items Found | | |

| | |
|---|---|
| unauthorized items 8 blankets, 4 matts, Contraband found 2 small balls the size of a dime of green leafy substance | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 27 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 27 |

Comments: The number of offenders on the last day of the month was 425, 71 doc & 72 Ice. There were 15 Doc drug tested with 0 positive, there were 0 fights for doc for the month.

Comments (cont):

Inactive: Active

Home | Instructions | Print

01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** September
**Year:** 2020
**Reporting Year:** 2021
**Reviewed and Approved:** Chad Firmin on 10/5/2020 at 8:53:27 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 279 |
| DOC Offenders | 189 |
| OPERATIONAL CAPACITY: 816 | |
| Number of Days over: | 0 |
| Schedule B Reports | 3 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 0 |
| TWP | 0 |
| Lack of Bed Space | 0 |
| Total | 0 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 2 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 4 |

| | | |
|---|---|---|
| Bus | 0 | |
| Law Enforcement | 2 | |
| Other | 0 | |
| Total DOC Discharges | 6 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| **Grievances** | | |
| Accepted | 0 | |
| Rejected | 0 | |
| **LARNAs Completed** | 0 | |
| **# of DOC Offenders Discharged with Identification** | 6 | |
| **Drug Testing** | | |
| # of Offenders Tested | 118 | |
| # of Offenders Positive | 3 | |
| # of Employees Tested | 41 | |
| # of Employees Positive | 0 | |
| **Sexual Assault Allegations** | **DOC** | **OTHER** |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| **Security Search & Seizure Summary** | | |
| **Areas Searched** | | |
| # Living Area Searches | 140 | |
| # Non-Living Area Searches | 8 | |
| Total Searches | 148 | |
| **Findings** | | |
| # of Unauthorized Items Found | 6 | |
| # of Contraband Items Found | 3 | |
| **Description of Items Found** | | |

| | |
|---|---|
| unauthorized items 6 blankets contarband found 2 cell phones 1 small ball of green leafy substance | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 20 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 20 |

Comments: The total number of offenders on the last day of the month were 279, doc-189 and Ice-53. There were two fights for the month (1) John Trahan -731744 and Mark Harstad -cpso no significant injury both lost store for 6 weeks. (2) Hurcules Grigsby -737872 and Ricky Aymond -719609 no singificant injury both lost 6 weeks of store. Total Doc drug test 118 with 3 positive (1) Jonathan Day -710914 positive for bup. (2) William Oconner-725713 positive for meth, (3) Michael Taylor-726688 positive for bup.

Comments (cont):

Inactive: Active

Home | Instructions | Print

01 January 2009

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** October
**Year:** 2020
**Reporting Year:** 2021
**Reviewed and Approved:** Chad Firmin on 11/4/2020 at 10:53:46 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 293 |
| **DOC Offenders** | 175 |
| **OPERATIONAL CAPACITY:** 816 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 4 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 4 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 8 |

| | | |
|---|---|---|
| Bus | 1 | |
| Law Enforcement | 0 | |
| Other | 0 | |
| Total DOC Discharges | 9 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| **Grievances** | | |
| Accepted | 3 | |
| Rejected | 0 | |
| **LARNAs Completed** | 0 | |
| **# of DOC Offenders Discharged with Identification** | 9 | |
| **Drug Testing** | | |
| # of Offenders Tested | 22 | |
| # of Offenders Positive | 1 | |
| # of Employees Tested | 23 | |
| # of Employees Positive | 0 | |
| **Sexual Assault Allegations** | **DOC** | **OTHER** |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| **Security Search & Seizure Summary** | | |
| **Areas Searched** | | |
| # Living Area Searches | 68 | |
| # Non-Living Area Searches | 4 | |
| Total Searches | 72 | |
| **Findings** | | |
| # of Unauthorized Items Found | 6 | |
| # of Contraband Items Found | 4 | |
| **Description of Items Found** | | |
| Unauthorized items 6 blankets Contraband items 2 cell phones 2 cell phone chargers | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |

| | |
|---|---|
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 23 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 23 |

Comments: Total number of offenders housed on the last day of the month 293, 175 Doc, there were four fights for the month (1) Zmorrio Douglas 369182 and Justin Green 537867 no significant injuries, both lost 4wks of store. (2) Markues Grant Calc and Klarents Tatum 570207 no significant injuries both lost 4wks of store. (3) Seth Morrison 736497 and Terence Davis 577076 no significant injuries and both lost 4wks of store. (4) Theodore Francis 484225 and Dmario Rabb 544605 no significant injuries and both lost 4wks of store. There were 22 Doc drug test for the month with one positive (1) Patrick Goodfriend 184824 positive for amp, meth.

