Home | Instructions | Print

01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** January
**Year:** 2021
**Reporting Year:** 2021
**Reviewed and Approved:** Chad Firmin on 2/8/2021 at 12:35:21 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 613 |
| **DOC Offenders** | 231 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 4 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 0 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 3 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 1 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 8 |

| | |
|---|---|
| Bus | 2 |
| Law Enforcement | 0 |
| Other | 0 |
| Total DOC Discharges | 10 |
| **GED PROGRAM** | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 0 |
| Other | 0 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 0 |
| Completed | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| **Grievances** | |
| Accepted | 2 |
| Rejected | 0 |
| **LARNAs Completed** | 0 |
| **# of DOC Offenders Discharged with Identification** | 2 |
| **Drug Testing** | |
| # of Offenders Tested | 47 |
| # of Offenders Positive | 1 |
| # of Employees Tested | 32 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 1 | 0 |

| | |
|---|---|
| **Security Search & Seizure Summary** | |
| **Areas Searched** | |
| # Living Area Searches | 51 |
| # Non-Living Area Searches | 85 |
| Total Searches | 136 |
| **Findings** | |
| # of Unauthorized Items Found | 9 |
| # of Contraband Items Found | 4 |
| **Description of Items Found** | |
| Unauthorized items- 3-cups 6-blackets. Contraband items--2-cell phones, 2-tobacco | |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| N/A | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 33 |
| **Medical Emergency** | 5 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 38 |

Comments: offender on offender Clinton Johnson (756968) & Beerien Brown (726021). Randy Allbritton (710822) & Beerien Brown (726021). Phillip Hebert (708588) & Montarrius Russell (706184). No significant injuires. Offender on staff: Eric Long#413709 and Captain Trevor Mitchell. No significant injuries. Postive drug screen: Michel Santiestaban Sosa #730906 positive for BUP
Comments (cont): N/A
Inactive: Active

Home | Instructions | Print

01 January 2009

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** February
**Year:** 2021
**Reporting Year:** 2021
**Reviewed and Approved:** Chad Firmin on 3/4/2021 at 11:58:21 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 598 |
| **DOC Offenders** | 187 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 5 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 6 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 6 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 1 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 12 |

| | | |
|---|---|---|
| Bus | 0 | |
| Law Enforcement | 2 | |
| Other | 0 | |
| Total DOC Discharges | 14 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 1 | |
| Rejected | 0 | |
| LARNAs Completed | 0 | |
| # of DOC Offenders Discharged with Identification | 12 | |
| Drug Testing | | |
| # of Offenders Tested | 49 | |
| # of Offenders Positive | 0 | |
| # of Employees Tested | 41 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 118 | |
| # Non-Living Area Searches | 96 | |
| Total Searches | 214 | |
| Findings | | |
| # of Unauthorized Items Found | 27 | |
| # of Contraband Items Found | 9 | |
| Description of Items Found | | |

| | |
|---|---|
| Unauthorized items 9-chow hall cups, 6-chow trays, 12-blankets. Contraband items, 1-cell phone, 4-tobacco, 4-shanks approximately 4 inches or less. | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| N/A | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 11 |
| **Medical Emergency** | 5 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 16 |

Comments: Offender on offender assualts Beerien Brown & Charles Hudson with no significant injuries. The shanks were small pieces of metal all approximately 4 inches or less.

Comments (cont):

Inactive: Active

Home Instructions Print

01 January 2009

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** March
**Year:** 2021
**Reporting Year:** 2021
**Reviewed and Approved:** Chad Firmin on 4/5/2021 at 1:08:30 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 532 |
| **DOC Offenders** | 149 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 13 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 55 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 55 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 4 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 3 |

| | | |
|---|---|---|
| Bus | 0 | |
| Law Enforcement | 0 | |
| Other | 0 | |
| Total DOC Discharges | 3 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 1 | |
| Rejected | 0 | |
| LARNAs Completed | 1 | |
| # of DOC Offenders Discharged with Identification | 3 | |
| Drug Testing | | |
| # of Offenders Tested | 42 | |
| # of Offenders Positive | 2 | |
| # of Employees Tested | 49 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 51 | |
| # Non-Living Area Searches | 90 | |
| Total Searches | 141 | |
| Findings | | |
| # of Unauthorized Items Found | 31 | |
| # of Contraband Items Found | 11 | |
| Description of Items Found | | |

