Home | Instructions | Print

01 July 2021

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** January
**Year:** 2022
**Reporting Year:** 2022
**Reviewed and Approved:** Chad Firmin on 2/7/2022 at 3:12:22 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 822 |
| **DOC Offenders** | 207 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 7 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 2 |
| **Lack of Bed Space** | 30 |
| **Total** | 32 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 4 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 8 |

| | | |
|---|---|---|
| Bus | 1 | |
| Law Enforcement | 2 | |
| Other | 0 | |
| Total DOC Discharges | 11 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 3 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 | |
| # of DOC Offenders Discharged with Identification | 11 | |
| Drug Testing | | |
| # of Offenders Tested | 41 | |
| # of Offenders Positive | 0 | |
| # of Employees Tested | 43 | |
| # of Employees Positive | 1 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 1 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 91 | |
| # Non-Living Area Searches | 94 | |
| Total Searches | 185 | |
| Findings | | |
| # of Unauthorized Items Found | 21 | |

| | |
|---|---|
| # of Contraband Items Found | 11 |

| |
|---|
| **Description of Items Found** |
| There was a total of 21 unauthorized items found, and 11 contraband items found. The unauthorized items are, 14-blankets, 2-towels, 2-laundry sacks, 1-sheet, and 2-chow cups. The contraband items are, 3-different tobacco items, 2-cell phones, 2-shanks one approximately inches long and the other one was approximately 5 inches long, 1-cell phone charger, 1-bag with six small baggies of what appeared to be synthetic marajuana, and 2-sheets of paper that appeared to be sprayed with a liquid resembling synthetic marajuana. |

| | |
|---|---|
| **Offender Deaths** | 0 |

| |
|---|
| **Offender Deaths Explanations** |
| N/A |

| | |
|---|---|
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 7 |
| Medical Emergency | 3 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 10 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 59 |

Comments: There was a total of 4 offender on offender assaults, and none of them had any significant injuries., and they were, Justin Green (537867) & Randy Poole (437258), Tanner Prather (753104) & Keiteon Carter (545913), Derrick Moore (745038) & Marco Perales (751945), Jeancarlos Zeron Peroza (761243) & Toby Mabile (538265). As for the drug screens we had 41 offenders tested, with all of them being negative, There were 43 employees tested, all tested negative, except for Jean Jones she tested positive for BZO and there is a prescription on file. The pending sexual assault allegation was between Zachary Northrop and Charles Ford. Both of which are pre-trail offenders and the investigation is still ongoing.

Comments (cont): N/A

Inactive: Active

Home Instructions Print

01 July 2021

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** February
**Year:** 2022
**Reporting Year:** 2022
**Reviewed and Approved:** Chad Firmin on 3/14/2022 at 3:58:18 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 805 |
| **DOC Offenders** | 249 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 5 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 2 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 13 |
| **Lack of Bed Space** | 0 |
| **Total** | 15 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 2 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 10 |

| | |
|---|---|
| Bus | 3 |
| Law Enforcement | 4 |
| Other | 0 |
| Total DOC Discharges | 17 |
| **GED PROGRAM** | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 0 |
| Other | 0 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 0 |
| Completed | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| Grievances | |
| Accepted | 2 |
| Rejected | 0 |
| **American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022)** | |
| Request for Accommodations | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 1 |
| # of DOC Offenders Discharged with Identification | 17 |
| Drug Testing | |
| # of Offenders Tested | 47 |
| # of Offenders Positive | 5 |
| # of Employees Tested | 23 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| | |
|---|---|
| Security Search & Seizure Summary | |
| Areas Searched | |
| # Living Area Searches | 116 |
| # Non-Living Area Searches | 54 |
| Total Searches | 170 |
| Findings | |
| # of Unauthorized Items Found | 8 |

| | |
|---|---|
| **# of Contraband Items Found** | 9 |
| **Description of Items Found** | |
| They was a total of 8 unauthorized items found, and they were 4-blankets, 2-laundry sacks, 1-sheet and 1-chow tray. They was a total of 9 contraband items found, 2-cell phone chargers, 2-cell phones, 3-small baggies of tobacco found on 3 separate offenders, and 2-small baggies with a green leafy substance resembling synthetic marajuana. | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| N/A | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 2 |
| **Medical Emergency** | 2 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 4 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| **#Positive on LDOM** | 0 |
| **Total # Positive (housed during month)** | 0 |
| **# Pending Tests on LDOM** | 0 |
| **Total # Vaccinated as of LDOM** | 61 |

