Home | Instructions | Print

01 July 2021

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** January
**Year:** 2023
**Reporting Year:** 2023
**Reviewed and Approved:** Chad Firmin on 2/8/2023 at 9:41:12 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 821 |
| **DOC Offenders** | 500 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 5 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 19 |
| **TWP** | 20 |
| **Lack of Bed Space** | 0 |
| **Total** | 39 |
| **ESCAPES** | |
| **# DOC** | 1 |
| **Apprehensions** | 1 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 5 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 10 |

| | |
|---|---|
| Bus | 6 |
| Law Enforcement | 3 |
| Other | 0 |
| Total DOC Discharges | 19 |
| **GED PROGRAM** | |
| GED Slots Available | 0 |
| DOC Students | 0 |
| DOC Completed | 0 |
| **SUBSTANCE ABUSE** | |
| AA/NA | 13 |
| Other | 0 |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | |
| Enrolled | 0 |
| Completed | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| Grievances | |
| Accepted | 2 |
| Rejected | 0 |
| **American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022)** | |
| Request for Accommodations | 0 |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 |
| # of DOC Offenders Discharged with Identification | 19 |
| Drug Testing | |
| # of Offenders Tested | 188 |
| # of Offenders Positive | 15 |
| # of Employees Tested | 23 |
| # of Employees Positive | 0 |

| Sexual Assault Allegations | DOC | OTHER |
|---|---|---|
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |

| | |
|---|---|
| Security Search & Seizure Summary | |
| Areas Searched | |
| # Living Area Searches | 91 |
| # Non-Living Area Searches | 5 |
| Total Searches | 96 |
| Findings | |
| # of Unauthorized Items Found | 5 |

| | |
|---|---|
| # of Contraband Items Found | 7 |
| **Description of Items Found** | |
| unauthorized items 3 blankets 2 matts contraband found 2 cellphones 2 charging cables 1 charging block 2 pieces of metal sharpen on one end approximately four inches long | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 27 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 27 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 62 |

Comments: There were a total of 5 offender on offender assualts, in which no significant injuries, (1) Trey Johnson 741774 vs Jerinatoai Webb 757248 (2) Sirdarren Fox 636775 vs Hunter Boyd EBR, (3) Jacuese Colton 766126 vs Boyd Hunter EBR (4) Sherman Ruffin 714553 vs Javonte Le Jeune EBR (5) Keith Palmer 728077 vs Jerico Hambura EBR There were a total of 188 drug test for the month with 15 testing positive, (1) Timothy Anweiler 578633 positive for THC (2) Devvin Boura 584281 positive for Meth , Amp, MDMA (3) Brian Breaux 720559 positive for METH,Amp (4) Mercedes Burrell 741321 positive for Bup, MDMA (5) Quannae Clark 772223 positive for Met, Amp (6) Charles Cole 446161 positive for Meth, Amp (7) Devante Cotlone 630510 positive for Amp, Bup, Meth (8) Jamaurey Davis 702198 positive for THC (9) Demarioi Grant 425631 positive for Bup (10) Jabori Hills 724102 positive for Meth (11) Lucian Jackson 522062 Bup (12) Dorsey Perkins 548841 positive for Meth (13) Jason Richard 433495 positive for Bup (14) Robert Slaydon 631120 positive for Meth, Thc, Amp (15) Christopher Watson 774623 positive for positive for Bup, There was one transitional work program that walked off of his job site offender Kenneth Woodruff 518864 he was apprehended shorty after he walked off. A copy of the reports will be sent to Doc.

Comments (cont):

Inactive: Active

01 July 2021

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** February
**Year:** 2023
**Reporting Year:** 2023
**Reviewed and Approved:** Chad Firmin on 3/3/2023 at 12:43:34 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 801 |
| **DOC Offenders** | 524 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 4 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 35 |
| **TWP** | 13 |
| **Lack of Bed Space** | 0 |
| **Total** | 48 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 4 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 10 |

| | | |
|---|---|---|
| Bus | 7 | |
| Law Enforcement | 2 | |
| Other | 0 | |
| Total DOC Discharges | 19 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 13 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 | |
| # of DOC Offenders Discharged with Identification | 19 | |
| Drug Testing | | |
| # of Offenders Tested | 113 | |
| # of Offenders Positive | 3 | |
| # of Employees Tested | 21 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 120 | |
| # Non-Living Area Searches | 6 | |
| Total Searches | 126 | |
| Findings | | |
| # of Unauthorized Items Found | 7 | |

| | |
|---|---|
| # of Contraband Items Found | 6 |
| **Description of Items Found** | |
| unauthorized items 4 blankets 3 matts Contraband found 3 cellphones 2 charging cables 1 charging block | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 26 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 26 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 67 |

Comments: There were a total of 4 offender on offender assaults, in which no significant injuries, (1) Leroy Jones 763688 vs Dustin Henderson 524762 (2) Trelon Darby 741562 vs Dustin Magron 723880 (3) Rolie Anderson 757089 vs Brandon Bridges 754448 (4) Chad Sullivan 310492 vs Ronald Vicifora 574881. There were a total of 113 drug test for the month with 3 that tested positive (1) Delane Lodrigue 439818 positive for THC, BUP (2) Jordan lyons 771710 positive for PCP (3) Maurice Wright positive for AMP, MET

Comments (cont):

Inactive: Active

01 July 2021

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** March
**Year:** 2023
**Reporting Year:** 2023
**Reviewed and Approved:** Chad Firmin on 4/10/2023 at 1:44:50 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 823 |
| **DOC Offenders** | 540 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 4 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 45 |
| **TWP** | 17 |
| **Lack of Bed Space** | 0 |
| **Total** | 62 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 4 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 15 |

| | | |
|---|---|---|
| Bus | 8 | |
| Law Enforcement | 13 | |
| Other | 0 | |
| Total DOC Discharges | 36 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 13 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 1 | |
| # of DOC Offenders Discharged with Identification | 36 | |
| Drug Testing | | |
| # of Offenders Tested | 232 | |
| # of Offenders Positive | 3 | |
| # of Employees Tested | 23 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 136 | |
| # Non-Living Area Searches | 5 | |
| Total Searches | 141 | |
| Findings | | |
| # of Unauthorized Items Found | 8 | |

| | |
|---|---|
| # of Contraband Items Found | 7 |
| **Description of Items Found** | |
| unauthorized items 4 blankets, 4 matts, contraband found 2 cellphones 2 charging cables 2 charging blocks 1 power bank | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 26 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 26 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 74 |

