# CATAHOULA CORRECTIONAL CENTER

**Activity Sheet for Booking #: CCC0000006429**

**07/18/23 13:36**

**ID #: 2020100308** **Name: YOUNG, ROBERT** **Cell: D38**

**Status:** **Class: MED** **Hold Reason:** **Holding For:**

| Date: | Time: | Type: | Activity: / Old Facility: | Amount: / Old Cell: | Qty: / New Facility: | Extension: | Phone #: / New Cell: | Comp.: / Appt. Date: | Officer: / Appt. Time: |
|---|---|---|---|---|---|---|---|---|---|
| 08/19/22 | 9:53 | TRAN | CT | | 1 | | | | 02511 |
| | | | CCC | CELL 2 | CCC | | D38 | | |
| 08/17/22 | 15:30 | HC | HC | | | | | | 2020080009 |
| | | | CCC | D38 | CCC | | D38 | | |
| HealthCare Event on 08/17/2022 at03:30PM; Location: JAILDR for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC | | | | | | | | | |
| 08/15/22 | 9:25 | TRAN | CT | | 1 | | | | 81003 |
| | | | CCC | E46 | CCC | | CELL 2 | | |
| 08/13/22 | 11:23 | HC | HC | | | | | | 2020080009 |
| | | | CCC | CELL 2 | CCC | | CELL 2 | | |
| HealthCare Event on 08/13/2022 at11:23AM; Location: NURSE for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC | | | | | | | | | |
| 08/12/22 | 16:22 | HC | HC | | | | | | 2020080009 |
| | | | CCC | CELL 2 | CCC | | CELL 2 | | |
| HealthCare Event on 08/12/2022 at04:22PM; Location: NURSE for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC | | | | | | | | | |
| 08/12/22 | 12:07 | HC | HC | | | | | | 2020080009 |
| | | | CCC | CELL 2 | CCC | | CELL 2 | | |
| HealthCare Event on 08/12/2022 at12:07PM; Location: NURSE for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC | | | | | | | | | |
| 08/12/22 | 9:23 | HC | HC | | | | | | 2020080009 |
| | | | CCC | CELL 2 | CCC | | CELL 2 | | |
| HealthCare Event on 08/12/2022 at09:23AM; Location: NURSE for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC | | | | | | | | | |
| 08/12/22 | 7:41 | HC | HC | | | | | | 2020080009 |
| | | | CCC | CELL 2 | CCC | | CELL 2 | | |
| HealthCare Event on 08/12/2022 at07:41AM; Location: NURSE for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC | | | | | | | | | |
| 08/11/22 | 8:46 | HC | HC | | | | | | 2020080009 |
| | | | CCC | CELL 2 | CCC | | CELL 2 | | |
| HealthCare Event on 08/11/2022 at08:46AM; Location: NURSE for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC | | | | | | | | | |
| 08/10/22 | 9:06 | HC | HC | | | | | | 2020080009 |
| | | | CCC | E46 | CCC | | E46 | | |
| HealthCare Event on 08/10/2022 at09:06AM; Location: RRMC for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC | | | | | | | | | |
| 08/09/22 | 4:10 | HC | HC | | | | | | 2020080009 |
| | | | CCC | E46 | CCC | | E46 | | |
| HealthCare Event on 08/09/2022 at04:10AM; Location: RRMC for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC | | | | | | | | | |

# CATAHOULA CORRECTIONAL CENTER

**Activity Sheet for Booking #: CCC0000006429**

**07/18/23 13:36**

**ID #: 2020100308** **Name: YOUNG, ROBERT** **Cell: D38**

**Status:** **Class: MED** **Hold Reason:** **Holding For:**

| Date: | Time: | Type: | Activity: | Amount: | Qty: | Extension: | Phone #: | Comp.: | Officer: | Old Facility: | Old Cell: | New Facility: | New Cell: | Appt. Date: | Appt. Time: | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/08/22 | 21:27 | HC | HC | | | | | | 2020080009 | CCC | E46 | CCC | E46 | | | HealthCare Event on 08/08/2022 at09:27PM; Location: RMC for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC |
| 08/08/22 | 20:30 | HC | HC | | | | | | 2020080009 | CCC | E46 | CCC | E46 | | | HealthCare Event on 08/08/2022 at08:30PM; Location: NURSE for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC |
| 08/08/22 | 8:30 | HC | HC | | | | | | 01190 | CCC | E46 | CCC | E46 | | | HealthCare Event on 08/08/2022 at08:30AM; Location: NURSE for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC |
| 08/03/22 | 12:41 | TRAN | CT | | 1 | | | | 02511 | CCC | D34 | CCC | E46 | | | |
| 07/26/22 | 10:55 | HC | HC | | | | | | 01190 | CCC | E46 | CCC | E46 | | | HealthCare Event on 07/26/2022 at10:55AM; Location: LSU MONROE for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC |
| 07/01/22 | 11:39 | HC | HC | | | | | | 01190 | CCC | D34 | CCC | D34 | | | HealthCare Event on 07/01/2022 at11:39AM; Location: NURSE for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC |
| 07/01/22 | 9:16 | HC | HC | | | | | | 01190 | CCC | D34 | CCC | D34 | | | HealthCare Event on 07/01/2022 at09:16AM; Location: JAILDR for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC |
| 06/21/22 | 10:51 | HC | HC | | | | | | 01190 | CCC | D34 | CCC | D34 | | | HealthCare Event on 06/21/2022 at10:51AM; Location: NURSE for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC |
| 05/21/22 | 20:21 | TRAN | CT | | 1 | | | | 24578 | CCC | D56 | CCC | D34 | | | |
| 05/12/22 | 16:25 | HC | HC | | | | | | 2020080009 | CCC | D56 | CCC | D56 | | | HealthCare Event on 05/12/2022 at04:25PM; Location: JAILDR for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC |
| 05/06/22 | 8:25 | HC | HC | | | | | | 01190 | CCC | D56 | CCC | D56 | | | HealthCare Event on 05/06/2022 at08:25AM; Location: NURSE for YOUNG, ROBERT; Book# CCC0000006429; Facility: CCC |

# CATAHOULA CORRECTIONAL CENTER

**Activity Sheet for Booking #: CCC0000006429**

**07/18/23 13:36**

**ID #: 2020100308** **Name: YOUNG, ROBERT** **Cell: D38**

**Status:** **Class: MED** **Hold Reason:** **Holding For:**

| Date: | Time: | Type: | Activity: | Amount: | Qty: | Extension: | Phone #: | Comp.: | Officer: |
|---|---|---|---|---|---|---|---|---|---|
| | | | Old Facility: | Old Cell: | New Facility: | New Cell: | Appt. Date: | Appt. Time: | |
| 04/19/22 | 14:53 | MVMT | BOOKING | | | | | | 01237 |
| | | | | | CCC | D56 | | | |