# CATAHOULA CORRECTIONAL CENTER

UNUSUAL OCCURRENCE REPORT

| NAME: | NUMBER: | DORM/CELL | DATE OF INCIDENT | TIME: |
|---|---|---|---|---|
| ZACHARY NOTHROP | 2021110119 | E-DORM | 8/08/2022 | 2022 |
| LOCATION OF INCIDENT: E-DORM | | WITNESSES: | | |

TYPE OF INCIDENT CHECK APPROPRIATE BOX (ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| X | AGGRAVATED FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | OTHER: | | | | | | |
| | CHEMICAL AGENTS USED | | | | MECHANICAL RESTRAINTS USED | | | | |

ON THE ABOVE DATE AND TIME, I, LT. JOSEPH PRINCE WAS CALLED TO E-DORM FOR AN OFFENDER TRYING TO CHECK OUT THE DORM. WHEN I ARRIVED I SAW OFFENDER ROBERT YOUNG (2020100308) BLEEDING. I TOOK OFFENDER YOUNG TO MEDICAL TO CHECK HIS INJURIES AND SAW THAT HE HAD APPROXIMATELY 5 STAB WOUND INCLUDING 1 WOUND TO THE RIGHT LOWER ABDOMEN THAT LOOKED TO BE SERIOUS. ON FURTHER INSPECTION OFFENDER YOUNG ALSO LOOKED TO HAVE BEEN BURNED. WHILE REVIEWING THE CAMERA OFFENDER ZACHARY NORTHROP (2021110119) COULD BE SEEN THROWING LIQUID ON OFFENDER YOUNG. OFFENDER NORTHROP AND OFFENDER EARLDARRIUS BROOKS (628083) BEGAN STABBING OFFENDER YOUNG. ALL THREE OFFENDERS WERE REMOVED FROM THE DORM, OFFENDER YOUNG WAS TAKEN TO TRINITY MEDICAL FOR TREATMENT, OFFENDERS NORTHOP AND BROOKS WERE MOVED TO CELL 4 AWAITING DISCIPLINARY ACTION. E.O.R.

JOSEPH PRINCE LT., D-TEAM Lt. [signature]
REPORTING OFFICER

8/08/2022 0130
DATE AND TIME COMPLETED

2

# CATAHOULA CORRECTIONAL CENTER DISCIPLINARY REPORT

INMATE INFORMATION

| | | | |
|---|---|---|---|
| NAME | ZACHARY NORTHROP | NO. | 2021110119 |
| JOB ASSIGNMENT | **IDLE** | HOUSING ASSIGNMENT | E-DORM |

INCIDENT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| LOCATION | E-DORM | DATE | 08/08/2022 | TIME | 2022 |
| RULE VIOLATION | **FIGHTING, AGGRAVATED** | | | RULE # | **#11** |

DESCRIPTION OF INCIDENT (Include all relevant information, i.e. – unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force.

ON THE ABOVE DATE AND TIME, I, LT. JOSEPH PRINCE WAS CALLED TO E-DORM FOR AN OFFENDER TRYING TO CHECK OUT THE DORM. WHEN I ARRIVED I SAW OFFENDER ROBERT YOUNG (2020100308) BLEEDING. I TOOK OFFENDER YOUNG TO MEDICAL TO CHECK HIS INJURIES AND SAW THAT HE HAD APPROXIMATELY 5 STAB WOUND INCLUDING 1 WOUND TO THE RIGHT LOWER ABDOMEN THAT LOOKED TO BE SERIOUS. ON FURTHER INSPECTION OFFENDER YOUNG ALSO LOOKED TO HAVE BEEN BURNED. WHILE REVIEWING THE CAMERA OFFENDER ZACHARY NORTHROP (2021110119) COULD BE SEEN THROWING LIQUID ON OFFENDER YOUNG. OFFENDER NORTHROP AND OFFENDER EARLDARRIUS BROOKS (628083) BEGAN STABBING OFFENDER YOUNG. ALL THREE OFFENDERS WERE REMOVED FROM THE DORM, OFFENDER YOUNG WAS TAKEN TO TRINITY MEDICAL FOR TREATMENT, OFFENDERS NORTHOP AND BROOKS WERE MOVED TO CELL 4 AWAITING DISCIPLINARY ACTION. E.O.R.

| | | | | | |
|---|---|---|---|---|---|
| SIGNATURE OF REPORTING EMPLOYEE | Lt. [signature] | | | | |
| PRINT NAME, TITLE, AND ASSIGNMENT | JOSEPH PRINCE LT., D-TEAM | | | | |
| DATE OF REPORT | 08/07/2022 | TIME OF REPORT | 0130 | | |
| COPY OF REPORT GIVEN TO OFFENDER BY | | | | | |
| SIGNATURE OF OFFENDER | **X** | | | | |
| PLEA- | | GUILTY | | NOT GUILTY | |
| VERDICT- | | GUILTY | | NOT GUILTY | |
| HEARING DATE | 8-12-22 | COUNSEL | N/A Refused | NUMBER | |
| MOTIONS | | | | | |

