POLICIES AND PROCEDURES

CATAHOULA PARISH SHERIFF'S OFFICE
SHERIFF TONEY EDWARDS

CATAHOULA CORRECTIONAL CENTER
WARDEN ERIC STOTT

TITLE: Classification System

BJG II-A—012

Policy:
Catahoula correctional center staff will implement and complete classification procedures on offenders admitted to the Catahoula correctional center to ensure fair and consistent determination of the individual security and programs needs of the offenders.
Classification procedures will be completed by assigned staff within 10 days from the time each offender is received. under management and housing assignment considers age, gender, legal status, custody needs, behavioral issues, and other unique needs or issues as they arise. All Avengers are classified using an objective classification process that at a minimum:
Identifies the appropriate level of custody for each offender
Identifies appropriate housing assignment
Identifies the offender's interest and eligibility to participate in available programs Procedure:

1. the classification specialist will complete interim classification procedures including verification and information within 48 hours from the time an offender is admitted (excluding weekends).
2. The classification specialist will assign offender to the security classification determined by verified scores calculated by interim classification procedures.
3. Classification specialist will maintain a list of offenders who have had interim classification procedures completed, and are ready to be classified.
4. The classification specialist will separate the offenders by risk, security level, and PREA designation.
5. Classification decisions made by the classification specialist will be reviewed by the warden.
6. Offenders will have the right to appeal classification, decision: made by the classification specialist to the warden.
7. The classification specialist will make arrangements for the offender to be moved to his appropriate housing area, if different.
8. A copy of the classification results will be given to the Confrol Center personnel to ensure the offender is properly assigned and identified in the computer as the classification, housing and job assignment.

ERIC STOTT, Warden

6-20-23
Date