**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ROBERT YOUNG<br><br>Plaintiffs<br><br>v.<br><br>JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al,<br><br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Docket Number:<br>3:23-cv-681-SDD-RLB<br><br>JUDGE:<br>SHELLY D. DICK<br><br>MAGISTRATE:<br>RICHARD L. BOURGEOIS |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT SHERIFF TONY MANCUSO**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Robert Young, who files this Motion for Summary Judgment against Calcasieu Parish Sheriff Tony Mancuso. In support of his Motion, Plaintiff states the following:

On October 4, 2023, Plaintiff filed his First Amended Complaint naming Calcasieu Parish Sheriff Tony Mancuso as a Defendant in both his individual and official capacities.[1] Defendant Mancuso chose to hold prisoners in his legal custody (Calcasieu detainees) at the Catahoula Correctional Center ("CCC"). His choice subjected these Calcasieu detainees, including Plaintiff Young, to a serious risk of harm because plainly unconstitutional conditions, including understaffing, lack of supervision, and lack of classification, contribute to overwhelming violence at CCC. Plaintiff Young was severely harmed as a result of this exposure to such risks.

Plaintiff Young was incarcerated at CCC twice—first from October 2020 to June 2021 and second beginning in April 2022. Both times, he was arrested in Calcasieu Parish, booked by

[1] ECF No. 5. Defendant Sheriff Mancuso answered on November 9, 2023. ECF No. 13.

the Calcasieu Parish Sheriff's Office ("CPSO"), and subsequently transferred to CCC to be held as a pretrial detainee. For the duration of both periods at CCC, Mr. Young was incarcerated at the expense of Calcasieu Parish and remained in the legal custody of CPSO.

Plaintiff Young was the victim of attacks during both stints at CCC. The specific incident precipitating the instant case took place on August 8, 2022. That day, Plaintiff Young was stabbed and burned with boiling water by two other prisoners. He suffered a pneumothorax (partially collapsed lung), severe burns, a corneal abrasion, and several stab wounds. Treatment for Mr. Young's injuries required a four-day hospital stay.

In the course of discovery, Plaintiff has amassed documentary and testimonial evidence from Defendant that establishes his liability as to multiple Federal and State law claims set forth in the First Amended Complaint. Specifically:

- While Calcasieu detainees were housed at CCC, Defendant Sheriff Mancuso was aware that CPSO retained legal custody over these individuals and, by extension, a duty to protect them from harm.
- Defendant Sheriff Mancuso was aware that CCC was plagued with rampant, uncontrolled violence, resulting in multiple reported hospitalizations of Calcasieu detainees.
- Defendant Sheriff Mancuso willfully failed to take any affirmative steps to investigate known violence or to adopt or implement adequate oversight policies and/or practices to protect people in his legal custody from risk of harm.
- Defendant Sheriff Mancuso, by virtue of the failures delineated above, breached his duty to protect Calcasieu detainees, causing significant, actual damages to Plaintiff Young; multiple subordinate officers, acting in the course and scope of employment for CPSO,

likewise contributed to investigative and protective oversight failures that caused harm to Plaintiff Young.

WHEREFORE, Plaintiff respectfully requests that this Court grant his Motion and enter judgment against Defendant Sheriff Mancuso.

Respectfully submitted,

/s/ Jack Stephens

**ELIZABETH CUMMING (**Bar Roll No. 31685), T.A.
**EMILY WASHINGTON** (Bar Roll No. 34143)
**JACK STEPHENS** (Bar Roll No. 41468)
Roderick and Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
Phone: (504) 620-2259
Fax: (504) 208-3133
elizabeth.cumming@macarthurjustice.org
emily.washingting@macarthurjustice.org

-AND-

/s/ Stephen J. Haedicke

**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke
1040 Saint Ferdinand St.
New Orleans, LA 70117
Phone: (504) 291-6999
stephen@haedickelaw.com

Dated: June 23, 2025