**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ROBERT YOUNG<br><br>Plaintiffs<br><br>v.<br><br>JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al,<br><br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Docket Number:<br>3:23-cv-681-SDD-RLB<br><br>JUDGE:<br>SHELLY D. DICK<br><br>MAGISTRATE:<br>RICHARD L. BOURGEOIS |

**EXHIBIT LIST FOR PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT SHERIFF MANCUSO**

Plaintiffs, through undersigned counsel, submit the following exhibit list with exhibit number and brief description in connection with Plaintiffs' Motion for Summary Judgment Against Defendant Sheriff Tony Mancuso.

Exhibit 1: Deposition of Robert Young

Exhibit 2: Billing Records from CCC to CPSO for Robert Young

Exhibit 3: Zachary Northrup Unusual Occurrence Report

Exhibit 4: Earldarrius Brooks Unusual Occurrence Report

Exhibit 5: Medical Records of Robert Young

Exhibit 6: Deposition of Robin Perrin

Exhibit 7: Prisoner Housing Agreement

Exhibit 8: Notice of Rule 30(b)(6)

Exhibit 9: 30(b)(6) Deposition of Christopher Domingue

Exhibit 10: 2022 Basic Jail Guidelines

Exhibit 11: Billing Records from CCC to CPSO for Kody Ardoin

Exhibit 12: Records Related to homicide of Larry Smith by Kody Ardoin

Exhibit 13: CPSO Hospitalization Notifications

Exhibit 14: *In Globo* Records of Violence at CCC

Exhibit 15: Correspondence Between Sheriff Toney Edwards and Sheriff Mancuso

Exhibit 16: CCC Billing Invoices from September 2021 to September 2022

Respectfully submitted,

/s/ Jack Stephens___________
**ELIZABETH CUMMING (**Bar Roll No. 31685), T.A.
**EMILY WASHINGTON** (Bar Roll No. 34143)
**JACK STEPHENS** (Bar Roll No. 41468)
Roderick and Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
Phone: (504) 620-2259
Fax: (504) 208-3133
elizabeth.cumming@macarthurjustice.org
emily.washingting@macarthurjustice.org

Dated: June 23, 2025