UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT YOUNG | CIVIL ACTION NO. 3:23-cv-00681-SDD-RLB |
| VERSUS | JUDGE SHELLY D. DICK |
| JAMES LEBLANC, ET AL. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS |

Deposition of Robert Young, 1005 Shady Lane, Westlake, Louisiana 70669, taken in the offices of 4400 S. Carrollton Avenue, New Orleans, Louisiana on Monday, February 24, 2025, commencing at 1:00 p.m.

REPORTED BY:
BROOKE GARRISON
CERTIFIED COURT REPORTER

APPEARANCES:

RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER
(BY: ELIZABETH CUMMING, ESQUIRE)
4400 S. CARROLLTON AVENUE
NEW ORLEANS, LOUISIANA 70119

RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER
(BY: JACK STEPHENS, ESQUIRE)
4400 S. CARROLLTON AVENUE
NEW ORLEANS, LOUISIANA 70119

RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER
(BY: EMILY WASHINGTON, ESQUIRE)
4400 S. CARROLLTON AVENUE
NEW ORLEANS, LOUISIANA 70119

ATTORNEYS FOR THE PLAINTIFF

FROSCH, RODRIGUE, ARCURI, LLC
(BY: RONALD S. BRYANT, ESQUIRE)
1615 POYDRAS STREET
SUITE 1250
NEW ORLEANS, LOUISIANA 70112

ATTORNEYS FOR THE DEFENDANT

MUDD, BRUCHHAUS & KEATING, LLC
(BY: LENZI C. HEBERT, ESQUIRE)
422 E. COLLEGE STREET
SUITE B
LAKE CHARLES, LOUISIANA 70605

FILOT, LLC
(BY: ALLEN J. KROUSE, III, ESQUIRE)
1100 POYDRAS STREET
SUITE 3700
NEW ORLEANS, LOUISIANA 70163

# E X A M I N A T I O N  I N D E X

| | PAGE |
|---|---|
| MR. BRYANT | 5 |
| MR. KROUSE | 90 |
| MS. HEBERT | 130 |

# E X H I B I T  I N D E X

| | |
|---|---|
| Exhibit 1<br>Driver's License | 96 |
| Exhibit 2<br>DPSC-000001 | 109 |
| Exhibit 3<br>DPSC-000004 | 110 |

S T I P U L A T I O N

It is stipulated and agreed by and between Counsel that the deposition of Robert Young, on Monday, February 24, 2025, is hereby being taken under the Louisiana Code of Civil Procedure, for all purposes, as permitted under law.

The reserves the right to read and sign the deposition. The original is to be delivered to and retained by the noticing attorney for proper filing with the Clerk of Court.

All objections, except those as to the form of the question and/or the responsiveness of the answers, are reserved until the time of the trial of this cause.

Brooke Garrison, Certified Court Reporter, Certificate No. 2024011, in and for the State of Louisiana, officiated in administering the oath to the witness.

Robert Young,

after being first duly sworn by the above-mentioned court reporter, did testify as follows:

BY THE COURT REPORTER:

Can you raise your right hand, please?

Do you solemnly swear to tell the truth, the whole truth, nothing but the truth so help you God?

THE WITNESS:

Yes, I do.

EXAMINATION

BY MR. BRYANT:

Q. Mr. Young, my name is Shane Bryant, I'm the attorney for the Catahoula Parish Sheriff's Office defendants in this case. Can you give us your name for the record, please?

A. Yes, my name is Robert Curtis Young.

Q. And your birth date?

A. 4-13-84.

Q. All right. And what's your address, sir?

A. 1005 Shady Lane, Westlake, Louisiana 70669.

Q. Where's Westlake?

A. Right next to Lake Charles.

Q. Okay. Have you ever given a deposition

before, sir?
A. No, it's the first time.
Q. Okay. All right. So you were just placed under oath by the court reporter, the same way you would be if you were in court. There's a few ground rules to make this go smoother for everybody.
Number one, is we try not to talk over each other because that makes it harder for the court reporter to type out what we're saying. Does that make sense?
A. Yes.
Q. All right. In that same vein, if I need a yes or a no when you say uh-huh or uh-uh or a head nod, I might remind you that we need a yes or a no. If I do that, I'm not trying to be ugly. It's just so that the transcript is clear, okay?
A. Correct.
Q. If I ask a question that you don't understand, just tell me that you didn't understand. It might have just been a bad question. I'll do my best to ask a better question, okay?
A. Okay.
Q. This is not an endurance test, so if at any time you need to take a break, that's totally

fine. Just let us know. The only thing I ask is if I have asked a question, if you could please answer the question before we take the break, okay?

A. Okay.

Q. And also you may have noticed I barely have a voice. I've had some sort of flu-like plague for about three weeks now. So if you have any trouble understanding me, just let me know, okay?

A. Okay.

Q. Have you done anything to prepare for your deposition today?

A. I came in yesterday.

Q. Okay. And I don't want to know anything that you spoke to your attorneys about, but did you come in to meet with your attorneys?

A. Yes.

Q. Okay. Did you review any documents?

A. Yes.

Q. What did you review?

A. I think it was the complaint. I just looked through it. I didn't really read too much into it.

Q. Okay. No other documents other than your complaint?

A. No.

Q. Okay. Have you reviewed any photographs or video of any kind?
A. No.
Q. Okay. We're going to start with just background information. This part takes a little while. We'll try to be as efficient as possible, okay?
A. Okay.
Q. How far did you go in school?
A. Junior year and college.
Q. Where did you go to college?
A. McNeese State.
Q. Where's that at?
A. Lake Charles.
Q. Okay. And do you have a high school diploma or a GED?
A. Diploma.
Q. Where did you go to high school?
A. Sulphur High School.
Q. Where's that at?
A. In Sulphur, Louisiana.
Q. I have no clue where that is. I'm sorry.
A. Yeah, Southwest, Louisiana.
Q. Okay. Do you have any licenses or certifications? I'm talking about trades.

A. I am a pipe fitter and I have a Twic card and I am certified to fit pipe.
Q. Okay. Anything else besides that?
A. No, sir.
Q. Have you ever been married?
A. No, sir.
Q. Do you have any children?
A. Yes, I do.
Q. How many kids do you have, sir?
A. I have three girls.
Q. Can you tell me their ages?
A. Yes. Chloe is 14, Bailey is 10, and Hadley would be 4.
Q. Do you have custody of any of your children?
A. No, I don't.
Q. Do you provide financial support for any of your children?
A. Yes, I do.
Q. Is there a child support order of any kind for any of your children?
A. Yes, there is.
Q. For which children?
A. For Bailey.
Q. Is that the only one?

A. Yes.
Q. Okay. What court issued that child support order?
A. In Calcasieu.
Q. Okay. For the other two children that you don't have a child support order for, how much support do you provide for them?
A. Chloe's been adopted, my oldest by my mom. My youngest one, Hadley, I haven't seen her since March of 2020, and I have to prove my DNA with her. And so that's why I haven't had contact with her.
Q. Is there an ongoing family court matter where you're attempting to do that?
A. Not with Hadley but with Bailey, I am.
Q. And is that in Calcasieu?
A. Mm-hmm.
Q. Is that a yes?
A. Yes. That's a yes.
Q. And like I said, I'm not trying to be ugly. Are you employed right now?
A. Yes, I am.
Q. Where are you employed?
A. Bechtel.
Q. Can you spell that for me?

A. B-E-C-H-T-E-L.
Q. What is that?
A. It's an international industry where they build plants such as LNG plants, chemical plants, things of that nature.
Q. What's your position?
A. A pipe fitter. I work nights.
Q. Where is -- or excuse me, where are they located?
A. They have an office in Port Arthur, Texas. And that's where I work.
Q. So you work in Texas right now?
A. Mm-hmm.
Q. Do you commute back and forth?
A. Yes, I do.
Q. Do you have to commute every day?
A. Yes, I do.
Q. What's the drive like?
A. Traffic's bad sometimes.
Q. About how long on average does it take?
A. About an hour and ten minutes.
Q. Is that one way?
A. One way.
Q. Do you have to work every day?
A. Mainly, yes.

Q. When you say mainly, is it some sort of shift work?
A. Sometimes the weekends, sometimes not.
Q. So normally it's Monday through Friday but sometimes you have to work weekends?
A. Correct.
Q. Okay. When did you start working there?
A. October of last year.
Q. 2024?
A. Correct.
Q. So you've been there about 4 or 5 months?
A. Yes.
Q. Okay. Before you started working there, where were you employed?
A. Murphy Cormier General Contractors.
Q. What do they do?
A. They specialize in building tanks for -- septic tanks for residential and commercial systems.
Q. Where are they located?
A. In Lake Charles.
Q. When were you employed there from when to when?
A. I was employed for two years there from -- I'm going to say it was '22 -- October or September of '22 to June of '22 -- '24. Sorry.

Q. What was the name of the place?
A. Murphy Cormier General Contractors.
Q. What did you do when you were working for them?
A. I was the lead hand in the commercial shop.
Q. Okay. Can you tell me why you stopped working for them?
A. I wanted better pay.
Q. You make more money at Bechtel -- I'm probably saying it wrong?
A. Bechtel. Absolutely, yes.
Q. Okay. All right. So prior to starting work at Murphy in September of 2022, when was your last employment?
A. I don't remember. I know a hurricane had hit and I was employed through various jobs, picking up through a trailer park. And I forgot the name of the company that I worked for, but I was arrested shortly after that in October of 2020.
Q. So a hurricane hit in 2020 and you had a job doing clean up for the hurricane?
A. After the hurricane. Yes, correct.
Q. Okay. And you don't remember the name of the company?

A. No, I do not.
Q. Okay. Prior to that, where were you most recently employed?
A. Say, Greenberry Construction.
Q. What years were you employed there?
A. That was back in -- I want to say -- I think it was 2017. It could have been in 2019. I don't -- I'm not sure about the dates. I just know that I worked there.
Q. How long did you work there?
A. Not very long, maybe about three months the second time.
Q. You worked there more than once?
A. Yes.
Q. When you worked there sometime around 2017-2019 was that the second time you worked there?
A. Yes.
Q. When was the first time?
A. I believe the first time was around 2017.
Q. How long did you work there the first time?
A. Approximately five months or so.
Q. Did you work anywhere in between the two times that you worked there?
A. Yes. I worked at American Metal Pros. I

worked for them. They're no longer in business.
Q. Can you tell me roughly when that was?
A. Sometime in 2018, I'd say.
Q. How long did you work for them?
A. About six months.
Q. And that takes us to 2017. You were working for Greenberry. Before you worked for Greenberry, that first time, who did you work for?
A. I don't remember. And I don't want to tell you something that's not true, so I don't know. I worked for a number of companies. I worked for PCL. I worked with them. I worked for Turner Industries. I worked for Performance Industries. And those time periods all run together. I don't remember exactly what the dates are, but I did work for those companies.
Q. Those were all construction jobs of one kind or another?
A. Yes.
Q. Okay. Have you ever done any kind of work other than construction work?
A. I've done like landscaping. I've done that before. In 2015 I've done some landscaping.
Q. You told us that you went to work for Bechtel because you made more money there than you

did at Murphy's. Is Bechtel the best paying job you've ever had?
A. Yes, it is.
Q. How much do you make there?
A. An hourly or monthly?
Q. On average what do you make a month?
A. Before taxes or after taxes?
Q. Before taxes.
A. Before taxes, approximately $9,000.00.
Q. Okay. You told me that you got arrested in October of 2024, do you remember what day?
A. It's October 2020.
Q. I'm sorry. You're right, 2020.
A. No, I do not remember the day.
Q. Okay. When you were arrested, what were your originally charged with?
A. Charged with theft of a motor vehicle. And I think it had -- okay. And then it had a possession charge, I believe. That was the original arrest.
Q. Possession of what?
A. I want to say it was schedule II or III. I think it was heroin.
Q. Okay. And is that the same charge that you remain incarcerated for right up until your

release in September-ish of 2022?

A. Yes. Hold on. Before I answer that, let me -- let me -- before they pile more charges on me, I think I had more charges put on me while I was in there. So -- but those were part -- yeah -- yeah. Yeah.

Q. You think that you were charged with something else while you were incarcerated?

A. I think so. Yeah.

Q. What were you charged with?

A. Another possession.

Q. Do you know -- possession of what?

A. I think they determined it was scheduled -- scheduled II, but it was -- it was -- I think it was -- it was heroin too, honestly. Yeah.

Q. Did you get convicted or plead guilty to any of those charges that we've just talked about?

A. I did.

Q. Which ones?

A. The possession of heroin under two grams.

Q. And you told me that there were two of those charges, one that you were originally arrested for and one that you got while you were incarcerated. Did you plead to both or one or the other?

A. Just one.
Q. Was it the one that you were originally arrested for or the one that you got while you were incarcerated?
A. I don't know.
Q. Okay. In what court did you plead guilty?
A. 14 judicial. That's Calcasieu.
Q. Was that a felony?
A. Yes, it was.
Q. Have you ever had any prior felonies?
A. Yes, I have.
Q. Okay. Can you -- how many have you had?
A. Total?
Q. Yes, sir.
A. That was -- that was the fifth one.
Q. Okay. Can you tell me what the first felony conviction you ever had was?
A. Those were -- all those were possession of schedule III or schedule II. One was a intent to distribute schedule III, but they changed the law and it ended up being schedule II. It was Lorcet. Those were what I got charged with. But they changed the law from schedule III to schedule II.
Q. Okay. When was your first felony arrest?

A. I don't remember. I don't know. I don't know. I can't tell you for certain. I don't know.
Q. Okay. Do you have a rough idea what year maybe?
A. In 2007-ish. I think that's when I was put on probation.
Q. And what court was that in?
A. Calcasieu.
Q. So sometime in 2007 you were arrested in Calcasieu? How long did you remain incarcerated?
A. Not very long. I don't know. A couple of months, a couple of weeks. I don't know.
Q. And then you said you were put on probation that same year, you think?
A. Mm-hmm.
Q. How long was your probation?
A. Three years.
Q. Did you complete it successfully?
A. Did I? No, I got -- I got revoked on it.
Q. Do you know when you got revoked?
A. No.
Q. Do you know why you got revoked?
A. I think I committed another crime -- another possession charge while on probation. I don't know. This has been so long ago, it's hard to

remember all this.
Q. I understand. And I understand that you're not totally certain about the answers. I'm not going to hold you to these dates. I'm just trying to get a general timeline.
All right. So 2007 you're placed on probation for about three years at some point that gets revoked. Do you have any idea when you got revoked?
A. I know -- I think it was 2010, maybe, because I did some -- I did some jail time in 2010 to 2012.
Q. Okay. So you told me you thought you got revoked because you were arrested for another crime. Was that also in Calcasieu?
A. Mm-hmm.
Q. Okay. What was it you were arrested for that time?
A. Lorcet, scheduled III or the II, whatever the law was at the time.
Q. Okay. Do you remember what year you got arrested for that?
A. No.
Q. Okay. Do you know how much time you served when you got arrested for that?

A. I served 16 months from 2010 to 2012.
Q. Okay. And then you got released in 2012. Do you have any idea around when in 2012 you got released?
A. I think it was in March.
Q. So after you got released in March of 2012, were you on parole of any kind or a good time release?
A. I was on parole.
Q. Did you complete a period of supervision successfully?
A. I think I did.
Q. When was the next time you got arrested after that release?
A. I don't know. I don't know. I don't have my rap sheet in front of me, I can't tell you exactly when.
Q. Yeah. I'm trying to look at it, but I'm not super good at reading these to be honest with you. Okay -- so, but you know that you had another felony after that. What was the next one?
A. The possession of Schedule II or schedule III. Like I said, all of those were schedule II, schedule III.
Q. And do you remember about when that was,

maybe just the year?
A. I don't want to lie so I don't know when exactly the year was.
Q. Okay. And were you convicted or pled guilty to that?
A. Yes.
Q. Was that also in Calcasieu?
A. Yes.
Q. Okay. And how long were you incarcerated at that time?
A. I don't remember.
Q. Do you think it was more or less than a year?
A. It was less than. I think I was arrested again in like 2017.
Q. Okay. When you were released that time, were you on any kind of probation or parole?
A. I completed a program. It was called the ATS at the time, and I was released on probation.
Q. Is ATS a substance abuse treatment program?
A. Yes, it's in Legacy.
Q. It's in what?
A. It's in Legacy.
Q. Where's that?

A. Jeff Davis Parish.
Q. Is that something that is inside of a prison or is that an inpatient program outside of a prison?
A. Inpatient program outside of a prison.
Q. Okay. And then you said you were released on probation. Did you complete that period of supervision successfully?
A. I believe I did complete it successfully.
Q. So if my math is right, we still got one more arrest to go. So after that one, did you get arrested for another felony?
A. I would have had to if -- I can't tell you an exact date because I don't -- I don't know. I don't know it.
Q. That's okay. Were all of your felony arrests in Calcasieu Parish?
A. They were.
Q. Okay. And I think you told me they were all for possession.
A. Mm-hmm. Yes.
Q. So going back, you told me you've done 16 months, a little less than a year, so there's been a few different periods of incarceration.
A. Mm-hmm.

Q. Can you tell me all of the different jails that you can recall being incarcerated in?

A. So Calcasieu, Winfield for a couple days, and Catahoula to -- 13 months in Catahoula.

Q. So Catahoula is the one that you were most recently incarcerated in?

A. Correct.

Q. And then before that, you were in Winfield?

A. Yeah, that was just a holdover to get to Calcasieu.

Q. And then you were arrested in Calcasieu?

A. I was booked into Calcasieu and then sent to Catahoula again.

Q. And that was for just this most recent period of incarceration from 2020 to 2022?

A. Mm-hmm.

Q. What about during those prior periods of incarceration that we talked about? Were you ever held at any other parish jails?

A. Nope.

Q. Okay. Have you ever been housed in a DOC facility?

A. No.

Q. Have you ever been to a DOC facility for

processing?

A. No.

Q. Okay. When you were on probation and parole at various different times, was it always with the Calcasieu office?

A. Yes, it was.

Q. You've never been on supervision with the office in any other district?

A. That's correct.

Q. Okay. We've talked about felonies. Just going back for 10 years, do you have any misdemeanor arrests?

A. Yeah, I'm sure I do, but they were in tactic with the felonies. They were -- you get charged with felonies and misdemeanors -- or I did.

Q. Sure. So when you get arrested for the possession maybe you get some other charge that's a misdemeanor along with it.

A. Mm-hmm. Right.

Q. You don't have any misdemeanor arrests that weren't also associated with a felony arrest?

A. I don't -- I don't think so.

Q. Have you ever been arrested anywhere other than Calcasieu Parish?

A. No.

Q. I'm going to ask you about some folks that were listed as potential witnesses. And -- so the first one is Tony Edwards. He's the Catahoula Parish Sheriff. Have you ever met or spoken with Sheriff Edwards?
A. I think I've seen him on a walk-through or two at Catahoula. And when I'm in medical, I've seen some people come through the door. And they're like, oh, hey, that's the sheriff. You know, that's -- okay, well. Okay.
Q. Have you ever spoken with him?
A. No.
Q. Okay. The next person I wanted to ask you about is Eric Stock. I think he was a former warden at the CCC.
A. Mm-hmm.
Q. When I say CCC, I mean the Catahoula Correctional Center?
A. Catahoula -- that's correct.
Q. Okay. Do you remember ever meeting or speaking with Eric Stock?
A. Yes, him and his wife actually.
Q. Okay. Was that before or after?
A. He had like a big wart on his face.
Q. Okay. Was that before or after the

incident that you've filed your lawsuit about?
A. Before.
Q. Okay. How many times?
A. Not very many. And his wife would bring us to court so I would be able to speak with her while she was bringing us to zoom court. And Mr. Stock would come in to the -- to the bunks area -- and with Captain -- he had a real squeaky voice and they would do the bed checks or whatever and Warden Stock would, you know, scream and holler and, you know, make himself known.
And sometimes whenever those inmates would act up, Warden Stock would come in there and they would have to -- he would be part of the emergency response team and they would go in there and try to disable, I guess you would say, disabled the riots that were taking place in Catahoula.
Q. Did you ever talk to him?
A. No. Not person to person.
Q. Okay. All right. The next person I want to ask you about is Pat Book. Have you ever spoken with him? He used to be the warden at CCC, but I think he might have been gone when you got there, but I'm not 100% sure about that.
A. No, I don't know who it is.

Q. Okay. The next person I wanted to ask you about is William Beeson. I believe he was a correctional officer there?

A. Oh, yeah.

Q. Okay. Have you met or spoken to William Beeson before?

A. Yes. Quite a few times.

Q. Okay. Have you ever talked to him about this incident that you've filed your lawsuit about?

A. No, but he was in the hospital with me. He escorted me.

Q. Okay. So he's the correctional officer that went to the hospital with you?

A. Yep.

Q. Do you remember talking to him while you were there?

A. I was in so much pain and I was crying and I thought I was dying and it was hard -- and I just kept telling him, I said, why is this facility like this?

Why do they allow all these knives and all these drugs and all this crap in here? Why do they allow such violence? That's what I kept asking him. I said, I don't want to die, Officer, I said, I've got kids. I said, this is not where I'm

supposed to be.

Q. Did he say anything in response?

A. Yeah, yeah. He was like, yeah, I know, man. It's kind of a rough place. He said, you kind of got dealt a bad set of cards, is what he said.

Q. Any other conversations that the two of you had?

A. He -- huh?

Q. Any other conversations that the two of you had?

A. How he didn't like whenever I got emergency -- I was supposed to get airlifted to Rapides Regional, but the ambulance rushed me from -- I think it was Ferriday, and he was in the ambulance with me, and when we got to Rapides Regional, he had a conversation about how pretty a nurse was.

He made some comments about a nurse and trying to ask her out and she didn't oblige and he asked me what's wrong with him, does he not look good enough or something. I said, no, you look fine.

Q. Any other conversations with him that you can recall?

A. Before that he had the name of Robocop,

and he would ask certain people like, you know, who's got cell phones, who's got the drugs, who's got this and that and they would just tell him to go, you know, wherever because they don't have none of that there, but he knew better.

And he would try to ask me or he would try to ask some other people, you know, that would -- that normally didn't -- we didn't act up. He tried to target the people that he could get answers out of but you couldn't say anything, because you'd be labeled as a snitch, and then you would probably been killed.

Q. The next person I want to ask you about is Joseph Prince.

A. Hmm.

Q. Have you met or had conversations with Joseph Prince?

A. Oh, yeah. Mm-hmm.

Q. Okay. Have you ever talked to Joseph Prince about this incident that is the subject of your lawsuit?

A. He was actually the responding officer and he was the one that had finally gotten me out of the dorm, and he did not want to bring me to the hospital because he said I was just having a panic

attack. But actually my lungs were filling up with blood, and he asked Beeson, should we go ahead and take him?

And they didn't have medical staff 24 hours there, so the nurse wasn't there. And Beeson was like, yeah, we should take him, because Prince didn't want to take me.

And I kept telling him that I felt like I was going to die, but Prince didn't really care. He didn't know anything. He wasn't trained in that area. I talked to him before that, too. Somebody had taken some fentanyl in the dorm and they had overdosed and I'd given them CPR and mouth-to-mouth resuscitation, and he told me personally, he said, he told me thank you, because had I not done that that kid would have died. He told me thank you for that.

