# CATAHOULA CORRECTIONAL CENTER

, 0

For Month Beginning: 06/01/21

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name / Race | Sex | DOB | Social Security # | Booking No. | FBI # / SID | Birth City | IdentA / IdentB |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Monthly Housing** | Began: 01/25/2021 | End: | Days: 30 | **Amount: $791.70** |

**WOLFE, RICHARD JR**
W M 05/14/1980 PRIVATE CCC0000003481

| | | | | |
|---|---|---|---|---|
| **Monthly Housing** | Began: 05/26/2021 | End: | Days: 30 | **Amount: $791.70** |

**WOOD, BARAH**
W M 12/20/1999 PRIVATE CCC0000003308

| | | | | |
|---|---|---|---|---|
| **Monthly Housing** | Began: 05/12/2021 | End: | Days: 30 | **Amount: $791.70** |

**WRIGHT, TREVIONNE**
B M 06/25/1993 PRIVATE CCC0000003803

| | | | | |
|---|---|---|---|---|
| **Monthly Housing** | Began: 06/24/2021 | End: 06/24/2021 | Days: 0 | **Amount: $0.00** |

**YOUNG, ANTHONY**
B M 10/08/1996 PRIVATE CCC0000003734

| | | | | |
|---|---|---|---|---|
| **Monthly Housing** | Began: 06/18/2021 | End: 06/23/2021 | Days: 5 | **Amount: $131.95** |

**YOUNG, ROBERT**
W M 04/13/1984 PRIVATE CCC0000001873

| | | | | |
|---|---|---|---|---|
| **Monthly Housing** | Began: 10/28/2020 | End: 06/17/2021 | Days: 16 | **Amount: $422.24** |

**YOUNG, SHACOREY**
B M 08/17/1993 PRIVATE CCC0000003647

| | | | | |
|---|---|---|---|---|
| **Monthly Housing** | Began: 06/09/2021 | End: 06/10/2021 | Days: 1 | **Amount: $26.39** |

**ZENO, BRODERICK**
B M 02/01/1986 PRIVATE CCC0000003264

| | | | | |
|---|---|---|---|---|
| **Monthly Housing** | Began: 05/10/2021 | End: 06/04/2021 | Days: 3 | **Amount: $79.17** |

**ZITTLE, BRANDON**
W M 05/27/2001 PRIVATE CCC0000003808

| | | | | |
|---|---|---|---|---|
| **Monthly Housing** | Began: 06/24/2021 | End: 06/25/2021 | Days: 1 | **Amount: $26.39** |

**CATAHOULA CORRECTIONAL CENTER**
499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001
For Month Beginning: 08/01/22

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name / Race | Sex | DOB | Social Security # | Booking No. | FBI # / SID | | Birth City | IdentA / IdentB |
|---|---|---|---|---|---|---|---|---|
| **Monthly Housing** | | | Began: 03/30/2022 | | End: | | Days: 31 | **Amount: $818.09** |
| **WILLIAMS, KEILYN** | | | | | | | | |
| B | M | 07/10/1998 | PRIVATE | CCC0000006870 | | | | |
| **Monthly Housing** | | | Began: 06/10/2022 | | End: | | Days: 31 | **Amount: $818.09** |
| **WILLIAMS, MARK** | | | | | | | | |
| B | M | 12/04/1958 | PRIVATE | CCC0000004859 | | | | |
| **Monthly Housing** | | | Began: 10/20/2021 | | End: | | Days: 31 | **Amount: $818.09** |
| **WILLIAMS, TYREN** | | | | | | | | |
| B | M | 03/29/1996 | PRIVATE | CCC0000006608 | | | | |
| **Monthly Housing** | | | Began: 05/10/2022 | | End: | | Days: 31 | **Amount: $818.09** |
| **YOUNG, ROBERT** | | | | | | | | |
| W | M | 04/13/1984 | PRIVATE | CCC0000006429 | | | | |
| **Monthly Housing** | | | Began: 04/19/2022 | | End: 08/22/2022 | | Days: 21 | **Amount: $554.19** |

| | | | | | |
|---|---|---|---|---|---|
| **Agency:CALC** | Totals: | 1,950 | days @ | 26.39 | = $51,460.50 |
| | | 0 | Services | | $0.00 |
| | | | | | **TOTAL: $51,460.50** |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Tony Edwards

-6571.11
44,889.39