| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/08/2022 | 21:27 | S | SHV001 | Emergency Call | RMC | PERRIN, ROBIN | Offender to Trinity Hospital per NELA d/t multiple stab wounds, and 1st degree burns to face.<br>ROS: Reports eye pain. @nd degree burn noted on Rt shoulder including pectoral area, Pt has rt eye covered with quaze and coban, partial rt side of face burned with hot water, approx 1st degree, approx 10-12 percent. Pt state they poured hot water on him after stabbing. Stab puncture noted to rt lateral flank side, pt states he noticed it looked like a ice pick approx around 4 inches, multiple puncture wounds (4) noted on dorsal more so on left side and middle of back, swelling and bleeding noted to area on upper dorsal area and rt flank area both areas covered with qauze and pressure dressing, no other bleeding noted.<br><br>Ct Chest/ABD/Pelvis with out contrast Impression: Small, roughly 5% pneumothorax on the left secondary to multiple penetrating injuries to the posterior thorax. No evidence of mediastinal or vasccular injury. Rt flank soft tissue injury without evidence of intra-abdominal findings.<br><br>CT Soft tissue neck with IV contrast Impression: Soft tissue injury to the left interior nek above the clavicle and left posterior thorax overlying the trapezium muscle. Associated soft tissue gas and edema without hematoma or convincing evidence of large vesel injury.<br><br>Offender to be transferred to Rapides Regional Medical Center for further evaluation and treatment. |
| 08/08/2022 | 20:30 | S | NURSE | NURSE NOTES | NURSE | PERRIN, ROBIN | Offender stabbed in an altercation in dorm. NELA dispatched. NELA on compound at 2030. NELA off compound enroute to Trinity Medical center at 2049. |
| 08/08/2022 | 08:30 | S | NURSE | NURSE NOTES | NURSE | BRELAND, CHRYSTAL | NUCLEAR STRESS TEST SCHEDULED FOR 8/10/22 AT 7:30 AM AND ECHO SCHEDULED FOR 8/11/22 AT 8:15 AM AT OCHSNER'S MONROE. TRANSPORTATION NOTIFIED. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/09/2022 | 04:10 | S | SHV001 | Emergency Call | RRMC | PERRIN, ROBIN | Mr young 38 year old gentleman about whom I was alerted via level 2 activation. I was present int he pt's room about an hour after he arrived. He is a prisoner and was stabbed 5 times across his bilateral back and his Rt flank. He was also scaleded with what he thinks was water across his face and rt shoulder. Imaging was concerning for a small pneumothorax on the rt side, about 5%. This has not enlarged over 4 hrs from his CT scan at Trinity until his CT scan here.<br><br>CT of Chest W/O contrast Impression: Small left anterior pneumothorax.<br>Chest AP only Impression: Normal single view of the chest.<br><br>The pt is a 38 year old male who presents with for punctures across his back in 1 over his flank. He has a small 5% pneummothorax on the rt side does not currently require chest tube. He also suffered a scalding injury across his rt shoulder and rt face. Appreciate Ophthalmology evaluation and assistance. Will continue with Silvadene treatment to affected areas. Will place on short course of antibiotics for shank injuries. Okay for diet today. Daily chest x-rays.<br><br>Seen and examined on second rounds. AAOx3. Superficial burns noted to face and rt shoulder. Will ask wound care input on burn care, will likely use transfer AG to cover shoulder/back burns. Rt eye corneal abrasion- artificial tears, antibiotic drops and ointment ordered oer optho recs. Multiple stab wounds: on Clinda, Rt flank and Lt shoulder wounds with associated hematoma, no active bleeding. Will add muscle relaxer. Encurage OOB, ambulate. Regular diet. CXR in am. |

CPSO_0084

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/10/2022 | 09:06 | S | NURSE | NURSE NOTES | RRMC | PERRIN, ROBIN | 38 year old who was transffed from Trinity Medical Center after an assulat that occured around 7:30 p.m. at Catahoula Correctional Facility. Per reports the was assaulted and stabbed in the back with an ice pick five times. He also had boiling water thrown on his face, chest, and rt arm. Inamging at the OSH revealed a small Lt PTX. Imaging was repeated upon arrival to this facility which showed stable appearance of the PTX. He was evalauted by Opthalmology due to rt eye pain and swelling with findings of corneal abrasion. He also was noted to have a loop recorder in place and cardiology consultation was requested for further evaluation. Wound care is following his burns. he was admitted to the med-surg floor where he has remained stable overnight.<br><br>Awake, alert, oriented, no acute distress, conversational, mental status normal. Stab wounds x 5. Burns to face, neck and Rt shoulder. Adn conjunctiva/sclera (corneal abrasion, rt) abnormal eyelids ( burns, blistering) abnormal periorbital.<br><br>Chest x-ray 8/10/22 Impression: Negative chest.<br><br>Multiple stabs wounds to back with small 5% right ptx on admit imaging. No visible ptx on CXR today. Hematoma to lt upper back, rt flank are stable in appearance. Respiratory exam stable on RA. Continue aggressive pulmonary toileting.<br><br>Scalding injury to rt face, neck, chest, and shoulder. Wound care consulted. Transfer AG placed per wound care recs. on short course of Clinda for skin coverage.<br><br>Opthalmology elvaluated due to rt eye pain. Noted to have corneal epithelial defect. Placed on antibiotic drops/ointment with artificial tears q2hours while awake. He will require re-eval later this week.<br><br>Cardiology consulted due to loop recorder in place. Loop recorder removed and to be returned per hospital staff. Echo pending. Has plans to complete NST prior to DC.<br><br>Tolerating regular diet. DC IVFs<br><br>Pain controlled on MMPR<br><br>Encourage OOB with every meal<br><br>Lovenox<br><br>Labs stable<br><br>Repeat CXR in AM<br><br>Social services following for discharge planning |

