# PRISONER HOUSING AGREEMENT

This agreement is entered into this 16 day of October, 20 20 between the Calcasieu Parish Sheriff's Office (hereinafter referred to as the "CPSO"), and Catahoula Correctional Center (hereinafter referred to as "Housing Agency"), who hereby agree as follows:

## PURPOSE

The detention facilities of the Calcasieu Parish Sheriff's Office sustained significant damage as a result of the landfall of Hurricane Laura and, for a time, will be unable to safely house a prisoner population. As a result, the CPSO has a need to enter into agreements with other custodial law enforcement agencies to provide for the secure housing of Calcasieu Parish prisoners until the necessary repairs are made.

## DEFINITIONS

1. Pre-trial Prisoner: A prisoner that faces felony and/or misdemeanor charges that have not yet been adjudicated.

2. Sentenced Prisoner: A prisoner that has been adjudicated and sentenced to a parish jail sentence.

3. DOC Prisoner: A prisoner that has been adjudicated and sentenced to a term at hard labor. CPSO is not be responsible for the per diem for this type of inmate since payments are made by the Louisiana Department of Public Safety & Corrections.

4. Federal Prisoner: A prisoner being held at the CPSO pursuant to a U.S. Marshal or Bureau of Prisons housing contract whether pre-trial or awaiting designation.

5. Billing Coordinator: An institutional staff member of the CPSO Corrections Division designated by the Commander of Corrections to coordinate, monitor, and assist with the monthly billing process throughout the duration of this emergency situation.

## PERIOD OF PERFORMANCE

This agreement is intended to be effective either upon the time and date that the Housing Agency accepts inmates from Calcasieu, or upon the date of signature of both parties is affixed to this document, whichever occurs first. This agreement is intended to remain in effect as long as Housing Agency has custody of inmates from Calcasieu. This agreement may be terminated by either party after reasonable notice is given. Said notice must give both parties the necessary time to make arrangements for the housing and transfer of the inmates in question.

## GENERAL CONDITIONS

1. Housing Agency must meet the minimum standards as outlined in the LSA/DOC Basic Jail Guidelines or satisfy the American Correctional Association Standards. In addition, Housing Agency must comply with all applicable federal, state, or local laws and regulations.

2. Louisiana Department of Public Safety & Corrections (D.O.C.) has the authority to release any prisoner in their custody with exception of those that have detainers or charges pending with CPSO or other law

agencies. The Housing Agency will notify the CPSO prior to the actual custodial release of any D.O.C. inmate to ensure all local matters have been addressed.

3. CPSO has the sole authority to release a pre-trial or sentenced prisoner not in the custody of the Dept. of Public Safety. CPSO will notify the Housing Agency in their preferred method of communication (e-mail, fax) when a release is authorized.

4. In the event of any unauthorized release, the CPSO shall be immediately notified by the Housing Agency.

5. Housing Agency agrees that any escape, attempted escape, staff assault, serious illness or hospitalization of any prisoner held under the terms of this contract shall be reported to CPSO as soon as reasonably practical.

## CUSTODY AND SUPERVISION

1. Prisoners will follow the disciplinary rules of the Housing Agency.

2. The Housing Agency will utilize their own classification process to determine appropriate custody levels. The CPSO will provide any information relative to classification, past disciplinary issues, security threat group, and gang affiliation to the Housing Agency upon request.

3. The Housing Agency will notify the CPSO of any criminal charges filed against a prisoner or of any activity that would likely result in litigation.

## COURT, ATTORNEY VISITS, TRANSPORTATION

1. The CPSO will be responsible for transporting to and from any court related matters in the 14th Judicial District.

2. The Housing Agency will permit, to the extent possible, video conferencing for attorney visits or court appearances when in-person visits are not necessary. The CPSO will be responsible for verifying the counsel of record.

3. The CPSO will provide as much advance notice as is practical when a prisoner will be taken from the Housing Agency for any court appearance.

## INJURY AND EMERGENCY MEDICAL ATTENTION

1. The Housing Agency will be responsible for any medical treatment that occurs within the facility including dental care, mental health care, pharmaceuticals, and record keeping as necessary to meet applicable jail standards.

2. The Housing Agency will ensure adequate resources, training and personnel is available to provide emergency medical treatment for any prisoner they accept under this agreement. (ex. CPR, Basic First Aid)

3. In the event of a medical emergency, the Housing Agency shall proceed immediately with necessary treatment up to, and including, emergency transportation and hospitalization. In such an event, the Housing Agency shall notify the CPSO immediately regarding the nature of the illness or injury, type of treatment provided, and current location of the prisoner.

4. The Housing Agency will promptly forward medical invoices for outside medical care to the CPSO.

5. Prisoners may be charged a co-payment for medical services provided by the Housing Agency.

## LIABILITY

1. The Housing Agency accepts liability for the actions of its employees, agents and assigns in execution of the terms of this agreement and shall protect, defend, indemnify, save and hold harmless the CPSO and its' employees from and against any and all claims, demands, expenses, causes of action, judgements and liability arising out of, or in any way associated with, this agreement.

2. The Housing Agency also accepts responsibility for any and all costs, expenses, and attorney's fees incurred as a result of any claim, demand, cause of action, judgement or liability incurred as a result of their participation and/or performance with this agreement.

## BILLING AND FINANCIAL PROVISIONS

1. The Housing Agency will prepare and forward invoices for certification each month. Once an invoice has been approved and certified, it will be placed in line for payment with the appropriate department within the CPSO. Invoices may be sent to correctionsrecords@cpso.com or by mail to:

   Calcasieu Correctional Center
   5410 East Broad Street
   Lake Charles, LA 70615
   Attention: Christopher Domingue

2. To constitute a proper monthly invoice, the name and address of the facility, the name of each prisoner, the total days to be paid, the per diem

rate, and the total amount billed (total days multiplied by the rate per day) will be listed, along with the name, title, complete address and telephone number of the Housing Agency official responsible for invoice preparation.

## MODIFICATIONS AND PAYMENT DISPUTES

1. Either party may initiate a request for modification to this agreement in writing.

2. Payment disputes, questions, or concerns pertaining to this agreement will be resolved between CPSO Billing Coordinator and Housing Agency. Both parties agree they will use their best efforts to resolve the dispute in an informal fashion through consultation and communication, or other forms of non-binding alternative dispute resolution mutually acceptable to both parties.

**AGENCY BILLING**

| | | |
|---|---|---|
| Agency: | | Date: |
| Number of dedicated beds: | | |
| Per-Diem Rate: | $26.39 per day | per offender |

| | | |
|---|---|---|
| | | |

**Signature of Person Authorized to Sign (CPSO)**

Darren Boyd
Signature

DARREN BOYD
Print

ASSISTANT WARDEN
Title

**Signature of Person Authorized to Sign (Housing Agency)**

Sherman Ford
Signature

Sherman Ford
Print

(Warden) Administrator
Title