**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ROBERT YOUNG, | * | Civil Docket Number: |
| | * | 23-681-SDD-RLB |
| Plaintiff, | * | |
| | * | |
| v. | * | JUDGE: |
| | * | SHELLY D. DICK |
| JAMES LEBLANC, SECRETARY OF | * | |
| DEPARTMENT OF PUBLIC SAFETY AND | * | |
| CORRECTIONS, et al., | * | MAGISTRATE: |
| | * | RICHARD L. BOURGEOIS |
| Defendants. | * | |

**NOTICE OF RULE 30(b)(6)**

To Defendants, through their counsel:

Counsel for Catahoula Parish Sheriff's Office Defendants:

TIMOTHY R. RICHARDSON (LSBN 27625)
RONALD S. BRYANT (LSBN 36110)
**FROSCH, RODRIGUE, ARCURI, L.L.C.**
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
P: (504) 592-4600
F: (504) 592-4641
trichardson@fralawfirm.com
sbryant@fralawfirm.com

Counsel for Calcasieu Parish Sheriff:

**DAVID P. BRUCHHAUS (#24326)**
WESLEY A. ROMERO (#33344)
JAMIE C. GARY (#29203)
LENZI C. HEBERT (#38544)
**MUDD, BRUCHHAUS & KEATING, LLC**
422 E. College Street, Suite B
Lake Charles, LA 70605
Telephone: (337) 562-2327
Facsimile: (337) 562-2391
Email: dbruchhaus@mbklaw.net

lhebert@mbklaw.net

Counsel for LeBlanc and Smith:
**ELIZABETH MURRILL, ATTORNEY GENERAL**
**ALLEN J. KROUSE, III (#14426)**
**RENEE G. CULOTTA (#24436)**
**SUZANNE M. RISEY (#25488)**
**FRILOT LLC**
Special Assistant Attorneys General
1100 Poydras Street, Ste 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
Email: akrouse@frilot.com
rculotta@frillot.com
srisey@frilot.com

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Pro. 30(b)(6), Plaintiff, through his counsel, will take the deposition of one or more officers, directors, or other representatives who shall be designated to testify on behalf of Calcasieu Parish Sheriff Tony Mancuso and his office (CPSO) regarding all information known or available to these Defendants with respect to the following subjects:

1. Efforts to locate alternative locations to hold CPSO detainees and prisoners after Hurricane Laura, specifically including:
    a. inquiries made to other parishes, private prison operators, and the Department of Public Safety and Corrections (DPSC) to identify alternative locations;
    b. criteria used to evaluate potential alternative locations; and
    c. final decision making regarding alternative locations to hold CPSO detainees.
2. Practices for reporting requirements for facilities holding CPSO detainees and enforcement of such reporting requirements;
3. The negotiation and perfection of the housing agreement between Catahoula Correctional Center (CCC) and CPSO;

4. Reporting and information CPSO received from CCC related to CPSO detainees;
5. Notifications CPSO received from CCC related to hospitalizations and other emergency medical care CPSO detainees received while at CCC;
6. Reviews, corrections, and payment of invoices received from CCC for holding CPSO detainees.

The deposition will commence on February 25, 2025, beginning at 9:00 a.m., and continuing up to seven (7) hours. Pursuant to Fed. R. Civ. P. 30(b)(4), by stipulation of the parties, the deposition will be conducted by remote means via Zoom. Testimony will be recorded by stenographic means and will be recorded on video and audio via Zoom or otherwise.

Respectfully submitted,

/s/ Elizabeth Cumming
**ELIZABETH CUMMING (**Bar Roll No. 31685), T.A.
**EMILY WASHINGTON** (Bar Roll No. 34143)
**JACK STEPHENS** (Bar Roll No. 41468)
**RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER**
4400 S. Carrollton Ave.
New Orleans, LA 70119
Phone: (504) 620-2259
Fax: (504) 208-3133
elizabeth.cumming@macarthurjustice.org
emily.washingting@macarthurjustice.org

-AND-

/s/ Stephen J. Haedicke
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke
1040 Saint Ferdinand St.
New Orleans, LA 70117
(504)291-6999 Telephone
(504)291-6998 Fax
stephen@haedickelaw.com