# CATAHOULA CORRECTIONAL CENTER

, 0
For Month Beginning: 06/01/21

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name / Race Sex DOB | Social Security # | Booking No. | FBI # / SID | Birth City | IdentA / IdentB |
|---|---|---|---|---|---|
| Monthly Housing | Began: 06/14/2021 | End: | | Days: 17 | Amount: $448.63 |
| **ANDERSON, ZYTERIUS** | | | | | |
| B M 07/28/2002 | PRIVATE | CCC0000002736 | | | |
| **Monthly Housing** | Began: 03/08/2021 | End: | | Days: 30 | **Amount: $791.70** |
| **ANDRES-URBINA, GUILLERMO** | | | | | |
| W M 04/20/1983 | PRIVATE | CCC0000003602 | | | |
| **Monthly Housing** | Began: 06/04/2021 | End: | | Days: 27 | **Amount: $712.53** |
| **ANDREWS, TOBIAS** | | | | | 726565 |
| B M 10/15/1994 | PRIVATE | CCC0000001872 | | | |
| **Monthly Housing** | Began: 10/28/2020 | End: | | Days: 30 | **Amount: $791.70** |
| **ANING, JAMES** | | | | | |
| W M 07/01/1985 | PRIVATE | CCC0000003679 | | | |
| **Monthly Housing** | Began: 06/14/2021 | End: | | Days: 17 | **Amount: $448.63** |
| **ARCENEAUX, DAMARCUS** | | | | | |
| B M 01/13/2003 | PRIVATE | CCC0000003210 | | | |
| **Monthly Housing** | Began: 05/03/2021 | End: | | Days: 30 | **Amount: $791.70** |
| **ARCENEAUX, DARRICK SR** | | | | | |
| B M 09/15/1983 | PRIVATE | CCC0000003658 | | | |
| **Monthly Housing** | Began: 06/11/2021 | End: | | Days: 20 | **Amount: $527.80** |
| **ARCENEAUX, JACOBIE** | | | | | |
| B M 12/30/1992 | PRIVATE | CCC0000003685 | | | |
| **Monthly Housing** | Began: 06/14/2021 | End: 06/14/2021 | | Days: 0 | **Amount: $0.00** |
| **ARDOIN, KODY** | | | | | |
| W M 11/10/1995 | PRIVATE | CCC0000002518 | | | |
| **Monthly Housing** | Began: 01/22/2021 | End: 06/14/2021 | | Days: 13 | **Amount: $343.07** |
| **ATWELL, MICHAEL** | | | | | |
| W M 08/02/1975 | PRIVATE | CCC0000003741 | | | |
| **Monthly Housing** | Began: 06/21/2021 | End: | | Days: 10 | **Amount: $263.90** |
| **BAKER, BRENT** | | | | | |
| W M 05/14/1970 | PRIVATE | CCC0000002893 | | | |
| **Monthly Housing** | Began: 03/29/2021 | End: | | Days: 30 | **Amount: $791.70** |