# CATAHOULA PARISH SHERIFF

PRINT DATE: 06/15/2021 **NUMBER: 2021060145** Page 1

Received: 06/10/2021 09:20 Incident No: 2021060145 Signal: EMS
Dispatched: 06/10/2021 09:22 Location: 499 OLD COLUMBIA ROAD HARRISONBURG
Enroute: Occurrence: 06/10/2021 09:20
Arrived: 06/10/2021 09:40 X Coordinate: Y Coordinate:
Completed: 06/10/2021 10:55
Status Date/Time: 06/14/2021 10:50 Status: PENDING Clearance:

Dispatch Notes: 2017100001 06/10/2021 9:22:36: LT. PRICE AT CCC CALLED CPSO ADV TO SEND A AMBULANCE TO CCC FOR INMATE (LARRY SMITH) WHO WAS NOT BREATHING.

CPSO ADV NELA
2017100001 06/10/2021 9:51:11: CP-2 ROY ADV HIM AND CP-3 ADAMS ARE 10-8 ENR TO TRINITY MEDICAL. CP-3 ADAMS IS IN THE AMBULANCE AND CP-2 ROY IS 1014 AMBULANCE.
2017100001 06/10/2021 9:52:26: CP-30 WILEY AND CP-4 ROUSE BACK 10-8 10-98
2017100001 06/10/2021 10:20:43: CP-2 ROY AND CP-3 ADAMS ADV 10-97 TRINITY
2017100001 06/10/2021 11:02:15: CP-2 ROY ADV INMATE IS 10-7
2017100001 06/10/2021 11:02:27: CP-4 ROUSE HAS BEEN NOTIFED

## *********** OFFENDER ***********

ID # 2021050088 ARDOIN, KODY LADELLE <u>Home/Business</u>
, HARRISONBURG LA 0000 (318)
TYPE OF INDIVIDUAL I (318)
(318)

DOB: / / AGE: 31 +/-00 RACE:U SEX:U Height: 0- 0 Weight: 0 SSN: PRIVATE
OLN: State: LA Class: Commercial: Birth City/State:
Appearance: Build: Complexion: Ethnicity:U Eyes:XXX
Hair: XXX Hair Length: Hair Style: Resident: U M.O.:
EMPLOYER:

HATE/BIAS MOTIVATED: UNKNOWN CLOTHING:
OFFENDER USED: NOT APPLICABLE

**OFFENSE** 1 OFFENSE (RS #) 14:31 ATTEMPTED: **NO** UCR Code: 09A
MANSLAUGHTER Modifier: **None**

Offense Connected to Victim Sequence Number: 1 SMITH, LARRY`

## *********** VICTIM(S) **********

ID # 2021060056 SMITH, LARRY` <u>Home/Business</u>
5445 HICKERSON ST , NAPOLEONVILLE LA 703900 (858) 218-2317
TYPE OF INDIVIDUAL I (318)
(318)

DOB: 1/20/1990 AGE: 31 +/-00 RACE:B SEX:M Height: 5- 6 Weight: 185 SSN: PRIVATE
OLN: State: LA Class: Commercial: Birth City/State:
Appearance: Build: Complexion: Ethnicity:N Eyes:BRO
Hair: BLK Hair Length: Hair Style: Resident: N M.O.:
EMPLOYER:

INJURY TYPE(S): ☐ None ☐ Broken Bones ☒ Internal ☐ Lacerations ☐ Minor ☐ Major ☐ Teeth ☐ Unconscious

# CATAHOULA PARISH SHERIFF



Agency: CPSO
Incident No: 2021060145
Author: ADAMS, BEN
Title: INVESTIGATION
Date Entered: 6/14/2021
Report Type: I

Case # 202160145
Detective Ben Adams

10, June 2021 at approximately 09:20 hours Sheriff Toney Edwards advised his Detective Division of a death of an inmate offender at the Catahoula Correctional Center.
Chief Investigator Bubba Roy & I Detective Ben Adams responded to the facility to find Northeast Ambulance Service and a facility nurse (Robin Perrin) actively working on the patient providing advanced life support for patient Larry Smith.