Comments (cont):

Inactive: Active

Home Instructions Print

01 January 2009

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** November
**Year:** 2020
**Reporting Year:** 2021
**Reviewed and Approved:** Chad Firmin on 12/7/2020 at 8:32:15 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 404 |
| **DOC Offenders** | 221 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 1 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 5 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 2 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 6 |

| | | |
|---|---|---|
| Bus | 2 | |
| Law Enforcement | 0 | |
| Other | 0 | |
| Total DOC Discharges | 8 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| LARNAs Completed | 0 | |
| # of DOC Offenders Discharged with Identification | 8 | |
| Drug Testing | | |
| # of Offenders Tested | 106 | |
| # of Offenders Positive | 5 | |
| # of Employees Tested | 27 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 89 | |
| # Non-Living Area Searches | 5 | |
| Total Searches | 94 | |
| Findings | | |
| # of Unauthorized Items Found | 7 | |
| # of Contraband Items Found | 1 | |
| Description of Items Found | | |
| unauthorized items 7 blankets contraband items found 1 cell phone | | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 23 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 23 |

Comments: The total number of offenders housed on the last day of the month 404, Doc is 221.There were 106 drug tested for the month with 5 tht tested positive (1)Austin Adams #711888 positive for Thc, (2) Alvin Bailey #311389 positive for Amp, Thc, Mamp, (3) Marty Cagle #601301 positive for Mdma, (4) Joseph Charles #385826 positive for Thc (5) Andrew Kenny #565014 positive for Thc. There were five fights for the month (1) Terrell Charles 709056 and Cutter Naquin 741082 no significant injury both lost 4wk of store. (2) Tobias Andrews 726565 and Jeffery Banks 311389 no significant injury both lost 4wk of store. (3) Milton Hatten cpso and Kelvin Simon 749038 no significant injury and both lost 4wk of store (4)Tobias Andrews 726565 and Jeffery Banks 311389 no significant injury both lost 4wk of store (5) Justin Green 537867 and Beerien Brown 726021 no significant injury both lost 4wk of store. There were 2 offender on officer assault (1) Javon Kennerson #484627 on Lt. Dan Oxley no significant injury. (2) Javon Kennerson #484627 on officer Jacob Townsend no significant injury

Comments (cont): On the November 1st, we lost our ICE contract. The cells that were being utillized for medical exam rooms were converted back to housing units for offenders, Thus bringing the capacity to 828.

Inactive: Active

Home | Instructions | Print

01 January 2009

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** December
**Year:** 2020
**Reporting Year:** 2021
**Reviewed and Approved:** Chad Firmin on 1/12/2021 at 9:45:49 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 543 |
| **DOC Offenders** | 206 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 3 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 2 |
| **Lack of Bed Space** | 0 |
| **Total** | 2 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 5 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 7 |

| | |
|---|---|
| Bus | 2 |
| Law Enforcement | 3 |
| Other | 0 |
| Total DOC Discharges | 12 |
| **GED PROGRAM** | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 0 |
| Other | 0 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 0 |
| Completed | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| Grievances | |
| Accepted | 2 |
| Rejected | 0 |
| LARNAs Completed | 1 |
| # of DOC Offenders Discharged with Identification | 2 |
| Drug Testing | |
| # of Offenders Tested | 58 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 35 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 1 |

| | |
|---|---|
| Security Search & Seizure Summary | |
| Areas Searched | |
| # Living Area Searches | 33 |
| # Non-Living Area Searches | 90 |
| Total Searches | 123 |
| Findings | |
| # of Unauthorized Items Found | 6 |
| # of Contraband Items Found | 9 |
| Description of Items Found | |

| | |
|---|---|
| Unauthorized items-4 chow hall cups, and 2-blankets. Contraband items-2-cell phones, 3-shanks, 4-tobacco. | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| N/A | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 20 |
| **Medical Emergency** | 5 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 25 |

Comments: OFFENDER ASSAULTS: Vontavious Johnson (624445) & Beerien Brown(726021) with no significant injuries, Herman Williams(310079) & Donvann Gordon(738351) with no significant injuries, Joshua Bordelon(558303) & Damonta Johnson(731898) with no significant injuries, Blake Rolando(567589) & Jeremy Netterville(732089) with no significant injuries, Montarrius Russell(706184) & Deterrell Butler(553495) with no significant injuries.

Comments (cont): N/A

Inactive: Active