| | |
|---|---|
| Unauthorized items found 12-chow hall cups, 15-chow sporks, 4-blankets. contraband items: 4 cellphones, 2-shanks one 3 inch piece of glass and approximately a 5 inch piece of metal, and 5 sticks of a green leafy substance in it resembling mojo. | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| N/A | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 16 |
| **Medical Emergency** | 2 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 18 |

Comments: The two positive drug screens are Jeromy Thompson (610642) positive for BUP during intake on 3-4-2021, and Kenneth Rabalais (513783) positive for BUP on 3-19-2021 random test. Offender on Offender assaults are Jonnell Horn (554079) & Alonzo Bolden (495629), Reco Griffin (540749) & Eric Rockett (635438), Mark Maricle (465227) and chad Hickson (730496), Quinterrell Mills (716872) and Charles Stevenson (548770). All of these assaults resulted in no signifigant injuries.

Comments (cont): N/A

Inactive: Active

01 January 2009

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** April
**Year:** 2021
**Reporting Year:** 2021
**Reviewed and Approved:** Chad Firmin on 5/10/2021 at 2:15:55 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 646 |
| DOC Offenders | 227 |
| OPERATIONAL CAPACITY: 830 | |
| Number of Days over: | 0 |
| Schedule B Reports | 12 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 40 |
| TWP | 8 |
| Lack of Bed Space | 0 |
| Total | 48 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 2 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 8 |

| | | |
|---|---|---|
| Bus | 3 | |
| Law Enforcement | 2 | |
| Other | 0 | |
| Total DOC Discharges | 13 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| **Grievances** | | |
| Accepted | 3 | |
| Rejected | 0 | |
| **LARNAs Completed** | 0 | |
| **# of DOC Offenders Discharged with Identification** | 13 | |
| **Drug Testing** | | |
| # of Offenders Tested | 89 | |
| # of Offenders Positive | 1 | |
| # of Employees Tested | 35 | |
| # of Employees Positive | 0 | |
| **Sexual Assault Allegations** | **DOC** | **OTHER** |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| **Security Search & Seizure Summary** | | |
| **Areas Searched** | | |
| # Living Area Searches | 57 | |
| # Non-Living Area Searches | 90 | |
| Total Searches | 147 | |
| **Findings** | | |
| # of Unauthorized Items Found | 30 | |
| # of Contraband Items Found | 5 | |
| **Description of Items Found** | | |

| | |
|---|---|
| Unauthorized items found-4-cups, 14-blankets, and 12 sporks. Contraband items found were 4-phones, 1-shank which is approximately a 4 inch piece of metal. | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| N/A | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 24 |
| **Medical Emergency** | 1 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 25 |

Comments: They were two offender on offender assaults both with no significant injuries, Robert Williams (544611) and Austin Adams (711888), Tyrone Catchings (345891) and Chad Bordelon (367866). Also we had one offender have a positive drug screen he is Thaddeus Thomas (383358) he was positive for BUP during his intake on 4-24-2021.

Comments (cont): N/A

Inactive: Active

Home Instructions Print

01 January 2009

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** May
**Year:** 2021
**Reporting Year:** 2021
**Reviewed and Approved:** Chad Firmin on 6/8/2021 at 2:28:30 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 732 |
| DOC Offenders | 272 |
| OPERATIONAL CAPACITY: 830 | |
| Number of Days over: | 0 |
| Schedule B Reports | 8 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 3 |
| Administrative | 3 |
| Court Trip | 0 |
| DOC Request | 3 |
| TWP | 23 |
| Lack of Bed Space | 0 |
| Total | 32 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 2 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 8 |