Comments: There was a total of 2 offender on offender assaults, in which none of the five had any significant injuries, and they were Jamar Harmon (763856) & Randolph Harris (761124), Jerome Mayo (574675) & Jonathan Fore (573560). They were a total of 47 offender drug screens done, and all of them were negative, except for these 5, and they were Kevin Bosley (392195) positive for BAR, Chance Evans (725550) positive for AMP, Allen Martin (499669) positive for MET, Zion Rivers (745648) positive for THC, and Justin Sanford (500960) positive for THC. There were a total of 23 employees tested, all 23 were negative

Comments (cont): N/A

Inactive: Active

Home Instructions Print

01 July 2021

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** March
**Year:** 2022
**Reporting Year:** 2022
**Reviewed and Approved:** Chad Firmin on 4/6/2022 at 12:59:02 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 813 |
| **DOC Offenders** | 232 |
| | |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| | |
| **Schedule B Reports** | 12 |
| | |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 4 |
| **TWP** | 20 |
| **Lack of Bed Space** | 1 |
| **Total** | 25 |
| | |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| | |
| **ASSAULTS** | |
| **Offender-on-Offender** | 5 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| | |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 19 |

| | | |
|---|---|---|
| Bus | 0 | |
| Law Enforcement | 3 | |
| Other | 0 | |
| Total DOC Discharges | 22 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| **Grievances** | | |
| Accepted | 2 | |
| Rejected | 0 | |
| **American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022)** | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 | |
| # of DOC Offenders Discharged with Identification | 22 | |
| **Drug Testing** | | |
| # of Offenders Tested | 62 | |
| # of Offenders Positive | 1 | |
| # of Employees Tested | 31 | |
| # of Employees Positive | 0 | |
| **Sexual Assault Allegations** | **DOC** | **OTHER** |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| **Security Search & Seizure Summary** | | |
| **Areas Searched** | | |
| # Living Area Searches | 85 | |
| # Non-Living Area Searches | 64 | |
| Total Searches | 149 | |
| **Findings** | | |
| # of Unauthorized Items Found | 14 | |

| | |
|---|---|
| # of Contraband Items Found | 7 |

**Description of Items Found**

There was a total of 14 unauthorized items found, and 7 contraband items found. The unauthorized items are, 7-blankets, 2-sheets, 4-mats, and 2-chow cups. The contraband items are, 3-tobacco items, 1-shank approximately 5 inches long, 1-cell phone charger, and 2-pieces of paper that appeared to be sprayed with a liquid resembling synthetic marajuana

| | |
|---|---|
| Offender Deaths | 1 |

**Offender Deaths Explanations**

The offender death was Richard Bamburg (109857). On 3/25/22 at approximately 17:50 the offender arrived by Catahoula transport from St. John Parish and when the officer opened the door to let him out, offender Bamburg was unresponsive and an ambulance was immediately called. Northeast ambulance arrived at 17:57, and departed the facility at 18:13 headed to Trinity hospital in Vidalia, LA where offender Bamburg was pronounced dead at 18:55. An autopsy was done and the results are still pending.

**Offender Transports (DOC Only)**

| | |
|---|---|
| Scheduled Medical | 3 |
| Medical Emergency | 5 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 8 |

**COVID (DOC Only)**

| | |
|---|---|
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 54 |

Comments: There was a total of 5 offender on offender assaults, and none of them had any significant injuries., and they were, Kendrick White (760124) & Jacob LaFluer (753687), Adontay Owens (740093) & Alvin Gallow (416280), Jermyre Bowers (747377) & Kevin Leguene (730737), Daquincy Johnson (743068) & Robert Burrell (571549), and Darrell Welcome (466460) & Jkristopher Scott (746675). As for the drug screens we had 62 offenders tested, with all of them being negative, except for 1 Keyowaski Doucet (511371) was positive for METH & AMP during his intake on 3/22/22. There were 31 employees tested, all 31 were negative