Comments: There were a total of 4 offender on offender assaults, in which no significant injuries, (1) Curtis Johnson 715504 vs Decory Andrews (2) Jerome Eackles 620745 vs Corey Williams ebr (3) Altavarious Wright 776133 vs Donell Willis 776133 (4) Christphoer Thomas 716007 vs Donell Willis 776133. There were a total of 232 drug testes for the month in wich 3 tested positive (1) Lamar Bryant 774204 poisitive for thc, bup (2) Thomas Singleton 506483 positive for thc (3) Xavier Tate 741248 positive for amp.
Comments (cont):
Inactive: Active

Home | Instructions | Print

01 July 2021

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** April
**Year:** 2023
**Reporting Year:** 2023
**Reviewed and Approved:** Chad Firmin on 5/10/2023 at 1:36:16 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 827 |
| **DOC Offenders** | 538 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 6 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 47 |
| **TWP** | 11 |
| **Lack of Bed Space** | 0 |
| **Total** | 58 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 6 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 20 |

| | | |
|---|---|---|
| Bus | 3 | |
| Law Enforcement | 4 | |
| Other | 0 | |
| Total DOC Discharges | 27 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 0 | |
| # of DOC Offenders Discharged with Identification | 27 | |
| Drug Testing | | |
| # of Offenders Tested | 169 | |
| # of Offenders Positive | 11 | |
| # of Employees Tested | 21 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 143 | |
| # Non-Living Area Searches | 4 | |
| Total Searches | 147 | |
| Findings | | |
| # of Unauthorized Items Found | 7 | |

| | |
|---|---|
| **# of Contraband Items Found** | 6 |
| **Description of Items Found** | |
| unauthorized items 4 matts 3 blankets contraband found 2 cellphones 2 charging cables 1 charging block 1 piece of metal 3 inches long sharpen on one end | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 23 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 23 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| **#Positive on LDOM** | 0 |
| **Total # Positive (housed during month)** | 0 |
| **# Pending Tests on LDOM** | 0 |
| **Total # Vaccinated as of LDOM** | 68 |

Comments: There were a total of 6 offender on offender assaults in which no sigiificant injuries, (1) Marques Long 621024 vs Avery Hall Ebr (2) Javoanta Harris 724142 vs Demarcus Johnson Ebr (3) Michael Alexander 725120 vs Decory Alexandria Ebr (4) Kiwon Johnson 758260 vs Tyrus Mason 736674 (5) Donathan Hatten 764678 vs Montrell Lee Ebr (6) Devonte Breaux 716694 vs Brandon Howard 571248. There were a total of 169 drug test for the month in which 11 tested positive (1) Joshua Addison 485694 positive for Meth, Amp (2) Antonia Carpenter 727785 positive for Bzo, Thc, Met (3) Christopher Coleman 556519 positive for Met, Amp (4) Chad Crabtree 743469 positive for Thc (5) Shane Grigsby 297441 positive for Bup (6) Darian Harris 736537 positive for Bup,Met, Bar (7) Terry Hoover 548495 positive for Bup (8) Phillip Hudnall 578645 positive for Bup (9) Chance Sanford 759291 positive for Thc (10) Brandon Selmon 571391 positive Met, Bup (11) Ronald Webster 294114 positive for Bup
Comments (cont):

Inactive: Active

Home Instructions Print

01 July 2021

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** May
**Year:** 2023
**Reporting Year:** 2023
**Reviewed and Approved:** Chad Firmin on 6/9/2023 at 8:47:47 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 823 |
| **DOC Offenders** | 558 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 5 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 28 |
| **TWP** | 12 |
| **Lack of Bed Space** | 0 |
| **Total** | 40 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 5 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 21 |

| | | |
|---|---|---|
| Bus | 6 | |
| Law Enforcement | 8 | |
| Other | 0 | |
| Total DOC Discharges | 35 | |
| GED PROGRAM | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA | 0 | |
| Other | 0 | |
| OTHER CTRP (Non GED/Substance Abuse Programs) | | |
| Enrolled | 0 | |
| Completed | 0 | |
| JOB SKILLS | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 0 | |
| Rejected | 0 | |
| American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022) | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 2 | |
| # of DOC Offenders Discharged with Identification | 35 | |
| Drug Testing | | |
| # of Offenders Tested | 171 | |
| # of Offenders Positive | 13 | |
| # of Employees Tested | 23 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 172 | |
| # Non-Living Area Searches | 6 | |
| Total Searches | 178 | |
| Findings | | |
| # of Unauthorized Items Found | 9 | |

| | |
|---|---|
| **# of Contraband Items Found** | 8 |
| **Description of Items Found** | |
| unauthorized items 6 matts 3 blankets , Contraband found 4 cell phones 2 charging cables 1 charging block 1 piece of metal 3inch long sharpen on one end | |
| **Offender Deaths** | 0 |
| **Offender Deaths Explanations** | |
| 0 | |
| **Offender Transports (DOC Only)** | |
| **Scheduled Medical** | 23 |
| **Medical Emergency** | 0 |
| **Funeral Trips** | 0 |
| **Court Order** | 0 |
| **Miscellaneous** | 0 |
| **Total** | 23 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| **#Positive on LDOM** | 0 |
| **Total # Positive (housed during month)** | 0 |
| **# Pending Tests on LDOM** | 0 |
| **Total # Vaccinated as of LDOM** | 58 |