REASON FOR DEPOSITION

| | | | |
|---|---|---|---|
| ✓ | REPORT IS CLEAR & PRECISE | | LACK OF CREDIBLE DEFENSE / LACK OF EVIDENCE |
| | THE OFFICER'S VERSION IS DETERMINED TO BE MORE CREDIBLE THAN THE INMATE'S | | |
| | INVESTIGATIVE OFFICER'S TESTIMONY DEEMED MORE TRUTHFUL / ACCURATE THAN THE INMATE'S | | |
| | BASED ON HIS STATEMENT | | INMATE PLED GUILTY / GUILTY PLEA ACCEPTED |
| | DENYING REPORT IS THE ONLY DEFENSE | | NO EVIDENCE TO REFUTE THE CHARGE |
| | INMATE'S DEMEANOR LED THE BOARD TO BELIEVE HIS TESTIMONY UNTRUE | | PLEA BARGAIN |
| | OTHER - | | |

REASON FOR SENTENCE

| | | | |
|---|---|---|---|
| ✓ | SERIOUSNESS OF OFFENSE | | PROTECTION OF INSTITUTION, EMPLOYEES, OTHERS |
| | POOR CONDUCT REPORT | | OTHER - |
| | A TOTAL OF 1 RULE VIOLATIONS | | ______ SCHEDULE B VIOLATIONS SINCE ______ |

| | | | | | |
|---|---|---|---|---|---|
| SENTENCE | 6 WK loss store | | SUSPENDED | ✓ | IMPOSED |
| SENTENCE | | | SUSPENDED | | IMPOSED |

DISCIPLINARY BOARD – COST MAY BE IMPOSED FOR ANY PROPERTY DAMAGED, OR MEDICAL EXPENSE OCCASIONED THROUGH THE FAULT OF AN INMATE WHO, IN SO CAUSING THE LOSS, DAMAGE, OR MEDICAL EXPENSE, ALSO IS FOUND GUILTY, THROUGH THE DISCIPLINARY PROCESS, OF VIOLATING ONE OR MORE OF THE RULES SET OUT IN THE DISCIPLINARY RULES PROCEDURES FOR ADULT INMATES.

[signature]
CHAIRMAN (Disciplinary Officer)

MEMBER

# CATAHOULA CORRECTIONAL CENTER

## UNUSUAL OCCURRENCE REPORT

| NAME: | NUMBER: | DORM/CELL | DATE OF INCIDENT | TIME: |
|---|---|---|---|---|
| EARLDARRIUS BROOKS | 628083 | E-DORM | 8/08/2022 | 2022 |

| LOCATION OF INCIDENT: | WITNESSES: |
|---|---|
| E-DORM | |

TYPE OF INCIDENT CHECK APPROPRIATE BOX (ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| X | AGGRAVATED FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | OTHER: | | | | | | |
| | CHEMICAL AGENTS USED | | | | MECHANICAL RESTRAINTS USED | | | | |

ON THE ABOVE DATE AND TIME, I, LT. JOSEPH PRINCE WAS CALLED TO E-DORM FOR AN OFFENDER TRYING TO CHECK OUT THE DORM. WHEN I ARRIVED I SAW OFFENDER ROBERT YOUNG (2020100308) BLEEDING. I TOOK OFFENDER YOUNG TO MEDICAL TO CHECK HIS INJURIES AND SAW THAT HE HAD APPROXIMATELY 5 STAB WOUND INCLUDING 1 WOUND TO THE RIGHT LOWER ABDOMEN THAT LOOKED TO BE SERIOUS. ON FURTHER INSPECTION OFFENDER YOUNG ALSO LOOKED TO HAVE BEEN BURNED. WHILE REVIEWING THE CAMERA OFFENDER ZACHARY NORTHROP (2021110119) COULD BE SEEN THROWING LIQUID ON OFFENDER YOUNG. OFFENDER NORTHROP AND OFFENDER EARLDARRIUS BROOKS (628083) BEGAN STABBING OFFENDER YOUNG. ALL THREE OFFENDERS WERE REMOVED FROM THE DORM, OFFENDER YOUNG WAS TAKEN TO TRINITY MEDICAL FOR TREATMENT, OFFENDERS NORTHOP AND BROOKS WERE MOVED TO CELL 4 AWAITING DISCIPLINARY ACTION. E.O.R.