Q. Any other conversations with him that you can recall?

A. No.

Q. The next person I have on the list is David Guthrie. Do you know who that is?

A. I don't know. I don't think so.

Q. Okay. On my notes here it says that he was a sergeant and a correctional officer there but

you don't recall who he is?
A. I said his name. I know his name but I can't put a face to it.
Q. Okay. The next person on the list is Margie Price. Do you know who that is?
A. Price -- I think -- was that -- the commissary lady? I don't know.
Q. I believe that she's the lady who did your booking intake.
A. Oh, no.
Q. You don't recall speaking with her?
A. Then -- then she did my booking then.
Q. You don't recall speaking to her any time other than then?
A. No.
Q. Okay. And then the last name on my list is Alondra Sanchez. I believe she was the control room operator. Do you recall her at all?
A. There was a lot of control and was she -- I think she was a Hispanic -- and there wasn't too many Hispanics in Catahoula. And it seems like I would remember -- I think she quit. I think she ended up quitting.
But she was -- it was -- they had a -- every dorm had their own -- they had like two dorms

the officers would watch and we'd go up to the key and we'd have -- they would tell some people to come to the kiosk and some people not.

In passing, I had conversations with her. But it was about stuff that went on in the dorm that was pertaining to just me, like commissary or court dates coming up or, you know, something like that.

Q. You don't recall having any conversations with the control room operator about this incident?

A. No.

Q. And when I say this incident, I'm talking about the incident made the subject of your complaint.

A. No.

Q. Other than Earl Darius Brooks and Zachary Northrup, do you recall any other inmates that were present during the incident?

A. So there was a Brandon, I think his last name was Cormier -- Brandon Cormier -- I called him BC, but he was in the dorm with me and he had an acquaintance named Nico. They called him Nico, but I wasn't -- I knew them from another dorm and they got put into that E-dorm.

And so when you get moved to another dorm and you see somebody that you saw in another dorm,

you kind of gravitate towards them because you feel like you know them a little bit and you're not kind of an outcast. And so when I saw him in that dorm I kind of stuck by him.

And I think his name was Brandon Cormier and his friend's name was Nico. I don't know Nico's last name. I only know that's his first name, but that's what they called him. But they were in there.

Q. Any other inmates that you recall?

A. I don't know any other names, no.

Q. Okay. Did you talk to Brandon or Nico about this incident after it happened?

A. No, I didn't. I didn't talked to them personally.

Q. Have you heard anything from them through third parties about things they may have said about the incident?

A. I haven't heard a word.

Q. So you told me your current address. Who lives with you at that address?

A. My grandmother and my grandfather.

Q. No one else?

A. No one else.

Q. Okay. So my notes say that you arrived

in Catahoula at CCC in April of '22. Does that sound right to you?
A. The second time.
Q. You were there once before?
A. Mm-hmm.
Q. When were you there before?
A. In October of '20.
Q. How long were you there that time?
A. Until June of '21. Yeah. June of '21.
Q. And then did you go back to Calcasieu?
A. Nope. I went to Team Challenge.
Q. Can you tell me what that is? I'm not familiar with it.
A. It's a Christian rehabilitation program. Very strict, very hard.
Q. Is it in a prison or a jail or is it outside?
A. No. It's outside.
Q. Where is that located?
A. They have multiple centers across the state, but their main office is in Dodson, Louisiana.
Q. Is it an inpatient facility? I mean, did you live there while you were going to Team Challenge?

A. Mm-hmm.

Q. Which one were you at?

A. I was at the Lafayette facility and then I went to the second phase, which is the Dodson facility.

Q. Did you successfully complete the program?

A. I did not. Two months. They let me out two months before I was supposed to graduate.

Q. Did they say why they --

A. They saw me as a medical liability.

Q. Why did they see you as a medical liability?

A. Because I was complaining about my heart. And they didn't -- they weren't a medical facility. They didn't believe in taking you to the doctor. They didn't believe in giving you any medications.

They didn't believe in anything but laying hands on you and praying for you. So whenever they saw me wanting to go to the doctor a whole lot, they spoke with somebody about that and they said that if they didn't take me to the doctor and something was wrong, then I could sue them.

And if nothing was wrong and they took me, then nothing would happen. And they saw me as a

liability and then they built a case on me and they kicked me out because they said I looked at the women in chapels seven times.

Q. So when I talk about your time at CCC. I'm going to be talking about both the most recent period, when you were there from April till September-ish of '22, and when you were there October of 2020 to June '21. If at any time it's not clear to you what time period I'm talking about, just ask me and I'll clear it up, okay?

A. Okay.

Q. So when you were incarcerated at Catahoula, how often did you witness other inmates involved in altercations?

A. If not every other day, it was three to four times a week. Sometimes every day.

Q. To your knowledge, was there a usual reason that these altercations occurred?

A. Yes.

Q. What was that?

A. It was a race thing and a he's weak, I'm strong, I'm going to assert my dominance and let everybody else know that I am the alpha male, kind of thing. Or they want somebody else's commissary and they didn't have what they wanted, so they steal

and stabbed and beat up other people for their commissary and their shoes and their clothes that they had and their mattress and whatever else they had that they wanted.

Q. So you'd say race, bullying, and to steal things?

A. Yes.

Q. I heard you say stab, how many times did you witness other inmates get stabbed while you were at Catahoula?

A. At the very minimum, it's 10 times, at least 10 times. And the maximum at least 12 times. It was anywhere from 10 to 12 times that I've seen inmates get stabbed in there.

Q. Do you remember the names of any of the inmates that you saw get stabbed?

A. I do remember one name. One name was -- do you need to tell me? Do you want to know his name?

Q. Yeah, if you don't mind, that'd be great.

A. One of their names was Cody Wiedel.

Q. Could you repeat that last name?

A. Cody Wiedel. Um, like W-E-I-D-E-L -- something like that. He got stabbed multiple times in his head and he had a trail of blood on the way

out. I remember that vividly.

Q. Do you remember about when that was?

A. Yeah. That was during my -- the first incarceration. Before -- from '20 to '21. It was in B-Dorm.

Q. Thank you. When you saw these stabbings, what kind of weapon were the inmates usually using to stab people?

A. They -- some of them had -- they called them world daddies. You know, a world daddy is a knife that was brought in by a correctional guard that they cash app money to -- to bring down phones, bring down weapons, in order to make up for the money that they weren't making while they were there.

They would have regular knives like you see in the streets, like regular pocket knives. And then they had brandish weapons that they used. They called one a bone crusher.

It had like a bunch of wrappings on the bottom of it and it had like a long stem, metal stem, about a quarter inch thick and then they sharpened it down and then they said when you stab somebody it would break the bones so they called that a bone crusher.

Then they had another one where they take the metal off of -- I guess it was beds or wherever they could get the metal from and file it down and then wrap the bottom part with a blanket or an ace bandage they would get for medical and they would make a homemade shank.

They call it shanks. They called them shanks. I've seen those. I've seen things that look like ice picks. I seen one thing that was made -- that looked like Freddy Krueger's hand, honestly, and it had like little knives sticking out on every finger and it was a glove that they put on and it looked like Freddy Krueger's hand. I saw that and that really freaked me out.

Then they would have like the little sharpened little pieces of metal where they would just poke with like a little pencil, like half a pencil. And they would use those to kind of scratch people or poke people with. I've seen those, too.

Q. All right. I want to back up to the first one that you called the world daddy.

A. Yeah.

Q. You said that they would cash app COs to get those. Do you know which COs?

A. No, I didn't. If I saw their face, I

could tell you. I knew at least one that would because he would come in and he would give people packs of cigarettes and certain people, and you hand off stuff to like the dorm leader or whatever and you would hand it off to them, you know -- everybody -- it was general knowledge.

Q. You don't remember his name?

A. No, I don't.

Q. Was he still employed there when you left?

A. No, he wasn't. It was weird because he left pretty -- he only stayed there about a month.

Q. Do you remember what month that was?

A. No, I don't.

Q. Was it during your first stay there or your second?

A. It was during my second.

Q. The second one you talked about was the bone crusher and you talked about how it had a long stem. Where did they get that stem or what was that stem made out of?

A. I think it was made out of metal. Like it was like, just a long, pointy metal stem that they would scrape, you would hear it at night, the scraping on the floors -- you'd hear it at night,

the scrapping on the floors.

You would hear it tush, tush, tush, tush, and they'd be sharpening knives all night long. And they would file it down to like -- it looks like a pencil -- the sharpness of a -- like I said, a quarter inch thick, about 8 inches long and it had a bottom part where they wrapped like ace bandage or whatever around the bottom part and the top part they scraped it on the.

I don't know where they got it from -- I don't know -- I don't know, but you could buy them for $30.00 you cash app whoever, whatever inmate and then they would get it to you and then you would have your weapon.

Q. I heard you talk about, they would take metal from the beds.

A. Yeah.

Q. Okay. And then you mentioned an ice pick. How did they get that?

A. I don't know. That's what I got stabbed with.

Q. Was it an actual ice pick --

A. I don't know.

Q. -- or was it something that looked like an ice pick?

A. It looked like an ice pick. It looked -- it looked like an ice pick.

Q. The one that was involved in your incident, did it have a wooden handle or a --

A. I have no idea, because I didn't even -- I didn't even see the guy that was stabbing me in general, I looked down and saw a trail of blood, and I see the dude in the background putting something up.

And then the time that I saw what I was stabbed with, was whenever they told me to go take a shower and he came at me again with it. Zachary Northrup came at me again with it. He was holding it in his hand like this and he said, you better get in that shower now.

I'm going to do you in. I said, man, I don't want no smoke. I'll go take a shower. And when I took a shower, I saw a bunch of blood clots coming out of my side. I knew -- and I started having trouble breathing. And that's when I really started freaking out. Because I thought I was going to die.

And then I immediately went to the kiosk. Then I told them I had gotten stabbed. And he said, you're playing with knives in there. I said, look,

it's not a joke, dude. It's not a joke.

I need to get out of here now. And it took them about every bit of five minutes to open that damn door. And then they started crowding me again to try to take my stuff. And they tried to get my shoes off my feet. And I said, no, you're not going to have these shoes.

My grandma got me these shoes. You're not going to take these shoes from me. And they said, well, come to the back. And they tried to take my commissary stuff. And then -- so I ran at him and then he dropped it.

Then he's like, come to the back. And he's like, everybody's got knives back there. I'm not going back there. And then that's whenever the door popped and then Prince came in. And then he got me out of there.

Q. We've been going about an hour. Do you want a break?

A. Yeah. Yeah.

Q. Let's take five.

(RECESS TAKEN.)

BY MR. BRYANT:

Q. Okay. All right. Mr. Young, so on -- I have the date of this incident, it's August 8, 2022,

does that sound right to you?
A. I thought it was more August the 9th, but August 8th could be about right, too.
Q. Okay. August 8th or 9th.
A. Yeah.
Q. All right. Had you ever had any interactions with Zachary Northrup or Darius Brooks prior to this incident?
A. Zachary Northrup when I first came into the dorm -- the guy spoke up -- Brandon Cormier is not Brandon Cormier. I know his name now, it's Brandon Guillory. We called him BG.
He was kind of introducing me to people in the dorm. And I didn't know his name at the time, but he introduced me to Zachary Northrup and we had played a game of spades together.
And as far as Earl Davis goes, I didn't even know he was even in the dorm because I would just -- I would just work out and that's all I would do.
Q. How long had you been in that dorm prior to this incident?
A. It wasn't very long. It may have been a couple of weeks.
Q. Have you had any other altercations with

anyone in the dorm prior to this?

A. No.

Q. Have you ever had an altercation while you were in Catahoula Correctional or any of the other jails?

A. Yeah, I had one. I had a couple in Catahoula, actually.

Q. When was the first one that you recall?

A. It was during the -- actually, let me back that up. There was one during the first stint, these guys from East Baton Rouge were trying to bully me and they threatened to stab me and take my food or me to fight them. And one day I just decided I would just fight them and get it over with.

And then one ended up stabbing me in the forehead with one of those little -- those small little ice pick things that I was telling you about, they used just to poke people with. And he carved like an L in my head and then everybody separated us.

No guards came in and then that incident was over with, and I didn't have another incident until I got back the second time to Catahoula. And then the second time, when I got back to Catahoula,

there was an individual, a youngster, and I say youngster I mean anywhere from 18 to 20 years old, from East Baton Rouge.

It seemed like East Baton Rouge and Lake Charles people did not get along or something, because there was always incidents between those two people -- two groups. His name was Bando and Bando was a bully. Bando would -- he would -- he would target weak, white people and he would just beat them up.

Just beat them up, take their stuff, or they would just give them their stuff because they didn't want to fight him. Because they knew that he carried knives and he was dangerous. He had been sent to the hole numerous times, but he'd come right back in the same dorm. And then one day we got into an incident, me and him.

Actually, I thought he was joking, but he told me to meet him in the back. And when I say in the back, I mean in the back of the dorm. Where it was like security was laxed and people didn't really pay attention to the back of the dorm.

So he brought me to the back of the dorm and I thought he just wanted to talk to me but he ended up just punching me in my face a good I don't

know how many times. He punched me and knocked me out, and then I hit my head on a locker and it split my head open and I've got a scar where it split my head open and my glasses fell off my face.

I was told to go take a shower then, too, so I did as I was told. And then after that, he made me send him money through Cash App. I forgot what they called it. I think they said pulling rank or paying something for protection or something.

So I would have to send him $30.00 a week Cash App in order for him to not try to beat me up and so I got tired of doing that, and another time he tried to attack me. He was play fighting with me and I made a comment and said yeah, I actually -- I know what I'm doing. Then he starts punching on me again.

Then I ducked and I started head butting him. Then we got into an altercation then. We fought then, and we got broke up by his people and nobody came in again. And then this happened again and nobody from Catahoula broke it up or nothing. No guards come in.

And then by the fourth time that it happened is when the guards finally came in and they broke us up and they put me in E-dorm. They got me

out of there and they put me into E-dorm to get away from this Bando character that was terrorizing everybody in the dorm that was white or that he thought was weak.

Q. Over what period of time did those four fights happen?

A. I would say -- see I got out of there in August, so that was about six weeks before I had gotten released that those incidents happened. So that would be July, August, June, like from June to the beginning of -- yeah -- about June to July, I'd say, June to July of 2022. Because I left there in '22.

Q. So the four fights happened over a period of about two months?

A. Right. Yeah.

Q. When you said you were sending them money through Cash App, how were you sending them money through Cash App?

A. I'd have to call my grandmother and tell my grandmother, hey, these guys in here, they're threatening to stab me. They're threatening me with violence. They want you to send them Cash App to this particular name and/or you know, I'm going to get beat up or stabbed or possibly even worse.

And so I had to call my poor grandmother who had cancer at the time and still does, and bombard her with this in order for me to seek relative safety pretty much. And this happened with a lot of people.
Q. Is that the same grandmother that you live with now?
A. Yes, it is.
Q. What's her name?
A. Peggy Young.
Q. Other than those altercations we just discussed, any other altercations that you had in Catahoula?
A. Besides the time that I got stabbed, there's been no other altercations.
Q. Okay. What about when you were in Calcasieu or Winfield?
A. No. I was more of a model prisoner pretty much. I was given -- when I go to Calcasieu I get good trustee jobs because I don't cause any trouble. Because I don't get in fights or anything like that.
Q. What about when you were at Team Challenge?
A. When I was at Team Challenge?

Q. Yeah.
A. It was a strict Christian like cult like atmosphere and they said I wasn't surrendering. And I didn't know what that meant, I was just trying to find God in my own way and they said that I wasn't doing it as efficiently as others.
And I was a roadblock to other's salvation. And they made up a bunch of stuff. And then they said that I would look at the women, you know, because I'd been locked away almost two years at that point. So -- yeah, I would look at the women because that's just a natural thing for a man to do, is to look at a woman.
So I looked at a woman, but I don't know, about seven times in the chapel. I don't understand why they would -- but I understand why, because I made a big deal about my health. And I also made a big deal about my health when I was in Catahoula, too. They had scheduled me to see a heart doctor in Catahoula.
Q. Any altercations while you were at Team Challenge?
A. Oh, no. Oh, no.
Q. And you told me about all the different types of knives that you saw. Did you ever report

to correctional officers that inmates had those knives?

A. No, I did not. I did not want to be labeled as a snitch.

Q. Did you ever report any of your other altercations to the guards?

A. No. Once again, if you're labeled a snitch in Catahoula then you've got a death wish.

Q. Did you ever possess a makeshift knife of any kind yourself?

A. No, I did not. That's why I was seen more as a target because they knew I didn't have one.

Q. Okay. A little bit ago I started asking you about your prior interactions you had with Zachary Northrup or Earl Darius Brooks.

A. Mm-hmm.

Q. You told me that you didn't even know that Mr. Brooks was in the dorm.

A. That's right. I didn't know his name.

Q. Okay. And you had played a game of spades with Zachary Northrup. Did you have any other interactions with Zachary Northrup?

A. I sure didn't. Um, no, I'm sorry -- yeah, I did have an interaction with him. I had

sold him some -- some cigarettes.

Q. Nothing else that you can remember?

A. Nope.

Q. Okay. All right. On August 8th or 9th when this incident occurred, did you have any conversation of any kind with Brooks or Northrup before it happened?

A. I had talked -- I had spoken with -- not with them directly, no. I told Brandon Guillory that I would like it -- I would appreciate it if they would pay me or he would pay me, you know, what he owes me through commissary or whatever it is or food or whatever or we can, you know, and I guess he took that as a threat, and then he went and told Zach and that's whenever -- they saw me working out every day.

That's all I would do was just work out. I would just pass my time and do push-ups and I was doing my 1,400 push-up and then the microwave went off. Then that's whenever I remember out my peripheral, a bowl of hot boiling water and then he just threw it in my face while I was still on the ground trying to come up from a push-up, and that's when the incident started.

Q. When you said that you told Brandon that

you would appreciate if someone paid you what they owed you, who were you talking about?

A. I was talking about Zachary because he had owed me some money for some cigarettes.

Q. But you didn't speak to Zachary directly?

A. No, I didn't speak to Zach. I didn't know him. Brandon was the one that intermingled between the two and spoke up for him and said, yeah man, he's good for it, you know, he'll pay you back. And so Brandon kind of knew him, I guess.

Q. And then you said you were doing your push-ups and that's when the water hit you in the face?

A. Oh, yeah.

Q. What happened after the water hit you in the face?

A. I let out a big scream and then I tried to get to my feet but I couldn't open -- I couldn't open one of my eyes, because it was -- later they found out that I had a burned cornea, so I couldn't open it but I remember standing up and Zachary was in front of me.

And then I was just kind of punching wildly and then I remember connecting a couple times, and then he starts kind of cowering back like

this, but the whole time that he's cowering back and I'm punching him, Earl Davis is sticking me in my back, like doing this and this and this and this, like five times.

And then everybody in the dorm was just like looking around like, oh God, what happened, what happened? And then I'm telling myself, well, I guess I got the better of them. And then I look down and then I'm bleeding.

I'm dropping chunks of blood out of my -- out of my side. And then that's -- we were by the bathroom area at that time in the dorm. There's a little bathroom area to the side and on the other side there's a wall and then there's the bunks.

And we are right there and then there's the table in the day area, and it happened right in the day area in front of the bathroom. And so whenever he told me to -- and after it was over with, he came at me again -- Zachary came at me again with the same weapon.

That's whenever I saw that it was like an ice pick looking weapon about 6 or 7 inches long, maybe 8 inches long, and he was doing like this and he was like, you know, I will do you in if you don't take a shower. You better get in that shower, you

better get in that shower.

And so Brandon Guillory got me some clothes and he said, "Man, just go take a shower, just do what they say, you're going to be all right, but you're going to get out of the dorm." And I was like, all right.

I said, "I didn't do anything wrong, you know, I don't understand why." And he's like -- I said, "Why didn't you all have my back? You're supposed to have my back, you're supposed to protect me." And they were like, well, we were in the corner -- we didn't see nothing, man, we didn't see nothing. I was like, all right, whatever.

So, I took a shower -- and I took a shower, and whenever I saw these big chunks of blood coming out, and then I started having trouble breathing. Then I realized at that point that something was wrong and I felt like I was drowning. I couldn't breathe, like I was kind of gurgling.

And so, I made my way -- had my towel, hurried up and got dressed. And then I went to the kiosk and told them my bag was already packed, my commissary bag -- my white commissary bag they give you when you first get in.

It was all packed up. Brandon Guillory

and Nico and some of the other guys, they packed all my stuff and they put it by the front door. And then one of these other little Baton Rouge kids was walking around with my stuff, him and another guy.

He was saying he wants my shoes, he wants my shoes. I said, "You're not going to get these shoes. My grandma got me these shoes. You're not going to get these shoes from me." He said, "Come to the back, come to the back." I said, "I'm not coming to the back, if I come to the back, I'm going to die back there."

I said, "There ain't no reason." So he tried to grab my stuff and that's when I kind of ran at him a little bit. I said, "I'll beat you up, even though I've been stabbed." I said, "I'll beat you up right now in front of everybody." That's whenever him and his little homeboy was like, oh you come to the back, come to the back.

That's finally whenever Prince popped the door open. That went on for about five minutes -- popped the door open, and then I was like, it's about time you all come in here and get me out of here. I said, "I'm about to die in this son of a bitch."

And then they took me out into the sally

port and then they put me into medical. And then Prince was kind of -- asked me what happened and I told him what happened. And Beeson was there, too. And I told Prince that I couldn't breathe.

And he said that I was having a panic attack, that it was just a panic attack and they tried to get Ms. Robin on the phone, who was the nurse, because there was no 24 hour medical care there at the time.

And then she -- and they had me hooked up to a pulse reader thing and my pulse was -- was -- was a -- was -- what would you call it whenever your pulse is not steady all the time. It starts with an A. Anyway, my pulse wasn't normal, it kept on jumping. And they were telling Robin that -- and then Beeson -- Prince was telling Beeson, I don't think he should go to the hospital.

He said, you think he should go to the hospital? I think he's okay -- I think he's having a panic attack. And then Beeson looked at Prince and said you should probably go to the hospital. And then -- so that's whenever they called the ambulance and then the ambulance got there about 20 minutes after that.

And then they loaded me in the ambulance,

and they brought me to, I guess it was Ferriday Hospital. I'm not even sure -- this little rinky-dink little hospital. They gave me a shot of morphine. And then they said -- and then it still hurt and then I was crying and I couldn't open my eye and I was telling Beeson that I can't believe that you guys would allow this to happen.

I said, I can't believe that you all run a place like this. I was just telling him all the worst things, and I was like, I think I'm going to die, I think I'm going to die. I was like, my little girl is not going to have a dad when she grows up.

I don't understand why this had to happen to me. I said, something told me that something was going to happen. I said, "I just need to get out of here." Beeson was like -- why does it have to be me, Beeson, why does it have to be me? And I was crying to them and they were telling me that they were going to airlift me to Rapides Regional, because of my serious wounds.

Well, they didn't have the helicopter ready, so they had to get the ambulance together. So they got the ambulance together and on the way over there the EMT was telling me that I had

subcutaneous emphysema, which means that my lung -- I was getting air underneath my -- underneath -- underneath my chest between the stab wounds and it was starting to get air underneath it.

And my blood -- and I was starting to have like a partially collapsed lung. And it was starting to fill up with blood and I need to be -- I need to get to the hospital immediately and they finally got me to Rapides and they put something in my eye and so that -- my eye can see -- I second and third degree burns on my face and my body. And I had these stab wounds in my back.