CPSO_0085

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/12/2022 | 07:41 | S | NURSE | NURSE NOTES | NURSE | PERRIN, ROBIN | Chest x-ray 8-12-22<br><br>Chest x-ray findings: The lungs are expanded without a pneumothorax. Blunting of the left costophrenic angle is noted again with very slight platelike atelectasis above the diaphragm. No other abnormalities are noted. |
| 08/11/2022 | 08:46 | S | NURSE | NURSE NOTES | NURSE | PERRIN, ROBIN | Progress notes for 8-11-22<br><br>Bowel movement, feeling better, pain controlled, tolerating diet. No complaints.<br><br>Stab wounds x5 to back/flank<br>Burns to face, neck and rt shoulder<br>Abn conjunctiva/sclera (corneal abrasion, rt) abnormal eyelids (burns, blistering) abnormal periorbital, burns to rt forehead, nose, rt cheek healing with only minimal SS drainage.<br>Multiple stab wounds, lt upper back stab wound with resolving hematoma, rt flank wound with stable hematoma<br>Burns to rt face, neck, chest, and shoulder with transfer AG and mepilex dressing in place.<br>Chest AP impression: Small left apical pneumothorax<br>Stable overnight, denies any new complaints.<br>Multiple stab wounds to back with small 5% rt ptx on admit imaging. CXR with stble left apical ptx as compared to yesterday. Respiratory exam stable on RA. Continue aggressive pulmonary toileting.<br>Scalding injury to rt face,neck, chest, and shoulder. Wound care consulted. Transfer AG placed per wound care recs. Dressing removed from facial burns with satisfactory wound healing. continue chest/shoulder dressing. On short course of Clinda for skin coverage.<br>Opthalmology evaluated due to rt eye pain. Noted to have corneal epithelial defect. Placed on antibiotic drops/ointment with artifical tears Q2 hours while awake . Will ask to re-evaluate today.<br>Cardiology consulted. Loop recorder removed and to be mailed in. Echo and NST pending today.<br>Tolerating regular diet with bowel acitivity. |

08/12/2022 09:23 S NURSE NURSE NOTES NURSE PERRIN, ROBIN

Catheterization Report 8-12-22

Procedure preformed: Lt heart catheterization / left ventriculography / coronary angiography via the right radial approach.

Indication for procedure: Evaluation of chest pain in a patient with an abnormal nuclear stress test.

Procedure in detail: Following an informed and witnessed consent, the patient was taken to the RRMC Cardiac Catheterization Laboratory. The right wrist was prepped with chlorhexidine, draped in a sterile manner, and anesthetized with 1% lidocaine. Using the midified Seldinger technique, I placed a 6-French vascular sheath in the rt radial artery. Following heparin 2000 units/nitroglycerin 400 mcg both given intrasheath, a 5-french JR4 diagnostic coronary catheter was advanced to the left ventricle and pressures were recorded. A single-plane 30-degree RAO left entriculogram was performed. An aortic pullback was performed. Right coronary angiograms were obtained in multiple projections with the JR4 catheter and left coronary angiograms were obtained with a 5-french JL3.5 coronary catheter.

Following removal of the catheter and sheath, hemostasis was obtained using the Hemoband compression device. the wound was bandaged and the pt was returned to his room with stable vital signs, no wound hematoma, and a warm and wll-perfused rt hand. There was no complications.

Pressure data: Aortic 99/65 mmHg and left ventricle 99/9 mmHg

Lt Ventriculography: There is normal symmetrical contactility. The estimated left ventricular ejection fraction is 60%. No mitral regurgitation is seen.

Coronary angiography: This is a right dominant system. The left main is free of stenoses and trifurcates into left anterior descending, ramus intermedius, and left circumflex coronary arteries. The LAD and circumflex are very large caliber vessels and are quite tortuous and are free of stenoses. The ramus intermedius is a medium-caliber vessel and is free of stenoses. The right coronary artery is a large-caliber tortuous vessel and is free of stenoses as is a large posterior descending artery.

Assessment:
1.) No coronary artery stenoses.
2.) Normal left ventricular systolic function ( estimated left ventricular ejection fraction equals 60%) and normal diastolic function ( left ventricular end-diastlic pressure equals 9 mmHg) with no segmental wall motion abnormalities.

resolved conj epi defect and residual punctate epi defect of the cornea.
Continue vigamox drops QID int he rt eye for 4 more days and stop ( total 7 days)
Decrease preservative free artificial tears in the rt to q4-5 hrs during day while awake.
Continue erythromycin eye ointment at night for 4 more days and stop ( total 7 days)
Avoid contact lens use until epithelial defect heals completely.
Follow up in eye clinic prn
Return precautions reviewed

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/12/2022 | 12:07 | S | NURSE | NURSE NOTES | NURSE | PERRIN, ROBIN | Ophthalmology Progress Note 8-12-22 |

Pt much better. Denies eye pain. States vision improved but still blurry.

Mr Young is a 38 yom inmate who was brought to the ED on 8-9-22 following assault during which he had boiling hot water thrown on his face. He stated he may also have gotten punched in his face in the process. Also sustained multiple stab wunds to his back. C/o pain and inability to open his rt eye since the incident that occured around 7:30 pm. Denies any penetrating injuries to the eye.

POH:
Is a myope, -4 to -4.5. Wears glasses and contacts. Last eye exam was in Fev 2022. He states he was told he has decreased blood supply to the blood vessels in his eye. Denies any visioin changes from it.

External exam:
Superficial burn injury involving the rt eye, nose and rt side of face healing. R periorbital edema improved.