NELA transported the patient to Trinity Medical Center Emergency Room in Ferriday, Louisiana. Upon arrival patient care was transferred to the emergency room staff where they continued ALS measures.

Dr. Broussard pronounced the time of death at 10:40 hours. Rectal body temp 100.6 @ 10:49 hours.

Deceased Inmate Offender:
Larry Smith
5445 Hickerson Street
Napoleonville, La. 70390
Phone # 850-218-2317

Det. Roy and I examined the body and took photographs of the victim's hands, face, eyes, hemotoma on left eye area, small laceration on rear left hip area, and both hands. See photographs.

Chief Roy and I left Trinity Medical Center and returned to the Catahoula Correctional Center to meet with the Warden and his staff. Major Wesley Lea and I Detective Adams conducted a recorded interview with Inmate Offender Kody Ardoin in reference to an incident that took place with Larry Smith (see video).

Interview with Inmate Offender:
Kody Ardoin
318 Phils Lane #7
Lake Charles, La. 70611

Synopsis of interview:
I/O Kody Ardoin states that he was asleep in his bunk and woke up to Larry Smith standing over him laughing saying surprise I got you now.
Ardoin further states that Smith put his hand inside his waistline as if he had something inside his pants like a shank.

# CATAHOULA PARISH SHERIFF



Ardoin stated that he felt like Smith had a shank in his hand.
Ardoin states that Smith then grabbed him in a guillotine choke hold and was choking him.
Ardoin states that he was able to flip Smith over, and he ended up on top of Smith.
He states that they were fist fighting and Smiths head hit the concrete wall. They then fell to the floor and Ardoin states he kicked Smith a couple times in his lower body. He states that Smith said "stop stop".
Ardoin said they stopped fighting and he helped Smith up, and sat him on the bunk.
He said Smith began to complain that he could not breath, so he beat on the door to call for help from the guards.
Ardoin has a long scratch on his back and bruised knuckle on both hands.

Larry Smith was placed inside cell # 12 due to fighting with someone in D-dorm? Per Asst. Warden Eric Stott.

Inside cell # 12 were the following inmate offenders.
No particular order: Kody ArdoinLaSammie BoyetteHercules GrigsbyMicheal
Authment
Ijahmaan MasonAaron BatesJames WalkerLarry Smith

11, June 2021 I spoke with Larry Smith's sister – Latoya Williams 225-428-5017 in reference to this matter.
I explained to her that I could not release any detail at this time due to the fact that is an active investigation. I did tell her that the body had been sent for an autopsy and as soon as possible I will call her with information that could be released. Samantha Cortez Sister – 337-256-7771.

11, June 2021 A warrant for Manslaughter was drawn and signed by Judge John Reeves of the 7th Judicial District Court for Manslaughter. Kody Ardoin was booked into the Catahoula Parish Jail.

14, June 2021 Sheriff Edwards had spoken with Mrs. Cortez on the phone and informed me to make contact with her in the case. He stated for me to have Det. Sheppard contact her as well on the victims reparation funding. I spoke with Mrs. Cortez and told her that I had arrested Kody Ardoin for manslaughter, and that I would bring him before the judge for a bond setting later today. She asked that we keep her in the loop on the bond settings amounts or any court dates pertaining to her brothers case.

Photograph of cell. See attachment.
Measurements of the cell area. See attachment.
Wounds on body of victim. See attached photographs.

Larry Smith was sent by Catahoula Parish Coroner Raymond Rouse to the Louisiana Forensics Laboratory in Broussard Louisiana for an autopsy. Preliminary Anatomic Diagnosis states - Preliminary Cause of Death:
Likely: Penetrating injury to mouth into sinus due to assault, with contributions of HTNASCVD and

# CATAHOULA PARISH SHERIFF



obesity (BMI=32). Death has been ruled a Homicide by Dr. Christopher Tape, MD.

14, June 2021 Kody Ardoin was brought before Judge Kathy Johnson 7th Judicial District Judge and his bond was set in the amount of $75,000.00. The Indigent Defender Board was ordered to represent Ardoin.

Detective Ben Adams