| | |
|---|---|
| Bus | 2 |
| Law Enforcement | 3 |
| Other | 0 |
| Total DOC Discharges | 13 |
| **GED PROGRAM** | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 0 |
| Other | 0 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 0 |
| Completed | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| **Grievances** | |
| Accepted | 2 |
| Rejected | 0 |
| **LARNAs Completed** | 0 |
| **# of DOC Offenders Discharged with Identification** | 13 |
| **Drug Testing** | |
| # of Offenders Tested | 98 |
| # of Offenders Positive | 7 |
| # of Employees Tested | 33 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| | |
|---|---|
| **Security Search & Seizure Summary** | |
| **Areas Searched** | |
| # Living Area Searches | 61 |
| # Non-Living Area Searches | 92 |
| Total Searches | 153 |
| **Findings** | |
| # of Unauthorized Items Found | 18 |
| # of Contraband Items Found | 11 |
| **Description of Items Found** | |

| |
|---|
| They was a total of 18 unauthorized items found, 9-blankets, 4-sporks, 3-chow cups, and 2-sheets. They were 11 contraband items found, 3- cell phones, 5-suboxone strips (on one person), 2-small baggies of tobacco, and a small bag of methanphetamine. |

| | |
|---|---|
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| N/A | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 12 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 12 |

Comments: They was a total of 2 offender on offender assaults, neither had a significant injury, and they were Tobias Andrews (726565) against Cedrick Achane (590833), and Earl Joseph (712726) against Darshay Conrad (733388). They were a total of 98 offender drug screens done, 7 of the 98 tested positive, all at intake. These 3 were on 5-04-2021 Trevor Jones () positive for THC & BZO, Deandre Amos () MET, and Alonzo Littleton () THC. These 2 were on 5-12-2021 Christopher Ceaser () OPI, and Harold Ramuer () MET & AMP, then Christopher Smith () MET & AMP on 5-18-2021, and Delance Patterson () THC, on 5-19-2021.
Comments (cont): N/A
Inactive: Active

Home | Instructions | Print

01 January 2009

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** June
**Year:** 2021
**Reporting Year:** 2021
**Reviewed and Approved:** Chad Firmin on 7/20/2021 at 1:46:19 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 809 |
| DOC Offenders | 298 |
| OPERATIONAL CAPACITY: 830 | |
| Number of Days over: | 0 |
| Schedule B Reports | 3 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 1 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 18 |
| TWP | 38 |
| Lack of Bed Space | 30 |
| Total | 87 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 5 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 11 |

| | |
|---|---|
| Bus | 2 |
| Law Enforcement | 2 |
| Other | 0 |
| Total DOC Discharges | 15 |
| **GED PROGRAM** | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 0 |
| Other | 0 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 0 |
| Completed | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| **Grievances** | |
| Accepted | 2 |
| Rejected | 0 |
| **LARNAs Completed** | 0 |
| **# of DOC Offenders Discharged with Identification** | 14 |
| **Drug Testing** | |
| # of Offenders Tested | 65 |
| # of Offenders Positive | 1 |
| # of Employees Tested | 34 |
| # of Employees Positive | 1 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| | |
|---|---|
| **Security Search & Seizure Summary** | |
| **Areas Searched** | |
| # Living Area Searches | 101 |
| # Non-Living Area Searches | 90 |
| Total Searches | 191 |
| **Findings** | |
| # of Unauthorized Items Found | 9 |
| # of Contraband Items Found | 6 |
| **Description of Items Found** | |

| |
|---|
| There was a total of 9 unauthorized items found, 6-blankets and 3-sheets, they were also a total of 6 contraband items found, 3-cell phones, 2-phone chargers with cell phone batteries, and a shank approximately 5 inches long. |

| | |
|---|---|
| **Offender Deaths** | 1 |

| |
|---|
| **Offender Deaths Explanations** |
| There was one offender death for the month and it was offender Larry Smith (528546) on 6-10-2021. Offender was involved in an altercation with another offender Kody Ardoin. Offender Smith was removed from the dorm and placed in a cell until an investigation was completed. While in the cell offender Smith was lying on the floor. Medical was called and CPR and AED was used. Offender Smith was taken to Trinity Hospital by ambulance and was pronounced deceased by Dr. Broussard at 10:40 hours. Preliminary cause of death: likely penetrating injury to mouth into sinuses due to assault, with contributions of HTNASCVD and obesity. Death was rule a homicide. |

| **Offender Transports (DOC Only)** | |
|---|---|
| **Scheduled Medical** | 8 |
| **Medical Emergency** | 3 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 11 |