Comments (cont): N/A

Inactive: Active

Home | Instructions | Print

01 July 2021

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** April
**Year:** 2022
**Reporting Year:** 2022
**Reviewed and Approved:** Chad Firmin on 5/9/2022 at 4:10:00 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 830 |
| **DOC Offenders** | 288 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 5 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 3 |
| **TWP** | 15 |
| **Lack of Bed Space** | 0 |
| **Total** | 18 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 2 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 8 |

| | | |
|---|---|---|
| Bus | 2 | |
| Law Enforcement | 1 | |
| Other | 0 | |
| Total DOC Discharges | 11 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 15 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 3 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 1 | |
| # of DOC Offenders Discharged with Identification | 11 | |
| Drug Testing | | |
| # of Offenders Tested | 80 | |
| # of Offenders Positive | 5 | |
| # of Employees Tested | 48 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 161 | |
| # Non-Living Area Searches | 67 | |
| Total Searches | 228 | |
| Findings | | |
| # of Unauthorized Items Found | 17 | |

| | |
|---|---|
| **# of Contraband Items Found** | 6 |
| **Description of Items Found** | |
| There was a total of 17 unauthorized items found, and 6 contraband items found. The unauthorized items are, 12-blankets, 2-sheets, 1-chow tray, and 2-chow cups. The contraband items are, 4-tobacco items,(2-vapes, 2-small bags of tobacco), 1-shank approximately 3 inches long (piece of a finger nail clipper), and 1-cell phone | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| N/A | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 5 |
| **Medical Emergency** | 1 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 6 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| **#Positive on LDOM** | 0 |
| **Total # Positive (housed during month)** | 0 |
| **# Pending Tests on LDOM** | 0 |
| **Total # Vaccinated as of LDOM** | 57 |

Comments: There was a total of 2 offender on offender assaults, and none of them had any significant injuries., and they were, Ellis Merchant (762503) &.Johnny Skipper (621058, Antonio Jackson (733273) & Jason Mack (505554). As for the drug screens we had 80 offenders tested, all negative except for these five, Tyrone Anderson (119412) THC 4-22-22, Nicholas Johnson (520228) THC 4-22-22, Michael Syron (546562) BUP 4-22-22. Delance Patterson (734445) THC 4-01-22, and Nathaniel Rose (573752) THC 4-06-22. There were 48 employees tested, all 48 were negative.

Comments (cont): N/A

Inactive: Active

Home | Instructions | Print

01 July 2021

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** May
**Year:** 2022
**Reporting Year:** 2022
**Reviewed and Approved:** Chad Firmin on 6/7/2022 at 11:54:44 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 732 |
| **DOC Offenders** | 272 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 5 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 11 |
| **TWP** | 22 |
| **Lack of Bed Space** | 0 |
| **Total** | 33 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 4 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 8 |

| | | |
|---|---|---|
| Bus | 2 | |
| Law Enforcement | 3 | |
| Other | 0 | |
| Total DOC Discharges | 13 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 13 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| **American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022)** | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 | |
| # of DOC Offenders Discharged with Identification | 10 | |
| Drug Testing | | |
| # of Offenders Tested | 62 | |
| # of Offenders Positive | 1 | |
| # of Employees Tested | 24 | |
| # of Employees Positive | 1 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 86 | |
| # Non-Living Area Searches | 78 | |
| Total Searches | 164 | |
| Findings | | |
| # of Unauthorized Items Found | 15 | |

| | |
|---|---|
| **# of Contraband Items Found** | 5 |

| |
|---|
| **Description of Items Found** |
| They was a total of 15 unauthorized items found, and they were 4-blankets, 2-mats, 3-sheets, and 6-chow cups. They was a total of 5 contraband items found, 2-cell phones, 2-syringes, and 1-small baggie of tobacco. |

| | |
|---|---|
| **Offender Deaths** | 0 |

| |
|---|
| **Offender Deaths Explanations** |
| N/A |

| | |
|---|---|
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 4 |
| **Medical Emergency** | 3 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 7 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| **#Positive on LDOM** | 0 |
| **Total # Positive (housed during month)** | 0 |
| **# Pending Tests on LDOM** | 0 |
| **Total # Vaccinated as of LDOM** | 52 |