Comments: There were a totla of 5 offender on offender assualts in which no siginficant injuries, (1) Michael Brooks 733214 vs Caleb Thibodeaux 627695 (2) Tyrus Mason 736674 vs Jonathan Messina EBR (3) Dixon Ortiz 742257 vs Zakavius Young 712620 (4) Demarcus Johnson 776545 vs Davonta Pittman 740898 (5) AAron Young 763260 vs Samuel Jackosn 504472. There were a total of 171 Drug test with 13 that tested positive (1) Richard Allen 719420 positive for Bup, Amp, Opi, Mdma, Met- new transfer (2) Tyrus Brock 715677 positive for Amp, Opi, Met, new transfer (3) Logan Christian 554554 Met, new transfer (4) Don Clay 731538 positive for Bup, new transfer (5) Devante Cotlone 630510 positive for Met, (6) Ausure Cuther 753777 positive for Bup,new transfer (7) Jerritt Labat 728759 positive for Amp, Bup, Mdma, Met, (8) Jeramye Long 585663 positive for Thc,new transfer (9) Edwin Miester 295128 positive for Meth , Amp,new transfer (10) Kyle Rabalis 619216 positive Thc,new transfer (11) Samuel Serio 574745 positive for Meth, new transfer (12) Mason Stringer 765893 positive for Thc new transfer (13) Leo wallace 731658 positive for Thc, Bup,new transfer.

Comments (cont):

Inactive: Active

Home | Instructions | Print

01 July 2021

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### Corrections Services

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Month:** June
**Year:** 2023
**Reporting Year:** 2023
**Reviewed and Approved:** Chad Firmin on 7/10/2023 at 7:03:08 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL # of offenders on LDOM** | 804 |
| **DOC Offenders** | 530 |
| **OPERATIONAL CAPACITY:** 830 | |
| **Number of Days over:** | 0 |
| **Schedule B Reports** | 5 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 32 |
| **TWP** | 12 |
| **Lack of Bed Space** | 0 |
| **Total** | 44 |
| **ESCAPES** | |
| **# DOC** | 0 |
| **Apprehensions** | 0 |
| **ASSAULTS** | |
| **Offender-on-Offender** | 4 |
| **Offender-on-Offender with Significant Injury** | 0 |
| **Offender-on-Staff** | 0 |
| **Offender-on-Staff with Significant Injury** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 20 |

| | | |
|---|---|---|
| Bus | 2 | |
| Law Enforcement | 5 | |
| Other | 0 | |
| Total DOC Discharges | 27 | |
| **GED PROGRAM** | | |
| GED Slots Available | 0 | |
| DOC Students | 0 | |
| DOC Completed | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA | 0 | |
| Other | 0 | |
| **OTHER CTRP (Non GED/Substance Abuse Programs)** | | |
| Enrolled | 0 | |
| Completed | 0 | |
| **JOB SKILLS** | | |
| DOC Students | 0 | |
| Grievances | | |
| Accepted | 2 | |
| Rejected | 0 | |
| **American with Disabilities Act (ADA Issues) DOC Only (eff 3/2022)** | | |
| Request for Accommodations | 0 | |
| Tiger Questionnaire eff 9/2019 (formerly LARNA) | 2 | |
| # of DOC Offenders Discharged with Identification | 27 | |
| Drug Testing | | |
| # of Offenders Tested | 220 | |
| # of Offenders Positive | 7 | |
| # of Employees Tested | 21 | |
| # of Employees Positive | 0 | |
| Sexual Assault Allegations | DOC | OTHER |
| # of Substantiated | 0 | 0 |
| # of Unsubstantiated | 0 | 0 |
| # of Unfounded | 0 | 0 |
| # of Pending | 0 | 0 |
| Security Search & Seizure Summary | | |
| Areas Searched | | |
| # Living Area Searches | 158 | |
| # Non-Living Area Searches | 5 | |
| Total Searches | 163 | |
| Findings | | |
| # of Unauthorized Items Found | 8 | |

| | |
|---|---|
| # of Contraband Items Found | 9 |

| |
|---|
| **Description of Items Found** |
| Unauthorized items 5 mattress 3 blankets Contraband found 3 cellphones, 2 charging cables, 3 power banks, 1 charging blocks |

| | |
|---|---|
| **Offender Deaths** | 0 |

| |
|---|
| **Offender Deaths Explanations** |
| 0 |

| | |
|---|---|
| **Offender Transports (DOC Only)** | |
| Scheduled Medical | 23 |
| Medical Emergency | 0 |
| Funeral Trips | 0 |
| Court Order | 0 |
| Miscellaneous | 0 |
| Total | 23 |

| | |
|---|---|
| **COVID (DOC Only)** | |
| #Positive on LDOM | 0 |
| Total # Positive (housed during month) | 0 |
| # Pending Tests on LDOM | 0 |
| Total # Vaccinated as of LDOM | 54 |

Comments: There were four offender on offender assualts with no siginficant injuries ( 1) Ryan Moreau 760826 vs Dean Putz 770100 (2) James Whitfield vs Lazarus Johnson EBR (3) Don Clay 731538 vs Dontrace Young 731558 (4) Ortiz Dixon 742257 vs Rico Lanny 746381. There were a total of 220 drug test for the month with seven testing positive (1) Jermica Bukley-494951 positive for Meht, Amp (2) Brandon Finnel -754881 positive for Bup (3) Dearon Jones -600814 positive for BZO (4) Eitan -775439 positive for THC (5) Dteven Nickens -554367 positive for THC (6) Jerimie Pugh -715623 positive for THC (7) Patrick Savant -437694 positive for AMP, MET, MDMA

Comments (cont):