JOSEPH PRINCE LT., D-TEAM Lt. [signature]
REPORTING OFFICER

8/08/2022 0130
DATE AND TIME COMPLETED

# CATAHOULA CORRECTIONAL CENTER DISCIPLINARY REPORT

INMATE INFORMATION

| | | | |
|---|---|---|---|
| NAME | EARLDARRIUS BROOKS | NO. | 628083 |
| JOB ASSIGNMENT | **IDLE** | HOUSING ASSIGNMENT | E-DORM |

INCIDENT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| LOCATION | E-DORM | DATE | 08/08/2022 | TIME | 2022 |
| RULE VIOLATION | **FIGHTING, AGGRAVATED** | | | RULE # | **#11** |

DESCRIPTION OF INCIDENT (Include all relevant information, i.e. – unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force.

ON THE ABOVE DATE AND TIME, I, LT. JOSEPH PRINCE WAS CALLED TO E-DORM FOR AN OFFENDER TRYING TO CHECK OUT THE DORM. WHEN I ARRIVED I SAW OFFENDER ROBERT YOUNG (2020100308) BLEEDING. I TOOK OFFENDER YOUNG TO MEDICAL TO CHECK HIS INJURIES AND SAW THAT HE HAD APPROXIMATELY 5 STAB WOUND INCLUDING 1 WOUND TO THE RIGHT LOWER ABDOMEN THAT LOOKED TO BE SERIOUS. ON FURTHER INSPECTION OFFENDER YOUNG ALSO LOOKED TO HAVE BEEN BURNED. WHILE REVIEWING THE CAMERA OFFENDER ZACHARY NORTHROP (2021110119) COULD BE SEEN THROWING LIQUID ON OFFENDER YOUNG. OFFENDER NORTHROP AND OFFENDER EARLDARRIUS BROOKS (628083) BEGAN STABBING OFFENDER YOUNG. ALL THREE OFFENDERS WERE REMOVED FROM THE DORM, OFFENDER YOUNG WAS TAKEN TO TRINITY MEDICAL FOR TREATMENT, OFFENDERS NORTHOP AND BROOKS WERE MOVED TO CELL 4 AWAITING DISCIPLINARY ACTION. E.O.R.

| | | | | | |
|---|---|---|---|---|---|
| SIGNATURE OF REPORTING EMPLOYEE | | Lt. [signature] | | | |
| PRINT NAME, TITLE, AND ASSIGNMENT | | JOSEPH PRINCE LT., D-TEAM | | | |
| DATE OF REPORT | 08/07/2022 | TIME OF REPORT | 0130 | | |
| COPY OF REPORT GIVEN TO OFFENDER BY | | | | | |
| SIGNATURE OF OFFENDER | | X | | | |
| PLEA- | GUILTY | NOT GUILTY | VERDICT- | GUILTY | NOT GUILTY |
| HEARING DATE | 8-12-22 | COUNSEL | N/A Refused | NUMBER | |
| MOTIONS | | | | | |

REASON FOR DEPOSITION

| | | | |
|---|---|---|---|
| ✓ | REPORT IS CLEAR & PRECISE | | LACK OF CREDIBLE DEFENSE / LACK OF EVIDENCE |
| | THE OFFICER'S VERSION IS DETERMINED TO BE MORE CREDIBLE THAN THE INMATE'S | | |
| | INVESTIGATIVE OFFICER'S TESTIMONY DEEMED MORE TRUTHFUL / ACCURATE THAN THE INMATE'S | | |
| | BASED ON HIS STATEMENT | | INMATE PLED GUILTY / GUILTY PLEA ACCEPTED |
| | DENYING REPORT IS THE ONLY DEFENSE | | NO EVIDENCE TO REFUTE THE CHARGE |
| | INMATE'S DEMEANOR LED THE BOARD TO BELIEVE HIS TESTIMONY UNTRUE | | PLEA BARGAIN |
| | OTHER - | | |

REASON FOR SENTENCE

| | | | | | |
|---|---|---|---|---|---|
| ✓ | SERIOUSNESS OF OFFENSE | | PROTECTION OF INSTITUTION, EMPLOYEES, OTHERS | | |
| | POOR CONDUCT REPORT | | OTHER - | | |
| | A TOTAL OF 1 RULE VIOLATIONS | | ______ SCHEDULE B VIOLATIONS SINCE ______ | | |
| SENTENCE | 6 WK loss store | | SUSPENDED | ✓ | IMPOSED |
| SENTENCE | | | SUSPENDED | | IMPOSED |

DISCIPLINARY BOARD – COST MAY BE IMPOSED FOR ANY PROPERTY DAMAGED, OR MEDICAL EXPENSE OCCASIONED THROUGH THE FAULT OF AN INMATE WHO, IN SO CAUSING THE LOSS, DAMAGE, OR MEDICAL EXPENSE, ALSO IS FOUND GUILTY, THROUGH THE DISCIPLINARY PROCESS, OF VIOLATING ONE OR MORE OF THE RULES SET OUT IN THE DISCIPLINARY RULES PROCEDURES FOR ADULT INMATES.

[signature]
CHAIRMAN (Disciplinary Officer)

MEMBER