It was just a horrible, horrible experience. It was horrible. I had to stay in there for five days. They had to stay in there, and then they said that, okay, well we're going to let him go after five days if he can go back to a place that is clean, that he has access to medical care and they were like, oh yeah, it's going to be -- yeah, he's got -- well, when they brought me back to Catahoula, they put me in a holding cell in the hole.

It had dirt, it had all kinds of gnats, and it had eight other people in the dorm -- not eight at that time, but they had a couple people in

there already. Then they filled it up to like eight people, so we were all on top of each other and had all these bandages, open wounds and stuff, and all this stuff was flying around.

I said, this is not sanitary. I was telling Ms. Robin whenever they would take me out to medical once a day that my wounds are getting full of this dirt and stuff, and that this is not sanitary. She said, well, there's nothing I can do for you baby. I said, you're just going to have to tough it out.

I said, just try to get out there and try to get into another dorm. And I said, okay. So I ended up getting out. They put me in the same dorm that Bando was in there. Bando was in the same dorm. They brought me out and they put me in the same dorm with him.

So I had to get out of the -- I got out of the hospital and went straight to the hole, stayed there for five days, pepper spray people all in the hall. I could feel the pepper spray just penetrating my face through the door and then finally, put me in the dorm and I'm in the dorm with the guy that I had all these altercations with.

And I just didn't understand why they

didn't have a classification system that would say, hey, he had an altercation with this person, why can't we put him somewhere else? Because it's not going to work, because he's in here and this guy's had multiple altercations with this guy, why can't we put him somewhere else?

They didn't have none of that. So I had to get put right back in the dorm with the person that was tormenting me. And I stayed in there for about a week. And then I went to court. My lawyer, Elizabeth Troth, said that she wants me out of Catahoula before something happens to me. I was bandaged up and I had a sling. I had -- I had all -- it was a terrible experience.

And then she said, well, we can bring you to Genesis Life. You can go there and you can stay there for a year and you won't have to be in here no more. And I said, you know what, fine, I'll take it. I was released a couple days later after that.

Q. I appreciate that. I'm going to unpack a few things later.

MS. CUMMING:

Can we just do like two minutes to --

MR. BRYANT:

Yes.

MS. CUMMING:

Are you okay?

THE WITNESS:

Yeah, I'm fine.

MS. CUMMING:

All right. Let's -- can we just pause for a minute? We don't have to leave or anything. Let's just pause.

THE WITNESS:

All right. It's fine. I'm Okay. I'm good.

MS. CUMMING:

If you need a quick break, you don't have to do this all in one go.

THE WITNESS:

It's okay.

MS. CUMMING:

Okay. All right. Okay. Listen to the question. You're doing great. Okay.

BY MR. BRYANT:

Q. Okay. Which one threw the water? Brooks or Northrup?

A. Northrup.

Q. And you anticipated many of my questions.

We're going to be jumping around a little bit here. Do you have any photographs of your injuries?

A. No. I was not allowed a cell phone or camera or anything like that, incarcerated.

Q. After you got released a couple weeks later, did you take any photographs of your injuries?

A. No, once again, you're not allowed to have -- that was a -- the facility that I was released to had to abide by DOC regulations, so it was more or less a DOC camp, but it was allowed to be a work release facility. So we could not have cell phones. We could not have anything that you would have in jail. We can have anything like that.

Q. Did your injuries ever become infected?

A. They did not, no.

Q. When you went back into the dorm, did you ever have any additional altercations?

A. No, I did not.

Q. Did you ever have any interactions with Bando?

A. Yeah. And actually he apologized for the stuff that he did to me, and he said that he felt bad that I had gotten stabbed.

Q. Did you ever see Brooks or Northrup

again?

A. I didn't see them, but I heard them in the hall. They were in the hole. One of them, I think Earl Davis was, because I think Earl Davis overheard me say to Brandon Guillory, because I heard them walking, and I said, Zachary Northrup did this shit to me because I didn't know Earl Davis' name at the time, and that's whenever I heard some other guys say, you say my boy's name like that, I'm going to kill you for real next time.

And I said, "Who the hell is that?" And he said, "That's Earl Davis, that's the boy that stabbed you in the back." I said, "Oh, that's him, huh?" I said, "All right, all right." He said, "Yeah, keep talking -- keep talking mess and I'm going to get you for real." I was in the hole and he was in the hole. Didn't have any personal interaction with him per se, but it was an interaction, but we weren't face to face.

Q. From the time that the altercation started until Prince opened the door, how long do you think passed? I think I heard you say five minutes, but I wasn't 100% sure.

A. No, no, no. The time that the altercation happened to the time that the door was

opened, would have to have been at least 25 minutes. It was -- because I had time to go take a shower and I had time to get harassed by these other guys and I had time to talk to Brandon about getting my stuff packed and I'm bleeding everywhere, you know, this whole time.

So I don't know -- it could have been 15 minutes, it could have been 25 minutes. I know that it wasn't just five minutes. It was five minutes after I told the guy in the kiosk that I needed to get -- that I got stabbed, that I needed to get out of this dorm right now -- that it was five minutes.

Q. When you say kiosk, are you talking about the control room?

A. Yes, I am.

Q. Okay. So when you told whoever was in the control room that the incident had happened, then about five minutes later, Prince opens the door?

A. That's right.

Q. Okay. Had you spoken to the person in the control room at any time prior to that?

A. Not unless it's to like get like a cup or to like get something that I need for -- like hygiene or something like that, you know.

Q. I'm sorry. I appreciate that. I asked a bad question, I meant from the time that the incident started, did you only talk to them the one time?

A. Yes.

Q. Okay. Did you ever bang on the door or the window or anything like that?

A. Oh, no. Oh, no. I was scared to death. I didn't know what to do.

Q. In your complaint, there's a part in paragraph 60 where it says that you tried to signal for help. Is that when you talked to the -- whoever was in the control room?

A. Yeah.

Q. Okay. There's a part in your complaint at paragraph 61, where it says, two other inmates tried to attack you.

A. Mm-hmm. Yes.

Q. Is that the people that tried to take your stuff?

A. Yes, it is.

Q. Okay. And did they actually attack you?

A. No, they did not attack me. They were circling around me and one of them had grabbed my commissary bag. That's whenever I acted like I was

running at him. And he dropped it, and that's when it was like, come to the back, come to the back. And him and his little homeboy ran to the back, back there, I guess -- to get they're knives or whatever to get ready to do me in. So, didn't work out.

Q. So after Prince comes, does he take you straight to medical after that?

A. Yes, he did.

Q. Okay. And how long from the time that the door opened and Prince came in, until the ambulance arrived?

A. I would have to say it -- the way that time was just in my mind going by, I would have to say at least 20 minutes. At least 20 minutes.

Q. Do you keep a diary or a journal of any kind?

A. No, sir.

Q. Okay. Have you written any letters about this incident to anyone?

A. No, I have not. I'd rather just forget about it really, but I can't.

Q. And then you told me -- I think it was about two weeks or so later you left and went to Genesis; is that right?

A. Yeah. It had to have been two weeks,

because I spent five days in the hospital and then I spent another -- about a week in the dorms. So yeah, it was probably -- roughly, about two weeks.

Q. I'm going to come back to the hospital. Can you tell me what Genesis is? It's not something I'm familiar with.

A. It's a facility that's run by a man by the name of Lee Mallet, and he takes in people and he tries to rehabilitate them and give them a job and give them -- put money up into an account so whenever they get out of there, that they have a little bit of a leg to stand on, but they're in there -- they have a curfew. You can only go back and forth to work. You're not allowed to leave the facility. And it's basically like being in a glorified DOC camp, but you have more freedom, pretty much.

Q. Does that program have any kind of timeline?

A. It's set by the judge. You go every three months. You go for a status hearing, and then the judge decides whether or not you need to stay there longer or you can be released. It's totally up to the judge. Some people stay three months, some people stay six, some people stay a year, some

people even stay 15 months.
Q. How long did you stay there?
A. A year.
Q. So you got out around September of '23?
A. It was August, but yeah.
Q. And that was the last place where you were housed before you were released from custody?
A. That's correct.
Q. Did you have any altercations while you were there?
A. Oh, no.
Q. Did you file any grievances while you were at Catahoula or at Genesis?
A. I did not file any grievances, no. I knew that if I filed a grievance at Catahoula that it would get back to me and I would be treated way worse than what I was. So no, I didn't want to make myself a target, no.
Q. Okay. Since the time that you left Catahoula, have you talked to anyone who works at CCC or is otherwise an employee of the sheriff?
A. No.
Q. Okay. Have you talked to anyone else who was incarcerated at Catahoula Parish?
A. No, I have not.

Q. All right. So after you leave CCC, after the incident, you were transported by ambulance to, I think you call it Ferriday, I think it might be called Trinity, but I could be wrong.

A. Yeah. I think that's what it was called. Yeah. I think it was Trinity.

Q. How long did they keep you there?

A. Not very long. A couple -- maybe -- about an hour, maybe two hours. I don't know. It wasn't long at all.

Q. Did they do anything for you there before the ambulance took you to Rapides?

A. Yeah. They gave me some morphine.

Q. Did they give you anything for your eye while you were at Trinity?

A. Uh, no.

Q. Okay. They put any cream or anything on your burns?

A. Uh, no.

Q. Okay. How long did the ambulance ride from there to Rapides?

A. We got -- we were going really fast. I want to say like 35 to 45 minutes.

Q. Do you know what ambulance provider it was?

A. No, I do not.

Q. So you get to Rapides and you're there for how many days?

A. Five.

Q. Five days. And so I have the medical records from Rapides and it is not my intent to go through these in any detail. But can you give me sort of a bird's eye view of what you understand they did for you while you were at Rapides?

A. They gave me very good care while I was there. They treated me with respect. They didn't treat me like a prisoner. They made sure that all my issues were addressed and it just so happened that the heart doctor that I was seeing in Team Challenge, was also there at the time, so he also went ahead and checked my heart out for me while I was there.

He did that for me, too. That they had a burn treatment -- the ladies would come in there and dress my wounds every day. They'd come and talk to me. They would give me pain medicine whenever I needed it. I didn't feel like a prisoner when I was in there. I was treated with respect.

Q. Did you have any surgeries while you were there?

A. No, but I did do a stress test on my heart.
Q. I'll ask you about that shortly. After you were released from Rapides, have you been anywhere else for medical treatment because of the injuries that you suffered during this incident?
A. No, not in physical.
Q. Okay, so that -- I already forgot, I'm sorry. However long it was, a week or so that you were at Rapides, that's the only medical care that you received for physical treatment?
A. Correct.
Q. Okay. What about for your vision?
A. Yeah, my vision -- I didn't really get it checked out and it's progressively gotten worse since then, but I just had an eye check-up and it's only negative.25 worse than what it was before the incident. So it's not that big of a deal.
Q. Where did you go for your eye exam?
A. I went to Eyewear Express in Lake Charles. Shelly Guillory was the ophthalmic -- whatever it was called.
Q. You're doing as good as I could, don't worry about it. Is that the only eye exam you've had since you left Rapides?

A. I had another one at -- with Walmart, with a doctor named Patrick Fontenot.
Q. What Walmart?
A. The one in Sulpher City Service.
Q. When was that one?
A. I would say it was -- it was kind of right after -- so it was in 2023. It was that latter part of that year.
Q. Okay. Did you discuss the injury to your eye with either of these doctors?
A. I -- I did not.
Q. Did the burns that you received leave any scars?
A. They took out some of my tattoos.
Q. Other than that, any scarring?
A. Not that I am -- I mean, the tattoos covers the scarring, so you can't even tell.
Q. Okay. What about the -- I understand, was it five stabs?
A. Yes.
Q. You didn't have to have surgery for any of the five?
A. I did not have to have surgery, no. They just monitored me, because they said that I had a partially collapsed lung. They wanted to make sure

that my lung did not fill up with blood or anything like that.

Q. Did the lung re-inflate on its own or did they have to do anything?

A. I'm not sure about that part. I don't know. I want to say that it went back normal, but I think they probably had to do something whenever I was incapacitated because I mean, I don't know exactly what. I mean, I'm pretty sure it's in the medical records, but I don't remember anything like that.

Q. Does your lung give you any problems today?

A. Yeah. And I don't know if I can -- honestly contribute that to me smoking or me -- because I smoked before the incident and I smoked after. It seems like after the incident that I feel like a tightness in my lungs. Like it's hard for me -- it's harder for me to breathe now since that happened.

Q. How much do you smoke?

A. I smoke almost a pack a day.

(DISCUSSION OFF THE RECORD.)

BY MR. BRYANT:

Q. What about the stab wounds? Do they give

you any problems as we sit here today?
A. No.
Q. Okay. How long after the incident did they hurt?
A. A couple of months -- I felt it a couple of months, because the facility I went to, they had a workout place where you could lift weights and stuff, and I was really big into working. Like I said, I would do a lot of push-ups when I was in jail.
And when I got on the weight bench and tried to push it -- I felt an immediate pressure in my back. And I had dropped the weight on my chest and it was pretty bad, but it only lasted a couple of months afterwards. And I think that healed on its own.
Q. So I saw and you had alluded to it earlier that in some kind of a heart problem prior to this incident?
A. Mm-hmm.
Q. And you got some treatment for that while you were in Rapides?
A. They did, yeah.
Q. Did that have anything to do with this incident?

A. No, I don't think so.
Q. Okay. That's a pre-existing condition?
A. That's right.
Q. And what can you tell me about that condition? What is it?
A. It was -- just my heart doesn't beat regular all the time. It misfires. Heart arrhythmia.
Q. Is there anything that you used to do prior to this incident that you are physically unable to do now because of this incident?
A. I say whenever I would -- I can -- it's not so much me not being able to do it. It's limited and I can't lift weights like I used to. I can't put as much on the bar as I once did, because it just hurts to do it, so I don't do it.
Q. What kind of difference in weight are we talking about?
A. About 80 pounds.
Q. How much were you lifting before?
A. I could bench press 365 before.
Q. What are you at now?
A. And now it would be like 285.
Q. Have you been to any kind of physical therapy?

A. I have not.
Q. Have you been to a GP, a general practitioner, a doctor for any other reason since the time of this incident?
A. I think I had. I thought I had COVID at one point. I did. I did have COVID.
Q. Where'd you go?
A. Somewhere in -- I had it in Team Challenge when I was up there, so it was somewhere in Winfield.
Q. Okay. I thought Team Challenge was before this incident, am I wrong?
A. Yeah, Team Challenge is before this incident.
Q. Have you been to any doctors since this incident?
A. No. Not for this incident. I see what you're saying. I see what you're saying.
Q. Yeah. Have you been to any doctors for any reason since this incident?
A. Yeah, I have. Psychiatry. Psychiatry doctors.
Q. I'll get to that in just a minute. What about like a general practitioner or family doctor or something?

A. Mm-hmm. I have not.
Q. Okay. Have you suffered any other injuries, like from a car wreck, other kinds of accidents since this incident?
A. Yes, I have.
Q. What's happened to you?
A. I was involved in a head-on collision back in -- I believe, in June of last year and I have a laceration on my scalp. I don't know if you can see it. But it had -- it cut all the way back to the back.
Q. That was June of '24?
A. Yeah, roughly.
Q. Did you go to the hospital after that?
A. I did.
Q. What hospital did you go to?
A. Memorial. I received like 12 staples in my head.
Q. Where is Memorial Hospital?
A. In Lake Charles, Louisiana.
Q. Any other injuries since this incident?
A. Not that I'm aware, no. I don't think so, no.
Q. Okay. What pharmacy do you use?
A. I was using -- I use Genoa Pharmacy in

Sulpher, G-E-N-O-A, Genoa.

Q. Thank you. Any other pharmacies that you've used in the last couple of years?

A. I've used Carraways in Westlake, Louisiana. And Walgreens off of Lake Street in Lake Charles.

Q. So you alluded to some mental health care you've been receiving?

A. Mm-hmm.

Q. All right. Since the time of this incident, so back to August of '22, where have you gone for mental health care?

A. Well, when I left the sanctuary in '23, I was getting care from them. And then I got on a holistic kick that I didn't need any type of -- any medicines. I didn't want to take any medicines anymore. So I stopped taking the -- everything they prescribed me.

The mood stabilizers -- everything. And then when I say recently, and I mean in the last four months, I reached out to Unity Psychiatry and the Mental Connection to address my mental health status again. I'm coming back to it now because it's starting to bother me again. They diagnosed me with PTSD and manic depression.

Q. When you said sanctuary, is that some place that you were going while you were in the Genesis?

A. That's the same place.

Q. So sanctuary and Genesis are the same thing?

A. Correct.

Q. Okay. How many times or how often did you see a mental health professional while you were in Genesis?

A. It was -- started off once every like three weeks and the name of the lady was Haley Oreey.

Q. Do you know how to spell worry?

A. O-R-E-E-Y or something like that. I don't know, it's weird.

Q. Okay. Prior to that, have you ever received mental health counseling of any kind before?

A. Yeah.

Q. Where?

A. It was a place off of Common Street. It was with Haley Oreey actually, which is weird because she had her own practice and then she goes to that facility. I can't think of the name of the

facility that she works at. It would probably come to me but I don't know right now. That's all.

Q. Any other places?

A. Stonebridge Behavioral. I saw Ms. Linda while I was there before. She's since retired. When she retired is when I went to go see Haley.

Q. Anywhere else?

A. That's all I know of.

Q. Okay. When were you going to Stonebridge?

A. Oh, man. I'd say -- I don't know -- in between 2014 to 2016, somewhere around there.

Q. Did you have any sort of mental health diagnosis while you were there, 2014 to 2016?

A. Yeah. She said I had a bipolar disorder.

Q. Anything else?

A. No.

Q. And then the other place that you went to with Haley Oreey, when were you going there?

A. Now, that's more recent. I want to say like 20 -- it was around 2018 to possibly 2019 and I'm trying to think if I was seeing her up until the hurricane Laura in August of 2020, but I don't -- I don't -- I don't remember if I was or not.

Q. Still the same diagnoses?

A. Yes, I was. I was. I was. Yes, I was. I was.
Q. Did you have any new or different diagnoses while you were gone there?
A. Yeah. She actually diagnosed me -- she thought I had been misdiagnosed in the past. She said that it could possibly be post-traumatic stress disorder, PTSD.
Q. That was in 2018 to 2019?
A. Mm-hmm.
Q. And then while you were incarcerated from 2020 to '23, before you get to sanctuary, did you have any mental health counseling?
A. No. Team Challenge didn't allow it and Catahoula kept me on the same medicines that I was on when I got to the facility. But the second time that I went to Catahoula, I wasn't on anything. So I didn't take anything.
Q. All right. And then you get to sanctuary where Genesis -- and I have something here and I think it might be your intake sheet.
A. Okay.
Q. It's dated August 23,2022, does that sound about the time you got there?
A. Yeah.

Q. Okay. And it says that you described symptoms of PTSD. Did they ever make any other diagnoses while you were there?

A. No, I -- no, they just -- they stuck with that one. They said that I had mania sometimes, but --

Q. Okay. Since the time of this incident in August of '22, have you been prescribed any medications for mental health reasons?

A. Yes.

Q. Can you tell me what they are?

A. Yeah. I had gotten prescribed Trintellix.

Q. Do you know what that is?

A. It's an antidepressant.

Q. Okay. Anything else?

A. And Klonopin.

Q. Anything else?

A. No.

Q. All right. Are you prescribed either of those right now?

A. Yes.

Q. Which one or both?

A. Both.

Q. Okay. I know you told me that at some

point you went on what you call a holistic kick where you start taking your meds. Can you tell me what time frame that was?

A. That was whenever I had gotten to Team Challenge. I got into Team Challenge and then it lasted all the way when I got out of the sanctuary and then up until recently that I saw a psychiatrist. So up until four or five months ago.

Q. And you told me that you've reached out to Unity and I think, you called the other one Mental Connections; is that right?

A. Mm-hmm. That's right.

Q. Are you going to both of them now?

A. No, I'm only going to Mental Connection now.

Q. How long did you go to Unity?

A. For approximately three months.

Q. Okay. Did they make any new diagnoses while you were there?

A. No, no, she didn't make any new diagnoses.

Q. Okay. And now that you're in mental connections, anything new?

A. Nothing new.

Q. Okay. How long have you been taking your

medications again?
A. Approximately four to five months.
Q. Okay. Do you have any other prescription medications that you take that are in any way related to this incident?
A. No.
Q. Okay. Do you have any appointments with any medical treatment providers or mental health treatment providers that are scheduled right now but haven't happened yet?
A. Yes.
Q. Who's that?
A. Kane Alexander for the Mental Health Connection. I believe it is February the 19th. Let me see. I got a card in my wallet and it should tell you the exact date. Somewhere in here.
Q. That's all right. It's coming up sometime fairly soon you think?
A. Yeah. It's like February. I want to say February the 19th.
Q. Well, I hope not because you've missed it.
A. Oh, March the 19th. I'm so sorry. March the 19th. March the 19th.
Q. Well, that was going to be my next

question. How often are you going?

A. Once a month.

Q. Once a month?

A. Yes. Shoot, I don't know where it is.

MS. CUMMING:

We'll find out.

THE WITNESS:

Okay.

MS. CUMMING:

It's all right. Can we take a second just to --

MR. BRYANT:

Yeah, go ahead.

MS. CUMMING:

It's all right. Just know that it's upcoming. We can go on. So you're good.

BY MR. BRYANT:

Q. Other than that one, any other upcoming appointments?

A. No. I don't have any anything else. I don't --

Q. My questions are slowing down because I'm very slowly coming towards the end of this and I want to make sure I'm not missing anything.

MS. CUMMING:

Do you want to take a minute or two?

MR. BRYANT:

I think, I'm good.

BY MR. BRYANT:

Q. All right. So, I saw in your medical records that you had some prior hospitalizations for psychiatric reasons. Can you tell me about that?

A. Yeah. So when I was younger I would crave attention and I would say that I was suicidal and I would hurt myself because I wanted something a certain way and then that got me hospitalized.

So I got hospitalized because they said I was gonna hurt myself but it was never because I was going to. Because I couldn't do that to myself. It was an attention seeker and I later found that out through the years, that's what I was doing.

Q. Where were you hospitalized those times?

A. I was hospitalized once at Memorial and another time at St. Pat's Hospital. They're both in Lake Charles.

Q. Okay. Anywhere else?

A. No.

Q. I also saw in your medical records that you received substance abuse treatment for heroin and methamphetamine; is that right?

A. Yeah. Yeah. You can say methamphetamine, yeah.

Q. Okay. How long has it been since you've used Methamphetamine?

A. It's been since August the 15, 2023 was my clean date on all substances.

Q. Are you still going to treatment of any kind for that?

A. I am. Yes.

Q. Are you seeing any kind of counselors or therapists for that?

A. Yeah. It's through the methadone clinic. I go see counseling.

Q. Which methadone clinic?

A. The one in Lake Charles, BHD.

Q. You said August something of '23 was your clean date?

A. August 15th.

Q. Congratulations on your one year coming up on your second.

A. Yep.

Q. I guess, because your lung health is an issue here, I have to ask, did you smoke heroin or methamphetamine when you used it?

A. No. No.

Q. Okay. All right. I may be done if I can have just a couple minutes to go through all this stuff.

MS. CUMMING:

Do need a cigarette?

THE WITNESS:

Yeah. A cigarette would be nice.

MS. CUMMING:

Do we have time for that Shane?

MR. BRYANT:

Yeah, that's fine.

MS. CUMMING:

Okay.

(RECESS TAKEN.)