Vacc near: OD: 20/25-2 OS: 20/20
IOP: 12//12 tp
EOM: full OU
Pupils: 5->3,perrl ou, no apd OU

Bedside exam with 20D:
l/l: Superficial burn injury RUL and RLL with periorbital edema OD, improved//wnl OS
s/c: WQ, conj abrasion healed OD//wnl OS
K: Punctate epithelial defect at 9:00 limbus. Rest of the cornea clear OD// clear OS
I: frr OU
AC: formed OU
Lens: phakic OU
N: pink/sharp OU, CDR 0.4
M: flat OU
V: wnl OU
P: no h/h/t ou
Vit: clear OU

A/P:
Corneal epithelial defect OD
Burn injury OD
38 yom inmate presented to the ED on 8/9/22 with burn injury involving the rt side of his face sustained from hot water thrown at him a few hours prior.
Exam 8-9-22 remarkable for BCVA 20/50, R periorbital edema and corneal epithelial defect involving the lower 2/3 of the cornea and small conj epithelial defect agjacent to the 9:00 limbus.
Exam today improved with BCVA 20/25 -2, normal IOP,

CPSO_0089

**Pericardium: There was no pericardial effusion. The pericardium was normal in appearance.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/12/2022 | 16:22 | S | NURSE | NURSE NOTES | NURSE | PERRIN, ROBIN | Echocardiogram Report 8-12-22 |

Echocardiogram Report 8-12-22

Indications: Chest pain

Procedure: The procedure was performed in the echo lab. The procedure was performed as an inpatient. This was a routine study. The transthoracic approach was used. The study included complete 2D imaging, M-mode, complete spectral doppler, and color doppler.

Summary:
-Left Ventricle: Systolic function was normal. Ejection fraction was estimated in the range of 55% to 65%. There were no regional wall motion abnormalities.

Left Ventricle: Size was normal. Systolic function was normal. Ejection fraction was estimated in the range of 55% to 65%. There were no regional wall motion abnormalities. Wall thickness was normal.

Aortic Valve: The valve was trileaflet. Leaflets exhibited normal thickness and normal cuspal seperation. Doppler: Transaortic velocity was within the normal range. There was no stenosis. There was no significant regurgitation.

Aorta: The root exhibited normal size.

Mitral Valve: Valve structure was normal. There was normal leaflet separation. Doppler: The transmitral velocity was within the normal range. There was no evidence for stenosis. There was no regurgitation.

Left Atrium: Size was normal.

Right Ventricle: The size was normal. Systolic function was normal. Wall thickness was normal.

Pulmonic Valve: Leaflets exhibited normal thickness, no calcification, and normal cuspal separation. Doppler: the transpulmonic velocity was within the normal range. There was no regurgitation.

Pulmonary Artery: The size was normal. Doppler: Systolic pressure was within the normal range.

Tricuspid Valve: The valve structure was normal. There was normal leaflet separation. Doppler: The transtricuspid velocity was within the normal range. There was no evidence for tricuspid stenosis. There was no regurgitation.

Right Atrium: Size was normal.

Systemic Veins: IVC: The inferior vena cava was normal in size.

**YOUNG, ROBERT** Book No: CCC0000006429 Cell: D38

| Event Date & Time | | Type | | EVENT | Location | Seen By | Comments |
|---|---|---|---|---|---|---|---|
| 08/17/2022 | 15:30 | S | SDR001 | Doctor Visit | JAILDR | PERRIN, ROBIN | Offender to doctor call for f/u stab wounds--s/p hospitalization at Rapides ( 5% pneumo with burn wounds). LHC and echo performed. No significant findings. EF>60%. no SOB, no Cough, no CP.<br>Physical Health Evaluation: AAOx4 CNII-XII GI<br>Face, neck and scalp- Mild healing burns to Rt cheek.<br>Eyes- EOMI<br>Heart-no M/G/R<br>Abdomen- BSx 4<br>Lower Extremities- no Edema, Pulses 2+, Rad/DP<br>Skin- Rt shest wall, shoulder and upper back healing burns with new pink tissue. Couple of small scabs. No signs of infection.<br>Assessment: 1.) S/P puncture wounds and 2nd degree burns 2.) GAD, SAD<br>Plan: 1.) Scheduled for release in a few days 2.) F/U in 6-8 weeks. Orders noted per this nurse. Follow up scheduled for 10-14-22. |
| 08/13/2022 | 11:23 | S | NURSE | NURSE NOTES | NURSE | PERRIN, ROBIN | |

CPSO_0092

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS

FACSIMILE TRANSMITTAL SHEET

## DEPARTMENT OF CORRECTIONS - MEDICAL

| | |
|---|---|
| TO: | DATE: 8/16 |
| TITLE: Medical | TOTAL NO. OF PAGES INCLUDING COVER: |
| AGENCY: Catahoula Correctional | FAX NUMBER: |

☐ URGENT ☒ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ AS DISCUSSED

| CASE MANAGERS: | FAX: 225-342-2622 |
|---|---|
| | Phone: |
| ☐ Tammy Ainsworth | 225-342-8726 |
| ☐ Charlotte Gouvier | 225-342-8710 |
| ☒ Alisa Horton | 225-342-8715 |
| ☐ Dawn Martin | 225-342-8711 |
| ☐ Tina Roshto | 225-342-8709 |

CBenr 8/19/22

1-15 Reviewed

NOTES/COMMENTS: Robert Young - D/C order & summary, LHC Report

*Thank you,*

*Alisa Horton*

This fax transmission, with any accompanying documents, may contain confidential information belonging to the sender that is protected by Federal Statues of Confidentiality (CFR 42). The Department of Public Safety and Corrections intends the information only for the individual or the entity named above. If you are not the intended recipient, or have received this fax in error, you are hereby notified that you are strictly prohibited from disclosing, copying, distributing, or taking any action in relation to the contents of this transmission. If you have received this transmission in error, please immediately notify us at 225-342-1320 to arrange for the return or destruction of this transmission and any related documents.