Comments: There was a total of 5 offender on offender assaults, none of them had a significant injury. They were Kendre Payton (760339) and Darshay Conrad (733388), Tyree Richard (760161) and Tyrone Marshall (583204), Cody Stineff (727025) and Dennis Clark (621597), Lance Roundtree (540743) and Abdul Madison (737177), Lee George (597934) and Titus Richard (502082). One of the 34 employee drug screens were positive, and there is a prescription on file for her. There was a total of 65 drug screens done on offenders, with only one positive on Reginald Mccoy during intake on 6-17-2021 for (MET, AMP, POS).

Comments (cont): N/A

Inactive: Active

01 January 2009

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** June
**Year:** 2021
**Reporting Year:** 2021
**Reviewed and Approved:** Chad Firmin on 7/20/2021 at 1:46:19 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 809 |
| **DOC Offenders** | 298 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 3 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 1 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 18 |
| **TWP** | 38 |
| **Lack of Bed Space** | 30 |
| **Total** | 87 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 5 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 11 |

| | | |
|---|---|---|
| Bus | 2 | |
| Law Enforcement | 2 | |
| Other | 0 | |
| Total DOC Discharges | 15 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| **Grievances** | | |
| Accepted | 2 | |
| Rejected | 0 | |
| **LARNAs Completed** | 0 | |
| **# of DOC Offenders Discharged with Identification** | 14 | |
| **Drug Testing** | | |
| # of Offenders Tested | 65 | |
| # of Offenders Positive | 1 | |
| # of Employees Tested | 34 | |
| # of Employees Positive | 1 | |
| **Sexual Assault Allegations** | **DOC** | **OTHER** |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| **Security Search & Seizure Summary** | | |
| **Areas Searched** | | |
| # Living Area Searches | 101 | |
| # Non-Living Area Searches | 90 | |
| Total Searches | 191 | |
| **Findings** | | |
| # of Unauthorized Items Found | 9 | |
| # of Contraband Items Found | 6 | |
| **Description of Items Found** | | |

| | |
|---|---|
| There was a total of 9 unauthorized items found, 6-blankets and 3-sheets, they were also a total of 6 contraband items found, 3-cell phones, 2-phone chargers with cell phone batteries, and a shank approximately 5 inches long. | |
| **Offender Deaths** | 1 |
| **Offender Deaths Explanations** | |
| There was one offender death for the month and it was offender Larry Smith (528546) on 6-10-2021. Offender was involved in an altercation with another offender Kody Ardoin. Offender Smith was removed from the dorm and placed in a cell until an investigation was completed. While in the cell offender Smith was lying on the floor. Medical was called and CPR and AED was used. Offender Smith was taken to Trinity Hospital by ambulance and was pronounced deceased by Dr. Broussard at 10:40 hours. Preliminary cause of death: likely penetrating injury to mouth into sinuses due to assault, with contributions of HTNASCVD and obesity. Death was rule a homicide. | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 8 |
| **Medical Emergency** | 3 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 11 |

Comments: There was a total of 5 offender on offender assaults, none of them had a significant injury. They were Kendre Payton (760339) and Darshay Conrad (733388), Tyree Richard (760161) and Tyrone Marshall (583204), Cody Stineff (727025) and Dennis Clark (621597), Lance Roundtree (540743) and Abdul Madison (737177), Lee George (597934) and Titus Richard (502082). One of the 34 employee drug screens were positive, and there is a prescription on file for her. There was a total of 65 drug screens done on offenders, with only one positive on Reginald Mccoy during intake on 6-17-2021 for (MET, AMP, POS).