Comments: There was a total of 4 offender on offender assaults, in which none of the four had any significant injuries, and they were Joshua Taylor (721537) vs Calvin Favors (706076), Victor Taylor (723708) & Jamael Manning (704873) vs Brennen Wiggins (2022050058), Earl Payton (401392) vs Peter Bazile (2021070229), and Dequanta Zachary (706548) & Victor Taylor (723708) vs Deontrae Sampson (738752). They were a total of 62 offender drug screens, 61 negative, Jack Fowler (304586) positive MET/AMP during intake on 5/4/22. There were a total of 24 employees tested, 23 negative, Jesse Bass positive OPI during hiring, not hired.

Comments (cont): N/A

Inactive: Active

Home Instructions Print

01 July 2021

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** June
**Year:** 2022
**Reporting Year:** 2022
**Reviewed and Approved:** Chad Firmin on 7/7/2022 at 8:27:51 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 792 |
| **DOC Offenders** | 390 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 4 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 19 |
| **TWP** | 23 |
| **Lack of Bed Space** | 0 |
| **Total** | 42 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 4 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 18 |

| | | |
|---|---|---|
| Bus | 0 | |
| Law Enforcement | 3 | |
| Other | 0 | |
| Total DOC Discharges | 21 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 13 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 | |
| # of DOC Offenders Discharged with Identification | 21 | |
| Drug Testing | | |
| # of Offenders Tested | 41 | |
| # of Offenders Positive | 2 | |
| # of Employees Tested | 19 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 65 | |
| # Non-Living Area Searches | 32 | |
| Total Searches | 97 | |
| Findings | | |
| # of Unauthorized Items Found | 12 | |

| | |
|---|---|
| # of Contraband Items Found | 4 |

| |
|---|
| **Description of Items Found** |
| unauthorized items 5 blankets 4 matts 3 sheets Contraband found 1 cell phone, 2 bags of tobacco, 1 piece of metal 4 inches long |

| | |
|---|---|
| **Offender Deaths** | 0 |

| |
|---|
| **Offender Deaths Explanations** |
| 0 |

| | |
|---|---|
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 13 |
| Medical Emergency | 1 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 14 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 48 |

Comments: There was a total of 4 offender on offender assaults, in which none of the four had any significant injuries, they were (1) Brian Breaux Winn Parish 2022010033 vs Rakaylen Bolden 724928, (2) Christian Traylor 707990 vs Robert Johnson Calu 71018, (3) Nehemiah Peco 748643 vs Pane Pele Jr. Calu 2022050169, (4) James Page 460849 vs Jacob Singleton 765802. There were 41 drug test for the month with two that tested positive, (1) Kalene Hamm 720681 pos for Met., (2) Darrion Epperly 743456 pos for Met. & Amp. There were a total of 19 employees tested with zero postitive

Comments (cont):

Inactive: Active

Home | Instructions | Print

01 July 2021

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** July
**Year:** 2022
**Reporting Year:** 2023
**Reviewed and Approved:** Chad Firmin on 8/10/2022 at 3:28:53 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 830 |
| **DOC Offenders** | 415 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 3 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 28 |
| **TWP** | 26 |
| **Lack of Bed Space** | 0 |
| **Total** | 54 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 3 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 14 |

| | | |
|---|---|---|
| Bus | 6 | |
| Law Enforcement | 8 | |
| Other | 0 | |
| Total DOC Discharges | 28 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 13 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 | |
| # of DOC Offenders Discharged with Identification | 28 | |
| Drug Testing | | |
| # of Offenders Tested | 42 | |
| # of Offenders Positive | 4 | |
| # of Employees Tested | 29 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 72 | |
| # Non-Living Area Searches | 28 | |
| Total Searches | 100 | |
| Findings | | |
| # of Unauthorized Items Found | 10 | |

| | |
|---|---|
| # of Contraband Items Found | 6 |
| **Description of Items Found** | |
| unauthorized items 4 blankets 3 matts 3 sheets, Contraband found 2 cell phones 2 small bags of tobacco 2 pieces of metal. | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 25 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 25 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 1 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 52 |