Inactive: Active

Home | Instructions | Print

July 1 2023

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Report Entered by:** Gary Allen, Major
**Month:** July
**Year:** 2023
**Reporting Year:** 2024
**Reviewed and Approved:** Chad Firmin on 8/28/2023 at 8:28:04 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL COUNT LDOM** | 824 |
| **Total # of DOC Count LDOM:** | 550 |
| **RATED CAPACITY:** | 830 |
| **# of Days Over Rated Capacity:** | 0 |
| **(If over Rated Capacity please explain below in comment section.)** | |
| **INMATE DEATHS** | 0 |
| **Inmate Deaths Explanations:** | |
| 0 | |
| **ESCAPES** | |
| **# DOC:** | 0 |
| **Apprehensions:** | 0 |
| **DISCIPLINARY ACTIVITY** | |
| **# Schedule B Reports** | 17 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 24 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 6 |
| **Lack of Bed Space** | 0 |
| **Total** | 30 |
| **ASSAULTS** | |
| **Inmate-on-Inmate:** | 4 |

| | | |
|---|---|---|
| Inmate-on-Inmate w/ Significant Injury: | 0 | |
| Inmate-on-Staff: | 1 | |
| Inmate-on-Staff w/ Significant Injury: | 0 | |
| DRUG TESTING | | |
| # of Inmates Tested: | 276 | |
| # of Inmates Positive: | 0 | |
| # of Employees Tested: | 49 | |
| # of Employees Positive: | 0 | |
| SEXUAL ASSAULT ALLEGATIONS | DOC | OTHER |
| # of Substantiated: | 0 | 0 |
| # of Unsubstantiated: | 0 | 0 |
| # of Unfounded: | 0 | 0 |
| # of Pending: | 0 | 0 |
| SEARCH & SEIZURE SUMMARY (Areas Searched) | | |
| # Living Area Searches: | 36 | |
| # Non-Living Area Searches: | 6 | |
| Total Searches: | 42 | |
| SEARCH & SEIZURE SUMMARY (Findings) | | |
| # of Unauthorized Items Found: | 3 | |
| # of Contraband Items Found: | 13 | |
| Description of Items Found: | | |
| 1 vapor 2 packs of tabaco, 10 homemade knives and 3 sheets of synthetic Marijuana | | |
| OFFENDER TRANSPORTS (DOC Only) | | |
| Scheduled Medical: | 13 | |
| Medical Emergency (Ambulance): | 0 | |
| Funeral Trips: | 0 | |
| Court Order: | 0 | |
| Miscellaneous: | 0 | |
| Total: | 13 | |
| GRIEVANCES | | |
| Accepted: | 6 | |
| Rejected: | 0 | |
| AMERICAN w/ DISABILITIES ACT | | |
| Request for Accommodations: | 0 | |
| GED PROGRAM | | |
| GED Slots Available: | 0 | |
| DOC Students: | 0 | |
| DOC Completed: | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA: | 0 | |
| Other: | 0 | |

| CTRP (Non GED/Substance Abuse Programs) | |
|---|---|
| Enrolled: | 0 |
| Completed: | 0 |
| **JOB SKILLS** | |
| DOC Students | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| Family and/or Friend | 27 |
| Bus | 6 |
| Law Enforcement | 8 |
| Other | 0 |
| Total DOC Discharges: | 41 |
| # of DOC Inmates Discharged w/ Identification: | 41 |
| **TIGER QUESTIONNAIRE** | |
| # of Tigers completed: | 0 |

Comments: We had a total of 8 Offender on Offender Assaults...Joshua Smith #703949, Darien Gordon #624652, Xzavier Nelson #549198, Jonathan Day #710914, Jamal Starks #716260, Malykke Broussard#763488, Seveon Nelson #753785, Timothy Badon #708333
Comments (cont): we had 1 Offender on Staff. Offender, Ian Scamardo #708245 Lt. Dontay Fortune will Email copy of Report.
Inactive: Active

July 1 2023

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Report Entered by:** Gary Allen
**Month:** August
**Year:** 2023
**Reporting Year:** 2024
**Reviewed and Approved:** Chad Firmin on 9/19/2023 at 3:39:51 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL COUNT LDOM** | 827 |
| **Total # of DOC Count LDOM:** | 183 |
| | |
| **RATED CAPACITY:** | 830 |
| **# of Days Over Rated Capacity:** | 0 |
| **(If over Rated Capacity please explain below in comment section.)** | |
| | |
| **INMATE DEATHS** | 0 |
| **Inmate Deaths Explanations:** | |
| 0 | |
| | |
| **ESCAPES** | |
| **# DOC:** | 0 |
| **Apprehensions:** | 0 |
| | |
| **DISCIPLINARY ACTIVITY** | |
| **# Schedule B Reports** | 85 |
| | |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 3 |
| **Mental Health** | 0 |
| **Disciplinary** | 4 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 25 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 32 |
| | |
| **ASSAULTS** | |
| **Inmate-on-Inmate:** | 10 |

| | | |
|---|---|---|
| Inmate-on-Inmate w/ Significant Injury: | 0 | |
| Inmate-on-Staff: | 0 | |
| Inmate-on-Staff w/ Significant Injury: | 0 | |
| **DRUG TESTING** | | |
| # of Inmates Tested: | 64 | |
| # of Inmates Positive: | 0 | |
| # of Employees Tested: | 42 | |
| # of Employees Positive: | 0 | |
| **SEXUAL ASSAULT ALLEGATIONS** | **DOC** | **OTHER** |
| # of Substantiated: | 0 | 0 |
| # of Unsubstantiated: | 0 | 0 |
| # of Unfounded: | 0 | 0 |
| # of Pending: | 0 | 0 |
| **SEARCH & SEIZURE SUMMARY (Areas Searched)** | | |
| # Living Area Searches: | 66 | |
| # Non-Living Area Searches: | 8 | |
| Total Searches: | 74 | |
| **SEARCH & SEIZURE SUMMARY (Findings)** | | |
| # of Unauthorized Items Found: | 13 | |
| # of Contraband Items Found: | 32 | |
| Description of Items Found: | | |
| Unauthorized Items: 6 extra blankets and 7 extra Mattresses. Contraband 16 shanks, 2 cell phones, 2 bags of tabacco, $20.00 cash 2 times and 10 sheets of Synthetic marijuana | | |
| **OFFENDER TRANSPORTS (DOC Only)** | | |
| Scheduled Medical: | 15 | |
| Medical Emergency (Ambulance): | 6 | |
| Funeral Trips: | 0 | |
| Court Order: | 2 | |
| Miscellaneous: | 0 | |
| Total: | 23 | |
| **GRIEVANCES** | | |
| Accepted: | 3 | |
| Rejected: | 0 | |
| **AMERICAN w/ DISABILITIES ACT** | | |
| Request for Accommodations: | 0 | |
| **GED PROGRAM** | | |
| GED Slots Available: | 0 | |
| DOC Students: | 0 | |
| DOC Completed: | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA: | 0 | |
| Other: | 0 | |