MR. BRYANT:

I think I'm ready to pass on to you, AJ.

EXAMINATION

BY MR. KROUSE:

Q. Okay. So good afternoon, Mr. Young. My name is AJ Krouse, and I represent James LeBlanc, who's formerly the Secretary of the Department of Public Safety and Corrections, as well as Secretary Smith, if I have these correct.

So I'm going to ask you a series of

questions here today, just like Shane did. But I want to follow up on some of your answers if you could. But before we start, are you taking any type of medications that would affect your testimony here today? Let's put it this way. Have you taken any medication for the last 24 hours?
A. The last 24 hours. I take the medication that I'm prescribed, yes.
Q. Yeah, tell me what those are.
A. Trintellix and Klonopin, 0.5 mg. I haven't taken that -- I take that at night, so I haven't taken it yet.
Q. Okay. But you took it last night?
A. Yes. I took it last night, yeah.
Q. Okay. And is there anything else that you take on a regular basis in terms of any type of medications now?
A. I go to the methadone clinic.
Q. And what do you take there?
A. I take methadone.
Q. And how often do you do that?
A. That's every day.
Q. And how much methadone do you take?
A. 80 milligrams.
Q. And how long have you been doing that

for?

A. That -- a good 4 months or so.

Q. And why was it just started 4 months ago? It seems like you just --

A. Because I felt like I was going to -- I didn't want to go down the same path that I went down before. And I know that I get on methadone, I do really well. And so it was more a precautionary thing rather than a means to an end.

It was to stop me from spiraling out of control because I've been dealing with a lot of psychological issues. This is around the same time that I started seeking medical psychological help for my PTSD. And this was all around the same time, so I kind of had a breakdown pretty much.

Q. And when was your breakdown?

A. It was about 5 months ago, 6 months ago.

Q. Can you describe it for me?

A. I just got really depressed and I didn't -- I wasn't working. I had found out my grandmother had cancer. I had moved out of my apartment. I had just -- a lot of things that were just going wrong in my case with my daughter. The lawyer was just dragging along.

It wasn't going at the speed that I

wanted it to. It seemed like things weren't going -- and I was still going to church, I was still trying to do everything right, and it just seemed like something was missing.

That's normally the time that I would start using, but I recognized that, and I stopped it before I could get any worse.

Q. So who is in charge of Methadone Clinic when you typically go see them? That's in Lake Charles; right?

A. Yeah.

Q. Is there a name for it?

A. It's called BHG.

Q. And where is BHG located exactly?

A. It's off of McNeese Street, I believe. In a shopping mall next to a dollar store and Little Caesars.

Q. Okay. And you go there once a month, three or four times a month?

A. I go there every day. Then on Wednesdays -- I go Monday, Tuesday, and Wednesday. And then Wednesday, I get my take-home for the rest of the week.

Q. And what do you mean by take them?

A. I mean, that I don't have to go to the

clinic for them to dose me. I mean, that I can dose myself.

Q. And how do you take it? Orally or --

A. Mm-hmm.

Q. Yes?

A. Yes.

Q. And do you get a shot for methadone Monday, Tuesday, or Wednesday? Or just take oral medication?

A. Yeah. Oral medication.

Q. Okay. And who administers that to you?

A. The nurses at the BHC.

Q. Is there one in particular?

A. No. There's two of them.

Q. What are their names?

A. I don't know their names.

Q. Okay. So today's Monday, you're in New Orleans. How are you going to make it back to the methadone clinic?

A. I can't.

Q. Okay. Is there a place in New Orleans that you can go for treatment?

A. There is a place that I could have went, but I decided to forego it and just tough it out for today. It's just one day.

Q. Okay. And there's no chance of a relapse if you don't get it today; is that correct?
A. No. I mean, no.
Q. You'll be all right?
A. I'll be okay.
Q. Okay. So you -- you said you drove here yesterday?
A. No. I was picked up here yesterday.
Q. Okay. And so you didn't drive?
A. Uh-uh.
Q. No? Okay. Do you have a driver's license?
A. I do.
Q. Can we see it? And you also said you had a pipe fitters card?
A. No. I'm just certified to fit pipe is all, and it's through the company itself. And I'm also certified to drive JLG's through my company, also.
Q. What is a JLG?
A. It is a lift that is -- has a boom and a basket and it lifts you up elevations. Certain ones go to different heights. And I'm qualified to run up to an 800, which goes 80 feet in the air. Here it is. Right here.

Q. All right. So you don't have any cards or certifications in order to be a pipe fitter on you? So we can get a copy.
A. No, I do not.
Q. Okay. Where are they?
A. They would just have to be with the -- with my company, Bechtel.
Q. Okay. All right. So we are going to mark this and identify it as Young Number 1, and we'll ask you to make a copy of it in return to Mr. Young. Are there any limitations to your drivers license?
A. I've got corrected lenses.
Q. Corrected lenses?
A. Mm-hmm.
Q. And -- and your driver's license number is Louisiana 007834617?
A. That's correct.
Q. And you live at 1005 Shady Lane, Westlake, Louisiana --
A. That's correct.
Q. -- with your grandparents?
A. That's correct.
Q. And you're 5'8, 180?
A. Yeah, something like that.

Q. Okay. And when did you have the adjustment for your eyes?
A. It's been like that ever since I can remember. The third grade.
Q. Third grade. Do you wear glasses?
A. I do.
Q. Okay. And you wear contact lenses?
A. Yes.
Q. What do you have on tonight?
A. Contacts.
Q. Who is your eye doctor?
A. Shelly Guillory.
Q. And where is Dr. Guillory located?
A. Eyewear Express.
Q. Eyewear Express. And that's in Lake Charles?
A. Yes, sir.
Q. Off of what street?
A. Prien Lake.
Q. So you were in a custody battle with one of your children, a daughter --
A. Mm-hmm.
Q. -- and you pay a lawyer to fight that custody battle for you?
A. Yes, I do.

Q. And how much in attorney fees do you think you'd be extended to date?
A. Have I paid to date?
Q. Yes, in that case.
A. Somewhere in the sum of $3,700.00.
Q. Okay. And it still hasn't been resolved?
A. No, it's ongoing.
Q. And it's set in Calcasieu Parish?
A. That's right.
Q. Is there -- what is the caption of the case, do you know?
A. The caption, what do you mean?
Q. So is it, you versus your ex-wife or the mother of the child?
A. It's me versus -- yes, my ex and her grandparents -- I mean, her parents. So it would be my daughter's grandparents.
Q. So why don't you read that out for me.
A. It would be Young versus Morris.
Q. And the grandparents are?
A. They're Morris's.
Q. And your ex-wife's name is?
A. She's not my ex-wife, she's my ex-girlfriend, but her last name would be LeBlanc -- LeDoux -- LeDoux.

Q. And her first name?

A. Christine.

Q. And she is the mother of which child?

A. Bailey.

Q. And she's the baby? The youngest?

A. No. She's my middle child, but as far as the court knows, she is my youngest, because I have not proven DNA with my youngest daughter.

Q. There hasn't been paternity test --

A. Right.

Q. -- with the youngest daughter? And are you in any other legal battles with anybody in terms of custody with either of the other children?

A. No.

Q. Okay. And each of the other children reside with their respective mothers?

A. The one that's not on documents resides with her mother.

Q. Which one is that?

A. Hadley. She's the youngest, I haven't seen since 2020. Then my oldest, Chloe, resides with my mother. My mother recently adopted her.

Q. Okay. And what is your mother's name?

A. Juanita Toups.

Q. And where does she reside?

A. She's in Westlake, Louisiana.
Q. Do you have an address?
A. It's 900 something Gordon Drive. I don't know the exact address. I know it's 900 something Gordon Drive.
Q. Is your father still alive?
A. Yeah, I think he is.
Q. But you don't have any contact with him?
A. No.
Q. And why did your mother adopt Chloe?
A. Because whenever I was -- when Chloe was born, I was incarcerated and her mother was incarcerated and it was -- she started taking care of her and I never really bonded with her. It was -- it was just better that my mom had her, really. For -- the better -- the better interest of the child it was in her best interest to be with my mom.
Q. And the mother of the child agreed to this arrangement as well?
A. No, she did not.
Q. But the court --
A. But she was not -- yeah, the court did.
Q. Awarded custody to your mother?
A. Yes. And at that -- yes.

Q. And what grade is Chloe in right now?
A. Ninth.
Q. Is she at a high school or a --
A. Yes.
Q. Okay. What high school would that be?
A. West Lakes.
Q. Okay. And how is she doing right now?
A. She's doing very well. She goes to counseling. She's doing well.
Q. That's good. Do you ever see her?
A. Yeah, all the time.
Q. Great. All right. Okay. You also told us that you were in a head-on collision recently; correct?
A. Mm-hmm.
Q. Yes?
A. Yes.
Q. And is there a lawsuit arising out of that head-on collision?
A. No.
Q. Do you intend to file a lawsuit?
A. No, I do not.
Q. Were you sued as a result of that?
A. I was not.
Q. So when did this happen?

A. It happened back -- June of last year, I believe it was. It was either May, June, or July. It was one of those months.
Q. 2024?
A. Right.
Q. So where did it happen?
A. It happened on Highway 14 and McNeese Street, Lake Charles, Louisiana.
Q. And you were driving?
A. Yes, I was.
Q. What type of vehicle?
A. A 2000 and something Chevy Colorado. It was like 2005 Chevy Colorado.
Q. Truck?
A. Yes.
Q. And the other vehicle was what?
A. I don't know. It was a truck. I know that.
Q. So how did the accident occur? It was a head-on collision on Highway 14 and McNeese?
A. My seat had gotten pushed all the way back. I was looking for something under my seat when my seat got pushed all the way back so I had to -- and my truck is standard -- it was a standard.
And so I had to put my tippy-toes and my

foot slipped off the clutch and it went forward and at that moment when it went forward there was another car coming and it smacked me or I smacked it, however you want to look at it.

Q. So did the airbags deploy?

A. No, they did not.

Q. How fast were you going at the time?

A. Maybe a mile an hour or two miles an hour.

Q. And the other car how fast was it going?

A. About 55.

Q. Was the other driver injured?

A. No, he was not.

Q. So what you're saying is that there's still time -- I guess, there's a year in Louisiana to file a suit -- a suit can be filed sometime in '25.

A. Yeah, he called me and he told me that he wanted the cops to write a ticket that was not going to be a lot of money because he realized he was a man of God and he felt that there was a higher calling for this accident so he wasn't going to be pressing any charges on me or anything like that.

Q. Okay. Was there a police report?

A. There probably was.

Q. Did you get a copy of it?
A. No, I did not get a copy of it.
Q. Would that have been the Calcasieu Police? Is that who --
A. It would be Lake Charles City Police.
Q. And the other driver's name?
A. I don't know it.
Q. Was your truck totaled?
A. Mm-hmm.
Q. Yes?
A. Yes, it was.
Q. And what was the approximate value?
A. $4,000.00.
Q. And did you secure another vehicle?
A. Did I secure another vehicle?
Q. Did you buy another vehicle?
A. No, I did not.
Q. So you don't have a vehicle right now?
A. No, I do not.
Q. How do you get from point A to point B?
A. Either I do ride sharing or I ask my grandfather for a ride.
Q. So when you go to work in the morning from Westlake to Port Sulpher?
A. Port Arthur.

Q. Port Arthur, I'm sorry. How do you get there?

A. My grandpa drives me to a -- Morrisville, and then I get picked up by another guy at work that I work with to get in the plant.

Q. And what kind of plant is it?

A. It's an LNG plant.

Q. Okay. And the reverse is true when you go home?

A. Yes.

Q. Do you work 12-hour shifts?

A. Sometimes, mostly the 10-hour.

Q. What time do you have to report to work?

A. 6:30 at night.

Q. At night.

A. PM.

Q. You work the midnight shift?

A. Yes. I work night shift, yes.

Q. And what do you do as an operator?

A. No. I'm a pipe fitter. I fit pipe, I install supports, I bolt pipe up, the nuts, the bolts, and I do a little bit of fabricating.

Q. Is this LNG plant owned by Bechtel operational right now?

A. No, it's not.

Q. When does it expect to come online?
A. In about 3 to 4 years.
Q. Did you ever apply at one of the three LNG plants in the Lake Charles, Cameron area?
A. No, but I had worked at Hackberry LNG back whenever they were building it.
Q. And what year was that?
A. I think that was 2017. I worked for CB&I.
Q. CB&I is a?
A. CB&I, Chicago Bridge and Iron now McDermott.
Q. And you were a pipe fitter for them?
A. Yes, I was -- a pipe fitter helper back then.
Q. Do you belong to a union?
A. I do not.
Q. You were -- did your conviction, the plea deal for possession of heroin affect your job status at Bechtel?
A. No, it did not.
Q. When -- so you were -- plead guilty and then you got the job at Bechtel?
A. That's right.
Q. Did you have to disclose to them any

prior convictions?

A. They did a background check.

Q. And you passed the background check?

A. Yes, I did.

Q. Do they have random drug testing there?

A. Yes, they do. And I've already been random drug tested.

Q. And passed?

A. Yes.

Q. Do you like to work there?

A. I do.

Q. And how much do you make there?

A. Hourly or --

Q. Let's say on an annual basis.

A. On an annual basis. I haven't been there a year, but on an annual basis I guess it would be around $75,000.00, around there.

Q. Is that the best job you ever had pay wise?

A. Yes, it is.

Q. And is there room for promotions and bonuses?

A. Yes, there is.

Q. Tell me about your fringe benefits that you receive from them.

A. Well, they do, every six months. I heard this that they do a bonus for every six months that you're there. For every hour that you work, it's a dollar an hour.

And if you worked there for two years, it's two dollars an hour. Three years, it's three dollars an hour. And it tops out at three dollars an hour. And it's every six months.

Q. Have you had any kind of breakdowns or relapses while you were on the job at Bechtel?

A. No, I have not.

Q. When do you think you'll be in a position to buy your own vehicle?

A. Hopefully, in the next two weeks.

Q. And when are you looking at?

A. I'm looking at a truck, really. I would like a truck but if not I'll get a car. It doesn't really matter. As long as I have about $2,500.00 to put on a down payment, then I can pretty much finance the rest.

Q. How is your credit?

A. I would say it's fairly poor.

Q. What do you prove that to?

A. Being young and not knowing what credit was. Taking credit cards out and not paying them

back when I was 18 years old. And a student loan.
Q. Do you have any intention to go back to the McNeese to get your degree?
A. If things settle down and when I get custody of my daughter back, then yeah, I would like to get at least an Associate's degree, yes.
Q. I'll show you a document through your lawyer. I will mark as Exhibit 2. First of all, can you identify that?
A. Yes.
Q. And what is it?
A. This is when I got arrested in October of 2020.
Q. And did you reach a -- is that a plea agreement?
A. Yes.
Q. And what charge did you plead guilty to?
A. The possession of CDS-1, but it was made it to possession of heroin under 2 grams.
Q. Okay. And you pled guilty to that charge because you were guilty?
A. Yes.
Q. And what was your sentence?
A. I -- my sentence was credit for time served, which was 13 months incarcerated, and

another year at the sanctuary, and then three more years of probation.

Q. Okay. And where are you right now in that scheme? Are you done with probation?

A. No, I have a -- I think I have about four months left, and I'll be done with probation. But I'm caught up on everything with my probation.

Q. I'll show you another document what I marked as Exhibit 3, I guess.

MS. CUMMING:

And can we just go off for a second?

MR. KROUSE:

Sure.

(DISCUSSION OFF THE RECORD.)

BY MR. KROUSE:

Q. So with respect to Exhibit 3, Mr. Young, have you ever seen that document before?

A. I -- no, I haven't seen this actual document. Yeah, okay. This was the status hearing that I was telling you guys about that they normally do. And when I went back to court on the 23rd of August, I pled out to the possession of CDS-1, like I said before, and I received my sentence -- my sentencing.

Q. Is there anything in that document you

disagree with?
A. No.
Q. Okay. Great. Thank you. We're done with that. Have you ever filed for bankruptcy?
A. No.
Q. Have you ever had any land or property foreclosed?
A. No.
Q. Do you pay your grandparents any type of rent for staying in their home?
A. Yes, I do.
Q. How much do you pay?
A. I pay $200.00 a week.
Q. And do you pay anything else towards the rent at their home?
A. I mean, I buy my groceries, you know, things like that, and I pay for the gas, whatever I ask them for, you know, rides to a job and stuff like that.
Q. Sure. And how long do you expect to be staying at your grandparents?
A. Not more than three months. I'm going to be moving out by the summertime. I plan to anyway.
Q. To be -- move to Texas or move to somewhere in Lake Charles?

A. I'll be moved -- probably somewhere in Lake Charles. If I can't get transferred to Louisiana to another LNG project through Bechtel, then I might consider moving to Texas in order to be closer to my job, but also have access to my daughter every other weekend. And when I say daughter, I mean, Bailey.
Q. Okay. But that's all up in the air right now; right?
A. Yes.
Q. Okay. Have you ever filed for disability?
A. No.
Q. Have you ever filed for workers' compensation?
A. No, I have not.
Q. Have you spoken to either in person or a phone or exchanged emails or letters with anyone else without an attorney in this case regarding this case for today's deposition?
A. Or whom?
Q. I'm asking you whether you've spoken with anybody, other than your attorneys about this case or this deposition today, before today?
A. No.

Q. Okay. Were there any other plea agreements, such as the one in Exhibit 2 that were reached following any of the other four convictions that you had?

A. In Exhibit 2?

Q. Exhibit 2 is a plea agreement --

A. Yeah.

Q. -- for the recent case, it's a subject of this lawsuit.

A. Yeah. Has there been another one since then, you're asking?

Q. Well, before then, in other words, were there plea agreements for the other four convictions, I think, with Shane had asked you about?

A. Yeah. There was plea agreements to the other charges.

Q. Oh, and we'd have to go to the courthouse to find those in the Calcasieu Parish.

A. That's correct. That's where they are.

Q. Okay. Thank you. As we sit here today, are there any other current charges pending against you in Louisiana or any other state?

A. No, sir.

Q. Do you recall how it came to pass that

you were placed at Catahoula back in '22-'23?
A. In '22, yeah. I know there was a hurricane that hit Lake Charles and their facility wasn't up to date and I had to be put in -- incarceration. So the only spot that they, I guess, could transport me to was Catahoula.
So that's when I got transported from Winfield to Calcasieu, I got immediately transferred back to Catahoula.
Q. And you had been there before, as you talked about earlier?
A. Correct, from '20 to '21.
Q. Okay. Do you recall the person who processed you when you arrived in Catahoula?
A. No, sir. I do not.
Q. Okay. Did you have any friends in a particular area of dorm that you were at when you first got to Catahoula? Friends, acquaintances, people that you knew from Calcasieu?
A. Actually, no. I was the -- I didn't know anybody in there. I was by myself.
Q. That's fine. Did you have any known enemies walking in there?
A. Not that I was aware of, as I've come to find out, no.

Q. How did you come to find out, no?
A. I -- there wasn't an enemy in there that had anything against me. As I come to find out who the people were in there, no one rang a bell that, oh, that's an enemy of mine.
Q. And you never requested to be moved before this altercation that you talked about? To another dormitory or just --
A. Even if I did, it wouldn't have mattered. So I didn't.
Q. Okay. And you didn't because you knew it was kind of pointless?
A. I didn't. That's right.
Q. And if you made any complaints, that would probably be pointless as well, is that what you're saying?
A. Yeah. It would fall on deaf ears.
Q. And would there be retribution for you making a complaint? In other words, somebody --
A. Once an inmate found out that I said something to a correctional officer, then yeah, there would be retribution.
Q. By somebody in your dorm or --
A. The dorm I was going to, yeah.
Q. You talked a lot about the status that

you were in pre-trial versus part of the Department of Corrections, did you know about that as you were walking in or were being processed in there?

A. That everybody was just grouped together?

Q. Yes.

A. Yeah, I was aware of that. I was aware that there was no classification like Calcasieu had.

Q. Okay. And how does Calcasieu run their jail, if we can just compare and contrast for a moment, in terms of pretrial versus DOC?

A. Well, Calcasieu would place their people based on their violence or their arrest record, or their arrest -- I should say not arrest record, their arrest and they would place them accordingly.

They would have like a maximum security, they'd have minimum security, they'd have medium security and they would place the appropriate people in the appropriate dorms that they thought they belonged in.

Q. And how did that work out for you?

A. It worked out pretty well actually.

Q. So when you arrived at Catahoula, what happened there?

A. It was a free-for-all.

Q. No rhyme or reason?

A. No.

Q. Did that disturb you?

A. Absolutely. And it was -- whenever you're on a bus ride and you're coming from the road and you're peering down from the hills at this facility and you see nothing but barbed wire and you hear that this place is called Stab-a-houla and that they don't have any form of classifications. It scares the be-jesus out of you.

Q. And Stab-a-houla is a nickname for Catahoula; correct?

A. Correct. Or Stab-a-ganastan. That's another one.

Q. Okay. Any other ones?

A. No more.

Q. So hearing that for the first time, what did that do to you?

A. It made me want to run away.

Q. You didn't want to go there?

A. No, absolutely not.

Q. So on this incident on August 8, 2022, you knew who your attackers were at the time; is that correct?

A. No. I only knew was Zachary Northrup from Brandon Guillory introducing us to the Spades

game. I had no idea who Earl Davis was.

Q. Right. So when you describe this incident of the boiling water being thrown in your face, did you see this -- them boiling water in the microwave to throw at you or did -- you didn't know this was coming at all, trying to get your real-time --

A. I had no idea that this was coming at all. None at all. I had no idea that I was about to be bashed in the face with a huge bowl of boiling water. I had no idea it was coming.

And I was doing push-ups, so I wasn't able to see anything in the dorm. I was focused on what was only in front of me.

Q. And so when you looked up, is when they threw it on you; is that correct?

A. When I pushed myself up from the push-up position is when he stuck the bowl underneath me and out of my peripheral, I saw -- it looked like a red bowl, and then he just threw it in my face. And then -- all I could do was go down because you're doing a push-up.

And then I was on the stool doing a push-up, so I couldn't just reach -- push myself up. I had to push myself down to get up. And so I had

to push myself into the boiling water and then push myself up.

Q. And who threw it on you?

A. Zachary Northrup did.

Q. And what repercussions did he have after this? Was he arrested, charged?

A. I heard that they were rebooked, but I conferred with my lawyer and I heard --

MS. CUMMING:

Don't get into anything we talked about.

THE WITNESS:

Okay. Well, I heard that they did not get rebooked.

BY MR. KROUSE:

Q. That's your understanding?

A. That's my understanding of it, but I thought they did because that's what the rumor was when I was there. They got rebooked.

Q. So did you ever learn afterwards? Why would anybody throw a bowl of boiling water in your face? Just trying to see whether you learned what their MO was. What message were they sending to you?

A. I guess they were saying that I'm not

going to pay you. So instead, I'm going to burn your face off and stab you up next time you try to come asking me for anything.

Q. What did you ask of him?

A. I didn't ask him for anything. I asked it through Brandon Guillory.

Q. And what did you ask him to do?

A. That he pay me the $15.00 that he had owed me.

Q. And that was the reply from boiling water in your face?

A. That was -- yeah.

Q. Okay. And these guys that did this were not from Calcasieu, where were they from?

A. I have no idea. I don't know -- I didn't meet them. I don't know where they're from.

Q. And you were never held with them before this date?

A. That's right.

Q. And really nobody ever told you why you were attacked other than you were -- they weren't going to pay you back; right?