RAPIDES REGIONAL MEDICAL CENTER
211 4TH STREET
ALEXANDRIA, LA 71301

0812-0167 CATHETERIZATION REPORT

| | | | |
|---|---|---|---|
| PATIENT: YOUNG,ROBERT | | ACCOUNT NUMBER: | E00064243392 |
| MEDICAL RECORD #: | E001199243 | ROOM NUMBER: | E.724 A |
| PHYSICIAN: | Joseph W Landreneau, MD | DOB: | 04/13/84 |
| DATE OF ADMIT: | 08/09/22 | SEX: M | AGE: 38 |
| DATE OF DC: | | STATUS: ADM IN | |
| ATTENDING MD: | Linger,Matthew M MD | | |

PROCEDURE DATE: 08/12/2022

ATTENDING PHYSICIAN: Matthew Linger, MD

CARDIOLOGIST: Joseph Landreneau, MD

PROCEDURES PERFORMED: Left heart catheterization/left ventriculography/coronary angiography via the right radial approach.

INDICATION FOR PROCEDURE: Evaluation of chest pain in a patient with an abnormal nuclear stress test.

PROCEDURE IN DETAIL: Following an informed and witnessed consent, the patient was taken to the RRMC Cardiac Catheterization Laboratory. The right wrist was prepped with chlorhexidine, draped in a sterile manner, and anesthetized with 1% lidocaine. Using the modified Seldinger technique, I placed a 6-French vascular sheath in the right radial artery. Following heparin 2000 units/nitroglycerin 400 mcg both given intrasheath, a 5-French JR4 diagnostic coronary catheter was advanced to the left ventricle and pressures were recorded. A single-plane 30-degree RAO left ventriculogram was performed. An aortic pullback was performed. Right coronary angiograms were obtained in multiple projections with the JR4 catheter and left coronary angiograms were obtained with a 5-French JL3.5 coronary catheter.

Following removal of the catheter and sheath, hemostasis was obtained using the Hemoband compression device. The wound was bandaged and the patient was returned to his room with stable vital signs, no wound hematoma, and a warm and well-perfused right hand. There were no complications.

PRESSURE DATA: Aortic 99/65 mmHg and left ventricle 99/9 mmHg.

LEFT VENTRICULOGRAPHY: There is normal symmetrical contractility. The estimated left ventricular ejection fraction is 60%. No mitral regurgitation is seen.

CORONARY ANGIOGRAPHY: This is a right dominant system. The left main is free of stenoses and trifurcates into left anterior descending, ramus intermedius, and left circumflex coronary arteries. The LAD and circumflex are very large caliber vessels and are quite tortuous and are free of stenoses. The ramus

intermedius is a medium-caliber vessel and is free of stenoses. The right coronary artery is a large-caliber tortuous vessel and is free of stenoses as is a large posterior descending artery.

ASSESSMENT:
1. No coronary artery stenoses.
2. Normal left ventricular systolic function (estimated left ventricular ejection fraction equals 60%) and normal diastolic function (left ventricular end-diastolic pressure equals 9 mmHg) with no segmental wall motion abnormalities.

RECOMMENDATIONS: Evaluate for noncardiac sources of chest pain.

Dictated By: Joseph W Landreneau, MD

WT: CATH:E.MR/LANJO/NTS
DD: 08/12/2022 09:23:58
DT: 08/12/2022 15:45:07
Conf#: 566384/DID#: 7024780

cc: Winnfield Wellness Clinic

PATIENT NAME: YOUNG,ROBERT ACCOUNT #: E00064243392

RUN DATE: 08/14/22 Patient Care Inquiry **LIVE** for EQA.HAYSH PAGE 1
RUN TIME: 1244 ORDER RECORD
RUN USER: EQA.HAYSH

PATIENT YOUNG,ROBERT ACCT NO E00064243392 UNIT NO E001199243
ORDERED BY Harris Jones,Kallyn AGACNP-BC ENTERED BY EPP.JONKA 08/13/22 1122
OTHER PROV

ORDER NO. 0813-0041
CATEGORY DC PROCEDURE DCORD - Discharge Order STATUS TRA
PRIORITY ROUTINE QUANTITY SOURCE E FOR DATE 08/13/22 FOR TIME 1122

SIGNED BY
1 Harris Jones,Kallyn AGACNP-BC 08/13/22 1122

AUDIT TRAIL
1 08/13/22 1122 Order ENTER in POM
2 08/13/22 1122 Ordering Doctor: Harris Jones,Kallyn AGACNP-BC
3 08/13/22 1122 Order Source: EPOM
4 08/13/22 1122 Signed by Harris Jones,Kallyn AGACNP-BC
5 08/13/22 1122 This procedure has reflexed the following order(s)
6 08/13/22 1122 zMD: Telemetry Discontinue (NUR.PHYS)
7 08/13/22 1122 Discharge Follow Up (DC)
8 08/13/22 1134 order acknowledged

The admission order indicated an expected stay of two or more midnights.Please provide rationale for discharge earlier than expected.

Rationale for discharge prior to second midnight:

Supporting Documentation:

Discharge order: Y

IPO Pop Up Generated: N

Discharge to: Corrections Facility

RUN DATE: 08/14/22 Patient Care Inquiry **LIVE** for EQA.HAYSH PAGE 2
RUN TIME: 1244 ORDER RECORD
RUN USER: EQA.HAYSH

Diet: Regular

Activity: As Tolerated
Shower Only
Leave acticoat in place X 7
days; remove in shower in 1
week

Does patient have any of the following conditions at discharge? None

Statin at Discharge?
Statin Contraindications:
Other Specific Reason:
LDL Level:
Antithrombotic at Discharge?
Antithrombotic Contraindications:
Other Specific Reason:

HX or current AFIB/AFLUTTER:
Anticoagulation Therapy at Discharge?
Anticoagulation Contraindications:
Other Specific Reason:

Assessed for PT/OT/ST?

RUN DATE: 08/14/22 Patient Care Inquiry **LIVE** for EQA.HAYSH PAGE 2
RUN TIME: 1244 ORDER RECORD
RUN USER: EQA.HAYSH

Diet: Regular

Activity: As Tolerated
Shower Only
Leave acticoat in place X 7 days; remove in shower in 1 week

Does patient have any of the following conditions at discharge? None

Statin at Discharge?
Statin Contraindications:
Other Specific Reason:
LDL Level:
Antithrombotic at Discharge?
Antithrombotic Contraindications:
Other Specific Reason:

HX or current AFIB/AFLUTTER:
Anticoagulation Therapy at Discharge?
Anticoagulation Contraindications:
Other Specific Reason:

Assessed for PT/OT/ST?