Comments (cont): N/A

Inactive: Active

01 July 2021

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** July
**Year:** 2021
**Reporting Year:** 2022
**Reviewed and Approved:** Chad Firmin on 8/9/2021 at 9:45:08 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 792 |
| **DOC Offenders** | 271 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 5 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 9 |
| **TWP** | 17 |
| **Lack of Bed Space** | 71 |
| **Total** | 97 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 3 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 7 |

| | | |
|---|---|---|
| Bus | 5 | |
| Law Enforcement | 2 | |
| Other | 0 | |
| Total DOC Discharges | 14 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 15 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 1 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 | |
| # of DOC Offenders Discharged with Identification | 14 | |
| Drug Testing | | |
| # of Offenders Tested | 74 | |
| # of Offenders Positive | 8 | |
| # of Employees Tested | 33 | |
| # of Employees Positive | 1 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 79 | |
| # Non-Living Area Searches | 109 | |
| Total Searches | 188 | |
| Findings | | |
| # of Unauthorized Items Found | 17 | |

| | |
|---|---|
| # of Contraband Items Found | 9 |
| **Description of Items Found** | |
| They was a total of 17 unauthorized items found, 7-blankets, 4-sporks, 3-chow cups, and 3-sheets. They were 9 contraband items found, 2- cell phones, 2-cell phone chargers (on one person), 3-tobacco items, 1 SIM card, and 1 finger nail clipper approximately 4 inches long. | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| N/A | |
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 7 |
| Medical Emergency | 1 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 8 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 39 |

Comments: They was a total of 3 offender on offender assaults, which neither of the three had a significant injury, and they were Jeremy Thompson (610642) vs Krishon Selma (754497), Jarvis Reynaud (514908) vs Steven Thompson (435079), and Nathaniel Lewis (467691) vs Brian Solana (731318). They were a total of 74 offender drug screens done, 8 of the 98 tested positive, all at intake, on 7-14-21. They were Travis Bell (739556) THC, Kerry Fontenot (629029) THC, Wyatt Guillory (528893) THC, Devonta Kenebrew (707735) AMP, Cory Mattox (743013) MDMA, William Perkins (497321) AMP, Ryan Smith (744376) THC, and Brian Solana (731378) MET. 1 employee positive for OPI but has a prescription.
Comments (cont): N/A
Inactive: Active

01 July 2021

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** August
**Year:** 2021
**Reporting Year:** 2022
**Reviewed and Approved:** Chad Firmin on 9/8/2021 at 9:47:41 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| TOTAL # of offenders on LDOM | 805 |
| DOC Offenders | 258 |
| OPERATIONAL CAPACITY: 830 | |
| Number of Days over: | 0 |
| Schedule B Reports | 7 |
| TRANSFERS TO DPS&C CUSTODY | |
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 0 |
| Court Trip | 0 |
| DOC Request | 0 |
| TWP | 9 |
| Lack of Bed Space | 37 |
| Total | 46 |
| ESCAPES | |
| # DOC | 0 |
| Apprehensions | 0 |
| ASSAULTS | |
| Offender-on-Offender | 2 |
| Offender-on-Offender with Significant Injury | 0 |
| Offender-on-Staff | 0 |
| Offender-on-Staff with Significant Injury | 0 |
| TRANSPORTATION FOR DOC DISCHARGES | |
| Family and/or Friend | 8 |

| | | |
|---|---|---|
| Bus | 1 | |
| Law Enforcement | 3 | |
| Other | 0 | |
| Total DOC Discharges | 12 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 1 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 | |
| # of DOC Offenders Discharged with Identification | 9 | |
| Drug Testing | | |
| # of Offenders Tested | 41 | |
| # of Offenders Positive | 0 | |
| # of Employees Tested | 25 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 102 | |
| # Non-Living Area Searches | 92 | |
| Total Searches | 194 | |
| Findings | | |
| # of Unauthorized Items Found | 6 | |

| | |
|---|---|
| # of Contraband Items Found | 7 |

**Description of Items Found**

There was a total of 6 unauthorized items found, and 7 contraband items found. The unauthorized items are, 4-blankets, 1-mattress, and 1-chow cup. The contraband items are 1-cell phone, 1-thumb size baggie of tobacco, 1-cell phone charger, and 4 suboxone strips, which, all was found in a shoe.

| | |
|---|---|
| Offender Deaths | 0 |

**Offender Deaths Explanations**

N/A

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 1 |
| Medical Emergency | 2 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 3 |

| COVID (DOC Only) | |
|---|---|
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 43 |

Comments: There was a total of 2 offender on offender assaults, and neither of them had any significant injuries. Jason Manual (583041) vs Sinbad Baker (560121), and Jacob Miller (736346) vs Jason Amy (632584). As for the drug screens we had 41 offenders tested and all were negative, and 35 officers tested and all of them tested negative as well.