Comments: There was a total of 3 offender on offender assaults, in which none of the three had any significant injuries, they were (1) Keiteon Carter 545913 vs Afrian Bruno 710318 (2) Rakaylin Bolden 724982 vs Jamel Manning 704873 (3) Dylan Levy 744399 vs Anthony Watts LVPSO. There were a total of 42 doc drug test for the month a total of 4 tested positive (1) Darraco Allen 739879 positive for THC (2) Leroy Begnaun 495617 positive for THC (3) Joshua Goodley 585682 positive for THC (4) Shema Hick 706915 positive for THC. There were 42 employees drug tested for the month with zero tested positive

Comments (cont):

Inactive: Active

Home | Instructions | Print

01 July 2021

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** August
**Year:** 2022
**Reporting Year:** 2023
**Reviewed and Approved:** Chad Firmin on 9/14/2022 at 6:23:02 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 820 |
| **DOC Offenders** | 428 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 3 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 74 |
| **TWP** | 6 |
| **Lack of Bed Space** | 0 |
| **Total** | 80 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 3 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 12 |

| | | |
|---|---|---|
| Bus | 4 | |
| Law Enforcement | 2 | |
| Other | 0 | |
| Total DOC Discharges | 18 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 13 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 3 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 | |
| # of DOC Offenders Discharged with Identification | 18 | |
| Drug Testing | | |
| # of Offenders Tested | 56 | |
| # of Offenders Positive | 9 | |
| # of Employees Tested | 24 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 830 | |
| # Non-Living Area Searches | 12 | |
| Total Searches | 842 | |
| Findings | | |
| # of Unauthorized Items Found | 4 | |

| | |
|---|---|
| **# of Contraband Items Found** | 129 |

| |
|---|
| **Description of Items Found** |
| (DOC come on 8-25-22 and done a full facility shakedome ) Unarthorized items Debit card, driver license and two ear buds, Contraband found 17 pieces of metal different sizes 14 cellphones 31 cellphone chargers 16 small bags of tobacco 4 vapes 12 lighters 7 tatto guns 2 syringe with clear substance 6 pieces of paper that appeared to have liquid mojo 20 orange/blue pills , |

| | |
|---|---|
| **Offender Deaths** | 0 |

| |
|---|
| **Offender Deaths Explanations** |
| 0 |

| | |
|---|---|
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 39 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 39 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| **#Positive on LDOM** | 0 |
| **Total # Positive (housed during month)** | 0 |
| **# Pending Tests on LDOM** | 0 |
| **Total # Vaccinated as of LDOM** | 56 |

Comments: There was a total of 3 offender on offender assaults, in which none of the three had any significant injuries (1) Michael Goudeau 569642 vs Ryan Stinson ebr (2) Dylan Harrison 769805 vs Dequinton Walker ebr (3) Obking Provost 755391 vs Dequinton Walker ebr , There were a total of 56 drug test for the month with nine positive (1) Austin Spears 751614 positive for amp (2) Joseph Heck 763156 positive formet (3) Treylan Breaden 628320 positive for mdma, met, amp, bup, thc (4) Brandon Bridges 754448 positive for opi, met, amp, thc (5) Brandon mcgrady 585413 thc, amp, met (6) Chris Montgome 725021 met, amp, thc (7) Carlon Robinson 737090 positive for thc (8) Jacob stelly 762351 positive for thc, amp, met (9) Wyatt Templet 386482 positive for thc, amp, met, Seven of the nine were new intake.