| | |
|---|---|
| **CTRP (Non GED/Substance Abuse Programs)** | |
| **Enrolled:** | 0 |
| **Completed:** | 0 |
| **JOB SKILLS** | |
| **DOC Students** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 12 |
| **Bus** | 12 |
| **Law Enforcement** | 10 |
| **Other** | 0 |
| **Total DOC Discharges:** | 34 |
| **# of DOC Inmates Discharged w/ Identification:** | 34 |
| **TIGER QUESTIONNAIRE** | |
| **# of Tigers completed:** | 0 |

Comments: There was a total of 27 seperate offender on offender fights: (1) Jyran McCoy #2021090049 Pretrial Corey Maddox #763186 DOC No injuries noted. (2) Ahmad Hampton #2023020129 Pretrial James Melancon #2023010169 Pretrial No Injuries Noted. (3) Lindsey Gikyrie #2023070100 Pretrial Corey Maddox #763186 DOC Quinone George #2023070053 Pretrial and Ian Scamardo #708245.DOC. Offender Ian Scamardo recieved a small Laceration on the head. (4) Omarion Hookfin #2022090185 Pretrial Gikyrie Lindsey #2023070100 Pretrial. No injuries noted. (5) Dominik Johnson #2022070216 Pretrial Damien James # 727690 DOC, No injuries noted. (6) James Hutchinson #2033020133 Pretrial Jonathan Day #710914 DOC No Injuries Noted. (7) Cason Preston #731189 Doc Billy Mckay #477126 DOC. No Injuries noted. (8) Jeron Brooks #768642 Kente Guidry #2022070194 Pretrial. No Injuries noted. (9)Kristopher Roche #565995 DOC James Hutchinson #2023020133 Pretrial No Injuries Noted. (10) Troy Triggs #736670 Travis Banks #2023020127 Pretrial / No Injuries noted.

Comments (cont):

Inactive: Active

Home | Instructions | Print

July 1 2023

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Report Entered by:** Gary Allen
**Month:** September
**Year:** 2023
**Reporting Year:** 2024
**Reviewed and Approved:** Chad Firmin on 10/6/2023 at 6:58:43 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL COUNT LDOM** | 824 |
| **Total # of DOC Count LDOM:** | 519 |
| **RATED CAPACITY:** | 830 |
| **# of Days Over Rated Capacity:** | 0 |
| **(If over Rated Capacity please explain below in comment section.)** | |
| **INMATE DEATHS** | 0 |
| **Inmate Deaths Explanations:** | |
| 0 | |
| **ESCAPES** | |
| **# DOC:** | 0 |
| **Apprehensions:** | 0 |
| **DISCIPLINARY ACTIVITY** | |
| **# Schedule B Reports** | 72 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 0 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 15 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 15 |
| **ASSAULTS** | |
| **Inmate-on-Inmate:** | 15 |

| | | |
|---|---|---|
| Inmate-on-Inmate w/ Significant Injury: | 0 | |
| Inmate-on-Staff: | 0 | |
| Inmate-on-Staff w/ Significant Injury: | 0 | |
| **DRUG TESTING** | | |
| # of Inmates Tested: | 102 | |
| # of Inmates Positive: | 0 | |
| # of Employees Tested: | 60 | |
| # of Employees Positive: | 0 | |
| **SEXUAL ASSAULT ALLEGATIONS** | **DOC** | **OTHER** |
| # of Substantiated: | 0 | 0 |
| # of Unsubstantiated: | 2 | 0 |
| # of Unfounded: | 0 | 0 |
| # of Pending: | 0 | 0 |
| **SEARCH & SEIZURE SUMMARY (Areas Searched)** | | |
| # Living Area Searches: | 168 | |
| # Non-Living Area Searches: | 10 | |
| Total Searches: | 178 | |
| **SEARCH & SEIZURE SUMMARY (Findings)** | | |
| # of Unauthorized Items Found: | 5 | |
| # of Contraband Items Found: | 12 | |
| Description of Items Found: | | |
| 5 extra mattresses Contraband: 7 homemade Shanks and 5 Cellphones | | |
| **OFFENDER TRANSPORTS (DOC Only)** | | |
| Scheduled Medical: | 19 | |
| Medical Emergency (Ambulance): | 0 | |
| Funeral Trips: | 0 | |
| Court Order: | 4 | |
| Miscellaneous: | 0 | |
| Total: | 23 | |
| **GRIEVANCES** | | |
| Accepted: | 4 | |
| Rejected: | 0 | |
| **AMERICAN w/ DISABILITIES ACT** | | |
| Request for Accommodations: | 0 | |
| **GED PROGRAM** | | |
| GED Slots Available: | 0 | |
| DOC Students: | 0 | |
| DOC Completed: | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA: | 0 | |
| Other: | 0 | |

| | |
|---|---|
| **CTRP (Non GED/Substance Abuse Programs)** | |
| **Enrolled:** | 0 |
| **Completed:** | 0 |
| **JOB SKILLS** | |
| **DOC Students** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 21 |
| **Bus** | 9 |
| **Law Enforcement** | 9 |
| **Other** | 0 |
| **Total DOC Discharges:** | 39 |
| **# of DOC Inmates Discharged w/ Identification:** | 0 |
| **TIGER QUESTIONNAIRE** | |
| **# of Tigers completed:** | 0 |