A. Yeah. That -- that's what I gathered from it.

Q. Why were you in Winfield Parish facility?

A. I was waiting to get transferred back to Calcasieu.

Q. Is this when Laura hit and they needed to --

A. No, sir.

Q. Okay. So again, you were waiting -- they put you in Winfield from Calcasieu? That's what I don't understand.

A. They put me in Winfield from Team Challenge.

Q. Oh, from Team Challenge. Okay. Have you ever spoken to Secretary LeBlanc? He's a named defendant in this case that a lawsuit has been filed?

A. I would have to see his face. I don't know the name off the top of my head.

Q. Okay. Have you ever had any conversations with Seth Smith?

A. No.

Q. And you've never met either Smith or LeBlanc; is that correct?

A. I believe so. Yes, sir.

Q. You indicated that when you were stabbed, you were stabbed with what you thought was an ice pick; is that correct?

A. Yes, sir.
Q. And that would have been a handmade knife or some kind of device in the prison at Catahoula?
A. Correct.
Q. Okay. So you are missing work today?
A. Yes, I am.
Q. And you'll be back to work tomorrow?
A. That's correct.
Q. And do you have to make up the time any time on a Saturday or do you just lose pay for it?
A. I just lose pay for it.
Q. Are you on a salary or are you on an hourly basis?
A. Hourly basis.
Q. So if you don't work, you don't get paid?
A. That's correct.
Q. And when do you get out of that status into a salaried employee?
A. It would have to be that I get hired on in management. That would have to be in upper management in order to be salary.
Q. Okay. You think that's going to happen?
A. Not this year. Maybe not next.
Q. Why is that? I don't understand the --
A. Because the ladder -- the climb up, from

being a hand, which I am, to try to get to upper management takes years.

Q. But you're not trying to be the upper management, you're trying to be a salary employee as a pipe fitter; right?

A. I don't have to be a salary employee. I can just be an hourly employee. I'm fine with that.

Q. You'd be happy with that?

A. Yeah. I'm fine with that.

Q. And you get the benefits being an hourly as well?

A. Yes.

Q. Okay. When you say you're a hand, what's that -- to me, means you're a contract employee.

A. That's right. So contract. Yeah.

Q. Have you had any incidents or adverse employment situations at Bechtel since you've been there?

A. No, sir.

Q. Have you had any on-the-job injuries?

A. I have not had any on-the-job injuries, no. I would -- like I said, I was drug tested one time. And that was it.

Q. And you disclosed to Bechtel that you were -- pled guilty to possession of heroin and they

were okay with it?

A. Yeah. They did a --

MS. CUMMING:

I'm just going to object to that. Asked and answered. I think you covered that earlier.

MR. KROUSE:

What subjects your objection?

MS. CUMMING:

You can answer.

THE WITNESS:

They did a background check, so I didn't have to disclose anything to them. They do that on their own. They do a background check, and they see everything on the background check they need to see, and they make a determination based off of that.

BY MR. KROUSE:

Q. Who was your direct supervisor?

A. My direct supervisor?

Q. Who do you work for?

A. Tyson Claiborne.

Q. And what's Tyson's job title?

A. Superintendent.

Q. So he's in charge of the entire

operation?
A. He's in charge of the piping part of it. On nights.
Q. Describe to me in basic terms how big is this LNG plant?
A. They're expecting to have five trains built by the end of five years. So --
Q. What's a train?
A. A train consists of steel, rebar, and piping. 80 feet, 90 feet, 100 feet high. On top you have fans and grating on the top. And all through down the train, you have piping and scalpels are built up to the piping to make the fits or you make the fits on the JLGs, like I referred to earlier. And yeah, so it's a collective effort.
Q. It's going to be a huge?
A. It's going to be massive.
Q. You have not had any problems with your heart since you've been on the job; is that correct?
A. I have not.
Q. And you're not taking any type of heart medication?
A. No, I'm not.
Q. You are required to climb to a certain height in terms of your job duties as a pipe fitter?

A. Yeah, I climb scalpels.

Q. And how high have you climbed since you've been there?

A. 80 feet.

Q. Without difficulty?

A. Without difficulty, yes.

Q. Have you had any mental health issues or relapses with mental health issues while you were employed by Bechtel?

A. No, sir.

Q. You've had no problems with stab wounds that you sustained at Catahoula while you have been at Bechtel; is that correct?

A. That's correct.

Q. And you've had no problems with the scalding hot water that was poured on you at Catahoula while you are at Bechtel; is that correct?

A. That's correct.

Q. There are no planned surgeries for you in the future for any part of your body; is that correct?

A. Yes.

Q. Who is the psychiatrist that you're seeing?

A. Kane Alexander.

Q. Where is Kain Alexander located?
A. At the Mental Connection.
Q. Is Dr. Kain Alexander a medical doctor or a psychologist?
A. No. He is a nurse practitioner with a specialty in psychiatry.
Q. So I guess what I'm asking is, are you seeing a medical doctor who is trained in psychiatry?
A. Yes.
Q. And who would that be?
A. That's Dr. Kain Alexander.
Q. Okay. But Kain is a nurse practitioner.
A. Yeah. I'm not seeing a medical doctor.
Q. Okay. So who prescribes the medication that you're taking? The Klonopin?
A. Kain does. And I was seeing an associate of his, Allison, forgot her last name, before him. So I guess, whoever the residing MD is over them, writes or approves the prescriptions that they write. That's usually how a nurse practitioner and doctors work.
Q. Okay. And you get these prescriptions filled with Genoa Pharmacy or Caraway Pharmacy?
A. Yeah. Genoa is the main one that I go

to. I only go to Caraway's if Genoa is out.

Q. Have you had any manic-depressive episodes in the last two years?

A. I would say, yeah, I have. I didn't do anything about it. I just let it run its course.

Q. Why don't you describe that for me?

A. The mania that I went through was a low -- just a bad outlook on everything. Everything is not going good and it won't go good. It can't go good. There's nothing that's going to go good. I'm probably going to end up dying at a young age. I keep having recurring nightmares of being attacked and it got worse and worse and I was to the point where I didn't know what to do anymore. Honestly, I went to church and I prayed about it and my girlfriend, she helped me get through it.

Q. When was the date of this?

A. It was last year, right before I got in that head-on collision.

Q. And your girlfriend's name?

A. Her name was Contessa Brooks.

Q. You're no longer together?

A. That's right.

Q. Do you have a current girlfriend?

A. Do I? No, I don't.

Q. Have you had any other manic episodes since that event last year?
A. No. I haven't.
Q. Did you report that to your --
A. I'm sorry. Like six months ago, like I was saying, that I had -- that I was trying to go to see a psychiatrist and I had to go see a psychiatrist and go to the methadone clinic and all and, yeah, I was having a breakdown then. And I went and seeked help, but that's whenever I started getting prescribed the antidepressant and it was just too much to bear. I couldn't take it no more. I had to -- I thought I could do it naturally, but I had to have medication in order to deal with what I went through. And it's been helping.
Q. Any other episodes?
A. Mm-hmm.
Q. Any other manic episodes? You tell us that you were taking mood stabilizers as well?
A. I was at one point. Yes, sir.
Q. And you're off of those?
A. Yes, I am.
MR. KROUSE:
I'm going to send the witness to Lindsay at this time.

MS. CUMMING:
Okay. Do you need to take a break before we go? We have one more lawyer to question you. Lindsay, did you hear that? Lindsay? Okay, we're going to take five minutes.
MS. HEBERT:
I'm here. I'm sorry. I was trying to get my camera on, but why don't you all just take a break and I will --
MS. CUMMING:
Great. Can we take five minutes for --
MS. HEBERT:
Absolutely, absolutely.
(RECESS TAKEN.)
EXAMINATION
BY MS. HEBERT:
Q. Hi, Mr. Young. My name is Lenzi Hebert, and I represent the Calcasieu Parish Sheriff's Office, specifically Calcasieu Parish Sheriff, Tony Mancuso, who you named as a defendant in your lawsuit.
A. Yes, ma'am.
Q. I just have a couple questions and some

clarifications. But in your testimony, you had stated that you didn't want to be at Catahoula and there were concerns. Did you ever report your concerns to anyone in Calcasieu Parish Sheriff's Office?

A. There was no way of getting through to you guys. Like, they were adamant about keeping us out of the loop of what was going on with Calcasieu. They did not allow us to communicate with you guys or any of that. So that was impossible.

Q. Was it like that in 2020 and 2022?

A. Yeah.

Q. Were you ever able to raise that concern with anybody at Calcasieu Parish Sheriff's Office when you were told that you were being returned to Catahoula in 2022?

A. No. And it was so quick. I remember whenever they were dressing us out and I heard like the chains and stuff rattling, and they were like, oh, they're about to start shipping to Catahoula and I'm like again?

I said, "The jail isn't ready?" I said -- I said, "Have you all been to that place? That place is not very good." And I mentioned with something passing to a guard, and let me think of

his name, because I know him personally, his name was Chris -- shoot -- anyway, I told Chris this I said that I do not want to go back to Catahoula because it's dangerous up there and you could end up dying.

But -- he was like, well, you do what you got to do, you know, and keep your head above water and you'll be alright. I was like, all right Chris, whatever. But it was -- that's all that was said. You can't make a formal complaint like that in front of a whole bunch of other inmates, because then they're going to look at you, and they're going to be like, oh, you're weak.

You're this, you're that. And you can't do it in private either because then you go off to the side and you're going to be labeled as a snitch. So you can't do these things that you're saying.

Q. Thank you. So were you brought back to Calcasieu from Winfield?

A. Yes.

Q. Okay. And then you were transported to Catahoula?

A. Correct.

Q. All right. Sorry, I'm just making sure going over all my questions. A lot of them are

covered. Okay. During your time in 2022 in reference to this lawsuit, did you ever see anyone from Calcasieu Parish Sheriff's Office at the Catahoula facility?

A. I would see -- okay. They would have guards that would come pick up inmates and they -- I would recognize them from being from Calcasieu. Yeah, that's -- that -- that was it.

Q. That's it. During your time there?

A. Mm-hmm.

Q. All right. Do you know of any reports made from Catahoula to Calcasieu about the incident that resulted in this lawsuit?

A. No, I do not. I don't.

Q. Do you have any reason to believe that Calcasieu was aware of the issues you've testified today while you were in Catahoula?

A. I don't think they could have known.

Q. All right. When you were released to the Genesis Sanctuary facility, were you still receiving any medical care for the injuries related to the incident that formed this lawsuit?

A. Yeah. I still had burns and they had to put cream on my burns and monitor my lungs from filling up with air, the subcutaneous emphysema.

They had to monitor that and make sure that it wasn't spreading.

Q. And that was done at the Genesis Sanctuary facility as well?

A. Mm-hmm. It was. And if you're asking, would Calcasieu know about what had happened, they could have known because my lawyer, Elizabeth Trobb, I told her what happened right before I'd go to court and right after the incident had happened. I was able to speak with her on Zoom and she could have went back and told somebody from Calcasieu about me getting stabbed up there and getting hot boiling water poured on my face, because I did tell her and she was my lawyer.

Q. Was she with the public defender's office or --

A. Yes.

Q. -- a certain law firm?

A. She was with the public defender's office, yes.

Q. All right. But you have never reported it to anyone in Calcasieu Parish Sheriff's Office?

A. No.

Q. All right. Was your --

A. I was in the Genesis at that point and

you can't, you know, they don't let you do things like that there. It's pretty much like being in jail, but you got a little bit of freedom. You just have a job, pretty much.

Q. Understood. So just to confirm, you are not treating for any of the injuries sustained as a result of the incident related to this lawsuit currently?

A. No in the physical nature, no. The more --

Q. Yes.

A. Right.

Q. Was your -- did you have any vision issues prior to the subject incident?

A. I mean, I wear contacts, so I mean, I'm nearsighted.

Q. That's sufficient. Thank you. Do you -- and I'm sorry if this was asked previously, but are you still on probation at this time? Or was your release from the Genesis program okay?

A. No, I'm still on probation at this time.

Q. Okay. How long is your probation? Do you know?

A. I believe I have about four more months left and I am up to date and caught up on all my

fees and everything so -- knocking that part.
Q. That's great. When -- sorry, I'm trying to go quick and go too quick. Okay. Just to clarify, you said that you had an incident where your head was split open, did you have to obtain medical treatment for that --
A. No.
Q. -- while you were at Catahoula?
A. No. I just let it heal on its own and I got -- I got a scar from it.
Q. All right. I know they went through your kind of history of just different charges and arrests. I'm not sure if your counsel has showed you, but we produced the arrest records Calcasieu Parish Sheriff's Office has on you.
Would you have any reason to object to anything within those records or would you defer to those to being the best history of your record?
A. I would defer to those being the best history of what had happened?
Q. All right. I can send this to the court reporter off the record quickly, but if we could attach those as an exhibit -- I don't know what the next number is.
MS. CUMMING:

So -- question. I think AJ had started exhibit numbering from one for defense exhibits. So, did you want to continue with that or did you want to continue with the running exhibits?

MS. HEBERT:

We can just do Calcasieu 1 if it's easier.

MS. CUMMING:

And just -- can you reference the bates numbers of what you --

MS. HEBERT:

Sure. Yes, I was about to. It is Bates Number, Mancuso, 1 through 501.

MS. CUMMING:

1 through 501. Got it.

MS. HEBERT:

I'm not going to go through all those, don't worry.

BY MS. HEBERT:

Q. All right. That cleared up a lot. Oh, when you said that at the time of the hurricanes the Calcasieu facilities weren't up-to-date earlier. Were you referring to the damage sustained by Hurricanes Laura, Delta, the freeze, the flood?

A. Yes, I was.
Q. And to your knowledge, they were still pretty much destroyed at the time of your 2022 transport to Catahoula?
A. I wasn't sure. I thought they were at least good enough to house some people, but I didn't know if it was completely done by then.
Q. I understand, but you'd only been there for just --
A. Like a day or two.
Q. Right. It was just to kind of book you back in and then transport you back out.
A. Right.
Q. Okay. Do you recall if Catahoula picked you up from Calcasieu or if Calcasieu was able to transport at -- during the 2022 time?
A. I think Catahoula came and picked us up.
Q. All right.
A. If I'm not mistaken. Yes.
Q. When you were released to the Genesis program, did someone from Genesis pick you up from Catahoula or did Calcasieu --
A. Yeah.
Q. Okay. All right. And then when you said earlier that you thought maybe Catahoula was the

only place Calcasieu was transferring, can you explain that? Why did you choose Catahoula?

A. Because that's the one that everybody was getting sent to that I knew of. I didn't hear of anywhere else at the time. But later I found out that they did send to River Bend and another place. I wasn't sure though.

MS. HEBERT:

Yeah. All right. Thank you so much. Okay. Guys, I think -- I think that's it for me. I'm just doing one final review, hang on. All right. Well, that is it for our questions. Thank you so much again for your time. I know it was long, but I'm done and I'll tender to Liz if you all have any?

MS. CUMMING:

No, rehash from us, so yeah, we're done. We're out.

(Deposition concluded on/or at 4:42 p.m.)

DEPOSITION ERRATA SHEET

Our Assignment No. 3:23-cv-00681-SDD-RLB
Case Caption: ROBERT YOUNG
vs. JAMES LEBLANC, ET AL.

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the 24 day of March, 2025.

Robert Young

______________________________
Robert Young

DEPOSITION ERRATA SHEET

Page No. 26 Line No. 14, 20 Change to:
Stott

Reason for change:
Warden's name is Eric Stott

Page No. 27 Line No. 7, 13 Change to:
Stott

Reason for change:
Warden's name is Eric Stott

Page No. 28 Line No. 2,6 Change to:
Beason

Reason for change:
Witness' name is William Beason

Page No. 35 Line No. 11,24 Change to:
Teen

Reason for change:
Program's name is Adult & Teen Challenge, referred to as Teen Challenge. This error occurs throughout.

Page No. 50 Line No. 23,25 Change to:
Teen

Reason for change:
Program's name is Adult and Teen Challenge, referred to as Teen Challenge

SIGNATURE: Robert Young DATE: 3/24/25

Robert Young

DEPOSITION ERRATA SHEET

Page No. 51 Line No. 21 Change to:
Teen

Reason for change:
Program's name is Adult and Teen Challenge, referred to as Teen Challenge

Page No. 72 Line No. 14 Change to:
Teen

Reason for change:
Program's name is Adult and Teen Challenge, referred to as Teen Challenge

Page No. 78 Line No. 8,11,13 Change to:
Teen

Reason for change:
Program's name is Adult and Teen Challenge, referred to as Teen Challenge

Page No. 62 Line No. 11 Change to:
Traub

Reason for change:
Attorney's Name is Elizabeth Traub

Page No. 134 Line No. 7 Change to:
Traub

Reason for change:
Attorney's name is Elizabeth Traub

SIGNATURE: Robert Young DATE: 3/24/25

Robert Young

REPORTER'S PAGE

I, BROOKE GARRISON, Certified Court Reporter in and for the State of Louisiana, the officer as defined in Rule 28 of the Federal Rules of Civil Procedure and/or Article 1434(B) of the Louisiana Code of Civil Procedure, before whom this proceeding was taken, do hereby state on the Record:

That due to the interaction in the spontaneous discourse of this proceeding, dashes (--) have been used to indicate pauses, changes in thought, and/or talkovers; that same is the proper method for a Court Reporter's transcription of proceeding, and that the dashes (--) do not indicate that words or phrases have been left out of this transcript;

That any words and/or names which could not be verified through reference material have been denoted with the phrase "(spelled phonetically)."

REPORTER'S CERTIFICATE

This certification is valid only for a transcript accompanied by my original seal on this page.

I, BROOKE GARRISON, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that Robert Young, to whom the oath was administered, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing 143 pages;

That this testimony was reported by me in the voice writing reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding;

That the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board;

That I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board;

That I am not related to counsel or the parties herein, nor am I otherwise interested in the outcome of this matter.

March 4, 2025, Lacombe, Louisiana.

BROOKE GARRISON, CCR

CERTIFIED COURT REPORTER

**Exhibits**

**EXHIBIT 1** 3:11

**EXHIBIT 2** 3:12 109:8 113:2,5, 6

**EXHIBIT 3** 3:13 110:9,16

**$**

**$15.00** 120:8

**$2,500.00** 108:18

**$200.00** 111:13

**$3,700.00** 98:5

**$30.00** 42:12 48:10

**$4,000.00** 104:13

**$75,000.00** 107:17

**$9,000.00** 16:9

**0**

**0.5** 91:10

**007834617** 96:17

**1**

**1** 3:11 96:9 137:7,14,16

**1,400** 53:19

**10** 9:12 25:11 38:11,12,13

**10-hour** 105:12

**100** 125:10

**100%** 27:24 65:23

**1005** 5:21 96:19

**109** 3:12

**110** 3:13

**12** 38:12,13 79:17

**12-hour** 105:11

**13** 24:4 109:25

**130** 3:6

**14** 9:12 18:8 102:7,20

**15** 66:7 70:1 89:5

**15th** 89:18

**16** 21:1 23:22

**18** 47:2 109:1

**180** 96:24

**19th** 86:14,20,23,24

**2**

**2** 3:12 109:8,19 113:2,5,6

**20** 35:7 39:4 47:2 58:23 68:14 82:21 114:12

**2000** 102:12

**2005** 102:13

**2007** 19:9 20:6

**2007-ish** 19:5

**2010** 20:10,11 21:1

**2012** 20:12 21:1,2,3,7

**2014** 82:12,14

**2015** 15:23

**2016** 82:12,14

**2017** 14:7,19 15:6 22:15 106:8

**2017-2019** 14:16

**2018** 15:3 82:21 83:9

**2019** 14:7 82:21 83:9

**2020** 10:10 13:20,21 16:12,13 24:16 37:8 82:23 83:12 99:21 109:13 131:11

**2022** 13:14 17:1 24:16 44:25 49:12 117:21 131:11,16 133:1 138:3,16

**2023** 74:7 89:5

**2024** 12:9 16:11 102:4

**2024011** 4:19

**2025** 4:4

**21** 35:9 37:8 39:4 114:12

**22** 12:24,25 35:1 37:7 49:13 80:11 84:8 114:2

**22-'23** 114:1

**23** 70:4 80:13 83:12 89:16

**23,2022** 83:23

**23rd** 110:21

**24** 4:4 12:25 31:4 58:8 79:12 91:6,7

**25** 66:1,8 103:17

**285** 77:23

**3**

**3** 3:13 106:2 110:9,16

**35** 71:23

**365** 77:21

**4**

**4** 9:13 12:11 92:2,3 106:2

**4-13-84** 5:19

**45** 71:23

**5**

**5** 3:5 12:11 92:17

**5'8** 96:24

**501** 137:14,16

**55** 103:11

**6**

**6** 55:22 92:17

**60** 67:11

**61** 67:16

**6:30** 105:14

**7**

**7** 55:22

**70669** 5:22

**8**

**8** 42:6 44:25 55:23 117:21

**80** 77:19 91:24 95:24 125:10 126:4

**800** 95:24

**8th** 45:3,4 53:4

**9**

**90** 3:5 125:10

**900** 100:3,4

**96** 3:11

**9th** 45:2,4 53:4

**A**

**abide** 64:10

**above-mentioned** 5:2

**absolutely** 13:12 117:3,20 130:15

**abuse** 22:20 88:24

**access** 60:18 112:5

**accident** 102:19 103:22

**accidents** 79:4

**account** 69:10

**ace** 40:4 42:7

**acquaintance** 33:21

**acquaintances** 114:18

**act** 27:13 30:8

**acted** 67:25

**actual** 42:22 110:18

**adamant** 131:7

**additional** 64:18

**address** 5:20 34:20,21 80:22 100:2,4

**addressed** 72:13

**adjustment** 97:2

**administering** 4:20

**administers** 94:11

**adopt** 100:10

**adopted** 10:8 99:22

**adverse** 123:16

**affect** 91:4 106:19

**afternoon** 90:20

**age** 128:11

**ages** 9:11

**agreed** 4:2 100:19

**agreement** 109:15 113:6

**agreements** 113:2,13,16

**ahead** 31:2 72:16 87:13

**air** 60:2,4 95:24 112:8 133:25

**airbags** 103:5

**airlift** 59:20

**airlifted** 29:12

**AJ** 90:17,21 137:1

**Alexander** 86:13 126:25 127:1,3,12

**alive** 100:6

**Allison** 127:18

**allowed** 64:3,8,11 69:14

**alluded** 76:17 80:7

**Alondra** 32:17

**alpha** 37:23

**alright** 132:8

**altercation** 46:3 48:18 62:2 65:20,25 115:7

**altercations** 37:14,18 45:25 50:11,12,15 51:21 52:6 61:24 62:5 64:18 70:9

**ambulance** 29:13,15 58:23,25 59:23,24 68:11 71:2,12,20,24

**American** 14:25

**and/or** 4:14 49:24

**annual** 107:14,15,16

**answers** 4:15 20:3 30:10 91:2

**anticipated** 63:25

**antidepressant** 84:15 129:11

**anymore** 80:17 128:14

**apartment** 92:22

**apologized** 64:22

**app** 39:12 40:23 42:12 48:7,11 49:18,19,23

**apply** 106:3

**appointments** 86:7 87:19

**approves** 127:20

**approximate** 104:12

**approximately** 14:22 16:9 85:17 86:2

**April** 35:1 37:6

**area** 27:7 31:11 55:12,13,16,17 106:4 114:17

**arising** 101:18

**arrangement** 100:20

**arrest** 16:20 18:25 23:11 25:21 116:12,13,14 136:14

**arrested** 13:19 16:10,15 17:22 18:3 19:9 20:14,17,22,25 21:13 22:14 23:12 24:12 25:16,23 109:12 119:6

**arrests** 23:17 25:12,20 136:13

**arrhythmia** 77:8

**arrived** 34:25 68:11 114:14 116:22

**Arthur** 11:10 104:25 105:1

**assert** 37:22

**associate** 127:17

**Associate's** 109:6

**atmosphere** 51:3

**ATS** 22:19,20

**attach** 136:23

**attack** 31:1 48:13 58:6,20 67:17,22,23

**attacked** 120:21 128:12

**attackers** 117:22

**attempting** 10:14

**attention** 47:22 88:9,15

**attorney** 4:10 5:14 98:1 112:19

**attorneys** 7:14,15 112:23

**August** 44:25 45:2,3,4 49:8,10 53:4 70:5 80:11 82:23 83:23 84:8 89:5,16,18 110:22 117:21

**average** 11:20 16:6

**Awarded** 100:24

**aware** 79:22 114:24 116:6 133:16

## B

**B-DORM** 39:5

**B-E-C-H-T-E-L** 11:1

**baby** 61:10 99:5

**back** 11:14 14:6 23:22 25:11 35:10 40:20 44:10,13,14,15 46:10,24,25 47:16,19,20,22,23 54:9,25 55:1,3 56:9,10 57:9,10, 11,18 60:12,17,20 62:8 64:17 65:13 68:2,3 69:4,13 70:16 75:6 76:13 79:8,10,11 80:11,23 94:18 102:1,22,23 106:6,14 109:1,2,5 110:21 114:1,9 120:22 121:1 122:7 132:3,18 134:11 138:12