RUN DATE: 08/14/22 Patient Care Inquiry **LIVE** for EQA.HAYSH PAGE 3
RUN TIME: 1244 ORDER RECORD
RUN USER: EQA.HAYSH

Reason for no PT/OT/ST:

Statin at Discharge:
EJ Fraction:
ACE/ARB/ARNI at Discharge:

Aspirin at Discharge:
Beta-Blocker at Discharge:
Antiplatelet/P2Y12 at Discharge:
Aldosterone Antagonist at Discharge:

Cardiac Rehab Referral:
Reason for no cardiac rehab referral:

Additional Discharge Routines: Consultant Follow-Up
Wound/Dressing Care
Attending Follow-Up
PEDS/Newborn Add. Routines:

PCP follow up timeframe:
PCP:
PCP:
PCP phone:
PCP appt date:
PCP appt time:

RUN DATE: 08/14/22 Patient Care Inquiry **LIVE** for EQA.HAYSH PAGE 4
RUN TIME: 1244 ORDER RECORD
RUN USER: EQA.HAYSH

PCP special instructions:

Notify PCP of Signs/Symptoms:

Wound/dressing care: Clean wound daily
Keep wound clean and dry
Leave dressing in place
OK to shower tomorrow

Equipment/supplies:

Return to work/school date:
Work/school restrictions:

Fluid Restriction Limit (mls/day):

RUN DATE: 08/14/22 Patient Care Inquiry **LIVE** for EQA.HAYSH PAGE 5
RUN TIME: 1244 ORDER RECORD
RUN USER: EQA.HAYSH

.

Weight Monitoring:

.

Follow up labs, procedures, treatments:

.

Additional instructions:

.

Attending Physician: LINMA Linger,Matthew M MD
Attending physician phone: (318)767-0605
Attending physician follow up timeframe: as needed
Attending physician appt date:
Attending physician appt time:

.

Attending physician special instructions:

.

Gently clean with soap and water daily, avoiding full bath:
Petroleum jelly and gauze w/diaper change for 3-4 days, or until healed:

RUN DATE: 08/14/22
RUN TIME: 1244
RUN USER: EQA.HAYSH

Patient Care Inquiry **LIVE** for EQA.HAYSH
ORDER RECORD

PAGE 6

The plastic ring, string, and black skin should fall off in 5-8 days:
Notify baby's doctor if the ring has not fallen off after 8 days:
Notify baby's doctor if the ring has slipped on the shaft of the penis:

Notify baby's doctor if excessive bleeding (a quarter size in the diaper):
Notify the baby's doctor if separation of the skin occurs:
Notify baby's doctor for signs and symptoms of infection:

Apnea/Bradycardia Monitor: Saturation Monitor:
02 Flow at Rest:
02 Flow with Handling/Feeding/Car Seat:

Additional Respiratory instructions:

Hearing Instructions:

Feeding: Route:

Frequency: Duration:

Additional Feeding Instructions:

RAPIDES REGIONAL MEDICAL CENTER (COCRA)
Discharge Summary
REPORT#:0813-0302 REPORT STATUS: Signed
DATE:08/13/22 TIME: 1123

PATIENT: YOUNG,ROBERT UNIT #: E001199243
ACCOUNT#: E00064243392 ROOM/BED: E.724-A
DOB: 04/13/84 AGE: 38 SEX: M ATTEND: Linger,Matthew M MD
ADM DT: 08/09/22 AUTHOR: Harris Jones,Kallyn AGACNP-BC
REP SRV DT: 08/13/22 REP SRV TM: 1123
* ALL edits or amendments must be made on the electronic/computer document *

General Information
Problem List/A P:
1. Multiple stab wounds

2. Traumatic pneumothorax

3. Ocular injury

4. Burn (any degree) involving 10-19% of body surface (Acute, Onset: 08/09/22)

Date of admission:
Observation Start Date: 08/09/22
Date of admission: 08/09/22

Discharge date: 08/13/22
Discharge diagnosis:
See above problem list
Hospital course:
38 y/o male presented to ED on 08/09 as a transfer from Trinity Medical Center after an assault that occurred at Catahoula Correctional Facility. Per reports, he was assaulted and stabbed in the back with an ice pick five times. He also had boiling water thrown on his face, chest, and right arm. Imaging at the OSH revealed a small L ptx. Imaging was repeated upon arrival to this facility which showed stable appearance of the ptx. He was admitted per our service to med-surg with consult to opthalmology due to right eye pain. He was evaluated per Dr. Gramates and found to have a R corneal abrasion. He was prescribed Vigamox drops , artificial tears, and erythromycin ointment. Cardiology was also consulted as he was noted to have a loop recorder in place. He was evaluated per Dr. Landreneau and underwent a LHC, with no findings of CAD or cardiac abnormalities. Chest pain determined to likely be secondary to anxiety. His burns were evaluated per wound care with recs for transfer AG. Last CXR obtained on 08/12 was negative for ptx. Presently, pt is with VSS, labs WNLs, resp exam stable on RA, pain is well controlled with current PO pain reigimen, and he is tolerating a regular diet with normal bowel function. He is stable for d/c back to correctional facility with orders for wound care and continuance of eye drops and ointment. For further details regarding pt's case, please see full medical record.
Consultants: ophthalmology
Pt. condition on discharge: improved, stable
Allergies:
Allergies:
olanzapine (From ZYPREXA) (Coded, UNKNOWN, 08/09/22)

EB FAP 8/19/22

Objective
VS/I O

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 08/13 1056 |
| B/P | 119/80 | 08/13 1056 |
| B/P Mean | 92.7 | 08/13 1056 |
| Temp | 97.5 | 08/13 1056 |
| Pulse | 74 | 08/13 1056 |
| Resp | 16 | 08/13 1056 |
| O2 Delivery | Room air | 08/11 0736 |