Comments (cont): N/A

Inactive: Active

01 July 2021

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** September
**Year:** 2021
**Reporting Year:** 2022
**Reviewed and Approved:** Chad Firmin on 10/7/2021 at 10:23:42 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 814 |
| **DOC Offenders** | 255 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 8 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 3 |
| **TWP** | 14 |
| **Lack of Bed Space** | 60 |
| **Total** | 77 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 3 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 8 |

| | |
|---|---|
| Bus | 6 |
| Law Enforcement | 4 |
| Other | 0 |
| Total DOC Discharges | 18 |
| GED PROGRAM | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| SUBSTANCE ABUSE | |
| AA/NA | 0 |
| Other | 0 |
| OTHER CTRP (Non GED/Substance Abuse Programs) | |
| Enrolled | 0 |
| Completed | 0 |
| JOB SKILLS | |
| DOC Students | 0 |
| Grievances | |
| Accepted | 3 |
| Rejected | 0 |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | |
| Request for Accommodations | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 |
| # of DOC Offenders Discharged with Identification | 15 |
| Drug Testing | |
| # of Offenders Tested | 54 |
| # of Offenders Positive | 0 |
| # of Employees Tested | 33 |
| # of Employees Positive | 1 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| | |
|---|---|
| Security Search & Seizure Summary | |
| Areas Searched | |
| # Living Area Searches | 233 |
| # Non-Living Area Searches | 90 |
| Total Searches | 323 |
| Findings | |
| # of Unauthorized Items Found | 19 |

| | |
|---|---|
| # of Contraband Items Found | 10 |

| |
|---|
| **Description of Items Found** |
| They was a total of 19 unauthorized items found, 9-blankets, 4-laundry sacks, 2-chow cups, 2-towels, and 2-sheets. They were 10 contraband items found, 3-cell phones, 1-cell phone charger, 3-tobacco items, 2-paper items resembling synthetic marajuana, and a shank approximately 3 inches long. |

| | |
|---|---|
| **Offender Deaths** | 0 |

| |
|---|
| **Offender Deaths Explanations** |
| N/A |

| | |
|---|---|
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 2 |
| **Medical Emergency** | 2 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 4 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| **#Positive on LDOM** | 0 |
| **Total # Positive (housed during month)** | 0 |
| **# Pending Tests on LDOM** | 0 |
| **Total # Vaccinated as of LDOM** | 42 |

Comments: They was a total of 3 offender on offender assaults, in which none of the three had a significant injury, and they were Kerry Fontenot (629029) & Nagita Carter (596965), Jaworski Captain (425716) & John Cowart (551302), and Bryan Echevarri-Rodriguez (760685) & Jvonte Sterling (760046). They were a total of 54 offender drug screens done, all negative. There were a total of 33 employees tested, all negative, except 1, Jenny Proffer tested positive for AMP, during her hiring date.

Comments (cont): N/A

Inactive: Active

01 July 2021

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS

## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** October
**Year:** 2021
**Reporting Year:** 2022
**Reviewed and Approved:** Chad Firmin on 11/5/2021 at 8:36:51 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 800 |
| **DOC Offenders** | 199 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 16 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 2 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 27 |
| **TWP** | 5 |
| **Lack of Bed Space** | 10 |
| **Total** | 44 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 3 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 11 |