Comments (cont):

Inactive: Active

Home | Instructions | Print

01 July 2021

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** September
**Year:** 2022
**Reporting Year:** 2023
**Reviewed and Approved:** Chad Firmin on 10/3/2022 at 2:59:24 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 793 |
| **DOC Offenders** | 390 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 4 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 44 |
| **TWP** | 31 |
| **Lack of Bed Space** | 0 |
| **Total** | 75 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 4 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 16 |

| | | |
|---|---|---|
| Bus | 3 | |
| Law Enforcement | 4 | |
| Other | 0 | |
| Total DOC Discharges | 23 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 13 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 1 | |
| # of DOC Offenders Discharged with Identification | 23 | |
| Drug Testing | | |
| # of Offenders Tested | 48 | |
| # of Offenders Positive | 0 | |
| # of Employees Tested | 22 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 72 | |
| # Non-Living Area Searches | 5 | |
| Total Searches | 77 | |
| Findings | | |
| # of Unauthorized Items Found | 6 | |

| | |
|---|---|
| # of Contraband Items Found | 5 |
| **Description of Items Found** | |
| unauthorized items 4 blankets 2 matts Contraband found 2 cellphones 1 piece of metal four inches long, 2 cellphone chargers | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 53 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 53 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 48 |

Comments: There was a total of 4 offender on offender assaults , in which none of the four had any significant injuries. (1) mckevin Wykoff 491835 vs Lance Joseph 741952, (2) Darrel Morris 739803 vs Trenton Smith 612387, (3) Christopher Johnson 710844 vs Dewy Wiggns CPSO, (4) Samuel Scott 423252 vs Cody Segura 517301, There were 48 total drug test for the month with zero testing positive for the month

Comments (cont):

Inactive: Active

Home Instructions Print

01 July 2021

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** October
**Year:** 2022
**Reporting Year:** 2023
**Reviewed and Approved:** Chad Firmin on 11/16/2022 at 3:23:45 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 800 |
| **DOC Offenders** | 430 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 3 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 42 |
| **TWP** | 18 |
| **Lack of Bed Space** | 0 |
| **Total** | 60 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 3 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 27 |

| | | |
|---|---|---|
| Bus | 1 | |
| Law Enforcement | 3 | |
| Other | 0 | |
| Total DOC Discharges | 31 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 13 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 1 | |
| # of DOC Offenders Discharged with Identification | 31 | |
| Drug Testing | | |
| # of Offenders Tested | 81 | |
| # of Offenders Positive | 6 | |
| # of Employees Tested | 18 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 68 | |
| # Non-Living Area Searches | 4 | |
| Total Searches | 72 | |
| Findings | | |
| # of Unauthorized Items Found | 7 | |

| | |
|---|---|
| **# of Contraband Items Found** | 4 |
| **Description of Items Found** | |
| unauthorized items 3 blankets, 4 matts, contraband fourd 1 piece of metal 3 inches long,1 cellphone, 1 cellphone charger, 1 charger block | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 56 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 56 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| **#Positive on LDOM** | 0 |
| **Total # Positive (housed during month)** | 0 |
| **# Pending Tests on LDOM** | 0 |
| **Total # Vaccinated as of LDOM** | 46 |

Comments: There were a total of 3 offender on offender assaults, in which no significant injuries, (1) Demarucs McNeal 706479 vs Derrick Rhineheart St JB (2) Kassium Edwards 473901 vs Aveion Hall 530963 (3) Demarcus McNeal 706479 vs Jordon Pough ebr. There were a total of 81 doc drug test for the month with 6 positive (1) Shawn Byrd 769241 posisitve for thc (2) Derrick Johnson 458551 positive for amp (3) Karlos Jones 425345 positive for thc (4) Carvis Kaigler 712571 positive for thc (5) Roovell Lee 594565 positive for thc (6) Zebedee McGee 619952 positive for amp, thc

Comments (cont):

Inactive: Active

Home Instructions Print

01 July 2021

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** November
**Year:** 2022
**Reporting Year:** 2023
**Reviewed and Approved:** Chad Firmin on 12/1/2022 at 2:24:55 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 830 |
| **DOC Offenders** | 440 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 2 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 54 |
| **TWP** | 25 |
| **Lack of Bed Space** | 0 |
| **Total** | 79 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 2 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 10 |