Comments: OFFENDER ON OFFENDER SEPTEMBER 2023 1. DENZELL CAREY (714141 DOC) & JAYLEN BRAXTON (7702681 DOC) : NO INJURIES NOTED 2. MERCEDES THOMAS (2023052001 Pretrial) & QUANTERIUS HAYNES (2023170038 Pretrial) & DARIUS MOSBY (2022100131 Pretrial) : NO INJURIES NOTED 3. BRIAN LAVERAGE (20230500711 Pretrial) & TIMOTHY BADON (708333 DOC): NO INJURIES NOTED 4. GARY DAVIS (2020990073 Pretrial) & TREQUENCY HOLMES (2023090073 Pretrial): NO INJURIES NOTED 5. KEWONTEA DAVIS (2023080058 Pretrial) & DELJOANTI SMITH (587940 Pretrial) & PRESTON CASON (491402 DOC):NO INJURIES NOTED 6. SHERMAN RUFFIN (714553 DOC) & DEMARIO KELLY (202112002 Pretrial): NO INJURIES NOTED 7. HOOKFIN OMARION (2022090184 Pretrial) & MARTIN BOBBY(620809 DOC): NO INJURIES NOTED Comments (cont): 8. CARLES MOORE (755614 DOC) & RAY DEQUAN (2021120222 Pretrial) : NO INJURIES NOTED 9. WILLIAM MIGAIL (202308118 Pretrial) & CARLOS MOORE (755614 DOC): NO INJURIES NOTED 10. TYRESE COOPER (765289 DOC) & JUAN CLAY (760117 DOC) ; NO INJURIES NOTED 11. TROYNELL TRIGGS (736670 DOC) & CORTEZ HALL (736670 DOC) : NO INJURIES NOTED 12. KEONTE DAVIS(737480) & PRESTON CASON(731188 DOC): NO INJURIES NOTED 13. DAMOND THOMAS (2023090022 Pretrial) & TREQUINCY HOLMES (727662 DOC) NO INJURES NOTED 14. JAWAN GORDON ( 709661 DOC) & ISHIAN CARTER (2021090116 Pretrial) & TYRUS VEAL ( 743553 DOC): NO INJURIES NOTED 15. ORTIZ DIXON(742257 DOC) & TEREANCE RANSON (2020120034 Pertrial): NO INJURIES NOTED

Inactive: Active

Home | Instructions | Print

July 1 2023

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Report Entered by:** Gary Allen
**Month:** October
**Year:** 2023
**Reporting Year:** 2024
**Reviewed and Approved:** Chad Firmin on 11/6/2023 at 9:04:07 AM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL COUNT LDOM** | 827 |
| **Total # of DOC Count LDOM:** | 553 |
| | |
| **RATED CAPACITY:** | 830 |
| **# of Days Over Rated Capacity:** | 0 |
| **(If over Rated Capacity please explain below in comment section.)** | |
| | |
| **INMATE DEATHS** | 0 |
| **Inmate Deaths Explanations:** | |
| 0 | |
| | |
| **ESCAPES** | |
| **# DOC:** | 0 |
| **Apprehensions:** | 0 |
| | |
| **DISCIPLINARY ACTIVITY** | |
| **# Schedule B Reports** | 87 |
| | |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 9 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 9 |
| | |
| **ASSAULTS** | |
| **Inmate-on-Inmate:** | 14 |

| | | |
|---|---|---|
| Inmate-on-Inmate w/ Significant Injury: | 0 | |
| Inmate-on-Staff: | 0 | |
| Inmate-on-Staff w/ Significant Injury: | 0 | |
| **DRUG TESTING** | | |
| # of Inmates Tested: | 225 | |
| # of Inmates Positive: | 0 | |
| # of Employees Tested: | 65 | |
| # of Employees Positive: | 0 | |
| **SEXUAL ASSAULT ALLEGATIONS** | **DOC** | **OTHER** |
| # of Substantiated: | 0 | 0 |
| # of Unsubstantiated: | 0 | 0 |
| # of Unfounded: | 0 | 0 |
| # of Pending: | 0 | 0 |
| **SEARCH & SEIZURE SUMMARY (Areas Searched)** | | |
| # Living Area Searches: | 164 | |
| # Non-Living Area Searches: | 12 | |
| Total Searches: | 176 | |
| **SEARCH & SEIZURE SUMMARY (Findings)** | | |
| # of Unauthorized Items Found: | 9 | |
| # of Contraband Items Found: | 6 | |
| Description of Items Found: | | |
| Unauthorized items: 3 mattresses and 6 Blankets, Contraband items: 6 Homemade Knives | | |
| **OFFENDER TRANSPORTS (DOC Only)** | | |
| Scheduled Medical: | 9 | |
| Medical Emergency (Ambulance): | 5 | |
| Funeral Trips: | 1 | |
| Court Order: | 8 | |
| Miscellaneous: | 0 | |
| Total: | 23 | |
| **GRIEVANCES** | | |
| Accepted: | 3 | |
| Rejected: | 0 | |
| **AMERICAN w/ DISABILITIES ACT** | | |
| Request for Accommodations: | 0 | |
| **GED PROGRAM** | | |
| GED Slots Available: | 0 | |
| DOC Students: | 0 | |
| DOC Completed: | 0 | |
| **SUBSTANCE ABUSE** | | |
| AA/NA: | 0 | |
| Other: | 0 | |

| | |
|---|---|
| **CTRP (Non GED/Substance Abuse Programs)** | |
| **Enrolled:** | 0 |
| **Completed:** | 0 |
| **JOB SKILLS** | |
| **DOC Students** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 17 |
| **Bus** | 3 |
| **Law Enforcement** | 7 |
| **Other** | 0 |
| **Total DOC Discharges:** | 27 |
| **# of DOC Inmates Discharged w/ Identification:** | 0 |
| **TIGER QUESTIONNAIRE** | |
| **# of Tigers completed:** | 0 |