**background** 8:5 43:8 107:2,3 124:12,15,16

**bad** 6:21 11:19 29:5 64:24 67:2 76:14 128:8

**bag** 56:22,23 67:25

**Bailey** 9:12,24 10:15 99:4 112:7

**bandage** 40:5 42:7

**bandaged** 62:13

**bandages** 61:3

**Bando** 47:7,8 49:2 61:15 64:21

**bang** 67:6

**bankruptcy** 111:4

**bar** 77:15

**barbed** 117:6

**barely** 7:5

**based** 116:12 124:17

**bashed** 118:10

**basic** 125:4

**basically** 69:15

**basis** 91:16 107:14,15,16 122:13,14

**basket** 95:22

**bates** 137:11,14

**bathroom** 55:12,13,17

**Baton** 46:11 47:3,4 57:3

**battle** 97:20,24

**battles** 99:12

**BC** 33:20

**be-jesus** 117:9

**bear** 129:12

**beat** 38:1 47:9,11 48:11 49:25 57:14,15 77:6

**Bechtel** 10:24 13:10,12 15:25 16:1 96:7 105:23 106:20,23 108:10 112:3 123:17,24 126:9, 13,17

**bed** 27:9

**beds** 40:2 42:16

**Beeson** 28:2,6 31:2,5 58:3,16, 20 59:6,17,18

**beginning** 49:11

**Behavioral** 82:4

**bell** 115:4

**belong** 106:16

**belonged** 116:19

**bench** 76:11 77:21

**benefits** 107:24 123:10

**BG** 45:12

**BHC** 94:12

**BHD** 89:15

**BHG** 93:13,14

**big** 26:24 51:17,18 54:17 56:15 73:18 76:8 125:4

**bipolar** 82:15

**bird's** 72:8

**birth** 5:18

**bit** 34:2 44:3 52:14 57:14 64:1 69:12 105:22 135:3

**bitch** 57:24

**blanket** 40:4

**bleeding** 55:9 66:5

**blood** 31:2 38:25 43:7,18 55:10 56:15 60:5,7 75:1

**body** 60:11 126:20

**boiling** 53:21 118:3,4,10 119:1, 21 120:10 134:13

**bolt** 105:21

**bolts** 105:22

**bombard** 50:3

**bonded** 100:14

**bone** 39:19,25 41:19

**bones** 39:24

**bonus** 108:2

**bonuses** 107:22

**book** 27:21 138:11

**booked** 24:13

**booking** 32:9,12

**boom** 95:21

**born** 100:12

**bother** 80:24

**bottom** 39:21 40:4 42:7,8

**bowl** 53:21 118:10,18,20 119:21

**boy** 65:12

**boy's** 65:9

**brandish** 39:18

**Brandon** 33:18,19 34:5,12 45:10,11,12 53:9,25 54:7,10 56:2,25 65:5 66:4 117:25 120:6

**break** 6:25 7:3 39:24 44:19 63:14 130:2,10

**breakdown** 92:15,16 129:9

**breakdowns** 108:9

**breathe** 56:19 58:4 75:19

**breathing** 43:20 56:17

**Bridge** 106:11

**bring** 27:4 30:24 39:12,13 62:15

**bringing** 27:6

**broke** 48:19,21,25

**Brooke** 4:18

**Brooks** 33:15 45:7 52:16,19 53:6 63:22 64:25 128:21

**brought** 39:11 47:23 59:1 60:20 61:16 132:18

**Bryant** 3:5 5:12,13 44:23 62:25 63:21 75:24 87:12,17 88:2,4 90:10,15

**build** 11:4

**building** 12:17 106:6

**built** 37:1 125:7,13

**bully** 46:12 47:8

**bullying** 38:5

**bunch** 39:20 43:18 51:8 132:11

**bunks** 27:7 55:14

**burn** 72:19 120:1

**burned** 54:20

**burns** 60:11 71:18 74:12 133:23,24

**bus** 117:4

**business** 15:1

**butting** 48:17

**buy** 42:11 104:16 108:13 111:16

**C**

**Caesars** 93:17

**Calcasieu** 10:4,16 18:8 19:8,10 20:15 22:7 23:17 24:3,11,12,13 25:5,24 35:10 50:17,19 98:8 104:3 113:19 114:8,19 116:7,8, 11 120:14 121:2,7 130:20,21 131:4,8,14 132:19 133:3,7,12, 16 134:6,11,22 136:14 137:7,23 138:15,22

**call** 40:7 49:20 50:1 58:12 71:3 85:1

**called** 22:18 33:19,21 34:8 39:9,19,24 40:7,21 45:12 48:8 58:22 71:4,5 73:22 85:10 93:13 103:18 117:7

**calling** 103:22

**camera** 64:4 130:9

**Cameron** 106:4

**camp** 64:11 69:16

**cancer** 50:2 92:21

**Captain** 27:8

**caption** 98:10,12

**car** 79:3 103:3,10 108:17

**Caraway** 127:24

**Caraway's** 128:1

**card** 9:1 86:15 95:15

**cards** 29:5 96:1 108:25

**care** 31:9 58:8 60:18 72:10 73:10 80:7,12,14 100:13 133:21

**Carraways** 80:4

**carried** 47:14

**carved** 46:19

**case** 5:15 37:1 92:23 98:4,11 112:19,20,23 113:8 121:13

**cash** 39:12 40:23 42:12 48:7,11 49:18,19,23

**Catahoula** 5:14 24:4,5,14 26:3, 7,17,19 27:17 32:21 35:1 37:13 38:10 46:4,7,24,25 48:21 50:13 51:18,20 52:8 60:21 62:12 70:13,15,20,24 83:15,17 114:1, 6,9,14,18 116:22 117:11 122:3 126:12,17 131:2,16,20 132:3,22 133:4,12,17 136:8 138:4,14,17, 22,25

**caught** 110:7 135:25

**CB&I** 106:9,10,11

**CCC** 26:15,17 27:22 35:1 37:4 70:21 71:1

**CDS-1** 109:18 110:22

**cell** 30:2 60:21 64:3,13

**Center** 26:18

**centers** 35:20

**Certificate** 4:19

**certifications** 8:25 96:2

**certified** 4:18 9:2 95:16,18

**chains** 131:19

**Challenge** 35:11,25 50:24,25 51:22 72:15 78:9,11,13 83:14 85:5 121:10,11

**chance** 95:1

**changed** 18:21,24

**chapel** 51:15

**chapels** 37:3

**character** 49:2

**charge** 16:19,24 19:24 25:17 93:8 109:17,20 124:25 125:2

**charged** 16:16,17 17:7,10 18:23 25:15 119:6

**charges** 17:3,4,17,22 103:23 113:17,22 136:12

**Charles** 5:24 8:14 12:20 47:5 73:21 79:20 80:6 88:20 89:15 93:10 97:16 102:8 104:5 106:4 111:25 112:2 114:3

**check** 107:2,3 124:12,15,16

**check-up** 73:16

**checked** 72:16 73:15

**checks** 27:9

**chemical** 11:4

**chest** 60:3 76:13

**Chevy** 102:12,13

**Chicago** 106:11

**child** 9:20 10:2,6 98:14 99:3,6 100:17,19

**children** 9:7,15,18,21,23 10:5 97:21 99:13,15

**Chloe** 9:12 99:21 100:10,11 101:1

**Chloe's** 10:8

**Chris** 132:2,8

**Christian** 35:14 51:2

**Christine** 99:2

**chunks** 55:10 56:15

**church** 93:2 128:15

**cigarette** 90:5,7

**cigarettes** 41:3 53:1 54:4

**circling** 67:24

**City** 74:4 104:5

**Civil** 4:5

**Claiborne** 124:22

**clarifications** 131:1

**clarify** 136:4

**classification** 62:1 116:7

**classifications** 117:8

**clean** 13:22 60:18 89:6,17

**clear** 6:17 37:9,10

**cleared** 137:21

**Clerk** 4:11

**climb** 122:25 125:24 126:1

**climbed** 126:2

**clinic** 89:12,14 91:18 93:8 94:1, 19 129:8

**closer** 112:5

**clothes** 38:2 56:3

**clots** 43:18

**clue** 8:22

**clutch** 103:1

**Code** 4:5

**Cody** 38:21,23

**collapsed** 60:6 74:25

**collective** 125:15

**college** 8:10,11

**collision** 79:7 101:13,19 102:20 128:19

**Colorado** 102:12,13

**comment** 48:14

**comments** 29:18

**commercial** 12:18 13:5

**commissary** 32:7 33:6 37:24 38:2 44:11 53:12 56:23 67:25

**committed** 19:23

**Common** 81:22

**communicate** 131:9

**commute** 11:14,16

**companies** 15:11,16

**company** 13:19,25 95:17,18 96:7

**compare** 116:9

**compensation** 112:15

**complaining** 36:14

**complaint** 7:20,24 33:13 67:10, 15 115:19 132:10

**complaints** 115:14

**complete** 19:18 21:10 23:7,9 36:6

**completed** 22:18

**completely** 138:7

**concern** 131:13

**concerns** 131:3,4

**condition** 77:2,5

**conferred** 119:8

**confirm** 135:5

**Congratulations** 89:19

**connecting** 54:24

**Connection** 80:22 85:14 86:14 127:2

**connections** 85:11,23

**consists** 125:9

**construction** 14:4 15:17,21

**contact** 10:11 97:7 100:8

**contacts** 97:10 135:15

**Contessa** 128:21

**continue** 137:3,4

**contract** 123:14,15

**Contractors** 12:15 13:2

**contrast** 116:9

**contribute** 75:15

**control** 32:17,19 33:9 66:14,17, 22 67:13 92:11

**conversation** 29:16 53:6

**conversations** 29:6,9,23 30:16 31:18 33:4,8 121:18

**convicted** 17:16 22:4

**conviction** 18:18 106:18

**convictions** 107:1 113:3,14

**cops** 103:19

**copy** 96:3,10 104:1,2

**Cormier** 12:15 13:2 33:19 34:5 45:10,11

**cornea** 54:20

**corner** 56:12

**correct** 6:18 12:6,10 13:23 24:7 25:9 26:19 70:8 73:12 81:7 90:24 95:2 96:18,21,23 101:14 113:20 114:12 117:11,12,23 118:16 121:21,25 122:4,8,16 125:19 126:13,14,17,18,21 132:23

**corrected** 96:13,14

**correctional** 26:18 28:3,12 31:25 39:11 46:4 52:1 115:21

**Corrections** 90:23 116:2

**COS** 40:23,24

**counsel** 4:3 136:13

**counseling** 81:18 83:13 89:13 101:9

**counselors** 89:10

**couple** 19:11,12 24:3 45:24 46:6 54:24 60:25 62:19 64:5 71:8 76:5,14 80:3 90:2 130:25

**court** 4:11,18 5:3,4 6:4,5,10 10:2,13 18:6 19:7 27:5,6 33:6 62:10 99:7 100:22,23 110:21 134:9 136:21

**courthouse** 113:18

**covered** 124:5 133:1

**covers** 74:17

**COVID** 78:5,6

**cowering** 54:25 55:1

**CPR** 31:13

**crap** 28:22

**crave** 88:9

**cream** 71:17 133:24

**credit** 108:21,24,25 109:24

**crime** 19:23 20:14

**crowding** 44:4

**crusher** 39:19,25 41:19

**crying** 28:17 59:5,19

**cult** 51:2

**CUMMING** 62:22 63:2,6,13,18 87:5,9,14,25 90:4,8,12 110:10 119:9 124:3,9 130:1,11 136:25 137:9,15

**cup** 66:23

**curfew** 69:13

**current** 34:20 113:22 128:24

**Curtis** 5:17

**custody** 9:14 70:7 97:20,24 99:13 100:24 109:5

**cut** 79:10

**D**

**dad** 59:12

**daddies** 39:10

**daddy** 39:10 40:21

**damage** 137:24

**damn** 44:4

**dangerous** 47:14 132:4

**Darius** 33:15 45:7 52:16

**date** 5:18 23:14 44:25 86:16 89:6,17 98:2,3 114:4 120:18 128:17 135:25

**dated** 83:23

**dates** 14:8 15:15 20:4 33:7

**daughter** 92:23 97:21 99:8,11 109:5 112:6,7

**daughter's** 98:17

**David** 31:22

**Davis** 23:1 45:17 55:2 65:4,12 118:1

**Davis'** 65:7

**day** 11:16,24 16:11,14 37:15,16 46:13 47:16 53:16 55:16,17 61:7 72:20 75:22 91:22 93:20 94:25 138:10

**days** 24:3 60:15,17 61:20 62:19 69:1 72:3,5

**deaf** 115:17

**deal** 51:17,18 73:18 106:19 129:14

**dealing** 92:11

**dealt** 29:5

**death** 52:8 67:8

**decided** 46:14 94:24

**decides** 69:22

**defendant** 121:13 130:22

**defendants** 5:15

**defender's** 134:15,19

**defense** 137:2

**defer** 136:17,19

**degree** 60:11 109:3,6

**delivered** 4:9

**Delta** 137:25

**Department** 90:22 116:1

**deploy** 103:5

**deposition** 4:3,9 5:25 7:11 112:20,24

**depressed** 92:19

**depression** 80:25

**describe** 92:18 118:2 125:4 128:6

**destroyed** 138:3

**detail** 72:7

**determination** 124:17

**determined** 17:13

**device** 122:3

**diagnosed** 80:24 83:5

**diagnoses** 82:25 83:4 84:3 85:18,21

**diagnosis** 82:14

**diary** 68:15

**die** 28:24 31:9 43:22 57:11,23 59:11

**died** 31:16

**difference** 77:17

**difficulty** 126:5,6

**diploma** 8:16,17

**direct** 124:19,20

**directly** 53:9 54:5

**dirt** 60:23 61:8

**disability** 112:12

**disable** 27:16

**disabled** 27:16

**disagree** 111:1

**disclose** 106:25 124:13

**disclosed** 123:24

**discuss** 74:9

**discussed** 50:12

**DISCUSSION** 75:23 110:14

**disorder** 82:15 83:8

**distribute** 18:21

**district** 25:8

**disturb** 117:2

**DNA** 10:10 99:8

**DOC** 24:22,25 64:10,11 69:16 116:10

**doctor** 36:16,20,22 51:19 72:14 74:2 78:3,24 97:11 127:3,8,14

**doctors** 74:10 78:15,19,22 127:22

**document** 109:7 110:8,17,19, 25

**documents** 7:17,23 99:17

**Dodson** 35:21 36:4

**dollar** 93:16 108:4

**dollars** 108:6,7

**dominance** 37:22

**door** 26:8 44:4,16 57:2,20,21 61:22 65:21,25 66:19 67:6 68:10

**dorm** 30:24 31:12 32:25 33:5, 20,22,24,25 34:3 41:4 45:10,14, 18,21 46:1 47:16,20,22,23 49:3 52:19 55:5,12 56:5 60:24 61:13, 14,16,17,23 62:8 64:17 66:12 114:17 115:23,24 118:13

**dormitory** 115:8

**dorms** 32:25 69:2 116:18

**dose** 94:1

**DPSC-000001** 3:12

**DPSC-000004** 3:13

**dragging** 92:24

**dress** 72:20

**dressed** 56:21

**dressing** 131:18

**drive** 11:18 95:9,18 100:3,5

**driver** 103:12

**driver's** 3:11 95:11 96:16 104:6

**drivers** 96:11

**drives** 105:3

**driving** 102:9

**dropped** 44:12 68:1 76:13

**dropping** 55:10

**drove** 95:6

**drowning** 56:18

**drug** 107:5,7 123:22

**drugs** 28:22 30:2

**ducked** 48:17

**dude** 43:8 44:1

**duly** 5:2

**duties** 125:25

**dying** 28:18 128:11 132:5

**E**

**E-DORM** 33:23 48:25 49:1

**Earl** 33:15 45:17 52:16 55:2 65:4,7,12 118:1

**earlier** 76:18 114:11 124:6 125:15 137:23 138:25

**ears** 115:17

**easier** 137:8

**East** 46:11 47:3,4

**Edwards** 26:3,5

**efficient** 8:6

**efficiently** 51:6

**effort** 125:15

**elevations** 95:22

**Elizabeth** 62:11 134:7

**else's** 37:24

**emails** 112:18

**emergency** 27:15 29:12

**emphysema** 60:1 133:25

**employed** 10:21,23 12:14,21, 23 13:17 14:3,5 41:9 126:9

**employee** 70:21 122:18 123:4, 6,7,14

**employment** 13:15 123:17

**EMT** 59:25

**end** 87:23 92:9 125:7 128:11 132:4

**ended** 18:22 32:23 46:16 47:25 61:14

**endurance** 6:24

**enemies** 114:23

**enemy** 115:2,5

**entire** 124:25

**episodes** 128:3 129:1,16,18

**Eric** 26:14,21

**escorted** 28:11

**event** 129:2

**everybody's** 44:14

**ex-girlfriend** 98:24

**ex-wife** 98:13,23

**ex-wife's** 98:22

**exact** 23:14 86:16 100:4

**exam** 73:19,24

**EXAMINATION** 5:11 90:18 130:17

**exchanged** 112:18

**excuse** 11:8

**exhibit** 3:11,12,13 109:8 110:9, 16 113:2,5,6 136:23 137:2

**exhibits** 137:3,5

**expect** 106:1 111:20

**expecting** 125:6

**experience** 60:14 62:14

**Express** 73:20 97:14,15

**extended** 98:2

**eye** 59:6 60:10 71:14 72:8 73:16,19,24 74:10 97:11

**eyes** 54:19 97:2

**Eyewear** 73:20 97:14,15

**F**

**fabricating** 105:22

**face** 26:24 32:3 40:25 47:25 48:4 53:22 54:13,16 60:11 61:22 65:19 118:4,10,20 119:22 120:2,11 121:15 134:13

**facilities** 137:23

**facility** 24:23,25 28:19 35:23 36:3,5,15 64:9,12 69:7,15 76:6 81:25 82:1 83:16 114:3 117:6 120:25 133:4,20 134:4

**fairly** 86:18 108:22

**fall** 115:17

**familiar** 35:13 69:6

**family** 10:13 78:24

**fans** 125:11

**fast** 71:22 103:7,10

**father** 100:6

**February** 4:4 86:14,19,20

**feel** 34:1 61:21 72:22 75:17

**fees** 98:1 136:1

**feet** 44:6 54:18 95:24 125:10 126:4

**fell** 48:4

**felonies** 18:11 25:10,14,15

**felony** 18:9,18,25 21:21 23:12, 16 25:21

**felt** 31:8 56:18 64:23 76:5,12 92:5 103:21

**fentanyl** 31:12

**Ferriday** 29:14 59:1 71:3

**fight** 46:13,14 47:13 97:23

**fighting** 48:13

**fights** 49:6,14 50:21

**file** 40:3 42:4 70:12,14 101:21 103:16

**filed** 27:1 28:9 70:15 103:16 111:4 112:11,14 121:14

**filing** 4:10

**fill** 60:7 75:1

**filled** 61:1 127:24

**filling** 31:1 133:25

**finally** 30:23 48:24 57:19 60:9 61:23

**finance** 108:20

**financial** 9:17

**find** 51:5 87:6 113:19 114:25 115:1,3

**fine** 7:1 29:22 62:18 63:5,11 90:11 114:22 123:7,9

**finger** 40:12

**firm** 134:18

**fit** 9:2 95:16 105:20

**fits** 125:13,14

**fitter** 9:1 11:7 96:2 105:20 106:13,14 123:5 125:25

**fitters** 95:15

**flood** 137:25

**floors** 41:25 42:1

**flu-like** 7:6

**flying** 61:4

**focused** 118:13

**folks** 26:1

**follow** 91:2

**Fontenot** 74:2

**food** 46:13 53:13

**foot** 103:1

**foreclosed** 111:7

**forego** 94:24

**forehead** 46:17

**forget** 68:20

**forgot** 13:18 48:7 73:8 127:18

**form** 4:13 117:8

**formal** 132:10

**formed** 133:22

**forward** 103:1,2

**fought** 48:19

**found** 54:20 88:15 92:20 115:20

**fourth** 48:23

**frame** 85:3

**freaked** 40:14

**freaking** 43:21

**Freddy** 40:10,13

**free-for-all** 116:24

**freedom** 69:16 135:3

**freeze** 137:25

**Friday** 12:4

**friend's** 34:6

**friends** 114:16,18

**fringe** 107:24

**front** 21:16 54:22 55:17 57:2,16 118:14 132:10

**full** 61:7

**future** 126:20

**G**

**G-E-N-O-A** 80:1

**game** 45:16 52:21 118:1

**Garrison** 4:18

**gas** 111:17

**gathered** 120:23

**gave** 59:3 71:13 72:10

**GED** 8:16

**general** 12:15 13:2 20:5 41:6 43:7 78:2,24

**Genesis** 62:16 68:24 69:5 70:13 81:3,5,10 83:20 133:20 134:3,25 135:20 138:20,21

**Genoa** 79:25 80:1 127:24,25 128:1

**get along** 47:5

**girl** 59:12

**girlfriend** 128:16,24

**girlfriend's** 128:20

**girls** 9:10

**give** 5:15 41:2 47:12 56:23 69:9, 10 71:14 72:7,21 75:12,25

**giving** 36:17

**glasses** 48:4 97:5

**glorified** 69:16

**glove** 40:12

**gnats** 60:23

**God** 5:8 51:5 55:6 103:21

**good** 21:7,19 29:21 47:25 50:20 54:9 63:12 72:10 73:23 87:16 88:3 90:20 92:2 101:10 128:9, 10 131:24 138:6

**Gordon** 100:3,5

**GP** 78:2

**grab** 57:13

**grabbed** 67:24

**grade** 97:4,5 101:1

**graduate** 36:9

**grams** 17:20 109:19

**grandfather** 34:22 104:22

**grandma** 44:8 57:7

**grandmother** 34:22 49:20,21 50:1,6 92:21

**grandpa** 105:3

**grandparents** 96:22 98:16,17, 20 111:9,21

**grating** 125:11

**gravitate** 34:1

**great** 38:20 63:20 101:12 111:3 130:12 136:2

**Greenberry** 14:4 15:7,8

**grievance** 70:15

**grievances** 70:12,14

**groceries** 111:16

**ground** 6:6 53:23

**grouped** 116:4

**groups** 47:7

**grows** 59:13

**guard** 39:11 131:25

**guards** 46:22 48:22,24 52:6 133:6

**guess** 27:16 40:2 53:13 54:10 55:8 59:1 68:4 89:22 103:15 107:16 110:9 114:5 119:25 127:7,19

**Guillory** 45:12 53:9 56:2,25 65:5 73:21 97:12,13 117:25 120:6

**guilty** 17:16 18:7 22:5 106:22 109:17,20,21 123:25

**gurgling** 56:19

**Guthrie** 31:22

**guy** 43:6 45:10 57:4 61:24 62:5 66:10 105:4

**guy's** 62:4

**guys** 46:11 49:21 57:1 59:7 65:9 66:3 110:20 120:13 131:7, 9

**H**

**Hackberry** 106:5

**Hadley** 9:13 10:9,15 99:20

**Haley** 81:12,23 82:6,19

**half** 40:17

**hall** 61:21 65:3

**hand** 5:5 13:5 40:10,13 41:3,5 43:14 123:1,13

**handle** 43:4

**handmade** 122:2

**hands** 36:19

**happen** 36:25 49:6 59:7,14,16 101:25 102:6 122:22

**happened** 34:13 48:20,24 49:9, 14 50:4 53:7 54:15 55:6,7,16 58:2,3 65:25 66:17 72:13 75:20 79:6 86:10 102:1,7 116:23 134:6,8,9 136:20