24 hour I O ending at 0700:

| | 08/13 0700 | 08/12 1900 |
|---|---|---|
| Intake Total | 240 | 120 |
| Output Total | | |
| Balance | 240 | 120 |
| Intake, Oral | 240 | 120 |
| Number Voids | 1 | |

PATIENT WEIGHT:

Weight (lb):
Weight (oz):
Weight (kg): 88.636

General appearance: alert, awake, no acute distress, conversational, mental status normal, no respiratory distress
Head/eyes: abnl conjunctiva/sclera (R corneal abrasion), abnormal eyelids (burns , blistering healing), abnormal periorbital, burns to R forehead, nose, R cheek healing w/only minimal SS drainage
ENT: moist mucosal membranes, normal dentition
Neck: full range of motion, supple/no meningismus, no JVD, no masses or swelling
Cardiovascular: BP/pulses equal bilat., normal capillary refill, pedal pulses present, regular rate rhythm
Respiratory: aerating well, symmetric expansion, no distress
GI: non-tender, soft, no distention, no guarding
Musculoskeletal: multiple stab wounds to back, left uppper back stab wound with resolved hematoma, R flank wound with resolving hematoma
Neuro/CNS: alert, normal speech, oriented X 3, no motor deficits, no sensory deficits
Glasgow Coma Score:
Copyright Sir Graham Teasdale Copyright Sir Graham Teasdale
Eye opening: (4) Spontaneous
Verbal response: (5) Oriented
Best motor response: (6) Obeys commands
GCS Score: 15
Skin: normal temperature, burns to R face, neck, chest, and shoulder with transfer AG and mepilex dressings in place
Psychiatry: normal affect, normal judgment/insight, normal mood

Results
Findings/Data:
Laboratory Tests:

| | 08/13 0454 |
|---|---|
| Chemistry | |
| Sodium (135 - 148 MMOL/L) | 138 |
| Potassium (3.3 - 5.1 MMOL/L) | 4.7 |
| Chloride (98 - 107 MMOL/L) | 101 |
| Carbon Dioxide (21 - 32 MMOL/L) | 29 |
| Anion Gap (0 - 15) | 8 |

| | |
|---|---|
| BUN (6 - 19 MG/DL) | 21 H |
| Creatinine (0.70 - 1.30 MG/DL) | 0.92 |
| Estimated GFR (>90) | >90 |
| Glucose (70 - 120 MG/DL) | 95 |
| Calculated Osmolality (275 - 305 mOsm/KG) | 289 |
| Calcium (8.4 - 10.7 MG/DL) | 9.3 |
| Hematology | |
| WBC (5.0 - 10.0 K/MM3) | 8.0 |
| RBC (4.20 - 5.40 M/MM3) | 4.37 |
| Hgb (12.0 - 16.0 GM/DL) | 13.3 |
| Hct (40.0 - 54.0 %) | 39.9 L |
| MCV (80.0 - 100.0 FL) | 91.3 |
| MCH (26.0 - 32.0 PG) | 30.4 |
| MCHC (32.0 - 36.0 G/DL) | 33.3 |
| RDW (11.5 - 14.5 %) | 11.7 |
| Plt Count (150 - 450 K/MM3) | 259.0 |
| MPV (8.5 - 12.5 FL) | 9.5 |

Results: labs reviewed, vital signs reviewed, vital signs stable, current med profile rev'd

Treatments Procedures
Treatments Procedures:
PROCEDURE DATE: 08/11/2022

PROTOCOL: Nuclear stress test.

CARDIOLOGIST: Joseph W Landreneau, MD

STRESS ELECTROCARDIOGRAPHY: Lexiscan 0.4 mg IV was administered to the patient. Serial vital signs and EKGs were obtained over the next 4 minutes. No ischemic ST-segment changes were noted.

IMPRESSION: Negative for ischemia electrocardiographically.

NUCLEAR STUDY: Technetium-99m Cardiolite 9.5 mCi pre-stress and 29.5 mCi post-stress was injected into the patient. Standard 3-plane tomographic SPECT imaging was carried out following each injection.

FINDINGS:
1. Small apical ischemic defect is noted.
2. Normal segmental left ventricular contractility.
3. Calculated left ventricular ejection fraction equals 65%.

Dictated By: Joseph W Landreneau, MD

EBert 8/19/22

PROCEDURE DATE: 08/12/2022

ATTENDING PHYSICIAN: Matthew Linger, MD

CARDIOLOGIST: Joseph Landreneau, MD

PROCEDURES PERFORMED: Left heart catheterization/left ventriculography/coronary angiography via the right radial approach.

INDICATION FOR PROCEDURE: Evaluation of chest pain in a patient with an

abnormal nuclear stress test.

PROCEDURE IN DETAIL: Following an informed and witnessed consent, the patient was taken to the RRMC Cardiac Catheterization Laboratory. The right wrist was prepped with chlorhexidine, draped in a sterile manner, and anesthetized with 1% lidocaine. Using the modified Seldinger technique, I placed a 6-French vascular sheath in the right radial artery. Following heparin 2000 units/nitroglycerin 400 mcg both given intrasheath, a 5-French JR4 diagnostic coronary catheter was advanced to the left ventricle and pressures were recorded. A single-plane 30-degree RAO left ventriculogram was performed. An aortic pullback was performed. Right coronary angiograms were obtained in multiple projections with the JR4 catheter and left coronary angiograms were obtained with a 5-French JL3.5 coronary catheter.

Following removal of the catheter and sheath, hemostasis was obtained using the Hemoband compression device. The wound was bandaged and the patient was returned to his room with stable vital signs, no wound hematoma, and a warm and well-perfused right hand. There were no complications.

PRESSURE DATA: Aortic 99/65 mmHg and left ventricle 99/9 mmHg.