| | | |
|---|---|---|
| Bus | 7 | |
| Law Enforcement | 4 | |
| Other | 0 | |
| Total DOC Discharges | 22 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 3 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 | |
| # of DOC Offenders Discharged with Identification | 22 | |
| Drug Testing | | |
| # of Offenders Tested | 67 | |
| # of Offenders Positive | 0 | |
| # of Employees Tested | 40 | |
| # of Employees Positive | 1 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 109 | |
| # Non-Living Area Searches | 122 | |
| Total Searches | 231 | |
| Findings | | |
| # of Unauthorized Items Found | 12 | |

| | |
|---|---|
| **# of Contraband Items Found** | 11 |
| **Description of Items Found** | |
| They was a total of 12 unauthorized items found, and they were 4-blankets, 3-laundry sacks, 3-mattresss, and 2-towels. They was a total of 11 contraband items found, 2-cell phones, 1-cell phone charger, 1-thumb size baggie of tobacco, 2-small pieces of paper, in which both had small squares drawn on it resembling synthetic marajuana was found on two different offenders during different incidents, and 5-suboxone strips found on an offender. | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| N/A | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 5 |
| **Medical Emergency** | 4 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 9 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| **#Positive on LDOM** | 0 |
| **Total # Positive (housed during month)** | 0 |
| **# Pending Tests on LDOM** | 0 |
| **Total # Vaccinated as of LDOM** | 64 |

Comments: There was a total of 3 offender on offender assaults, in which none of the three had a significant injury, and they were Steven Sturlese (615089) & Lawrenceen Wheeler (761085), Cody Parker (721301) & Jason Manuel (593041), and Joseph Kirkland (610590) & Darrien Gray (573739). They were a total of 67 offender drug screens done, and all of them were negative. There were a total of 40 employees tested, 39 negative, and 1 positive. Norma Jones tested positive for (BZO), and she does have a prescription on file.
Comments (cont): N/A

Inactive: Active

Home | Instructions | Print

01 July 2021

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** November
**Year:** 2021
**Reporting Year:** 2022
**Reviewed and Approved:** Chad Firmin on 12/7/2021 at 1:44:34 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 799 |
| **DOC Offenders** | 228 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 5 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 7 |
| **TWP** | 30 |
| **Lack of Bed Space** | 0 |
| **Total** | 37 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 4 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 18 |

| | |
|---|---|
| Bus | 0 |
| Law Enforcement | 3 |
| Other | 0 |
| Total DOC Discharges | 21 |
| | |
| GED PROGRAM | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| | |
| SUBSTANCE ABUSE | |
| AA/NA | 0 |
| Other | 0 |
| | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | |
| Enrolled | 0 |
| Completed | 0 |
| | |
| JOB SKILLS | |
| DOC Students | 0 |
| | |
| Grievances | |
| Accepted | 2 |
| Rejected | 0 |
| | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | |
| Request for Accommodations | |
| | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 |
| | |
| # of DOC Offenders Discharged with Identification | 18 |
| | |
| Drug Testing | |
| # of Offenders Tested | 56 |
| # of Offenders Positive | 8 |
| # of Employees Tested | 44 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| | |
|---|---|
| Security Search & Seizure Summary | |
| Areas Searched | |
| # Living Area Searches | 86 |
| # Non-Living Area Searches | 98 |
| Total Searches | 184 |
| | |
| Findings | |
| # of Unauthorized Items Found | 13 |

| | |
|---|---|
| # of Contraband Items Found | 9 |

| |
|---|
| **Description of Items Found** |
| There was a total of 13 unauthorized items found, and 5 contraband items found. The unauthorized items are, 9-blankets, 2-sheets, 1-chow tray and 1-chow cup. The contraband items are, 5 sheets of paper found in the mail with a substance sprayed on it, 2-small bags of tobacco, 1-phone charger, and a baggie of a green leafy substance resembling synthetic marajuana. |

| | |
|---|---|
| **Offender Deaths** | 1 |

| |
|---|
| **Offender Deaths Explanations** |
| Offender Raymond Howard (318237), was found unresponsive in the bottom bunk in his cell covererd in a dark substance that appeared to be vomit. Offender was removed from the cell and EMS was called and loaded up in ambulance and transported to Lasalle General Hospital and passed away on November 25th, the time of death was 09:53. There wasnt any visible physical injuries, the autopsy has been completed and the results are still pending. |

| **Offender Transports (DOC Only)** | |
|---|---|
| Scheduled Medical | 4 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 4 |

| **COVID (DOC Only)** | |
|---|---|
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 59 |