| | | |
|---|---|---|
| Bus | 3 | |
| Law Enforcement | 4 | |
| Other | 0 | |
| Total DOC Discharges | 17 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 13 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| **Grievances** | | |
| Accepted | 3 | |
| Rejected | 0 | |
| **American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022)** | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 | |
| # of DOC Offenders Discharged with Identification | 17 | |
| **Drug Testing** | | |
| # of Offenders Tested | 93 | |
| # of Offenders Positive | 5 | |
| # of Employees Tested | 18 | |
| # of Employees Positive | 0 | |
| **Sexual Assault Allegations** | **DOC** | **OTHER** |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| **Security Search & Seizure Summary** | | |
| **Areas Searched** | | |
| # Living Area Searches | 75 | |
| # Non-Living Area Searches | 5 | |
| Total Searches | 80 | |
| **Findings** | | |
| # of Unauthorized Items Found | 6 | |

| | |
|---|---|
| # of Contraband Items Found | 7 |

| Description of Items Found |
|---|
| unauthorized items 4 blankets 2 matts, Contraband found 2 cellphones, 2cellphone chargers, 1 cellphone battery , 2 pieces of metal sharpen on one end |

| | |
|---|---|
| Offender Deaths | 0 |

| Offender Deaths Explanations |
|---|
| 0 |

| Offender Transports (DOC Only) | |
|---|---|
| Scheduled Medical | 32 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 32 |

| COVID (DOC Only) | |
|---|---|
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 53 |

Comments: There were a total of 2 offender on offender assaluts, in which no significant injuries, (1) Dwayen Jones 715850 vs Steven West 552794 (2) Rolie anderson 757089 vs Clayton James 730208. There were a total of 93 drug screens for the month with 5 testing positive (1) David Hayes 730629 positive for Meth (2) Llyod Jack 575179 positive for Bzo (3) Dominic Nichols 467864 positive for bup (4) Kristopher Roche 565995 positive for Thc Bup, Amp, Mdma, Meth (5) Shawn Stutes 725128 positive for Bup,Amp,Mdma,Met
Comments (cont):

Inactive: Active

01 July 2021

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** December
**Year:** 2022
**Reporting Year:** 2023
**Reviewed and Approved:** Chad Firmin on 1/9/2023 at 4:08:20 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 766 |
| **DOC Offenders** | 472 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 5 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 30 |
| **TWP** | 13 |
| **Lack of Bed Space** | 0 |
| **Total** | 43 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 5 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 22 |

| | | |
|---|---|---|
| Bus | 12 | |
| Law Enforcement | 5 | |
| Other | 0 | |
| Total DOC Discharges | 39 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 13 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 | |
| # of DOC Offenders Discharged with Identification | 39 | |
| Drug Testing | | |
| # of Offenders Tested | 99 | |
| # of Offenders Positive | 12 | |
| # of Employees Tested | 21 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 83 | |
| # Non-Living Area Searches | 4 | |
| Total Searches | 87 | |
| Findings | | |
| # of Unauthorized Items Found | 6 | |

| | |
|---|---|
| # of Contraband Items Found | 5 |
| **Description of Items Found** | |
| Unauthorized items 4 blankets 2 matts, Contraband found 1 cellphone 3 charging cables 1 charging block | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 26 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 26 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 58 |

Comments: There were a total of 5 offender on offender assaults, in which no significant injuries,(1) Sirdarrean Fox 636775 vs Tramon Criss ebr (2)Demario Braxton 737313 vs Jaques Colton 766126 (3) Jaqincy Mouton 633387 vs Anthony Taylor ebr (4) David Hayes 730629 vs Korey Wright ebr (5) Tyrus Mason 736674 vs Damario Kelly 703223. There were a total of 99 doc drug test for the month with 12 testing positive, (1) Derek Ambo 736116 positive for bup (2) Ronald Armon 704064 positive for thc (3) Randy Bailey 367857 positive for amp met (4) Eric Burnamen 441584 positive for amp, met, mdm (5) Eric dufour 294548 positive for thc (6) Leandrew Evans 540322 positive for thc (7) Dekendall Hickman 725180 positive 725180 (8) Kemon Johnson 630105 positive for thc, bup (9) Micholas Johnson 520228 positive for thc, bup (10) Cordero Swinney 606799 positive for thc (11) Kasino Thomas 635692 positive for bup (12) Phillip Woods 735596 positive for bup.9 of the positive drug test were new intake

Comments (cont):

Inactive: Active