Comments: 1. Didier Guardado #2023050105 PreTrial No Injuries Caleb Clayton #2023090143 PreTrial No Injuries 2. Devonte Breaux #716694 DOC No Injuries Jaylan Harris #730469 DOC No Injuries 3. David Brown #500065 DOC No Injuries Joel Husser #733114 DOC No Injuries 4. James Hutchinson #2023020133 PreTrial No Injuries Hunter Wilburn #765376 DOC No Injuries 5. Jairick Lewis #2023090080 PreTrial No Injuries Frank Rock #2023100040 PreTrial No Injuries 6. Gikyrie Lindsey #2023070100 PreTrial No Injuries Migail Williams #2023080118 PreTrial No Injuries 7. Letroyed Strowder #2023070107 PreTrial No Injuries Danilo Alvarenga #2023080092 PreTrial No Injuries

Comments (cont): 8. Jahiem Melancon #2023080169 PreTrial No Injuries Gilbert Lee #2023100051 PreTrial No Injuries 9. Johnathan Watson #549228 DOC No Injuries Jairick Lewis #2023090080 PreTrial No Injuries Ernest Berniard #577642 DOC No Injuries 10. Montrell Gaines #771520 PreTrial No Injuries Terry Taylor #2023100023 PreTrial No Injuries 11. John Watler #578749 DOC No Injuries Tyree Bryant #780343 DOC No Injuries 12. Gregory Chambers #581189 DOC No Injuries Hosea Sonnier #2023090100 PreTrialer No Injuries 13. Pedro Silva #777502 PreTrial No Injuries Richard Leray #307495 PreTrial No Injuries 14. Caleb Clayton #2023090143 PreTrial No Injuries Christopher Rogers #736217 DOC No Injuries

Inactive: Active

Home Instructions Print

July 1 2023

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

# MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Report Entered by:** Gary Allen
**Month:** November
**Year:** 2023
**Reporting Year:** 2024
**Reviewed and Approved:** Chad Firmin on 12/11/2023 at 12:37:54 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL COUNT LDOM** | 803 |
| **Total # of DOC Count LDOM:** | 563 |
| **RATED CAPACITY:** | 830 |
| **# of Days Over Rated Capacity:** | 0 |
| **(If over Rated Capacity please explain below in comment section.)** | |
| **INMATE DEATHS** | 0 |
| **Inmate Deaths Explanations:** | |
| 0 | |
| **ESCAPES** | |
| **# DOC:** | 0 |
| **Apprehensions:** | 0 |
| **DISCIPLINARY ACTIVITY** | |
| **# Schedule B Reports** | 96 |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 8 |
| **Mental Health** | 0 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 0 |
| **DOC Request** | 0 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 8 |
| **ASSAULTS** | |
| **Inmate-on-Inmate:** | 10 |

| | | |
|---|---|---|
| Inmate-on-Inmate w/ Significant Injury: | 0 | |
| Inmate-on-Staff: | 0 | |
| Inmate-on-Staff w/ Significant Injury: | 0 | |
| DRUG TESTING | | |
| # of Inmates Tested: | 205 | |
| # of Inmates Positive: | 0 | |
| # of Employees Tested: | 72 | |
| # of Employees Positive: | 0 | |
| SEXUAL ASSAULT ALLEGATIONS | DOC | OTHER |
| # of Substantiated: | 0 | 0 |
| # of Unsubstantiated: | 0 | 0 |
| # of Unfounded: | 0 | 0 |
| # of Pending: | 1 | 0 |
| SEARCH & SEIZURE SUMMARY (Areas Searched) | | |
| # Living Area Searches: | 424 | |
| # Non-Living Area Searches: | 20 | |
| Total Searches: | 444 | |
| SEARCH & SEIZURE SUMMARY (Findings) | | |
| # of Unauthorized Items Found: | 49 | |
| # of Contraband Items Found: | 74 | |
| Description of Items Found: | | |
| 40 extra Blankets 9 Extra Mattresses Contraband: 54 homemade knives and 20 Cellphones | | |
| OFFENDER TRANSPORTS (DOC Only) | | |
| Scheduled Medical: | 0 | |
| Medical Emergency (Ambulance): | 0 | |
| Funeral Trips: | 0 | |
| Court Order: | 0 | |
| Miscellaneous: | 0 | |
| Total: | 0 | |
| GRIEVANCES | | |
| Accepted: | 1 | |
| Rejected: | 0 | |
| AMERICAN w/ DISABILITIES ACT | | |
| Request for Accommodations: | 0 | |
| GED PROGRAM | | |
| GED Slots Available: | 0 | |
| DOC Students: | 0 | |
| DOC Completed: | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA: | 0 | |
| Other: | 0 | |

| | |
|---|---|
| **CTRP (Non GED/Substance Abuse Programs)** | |
| **Enrolled:** | 0 |
| **Completed:** | 0 |
| **JOB SKILLS** | |
| **DOC Students** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 20 |
| **Bus** | 4 |
| **Law Enforcement** | 7 |
| **Other** | 0 |
| **Total DOC Discharges:** | 31 |
| **# of DOC Inmates Discharged w/ Identification:** | 0 |
| **TIGER QUESTIONNAIRE** | |
| **# of Tigers completed:** | 0 |

Comments: 1. Devon Woods #740397 DOC ( No Injuries) Damon Springer 756082 DOC (No Injuries) / 2. Snydell Mitchell #7779815 DOC ( No Injuries) J Quan Johnson #2022090053 Pretrial (No Injuries) / 3. Emery Young 705935 DOC, Mckhi Palmer- Davis Pretrial 2022090094 ( No Injuries) Omarion Hookfin 20022090185 (No Injuries) / 4. Keron Mcguire 2923090148 PreTrial (No Injuries) Gary Davis 2023090067 Pretrial ( No Injuries) / 5. Jairick Lewis #2023090080 PreTrial (No Injuries) Frank Rock #2023100040 PreTrial ( No Injuries)