**happy** 123:8

**harassed** 66:3

**hard** 19:25 28:18 35:15 75:18

**harder** 6:9 75:19

**he'll** 54:9

**head** 6:14 38:25 46:20 48:2,3,4, 17 79:18 121:16 132:7 136:5

**head-on** 79:7 101:13,19 102:20 128:19

**heal** 136:9

**healed** 76:15

**health** 51:17,18 80:7,12,22 81:9,18 82:13 83:13 84:9 86:8, 13 89:22 126:7,8

**hear** 41:24,25 42:2 117:7 130:4

**heard** 34:16,19 38:8 42:15 65:2, 6,8,22 108:1 119:7,8,13 131:18

**hearing** 69:21 110:19 117:16

**heart** 36:14 51:19 72:14,16 73:2 76:18 77:6,7 125:19,21

**Hebert** 3:6 130:7,14,18,19 137:6,12,17,20

**height** 125:25

**heights** 95:23

**held** 24:20 120:17

**helicopter** 59:22

**hell** 65:11

**helped** 128:16

**helper** 106:14

**helping** 129:15

**heroin** 16:23 17:15,20 88:24 89:23 106:19 109:19 123:25

**hey** 26:9 49:21 62:2

**high** 8:15,18,19 101:3,5 125:10 126:2

**higher** 103:21

**Highway** 102:7,20

**hills** 117:5

**hired** 122:19

**Hispanic** 32:20

**Hispanics** 32:21

**history** 136:12,18,20

**hit** 13:17,21 48:2 54:12,15 114:3 121:3

**Hmm** 30:15

**hold** 17:2 20:4

**holding** 43:13 60:21

**holdover** 24:10

**hole** 47:15 60:22 61:19 65:3,16, 17

**holistic** 80:15 85:1

**holler** 27:10

**home** 105:9 111:10,15

**homeboy** 57:17 68:3

**homemade** 40:6

**honest** 21:19

**honestly** 17:15 40:11 75:15 128:14

**hooked** 58:10

**hope** 86:21

**horrible** 60:13,14

**hospital** 28:10,13 30:25 58:17, 19,21 59:2,3 60:8 61:19 69:1,4 79:14,16,19 88:19

**hospitalizations** 88:6

**hospitalized** 88:11,12,17,18

**hot** 53:21 126:16 134:12

**hour** 11:21 44:18 58:8 71:9 103:8,9 108:3,4,6,7,8

**hourly** 16:5 107:13 122:13,14 123:7,10

**hours** 31:5 71:9 91:6,7

**house** 138:6

**housed** 24:22 70:7

**huge** 118:10 125:16

**hurricane** 13:16,21,22,23 82:23 114:3

**hurricanes** 137:22,25

**hurried** 56:21

**hurt** 59:5 76:4 88:10,13

**hurts** 77:16

**hygiene** 66:25

**I**

**ice** 40:9 42:18,22,25 43:1,2 46:18 55:22 121:24

**idea** 19:3 20:8 21:3 43:5 118:1, 8,9,11 120:15

**identify** 96:9 109:9

**II** 16:22 17:14 18:20,22,24 20:19 21:22,23

**III** 16:22 18:20,21,24 20:19 21:23,24

**immediately** 43:23 60:8 114:8

**impossible** 131:10

**incapacitated** 75:8

**incarcerated** 16:25 17:8,24 18:4 19:10 22:9 24:2,6 37:12 64:4 70:24 83:11 100:12,13 109:25

**incarceration** 23:24 24:16,19 39:4 114:5

**inch** 39:22 42:6

**inches** 42:6 55:22,23

**incident** 27:1 28:9 30:20 33:9, 11,12,17 34:13,18 43:4 44:25 45:8,22 46:22,23 47:17 53:5,24 66:17 67:3 68:19 71:2 73:6,18 75:16,17 76:3,19,25 77:10,11 78:4,12,14,16,17,20 79:4,21 80:11 84:7 86:5 117:21 118:3 133:12,22 134:9 135:7,14 136:4

**incidents** 47:6 49:9 123:16

**individual** 47:1

**Industries** 15:13

**industry** 11:3

**infected** 64:15

**information** 8:5

**injured** 103:12

**injuries** 64:2,7,15 73:6 79:3,21 123:20,21 133:21 135:6

**injury** 74:9

**inmate** 42:12 115:20

**inmates** 27:12 33:16 34:10 37:13 38:9,14,16 39:7 52:1 67:16 132:11 133:6

**inpatient** 23:3,5 35:23

**inside** 23:2

**install** 105:21

**intake** 32:9 83:21

**intend** 101:21

**intent** 18:20 72:6

**intention** 109:2

**interaction** 52:25 65:18,19

**interactions** 45:7 52:15,23 64:20

**interest** 100:16,17

**intermingled** 54:7

**international** 11:3

**introduced** 45:15

**introducing** 45:13 117:25

**involved** 37:14 43:3 79:7

**Iron** 106:11

**issue** 89:23

**issued** 10:2

**issues** 72:13 92:12 126:7,8 133:16 135:14

**J**

**jail** 20:11 35:16 64:14 76:10 116:9 131:22 135:3

**jails** 24:2,20 46:5

**James** 90:21

**Jeff** 23:1

**JLG** 95:20

**JLG's** 95:18

**JLGS** 125:14

**job** 13:22 16:1 69:9 106:19,23 107:18 108:10 111:18 112:5 124:23 125:19,25 135:4

**jobs** 13:17 15:17 50:20

**joke** 44:1

**joking** 47:18

**Joseph** 30:14,17,19

**journal** 68:15

**Juanita** 99:24

**judge** 69:20,22,24

**judicial** 18:8

**July** 49:10,11,12 102:2

**jumping** 58:15 64:1

**June** 12:25 35:9 37:8 49:10,11, 12 79:8,12 102:1,2

**Junior** 8:10

**K**

**Kain** 127:1,3,12,13,17

**Kane** 86:13 126:25

**keeping** 131:7

**key** 33:1

**kick** 80:15 85:1

**kicked** 37:2

**kid** 31:16

**kids** 9:9 28:25 57:3

**kill** 65:10

**killed** 30:12

**kind** 8:2 9:21 15:18,20 21:7 22:17 29:4 34:1,2,4 37:23 39:7 40:18 45:13 52:10 53:6 54:10, 23,25 56:19 57:13 58:2 68:16 69:18 74:6 76:18 77:17,24 81:18 89:8,10 92:15 105:6 108:9 115:12 122:3 136:12 138:11

**kinds** 60:23 79:3

**kiosk** 33:3 43:23 56:22 66:10, 13

**Klonopin** 84:17 91:10 127:16

**knew** 30:5 33:22 41:1 43:19 47:13 52:12 54:10 70:15 114:19 115:11 117:22,24

**knife** 39:11 52:9 122:2

**knives** 28:21 39:16,17 40:11 42:3 43:25 44:14 47:14 51:25 52:2 68:4

**knocked** 48:1

**knocking** 136:1

**knowing** 108:24

**knowledge** 37:17 41:6 138:2

**Krouse** 3:5 90:19,21 110:12,15 119:15 124:7,18 129:23

**Krueger's** 40:10,13

**L**

**labeled** 30:11 52:4,7 132:16

**laceration** 79:9

**ladder** 122:25

**ladies** 72:19

**lady** 32:7,8 81:12

**Lafayette** 36:3

**Lake** 5:24 8:14 12:20 47:4 73:20 79:20 80:5 88:20 89:15 93:9 97:15,19 102:8 104:5 106:4 111:25 112:2 114:3

**Lakes** 101:6

**land** 111:6

**landscaping** 15:22,23

**Lane** 5:21 96:19

**lasted** 76:14 85:6

**Laura** 82:23 121:3 137:25

**law** 4:6 18:21,24 20:20 134:18

**lawsuit** 27:1 28:9 30:21 101:18, 21 113:9 121:13 130:23 133:2, 13,22 135:7

**lawyer** 62:10 92:24 97:23 109:8 119:8 130:3 134:7,14

**laxed** 47:21

**laying** 36:19

**lead** 13:5

**leader** 41:4

**learn** 119:20

**learned** 119:22

**leave** 63:8 69:14 71:1 74:12

**Leblanc** 90:21 98:24 121:12,21

**Ledoux** 98:25

**Lee** 69:8

**left** 41:10,12 49:12 68:23 70:19 73:25 80:13 110:6 135:25

**leg** 69:12

**Legacy** 22:22,24

**legal** 99:12

**lenses** 96:13,14 97:7

**Lenzi** 130:19

**letters** 68:18 112:18

**liability** 36:11,13 37:1

**license** 3:11 95:12 96:12,16

**licenses** 8:24

**lie** 22:2

**Life** 62:16

**lift** 76:7 77:14 95:21

**lifting** 77:20

**lifts** 95:22

**limitations** 96:11

**limited** 77:14

**Linda** 82:4

**Lindsay** 129:25 130:4,5

**list** 31:21 32:4,16

**listed** 26:2

**Listen** 63:19

**live** 35:24 50:7 96:19

**lives** 34:21

**LNG** 11:4 105:7,23 106:4,5 112:3 125:5

**loaded** 58:25

**loan** 109:1

**located** 11:9 12:19 35:19 93:14 97:13 127:1

**locked** 51:10

**locker** 48:2

**long** 11:20 14:10,11,20 15:4 19:10,11,16,25 22:9 35:8 39:21 41:19,23 42:3,6 45:21,23 55:22, 23 65:21 68:9 70:2 71:7,8,10,20 73:9 76:3 85:16,25 89:3 91:25 108:18 111:20 135:22

**longer** 15:1 69:23 128:22

**looked** 7:21 37:2 40:10,13 42:24 43:1,2,7 51:14 58:20 118:15,19

**loop** 131:8

**Lorcet** 18:22 20:19

**lose** 122:10,11

**lot** 32:19 36:21 50:5 76:9 92:11, 22 103:20 115:25 132:25 137:21

**Louisiana** 4:5,20 5:21 8:21,23 35:22 79:20 80:5 96:17,20 100:1 102:8 103:15 112:3 113:23

**low** 128:8

**lung** 60:1,6 74:25 75:1,3,12 89:22

**lungs** 31:1 75:18 133:24

**M**

**made** 15:25 29:18 33:12 40:10 41:21,22 48:7,14 51:8,17 56:20 72:12 109:18 115:14 117:18 133:12

**main** 35:21 127:25

**make** 6:6,11 13:10 16:4,6 27:11 39:13 40:6 70:17 74:25 84:2 85:18,20 87:24 94:18 96:10 107:12 122:9 124:17 125:13,14 132:10 134:1

**makes** 6:9

**makeshift** 52:9

**making** 39:14 115:19 132:24

**male** 37:23

**mall** 93:16

**Mallet** 69:8

**man** 29:4 43:16 51:12 54:9 56:3,12 69:7 82:11 103:21

**management** 122:20,21 123:2, 4

**Mancuso** 130:22 137:14

**mania** 84:5 128:7

**manic** 80:25 129:1,18

**manic-depressive** 128:2

**March** 10:10 21:5,6 86:23,24

**Margie** 32:5

**mark** 96:9 109:8

**marked** 110:9

**married** 9:5

**massive** 125:17

**math** 23:10

**matter** 10:13 108:18

**mattered** 115:9

**mattress** 38:3

**maximum** 38:12 116:15

**Mcdermott** 106:12

**Mcneese** 8:12 93:15 102:7,20 109:3

**MD** 127:19

**means** 60:1 92:9 123:14

**meant** 51:4 67:2

**medical** 26:7 31:4 36:11,12,15 40:5 58:1,8 60:18 61:7 68:7 72:5 73:5,10 75:10 86:8 88:5,23 92:13 127:3,8,14 133:21 136:6

**medication** 91:6,7 94:9,10 125:22 127:15 129:14

**medications** 36:17 84:9 86:1,4 91:4,17

**medicine** 72:21

**medicines** 80:16 83:15

**medium** 116:16

**meds** 85:2

**meet** 7:15 47:19 120:16

**meeting** 26:20

**Memorial** 79:17,19 88:18

**mental** 80:7,12,22 81:9,18 82:13 83:13 84:9 85:11,14,22 86:8,13 126:7,8 127:2

**mentioned** 42:18 131:24

**mess** 65:15

**message** 119:23

**met** 26:4 28:5 30:16 121:20

**metal** 14:25 39:21 40:2,3,16 41:22,23 42:16

**methadone** 89:12,14 91:18,20, 23 92:7 93:8 94:7,19 129:8

**methamphetamine** 88:25 89:2,4,24

**mg** 91:10

**microwave** 53:19 118:5

**middle** 99:6

**midnight** 105:17

**mile** 103:8

**miles** 103:8

**milligrams** 91:24

**mind** 38:20 68:13

**mine** 115:5

**minimum** 38:11 116:16

**minute** 63:8 78:23 88:1

**minutes** 11:21 44:3 57:20 58:24 62:23 65:23 66:1,8,9,12, 18 68:14 71:23 90:2 130:6,12

**misdemeanor** 25:11,18,20

**misdemeanors** 25:15

**misdiagnosed** 83:6

**misfires** 77:7

**missed** 86:21

**missing** 87:24 93:4 122:5

**mistaken** 138:19

**Mm-hmm** 10:17 11:13 19:15 20:16 23:21,25 24:17 25:19 26:16 30:18 35:5 36:1 52:17 67:18 76:20 79:1 80:9 83:10 85:12 94:4 96:15 97:22 101:15 104:9 129:17 133:10 134:5

**MO** 119:23

**model** 50:18

**mom** 10:9 100:15,18

**moment** 103:2 116:10

**Monday** 4:4 12:4 93:21 94:8,17

**money** 13:10 15:25 39:12,14 48:7 49:17,18 54:4 69:10 103:20

**monitor** 133:24 134:1

**monitored** 74:24

**month** 16:6 41:12,13 87:2,3 93:18,19

**monthly** 16:5

**months** 12:11 14:11,22 15:5 19:12 21:1 23:23 24:4 36:8,9 49:15 69:21,24 70:1 76:5,6,15 80:21 85:8,17 86:2 92:2,3,17 102:3 108:1,2,8 109:25 110:6 111:22 129:5 135:24

**mood** 80:19 129:19

**morning** 104:23

**morphine** 59:4 71:13

**Morris** 98:19

**Morris's** 98:21

**Morrisville** 105:3

**mother** 98:14 99:3,18,22 100:10,12,19,24

**mother's** 99:23

**mothers** 99:16

**motor** 16:17

**mouth-to-mouth** 31:13

**move** 111:24

**moved** 33:24 92:21 112:1 115:6

**moving** 111:23 112:4

**multiple** 35:20 38:24 62:5

**Murphy** 12:15 13:2,14

**Murphy's** 16:1

**N**

**named** 33:21 74:2 121:12 130:22

**names** 34:11 38:15,21 94:15,16

**natural** 51:12

**naturally** 129:13

**nature** 11:5 135:9

**nearsighted** 135:16

**needed** 66:10,11 72:22 121:3

**negative.25** 73:17

**nice** 90:7

**nickname** 117:10

**Nico** 33:21 34:6,12 57:1

**Nico's** 34:6

**night** 41:24,25 42:3 91:11,13,14 105:14,15,18

**nightmares** 128:12

**nights** 11:7 125:3

**Ninth** 101:2

**nod** 6:15

**normal** 58:14 75:6

**Northrup** 33:16 43:13 45:7,9,15 52:16,22,23 53:6 63:23,24 64:25 65:6 117:24 119:4

**notes** 31:24 34:25

**noticed** 7:5

**noticing** 4:10

**number** 6:8 15:11 96:9,16 136:24 137:14

**numbering** 137:2

**numbers** 137:11

**numerous** 47:15

**nurse** 29:17,18 31:5 58:8 127:5,13,21

**nurses** 94:12

**nuts** 105:21

**O**

**O-R-E-E-Y** 81:15

**oath** 4:20 6:4

**object** 124:4 136:16

**objection** 124:8

**objections** 4:13

**oblige** 29:19

**obtain** 136:5

**occur** 102:19

**occurred** 37:18 53:5

**October** 12:8,24 13:20 16:11,12 35:7 37:8 109:12

**office** 5:15 11:10 25:5,8 35:21 130:21 131:5,14 133:3 134:15,20,22 136:15

**officer** 28:3,12,24 30:22 31:25 115:21

**officers** 33:1 52:1

**officiated** 4:20

**oldest** 10:8 99:21

**on-the-job** 123:20,21

**ongoing** 10:13 98:7

**online** 106:1

**open** 44:3 48:3,4 54:18,19,21 57:20,21 59:5 61:3 136:5

**opened** 65:21 66:1 68:10

**opens** 66:18

**operation** 125:1

**operational** 105:24

**operator** 32:18 33:9 105:19

**ophthalmic** 73:21

**oral** 94:8,10

**Orally** 94:3

**order** 9:20 10:3,6 39:13 48:11 50:3 96:2 112:4 122:21 129:14

**Oreey** 81:13,23 82:19

**original** 4:9 16:19

**originally** 16:16 17:22 18:2

**Orleans** 94:18,21

**other's** 51:7

**outcast** 34:3

**outlook** 128:8

**overdosed** 31:13

**overheard** 65:5

**owed** 54:2,4 120:9

**owes** 53:12

**owned** 105:23

**P**

**pack** 75:22

**packed** 56:22,25 57:1 66:5

**packs** 41:3

**paid** 54:1 98:3 122:15

**pain** 28:17 72:21

**panic** 30:25 58:5,6,20

**paragraph** 67:11,16

**parents** 98:16

**parish** 5:14 23:1,17 24:20 25:24 26:4 70:24 98:8 113:19 120:25 130:20,21 131:4,14 133:3 134:22 136:15

**park** 13:18

**parole** 21:7,9 22:17 25:4

**part** 8:5 17:5 27:14 40:4 42:7,8 67:10,15 74:8 75:5 116:1 125:2 126:20 136:1

**partially** 60:6 74:25

**parties** 34:17

**pass** 53:18 90:16 113:25

**passed** 65:22 107:3,8

**passing** 33:4 131:25

**past** 83:6

**Pat** 27:21

**Pat's** 88:19

**paternity** 99:9

**path** 92:6

**Patrick** 74:2

**pause** 63:8,9

**pay** 13:9 47:22 53:11 54:9 97:23 107:18 111:9,12,13,14,17 120:1,8,22 122:10,11

**paying** 16:1 48:9 108:25

**payment** 108:19

**PCL** 15:12

**peering** 117:5

**Peggy** 50:10

**pencil** 40:17,18 42:5

**pending** 113:22

**penetrating** 61:22

**people** 26:8 30:1,7,9 33:2,3 38:1 39:8 40:19 41:2,3 45:13 46:19 47:5,7,9,21 48:19 50:5 60:24,25 61:2,20 67:19 69:8,24, 25 70:1 114:19 115:4 116:11,17 138:6

**pepper** 61:20,21

**Performance** 15:13

**period** 21:10 23:7 24:16 37:6,9 49:5,14

**periods** 15:14 23:24 24:18

**peripheral** 53:21 118:19

**permitted** 4:6

**person** 26:13 27:19,20 28:1 30:13 31:21 32:4 62:2,8 66:21 112:17 114:13

**personal** 65:17

**personally** 31:14 34:15 132:1

**pertaining** 33:6

**pharmacies** 80:2

**pharmacy** 79:24,25 127:24

**phase** 36:4

**phone** 58:7 64:3 112:18

**phones** 30:2 39:12 64:13

**photographs** 8:1 64:2,6

**physical** 73:7,11 77:24 135:9

**physically** 77:10

**pick** 42:19,22,25 43:1,2 46:18 55:22 121:25 133:6 138:21

**picked** 95:8 105:4 138:14,17

**picking** 13:17

**picks** 40:9

**pieces** 40:16

**pile** 17:3

**pipe** 9:1,2 11:7 95:15,16 96:2 105:20,21 106:13,14 123:5 125:25

**piping** 125:2,10,12,13

**place** 13:1 27:17 29:4 59:9 60:17 70:6 76:7 81:2,4,22 82:18 94:21,23 116:11,14,17 117:7 131:23,24

**places** 82:3

**plague** 7:6

**plan** 111:23

**planned** 126:19

**plant** 105:5,6,7,23 125:5

**plants** 11:4 106:4

**play** 48:13

**played** 45:16 52:21

**playing** 43:25

**plea** 106:18 109:14 113:1,6,13, 16

**plead** 17:16,24 18:6 106:22 109:17

**pled** 22:4 109:20 110:22 123:25

**PM** 105:16

**pocket** 39:17

**point** 20:7 51:11 56:17 78:6 85:1 104:20 128:13 129:20 134:25

**pointless** 115:12,15

**pointy** 41:23

**poke** 40:17,19 46:19

**police** 103:24 104:4,5

**poor** 50:1 108:22

**popped** 44:16 57:19,21

**port** 11:10 58:1 104:24,25 105:1

**position** 11:6 108:12 118:18

**possess** 52:9

**possession** 16:19,21 17:11,12, 20 18:19 19:24 21:22 23:20 25:17 106:19 109:18,19 110:22 123:25

**possibly** 49:25 82:21 83:7

**post-traumatic** 83:7

**potential** 26:2

**pounds** 77:19

**poured** 126:16 134:13

**practice** 81:24

**practitioner** 78:3,24 127:5,13, 21

**prayed** 128:15

**praying** 36:19

**pre-existing** 77:2

**pre-trial** 116:1

**precautionary** 92:8
**prepare** 7:10
**prescribed** 80:18 84:8,12,20 91:8 129:11
**prescribes** 127:15
**prescription** 86:3
**prescriptions** 127:20,23
**present** 33:17
**press** 77:21
**pressing** 103:23
**pressure** 76:12
**pretrial** 116:10
**pretty** 29:16 41:12 50:4,19 69:17 75:9 76:14 92:15 108:19 116:21 135:2,4 138:3
**previously** 135:18
**Price** 32:5,6
**Prien** 97:19
**Prince** 30:14,17,20 31:6,9 44:16 57:19 58:2,4,16,20 65:21 66:18 68:6,10
**prior** 13:13 14:2 18:11 24:18 45:8,21 46:1 52:15 66:22 76:18 77:10 81:17 88:6 107:1 135:14
**prison** 23:3,4,5 35:16 122:3
**prisoner** 50:18 72:12,22
**private** 132:15
**probation** 19:6,14,16,24 20:7 22:17,19 23:7 25:3 110:2,4,6,7 135:19,21,22
**problem** 76:18
**problems** 75:12 76:1 125:18 126:11,15
**Procedure** 4:5
**processed** 114:14 116:3
**processing** 25:1
**produced** 136:14
**professional** 81:9
**program** 22:18,21 23:3,5 35:14 36:7 69:18 135:20 138:21
**progressively** 73:15
**project** 112:3
**promotions** 107:21
**proper** 4:10
**property** 111:6
**Pros** 14:25
**protect** 56:10
**protection** 48:9
**prove** 10:10 108:23
**proven** 99:8
**provide** 9:17 10:7
**provider** 71:24
**providers** 86:8,9
**psychiatric** 88:7
**psychiatrist** 85:8 126:23 129:7,8
**psychiatry** 78:21 80:21 127:6,9
**psychological** 92:12,13
**psychologist** 127:4
**PTSD** 80:25 83:8 84:2 92:14
**public** 90:23 134:15,19
**pulling** 48:8
**pulse** 58:11,13,14
**punched** 48:1
**punching** 47:25 48:15 54:23 55:2
**purposes** 4:6
**push** 76:12 118:24,25 119:1
**push-up** 53:19,23 118:17,22,24
**push-ups** 53:18 54:12 76:9 118:12
**pushed** 102:21,23 118:17
**put** 17:4 19:6,13 32:3 33:23 40:12 48:25 49:1 57:2 58:1 60:9,21 61:14,16,23 62:3,6,8 69:10 71:17 77:15 91:5 102:25 108:19 114:4 121:7,9 133:24
**putting** 43:8