LEFT VENTRICULOGRAPHY: There is normal symmetrical contractility. The estimated left ventricular ejection fraction is 60%. No mitral regurgitation is seen.

CORONARY ANGIOGRAPHY: This is a right dominant system. The left main is free of stenoses and trifurcates into left anterior descending, ramus intermedius, and left circumflex coronary arteries. The LAD and circumflex are very large caliber vessels and are quite tortuous and are free of stenoses. The ramus

PATIENT NAME: YOUNG,ROBERT ACCOUNT #: E00064243392
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> END OF PAGE
<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

intermedius is a medium-caliber vessel and is free of stenoses. The right coronary artery is a large-caliber tortuous vessel and is free of stenoses as is a large posterior descending artery.

ASSESSMENT:
1. No coronary artery stenoses.
2. Normal left ventricular systolic function (estimated left ventricular ejection fraction equals 60%) and normal diastolic function (left ventricular end-diastolic pressure equals 9 mmHg) with no segmental wall motion abnormalities.

RECOMMENDATIONS: Evaluate for noncardiac sources of chest pain.

Dictated By: Joseph W Landreneau, MD
Lab:
Chemistry last 24 hrs:

| | 08/13 0454 |
|---|---|
| Chemistry | |
| Sodium (135 - 148 MMOL/L) | 138 |
| Potassium (3.3 - 5.1 MMOL/L) | 4.7 |
| Chloride (98 - 107 MMOL/L) | 101 |
| BUN (6 - 19 MG/DL) | 21 H |
| Creatinine (0.70 - 1.30 MG/DL) | 0.92 |
| Glucose (70 - 120 MG/DL) | 95 |

Hematology last 24 hrs:

| | 08/13 0454 |
|---|---|
| Hematology | |
| WBC (5.0 - 10.0 K/MM3) | 8.0 |
| Hgb (12.0 - 16.0 GM/DL) | 13.3 |
| Hct (40.0 - 54.0 %) | 39.9 L |
| Plt Count (150 - 450 K/MM3) | 259.0 |

Imaging:
Recent Impressions:
RADIOLOGY - CHEST AP ONLY (PORT) 08/12 0530
*** Report Impression - Status: SIGNED Entered: 08/12/2022 0744

IMPRESSION: No pneumothorax seen. Minimal changes in the left lung base..
Electronically signed by: Alfred Mansour MD 8/12/2022 7:42 AM
CDT Workstation: 109-91346GS
Impression By: EMD.MANAL - Alfred Mansour, M.D.

Discharge Instructions

PCP
PCP:
PCP: No Primary or Family Physician

)( Discharge to: Corrections Facility

Discharge Instructions
Additional Discharge Routines: Attending Follow-Up, Consultant Follow-Up, Wound/ Dressing Care
)( Diet: Regular
)( Activity: As Tolerated, Shower Only, Leave acticoat in place X 7 days; remove in shower in 1 week
)( Wound/dressing care: Clean wound daily, Keep wound clean and dry, Leave dressing in place, OK to shower tomorrow
)( Notify PCP of these S/S: Chest Pain, Increased redness, Increased swelling, Increased tenderness/pain, Pus-like discharge, Shortness of breath, Temp. 101 or greater
Prescriptions: on chart
Discharge management: greater than 30 mins

Electronically Signed by Harris Jones,Kallyn AGACNP-BC on 08/13/22 at 1202
Electronically Signed by Linger,Matthew M MD on 08/13/22 at 1226

RPT #: 0813-0302
***END OF REPORT***

# Rapides Regional Medical Center

## CARDIAC CATH LAB POST PROCEDURE NOTE

R radial

Patient Name: Robert Young Date: 8/12/22 Time: 0915 Diet#: 566384

Cardiologist: Landreneau Assistant: A Horn Cath#:

Sedation Start Time: Case End Time: Cinc#:

Procedure: LHC ✓ RHC ___ PCI ___ Other:

Insertion Site: Rt. Femoral Artery ___ Lt. Femoral Artery ___ Other: ✓ R radial

Anticoagulation: Heparin EBL: 10 ml

Hemostasis: Manual ___ ANGIOSEAL ___ Suture Sheath: ___ Other: ✓ Hemoband

**PROCEDURE FINDINGS:**

RA ______ mmHg

RV ______

PA ______

PCWP ______

AO 99/65

LV 99/9

LVEF 60 %

MR 0

WM normal

Pre TIMI ___ Past % Stenosis ___

Pre TIMI ___ Past % Stenosis ___




Complications: none Pre TIMI ___ Past % Stenosis ___



No coronary artery stenoses
Good LV function

Signature: Joe Landreneau M.D. Date: Time:

Printed Name: *SPECIMENS NA

Ø primary

EDEMF7876 RRCLP10 08/12/2022 07:23 ETC8740

**DISCHARGE INSTRUCTIONS**

YOUNG, ROBERT
E00064243392/E001199243

RAPIDES REGIONAL MED CTR

It has been a pleasure caring for you. If you have questions or concerns, or your symptoms worsen after discharge, please contact your physician.

## DISCHARGE INFORMATION

**DISCHARGE TO:**
Corrections Facility

## YOUR DIET

Regular

## YOUR ACTIVITY

As Tolerated
Shower Only
Leave acticoat in place X 7 days; remove in shower in 1 week

## WOUND / DRESSING CARE

Clean wound daily
Keep wound clean and dry
Leave dressing in place
OK to shower ~~tomorrow~~ 1 week

EBrarc
8/19/22

## VACCINATION DATA

**COVID-19 Vaccine Admin 1 Date:** Unknown
**COVID-19 Vaccine Admin 1 Manufacturer:** Janssen/J and J

## NOTIFY PCP OF THESE SIGNS AND SYMPTOMS

Increased tenderness/pain
Increased swelling
Increased redness
Chest Pain
Temp. 101 or greater
Shortness of breath