Comments: There was a total of 4 offender on offender assaults, none of the assaults had significant injuries., and they were, Zachary Vezina (445683) & Damian Fitch (707186), Shane Vezinat (522230) & Dalton Jaquillard (629605), Daquincy Johnson (743068) & Launey Johnson (574699), Jamil Clay (535543) & James Williams (610590). As for the drug screens we had 56 offenders tested, with 8 of them testing positive, all at intake, and they are David Farmer (487552) Pos for AMP & MET on 11/2, Jean Carlo Zeron-Pera (761243) Pos THC on 11/4, Daquincy Johnson (743068) Pos AMP & METH on 11/4, Dexter Dotson (735433) Pos AMP & METH on 11/4, Jacob Lafleur (753687) Pos OXY on 11/17, Dewing Alveris (072234) Pos THC, PCP, & METH on 11/30, Oseco Diggs (584765) Pos THC on 11/30, John McCray (268369) Pos BUP & BZO on 11/30. There were 44 employees tested and all of them tested negative.
Comments (cont): N/A
Inactive: Active

Home | Instructions | Print

01 July 2021

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** December
**Year:** 2021
**Reporting Year:** 2022
**Reviewed and Approved:** Chad Firmin on 1/10/2022 at 3:40:13 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 823 |
| **DOC Offenders** | 242 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 10 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 2 |
| **TWP** | 7 |
| **Lack of Bed Space** | 16 |
| **Total** | 25 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 5 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 22 |

| | |
|---|---|
| Bus | 2 |
| Law Enforcement | 4 |
| Other | 0 |
| Total DOC Discharges | 28 |
| **GED PROGRAM** | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 0 |
| Other | 0 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 0 |
| Completed | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| **Grievances** | |
| Accepted | 2 |
| Rejected | 0 |
| **American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022)** | |
| Request for Accommodations | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 |
| # of DOC Offenders Discharged with Identification | 24 |
| **Drug Testing** | |
| # of Offenders Tested | 52 |
| # of Offenders Positive | 3 |
| # of Employees Tested | 35 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| | |
|---|---|
| **Security Search & Seizure Summary** | |
| **Areas Searched** | |
| # Living Area Searches | 79 |
| # Non-Living Area Searches | 86 |
| Total Searches | 165 |
| **Findings** | |
| # of Unauthorized Items Found | 18 |

| | |
|---|---|
| # of Contraband Items Found | 7 |

**Description of Items Found**

They was a total of 18 unauthorized items found, and they were 11-blankets, 4-extra jumpers, 2-chow trays, and 1-sheet. They was a total of 7 contraband items found, 2-cell phone chargers, 1-suboxone strip, 3-seperate incidents of pieces of paper with some kind of chemical on it resembling synthetic marajuana, and 1-small baggie with a green leafy substance resembling synthetic marajuana.

| | |
|---|---|
| Offender Deaths | 0 |

**Offender Deaths Explanations**

N/A

**Offender Transports (DOC Only)**

| | |
|---|---|
| Scheduled Medical | 5 |
| Medical Emergency | 1 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 6 |

**COVID (DOC Only)**

| | |
|---|---|
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 55 |

Comments: There was a total of 5 offender on offender assaults, in which none of the five had any significant injuries, and they were Tyrus Veal (743553) & Shannon Morris (539457), Dillon Charlot (728675) & Quincy Gwinn (595968), and Ian Kelly (747463) & Jermaine Washington (714456), and Brandon Duhon (629793) & Kato Harrison (566931), and Dustin Williams (581577) & Joseph Kirkland (610590). They were a total of 52 offender drug screens done, and all of them were negative, except for 3 and they are Marquis Brown (743630) & Robert Chamblis (465757) both for THC during intake on 12/1/2021, and Shabastin Paul (533595) for MET at intake on 12/10/2021. There were a total of 35 employees tested, all 35 were negative.

Comments (cont): N/A

Inactive: Active