Comments (cont): 6. Derick Girlinghouse #2023070121 PreTrial (No Injuries) Rashawn Alexander #20230800017 PreTrial (No Injuries) / 7. Earl Ruffin #773826 DOC, Langston Hebert #723923 DOC, Joshia Lawasa 723932 DOC, Deondre Holmes #616889, Jekym Dowell 2023030030 Pretrial and Bobby Cooper #767585 (No Injuries) / 8. Deondre Holmes # 616889 DOCl (No Injuries) Earl Ruffin #773826 DOC ( No Injuries) / 9. Dayuan Tatum #715200 DOC ( No Injuries) Mercedes Burnell #741321 DOC ( No Injuries) / 10. Cortez Watson #2022090113 Pretrial No Injuries, Dajuan Tatum #715200 DOC (No Injuries) Mercedes Burnell #741321 DOC (No Injuries)

Inactive: Active

Home | Instructions | Print

July 1 2023

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**Corrections Services**

## MONTHLY ACTIVITY REPORT

**Facility Name/Location:** Catahoula Correctional Center
**Region:** Central
**Report Entered by:** Gary Allen
**Month:** December
**Year:** 2023
**Reporting Year:** 2024
**Reviewed and Approved:** Chad Firmin on 1/23/2024 at 4:03:40 PM

**All fields except comments must only contain numbers.*

| | |
|---|---|
| **TOTAL COUNT LDOM** | 825 |
| **Total # of DOC Count LDOM:** | 625 |
| | |
| **RATED CAPACITY:** | 830 |
| **# of Days Over Rated Capacity:** | 0 |
| **(If over Rated Capacity please explain below in comment section.)** | |
| | |
| **INMATE DEATHS** | 0 |
| **Inmate Deaths Explanations:** | |
| 0 | |
| | |
| **ESCAPES** | |
| **# DOC:** | 0 |
| **Apprehensions:** | 0 |
| | |
| **DISCIPLINARY ACTIVITY** | |
| **# Schedule B Reports** | 82 |
| | |
| **TRANSFERS TO DPS&C CUSTODY** | |
| **Medical** | 4 |
| **Mental Health** | 2 |
| **Disciplinary** | 0 |
| **Administrative** | 0 |
| **Court Trip** | 3 |
| **DOC Request** | 18 |
| **TWP** | 0 |
| **Lack of Bed Space** | 0 |
| **Total** | 27 |
| | |
| **ASSAULTS** | |
| **Inmate-on-Inmate:** | 3 |

| | | |
|---|---|---|
| Inmate-on-Inmate w/ Significant Injury: | 0 | |
| Inmate-on-Staff: | 0 | |
| Inmate-on-Staff w/ Significant Injury: | 0 | |
| DRUG TESTING | | |
| # of Inmates Tested: | 200 | |
| # of Inmates Positive: | 0 | |
| # of Employees Tested: | 78 | |
| # of Employees Positive: | 0 | |
| SEXUAL ASSAULT ALLEGATIONS | DOC | OTHER |
| # of Substantiated: | 0 | 0 |
| # of Unsubstantiated: | 0 | 0 |
| # of Unfounded: | 0 | 0 |
| # of Pending: | 0 | 0 |
| SEARCH & SEIZURE SUMMARY (Areas Searched) | | |
| # Living Area Searches: | 450 | |
| # Non-Living Area Searches: | 16 | |
| Total Searches: | 466 | |
| SEARCH & SEIZURE SUMMARY (Findings) | | |
| # of Unauthorized Items Found: | 62 | |
| # of Contraband Items Found: | 13 | |
| Description of Items Found: | | |
| 21 extra Mattress cotton, 11 extra blankets,8 extra sheets and 22 homemade pillows (Contraband: 10 Homemade knives 3 Cellphones | | |
| OFFENDER TRANSPORTS (DOC Only) | | |
| Scheduled Medical: | 0 | |
| Medical Emergency (Ambulance): | 0 | |
| Funeral Trips: | 0 | |
| Court Order: | 6 | |
| Miscellaneous: | 0 | |
| Total: | 6 | |
| GRIEVANCES | | |
| Accepted: | 0 | |
| Rejected: | 0 | |
| AMERICAN w/ DISABILITIES ACT | | |
| Request for Accommodations: | 0 | |
| GED PROGRAM | | |
| GED Slots Available: | 0 | |
| DOC Students: | 0 | |
| DOC Completed: | 0 | |
| SUBSTANCE ABUSE | | |
| AA/NA: | 0 | |
| Other: | 0 | |

| | |
|---|---|
| **CTRP (Non GED/Substance Abuse Programs)** | |
| **Enrolled:** | 0 |
| **Completed:** | 0 |
| **JOB SKILLS** | |
| **DOC Students** | 0 |
| **TRANSPORTATION FOR DOC DISCHARGES** | |
| **Family and/or Friend** | 19 |
| **Bus** | 3 |
| **Law Enforcement** | 6 |
| **Other** | 0 |
| **Total DOC Discharges:** | 28 |
| **# of DOC Inmates Discharged w/ Identification:** | 0 |
| **TIGER QUESTIONNAIRE** | |
| **# of Tigers completed:** | 0 |

Comments: 1. Offender Bryant Tyree #780343 (DOC) and Offender Carr Rashaun #707680 (DOC) No Injuries noted, (2) Offender Desmond Ford #606728 and OffenderTevin Jackson #588467 No Injuries Noted. (3) Donteavioious Henderson #712817 (DOC), Khalil Holmes #2023100015 (Pretrial) and Tyshawn Holmes #781861 (DOC) no injuries noted
Comments (cont):
Inactive: Active