### Q

**qualified** 95:23
**quarter** 39:22 42:6
**question** 4:14 6:19,21,22 7:2,3 63:20 67:2 87:1 130:4 137:1
**questions** 63:25 87:22 91:1 130:25 132:25
**quick** 63:14 131:17 136:3
**quickly** 136:22
**quit** 32:22
**quitting** 32:23

### R

**race** 37:21 38:5
**raise** 5:5 131:13
**ran** 44:11 57:13 68:3
**random** 107:5,7
**rang** 115:4
**rank** 48:8
**rap** 21:16
**Rapides** 29:13,15 59:20 60:9 71:12,21 72:2,6,9 73:4,10,25 76:22
**rattling** 131:19
**re-inflate** 75:3
**reach** 109:14 118:24
**reached** 80:21 85:9 113:3
**read** 4:8 7:21 98:18
**reader** 58:11
**reading** 21:19
**ready** 59:23 68:5 90:16 131:22
**real** 27:8 65:10,16
**real-time** 118:7
**realized** 56:17 103:20
**reason** 37:18 57:12 78:3,20 116:25 133:15 136:16
**reasons** 84:9 88:7

**rebar** 125:9
**rebooked** 119:7,14,19
**recall** 24:2 29:24 31:19 32:1,11,13,18 33:8,16 34:10 46:8 113:25 114:13 138:14
**receive** 107:25
**received** 73:11 74:12 79:17 81:18 88:24 110:23
**receiving** 80:8 133:20
**recent** 24:15 37:5 82:20 113:8
**recently** 14:3 24:6 80:20 85:7 99:22 101:13
**RECESS** 44:22 90:14 130:16
**recognize** 133:7
**recognized** 93:6
**record** 5:16 75:23 110:14 116:12,13 136:18,22
**records** 72:6 75:10 88:6,23 136:14,17
**recurring** 128:12
**red** 118:19
**reference** 133:2 137:10
**referred** 125:14
**referring** 137:24
**Regional** 29:13,16 59:20
**regular** 39:16,17 77:7 91:16
**regulations** 64:10
**rehabilitate** 69:9
**rehabilitation** 35:14
**relapse** 95:1
**relapses** 108:10 126:8
**related** 86:5 133:21 135:7
**relative** 50:4
**release** 17:1 21:8,14 64:12 135:20
**released** 21:2,4,6 22:16,19 23:7 49:9 62:19 64:5,10 69:23 70:7 73:4 133:19 138:20
**remain** 16:25 19:10
**remember** 13:16,24 15:9,15 16:11,14 19:1 20:1,21 21:25 22:11 26:20 28:15 32:22 38:15,17 39:1,2 41:7,13 53:2,20 54:21,24 75:10 82:24 97:4 131:17
**remind** 6:15
**rent** 111:10,15
**repeat** 38:22
**repercussions** 119:5
**reply** 120:10
**report** 51:25 52:5 103:24 105:13 129:4 131:3
**reported** 134:21
**reporter** 4:18 5:3,4 6:4,10 136:22
**reports** 133:11
**represent** 90:21 130:20
**requested** 115:6
**required** 125:24
**reserved** 4:15
**reserves** 4:8
**reside** 99:16,25
**residential** 12:18
**resides** 99:17,21
**residing** 127:19
**resolved** 98:6
**respect** 72:11,23 110:16
**respective** 99:16
**responding** 30:22
**response** 27:15 29:2
**responsiveness** 4:14
**rest** 93:22 108:20
**result** 101:23 135:7
**resulted** 133:13
**resuscitation** 31:14
**retained** 4:10
**retired** 82:5,6
**retribution** 115:18,22
**return** 96:10
**returned** 131:15
**reverse** 105:8
**review** 7:17,19
**reviewed** 8:1
**revoked** 19:19,20,22 20:8,9,14
**rhyme** 116:25
**ride** 71:20 104:21,22 117:4
**rides** 111:18
**rinky-dink** 59:3
**riots** 27:17
**road** 117:4
**roadblock** 51:7
**Robert** 4:3 5:1,17
**Robin** 58:7,15 61:6
**Robocop** 29:25
**room** 32:18 33:9 66:14,17,22 67:13 107:21
**Rouge** 46:11 47:3,4 57:3
**rough** 19:3 29:4
**roughly** 15:2 69:3 79:13
**rules** 6:6
**rumor** 119:18
**run** 15:14 59:8 69:7 95:23 116:8 117:18 128:5
**running** 68:1 137:5
**rushed** 29:13

## S

**safety** 50:4 90:23
**salaried** 122:18
**salary** 122:12,21 123:4,6
**sally** 57:25
**salvation** 51:8
**Sanchez** 32:17
**sanctuary** 80:13 81:1,5 83:12,19 85:6 110:1 133:20 134:4

**sanitary** 61:5,9
**Saturday** 122:10
**scalding** 126:16
**scalp** 79:9
**scalpels** 125:12 126:1
**scar** 48:3 136:10
**scared** 67:8
**scares** 117:9
**scarring** 74:15,17
**scars** 74:13
**schedule** 16:22 18:20,21,22,24 21:22,23,24
**scheduled** 17:14 20:19 51:19 86:9
**scheme** 110:4
**school** 8:9,15,18,19 101:3,5
**scrape** 41:24
**scraped** 42:9
**scraping** 41:25
**scrapping** 42:1
**scratch** 40:18
**scream** 27:10 54:17
**seat** 102:21,22,23
**Secretary** 90:22,23 121:12
**secure** 104:14,15
**security** 47:21 116:15,16,17
**seek** 50:3
**seeked** 129:10
**seeker** 88:15
**seeking** 92:13
**send** 48:7,10 49:23 129:24 136:21
**sending** 49:17,18 119:23
**sense** 6:11
**sentence** 109:23,24 110:23
**sentencing** 110:24
**separated** 46:20
**September** 12:25 13:14 70:4
**September-ish** 17:1 37:7
**septic** 12:18
**sergeant** 31:25
**series** 90:25
**served** 20:25 21:1 109:25
**Service** 74:4
**set** 29:5 69:20 98:8
**Seth** 121:18
**settle** 109:4
**Shady** 5:21 96:19
**Shane** 5:13 90:9 91:1 113:14
**shank** 40:6
**shanks** 40:7,8
**sharing** 104:21
**sharpened** 39:23 40:16
**sharpening** 42:3
**sharpness** 42:5
**sheet** 21:16 83:21
**Shelly** 73:21 97:12
**sheriff** 26:4,5,9 70:21 130:21
**Sheriff's** 5:14 130:20 131:4,14 133:3 134:22 136:15
**shift** 12:2 105:17,18
**shifts** 105:11
**shipping** 131:20
**shit** 65:7
**shoes** 38:2 44:6,7,8,9 57:5,6,7, 8
**shoot** 87:4 132:2
**shop** 13:6
**shopping** 93:16
**shortly** 13:20 73:3
**shot** 59:3 94:7
**show** 109:7 110:8
**showed** 136:13
**shower** 43:12,15,17,18 48:5 55:25 56:1,3,14,15 66:2
**side** 43:19 55:11,13,14 132:16
**sign** 4:8
**signal** 67:11
**sir** 5:20 6:1 9:4,6,9 18:15 68:17 97:17 113:24 114:15 121:5,22 122:1 123:19 126:10 129:20
**sit** 76:1 113:21
**situations** 123:17
**sling** 62:13
**slipped** 103:1
**slowing** 87:22
**slowly** 87:23
**smacked** 103:3
**small** 46:17
**Smith** 90:24 121:18,20
**smoke** 43:17 75:21,22 89:23
**smoked** 75:16
**smoking** 75:15
**smoother** 6:6
**snitch** 30:11 52:4,8 132:16
**sold** 53:1
**solemnly** 5:6
**son** 57:23
**sort** 7:6 12:1 72:8 82:13
**sound** 35:2 45:1 83:24
**Southwest** 8:23
**spades** 45:16 52:22 117:25
**speak** 27:5 54:5,6 134:10
**speaking** 26:21 32:11,13
**specialize** 12:17
**specialty** 127:6
**specifically** 130:21
**speed** 92:25
**spell** 10:25 81:14
**spent** 69:1,2
**spiraling** 92:10
**split** 48:2,3 136:5

**spoke** 7:14 36:21 45:10 54:8

**spoken** 26:4,11 27:21 28:5 53:8 66:21 112:17,22 121:12

**spot** 114:5

**spray** 61:20,21

**spreading** 134:2

**squeaky** 27:8

**St** 88:19

**stab** 38:8 39:8,23 46:12 49:22 60:3,12 75:25 120:2 126:11

**Stab-a-ganastan** 117:12

**Stab-a-houla** 117:7,10

**stabbed** 38:1,9,14,16,24 42:20 43:11,24 49:25 50:14 57:15 64:24 65:13 66:11 121:23,24 134:12

**stabbing** 43:6 46:16

**stabbings** 39:6

**stabilizers** 80:19 129:19

**stabs** 74:19

**staff** 31:4

**stand** 69:12

**standard** 102:24

**standing** 54:21

**staples** 79:17

**start** 8:4 12:7 85:2 91:3 93:6 131:20

**started** 12:13 43:19,21 44:4 48:17 52:14 53:24 56:16 65:21 67:3 81:11 92:3,13 100:13 129:10 137:2

**starting** 13:13 60:4,5,7 80:24

**starts** 48:15 54:25 58:13

**state** 4:19 8:12 35:21 113:23

**stated** 131:2

**status** 69:21 80:23 106:19 110:19 115:25 122:17

**stay** 41:15 60:14,15 62:16 69:22,24,25 70:1,2

**stayed** 41:12 61:20 62:9

**staying** 111:10,21

**steady** 58:13

**steal** 37:25 38:5

**steel** 125:9

**stem** 39:21,22 41:20,21,23

**sticking** 40:11 55:2

**stint** 46:10

**stipulated** 4:2

**Stock** 26:14,21 27:7,10,13

**Stonebridge** 82:4,10

**stool** 118:23

**stop** 92:10

**stopped** 13:7 80:17 93:6

**store** 93:16

**straight** 61:19 68:7

**street** 80:5 81:22 93:15 97:18 102:8

**streets** 39:17

**stress** 73:1 83:7

**strict** 35:15 51:2

**strong** 37:22

**stuck** 34:4 84:4 118:18

**student** 109:1

**stuff** 33:5 41:4 44:5,11 47:11,12 51:8 57:2,4,13 61:3,4,8 64:23 66:4 67:20 76:8 90:3 111:18 131:19

**subcutaneous** 60:1 133:25

**subject** 30:20 33:12 113:8 135:14

**subjects** 124:8

**substance** 22:20 88:24

**substances** 89:6

**successfully** 19:18 21:11 23:8, 9 36:6

**sue** 36:23

**sued** 101:23

**suffered** 73:6 79:2

**sufficient** 135:17

**suicidal** 88:9

**suit** 103:16

**Sulpher** 74:4 80:1 104:24

**Sulphur** 8:19,21

**sum** 98:5

**summertime** 111:23

**super** 21:19

**Superintendent** 124:24

**supervision** 21:10 23:8 25:7

**supervisor** 124:19,20

**support** 9:17,20 10:3,6,7

**supports** 105:21

**supposed** 29:1,12 36:9 56:10

**surgeries** 72:24 126:19

**surgery** 74:21,23

**surrendering** 51:3

**sustained** 126:12 135:6 137:24

**swear** 5:6

**sworn** 5:2

**symptoms** 84:2

**system** 62:1

**systems** 12:18

**T**

**table** 55:16

**tactic** 25:14

**take-home** 93:22

**takes** 8:5 15:6 69:8 123:2

**taking** 27:17 36:16 80:17 85:2, 25 91:3 100:13 108:25 125:21 127:16 129:19

**talk** 6:8 27:18 34:12 37:4 42:15 47:24 66:4 67:3 72:20

**talked** 17:17 24:19 25:10 28:8 30:19 31:11 34:14 41:18,19 53:8 67:12 70:20,23 114:11 115:7,25 119:10

**talking** 8:25 28:15 33:11 37:5,9 54:2,3 65:15 66:13 77:18

**tanks** 12:17,18

**target** 30:9 47:9 52:12 70:18

**tattoos** 74:14,16

**taxes** 16:7,8,9

**team** 27:15 35:11,24 50:23,25 51:21 72:14 78:8,11,13 83:14 85:4,5 121:9,11

**telling** 28:19 31:8 46:18 55:7 58:15,16 59:6,9,19,25 61:6 110:20

**ten** 11:21

**terms** 91:16 99:12 116:10 125:4,25

**terrible** 62:14

**terrorizing** 49:2

**test** 6:24 73:1 99:9

**tested** 107:7 123:22

**testified** 133:16

**testify** 5:3

**testimony** 91:4 131:1

**testing** 107:5

**Texas** 11:11,12 111:24 112:4

**that'd** 38:20

**theft** 16:17

**therapists** 89:11

**therapy** 77:25

**thick** 39:22 42:6

**thing** 7:1 37:21,24 40:9 51:12 58:11 81:6 92:9

**things** 11:5 34:17 38:6 40:8 46:18 59:10 62:21 92:22 93:1 109:4 111:17 132:17 135:1

**thought** 20:13 28:18 43:21 45:2 47:18,24 49:4 78:5,11 83:6 116:18 119:18 121:24 129:13 138:5,25

**threat** 53:14

**threatened** 46:12

**threatening** 49:22

**threw** 53:22 63:22 118:16,20 119:3

**throw** 118:5 119:21

**thrown** 118:3

**ticket** 103:19

**tightness** 75:18

**till** 37:6

**time** 4:15 6:2,25 14:12,16,18, 19,21 15:8,14 20:11,18,20,24 21:7,13 22:10,16,19 32:13 35:3, 8 37:4,8,9 43:10 45:15 46:24,25 48:12,23 49:5 50:2,14 53:18 55:1,12 57:22 58:9,13 60:25 65:8,10,20,24,25 66:2,3,4,6,22 67:2,4 68:9,13 70:19 72:15 77:7 78:4 80:10 83:16,24 84:7 85:3 88:19 90:9 92:12,14 93:5 101:11 103:7,15 105:13 109:24 117:16,22 120:2 122:9,10 123:23 129:25 133:1,9 135:19, 21 137:22 138:3,16

**timeline** 20:5 69:19

**times** 14:24 25:4 27:3 28:7 37:3,16 38:8,11,12,13,24 47:15 48:1 51:15 54:25 55:4 81:8 88:17 93:19

**tippy-toes** 102:25

**tired** 48:12

**title** 124:23

**today** 7:11 75:13 76:1 91:1,5 94:25 95:2 112:24 113:21 122:5 133:17

**today's** 94:17 112:20

**told** 15:24 16:10 17:21 20:13 23:19,22 31:14,15,16 34:20 43:11,24 47:19 48:5,6 51:24 52:18 53:9,14,25 55:18 56:22 58:3,4 59:15 66:10,16 68:22 84:25 85:9 101:12 103:18 120:20 131:15 132:2 134:8,11

**tomorrow** 122:7

**tonight** 97:9

**Tony** 26:3 130:21

**top** 42:8 61:2 121:16 125:10,11

**tops** 108:7

**tormenting** 62:9

**Total** 18:14

**totaled** 104:8

**totally** 6:25 20:3 69:23

**tough** 61:11 94:24

**Toups** 99:24

**towel** 56:20

**trades** 8:25

**Traffic's** 11:19

**trail** 38:25 43:7

**trailer** 13:18

**train** 125:8,9,12

**trained** 31:10 127:8

**trains** 125:6

**transcript** 6:17

**transferred** 112:2 114:8 121:1

**transport** 114:6 138:4,12,16

**transported** 71:2 114:7 132:21

**treat** 72:12

**treated** 70:16 72:11,23

**treating** 135:6

**treatment** 22:20 72:19 73:5,11 76:21 86:8,9 88:24 89:7 94:22 136:6

**trial** 4:15

**Trinity** 71:4,6,15

**Trintellix** 84:13 91:10

**Trobb** 134:7

**Troth** 62:11

**trouble** 7:8 43:20 50:21 56:16

**truck** 102:14,17,24 104:8 108:16,17

**true** 15:10 105:8

**trustee** 50:20

**truth** 5:6,7

**Tuesday** 93:21 94:8

**Turner** 15:12

**tush** 42:2

**Twic** 9:1

**type** 6:10 80:15 91:3,16 102:11 111:9 125:21

**types** 51:25

**typically** 93:9

**Tyson** 124:22

**Tyson's** 124:23

**U**

**ugly** 6:16 10:21

**uh-huh** 6:14

**uh-uh** 6:14 95:10

**unable** 77:11

**underneath** 60:2,3,4 118:18

**understand** 6:20 20:2 51:15,16 56:8 59:14 61:25 72:8 74:18 121:8 122:24 138:8

**understanding** 7:8 119:16,17

**Understood** 135:5

**union** 106:16

**Unity** 80:21 85:10,16

**unpack** 62:20

**up-to-date** 137:23

**upcoming** 87:16,18

**upper** 122:20 123:1,3

**usual** 37:17

**V**

**vehicle** 16:17 102:11,16 104:14,15,16,18 108:13

**vein** 6:13

**versus** 98:13,15,19 116:1,10

**video** 8:2

**view** 72:8

**violence** 28:23 49:23 116:12

**vision** 73:13,14 135:13

**vividly** 39:1

**voice** 7:6 27:8

**W**

**W-E-I-D-E-L** 38:23

**waiting** 121:1,6

**Walgreens** 80:5

**walk-through** 26:6

**walking** 57:4 65:6 114:23 116:3

**wall** 55:14

**wallet** 86:15

**Walmart** 74:1,3

**wanted** 13:9 26:13 28:1 37:25 38:4 47:24 74:25 88:10 93:1 103:19

**wanting** 36:20

**warden** 26:15 27:9,13,22

**wart** 26:24

**watch** 33:1

**water** 53:21 54:12,15 63:22 118:3,4,11 119:1,21 120:10 126:16 132:7 134:13

**weak** 37:21 47:9 49:4 132:13

**weapon** 39:7 42:14 55:20,22

**weapons** 39:13,18

**wear** 97:5,7 135:15

**Wednesday** 93:21,22 94:8

**Wednesdays** 93:21

**week** 37:16 48:10 62:10 69:2 73:9 93:23 111:13

**weekend** 112:6

**weekends** 12:3,5

**weeks** 7:7 19:12 45:24 49:8 64:5 68:23,25 69:3 81:12 108:14

**weight** 76:11,13 77:17

**weights** 76:7 77:14

**weird** 41:11 81:16,23

**West** 101:6

**Westlake** 5:21,23 80:4 96:20 100:1 104:24

**Where'd** 78:7

**white** 47:9 49:3 56:23

**Wiedel** 38:21,23

**wife** 26:22 27:4

**wildly** 54:24

**William** 28:2,5

**window** 67:7

**Winfield** 24:3,9 50:17 78:10 114:8 120:25 121:7,9 132:19

**wire** 117:6

**wise** 107:19

**witnesses** 26:2

**woman** 51:13,14

**women** 37:3 51:9,12

**wooden** 43:4

**word** 34:19

**words** 113:12 115:19

**work** 11:7,11,12,24 12:2,5 13:14 14:10,20,23 15:4,8,15,21,24 45:19 53:17 62:4 64:12 68:5 69:14 104:23 105:4,5,11,13,17,18 107:10 108:3 116:20 122:5,7,15 124:21 127:22

**worked** 13:19 14:9,13,15,16,24,25 15:1,7,11,12,13 106:5,8 108:5 116:21

**workers'** 112:14

**working** 12:7,13 13:3,8 15:7 53:15 76:8 92:20

**workout** 76:7

**works** 70:20 82:1

**world** 39:10 40:21

**worry** 73:24 81:14 137:19

**worse** 49:25 70:17 73:15,17 93:7 128:13

**worst** 59:10

**wounds** 59:21 60:3,12 61:3,7 72:20 75:25 126:11

**wrap** 40:4

**wrapped** 42:7

**wrappings** 39:20

**wreck** 79:3

**write** 103:19 127:21

**writes** 127:20

**written** 68:18

**wrong** 13:11 29:20 36:23,24 56:7,18 71:4 78:12 92:23

**Y**

**year** 8:10 12:8 19:3,14 20:21 22:1,3,13 23:23 62:17 69:25 70:3 74:8 79:8 89:19 102:1 103:15 106:7 107:16 110:1 122:23 128:18 129:2

**years** 12:23 14:5 19:17 20:7 25:11 47:2 51:10 80:3 88:16 106:2 108:5,6 109:1 110:2 123:2 125:7 128:3

**yesterday** 7:12 95:7,8

**young** 4:3 5:1,13,17 44:24 50:10 90:20 96:9,11 98:19 108:24 110:16 128:11 130:19

**younger** 88:8

**youngest** 10:9 99:5,7,8,11,20

**youngster** 47:1,2

**Z**

**Zach** 53:15 54:6

**Zachary** 33:15 43:12 45:7,9,15 52:16,22,23 54:3,5,21 55:19 65:6 117:24 119:4

**zoom** 27:6 134:10