DISCHARGE INSTRUCTIONS

YOUNG, ROBERT
E00064243392/E001199243

PHYSICIAN FOLLOWUP APPOINTMENTS

**Attending Physician:** Linger, Matthew M MD
**Attending Physician Phone:** (318)767-0605
**Followup Timeframe:** as needed

**Consulting Provider 1:** Landreneau, Joseph W MD
**Specialty:** CD
**Phone:** (318)442-8698
**Followup Timeframe:** as needed

**Consulting Provider 2:** Gramates, Peggy Helen MD
**Specialty:** Ophthalmology
**Phone:** (318)769-6020
**Followup Timeframe:** as needed

**Consult special instructions:**
Continue Vigomax drops as prescribed X 4 more days
Continue artificial tears to the R eye Q4-5 hrs while awake
Continue ointment to R eye at night X 4 more days

**For Patients Who Smoke**

**You should quit. It is the most important thing you can do for your health.**

**Here are other FREE resources you can use.**

**The American Cancer Society:** 1-800-227-2345
**The American Lung Association:** 1-800-548-8252
**Internet site:** http://smokefree.gov

DISCHARGE MEDICATIONS

**Please refer to the discharge medication list provided by the nurse at the time of discharge. Please be sure to take this list with you to your next physician office visit.**

RAPIDES REGIONAL MED CTR
**Name:** YOUNG,ROBERT
**Acct #:** E00064243392 **Room/Bed:** E.724/A
**Unit #:** E001199243 **Admit date:** 08/09/22
**Admit Physician:** Linger,Matthew M MD

Run Date/Time: 08/13/22 1326

RAPIDES REGIONAL MED CTR
DISCHARGE - PATIENT MEDICATION LIST

Printed By: E7A.BRATI

YOUNG,ROBERT

Acct# E00064243392
MR# E001199243

ALLERGIES: olanzapine (From ZYPREXA)
Adverse Drug Reactions: Patient ADRs have not been entered

PREFERRED PHARMACY: PAPER RX PREFERRED. . . LA.

***FINALIZED*** Discharge Medications ***FINALIZED***

This is the list of medications for you to take upon discharge.
Be sure to follow this list and do not take any meds not on this list.
Call your primary physician if any issues from these meds occur.

Updated Home Medication List

| GENERIC NAME (TRADE NAME) DOSE | ROUTE | FREQUENCY | QTY/DAYS |
|---|---|---|---|
| ASPIRIN (TRADE NAME: BAYER CHILDREN'S ASPIRIN)<br>81 MG | ORAL | TWICE DAILY<br>Next Dose due: ______ | |
| CLINDAMYCIN HCL (TRADE NAME: Cleocin HCL)<br>300 MG<br>Prescription Printed | ORAL | EVERY 8 HOURS<br>Next Dose due: 8/13 @ 2000 | #10 CAP |
| CYCLOBENZAPRINE (TRADE NAME: FLEXERIL)<br>10 MG<br>INDICATION: MUSCLE SPASMS<br>Prescription Printed | ORAL | THREE TIMES DAILY AS NEEDED<br>Next Dose due: ______ | #30 TAB |
| DULOXETINE (TRADE NAME: CYMBALTA)<br>30 MG | ORAL | EVERY MORNING<br>Next Dose due: ______ | |
| ERYTHROMYCIN 0.5% EYE OINTMENT (TRADE NAME: ERYTHROMYCIN 0.5% EYE OINTMENT)<br>1 APPLIC<br>Prescription Printed<br>RX Inst: apply to R eye at night for the next 4 nights | RIGHT EYE | AT BEDTIME<br>Next Dose due: 8/13 @ 2100 | #1 EACH |
| HYDROXYZINE PAMOATE (TRADE NAME: VistariL)<br>50 MG | ORAL | TWICE DAILY<br>Next Dose due: ______ | |
| HYPROMELLOSE (TRADE NAME: ISOPTO TEARS 0.5%)<br>1 DROP<br>INDICATION: DRY EYES<br>Prescription Printed | RIGHT EYE | EVERY 4 HOURS AS NEEDED<br>Next Dose due: Anytime | #1 EACH |



Patient/Representative Initials

MEDR

Run Date/Time: 08/13/22 1326

RAPIDES REGIONAL MED CTR
DISCHARGE - PATIENT MEDICATION LIST

Printed By: E7A.BRATI

YOUNG,ROBERT

Acct# E00064243392
MR# E001199243

ALLERGIES: olanzapine (From ZYPREXA)
Adverse Drug Reactions: Patient ADRs have not been entered

PREFERRED PHARMACY: PAPER RX PREFERRED, . . LA.

***FINALIZED*** Discharge Medications ***FINALIZED***

This is the list of medications for you to take upon discharge.
Be sure to follow this list and do not take any meds not on this list.
Call your primary physician if any issues from these meds occur.

Updated Home Medication List (Continued)

MOXIFLOXACIN (TRADE NAME: VIGAMOX 0.5%)
1 DROP RIGHT EYE FOUR TIMES DAILY
4 days
Prescription Printed Next Dose due: 8/13 @ 2100

OXYCODONE HCL/ACETAMINOPHEN (TRADE NAME: PERCOCET 5-325 MG)
1 TAB ORAL EVERY 6 HOURS AS NEEDED
INDICATION: Pain Scale 4-6 (MODERATE)
#28 TAB
Prescription Printed Next Dose due: ______________

Above is the list of medications to take at home until told to stop doing so by your doctor. If you take any drugs that are not on this list, call and tell your doctor. Give this NEW list to your doctor and pharmacy.

*** If the pharmacy is unable to fill your prescription, ask the pharmacist if ***
*** your prescription can be transferred to another pharmacy. If not, please ***
*** contact the prescribing doctor for a new prescription. ***
*** Please give this new list to your doctor(s). ***

YOUNG,ROBERT Acct# E00064243392 DOB: 04/13/84 Age: 38 Sex: M LOC: E.724-A
MR# E001199243 Adm/Svc: 08/09/22 Attend MD: Linger,Matthew M MD

Patient/Representative Signature Date/Time

MEDR