# Incident Report

Incident: 2022-00002446

**Print Date/Time:** 04/21/2025 11:18
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

**Incident Type:** Informational
**Reporting Officer:** 10105 - Hollan
**Incident Date/Time:** 04/27/2022 10:24 AM
**Reported Date/Time:** 04/27/2022 10:24 AM
**Incident Location:**
**Description:** Inmate fight and injuries.

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Pullard, David Lynn, Jr | Offender | 2022-00001396 | N |

## Subject Charges

## Activity

## Violations

**Seq Number:** 1 **Violator:** Pullard, David Lynn **Violation:** Medical Issue
**Location:** **Requires Reclassification:** N

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

On April 27, 2022 at approximately 1000 hours, I Sgt. Michael Hollan was contacted by Warden Eric Stott from Catahoula informing me that there was a fight at the facility on the 26th of April, 2022. During this incident, Inmate David Pullard was injured and sent to the hospital. See documents for further details. EOR/NFI

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

**Medical Notified:** ________ YES ________ NO **Date:** ______________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

**David Pullard**

# CATAHOULA CORRECTIONAL CENTER

## UNUSUAL OCCURRENCE REPORT

| NAME: | NUMBER: | DORM/CELL | DATE OF INCIDENT | TIME: |
|---|---|---|---|---|
| NATHANIEL CONNOR | 2022040107 | D | 04/26/22 | 2300 |

| LOCATION OF INCIDENT: | WITNESSES: |
|---|---|
| D-DORM | |

TYPE OF INCIDENT CHECK APPROPRIATE BOX(ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| X | AGGRAVATED FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | OTHER: | | | | | | |
| | CHEMICAL AGENTS USED | | | | MECHANICAL RESTRAINTS USED | | | | |

ON THE ABOVE DATE AND APPROXIMATE TIME, ON THE ABOVE DATE AND APPROXIMATE TIME A CODE 3 WAS CALLED IN D-DORM, I LT. CALEB ROBINSON AND OTHER B-TEAM OFFICERS RESPONDED WE FOUND OFFENDERS NATHANIEL CONNER (2022040107) AND DAVID PULLARD WERE INJURED. OFFENDER PULLARD HAD MULTIPLE INJURIES TO THE HEAD AND OFFENDER CONNER HAD MULTIPLE STAB WOUNDS. DUE TO THE SERIOUSNESS OF THE INJURIES AN AMBULANCE WAS CALLED FOR BOTH OFFENDERS. BOTH OFFENDERS WERE TAKEN TO RAPIDES REGIONAL MEDICAL CENTER. ON EXTENSIVE REVIEW OF CAMERA FOOTAGE IT WAS SEEN THAT THE 2 OFFENDERS WERE ATTACKED BY OFFENDERS, EDWARD JOHNSON (573898), JASON DUROUSSEAU (478828), JACOBY WILSON (2021110194), ARMON WILSON (2021120043). OFFENDER JOHNSON AND DUROUSSEAU ATTACKED FIRST AND BOTH WILSONS JOINED IN AFTERWARD STOMPING ON OFFENDER CONNER AFTER HE WAS DOWN. E.O.R.

Caleb Robinson
CALEB ROBINSON LT. B-TEAM
REPORTING OFFICER

4/26/22 0400
DATE AND TIME COMPLETED

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Chris Dominguez
Deputy Sheriff
Calcasieu Parish, Louisiana

# CATAHOULA CORRECTIONAL CENTER

## UNUSUAL OCCURRENCE REPORT

| NAME: | NUMBER: | DORM/CELL | DATE OF INCIDENT | TIME: |
|---|---|---|---|---|
| DAVID PULLARD | 629327 | D | 04/26/22 | 2300 |

| LOCATION OF INCIDENT: | WITNESSES: |
|---|---|
| D-DORM | |

TYPE OF INCIDENT CHECK APPROPRIATE BOX(ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| X | AGGRAVATED FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | OTHER: | | | | | | |
| | CHEMICAL AGENTS USED | | MECHANICAL RESTRAINTS USED | | | | | | |

ON THE ABOVE DATE AND APPROXIMATE TIME, ON THE ABOVE DATE AND APPROXIMATE TIME A CODE 3 WAS CALLED IN D-DORM, I LT. CALEB ROBINSON AND OTHER B-TEAM OFFICERS RESPONDED WE FOUND OFFENDERS NATHANIEL CONNER (2022040107) AND DAVID PULLARD WERE INJURED. OFFENDER PULLARD HAD MULTIPLE INJURIES TO THE HEAD AND OFFENDER CONNER HAD MULTIPLE STAB WOUNDS. DUE TO THE SERIOUSNESS OF THE INJURIES AN AMBULANCE WAS CALLED FOR BOTH OFFENDERS. BOTH OFFENDERS WERE TAKEN TO RAPIDES REGIONAL MEDICAL CENTER. ON EXTENSIVE REVIEW OF CAMERA FOOTAGE IT WAS SEEN THAT THE 2 OFFENDERS WERE ATTACKED BY OFFENDERS, EDWARD JOHNSON (573898), JASON DUROUSSEAU (478828), JACOBY WILSON (2021110194), ARMON WILSON (2021120043). OFFENDER JOHNSON AND DUROUSSEAU ATTACKED FIRST AND BOTH WILSONS JOINED IN AFTERWARD STOMPING ON OFFENDER CONNER AFTER HE WAS DOWN. E.O.R.

Caleb Robinson
CALEB ROBINSON LT. B-TEAM
REPORTING OFFICER

4/26/22 0400
DATE AND TIME COMPLETED

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2022-00002445

**Print Date/Time:** 04/21/2025 11:19
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

| | | | |
|---|---|---|---|
| **Incident Type:** | Informational | **Reporting Officer:** | 10105 - Hollan |
| **Incident Date/Time:** | 04/27/2022 10:20 AM | **Reported Date/Time:** | 04/27/2022 10:20 AM |
| **Incident Location:** | | | |
| **Description:** | Inmate fight and injuries | | |

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Conner, Nathaniel Joseph | Offender | 2022-00001576 | N |

## Subject Charges

## Activity

## Violations

| | | | | | |
|---|---|---|---|---|---|
| **Seq Number:** 1 | **Violator:** | Conner, Nathaniel Joseph | **Violation:** | Medical Issue | |
| **Location:** | | | **Requires Reclassification:** | N | |

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

On April 27, 2022 at approximately 1000 hours, I Sgt. Michael Hollan was contacted by Warden Eric Stott from Catahoula informing me that there was a fight at the facility on the 26th of April, 2022. During this incident, Inmate Nathaniel Conner was injured and sent to the hospital. See documents for further details. EOR/NFI

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

**Medical Notified:** __________ YES __________ NO **Date:** ______________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

**Nathaniel Conner**

# CATAHOULA CORRECTIONAL CENTER

## UNUSUAL OCCURRENCE REPORT

| NAME: | NUMBER: | DORM/CELL | DATE OF INCIDENT | TIME: |
|---|---|---|---|---|
| NATHANIEL CONNOR | 2022040107 | D | 04/26/22 | 2300 |

| LOCATION OF INCIDENT: | WITNESSES: |
|---|---|
| D-DORM | |

TYPE OF INCIDENT CHECK APPROPRIATE BOX(ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| X | AGGRAVATED FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | OTHER: | | | | | | |
| | CHEMICAL AGENTS USED | | MECHANICAL RESTRAINTS USED | | | | | | |

ON THE ABOVE DATE AND APPROXIMATE TIME, ON THE ABOVE DATE AND APPROXIMATE TIME A CODE 3 WAS CALLED IN D-DORM, I LT. CALEB ROBINSON AND OTHER B-TEAM OFFICERS RESPONDED WE FOUND OFFENDERS NATHANIEL CONNER (2022040107) AND DAVID PULLARD WERE INJURED. OFFENDER PULLARD HAD MULTIPLE INJURIES TO THE HEAD AND OFFENDER CONNER HAD MULTIPLE STAB WOUNDS. DUE TO THE SERIOUSNESS OF THE INJURIES AN AMBULANCE WAS CALLED FOR BOTH OFFENDERS. BOTH OFFENDERS WERE TAKEN TO RAPIDES REGIONAL MEDICAL CENTER. ON EXTENSIVE REVIEW OF CAMERA FOOTAGE IT WAS SEEN THAT THE 2 OFFENDERS WERE ATTACKED BY OFFENDERS, EDWARD JOHNSON (573898), JASON DUROUSSEAU (478828), JACOBY WILSON (2021110194), ARMON WILSON (2021120043). OFFENDER JOHNSON AND DUROUSSEAU ATTACKED FIRST AND BOTH WILSONS JOINED IN AFTERWARD STOMPING ON OFFENDER CONNER AFTER HE WAS DOWN. E.O.R.

Caleb Robinson
CALEB ROBINSON LT. B-TEAM
REPORTING OFFICER

4/26/22 0400
DATE AND TIME COMPLETED

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

# CATAHOULA CORRECTIONAL CENTER

## UNUSUAL OCCURRENCE REPORT

| NAME: | NUMBER: | DORM/CELL | DATE OF INCIDENT | TIME: |
|---|---|---|---|---|
| DAVID PULLARD | 629327 | D | 04/26/22 | 2300 |

| LOCATION OF INCIDENT: | WITNESSES: |
|---|---|
| D-DORM | |

TYPE OF INCIDENT CHECK APPROPRIATE BOX(ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| X | AGGRAVATED FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | OTHER: | | | | | | |
| | CHEMICAL AGENTS USED | | | | MECHANICAL RESTRAINTS USED | | | | |

ON THE ABOVE DATE AND APPROXIMATE TIME, ON THE ABOVE DATE AND APPROXIMATE TIME A CODE 3 WAS CALLED IN D-DORM, I LT. CALEB ROBINSON AND OTHER B-TEAM OFFICERS RESPONDED WE FOUND OFFENDERS NATHANIEL CONNER (2022040107) AND DAVID PULLARD WERE INJURED. OFFENDER PULLARD HAD MULTIPLE INJURIES TO THE HEAD AND OFFENDER CONNER HAD MULTIPLE STAB WOUNDS. DUE TO THE SERIOUSNESS OF THE INJURIES AN AMBULANCE WAS CALLED FOR BOTH OFFENDERS. BOTH OFFENDERS WERE TAKEN TO RAPIDES REGIONAL MEDICAL CENTER. ON EXTENSIVE REVIEW OF CAMERA FOOTAGE IT WAS SEEN THAT THE 2 OFFENDERS WERE ATTACKED BY OFFENDERS, EDWARD JOHNSON (573898), JASON DUROUSSEAU (478828), JACOBY WILSON (2021110194), ARMON WILSON (2021120043). OFFENDER JOHNSON AND DUROUSSEAU ATTACKED FIRST AND BOTH WILSONS JOINED IN AFTERWARD STOMPING ON OFFENDER CONNER AFTER HE WAS DOWN. E.O.R.

Caleb Robinson
CALEB ROBINSON LT. B-TEAM
REPORTING OFFICER

4/26/22 0400
DATE AND TIME COMPLETED

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2022-00002253

**Print Date/Time:** 04/21/2025 11:20
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

| | | | |
|---|---|---|---|
| **Incident Type:** | Informational | **Reporting Officer:** | 10105 - Hollan |
| **Incident Date/Time:** | 04/20/2022 12:35 PM | **Reported Date/Time:** | 04/20/2022 12:35 PM |
| **Incident Location:** | Offsite | | |
| **Description:** | Inmate broke his jaw | | |

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Mixon, Frederick Kelvin | Offender | 2022-00000867 | N |

## Subject Charges

## Activity

## Violations

| | | | | | |
|---|---|---|---|---|---|
| **Seq Number:** | 1 | **Violator:** | Mixon, Frederick Kelvin | **Violation:** | Medical Issue |
| **Location:** | | | | **Requires Reclassification:** | N |

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

On 4/19/2022 at approximately 0830 hours, I Sgt. Michael Hollan was informed by Warden Eric Stott from Catahoula that Inmate Frederick Mixon had his jaw broken in 3 spots the night before. Mixon claimed he fell of of the bunk. Stott then informed me that the particular dorm he was in had a camera system that was down at the time of the incident. See documents for further details. EOR/NOI

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

**Medical Notified:** __________ YES __________ NO **Date:** ______________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

**Mixon Report**

# CATAHOULA CORRECTIONAL CENTER

## UNUSUAL OCCURRENCE REPORT

| NAME: | NUMBER: | DORM/CELL | DATE OF INCIDENT | TIME: |
|---|---|---|---|---|
| FREDERICK MIXON | 2022030012 | CELL 4 | 4/18/22 | 22:30 |
| LOCATION OF INCIDENT: J-DORM | | WITNESSES: | | |

TYPE OF INCIDENT CHECK APPROPRIATE BOX (ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGGRAVATED FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | X | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | | | | | | | |
| | CHEMICAL AGENTS USED | | | | MECHANICAL RESTRAINTS USED | | | | |

ON THE ABOVE DATE AND APPROXIMATE TIME, I SGT. DAVID GUTHRIE WAS CALLED BACK TO CONTROL 4. WHEN I GOT TO CONTROL 4 OFFENDER FREDRICK MIXON WAS IN J-DORM INTERLOCK. WHEN I ASK OFFENDER MIXON WHAT WAS GOING ON OFFENDER MIXON SAID THAT HE FELL DOWN AND HIT HIS RIGHT SIDE OF HIS LOWER JAW ON A BUNK. I THEN ESCORTED OFFENDER MIXON TO MEDICAL. OFC. BRADY RATCLIFF AND OFC. EVAN MCNEELY TRANSPORTED OFFENDER MIXON TO LASALLE GENERAL HOSPITAL AT 23:38. E.O.R.

DAVID GUTHRIE, SGT,, D-TEAM
REPORTING OFFICER

4/18/22 01:00
DATE AND TIME COMPLETED

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish Louisiana

**Mixon report 2**

# CATAHOULA CORRECTIONAL CENTER

Booking Sheet: CCC0000005998 Page: 1

ID #: 2022030012
Name: MIXON, FREDERICK
Address: 5094 SOUTH CUTTINGS AVE
JENNINGS, LA 70546
Phone(Home/Business): (337) 368-5217 (318) 000-0000




DOB: 7/14/1982 Age: 39 YRS Height: 0- 0
Race: B Sex: M Weight: 000
Eyes: BRO Ethnicity: N Appearance:
Hair: BLK Resident: R Build:
Scars/Marks/Tattoos: Complexion: Birth Place:
Employer: FLORA MIXON MOM FBI ID: IdentA:
SSN: PRIVATE DL No.: LA State ID: Religion:

Booking Date: 03/02/22 Time: 14:59 Transfer(Y/N)? Facility: CCC
Arrest Date: 03/02/22 Time: 0:00 Booking Officer: 01237 PRICE, MARGIE
Arresting Agency: CALC Cell Assignment: J57
Officer: CALC Name not found Status: Class: MED
Location: Hold Reason: Court Date:
HARRISONBURG LA Holding For:
Searched By: Phone Call: N Sentence Date: / /
CLOTHING: NCIC: CCC HBK: Scheduled Release: / / 0:00
METAL: WARRANT: ID ISSUED: Probation Off./Atty.:
PAT: PRINTS: Bondsman:
STRIP: PHOTO: Supplemental To:
CAVITY: ICE NAT HB Drug Screen:

Cash: $0.00 Vehicle Information:
Vehicle Location:
Property Description: Property Location:

OFFENSES

| Seq.No.: | Code: / Statute (RSA) / Reference Number: | Description: | Incident Number | Warrant Number | Court / Fel/Misd | Bond Amt: / Fine Amount: | Bond Type: |
|---|---|---|---|---|---|---|---|
| Notes: | | | | | | | |
| 1 | NONE | NONE | | | 14JD 1 / M | 0.00 / 0.00 | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

39 Y M [redacted]
61327-0001 04/19/2022
ERICKSON, MATHEW C, MD / ERICKSON,

LaSalle General Hospital
Jena, La. 71342

## NE ADMINISTRATION RECORD

The doctor or clinic may keep this record in your medical file or your child's medical file. They will record what vaccine was given, when the vaccine was given, the name of the company that made the vaccine, the vaccine's special lot number, the signature and title of the person who gave the vaccine, and the address where the vaccine was given.

**Vaccine information statement given by** Kimberly Hudnall

**Date of VIS publication** 08/06/2021

**"I have read or have had explained to me the information in this pamphlet about diphtheria, tetanus (lockjaw), and pertussis (whooping cough) disease and DTP, Pertussis, DT, Td, and Tetanus vaccines. I have had a chance to ask questions that were answered to my satisfaction. I believe I understand the benefits and risks of the DTP, Pertussis, DT, Td, and Tetanus vaccines and ask that the vaccine checked below be given to me or to the person named below for whom I am authorized to make this request."**

Vaccine to be given: DTP ☐ DTaP ☐ Pertussis ☐ DT ☐ Td ☐ Tetanus ☑
**Hib** ☐ **Hepatitis** ☐

| Information about person to receive vaccine (Please print.) | | | | | |
|---|---|---|---|---|---|
| Name: Last | First | Middle Initial | | Birthdate | Age |
| [redacted] | | | | [redacted] | 39 |
| Address: Street | City | County | | State | Zip |
| 499 Old Columbia Rd | Harrisonburg | Catahoula | | La | 71340 |
| **Signature of person to receive vaccine or person authorized to make the request (parent or guardian):** | | | | | |
| **X** [redacted] | | | | **Date:** 4/19/22 | |

DTP 10/15/91

### For Clinic/Office Use

Clinic/Office Address: LaSalle General Hospital 187 9th St. Jena, LA.

Date Vaccine Administered: 4/19/22

Vaccine Manufacturer: Sanofi Pasteur Limited

Vaccine Lot Number: Adacel® NDC 49281-400-58 (L) C5882AA (E) 10 MAY 2023

Vaccine Expiration Date:

Site of Injection: Right Deltoid

Signature/Title of Vaccine Administrator: Kimberly Hudnall, RN

F110-030 2/08

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

VACCINE INFORMATION STATEMENT

# Tdap (Tetanus, Diphtheria, Pertussis) Vaccine: *What You Need to Know*

Many vaccine information statements are available in Spanish and other languages. See www.immunize.org/vis

Hojas de información sobre vacunas están disponibles en español y en muchos otros idiomas. Visite www.immunize.org/vis

## 1. Why get vaccinated?

**Tdap vaccine** can prevent **tetanus, diphtheria, and pertussis.**

Diphtheria and pertussis spread from person to person. Tetanus enters the body through cuts or wounds.

- **TETANUS (T)** causes painful stiffening of the muscles. Tetanus can lead to serious health problems, including being unable to open the mouth, having trouble swallowing and breathing, or death.
- **DIPHTHERIA (D)** can lead to difficulty breathing, heart failure, paralysis, or death.
- **PERTUSSIS (aP),** also known as "whooping cough," can cause uncontrollable, violent coughing that makes it hard to breathe, eat, or drink. Pertussis can be extremely serious especially in babies and young children, causing pneumonia, convulsions, brain damage, or death. In teens and adults, it can cause weight loss, loss of bladder control, passing out, and rib fractures from severe coughing.

## 2. Tdap vaccine

Tdap is only for children 7 years and older, adolescents, and adults.

**Adolescents** should receive a single dose of Tdap, preferably at age 11 or 12 years.

**Pregnant people** should get a dose of Tdap during every pregnancy, preferably during the early part of the third trimester, to help protect the newborn from pertussis. Infants are most at risk for severe, life-threatening complications from pertussis.

**Adults** who have never received Tdap should get a dose of Tdap.

Also, **adults should receive a booster dose of either Tdap or Td** (a different vaccine that protects against tetanus and diphtheria but not pertussis) **every 10 years,** or after 5 years in the case of a severe or dirty wound or burn.

Tdap may be given at the same time as other vaccines.

## 3. Talk with your health care provider

Tell your vaccination provider if the person getting the vaccine:

- Has had an **allergic reaction after a previous dose of any vaccine that protects against tetanus, diphtheria, or pertussis,** or has any **severe, life-threatening allergies**
- Has had a **coma, decreased level of consciousness, or prolonged seizures within 7 days after a previous dose of any pertussis vaccine (DTP, DTaP, or Tdap)**
- Has **seizures or another nervous system problem**
- Has ever had **Guillain-Barré Syndrome** (also called "GBS")
- Has had **severe pain or swelling after a previous dose of any vaccine that protects against tetanus or diphtheria**

In some cases, your health care provider may decide to postpone Tdap vaccination until a future visit.

People with minor illnesses, such as a cold, may be vaccinated. People who are moderately or severely ill should usually wait until they recover before getting Tdap vaccine.

Your health care provider can give you more information.

U.S. Department of Health and Human Services
Centers for Disease Control and Prevention

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Elsevier Interactive Patient Education - [redacted] - ID# 61327-0001 - MR# 61327

LGH LaSalle GENERAL HOSPITAL

LaSalle General Hospital
187 Ninth Street
PO Box 2780
Jena, LA 71342

*Main Hospital*
(318) 992-9200

*In an Emergency call:*
911

**PATIENT CARE INSTRUCTIONS Powered by** EXITCARE®

Patient Name: [redacted]
Attending Caregiver: ERICKSON, MATHEW C

# ER Discharge Instructions

GENERAL DISCHARGE INFORMATION:

- All Drugs may have side effects. If they are suspected, STOP the drug and consult your physician.
- Do not drive, climb ladders, work with power tools or consume any alcohol for at least eight (8) hours after taking medications with sedative, relaxing, narcotic, antihistaminic, or pain relief effects.
- If any pending lab results or culture reports return abnormal, or changes in medications or treatment are warranted, you will be notified.
- If you have had any Radiologic Exams (X-ray, CT, etc.), a preliminary report was received. If the final interpretation by the Radiologist reveals any additional findings and changes in medications or treatment are warranted, you will be notified.
- You may return to ER at any time, for any reason.

BY SIGNING BELOW, YOU AGREE WITH THE FOLLOWING:

- I have received and understand Exit Care / Patient Care Instructions.
- I understand that I have received emergency care, which is not a substitute for continued medical care.
- I will arrange for follow-up care as instructed.
- I have been instructed to return to ER if my condition or symptoms worsen.

VITAL SIGNS:

- Temperature: 98.4
- Pulse: 80
- Respirations: 18
- Blood Pressure: 145/82
- Oxygen Saturation: 100% RA
- Pain Scale: 9

ADDITIONAL NOTES AND INSTRUCTIONS

Follow up with Maxillofacial clinic today 4/19/22 at 1300.
Address: 1606 Kings Hwy, Shreveport LA 71103



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

Fiance- Interactive Patient Encounter [redacted] ID# 61327 0001 MR# 61327

Take all medications as directed

www.lasallegeneralhospital.com

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

LGH LaSalle General Hospital

LaSalle General Hospital
187 Ninth Street
PO Box 2780
Jena, LA 71342

*Main Hospital*
(318) 992-9200

*In an Emergency call:*
911

PATIENT CARE INSTRUCTIONS Powered by EXITCARE®

Patient Name: [redacted]
Attending Caregiver: ERICKSON, MATHEW C

# Mandibular Fracture



The mandibular fracture is a break in the lower bone of the jaw (*mandible*).

A break in the lower jawbone may be mild, worse, or very bad. Mild breaks may heal on their own. Very bad breaks may need surgery.

WHAT ARE THE CAUSES?
The most common cause of this injury is a hard, direct hit (*trauma*) to your jaw. This can happen from:

- An accident in a vehicle such as a car or boat.
- Someone hurting you somewhere on your body. This may be a punch to your mouth or face.
- A fall from a high place.

WHAT ARE THE SIGNS OR SYMPTOMS?
Symptoms of this condition include:

- Pain.
- Swelling or redness.
- Loss of feeling (*numbness*) or bruising.
- Trouble closing your mouth.
- Feeling that your upper teeth and lower teeth do not line up when you close your mouth.
- Trouble speaking.
- Trouble swallowing.

HOW IS THIS TREATED?
This condition may be treated with:

- Rest. If your bone break is mild, you may just need to rest your jaw.
- Surgery to put the jaw back in the right place. You may have wires placed around the teeth. The wires hold your jaw in place while it heals.
- Medicine for pain.
- Ice being put on your jaw. This can help with pain and swelling.
- Soft foods or a liquid diet.

FOLLOW THESE INSTRUCTIONS AT HOME:

**Medicines**



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

- Take over-the-counter and prescription medicines only as told by your doctor.
- Ask your doctor if the medicine prescribed to you:
  - Requires you to avoid driving or using machinery.
  - Can cause trouble pooping (*constipation*). You may need to take these actions to prevent or treat trouble pooping:
    - Drink enough fluid to keep your pee (*urine*) pale yellow.
    - Take over-the-counter or prescription medicines.
    - Eat foods that are high in fiber. These include beans, whole grains, and fresh fruits and vegetables.
    - Limit foods that are high in fat and processed sugars. These include fried or sweet foods.

**Eating and drinking**



- Eat a balanced diet. Have the right amounts of soft foods or liquids that are high in protein. Follow your doctor's instructions.
- Follow instructions from your doctor about what you cannot eat or drink. These may include eating:
  - Soft foods.
  - Foods that are blended into liquid.
  - Food that has been cut into small pieces.

**Managing pain, stiffness, and swelling**

If told, put ice on the injured area. To do this:



- Put ice in a plastic bag.
- Place a towel between your skin and the bag.
- Leave the ice on for 20 minutes, 2–3 times a day.

**Activity**

- Rest your jaw as told by your doctor.
- **Do not** exercise so hard that you get short of breath.
- Return to your normal activities as told by your doctor. Ask your doctor what activities are safe for you.

**General instructions**

- Sleep on your back while your jaw heals. This makes it so that you do not put pressure on your jaw.
- **Do not** use any products that contain nicotine or tobacco, such as cigarettes, e-cigarettes, and chewing tobacco. These can delay bone healing. If you need help quitting, ask your doctor.
- Keep all follow-up visits as told by your doctor. This is important.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

CONTACT A DOCTOR IF:

- You have a very bad headache.
- You lose more feeling in your face.
- You have very bad pain in your jaw and medicine does not help your pain.
- You feel like you may vomit (have *nausea*) and nothing helps.
- You feel worried or nervous (*anxious*) and nothing helps.
- Your swelling or redness gets worse.
- You have a fever.

GET HELP RIGHT AWAY IF:

- You have trouble breathing.
- You feel like your windpipe (*trachea*) is tight.
- You cannot swallow your spit (*saliva*).
- You breathe loudly (*wheeze*).

**These symptoms may be an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

SUMMARY

- A mandibular fracture is a break in the lower jawbone (*mandible*).
- The most common cause of this injury is a hard, direct hit (*trauma*) to the jaw.
- This injury may be treated with rest, surgery, medicines, ice, and a soft or liquid diet.

Document Released: 3/11/2013 Document Revised: 9/23/2020 Document Reviewed: 9/23/2020
Elsevier Interactive Patient Education ©2019 Elsevier Inc. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.





A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Suffix: Patient Name: [redacted]

DATE: 04/19/2022
TIME: 0:33

**EMERGENCY ROOM RECORD**
LASALLE GENERAL HOSPITAL
Jena, LA 71342

MR # 61327
ADMISSION # 61327-0001

MODE OF ARRIVAL: IND (PSA) AMB

ROOM #

**PATIENT NAME:** [redacted] Birth Date: [redacted] Age: 39 Sex: M Race: Black or African
ADDRESS: 499 OLD COLUMBIA RD SSN: [redacted] MSTAT: U EMPLOYER:
PHONE: (H) 1-318-744-2121 (C)
HARRISONBURG, LA 71340 (W)
GUARANTOR INFO: LDPS&C CORRECTCARE INTEGRAT Phone: 1-318-744-2121
CELL:

INSURANCE INFO:
(1) CorrectCare Integrated He-M8 2022030012 (2) (3) (4)

877-292-7999
[redacted]

COMPLAINTS/SYMPTOMS: RT SIDE JAW PAIN 7 BLEEDING IF ACCIDENT: DATE TIME:
HOW IT HAPPENED:

Allergies: NKDA Wt. Pt History:
LOC:

Vital Signs: T 98.5 P 78 R 18 BP 123/81 Adm Dr: ERICKSON, MATHEW C. MD Family Dr:
T P R BP Proc. Dr: Referring:
100% RA T P R BP

Present Meds:

Tetanus Status:
Cleansing | Betadine | NS Other
Sutures | Type | Number
Anes Agent:

Pain Scale before treatment: 1 2 3 4 5 6 7 8 9 (10)
Pain Scale after treatment: 1 2 3 4 5 6 7 8 9 10

Nurses: K. Hudnall, RN

CIRCLE ER LEVEL: I II III IV V CC

| | Time | Ini |
|---|---|---|
| LAB: | | |
| X-RAY: CT facial bones ē contrast | 0051 / Fin 0104 | [initials] |
| RESP. THERAPY: | | |
| OTHER: | | |
| IV: | | |

| MEDS: | Route | Site | Time | Nurse |
|---|---|---|---|---|
| Amoxicillin 1gm | PO | | 0256 | [initials] |
| Naproxen 500mg | PO | | 0257 | [initials] |

Doctor's Report

Soft non-chew diet
Appt @ OMFS / PM
Amoxicillin 1 gm TID
Naprosyn 500mg TID

Admitted to Dr: Rm: Time:

Discharge/Transfer Time: Condition:
Supervisor Contact:
Nurse Report to:

[signature] M.D.
Physician Signature

Admitted by: SPECHT, PATRICIA K [initials]

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

[redacted]
39 Y M [redacted]
61327-0001 04/19/2022
ERICKSON, MATHEW C, MD / ERICKSON,

19
LaSalle General Hospital
Jena, Louisiana 71342
# EMERGENCY PHYSICIAN RECORD
♦ Fall ♦

TIME SEEN: 0:40 ☐ on arrival ROOM: FT2 __ EMS Arrival
HISTORIAN: (patient) spouse paramedics Catahoula
__HX / __EXAM LIMITED BY: ____

## HPI

**chief complaint:** Fall Injury to: Jaw

**onset / duration:** (just prior to arrival) today yesterday ____ min / hrs / days ago
**where:** home school neighbor's park work street nursing home
**context:** (tripped) / slipped / lost balance reported assault became dizzy / fainted bicycle w/ helmet ____ fall from (*standing position / from height* ____)

**severity of pain:** mild (moderate) severe (1/10) ____
**associated symptoms:** dizziness light-headedness ____ lost consciousness / dazed · seizure memory impairment *duration* ____ *remembers: injury coming to hospital*

**location of pain / injuries:** head face (mouth) neck chest abdomen back *upper mid- lower radiating to R / L thigh / leg*

| –right– | | –left– | |
|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

## ROS

*CONST* - recent illness / fever ____
*NEURO* - numbness / weakness ____
*MS* - neck / back pain ____
*RESP* - shortness of breath / cough ____
*GI* - nausea / vomiting ____
*GU* - problems urinating ____
*LNMP* ____ *preg post-menop*
*LYMPH* - ankle swelling ____
*EYE* - problems with vision ____
*ENT* - nasal drainage ____
*SKIN* - rash
*PSYCH* - anxiety / depression ____
Jaw Pain + Swelling
☑ except as marked positive, all systems above reviewed and found negative

*• NEURO / MS components also addressed in HPI*

## PAST HX
✓ no chronic diseases
cardiac disease *Afib CAD CHF MI* hypertension ____
diabetes *Type I Type 2* ____ hepatitis / HIV ____
*diet / oral / insulin* ____ asthma / COPD ____
__old records reviewed / summary: ____

Tetanus Immun: *UTD / given in ED* ____
Meds- ✓ none / see nurses note aspirin coumadin clopidogrel ____
Allergies- ✓ NKDA / see nurses note ____

## SOCIAL HX
smoker __ ppd / past / quit __ days / mos / yrs ago
drugs ____ alcohol *(recent / heavy / occasional)* ____

## FAMILY HX
✓ negative

☐ Nursing Assessment Reviewed ☐ Vitals Reviewed ____
*V/S BP* ____ *HR* ____ *RR* ____ *Temp* ____ *SpO₂* ____

## PHYSICAL EXAM

General Appearance __ c-collar / backboard *(PTA / in ED)* ____
__ no acute distress __ mild / (moderate) / severe distress ____
✓ alert __ anxious / lethargic / unconscious ____

**HEAD**
__ no evidence of trauma __ see diagram ____
__ raccoon eyes / Battle's sign ____
(R) Jaw Pain + Swelling

**NECK**
✓ non-tender __ see diagram ____
✓ painless ROM __ decreased / limited ROM ____
✓ trachea midline __ pain on movement of neck ____

__ Nexus criteria neg __ midline tenderness / distracting injury ____
__ altered mental status / recent ETOH ____
__ focal neuro deficit ____



**EYES**
✓ PERRL __ unequal pupils *R-* ____ *mm L-* ____ *mm*
✓ EOMI __ EOM entrapment / palsy ____
__ subconjunctival hemorrhage ____

**ENT**
__ nml external inspection __ hemotympanum ____
__ TM obscured by wax ____
__ clotted nasal blood ____
__ no dental / oral inj __ dental injury / malocclusion ____
__ airway nml Unable to Open + Close Jaw

**RESP / CVS**
✓ chest non-tender __ see diagram ____
✓ no ecchymosis __ rib tenderness / palpable fracture ____
✓ breath sounds nml __ crepitus / subcutaneous emphysema ____
✓ no resp. distress __ splinting / paradoxical movements ____
✓ heart sounds nml __ decreased breath sounds ____
__ wheezes / rales / rhonchi ____
__ tachycardia / bradycardia ____

**ABDOMEN**
✓ non-tender __ see diagram ____
✓ no distension __ tenderness / guarding / rebound ____
__ mass ____

**GENITAL / RECTAL**
__ nml ext. inspection __ perineal hematoma ____
__ nml rectal tone __ blood at urethral meatus ____
__ heme negative stool __ decreased rectal tone ____
__ vaginal bleeding ____
__ catheter present ____

**NEURO / PSYCH**
✓ oriented x4 __ disoriented to: *person place time situation*
✓ CN's nml *(2-10)* __ facial asymmetry ____
✓ sensation nml __ unsteady / ataxic gait ____
✓ motor nml __ sensory / motor deficit ____
✓ mood / affect nml __ slurred speech ____
__ depressed mood / affect ____




Glasgow Coma Score SCORE= ____
Eyes Open- spontaneously (4) to voice (3) to pain (2) none (1)
Speech- nml (5) disoriented (4) inapprop. (3) incoherent (2) none (1)
Motor- nml (6) localizes (5) withdraws (4) flexor (3) exten (2) none (1)

© 1996 - 2010 T-System, Inc.

Page 1 of 2 Form# 115-040

Circle (positives) backslash negatives, check √ normals

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

FROM: (310-321-7649) TO:318-992-9213 19-Apr-2022 06:25 UTC PAGE: 1/1

LGH LaSalle GENERAL HOSPITAL

LaSalle General Hospital
187 9th St.
Jena LA 71342
Fax 318-992-9213 or 318-992-9113 or 318-992-9182

# Final Radiology Report

**Name:** [redacted]
**MRN:** 61327LGH
**Study:** CT FACIAL BONES W/O IV CONTRAST
**Accession:** CT22001006LGH
**Age:** 39y
**DOB:** [redacted]
**Date:** 04/19/2022 12:49 AM
**Requesting Physician:** ERICKSON, MATHEW C

EXAM:
CT Maxillofacial Without Intravenous Contrast

FACILITY:
LaSalle General Hospital

CLINICAL HISTORY:
39 years, Male; fall

TECHNIQUE:
Axial computed tomography images of the face without intravenous contrast. This CT exam was performed using one or more of the following dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to patient size, and/or use of iterative reconstruction technique.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Bones/joints: There is evidence of a acute fracture involving the anterior aspect of the body of the mandible on the left which exhibits inferomedial displacement of up to 4-5 mm. There is also evidence of a slightly comminuted acute fracture involving the angle of the mandible on the right which exhibits inferomedial displacement of up to 5-6 mm. The temporomandibular joints are intact. There is no mandibular dislocation.
Soft tissues: There is extensive soft tissue swelling is seen overlying the mandible with a few foci of air within the subcutaneous tissues overlying the mandibular fracture sites. Soft tissue edema overlying the right side of the mandible is most pronounced and confluent and extends inferiorly into the right submandibular and right submental soft tissues. There are mildly enlarged right submandibular lymph nodes which are likely reactive.
Orbits: Unremarkable.
Sinuses: There is mild mucosal thickening within the bilateral maxillary sinuses and bilateral sphenoid sinuses as well as to mild to moderate degrees within the bilateral ethmoid sinuses.
No air-fluid levels.

IMPRESSION:
Acute bilateral mandibular fractures, as detailed above. Soft tissue swelling overlying the mandible, greater on the right with inferior extension of soft tissue swelling into the right submandibular and right submental soft tissues. Please see above for additional details.

Electronically signed by: Mark Ronchi DO 4/19/2022 1:21 AM CDT Workstation: 109-0471JT2

This Facsimile may contain PRIVILEGED, CONFIDENTIAL AND/OR OTHERWISE PROTECTED INFORMATION intended only for the use of the addressee. Unauthorized distribution or use of the fascimile or its contents is strictly prohibited. If you are not the addressee, the person responsible for delivering this message to the addressee, or have received this facsimile in error, please immediately notify us by telephone at the number above and destroy this information. Thank you.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

**LaSalle General Hospital**
187 Ninth St., Jena, Louisiana 71342
Phone (318) 992-9200

MATHEW ERICKSON, M.D. DEA # FE0981111 J. DEREK JOHNSON, M.D. DEA # ______
DAVID E. BARNARD, M.D. DEA # AB9406162

[redacted]
39 Y M [redacted]
61327-0001 04/19/2022
ERICKSON, MATHEW C, MD / ERICKSON Date 4-19-22

① Americaine 50mg (#40)
T PO BID
② Flagyl 500mg (#30)
T PO TID

Refill ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ prn ☐ non
☐ Generic ☐ As written

M.D.

Form # 1500180 (Rev. 8/17)

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2022-0000710

**Print Date/Time:** 04/21/2025 11:21
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

**Incident Type:** Informational
**Reporting Officer:** 10105 - Hollan
**Incident Date/Time:** 02/11/2022 09:53 AM
**Reported Date/Time:** 02/11/2022 09:53 AM
**Incident Location:**
**Description:** Inmate swallowed drugs

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Allen, Dexter Jemone | Offender | 2022-00000561 | N |

## Subject Charges

## Activity

## Violations

**Seq Number:** 1 **Violator:** Allen, Dexter Jemone **Violation:** Medical Issue
**Location:** **Requires Reclassification:** N

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

On 2/11/22 at approximately 0945 hours Warden Stott from Catahoula informed me, Sgt. Hollan, that Dexter Allen swallowed some drugs and had to be sent to the hospital upon arrival of the facility. See documents for details.

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

**Medical Notified:** __________ YES __________ NO **Date:** ______________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

[redacted]

Suffix: Patient Name: [redacted]

DATE: 02/10/2022
TIME: 20:05

# EMERGENCY ROOM RECORD
## LASALLE GENERAL HOSPITAL
Jena, LA 71342

MR # 60877
ADMISSION # 60877-0001
ROOM # 5

MODE OF ARRIVAL: IND PSA AMB

PATIENT NAME: [redacted] Birth Date: [redacted] Age: 35 Sex: M Race: Black or Africar
ADDRESS: 920 GULF ST SSN: - - MSTAT: U EMPLOYER:
PHONE: (H) 1-337-540-8194 (C)
HARRISONBURG, LA 71340 (W)
GUARANTOR INFO: CENTER CATAHOULA CORRECTION Phone: 1-318-744-2121
CELL:

INSURANCE INFO:
(1) CorrectCare Integrated He-M8 2022020085 877-292-7999 [redacted] (2) (3) (4)

COMPLAINTS/SYMPTOMS: OVERDOSE (cocaine/marijuana) IF ACCIDENT: DATE TIME:
HOW IT HAPPENED:

Allergies: unknown Wt. 158.8 lbs Pt History: unknown
LOC:

Vital Signs: T 98.1 P 76 R 20 BP 104/58 Adm Dr: TAPIA, JORGE L MD Family Dr:
97% T P R BP Proc. Dr: Referring:
T P R BP

Present Meds: unknown

Tetanus Status:
Cleansing | Betadine | NS Other
Sutures | Type | Number
Anes Agent:

Pain Scale before treatment: 1 2 3 4 5 6 7 8 9 10 (0)
Pain Scale after treatment: 1 2 3 4 5 6 7 8 9 10

Nurses: [illegible signature]

CIRCLE ER LEVEL: I II III IV V CC

| | Time | Ini |
|---|---|---|
| LAB: CBC - BMP - U/A | 2039 | [illegible] |
| UDS ; Etoh level | 2039 | [illegible] |
| X-RAY: CT head | 2325 | [illegible] |
| RESP. THERAPY: | | |
| OTHER: 18 G (L) AC | | EMS |
| IV: NS 1000 bolus | 2045 | [illegible] |
| NS bolus | 2220 | [illegible] |

| MEDS: | Route | Site | Time | Nurse |
|---|---|---|---|---|
| Narcan | | | PTA | EMS |
| Narcan 1mg | IVP | | 2351 | [illegible] |

Doctor's Report

Admitted to Dr: Rm: Time:

Discharge/Transfer Time: Condition:
Supervisor Contact:
Nurse Report to:

[signature] M.D.
Physician Signature

Admitted by: PAUL, JENNY LYNN

A TRUE COPY Calcasieu Parish Corrections Division [signature] Deputy Sheriff

[redacted]
35 Y M [redacted]
60877-0001 02/10/2022
TAPIA, JORGE I, MD / TAPIA, JORGE I, MI

45

# LaSalle General Hospital
Jena, Louisiana 71342
## EMERGENCY PHYSICIAN RECORD
### ♦ Altered Mental Status ♦

DATE 2/10/22 TIME SEEN: 20:20 on arrival RM: 5 EMS Arrival
TRANSFER FROM: ☐ see transfer record
HISTORIAN: patient spouse (paramedics) NH records
__HX / __EXAM LIMITED BY: ☐ unable to obtain

## HPI

**chief complaint:** (decreased mental status) / confusion
low blood sugar / diabetic fever

**onset / duration:** 1 min / hrs (days ago) | (gradual-onset) sudden-onset intermittent constant
upon waking cannot confirm onset
gone now better (continues in ED) more than 3 hours
last known well date: time:

**character of altered mental status:**
trouble concentrating / disoriented / confused / combative / agitated
seizure activity / (decreased responsiveness) / unresponsive

**context:**
found unresponsive / unknown duration n/a
by nursing home staff bystander family:
dextrostick PTA ( ) given D50 / Narcan PTA
good / marginal / no response
recent / heavy alcohol intake (beer / wine / liquor)
last drink:
(drug abuse / overdose)
recent trauma head injury
recent illness / other family members sick
new medications
nursing home resident / chronic dementia / depression

**baseline:**
Cognition: (alert, oriented x4) / alert but disoriented to time / alert but confused / poor alertness
Gait: (walks w/o assistance) / ~~uses a cane / walker~~ / walks only w/ assistance / unable to walk

**associated symptoms:**
fever / chills NO
headache
new weakness
decreased ability to stand / walk
weak difficult off balance
(cannot walk) cannot stand falling
involuntary movements / seizure
fainting / dizziness NO
trouble breathing
nausea / vomiting
abdominal pain:
generalized RUQ LUQ RLQ LLQ
chest pain
neck / back pain

Similar symptoms previously Unknown
Recently seen / treated by doctor / hospitalized N/A

## ROS
EYES
problems with vision
ENT
trouble swallowing
sore throat
CVS
palpitations
RESP
cough
GU
problems urinating
LNMP preg post-menop
GI
diarrhea
black stools
MS
joint pain
SKIN
rash
LYMPH
swollen glands
ankle swelling (R / L)
PSYCH
anxiety / depression

☑ except as marked positive, all systems above reviewed and found negative

• CONST / CVS / RESP / NEURO / MS / GI components also addressed in HPI

## PAST HX (no chronic diseases)
cardiac disease Afib CAD CHF MI
diabetes Type I Type 2
diet / oral / insulin
hypertension
confusion / dementia
CVA / TIA deficit (R / L)
head trauma
overdose
seizure disorder
psychiatric disorder
schizoph. / bipolar / depression
__old records reviewed / summary:
asthma / COPD
hepatitis / HIV
hyperlipidemia
insect bite
GI bleeding

**Surgeries / Procedures** (none) __recent
appendectomy
cardiac bypass / stent
cholecystectomy
hysterectomy / BTL
pacemaker
hip / knee replacement (R / L)

**Immunizations:** influenza / pneumovax UTD / ~~referred to PCP~~
**Medications** __none ~~see nurses note~~
aspirin coumadin clopidogrel
**Allergies** __NKDA
~~see nurses note~~

## SOCIAL HX
smoker (0) ppd / never / past / quit: ago
drugs n/a alcohol (recent / heavy / occasional)

## FAMILY HX
CVA CAD HTN cerebral aneurysm

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

© 2014 - 2016 T-System, Inc.
T SYSTEM

[redacted]
35 Y M [redacted]
60877-0001 02/10/2022
TAPIA, JORGE I, MD / TAPIA, JORGE I, MD

☒ Nursing Assessment Reviewed ☑ Vitals Reviewed ______
V/S BP______ HR______ RR______ Temp______ $SpO_2$______

## PHYSICAL EXAM

### General Appearance
__no acute distress
__alert

(mild) / moderate / severe distress______
(lethargic / obtunded)______

### NEURO
*higher functions*
__alert
__oriented x4
__cognition nml
__no evidence of acute CVA

✓ disoriented to: *time place person situation*
__speech / cognition abnormalities______
✓ abnml response to commands______
*no response eyes open slow inappropriate*
✓ abnml response to pain:______
*withdraws flexor extensor none*
__aphasic *expressive / receptive*______
__dysarthria______

**Glasgow Coma Score** SCORE= 10
**Eyes Open**- spontaneously (4) to voice (3) to pain (2) none (1)
**Speech**- nml (5) disoriented (4) inapprop. (3) incoherent (2) none (1)
**Motor**- nml (6) localizes (5) withdraws (4) flexor (3) exten (2) none (1)

*cranial nerves*
✓ nml (2-12)

__facial palsy ( R / L ) *forehead: involved spared*
__tongue deviation ( to R / L )______

*cerebellar*
__nml as tested

__abnml Romberg / gait / finger-nose test ( R / L )
[illegible]

*motor / sensory*
✓ motor nml
__sensation nml
__reflexes nml




__weakness / hemiparesis / hemiplegia ( R / L )__
__pronator drift ( R / L )______
__altered light-touch / pin-prick / 2-pt discrimin
__tremor______
__abnml movements______
__Babinski reflex ( R / L )______
__asterixis______

### PSYCH
__mood / affect nml
__thought content nml
__thought process nml
__judgment / insight nml

__depressed / tearful / anxious / paranoid ______
__labile / flat / agitated______
__non-communicative / pressured / slow ______
__rambling / tangential______
__suicidal / homicidal ideation / plan______
__grandiosity / hallucination: *vis / aud*______
__disorganized / flight of ideas______
__poor insight / poor judgment______

### NECK
✓ supple
✓ non-tender
✓ no carotid bruit

__cervical lymphadenopathy ______
__stiff neck / meningismus______
__carotid bruit ( R / L )______
__Kernig's sign / Brudzinski's sign______

### HEENT
✓ PERRL
✓ EOM's intact
✓ no apparent trauma
✓ oropharynx nml
✓ gag reflex intact
✓ airway intact

__scleral icterus / pale conjunctivae______
__unequal pupils R____*mm* L____*mm*
__raccoon eyes / Battle's sign ( R / L )______
__EOM palsy ( R / L )______
__abnml funduscopic / papilledema ( R / L )______
__hemotympanum ( R / L )______
__deprsd gag reflex / handles secretions poorly
__pharyngeal erythema / exudate______
__tenderness / swelling / ecchymosis ( R / L )______
__dry mucous membranes______

### RESPIRATORY
✓ no resp. distress
✓ breath sounds nml

__respiratory distress / apneic______
__wheezes / rales / rhonchi ( R / L )______

### CVS
✓ reg. rate & rhythm
✓ heart sounds nml

__tachycardia / bradycardia / irreg. irreg. rhythm
__JVD present______
__murmur *grade*____/6 *sys / dias*______
__gallop ( S3 / S4 )______
__decreased pulse ( R / L )______

### ABDOMEN / GU
✓ non-tender
✓ no organomegaly

__guarding / tenderness :
*generalized* RUQ LUQ RLQ LLQ ____
__hepatomegaly / splenomegaly / mass______
__catheter present______

### RECTAL EXAM
__nml rectal exam
__heme neg. stool

__decreased rectal tone______

### SKIN
✓ color nml, no rash
✓ warm, dry, intact

__cyanosis / diaphoresis / pallor / ecchymosis______
__rash / embolic lesions______
__pressure ulcer: *location*______
*depth / stage:* 1 2 3 4 ______

### EXTREMITIES
✓ non-tender
✓ nml ROM
✓ no pedal edema

__tenderness ( R / L )______
__pedal edema ( R / L )______
__Homan's sign ( R / L ) / cords______

## PROGRESS
*Time*______ unchanged improved re-examined

T SYSTEM © 2014 - 2016 T-System, Inc.



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
(signature)
Deputy Sheriff
Calcasieu Parish, Louisiana

[redacted]
35 Y M [redacted]
60877-0001 02/10/2022
TAPIA, JORGE I, MD / TAPIA, JORGE I, MD

## XRAYS / CT / MRI

**Head CT / MRI:**
**Interpretation:** ☐ By me ☐ Viewed by me ☐ Discsd w/ radiologist
__nml / NAD
abnml: CT Head Neg

**CXR**
**Interpretation:** ☐ By me ☐ Viewed by me ☐ Discsd w/ radiologist
__nml / NAD __no infiltrates __nml heart size __nml mediastinum
abnml:

__Discussed with Dr.__________ Time:______
will see patient in: ED / hospital / office
Counseled patient / family regarding: lab / rad. results diagnosis need for follow-up
Additional history from: family caretaker paramedics
__Rx given
CRIT CARE TIME (excluding separately billable procedures) ______ min

## LABS UDS ⊕ Cocaine – THC

| CBC | Chemistries | ABG | UA |
|---|---|---|---|
| (normal) except | (normal) except | RA / __L O₂ | (normal) except |
| WBC | BUN | pH | |
| Hgb | Creat | pCO2 | |
| Hct | Na | pO2 | Cultures |
| Platelets | K | PT/PTT | blood x |
| segs | Cl | INR | sputum |
| bands | TCO2 | ammonia | ETOH |
| | Gluc | lactate | TOX |
| | Ca | TSH | |

Pulse Ox ___% on RA / ___L $O_2$ Interp: nml / hypoxic Time:

## EKG

RHYTHM STRIP Rate:_____ Rhythm: NSR
EKG ☐ Interp. by me ☐ Viewed by me ☐ Discsd w/ cardiologist
__nml / NAD __nml intervals __nml axis __nml QRS __nml ST/T
Rate:______ Rhythm: NSR sinus tach A-fib
not / changed from________ repeat EKG: unchanged /

## PROGRESS - Continued

Time________ unchanged improved re-examined

__EGDT for sepsis considered
♦ CVA - CT / MRI / t-PA given
♦ Diabetes - >18y - 75y / recent HgbA1c / pt. reported / unknown
♦ Severe Sepsis - ≥ 18 y / <3 hrs / lactate / BC / antibiotic / IV bolus
<6 hrs / IV bolus / vasopressors / vol. status assess / focused exam or (2 below)
CVP / ScvO2 / US / dynamic assess. of fld response
♦ BP Screen - ≥ 18 y / screening / follow-up documented
__measure exclusions: refused / not eligible / not indicated / contraindicated

## CLINICAL IMPRESSION

Initial visit unless marked: ☐ subsequent ☐ sequelae

**Neuro**
♦ CVA: (**specify vessel if known)
Infarct: thrombotic embolic occlusion, unk type
artery involved: (R / L)
Hemorrhage: Intracerebral: subcortical cortical intraventricular
SAH brainstem cerebellar
artery involved: (R / L)
TIA: acute recent multiple : c/w syndrome: carotid ACA MCA PCA a. fugax vertebrobasilar lacunar: motor sensory
Seizure: generalized focal complex partial status : w/ hx of epilepsy: idiopathic : controlled: well poorly
Dementia: senile multi-infarct Alzheimer's: early onset late Parkinson's frontotemporal w/ behavioral problem
Subdural (nontraumatic): R / L acute subacute chronic
Syncope: vasovagal orthostatic

**ID**
Meningitis / Encephalitis aseptic viral bacterial : organism:
Pneumonia: interstitial atypical bronchopneumonia lobar aspiration
viral: RSV influenza: A / B
bacterial:
♦ SIRS / Sepsis, severe w/: hypotension shock DIC alt. mental hypoxia resp. distress

**Other**
Dehydration
Hypernatremia
Hypoglycemia: w/ coma
♦ w/ diabetes: Type I Type 2
Hyponatremia
Hypoxia
Hypovolemia: shock
Overdose / Poisoning: intentional accidental unknown substance:
Substance abuse: w/: intoxication dependence withdrawal delirium perceptual disturbance

**Signs / Symptoms**
Confusion / Stupor / Coma

AMS 2° Drug abuse

DISPOSITION DECISION TIME-______ ☑ home ☐ transfer to physician
☐ transfer to facility date:______ time:______
room #______ route______
DISPO TIME-______ ☐ admit __POA pressure ulcer / UTI (foley)
CONDITION- ☐ unchanged ☑ improved ☑ stable
Care transferred to Dr.__________ Time:______
(signature) MD
☑ Template Complete ☐ See Addendum (Dictated / Template #_____)
♦ Reportable Measure

© 2014 - 2016 T-System, Inc. T-SYSTEM

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

[redacted]
35 Y M [redacted]
60877-0001
TAPIA, JORGE I, MD / TAPIA, JORGE I, MD

## PROCEDURES

**TREATMENT / PROCEDURE** Time:________

D50 Narcan Thiamine ______________________________

__Intubated *by ED Physician* pre-oxygenated ______________

RSI protocol succinylcholine vecuronium ______________

#____ nasal / oral breath sounds equal position confmd on CXR

**INTUBATION**

__Intubated with #____ETT curved / straight blade nasal / oral

preoxygenated / premedicated ______________________

placement confirmed by: *auscultation* CXR *end-tidal CO2 detector*

placement corrected______________________________

**CENTRAL LINE** estimated blood loss______mL

central line placed ___-*lumen* ___-*gauge* *prep: chlorhexidine*

*maximum sterile barrier technique* *U/S assisted: sterile technique*

*anesthesia*- ______mL *local* *lidocaine* / ______________

*position*- R / L *subclavian* *internal jugular* ( *post / ant / inf* *approach*)

*femoral*

*secured* *good blood return* *position confirmed on CXR*

## PROGRESS - Continued

*Time*__________ unchanged improved re-examined

______________________________________________________MD

☐ Template Complete ☐ See Addendum (Dictated / Template #______)



T SYSTEM © 2014 - 2016 T-System, Inc.

**LASALLE GENERAL HOSPITAL**

***Patient Results Report***

**JENA, LA 71342**
**Phone No: 1-318-992-9200**
**Fax: 318-992-9281**

| | | | | | |
|---|---|---|---|---|---|
| Name: | [redacted] | | | Sex: | Male |
| MedRec No: | 60877 | Episode No: | 60877-0001 | DOB: | [redacted] |
| Accession #: | 2202100270 | | | Age: | 35 yrs |
| Patient Class: | EMERGENCY DEPARTMENT | | | Location: | ED - ER5 |
| Ordered by: | TAPIA, JORGE, MD | | | | |
| Fax #: | | Phone #: | | | |

| | |
|---|---|
| Attending Dr: | TAPIA, JORGE, MD |
| Fax #: | |
| Collection Date: | 02/10/2022 20:57 |
| Collected by: | H1043 |
| Received Date: | 02/10/2022 21:00 |
| Final Results: | |
| Report Printed: | 02/10/2022 21:05 |

**Dept: HEMATOLOGY**

**CBC W Auto Differential**

| *Test* | *Result* | | *Units* | *Reference Ranges* | *Verified by/Date/Time* | | *LabID* |
|---|---|---|---|---|---|---|---|
| WBC COUNT | **13.93** | HI | K/uL | 4.50 - 10.00 | H1043 | 02/10/2022 21:06 | |
| RBC COUNT | 5.01 | | M/uL | 4.60 - 6.20 | H1043 | 02/10/2022 21:06 | |
| HEMOGLOBIN | **15.5** | HI | g-dL | 12.4 - 15.0 | H1043 | 02/10/2022 21:06 | |
| HEMATOCRIT | 47.0 | HI | % | 37.2 - 42.3 | H1043 | 02/10/2022 21:06 | |
| MCV | 93.8 | | fL | 80.0 - 97.0 | H1043 | 02/10/2022 21:06 | |
| MCH | 30.9 | | pg | 26.0 - 32.0 | H1043 | 02/10/2022 21:06 | |
| MCHC | 33.0 | | g-dL | 31.0 - 35.0 | H1043 | 02/10/2022 21:06 | |
| RDW | 13.2 | | % | 11.0 - 15.0 | H1043 | 02/10/2022 21:06 | |
| PLATELET COUNT | **60** | LO | K/uL | 150 - 400 | H1043 | 02/10/2022 21:06 | |
| MPV | **10.8** | HI | fL | 6.0 - 10.0 | H1043 | 02/10/2022 21:06 | |
| NEUTROPHILS % | 77.0 | | % | 50.0 - 78.0 | H1043 | 02/10/2022 21:06 | |
| LYMPHOCYTES % | **13.1** | LO | % | 25.0 - 48.0 | H1043 | 02/10/2022 21:06 | |
| MONOCYTES % | 8.3 | | % | 2.0 - 14.0 | H1043 | 02/10/2022 21:06 | |
| EOSINOPHILS % | 0.6 | | % | 0.0 - 5.0 | H1043 | 02/10/2022 21:06 | |
| BASOPHILS % | 0.4 | | % | 0.0 - 2.0 | H1043 | 02/10/2022 21:06 | |
| IMMATURE GRANULOCYTES % | **0.6** | HI | % | 0.0 - 0.0 | H1043 | 02/10/2022 21:06 | |
| NRBC % | 0.0 | | % | 0.0 - 0.0 | H1043 | 02/10/2022 21:06 | |
| NEUTROPHILS # | **10.74** | HI | K/uL | 1.40 - 7.00 | H1043 | 02/10/2022 21:06 | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

H - High, HH - Critical High, L - Low, LL - Critical Low, AB - Abnormal

# LASALLE GENERAL HOSPITAL

*Patient Results Report*



**JENA, LA 71342**
**Phone No: 1-318-992-9200**
**Fax: 318-992-9281**

| | | | | | |
|---|---|---|---|---|---|
| Name: | [redacted] | | | Sex: | Male |
| MedRec No: | 60877 | Episode No: | 60877-0001 | DOB: | [redacted] |
| Accession #: | 2202100269 | | | Age: | 35 yrs |
| Patient Class: | EMERGENCY DEPARTMENT | Location: | ED - ER5 | | |
| Ordered by: | TAPIA, JORGE, MD | | | | |
| Fax #: | | Phone #: | | | |

| | |
|---|---|
| Attending Dr: | TAPIA, JORGE, MD |
| Fax #: | |
| Collection Date: | 02/10/2022 20:57 |
| Collected by: | H1043 |
| Received Date: | 02/10/2022 21:00 |
| Final Results: | 02/10/2022 21:21 |
| Report Printed: | 02/10/2022 21:20 |

| *Test* | *Result* | *Units* | *Reference Ranges* | *Verified by/Date/Time* | *LabID* |
|---|---|---|---|---|---|

**Dept: CHEMISTRY**

**BASIC METABOLIC PANEL**

| Test | Result | Units | Reference Ranges | Verified by/Date/Time |
|---|---|---|---|---|
| GLUCOSE | 107 | mg-dL | 70 - 118 | H1043 02/10/2022 21:21 |

There is a 7% decrease in blood glucose levels per hour if plasma is left on cells.

The ADA suggests glucose values of less than 100 as desirable.

| Test | Result | Units | Reference Ranges | Verified by/Date/Time |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 12 | mg-dL | 5 - 20 | H1043 02/10/2022 21:21 |
| CREATININE | 1.11 | mg-dL | 0.50 - 1.40 | H1043 02/10/2022 21:21 |

Serum or Plasma should be physically separated from the cells as soon as possible with a maximum limit of 2 hours from the time of collection.

| Test | Result | Units | Reference Ranges | Verified by/Date/Time |
|---|---|---|---|---|
| UREA NITROGEN/CREATININE RATIO | 10.8 | ratio | 5.0 - 30.0 | H1043 02/10/2022 21:21 |
| OSMOLALITY | 281.57 | Osm/L | 250.00 - 350.00 | H1043 02/10/2022 21:21 |
| SODIUM | 141 | mmol-L | 136 - 145 | H1043 02/10/2022 21:21 |
| POTASSIUM | 4.4 | mmol-L | 3.4 - 4.7 | H1043 02/10/2022 21:21 |

Prolonged contact with red cells (> 1 hour) can cause elevated K+ levels.

| Test | Result | Units | Reference Ranges | Verified by/Date/Time |
|---|---|---|---|---|
| CHLORIDE | 102 | mmol-L | 99 - 107 | H1043 02/10/2022 21:21 |
| CARBON DIOXIDE | 25.7 | mmol-L | 24.0 - 34.0 | H1043 02/10/2022 21:21 |
| ANION GAP | 17.7 | mmol-L | 10.0 - 20.0 | H1043 02/10/2022 21:21 |
| CALCIUM | 8.8 | mg-dL | 8.4 - 9.8 | H1043 02/10/2022 21:21 |
| eGFR (AFRICAN-AMERICAN MALE) | 97.0 | units | | H1043 02/10/2022 21:21 |

Units (units) = mL/min/1.73m squared

Normal: equal to or greater than 60ml/min/1.73 meters squared
Chronic Kidney Disease: less than 60 ml/min/1.73 meters squared
Kidney Failure: Less than 15 ml/min/1.73 meters squared

| Test | Result | Units | Reference Ranges | Verified by/Date/Time |
|---|---|---|---|---|
| eGFR (NON AFRICAN-AMERICAN MAI | 80.1 | units | | H1043 02/10/2022 21:21 |

Units (units) = mL/min/1.73m squared

Normal: equal to or greater than 60ml/min/1.73 meters squared
Chronic Kidney Disease: less than 60 ml/min/1.73 meters squared
Kidney Failure: Less than 15 ml/min/1.73 meters squared

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

H - High, HH - Critical High, L - Low, LL - Critical Low, AB - Abnormal

# LASALLE GENERAL HOSPITAL

*Patient Results Report*

**JENA, LA 71342**
**Phone No: 1-318-992-9200**
**Fax: 318-992-9281**

| | | | | | |
|---|---|---|---|---|---|
| Name: | [redacted] | | | Sex: | Male |
| MedRec No: | 60877 | Episode No: | 60877-0001 | DOB: | [redacted] |
| Accession #: | 2202100271 | | | Age: | 35 yrs |
| Patient Class: | EMERGENCY DEPARTMENT | Location: | ED - ER5 | | |
| Ordered by: | TAPIA, JORGE, MD | | | | |
| Fax #: | | Phone #: | | | |

| | |
|---|---|
| Attending Dr: | TAPIA, JORGE, MD |
| Fax #: | |
| Collection Date: | 02/10/2022 20:35 |
| Collected by: | ER |
| Received Date: | 02/10/2022 20:41 |
| Final Results: | 02/10/2022 21:14 |
| Report Printed: | 02/10/2022 21:14 |

**Dept: URINALYSIS**

| *Test* | *Result* | | *Units* | *Reference Ranges* | *Verified by/Date/Time* | | *LabID* |
|---|---|---|---|---|---|---|---|
| **UA (URINALYSIS DIPSTICK PANEL)** | | | | | | | |
| COLOR | YELLOW | | | STRAW,YELLOW | H1043 | 02/10/2022 21:14 | |
| CLARITY | CLEAR | | | CLEAR | H1043 | 02/10/2022 21:14 | |
| GLUCOSE, URINE | NEGATIVE | | mg-dL | NEGATIVE | H1043 | 02/10/2022 21:14 | |
| BILIRUBIN, URINE | NEGATIVE | | | NEGATIVE | H1043 | 02/10/2022 21:14 | |
| KETONES, URINE | NEGATIVE | | mg-dL | NEGATIVE | H1043 | 02/10/2022 21:14 | |
| SPECIFIC GRAVITY, URINE | >=1.030 | | units | 1.001 - 1.035 | H1043 | 02/10/2022 21:14 | |
| BLOOD, URINE | NEGATIVE | | | Negative | H1043 | 02/10/2022 21:14 | |
| pH, URINE | 6.5 | | units | 4.8 - 8.0 | H1043 | 02/10/2022 21:14 | |
| PROTEIN, URINE | 30 | AB | mg-dL | NEGATIVE | H1043 | 02/10/2022 21:14 | |
| UROBILINOGEN | 1.0 | | EU/dl | 0.2 - 1.0 | H1043 | 02/10/2022 21:14 | |
| NITRITES, URINE | NEGATIVE | | | NEGATIVE | H1043 | 02/10/2022 21:14 | |
| LEUKOCYTES, URINE | NEGATIVE | | | NEGATIVE | H1043 | 02/10/2022 21:14 | |
| **MICROSCOPIC EXAM, URINE** | | | | | | | |
| BACTERIA, URINE | NONE SEEN | | | NONE SEEN | H1043 | 02/10/2022 21:14 | |
| EPITHELIAL CELLS, URINE | NONE SEEN | | per LPF | | H1043 | 02/10/2022 21:14 | |
| MUCUS | SLIGHT | | per HPF | | H1043 | 02/10/2022 21:14 | |
| RBC'S, URINE | NONE SEEN | | per HPF | NONE SEEN | H1043 | 02/10/2022 21:14 | |
| WBC'S, URINE | NONE SEEN | | per HPF | NONE SEEN | H1043 | 02/10/2022 21:14 | |
| YEAST, URINE | NONE SEEN | | per HPF | NONE SEEN | H1043 | 02/10/2022 21:14 | |
| SPERMATOZOA, URINE | NONE SEEN | | per LPF | NONE SEEN | H1043 | 02/10/2022 21:14 | |
| TRICHOMONAS, URINE | NONE SEEN | | per LPF | NONE SEEN | H1043 | 02/10/2022 21:14 | |
| OTHER, SEDIMENT, URINE | Hyaline cast 1+ | | | | H1043 | 02/10/2022 21:14 | |

**Additional Information:**

| **Description** | **Answer** |
|---|---|
| Source of urine coll., click mag glass for choices | Catherized |
| Source of urine coll., click mag glass for choices | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

H - High, HH - Critical High, L - Low, LL - Critical Low, AB - Abnormal

**LASALLE GENERAL HOSPITAL**

***Patient Results Report***

**JENA, LA 71342**
**Phone No: 1-318-992-9200**
**Fax: 318-992-9281**

| | | | |
|---|---|---|---|
| Name: | [redacted] | Sex: | Male |
| MedRec No: | 60877 Episode No: 60877-0001 | DOB: | [redacted] |
| Accession #: | 2202100268 | Age: | 35 yrs |
| Patient Class: | EMERGENCY DEPARTMENT | Location: | ED - ER5 |
| Ordered by: | TAPIA, JORGE, MD | | |
| Fax #: | | Phone #: | |

| | |
|---|---|
| Attending Dr: | TAPIA, JORGE, MD |
| Fax #: | |
| Collection Date: | 02/10/2022 20:35 |
| Collected by: | ER |
| Received Date: | 02/10/2022 20:41 |
| Final Results: | 02/10/2022 21:01 |
| Report Printed: | 02/10/2022 21:01 |

**Dept: CHEMISTRY**

**ER DRUG SCREEN**

| *Test* | *Result* | *Units* | *Reference Ranges* | *Verified by/Date/Time* | *LabID* |
|---|---|---|---|---|---|
| AMPHETAMINES/METHAMPHETAMIN | NEG. | | Negative | H1043 02/10/2022 21:01 | |
| BARBITUATE, URINE | NEG. | | Negative | H1043 02/10/2022 21:01 | |
| BENZODIAZEPINES, URINE | NEG. | | Negative | H1043 02/10/2022 21:01 | |
| COCAINE, URINE | Positive, Preliminary | AB | Negative | H1043 02/10/2022 21:01 | |
| METHADONE, URINE | NEG. | | Negative | H1043 02/10/2022 21:01 | |
| OPIATES, URINE | NEG. | | Negative | H1043 02/10/2022 21:01 | |
| PHENCYCLIDINE, URINE | NEG. | | Negative | H1043 02/10/2022 21:01 | |
| CANNABINOIDS, URINE | Positive, Preliminary | AB | Negative | H1043 02/10/2022 21:01 | |

This drug screen is to be used for medical purposes only.

All presumptive positive results are preliminary analytical test results. A more specific alternate chemical method must be used in order to obtain a confirmed analytical result. Gas chromatography/mass spectrometry (GC/MS) is the preferred confirmatory method. Other chemical confirmation methods are available. Clinical consideration and professional judgment should be applied to any drug of abuse test result, particularly when preliminary positive results are used.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

H - High, HH - Critical High, L - Low, LL - Critical Low, AB - Abnormal

**LASALLE GENERAL HOSPITAL**
***Patient Results Report***

**JENA, LA 71342**
**Phone No: 1-318-992-9200**
**Fax: 318-992-9281**

| | | | |
|---|---|---|---|
| Name: [redacted] | | Sex: Male | |
| MedRec No: 60877 | Episode No: 60877-0001 | DOB: [redacted] | |
| Accession #: 2202100279 | | Age: 35 yrs | |
| Patient Class: EMERGENCY DEPARTMENT | | Location: ED - ER5 | |
| Ordered by: TAPIA, JORGE, MD | | | |
| Fax #: | Phone #: | | |

| | |
|---|---|
| Attending Dr: | TAPIA, JORGE, MD |
| Fax #: | |
| Collection Date: | 02/10/2022 20:57 |
| Collected by: | H1043 |
| Received Date: | 02/10/2022 22:49 |
| Final Results: | 02/10/2022 23:04 |
| Report Printed: | 02/10/2022 23:03 |

| *Test* | *Result* | *Units* | *Reference Ranges* | *Verified by/Date/Time* | *LabID* |
|---|---|---|---|---|---|
| **Dept:** CHEMISTRY | | | | | |
| ALCOHOL | <3.0 | mg-dL | 0.0 - 3.0 | H1043 02/10/2022 23:04 | |

This test is for medical purposes only.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

H - High, HH - Critical High, L - Low, LL - Critical Low, AB - Abnormal

FROM: (310-321-7649) TO:318-992-9213

11-Feb-2022 06:00 UTC PAGE: 1/1

LGH LaSalle GENERAL HOSPITAL

LaSalle General Hospital
187 9th St.
Jena LA 71342
Fax 318-992-9213 or 318-992-9113 or 318-992-9182

# Final Radiology Report

**Name:** [redacted]
**MRN:** 60877LGH
**Study:** CT HEAD W/O IV CONTRAST
**Accession:** CT22000384LGH

**Age:** 35y
**DOB:** [redacted]
**Requesting Physician:** TAPIA, JORGE I

**Date:** 02/10/2022 11:25 PM

EXAM DESCRIPTION:
CT HEAD W/O IV CONTRAST

CLINICAL HISTORY:
35 years Male, AMS; SPEECH HARD TO UNDERSTAND

COMPARISON:
None.

TECHNIQUE:
Axial images of the head were performed without the use of intravenous contrast, with sagittal and coronal reformatted images.

This exam was performed according to our departmental dose-optimization program which includes use of Automated Exposure Control, adjustment of the mA and/or kV according to patient size and/or use of iterative reconstruction technique.

FINDINGS:
No evidence of acute hemorrhage or infarct.

No evidence of mass or hydrocephalus.

There is mild ethmoid sinus disease.

IMPRESSION:
No acute finding.

Electronically signed by: Russ Savit MD 2/10/2022 11:57 PM CST Workstation: RPMXWRS64ZD7

This Facsimile may contain PRIVILEGED, CONFIDENTIAL AND/OR OTHERWISE PROTECTED INFORMATION intended only for the use of the addressee. Unauthorized distribution or use of the facsimile or its contents is strictly prohibited. If you are not the addressee, the person responsible for delivering this message to the addressee, or have received this facsimile in error, please immediately notify us by telephone at the number above and destroy this information. Thank you.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

FROM: (310-321-7649) TO:318-992-9213 11-Feb-2022 06:00 UTC PAGE: 1/1

LGH LaSalle GENERAL HOSPITAL

LaSalle General Hospital
187 9th St.
Jena LA 71342
Fax 318-992-9213 or 318-992-9113 or 318-992-9182

# Final Radiology Report

**Name:** [redacted]
**MRN:** 60877LGH
**Study:** CT HEAD W/O IV CONTRAST
**Accession:** CT22000384LGH

**Age:** [redacted]
**DOB:** 09/16/1986
**Requesting Physician:** TAPIA, JORGE I

**Date:** 02/10/2022 11:25 PM

EXAM DESCRIPTION:
CT HEAD W/O IV CONTRAST

CLINICAL HISTORY:
35 years Male, AMS; SPEECH HARD TO UNDERSTAND

COMPARISON:
None.

TECHNIQUE:
Axial images of the head were performed without the use of intravenous contrast, with sagittal and coronal reformatted images.

This exam was performed according to our departmental dose-optimization program which includes use of Automated Exposure Control, adjustment of the mA and/or kV according to patient size and/or use of iterative reconstruction technique.

FINDINGS:
No evidence of acute hemorrhage or infarct.

No evidence of mass or hydrocephalus.

There is mild ethmoid sinus disease.

IMPRESSION:
No acute finding.

Electronically signed by: Russ Savit MD 2/10/2022 11:57 PM CST Workstation: RPMXWRS64ZD7

This Facsimile may contain PRIVILEGED, CONFIDENTIAL AND/OR OTHERWISE PROTECTED INFORMATION intended only for the use of the addressee. Unauthorized distribution or use of the fasicmile or its contents is strictly prohibited. If you are not the addressee, the person responsible for delivering this message to the addressee, or have received this facsimile in error, please immediately notify us by telephone at the number above and destroy this information. Thank you.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

(signature)

Deputy Sheriff
Calcasieu Parish, Louisiana

Elsevier Interactive Patient Education - [redacted] - ID# 60877-0001 - MR# 60877

LGH LaSalle GENERAL HOSPITAL

LaSalle General Hospital
187 Ninth Street
PO Box 2780
Jena, LA 71342

*Main Hospital*
**(318) 992-9200**

*In an Emergency call:*
**911**

**PATIENT CARE INSTRUCTIONS Powered by EXITCARE®**

Patient Name: [redacted]
Attending Caregiver: TAPIA, JORGE I

# ER Discharge Instructions

GENERAL DISCHARGE INFORMATION:

- All Drugs may have side effects. If they are suspected, STOP the drug and consult your physician.
- Do not drive, climb ladders, work with power tools or consume any alcohol for at least eight (8) hours after taking medications with sedative, relaxing, narcotic, antihistaminic, or pain relief effects.
- If any pending lab results or culture reports return abnormal, or changes in medications or treatment are warranted, you will be notified.
- If you have had any Radiologic Exams (X-ray, CT, etc.), a preliminary report was received. If the final interpretation by the Radiologist reveals any additional findings and changes in medications or treatment are warranted, you will be notified.
- You may return to ER at any time, for any reason.

BY SIGNING BELOW, YOU AGREE WITH THE FOLLOWING:

- I have received and understand Exit Care / Patient Care Instructions.
- I understand that I have received emergency care, which is not a substitute for continued medical care.
- I will arrange for follow-up care as instructed.
- I have been instructed to return to ER if my condition or symptoms worsen.

VITAL SIGNS:

- Temperature: 98.1
- Pulse: 72
- Respirations: 18
- Blood Pressure: 112/64
- Oxygen Saturation: 97%
- Pain Scale: 0

**ADDITIONAL NOTES AND INSTRUCTIONS**

You were also seen by the following caregivers:
JORGE TAPIA

**FOLLOW UP WITH PRIMARY MD IN 1 - 5 DAYS**
**RETURN TO ER IF CONDITION WORSENS**

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

1 / 13 ©2022 Elsevier Inc. 2/11/2022 12:40:22 AM

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

| LGH LaSalle GENERAL HOSPITAL | LaSalle General Hospital<br>187 Ninth Street<br>PO Box 2780<br>Jena, LA 71342 | *Main Hospital*<br>(318) 992-9200<br>*In an Emergency call:*<br>911 |
|---|---|---|

**PATIENT CARE INSTRUCTIONS Powered by EXITCARE®**

Patient Name: [redacted]
Attending Caregiver: TAPIA, JORGE I

# Confusion

Confusion is the inability to think with your usual speed or clarity. Confusion can be caused by many things. People who are confused often describe their thinking as cloudy or unclear. Confusion can also include feeling disoriented. This means you are unaware of where you are or who you are. You may also not know the date or time. When confused, you may have trouble remembering, paying attention, or making decisions. Some people also act aggressively when they are confused.

In some cases, confusion may come on quickly. In other cases, it may develop slowly over time.

Confusion may be caused by medical conditions such as:

- Infections, such as a urinary tract infection (UTI).
- Low levels of oxygen, which can develop from conditions such as long-term lung disorders.
- Decrease in brain function due to dementia and other conditions that affect the brain, such as seizures, strokes, brain tumors, or head injuries.
- Mental health conditions, like panic attacks, anxiety, depression, and hallucinations.

Confusion may also be caused by physical factors such as:

- Loss of fluid (*dehydration*) or an imbalance of salts and minerals in the body (*electrolytes*).
- Lack of certain nutrients like niacin, thiamine, or other B vitamins.
- Fever or hypothermia, which is a sudden drop in body temperature.
- Low or high blood sugar.
- Low or high blood pressure.

Other causes include:

- Lack of sleep or changes in routine or surroundings, such as when traveling or staying in a hospital.
- Using too much alcohol, drugs, or medicine.
- Side effects of medicines, or taking medicines that affect other medicines (*drug interactions*).

FOLLOW THESE INSTRUCTIONS AT HOME:
Pay attention to your symptoms. Tell your health care provider about any changes or if you develop new symptoms. Follow these instructions to control or treat symptoms. Ask a family member or friend for help if needed.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

**Medicines**



- Take over-the-counter and prescription medicines only as told by your health care provider.
- Ask your health care provider about changing or stopping any medicines that may be causing your confusion.
- Avoid pain medicines or sleep medicines until you have fully recovered.
- Use a pillbox or an alarm to help you take the right medicines at the right time.

**Lifestyle**



- Eat a balanced diet that includes fruits and vegetables.
- Get enough sleep. For most adults, this is 7–9 hours each night.
- **Do not** drink alcohol.
- **Do not** become isolated. Spend time with other people and make plans for your days.
- **Do not** drive until your health care provider says that it is safe to do so.
- **Do not** use any products that contain nicotine or tobacco, such as cigarettes, e-cigarettes, and chewing tobacco. If you need help quitting, ask your health care provider.
- Stop other activities that may increase your chances of getting hurt. These may include some work duties, sports activities, swimming, or bike riding. Ask your health care provider what activities are safe for you.

**Tips for caregivers**

- Find out if the person is confused. Ask the person to state his or her name, age, and the date. If the person is unsure or answers incorrectly, he or she may be confused and need assistance.
- Always introduce yourself, no matter how well the person knows you. Remind the person of his or her location.
- Place a calendar and clock near the person who is confused. Keep a regular schedule. Make sure the person has plenty of light during the day and sleep at night.
- Talk about current events and plans for the day.
- Keep the environment calm, quiet, and peaceful.
- Help the person do the things that he or she is unable to do. These include:
    - Taking medicines.
    - Keeping medical appointments.
    - Helping with household duties, including meal preparation.
    - Running errands.
- Get help if you need it. There are several support groups for caregivers. If the person you are helping needs more support, consider day care, extended-care programs, or a skilled nursing facility. The person's health care provider may be able to help evaluate these options.

**General instructions**

- Monitor yourself for any conditions you may have. These can include:
    - Checking your blood glucose levels if you have diabetes.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana



[redacted]

- Maintaining a healthy weight.
- Monitoring your blood pressure if you have hypertension.
- Monitoring your body temperature if you have a fever.
- Keep all follow-up visits. This is important.

CONTACT A HEALTH CARE PROVIDER IF:

- You have new symptoms or your symptoms get worse.

GET HELP RIGHT AWAY IF YOU:

- Feel that you are not able to care for yourself.
- Develop severe headaches, repeated vomiting, seizures, blackouts, or slurred speech.
- Have increasing confusion, weakness, numbness, restlessness, or personality changes.
- Develop a loss of balance, have marked dizziness, feel uncoordinated, or fall.
- Develop severe anxiety, or you have delusions or hallucinations.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

SUMMARY

- Confusion is the inability to think with your usual speed or clarity. People who are confused often describe their thinking as cloudy or unclear.
- Confusion can also include having trouble remembering, paying attention, or making decisions.
- Confusion may come on quickly or develop slowly over time, depending on the cause. There are many different causes of confusion.
- Ask for help from family members or friends if you are unable to take care of yourself.

Document Released: 1/25/2006 Document Revised: 4/13/2021 Document Reviewed: 4/13/2021
Elsevier Interactive Patient Education ©2019 Elsevier Inc. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

| LGH LaSalle GENERAL HOSPITAL | LaSalle General Hospital<br>187 Ninth Street<br>PO Box 2780<br>Jena, LA 71342 | *Main Hospital*<br>(318) 992-9200<br>*In an Emergency call:*<br>911 |
|---|---|---|

**PATIENT CARE INSTRUCTIONS Powered by** EXITCARE®

Patient Name: [redacted]
Attending Caregiver: TAPIA, JORGE I

# Cannabis Use Disorder

Cannabis use disorder occurs when marijuana use disrupts a person's daily life or causes health problems. This condition can be dangerous. The health problems this condition can cause include:

- Long-lasting problems with thinking and learning. These can be permanent in young people.
- Mental health problems, such as severe anxiety, paranoia, hallucinations, or schizophrenia.
- Dangerously high blood pressure and heart rate.
- Breathing problems.
- Problems with child development during and after pregnancy.

People with this condition are also more likely to use other drugs.

WHAT ARE THE CAUSES?
This condition is caused by using marijuana too much over time. It is not caused by using it only once in a while. Many people with this condition use marijuana because it gives them a feeling of extreme pleasure or relaxation.

WHAT INCREASES THE RISK?
This condition is more likely to develop in:

- Men.
- People with a family history of cannabis use disorder.
- People with mental health issues such as depression or post-traumatic stress disorder (PTSD).

WHAT ARE THE SIGNS OR SYMPTOMS?
Symptoms of this condition include:

**Addiction**

- Using greater amounts of marijuana than you want to, or using marijuana for longer than you want to.
- Craving marijuana.
- Spending a lot of time getting marijuana, using it, or recovering from its effects.
- Having problems at work, at school, at home, or in relationships because of marijuana use.
- Giving up or cutting down on important life activities because of marijuana use.
- Using marijuana at times when it is dangerous, such as while you are driving a car.
- Needing more and more marijuana to get the same desired effect (building up a *tolerance*).
- Lack of motivation, known as amotivational syndrome, which leads to poor school and work performance.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

**Physical problems**

- A long-lasting cough.
- Bronchitis.
- Emphysema.
- Throat and lung cancer.

**Mental problems**

- Psychosis.
- Anxiety.
- Trouble sleeping.
- Increase in violent behavior in young people.

**Withdrawal problems**

You may have symptoms when you stop using marijuana. Symptoms include:

- Irritability or anger.
- Anxiety or restlessness.
- Trouble sleeping.
- Loss of appetite or weight loss.
- Aches and pains.
- Shakiness, sweating, or chills.

HOW IS THIS DIAGNOSED?

This condition is diagnosed with an assessment. During the assessment, your health care provider will ask about your marijuana use and how it affects your life. You will be diagnosed with the condition if you have had at least two symptoms of this condition within a 12-month period. How severe the condition is depends on how many symptoms you have.

- If you have two to three symptoms, your condition is mild.
- If you have four to five symptoms, your condition is moderate.
- If you have six or more symptoms, your condition is severe.

Your health care provider may perform a physical exam or do lab tests to see if you have physical problems resulting from marijuana use. Your health care provider may also screen for drug use and refer you to a mental health professional for evaluation.

HOW IS THIS TREATED?



Treatment for this condition is usually provided by mental health professionals with training in substance use disorders. Your treatment may involve:

- Counseling. This treatment is also called talk therapy. It is provided by substance use treatment counselors. A counselor can address the reasons you



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish

use marijuana and suggest ways to keep you from using it again. The goals of talk therapy are to:

- Find healthy activities to replace using marijuana.
- Identify and avoid the things that trigger your marijuana use.
- Help you learn how to handle cravings.

- Support groups. Support groups are led by people who have quit using marijuana. They provide emotional support, advice, and guidance.
- Medicine. Medicine is used to treat mental health issues that trigger marijuana use or that result from it.

FOLLOW THESE INSTRUCTIONS AT HOME:

**Lifestyle**



Make healthy lifestyle choices, such as:

- Eating a healthy diet.
- Getting enough exercise.
- Improving your stress-management skills.

**General instructions**

- Take over-the-counter, prescription medicines, and herbal remedies only as told by your health care provider
- Check with your health care provider before starting any new medicines.
- Work with your counselor or group to develop tools to keep you from using marijuana again (*relapsing*).
- Learn daily living skills and work skills.
- Keep all follow-up visits as told by your health care provider. This is important.

WHERE TO FIND MORE INFORMATION

- National Institute on Drug Abuse: www.drugabuse.gov
- Centers for Disease Control and Prevention: www.cdc.gov
- Substance Abuse and Mental Health Services Administration: www.samhsa.gov

CONTACT A HEALTH CARE PROVIDER IF:

- You are not able to take your medicines as told.
- Your symptoms get worse.

GET HELP RIGHT AWAY IF:

- You have serious thoughts about hurting yourself or others.

**If you ever feel like you may hurt yourself or others, or have thoughts about taking your own life, get help right away. You can go to your nearest emergency department or call:**

- **Your local emergency services (911 in the U.S.).**
- **A suicide crisis helpline, such as the National Suicide Prevention Lifeline at 1-800-273-8255. This is open 24 hours a day in the U.S.**

SUMMARY

- Cannabis use disorder is when using marijuana disrupts a person's daily life or causes health problems.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

- This condition is caused by using marijuana too much over time.
- Treatment for this condition is usually provided by mental health professionals with training in substance use disorders.
- Treatment may involve counseling, support groups, or medicine.

Document Released: 12/15/2001 Document Revised: 11/17/2020 Document Reviewed: 11/17/2020
Elsevier Interactive Patient Education ©2019 Elsevier Inc. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

LGH LaSalle GENERAL HOSPITAL

LaSalle General Hospital
187 Ninth Street
PO Box 2780
Jena, LA 71342

*Main Hospital*
**(318) 992-9200**

*In an Emergency call:*
**911**

**PATIENT CARE INSTRUCTIONS Powered by** EXITCARE®

Patient Name: [redacted]
Attending Caregiver: TAPIA, JORGE I

# Cocaine Use Disorder

Cocaine use disorder is a condition in which your cocaine use disrupts your daily life. Cocaine belongs to a group of powerful drugs known as stimulants. Other names for cocaine include coke, crack, blow, snow, C, powder, and nose candy. This drug has some medical uses, but these are rare. Cocaine is most often misused because of its effects, which include:

- A feeling of extreme pleasure (*euphoria*).
- Alertness.
- A high energy level.

Cocaine use can affect your relationships and how you do your job. Cocaine use disorder can be dangerous because:

- Cocaine increases your blood pressure.
- Using cocaine can lead to a heart attack or stroke.
- Cocaine use can cause fast or irregular heartbeats and seizures.
- Non-medical cocaine use is illegal and can lead to criminal charges.

Cocaine use can be life-threatening.

WHAT ARE THE CAUSES?
This condition is caused by misusing cocaine. Many people start using cocaine because it makes them feel good or helps them deal with their lives. Over time, they get addicted to it. When they try to stop using it, they feel sick.

WHAT INCREASES THE RISK?
The following factors may make you more likely to develop this condition:

- Misusing other drugs.
- A family history of misusing drugs.
- History of mental illness.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

WHAT ARE THE SIGNS OR SYMPTOMS?
Symptoms of this condition include:

- Using more cocaine than you want to, or using cocaine for longer than you want to. You may crave cocaine, try several times to use less cocaine, or try to control your cocaine use. You may also need more and more cocaine to get the same effect that you want (build up a *tolerance*).
- Spending a lot of time getting cocaine, using it, or recovering from its effects.
- Having problems at work, at school, at home, or with relationships because of cocaine use.

- Giving up or cutting down on important life activities because of cocaine use.
- Using cocaine when it is dangerous, such as when driving a car.
- Continuing to use cocaine even though it has led to a physical problem, such as poor nutrition, nosebleeds, and chest pain.
- Continuing to use cocaine even though it is affecting your mental health. You may develop:
  - Schizophrenia-like symptoms. You may think or act in an unusual way.
  - Depression.
  - Bipolar mood swings.
  - Anxiety.
  - Sleep problems.

If you stop using cocaine, you may have symptoms of withdrawal. Symptoms include depression, sleep problems, and bad dreams.

HOW IS THIS DIAGNOSED?

This condition is diagnosed with an assessment. During the assessment, your health care provider will ask about your cocaine use and about how it affects your life. Your health care provider may also:

- Do a physical exam or lab tests to see if you have a physical problem resulting from cocaine use.
- Screen for drug use.
- Refer you to a mental health professional for evaluation.

HOW IS THIS TREATED?



Treatment for this condition is usually provided by mental health professionals with training in substance use disorders. Treatment may involve:

- Counseling. This treatment is also called talk therapy. It is provided by substance use treatment counselors. A counselor can address the reasons you use cocaine and suggest ways to keep you from using it again. The goals of talk therapy are to:
  - Find healthy activities to replace using cocaine.
  - Identify and avoid what triggers your cocaine use.
  - Help you learn how to handle cravings.
- Support groups. Support groups are run by people who have quit using addictive substances. They provide emotional support, advice, and guidance.
- Medicines.
- Care at a residential treatment center.

FOLLOW THESE INSTRUCTIONS AT HOME:

**Medicines**

- Take over-the-counter and prescription medicines only as told by your health care provider.
- Check with your health care provider before starting any new medicines, herbs, or supplements.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

**General instructions**



- **Do not** use any drugs or alcohol.
- Avoid people and activities that trigger your use of cocaine.
- Learn and practice techniques for managing stress.
- Have a plan for vulnerable moments. Get phone numbers of those who are willing to help and who are committed to your recovery.
- Attend support groups regularly for emotional support, advice, and guidance.
- **Do not** use any products that contain nicotine or tobacco, such as cigarettes, e-cigarettes, and chewing tobacco. If you need help quitting, ask your health care provider.
- Keep all follow-up visits as told by your health care provider. This is important. This includes work with therapists and support groups.

WHERE TO FIND MORE INFORMATION

- National Institute on Drug Abuse: www.drugabuse.gov
- Substance Abuse and Mental Health Services Administration: www.samhsa.gov
- Narcotics Anonymous: www.na.org

CONTACT A HEALTH CARE PROVIDER IF:

- You cannot take your medicines as told.
- You use cocaine again.
- Your symptoms get worse.

GET HELP RIGHT AWAY IF YOU HAVE:

- Serious thoughts about hurting yourself or others.
- Chest pain.
- Any symptoms of a stroke. **"BE FAST"** is an easy way to remember the main warning signs of a stroke:
  - **B - Balance.** Signs are dizziness, sudden trouble walking, or loss of balance.
  - **E - Eyes.** Signs are trouble seeing or a sudden change in vision.
  - **F - Face.** Signs are sudden weakness or numbness of the face, or the face or eyelid drooping on one side.
  - **A - Arms.** Signs are weakness or numbness in an arm. This happens suddenly and usually on one side of the body.
  - **S - Speech.** Signs are sudden trouble speaking, slurred speech, or trouble understanding what people say.
  - **T - Time.** Time to call emergency services. Write down what time symptoms started.
- Other signs of a stroke, such as:
  - A sudden, severe headache with no known cause.
  - Nausea or vomiting.
  - Seizure.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

**If you ever feel like you may hurt yourself or others, or have thoughts about taking your own life, get help right away. Go to your nearest emergency department or:**

- **Call your local emergency services (911 in the U.S.).**
- **Call a suicide crisis helpline, such as the National Suicide Prevention Lifeline at 1-800-273-8255. This is open 24 hours a day in the U.S.**

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records



Deputy Sheriff
Calcasieu Parish, Louisiana

- **Text the Crisis Text Line at 741741 (in the U.S.).**

SUMMARY

- Cocaine has some medical uses, but these are rare. Cocaine is most often misused because of its effects.
- Many people start using cocaine because it makes them feel good or helps them deal with their lives. Over time, they get addicted to it.
- Treatment for this condition is usually provided by mental health professionals with training in substance use disorders.

Document Released: 12/15/2001 Document Revised: 10/14/2020 Document Reviewed: 10/14/2020
Elsevier Interactive Patient Education ©2019 Elsevier Inc. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

www.lasallegeneralhospital.com

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2022-00000544

**Print Date/Time:** 04/21/2025 11:22
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

**Incident Type:** Informational
**Reporting Officer:** 10105 - Hollan
**Incident Date/Time:** 02/02/2022 03:55 PM
**Reported Date/Time:** 02/02/2022 03:55 PM
**Incident Location:**
**Description:** Inmate was attacked in Catahoula.

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Perry, Jacob Paul | Offender | 2021-00005255 | N |

## Subject Charges

## Activity

## Violations

**Seq Number:** 1 **Violator:** Perry, Jacob Paul **Violation:** Medical Issue
**Location:** **Requires Reclassification:** N

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

Inmate Jacob Perry was attacked by other inmates in Catahoula. See documents for details.

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ____________________ **Date:** ____________________

**Reviewed:** ____________________ **Date:** ____________________

**Medical Notified:** __________ YES __________ NO **Date:** ____________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

[redacted] Book No: CCC0000005515 Cell: D25

| ate & Time | | Type | EVENT | | Location | Seen By | Comments |
|---|---|---|---|---|---|---|---|
| 22 | 11:40 | S | NURSE | NURSE NOTES | NURSE | BRELAND, CHRYSTAL | I/M WAS BROUGHT TO MEDICAL PER CAPTAIN LEA. REPORTED HE WAS HIT ON THE BACK AND BUTTO WITH A BELT MULTIPLE TIMES ON SUNDAY (1/30/22 UPON ASSESSMENT PURPLISH RED BRUISE NOTED TO LT. BUTTOCKS APPROX. 5 X 5 CM. SKIN INTACT. PURPLISH RED BRUISE TO RT. BUTTOCKS X 2. BRU # 1 ON RT. BUTTOCK APPROX. 1 X 1 CM. SKIN INTAC BRUISE # 2 ON RT. BUTTOCKS APPROX. 2 X 1 CM. S INTACT. NO REDNESS, NO BRUISING, OR NO DISCOLORATION NOTED TO BACK. I/M DENIES BEIN HIT ANYWHERE ELSE BESIDES THE BACK AND BUTTOCKS. I/M IS ALERT AND ORIENTED X 3. NO DISTRESS NOTED. RESP. EVEN AND UNLABORED. S WARM AND DRY TO TOUCH. NO OPENING IN THE SK NOTED. NO DRAINAGE NOTED. I/M C/O PAIN TO BUTTOCK ( 3 OUT OF 10 ON PAIN SCALE ). NKDA. OFFERED IBU FOR PAIN. I/M REFUSED IBU. BP - 128 P- 76, R- 20, T- 96.8, 02 SAT- 99%. |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

**Jacob Perry Incident**

# CATAHOULA CORRECTIONAL CENTER

UNUSUAL OCCURRENCE REPORT

| NAME | NUMBER: | DORM/CELL | DATE OF INCIDENT | TIME: |
|---|---|---|---|---|
| JACOB PERRY | 2021100001 | I | 1-30-22 | 1734 |
| LOCATION OF INCIDENT: C-DORM | | WITNESSES | | |

TYPE OF INCIDENT CHECK APPROPRIATE BOX (ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGGRAVATED FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| X | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | OTHER: | | | | | | |
| | CHEMICAL AGENTS USED | | MECHANICAL RESTRAINTS USED | | | | | | |

ON THE ABOVE DATE AND APPROXIMATE TIME INMATE JACOB PERRY #2021100001 WAS IN I DORM WHEN SEVERAL INMATES PICKED UP INMATE PERRY AND CARRYED HIM TO THE BACK OF I DORM AND HELD HIM DOWN TAKING TURNS HITTING HIM WITH A BELT. AFTER REVIEWING THE CAMERA SEVERAL OFFICERS AND I WERE ABLE TO IDENTIFY SEVERAL INMATES INVOLVED WITH THE INCIDENT. INAMTE (MICHAEL JACK #2021030176),INMATE (JYRAN MCCOY #2021090040), INMATE (JACOBY RICHMOND #2021100144), INMATE (JEANCARLOS ZERON #761243) AND INMATE (ANTONIO TOMPKINS #2022010023), ALL THE INMATES THAT WERE INVOLVED WERE PLACED IN CELLS PENDING INVESTIGATION. INMATE PERRY WAS INTERVIEW AND PLACED IN D DORM.EOR

CAPTAIN DENNIS WASCOM
REPORTING OFFICER

2-2-22 1150
DATE AND TIME COMPLETED

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

9

# CATAHOULA CORRECTIONAL CENTER DISCIPLINARY REPORT

INMATE INFORMATION

| | | | |
|---|---|---|---|
| NAME | JAQUEZ ROBERTS | NUMBER | 2021110041 |
| JOB ASSIGNMENT | IDLE | HOUSING ASSIGNMENT | I-DORM |

INCIDENT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| LOCATION | I-DORM | DATE | 1-30-22 | TIME | 1830 |
| RULE VIOLATION | FIGHTING | | | RULE # | 10 |

DESCRIPTION OF INCIDENT (Include all relevant information, i.e. – unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force.

ON THE ABOVE DATE AND APPOXIMATE TIME, I LT. JOSEPH PRINCE RECEIVED A CALL FORM OFFENDER JACOB PERRY (2021100001) MOTHER CLAIMING THAT HER SON HAD BEEN ATTACKED IN THE DORM. WHEN REVIEWING THE CAMERA OFFENDERS JAQUEZ ROBERTS (2021110041) AND JEANCARLOS ZERON (761243) WERE SEEN GRABBING OFFENDER PERRY AND DRAGGING HIM TO THE BACK OF THE DORM AGAINST HIS WILL. OFFENDERS ROBERTS AND ZERON WERE TAKEN TO CELLS 9 AND 8 RESPECTIVLY. THEY ARE AWAITING DISCIPLINARY ACTION. E.O.R.

| | | | |
|---|---|---|---|
| SIGNATURE OF REPORTING EMPLOYEE | Lt. [signature] | | |
| PRINT NAME, TITLE, AND ASSIGNMENT | JOSEPH PRINCE, LT., D-TEAM | | |
| DATE OF REPORT | 1-31-22 | TIME OF REPORT | 0710 |
| COPY OF REPORT GIVEN TO INMATE BY | | | |
| SIGNATURE OF INMATE | X | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLEA- | ✓ | GUILTY | | NOT GUILTY | VERDICT- | ✓ | GUILTY | NOT GUILTY |
| HEARING DATE | 1-31-22 | COUNSEL | N/A Refused | | | NUMBER | | |
| MOTIONS | | | | | | | | |

REASON FOR DEPOSITION

| | | | |
|---|---|---|---|
| ✓ | REPORT IS CLEAR & PRECISE | | LACK OF CREDIBLE DEFENSE / LACK OF EVIDENCE |
| | THE OFFICER'S VERSION IS DETERMINED TO BE MORE CREDIBLE THAN THE INMATE'S | | |
| | INVESTIGATIVE OFFICER'S TESTIMONY DEEMED MORE TRUTHFUL / ACCURATE THAN THE INMATE'S | | |
| | BASED ON HIS STATEMENT | | INMATE PLED GUILTY / GUILTY PLEA ACCEPTED |
| | DENYING REPORT IS THE ONLY DEFENSE | | NO EVIDENCE TO REFUTE THE CHARGE |
| | INMATE'S DEMEANOR LED THE BOARD TO BELIEVE HIS TESTIMONY UNTRUE | | PLEA BARGAIN |
| | OTHER - | | |

REASON FOR SENTENCE

| | | | |
|---|---|---|---|
| ✓ | SERIOUSNESS OF OFFENSE | | PROTECTION OF INSTITUTION, EMPLOYEES, OTHERS |
| | POOR CONDUCT REPORT | | OTHER - |
| | A TOTAL OF 1 RULE VIOLATIONS | | ____ SCHEDULE B VIOLATIONS SINCE ____ |

| | | | | | |
|---|---|---|---|---|---|
| SENTENCE | 3 wks Loss store | | SUSPENDED | ✓ | IMPOSED |
| SENTENCE | | | SUSPENDED | | IMPOSED |

DISCIPLINARY BOARD – COST MAY BE IMPOSED FOR ANY PROPERTY DAMAGED, OR MEDICAL EXPENSE OCCASIONED THROUGH THE FAULT OF AN INMATE WHO, IN SO CAUSING THE LOSS, DAMAGE, OR MEDICAL EXPENSE, ALSO IS FOUND GUILTY, THROUGH THE DISCIPLINARY PROCESS, OF VIOLATING ONE OR MORE OF THE RULES SET OUT IN THE DISCIPLINARY RULES PROCEDURES FOR ADULT INMATES.

[signature]
CHAIRMAN (Disciplinary Officer)

MEMBER

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

8

# CATAHOULA CORRECTIONAL CENTER DISCIPLINARY REPORT

INMATE INFORMATION

| | | | |
|---|---|---|---|
| NAME | JEANCARLOS ZERON | NUMBER | 761243 |
| JOB ASSIGNMENT | IDLE | HOUSING ASSIGNMENT | I-DORM |

INCIDENT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| LOCATION | I-DORM | DATE | 1-30-22 | TIME | 1830 |
| RULE VIOLATION | FIGHTING | | | RULE # | 10 |

DESCRIPTION OF INCIDENT (Include all relevant information, i.e. – unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force.

ON THE ABOVE DATE AND APPOXIMATE TIME, I LT. JOSEPH PRINCE RECEIVED A CALL FORM OFFENDER JACOB PERRY (2021100001) MOTHER CLAIMING THAT HER SON HAD BEEN ATTACKED IN THE DORM. WHEN REVIEWING THE CAMERA OFFENDERS JAQUEZ ROBERTS (2021110041) AND JEANCARLOS ZERON (761243) WERE SEEN GRABBING OFFENDER PERRY AND DRAGGING HIM TO THE BACK OF THE DORM AGAINST HIS WILL. OFFENDERS ROBERTS AND ZERON WERE TAKEN TO CELLS 9 AND 8 RESPECTIVLY. THEY ARE AWAITING DISCIPLINARY ACTION. E.O.R.

| | | | | | |
|---|---|---|---|---|---|
| SIGNATURE OF REPORTING EMPLOYEE | [signature] | | | | |
| PRINT NAME, TITLE, AND ASSIGNMENT | JOSEPH PRINCE, LT., D-TEAM | | | | |
| DATE OF REPORT | 1-31-22 | TIME OF REPORT | 0710 | | |
| COPY OF REPORT GIVEN TO INMATE BY | | | | | |
| SIGNATURE OF INMATE | [signature] | | | | |
| PLEA- ✓ GUILTY | NOT GUILTY | VERDICT- ✓ | GUILTY | | NOT GUILTY |
| HEARING DATE | 1-31-22 | COUNSEL | NA Refused | NUMBER | |
| MOTIONS | | | | | |

REASON FOR DEPOSITION

| | | | |
|---|---|---|---|
| ✓ | REPORT IS CLEAR & PRECISE | | LACK OF CREDIBLE DEFENSE / LACK OF EVIDENCE |
| | THE OFFICER'S VERSION IS DETERMINED TO BE MORE CREDIBLE THAN THE INMATE'S | | |
| | INVESTIGATIVE OFFICER'S TESTIMONY DEEMED MORE TRUTHFUL / ACCURATE THAN THE INMATE'S | | |
| | BASED ON HIS STATEMENT | | INMATE PLED GUILTY / GUILTY PLEA ACCEPTED |
| | DENYING REPORT IS THE ONLY DEFENSE | | NO EVIDENCE TO REFUTE THE CHARGE |
| | INMATE'S DEMEANOR LED THE BOARD TO BELIEVE HIS TESTIMONY UNTRUE | | PLEA BARGAIN |
| | OTHER - | | |

REASON FOR SENTENCE

| | | | | | |
|---|---|---|---|---|---|
| ✓ | SERIOUSNESS OF OFFENSE | | PROTECTION OF INSTITUTION, EMPLOYEES, OTHERS | | |
| | POOR CONDUCT REPORT | | OTHER - | | |
| | A TOTAL OF 1 RULE VIOLATIONS | | SCHEDULE B VIOLATIONS SINCE | | |
| SENTENCE | 3 WKS Lost Store | | SUSPENDED | ✓ | IMPOSED |
| SENTENCE | | | SUSPENDED | | IMPOSED |

DISCIPLINARY BOARD – COST MAY BE IMPOSED FOR ANY PROPERTY DAMAGED, OR MEDICAL EXPENSE OCCASIONED THROUGH THE FAULT OF AN INMATE WHO, IN SO CAUSING THE LOSS, DAMAGE, OR MEDICAL EXPENSE, ALSO IS FOUND GUILTY, THROUGH THE DISCIPLINARY PROCESS, OF VIOLATING ONE OR MORE OF THE RULES SET OUT IN THE DISCIPLINARY RULES PROCEDURES FOR ADULT INMATES.

[signature]
CHAIRMAN (Disciplinary Officer)

MEMBER

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana



MANCUSO 002847

1-30-

## CATAHOULA CORRECTIONAL CENTER

Booking Sheet: CCC0000005515 Page: 1

ID #: 2021100001
Name: PERRY, JACOB
Address: 4200 LUKE POWERS RD
LAKE CHARLES, LA 70615
Phone(Home/Business): (337) 302-6542 (318) 000-0000



DOB: 6/30/1991 Age: 30 YRS Height: 0- 0
Race: W Sex: M Weight: 000
Eyes: BRO Ethnicity: N Appearance:
Hair: BRO Resident: R Build:
Scars/Marks/Tattoos: Complexion: Birth Place:
Employer: FBI ID: IdentA:
SSN: PRIVATE DL No.: LA State ID: Religion:

Booking Date: 12/30/21 Time: 13:10 Transfer(Y/N)? Facility: CCC
Arrest Date: 12/30/21 Time: 0:00 Booking Officer: 01235 EDWARDS, CYNTHIA
Arresting Agency: CALC Cell Assignment: D25
Officer: CALC Name not found Status: Class: MED
Location: Hold Reason: Court Date:
HARRISONBURG LA Holding For:
Searched By: Phone Call: N Sentence Date: / /
CLOTHING: NCIC: CCC HBK: Scheduled Release: / / 0:00
METAL: WARRANT: ID ISSUED: Probation Off./Atty.:
PAT: PRINTS: Bondsman:
STRIP: PHOTO: Supplemental To:
CAVITY: ICE NAT HB Drug Screen:

Cash: $0.00 Vehicle Information:
Vehicle Location:
Property Description: Property Location:

### OFFENSES

| Seq.No.: | Code: Statute (RSA) Reference Number: | Description: Incident Number | Warrant Number | Court Fel/Misd | Bond Amt: Fine Amount: | Bond Type: |
|---|---|---|---|---|---|---|
| 1 | NONE | NONE | | 14JD 1 M | 0.00 0.00 | |

Notes:

NONE

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

# CATAHOULA CORRECTIONAL CENTER

Booking Sheet: CCC0000004795

Page: 1

ID #: 2021030176
Name: JACK, MICHAEL
Address:1814 PEAR STREET
LAKE CHARLES, LA 706010000
Phone(Home/Business): (337) 405-8571 (337) 405-8571




DOB: 4/02/1995 Age: 26 YRS Height: 5- 8
Race: B Sex: M Weight: 180
Eyes: BRO Ethnicity: N Appearance:
Hair: BLK Resident: R Build:
Scars/Marks/Tattoos: Complexion: Birth Place:
Employer: MICHAEL GAMBLE DAD FBI ID: IdentA:
SSN: PRIVATE DL No.: LA State ID: Religion:

---

Booking Date: 10/12/21 Time: 12:38 Transfer(Y/N)? Facility: CCC
Arrest Date: 10/12/21 Time: 0:00 Booking Officer: 01237 PRICE, MARGIE
Arresting Agency: Cell Assignment:I43
Officer: CALC Name not found Status: Class: MED
Location: Hold Reason: Court Date:
HARRISONBURG LA Holding For:
Searched By: Phone Call: N Sentence Date: / /
CLOTHING: NCIC: CCC HBK: Scheduled Release: / / 0:00
METAL: WARRANT: ID ISSUED: Probation Off./Atty.:
PAT: PRINTS: Bondsman:
STRIP: PHOTO: Supplemental To:
CAVITY: ICE NAT HB Drug Screen:

---

Cash: $0.00 Vehicle Information:
Vehicle Location:
Property Description: Property Location:

---

OFFENSES

| Seq.No.: Notes: | Code: Statute (RSA) Reference Number: | Description: Incident Number | Warrant Number | Court Fel/Misd | Bond Amt: Fine Amount: | Bond Type: |
|---|---|---|---|---|---|---|
| 1 | NONE | NONE | | 14JD 1 M | 0.00 0.00 | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

# CATAHOULA CORRECTIONAL CENTER

Booking Sheet: CCC0000005568 Page: 1

ID #: 2022010023
Name: TOMPKINS, ANTONIO
Address: 1009 LIVE OAK ST
LAKE CHARLES, LA 70601
Phone(Home/Business): (337) 660-5595 (318) 000-0000




DOB: 1/06/1994 Age: 27 YRS Height: 6- 0
Race: B Sex: M Weight: 163
Eyes: BRO Ethnicity: N Appearance:
Hair: BLK Resident: R Build:
Scars/Marks/Tattoos: Complexion: Birth Place:
Employer: MIKA TOMPKINS SISTER FBI ID: IdentA:
SSN: PRIVATE DL No.: LA State ID: Religion:

Booking Date: 01/04/22 Time: 15:49
Arrest Date: 01/04/22 Time: 0:00
Arresting Agency: CALC
Officer: CALC Name not found
Location:
HARRISONBURG LA
Searched By: Phone Call: N
CLOTHING: NCIC: CCC HBK:
METAL: WARRANT: ID ISSUED:
PAT: PRINTS:
STRIP: PHOTO:
CAVITY: ICE NAT HB

Transfer(Y/N)? Facility: CCC
Booking Officer: 01237 PRICE, MARGIE
Cell Assignment: CELL 10
Status: Class: MED
Hold Reason: Court Date:
Holding For:
Sentence Date: / /
Scheduled Release: / / 0:00
Probation Off./Atty.:
Bondsman:
Supplemental To:
Drug Screen:

Cash: $0.00 Vehicle Information:
Vehicle Location:
Property Description: Property Location:

OFFENSES

| Seq.No.: | Code: / Statute (RSA) / Reference Number: | Description: / Incident Number | Warrant Number | Court / Fel/Misd | Bond Amt: / Fine Amount: | Bond Type: |
|---|---|---|---|---|---|---|
| Notes: | | | | | | |
| 1 | NONE | NONE | | 14JD 1 / M | 0.00 / 0.00 | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

# CATAHOULA CORRECTIONAL CENTER

Booking Sheet: CCC0000004855 Page: 1



ID #: 2021100144
Name: RICHMOND, JACOBY J
Address: 1900 LEGION ST
LAKE CHARLES, LA 706010000
Phone(Home/Business): (337) 304-6649 (337) 214-9696
DOB: 12/10/1989 Age: 31 YRS Height: 6- 0
Race: B Sex: M Weight: 230
Eyes: BRO Ethnicity: N Appearance:
Hair: BLK Resident: R Build:
Scars/Marks/Tattoos: Complexion: Birth Place:
Employer: AMYRIA BULLOCK FRIEND FBI ID: IdentA:
SSN: PRIVATE DL No.: LA State ID: Religion:

Booking Date: 10/20/21 Time: 13:58 Transfer(Y/N)? Facility: CCC
Arrest Date: 10/20/21 Time: 0:00 Booking Officer: 01237 PRICE, MARGIE
Arresting Agency: Cell Assignment: I98
Officer: CALC Name not found Status: Class: MED
Location: Hold Reason: Court Date:
HARRISONBURG LA Holding For:
Searched By: Phone Call: N Sentence Date: / /
CLOTHING: NCIC: CCC HBK: Scheduled Release: / / 0:00
METAL: WARRANT: ID ISSUED: Probation Off./Atty.:
PAT: PRINTS: Bondsman:
STRIP: PHOTO: Supplemental To:
CAVITY: ICE NAT HB Drug Screen:

Cash: $0.00 Vehicle Information:
Vehicle Location:
Property Description: Property Location:

OFFENSES

| Seq.No.: | Code: / Statute (RSA) / Reference Number: | Description: / Incident Number | Warrant Number | Court / Fel/Misd | Bond Amt: / Fine Amount: | Bond Type: |
|---|---|---|---|---|---|---|
| Notes: | | | | | | |
| 1 | ROBWW<br>14:64.3 | ARMED ROBBERY W/WEAPON | | 14JD 1<br>M | 0.00<br>0.00 | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2022-00000177

**Print Date/Time:** 04/21/2025 11:23
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

**Incident Type:** Informational
**Reporting Officer:** 10105 - Hollan
**Incident Date/Time:** 01/11/2022 12:41 PM
**Reported Date/Time:** 01/11/2022 12:41 PM
**Incident Location:**
**Description:** Inmate had seizure and was hospitalized.

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Redeaux, Dustin Mallory | Offender | 2020-00004634 | N |

## Subject Charges

## Activity

## Violations

**Seq Number:** 1 **Violator:** Redeaux, Dustin Mallory **Violation:** Medical Issue
**Location:** **Requires Reclassification:** N

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

On 1/11/2022 I, Sgt. Hollan was informed by Warden Stott at Catahoula that Inmate Dustin Redeaux had several seizures which resulted in him being brought to the hospital. We subsequently released him at the hospital. See documents for further.

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ____________________ **Date:** ____________________

**Reviewed:** ____________________ **Date:** ____________________

**Medical Notified:** __________ YES __________ NO **Date:** ____________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

# CATAHOULA CORRECTIONAL CENTER

## UNUSUAL OCCURRENCE REPORT

| NAME | NUMBER: | DORM/CELL | DATE OF INCIDENT | TIME: |
|---|---|---|---|---|
| DUSTIN REDEAUX | **733409** | B-DORM | 1/11/22 | 02:56 |
| LOCATION OF INCIDENT: B-DORM | | WITNESSES | | |

TYPE OF INCIDENT CHECK APPROPRIATE BOX (ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGGRAVATED FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | X | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | OTHER: | | | | | | |
| | CHEMICAL AGENTS USED | | | | MECHANICAL RESTRAINTS USED | | | | |

ON THE ABOVE DATE AND APPROXIMATE TIME, A MEDICAL CODE 3 WAS CALLED IN B-DORM. WHEN I LT. JOSEPH PRINCE WENT IN B-DORM I NOTICED OFFENDER DUSTIN REDEAUX IN HIS BUNK HAVING A SEIZURE. WHEN OFFENDER REDEAUX CAME OUT OF HIS SEIZURE I LT. PRINCE AND OTHER OFFICERS ESCORTED OFFENDER REDEAUX TO MEDICAL. WHILE MONITORING OFENDER REDEAUX HE KEPT GOING IN AND OUT OF SEIZURES. AT APPROXIMATLEY 04:34 NORTHEAST AMBULANCE WAS CALLED. AT APPROXIMATLEY 04:42 NORTHEAST AMBULANCE ARRIVED ON COMPOUND. APPROXIMATLY 05:00 NORTHEAST AMBULANCE LEFT WITH OFFENDER REDEAUX TAKING HIM TO TRINITY HOSPITAL. E.O.R.

JOSEPH PRINCE, LT. D-TEAM
REPORTING OFFICER

1/11/22 06:30
DATE AND TIME COMPLETED

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2021-00006388

**Print Date/Time:** 04/21/2025 14:09
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

| | | | |
|---|---|---|---|
| **Incident Type:** | Informational | **Reporting Officer:** | 10105 - Hollan |
| **Incident Date/Time:** | 12/08/2021 03:29 PM | **Reported Date/Time:** | 12/14/2021 03:29 PM |
| **Incident Location:** | | | |
| **Description:** | Inmate involved in altercation | | |

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Young, Kmohne Davontez Kimble | Offender | 2021-00004964 | N |

## Subject Charges

## Activity

## Violations

| | | | | | |
|---|---|---|---|---|---|
| **Seq Number:** | 1 | **Violator:** | Young, Kmohne Davontez Kimble | **Violation:** | Security Issue |
| **Location:** | | | | **Requires Reclassification:** | N |

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

Inmate was involved in an altercation in Catahoula. See documents.

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

**Medical Notified:** __________ **YES** __________ **NO** **Date:** ______________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

**KMOHNE YOUNG**

## CATAHOULA CORRECTIONAL CENTER DISCIPLINARY REPORT

INMATE INFORMATION

| | | | |
|---|---|---|---|
| NAME | **KMOHNE YOUNG** | NO. | **2021120069** |
| JOB ASSIGNMENT | **IDLE** | HOUSING ASSIGNMENT | **I** |

INCIDENT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| LOCATION | **I DORM** | DATE | **12-8-21** | TIME | **2325** |
| RULE VIOLATION | **FIGHTING** | | | RULE # | **10** |

DESCRIPTION OF INCIDENT (Include all relevant information, i.e. – unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force.

ON THE ABOVE DATE AND APPROXIMATE TIME, A CODE 3 WAS CALLED IN I DORM INMATE KMOHNE YOUNG 2021120069 AND INMATE JAMAINE WASHINGTON 2021120020 WERE FIGHTING. INMATE YOUNG WAS TAKEN TO MEDICAL FOR PUNCTURE WOUNDS IN IS BACK, INMATE YOUNG WAS SENT TO LASALLE GENERAL HOSPITAL AT 2356 FOR FUTHER MEDICAL TREATMENT.EOR

| | | | | | |
|---|---|---|---|---|---|
| SIGNATURE OF REPORTING EMPLOYEE | | | | | |
| PRINT NAME, TITLE, AND ASSIGNMENT | **DENNIS WASCOM / CAPTAIN** | | | | |
| DATE OF REPORT | | TIME OF REPORT | | | |
| COPY OF REPORT GIVEN TO OFFENDER BY | | | | | |
| SIGNATURE OF OFFENDER | X | | | | |
| PLEA- | GUILTY | NOT GUILTY | VERDICT- | GUILTY | NOT GUILTY |
| HEARING DATE | | COUNSEL | | NUMBER | |
| MOTIONS | | | | | |

REASON FOR DEPOSITION

| | | | |
|---|---|---|---|
| | REPORT IS CLEAR & PRECISE | | LACK OF CREDIBLE DEFENSE / LACK OF EVIDENCE |
| | THE OFFICER'S VERSION IS DETERMINED TO BE MORE CREDIBLE THAN THE INMATE'S | | |
| | INVESTIGATIVE OFFICER'S TESTIMONY DEEMED MORE TRUTHFUL / ACCURATE THAN THE INMATE'S | | |
| | BASED ON HIS STATEMENT | | INMATE PLED GUILTY / GUILTY PLEA ACCEPTED |
| | DENYING REPORT IS THE ONLY DEFENSE | | NO EVIDENCE TO REFUTE THE CHARGE |
| | INMATE'S DEMEANOR LED THE BOARD TO BELIEVE HIS TESTIMONY UNTRUE | | PLEA BARGAIN |
| | OTHER - | | |

REASON FOR SENTENCE

| | | | | | |
|---|---|---|---|---|---|
| | SERIOUSNESS OF OFFENSE | | PROTECTION OF INSTITUTION, EMPLOYEES, OTHERS | | |
| | POOR CONDUCT REPORT | | OTHER - | | |
| | A TOTAL OF ______ RULE VIOLATIONS | | ______ SCHEDULE B VIOLATIONS SINCE ______ | | |
| SENTENCE | | | SUSPENDED | | IMPOSED |
| SENTENCE | | | SUSPENDED | | IMPOSED |

DISCIPLINARY BOARD – COST MAY BE IMPOSED FOR ANY PROPERTY DAMAGED, OR MEDICAL EXPENSE OCCASIONED THROUGH THE FAULT OF AN INMATE WHO, IN SO CAUSING THE LOSS, DAMAGE, OR MEDICAL EXPENSE, ALSO IS FOUND GUILTY, THROUGH THE DISCIPLINARY PROCESS, OF VIOLATING ONE OR MORE OF THE RULES SET OUT IN THE DISCIPLINARY RULES PROCEDURES FOR ADULT INMATES.

CHAIRMAN (Disciplinary Officer) MEMBER

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

[redacted] medical release

Dec/9/2021 2:08:40 PM 2253422622->3187442126 2/7

2253422622 14:15:28 12-09-2021 2 /7

RAPIDES REGIONAL MEDICAL CENTER (COCRA)
Trauma - History & Physical
REPORT#:1208-0275 REPORT STATUS: Signed
DATE:12/08/21 TIME: 0954

PATIENT: [redacted] UNIT #: E001186234
ACCOUNT#: E00062949095 ROOM/BED: E.726-A
DOB: [redacted] AGE: 26 SEX: M ATTEND: Linger,Matthew M MD
ADM DT: 12/08/21 AUTHOR: Broussard,James B PA-C
REP SRV DT: 12/08/21 REP SRV TM: 0954
* ALL edits or amendments must be made on the electronic/computer document *

**Broussard,James PA-C 12/08/21 0954:**
**History of Present Illness**

**HPI**
**HPI:**
26-year-old male prisoner who was stabbed multiple times to the head, right supraclavicular area, and back. He presented to an outside facility where he was found to have a tension pneumothorax, so chest tube was placed, wounds were closed, and he was transferred here for care. Upon arrival here the patient was sedated. Right chest tube was in place with no active air leak. Chest x-ray showed his lung inflated, but with significant subcutaneous and mediastinal air, so decision was made to repeat imaging. CT of the head, chest, abdomen/pelvis were obtained with no additional findings. No evidence of significant vascular injury. Trauma surgery consulted for admission.

**History**
**Smoking status:**
**Smoking status for patients 13 years old or older:** Never Smoker

**Medication/Allergy-Vaccine Hx**
**Allergies:**
**Coded Allergies:**
No Known Allergies (12/08/21)

**Free text PMH notes:**
Patient remains sedated, but per the chart he has no significant history

**Review of Systems**
**Unable to obtain due to:**
Patient sedated

**Physical Exam**
**VS/I&O**
Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 12/08 0606 |

EBAT
12/10/21
(1)

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

| | | |
|---|---|---|
| B/P | 120/62 | 12/08 0606 |
| B/P Mean | 81 | 12/08 0606 |
| Temp | 98.1 | 12/08 0606 |
| Pulse | 75 | 12/08 0606 |
| Resp | 18 | 12/08 0606 |

24 hour I&O ending at 0700:

| | 12/08 0700 | 12/07 1900 |
|---|---|---|
| Intake Total | | |
| Output Total | | |
| Balance | | |
| | | |
| Patient Weight | 90.909 kg | |
| Weight Measurement Method | Bed scale | |

**PATIENT WEIGHT:**

**Weight (lb):**
**Weight (oz):**
**Weight (kg):** 90.909

**General appearance:** sedated, sleeping comfortably, no acute distress, no respiratory distress
**Head/Eyes:** laceration (Right scalp and right mandible), normocephalic, PERRL, NL eyelids/periorbital
**Neck:** non-tender, trachea midline
**Cardiovascular:** normal heart sounds, pulses all extremities, regular rate & rhythm
**Respiratory/chest:** chest tube (right), clear to auscultation, symmetric expansion, no distress
**Abdomen:** soft, non-tender, no guarding, no rebound, no distention
**Back/Spine:**
**Back:** Multiple stab wounds to the upper back, stapled
**Pelvis:** pelvis stable
**Extremities:** pedal pulses, radial pulses, dry, normal capillary refill, normal temperature
**Skin:** dry, normal temperature, normal color
**Psychiatry:** unable to evaluate

**Results**
**Findings/Data:**
Laboratory Tests:

| | 12/08 | 12/08 |
|---|---|---|

2



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

| | 0633 | 0633 |
|---|---|---|
| Chemistry | | |
| Sodium (135 - 148 MMOL/L) | | 137 |
| Potassium (3.3 - 5.1 MMOL/L) | | 3.9 |
| Chloride (98 - 107 MMOL/L) | | 101 |
| Carbon Dioxide (21 - 32 MMOL/L) | | 27 |
| Anion Gap (0 - 15) | | 9 |
| BUN (6 - 19 MG/DL) | | 10 |
| Creatinine (0.70 - 1.30 MG/DL) | | 0.92 |
| Estimated GFR (>90) | | >90 |
| Glucose (70 - 120 MG/DL) | | 134 H |
| Calculated Osmolality (275 - 305 mOsm/KG) | | 285 |
| Lactic Acid (0.5 - 2.2 MMOL/L) | 1.0 | |
| Calcium (8.4 - 10.7 MG/DL) | | 8.4 |
| Corrected Calcium (8.4 - 10.7 MG/DL) | | 8.3 L |
| Total Bilirubin (0.0 - 1.0 MG/DL) | | 0.4 |
| AST (0 - 37 UNITS/L) | | 18 |
| ALT (0 - 40 UNITS/L) | | 14 |
| Total Alk Phosphatase (40 - 130 UNITS/L) | | 39 L |
| Troponin T (0.0 - 0.1 NG/ML) | | <0.01 |
| Total Protein (6.0 - 8.4 GM/DL) | | 6.3 |
| Albumin (3.2 - 5.2 GM/DL) | | 4.1 |
| Globulin (G/DL) | | 2.2 |
| Albumin/Globulin Ratio (1.0 - 2.5) | | 1.86 |
| Coagulation | | |
| PT (9.6 - 12.6 SECONDS) | | 11.7 |
| PTT (Non-Therapeutic) (21.3 - 32.0 SECONDS) | | 23.6 |
| Hematology | | |
| WBC (5.0 - 10.0 K/MM3) | | 13.9 H |
| RBC (4.20 - 5.40 M/MM3) | | 4.00 L |
| Hgb (12.0 - 16.0 GM/DL) | | 12.5 |
| Hct (40.0 - 54.0 %) | | 37.9 L |
| MCV (80.0 - 100.0 FL) | | 94.8 |
| MCH (26.0 - 32.0 PG) | | 31.3 |
| MCHC (32.0 - 36.0 G/DL) | | 33.0 |
| RDW (11.5 - 14.5 %) | | 13.7 |
| Plt Count (150 - 450 K/MM3) | | 203.0 |
| MPV (8.5 - 12.5 FL) | | 10.1 |
| Absolute Neuts (auto) (K/MM3) | | 11.7 |
| Seg Neutrophils % (40 - 70 %) | | 83.8 H |
| Lymphocytes % (20 - 45 %) | | 9.2 L |
| Monocytes % (2 - 11 %) | | 6.5 |
| Eosinophils % (0 - 5 %) | | 0.0 |

3



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

| | | |
|---|---|---|
| Basophils % (0 - 2 %) | | 0.2 |
| Toxicology | | |
| Ethyl Alcohol (<10 MG/DL) | | <10.0 |

**Radiology data:**
Recent Impressions:
**RADIOLOGY - CHEST AP ONLY (PORT) 12/08 0630**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0703

IMPRESSION: Stable appearance of chest radiograph compared with exam of slightly more than 4 hours ago.
Electronically signed by: Paul Larson MD 12/8/2021 7:01 AM
CST Workstation: 109-91346GS
Impression By: EMD.LARPA - Paul C. Larson, M.D.
**CAT SCAN - CT ABD/PEL W/IV CONTRAST ONLY 12/08 0745**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0839

IMPRESSION: No acute injury is noted. Marked gastric dilatation with possible chronic inflammation.

Electronically signed by: Alfred Mansour MD 12/8/2021 8:38 AM
CST Workstation: 109-9022W9H
Impression By: EMD.MANAL - Alfred Mansour, M.D.
**CAT SCAN - CT CHEST W/ CONTRAST 12/08 0745**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0835

IMPRESSION: Since the previous CT a chest tube was placed in the right side with reexpansion of the lung. Mild chronic changes are noted in both lung bases..
Electronically signed by: Alfred Mansour MD 12/8/2021 8:34 AM
CST Workstation: 109-9022W9H
Impression By: EMD.MANAL - Alfred Mansour, M.D.
**CAT SCAN - CT HEAD W/O CONT 12/08 0745**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0832

IMPRESSION: No significant abnormality noted.
Electronically signed by: Alfred Mansour MD 12/8/2021 8:31 AM
CST Workstation: 109-9022W9H
Impression By: EMD.MANAL - Alfred Mansour, M.D.

**Results:** labs reviewed, vital signs stable, CT results reviewed ( images personally reviewed),



(4)

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

rhythm personally rev'd, x-ray personally reviewed, current med profile rev'd

**Diagnosis, Assessment & Plan**
**Problem List/A&P:**
**1. Pneumothorax, right**

**2. Multiple stab wounds**

**Free Text DxA&P Notes**
**Free Text DxA&P Notes:**
Admit to trauma service, Dr. Linger, MED-SURG FLOOR.

Right chest tube to low wall suction. Aggressive pulmonary toilet. Chest x-ray in a.m..

Activity as tolerated. Regular diet. DVT prophylaxis, bowel regimen, and multimodal pain regimen ordered.

**LINGER,MATTHEW 12/08/21 1659:**
**Attestations**

**Physician Attestation**
**Agree w/findings & plan:**
Patient seen examined

Right chest tube with small air leak

Remainder of imaging was reviewed

Will admit for chest tube management

Potential need for OR in a few days if the air leak this not resolve

Medical Decision making: [] Straightforward [] Moderate [X] Complex
Time spent independent of separately billable procedure time:

Electronically Signed by Broussard,James B PA-C on 12/08/21 at 1012

S



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

Electronically Signed by Linger,Matthew M MD on 12/08/21 at 1700

RPT #: 1208-0275
***END OF REPORT***



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Dec/9/2021 2:08:40 PM 2253422622->3187442126 1/7

2253422622 14:14:53 12-09-2021 1/7

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS

FACSIMILE TRANSMITTAL SHEET

## MEDICAL DEPARTMENT

| | |
|---|---|
| TO: Medical | DATE: 12/9/2021 |
| TITLE: | TOTAL NO. OF PAGES INCLUDING COVER: ~~6~~ 7 |
| AGENCY: Catahoula | FAX NUMBER: |

☐ URGENT ☑ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ AS DISCUSSED

| CASE MANAGERS: | FAX: 225-342-2622<br>Phone: |
|---|---|
| ☐ Tammy Ainsworth | 225-342-8726 |
| ☐ Tina Roshto | 225-342-8709 |
| X Charlotte Gouvier | 225-342-8710 |
| ☐ Lisa Horton | 225-342-8715 |
| ☐ Dawn Martin | 225-342-8711 |
| ☐ Lesia Cooper (clerk) | 225-342-8712 |

NOTES/COMMENTS: [redacted]

This fax transmission, with any accompanying documents, may contain confidential information belonging to the sender that is protected by Federal Statues of Confidentiality (CFR 42). The Department of Public Safety and Corrections intends the information only for the individual or the entity named above. If you are not the intended recipient, or have received this fax in error, you are hereby notified that you are strictly prohibited from disclosing, copying, distributing, or taking any action in relation to the contents of this transmission. If you have received this transmission in error, please immediately notify us at 225-342-1320 to arrange for the return or destruction of this transmission and any related documents.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Dec/12/2021 5:29:20 PM 3187697389->3187442126 1/9
From:Resource Management 3187697389 12/12/2021 17:32 #987 P.001/009

1611

Rapides Regional Medical Center

## RESOURCE MANAGEMENT DEPARTMENT

P.O. BOX 30101**211 FOURTH STREET**ALEXANDRIA, LA.**318-769-3592
FAX INFORMATION SHEET

**DELIVER TO AUTHORIZED RECEIVER ONLY**

**DATE:** 12/12/2021 **TIME:** 16:08 **NO OF PAGES:** ______

**Authorized Receiver:** Catahoula Correctional Facility
(authorized receiver facility name and address)

Room 607

**ATTENTION:** Krystal

**Fax No.:** (318) 744-2126

**From:** SHELIA HAY, RN Case Manager

Shelia.hay@hcahealthcare.com

**Sender's Cell No.:** (318) 419-1752 / **Fax No.:** (318) 769-7389 **Office No.:** 318-769-3349

**Comments:** Re: [redacted]
Discharge Summary
Current MAR -
CXR.

**NOTE:**
"This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service."

Note! Clinicals have been faxed to Tammy @ Department of Corrections

211 Fourth Street
Alexandria, LA 71301-8454
318-769-3000
www.rapidesregional.com
An affiliate of the Rapides Healthcare System, LLC

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana



MANCUSO 002863

RUN DATE: 12/12/21 Patient Care Inquiry **LIVE** for EQA.HAYSH PAGE 2
RUN TIME: 1604 ORDER RECORD
RUN USER: EQA.HAYSH

Diet: Regular

Activity: As Tolerated

Does patient have any of the following conditions at discharge? None

Statin at Discharge?
Statin Contraindications:
Other Specific Reason:
LDL Level:
Antithrombotic at Discharge?
Antithrombotic Contraindications:
Other Specific Reason:

HX or current AFIB/AFLUTTER:
Anticoagulation Therapy at Discharge?
Anticoagulation Contraindications:
Other Specific Reason:

Assessed for PT/OT/ST?
Reason for no PT/OT/ST:

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RUN DATE: 12/12/21
RUN TIME: 1604
RUN USER: EQA.HAYSH

Patient Care Inquiry **LIVE** for EQA.HAYSH
ORDER RECORD

PAGE 3

Statin at Discharge:
LDL Level:
EJ Fraction:
ACE/ARB/ARNI at Discharge:

Aspirin at Discharge:
Beta-Blocker at Discharge:
Antiplatelet/P2Y12 at Discharge:
Aldosterone Antagonist at Discharge:

Cardiac Rehab Referral:
Reason for no cardiac rehab referral:

Additional Discharge Routines: None

PEDS/Newborn Add. Routines:

PCP follow up timeframe:
PCP:
PCP:
PCP phone:
PCP appt date:
PCP appt time:

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RUN DATE: 12/12/21 Patient Care Inquiry **LIVE** for EQA.HAYSH PAGE 4
RUN TIME: 1604 ORDER RECORD
RUN USER: EQA.HAYSH

.

PCP special instructions:

Notify PCP of Signs/Symptoms:

.

Wound/dressing care:

Equipment/supplies:

.

Return to work/school date:
Work/school restrictions:

.

Fluid Restriction Limit (mls/day):

Weight Monitoring:

.

Follow up labs, procedures, treatments:

Additional instructions:

.

Attending Physician:
Attending physician phone:
Attending physician follow up timeframe:
Attending physician appt date:

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Attending physician appt time:

.

Attending physician special instructions:

.

Gently clean with soap and water daily, avoiding full bath:
Petroleum jelly and gauze w/diaper change for 3-4 days, or until healed:
The plastic ring, string, and black skin should fall off in 5-8 days:
Notify baby's doctor if the ring has not fallen off after 8 days:
Notify baby's doctor if the ring has slipped on the shaft of the penis:

.

Notify baby's doctor if excessive bleeding (a quarter size in the diaper):
Notify the baby's doctor if separation of the skin occurs:
Notify baby's doctor for signs and symptoms of infection:

.

Apnea/Bradycardia Monitor: Saturation Monitor:
O2 Flow at Rest:
O2 Flow with Handling/Feeding/Car Seat:

Additional Respiratory instructions:

.

Hearing Instructions:

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RUN DATE: 12/12/21 Patient Care Inquiry **LIVE** for EQA.HAYSH PAGE 6
RUN TIME: 1604 ORDER RECORD
RUN USER: EQA.HAYSH

.

Feeding: Route:

Frequency: Duration:

.

Additional Feeding Instructions:

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES GENERAL HOSPITAL
Radiology Department
211 4th St
Alexandria, LA 71301
Phone #: (318)769-3160
Fax #: (318)769-3685

Name: [redacted]
Phys: Raines,Rachael PA
DOB: [redacted] Age: 26 Sex: M
Acct: E00062949095 Loc: E.607 A
Exam Date: 12/12/2021 Status: ADM IN
Radiology No:
Unit No: E001186234

Exams: 003474491 CHEST AP ONLY (PORT)

CHEST RADIOGRAPH, ONE VIEW: Dated 12/12/2021 9:28 AM CST
History: ptx, s/p chest tube removal.

Comparison: December 11, 2021
Findings: Removal right-sided thoracostomy tube. No pneumothorax. Lungs are clear. Costophrenic angles are clear. Heart is within normal limits in size. Bones are stable. Stable subcutaneous emphysema upper aspect bilateral chest.
***IMPRESSION: Removal of right-sided thoracostomy tube. No pneumothorax.***
***Electronically signed by: Devin Tighe MD 12/12/2021 10:07 AM CST Workstation: 109-9373FKR***

** Electronically Signed by Devin K. Tighe M.D. **
** on 12/12/2021 at 1007 **
Reported and Signed by: Devin K. Tighe, M.D.

CC:

Dictated Date/Time: 12/12/2021 (1007)
Technologist: ANB
Transcribed Date/Time: 12/12/2021 (1007)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 12/12/2021 (1007)
Orig Print D/T: S: 12/12/2021 (1008)
Reprint D/T: 12/12/2021 (1605) Batch No: N/A

PAGE 1 Signed Report Printed From PCI

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

Dec/12/2021 5:29:20 PM 3187697389->3187442126 8/9
From:Resource Management 3187697389 12/12/2021 17:34 #987 P.008/009

12/12/21
1606

MEDICATION ADMINISTRATION RECORD
RAPIDES REGIONAL MED CTR
PAGE: 1

DIAGNOSIS: STABBING TENTION PNEUMOTHURAY. MULTILE LAC TO FACE
WT: 200lb 6.72oz ( 90.909kg) HT: 5ft11in (180.34cm) BSA: 2.13m2
AGE: 26 SEX: M Serum Cr: 0.88 Est. CREATININE CL: 119.23 ML/MIN
ADMIT: 12/08/21
NOTES:

UNIT #: E001186234 E.6A
ACCT #: E00062949095 E.607-A

[redacted]

ALLERGIES: No Known Allergies

| ADMINISTRATION PERIOD: 0701 12/12/21 TO 0700 12/13/21 | START/STOP | 0701 - 1500 | 1501 - 2300 | 2301 - 0700 |
|---|---|---|---|---|
| ACETAMINOPHEN (TYLENOL EX-STR 500MG TABLET)<br>1,000 MG (2 TABLET) ORAL EVERY 6 HOURS<br>RX #: 16083425<br>*** FLOOR STOCK ITEM *** | 12/08/21 | 1339 ONL<br>Q1:No<br>Q2: | 1800 | 0000<br>0600 |
| ENOXAPARIN (LOVENOX 30MG SYRINGE)<br>30 MG-0.3 ML (1 SYR) SUBCUTANEOUS TWICE DAILY<br>RX #: 16083428<br>*** FLOOR STOCK ITEM *** | 12/08/21 | 0932 ONL<br>SITE: LAB | 2100 | |
| polyethylene glycol 3350 (MIRALAX POWDER 17GM)<br>17 GM (1 PWD) ORAL TWICE DAILY<br>COMMENTS: 17GM - ONE CAPFULL FROM MANUFACTURER'S BOTTLE<br>RX #: 16087189<br>*** FLOOR STOCK ITEM *** | 12/09/21 | *0932 ONL RE | 2100 | |
| LACTATED RINGERS INJECTION 1,000 ML<br>KVO INTRAVEN. Q24H<br>DURATION: ADMINISTER OVER KVO<br>RX #: 16083424<br>*** FLOOR STOCK ITEM *** | 12/08/21 | *0932 ONL NA | | |
| CHLORHEXIDINE BATH (CHG BATH)<br>~~1 EACH (1 EACH) TOPICAL DAILY AS NEEDED~~<br>COMMENTS: ** Not dispensed by Pharmacy **<br>If patient has a picc line, midline, central line, accessed port, dialysis catheter or foley catheter.<br>RX #: 16083426<br>*** FLOOR STOCK ITEM *** | 12/08/21 | | | |
| CYCLOBENZAPRINE HCL (CYCLOBENZAPRINE 10MG TABLET)<br>10 MG (1 UDTAB) ORAL THREE TIMES DAILY AS NEED<br>RX #: 16083427<br>*** FLOOR STOCK ITEM *** | 12/08/21 | | | |
| morphine SULFATE (morphine 4MG/ML 1ML)<br>2 MG-0.5 ML (0.5 SYRINGE) INTRAVEN. EVERY 4 HOURS AS NEEDED<br>COMMENTS: **** SOUND ALIKE/LOOK ALIKE DRUG ****<br>RX #: 16083429<br>*** FLOOR STOCK ITEM *** | 12/08/21 | | | |
| ondansetron HCL (ZOFRAN 2MG/ML SDV VIAL)<br>4 MG-2 ML (1 VIAL) INTRAVEN. EVERY 4 HOURS AS NEEDED<br>RX #: 16083430<br>*** FLOOR STOCK ITEM *** | 12/08/21 | | | |

************************* CONTINUE ON PAGE 2 *****************************

* = Meds not given
REASON CODES
NA - No Access to Give Medication
RE - PT OR PT REP REFUSED

SITES
LAB - LEFT ABDOMEN

| USER NAME | INIT | USER NAME | INIT |
|---|---|---|---|
| LEWIS,OLEVIA N RN | ONL | | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

12/12/21
1606

MEDICATION ADMINISTRATION RECORD PAGE: 2
RAPIDES REGIONAL MED CTR

DIAGNOSIS: STABBING TENTION PNEUMOTHURAY, MULTILE LAC TO FACE
WT: 200lb 6.72oz ( 90.909kg) HT: 5ft11in (180.34cm) BSA: 2.13m2
AGE: 26 SEX: M Serum Cr: 0.88 Est. CREATININE CL: 119.23 ML/MIN
ADMIT: 12/08/21
NOTES:

UNIT #: E001186234 E.6A
ACCT #: E00062949095 E.607-A

[redacted]

ALLERGIES: No Known Allergies

| ADMINISTRATION PERIOD: 0701 12/12/21 TO 0700 12/13/21 | START/STOP | 0701 - 1500 | 1501 - 2300 | 2301 - 0700 |
|---|---|---|---|---|
| oxyCODONE (oxyCODONE 5MG Tab)<br>5 MG (1 TAB) ORAL EVERY 4 HOURS AS NEEDED<br>RX #: 16083431<br>*** FLOOR STOCK ITEM *** | 12/08/21 | | | |
| oxyCODONE (oxyCODONE 5MG Tab)<br>10 MG (2 TAB) ORAL EVERY 4 HOURS AS NEEDED<br>RX #: 16083432<br>*** FLOOR STOCK ITEM *** | 12/08/21 | 0937 ONL<br>Q1:Verbal<br>Q2:7<br>Q3:7<br>Q4:Yes<br>Q5:<br>1339 ONL<br>Q1:Verbal<br>Q2:7<br>Q3:7<br>Q4:Yes<br>Q5: | | |
| ALBUTEROL/IPRATROPIUM BR (DUONEB 0.5-3MG/3ML AMP)<br>3 ML (1 AMPUL.NEB) NEBULIZATION EVERY 4 HOURS AS NEEDED<br>RX #: 16083434<br>*** FLOOR STOCK ITEM *** | 12/08/21 | | | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

**************************************** FINAL PAGE ****************************************

* = Meds not given
REASON CODES

SITES

| USER NAME | INIT | USER NAME | INIT |
|---|---|---|---|
| LEWIS,OLEVIA N RN | ONL | | |

RUN DATE: 12/12/21 Patient Care Inquiry **LIVE** for EQA.HAYSH PAGE 5
RUN TIME: 1604 ORDER RECORD
RUN USER: EQA.HAYSH

Attending physician appt time:

Attending physician special instructions:

Gently clean with soap and water daily, avoiding full bath:
Petroleum jelly and gauze w/diaper change for 3-4 days, or until healed:
The plastic ring, string, and black skin should fall off in 5-8 days:
Notify baby's doctor if the ring has not fallen off after 8 days:
Notify baby's doctor if the ring has slipped on the shaft of the penis:

Notify baby's doctor if excessive bleeding (a quarter size in the diaper):
Notify the baby's doctor if separation of the skin occurs:
Notify baby's doctor for signs and symptoms of infection:

Apnea/Bradycardia Monitor: Saturation Monitor:
O2 Flow at Rest:
O2 Flow with Handling/Feeding/Car Seat:

Additional Respiratory instructions:

Hearing Instructions:

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

| | | |
|---|---|---|
| RUN DATE: 12/12/21<br>RUN TIME: 1604<br>RUN USER: EQA.HAYSH | Patient Care Inquiry **LIVE** for EQA.HAYSH<br>ORDER RECORD | PAGE 6 |

Feeding: Route:

Frequency: Duration:

Additional Feeding Instructions:

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

**RAPIDES GENERAL HOSPITAL** Name: [redacted]
**Radiology Department** Phys: Raines,Rachael PA
**211 4th St** DOB: [redacted] Age: 26 Sex: M
**Alexandria, LA 71301** Acct: E00062949095 Loc: E.607 A
**Phone #: (318)769-3160** Exam Date: 12/12/2021 Status: ADM IN
**Fax #: (318)769-3685** Radiology No:
Unit No: E001186234

Exams: 003474491 CHEST AP ONLY (PORT)

CHEST RADIOGRAPH, ONE VIEW: Dated 12/12/2021 9:28 AM CST
History: ptx, s/p chest tube removal.

Comparison: December 11, 2021
Findings: Removal right-sided thoracostomy tube. No pneumothorax. Lungs are clear. Costophrenic angles are clear. Heart is within normal limits in size. Bones are stable. Stable subcutaneous emphysema upper aspect bilateral chest.
***IMPRESSION: Removal of right-sided thoracostomy tube. No pneumothorax.***
***Electronically signed by: Devin Tighe MD 12/12/2021 10:07 AM CST Workstation: 109-9373FKR***

** Electronically Signed by Devin K. Tighe M.D. **
** on 12/12/2021 at 1007 **
Reported and Signed by: Devin K. Tighe, M.D.

CC:

Dictated Date/Time: 12/12/2021 (1007)
Technologist: ANB
Transcribed Date/Time: 12/12/2021 (1007)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 12/12/2021 (1007)
Orig Print D/T: S: 12/12/2021 (1008)
Reprint D/T: 12/12/2021 (1605) Batch No: N/A

PAGE 1 Signed Report Printed From PCI

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

12/12/21
1606

# MEDICATION ADMINISTRATION RECORD

RAPIDES REGIONAL MED CTR

PAGE: 1

DIAGNOSIS: STABBING TENTION PNEUMOTHURAY, MULTILE LAC TO FACE
WT: 200lb 6.72oz ( 90.909kg) HT: 5ft11in (180.34cm) BSA: 2.13m2
AGE: 26 SEX: M Serum Cr: 0.88 Est. CREATININE CL: 119.23 ML/MIN
ADMIT: 12/08/21
NOTES:

UNIT #: E001186234 E.6A
ACCT #: E00062949095 E.607-A
[redacted]

ALLERGIES: No Known Allergies

| ADMINISTRATION PERIOD: 0701 12/12/21 TO 0700 12/13/21 | START/STOP | 0701 - 1500 | 1501 - 2300 | 2301 - 0700 |
|---|---|---|---|---|
| ACETAMINOPHEN (TYLENOL EX-STR 500MG TABLET)<br>1,000 MG (2 TABLET) ORAL EVERY 6 HOURS<br>RX #: 16083425<br>*** FLOOR STOCK ITEM *** | 12/08/21 | 1339 ONL<br>Q1:No<br>Q2: | 1800 | 0000<br>0600 |
| ENOXAPARIN (LOVENOX 30MG SYRINGE)<br>30 MG-0.3 ML (1 SYR) SUBCUTANEOUS TWICE DAILY<br>RX #: 16083428<br>*** FLOOR STOCK ITEM *** | 12/08/21 | 0932 ONL<br>SITE: LAB | 2100 | |
| polyethylene glycol 3350 (MIRALAX POWDER 17GM)<br>17 GM (1 PWD) ORAL TWICE DAILY<br>COMMENTS: 17GM = ONE CAPFULL FROM MANUFACTURER'S BOTTLE<br>RX #: 16087189<br>*** FLOOR STOCK ITEM *** | 12/09/21 | *0932 ONL RE | 2100 | |
| LACTATED RINGERS INJECTION 1,000 ML<br>KVO INTRAVEN. Q24H<br>DURATION: ADMINISTER OVER KVO<br>RX #: 16083424<br>*** FLOOR STOCK ITEM *** | 12/08/21 | *0932 ONL NA | | |
| CHLORHEXIDINE BATH (CHG BATH)<br>1 EACH (1 EACH) TOPICAL DAILY AS NEEDED<br>COMMENTS: ** Not dispensed by Pharmacy **<br>If patient has a picc line, midline, central line, accessed port, dialysis catheter or foley catheter.<br>RX #: 16083426<br>*** FLOOR STOCK ITEM *** | 12/08/21 | | | |
| CYCLOBENZAPRINE HCL (CYCLOBENZAPRINE 10MG TABLET)<br>10 MG (1 UDTAB) ORAL THREE TIMES DAILY AS NEED<br>RX #: 16083427<br>*** FLOOR STOCK ITEM *** | 12/08/21 | | | |
| morphine SULFATE (morphine 4MG/ML 1ML)<br>2 MG-0.5 ML (0.5 SYRINGE) INTRAVEN. EVERY 4 HOURS AS NEEDED<br>COMMENTS: **** SOUND ALIKE/LOOK ALIKE DRUG ****<br>RX #: 16083429<br>*** FLOOR STOCK ITEM *** | 12/08/21 | | | |
| ondansetron HCL (ZOFRAN 2MG/ML SDV VIAL)<br>4 MG-2 ML (1 VIAL) INTRAVEN. EVERY 4 HOURS AS NEEDED<br>RX #: 16083430<br>*** FLOOR STOCK ITEM *** | 12/08/21 | | | |

************************** CONTINUE ON PAGE 2 ******************************

* = Meds not given
REASON CODES
NA - No Access to Give Medication
RE - PT OR PT REP REFUSED

SITES
LAB - LEFT ABDOMEN

| USER NAME | INIT | USER NAME | INIT |
|---|---|---|---|
| LEWIS,OLEVIA N RN | ONL | | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

12/12/21
1606

MEDICATION ADMINISTRATION RECORD
RAPIDES REGIONAL MED CTR

PAGE: 2

DIAGNOSIS: STABBING TENTION PNEUMOTHURAY, MULTILE LAC TO FACE
WT: 200lb 6.72oz ( 90.909kg) HT: 5ft11in (180.34cm) BSA: 2.13m2
AGE: 26 SEX: M Serum Cr: 0.88 Est. CREATININE CL: 119.23 ML/MIN
ADMIT: 12/08/21
NOTES:

UNIT #: E001186234 E.6A
ACCT #: E00062949095 E.607-A
[redacted]

ALLERGIES: No Known Allergies

| ADMINISTRATION PERIOD: 0701 12/12/21 TO 0700 12/13/21 | START/STOP | 0701 - 1500 | 1501 - 2300 | 2301 - 0700 |
|---|---|---|---|---|
| oxyCODONE (oxyCODONE 5MG Tab)<br>5 MG (1 TAB) ORAL EVERY 4 HOURS AS NEEDED<br>RX #: 16083431<br>*** FLOOR STOCK ITEM *** | 12/08/21 | | | |
| oxyCODONE (oxyCODONE 5MG Tab)<br>10 MG (2 TAB) ORAL EVERY 4 HOURS AS NEEDED<br>RX #: 16083432<br>*** FLOOR STOCK ITEM *** | 12/08/21 | 0937 ONL<br>Q1:Verbal<br>Q2:7<br>Q3:7<br>Q4:Yes<br>Q5:<br>1339 ONL<br>Q1:Verbal<br>Q2:7<br>Q3:7<br>Q4:Yes,<br>Q5: | | |
| ALBUTEROL/IPRATROPIUM BR (DUONEB 0.5-3MG/3ML AMP)<br>3 ML (1 AMPUL.NEB) NEBULIZATION EVERY 4 HOURS AS NEEDED<br>RX #: 16083434<br>*** FLOOR STOCK ITEM *** | 12/08/21 | | | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

****************************************** FINAL PAGE ******************************************

| * - Meds not given<br>REASON CODES | USER NAME | INIT | USER NAME | INIT |
|---|---|---|---|---|
| SITES | LEWIS,OLEVIA N RN | ONL | | |

Dec/12/2021 4:17:15 PM 3187697389->3187442126 1/8
From:Resource Management 3187697389 12/12/2021 16:20 #986 P.001/013

Rapides Regional Medical Center

# RESOURCE MANAGEMENT DEPARTMENT

P.O. BOX 30101**211 FOURTH STREET**ALEXANDRIA, LA.**318-769-3592
FAX INFORMATION SHEET

## DELIVER TO AUTHORIZED RECEIVER ONLY

DATE: 12/12/2021 TIME: 16:08 NO OF PAGES: ______

Authorized Receiver: Catahoula Correctional Facility
(authorized receiver facility name and address)

ATTENTION: Krysta

Fax No.: (318) 744-2126

From: SHELIA HAY, RN Case Manager

Shelia.hay@hcahealthcare.com

Sender's Cell No.: (318) 419-1752 / Fax No.: (318) 769-7389 Office No.: 318-769-3349

Comments: Re: [redacted]
Discharge Summary
Current MAR -
CXR.

NOTE:
"This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service."

Note! Clinicals have been faxed to Tammy @ Department of Corrections

211 Fourth Street
Alexandria, LA 71301-8454
318-769-3000
www.rapidesregional.com
An affiliate of the Rapides Healthcare System, LLC

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Chris Dominguez

Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES REGIONAL MEDICAL CENTER (COCRA)
Discharge Summary
REPORT#:1212-0331 REPORT STATUS: Signed
DATE:12/12/21 TIME: 1233

PATIENT: [redacted] UNIT #: E001186234
ACCOUNT#: [redacted] ROOM/BED: E.607-A
DOB: [redacted] AGE: 26 SEX: M ATTEND: Linger,Matthew M MD
ADM DT: 12/08/21 AUTHOR: Raines,Rachael PA
REP SRV DT: 12/12/21 REP SRV TM: 1233
* ALL edits or amendments must be made on the electronic/computer document *

## General Information

**Problem List/A&P:**

**1. Pneumothorax, right**

**2. Multiple stab wounds**

**Date of admission:**
Observation Start Date:
Date of admission: 12/08/21

**Discharge date:** 12/12/21
**Admission diagnosis:**
1. Pneumothorax, right

2. Multiple stab wounds
**Discharge diagnosis:**
1. Pneumothorax, right

2. Multiple stab wounds
**Hospital course:**
26-year-old male prisoner stabbed multiple times to the head, right supraclavicular area, and back. Found to have a tension pneumothorax at the outside facility so chest tube was placed, wounds were closed, he was transferred here for care. He was admitted to the trauma service. Ptx resolved with chest tube and was successfully removed without recurrence. He is able to mobilize well. Facial staples/sutures will be removed prior to discharge.
**Pt. condition on discharge:** improved
**Allergies:**
Allergies:
**No Known Allergies (Coded, 12/08/21)**

## Med Rec

**Med Rec**



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/12/21
Acct#:E00062949095

**Discharge meds:**
**Start taking the following new medications:**
oxyCODONE HCl/ACETAMINOPHEN (PERCOCET 5-325 MG) 1 EACH TABLET
1 TABLET ORAL EVERY 6 HOURS AS NEEDED as needed for pain
Qty = 10
No Refills

**Objective**
**VS/I&O**
Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 12/12 0934 |
| B/P | 90/55 | 12/12 0934 |
| B/P Mean | 0.0 | 12/12 0934 |
| Pulse | 61 | 12/12 0934 |
| Resp | 18 | 12/12 0934 |
| FiO2 | 21 | 12/12 0702 |
| O2 Delivery | Room air | 12/12 0702 |
| Temp | 97.9 | 12/12 0552 |
| O2 Flow Rate | 2 | 12/11 2026 |

24 hour I&O ending at 0700:

| | 12/12 0700 | 12/11 1900 |
|---|---|---|
| Intake Total | 570 | 500 |
| Output Total | | 800 |
| Balance | 570 | -300 |
| | | |
| Intake, Oral | 570 | 500 |
| Number Voids | 3 | 2 |
| Output, Chest Tube Drainage | | 0 |
| Output, Urine | | 800 |

**PATIENT WEIGHT:**

**Weight (lb):**
**Weight (oz):**
**Weight (kg):** 90.909



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/12/21
Acct#:E00062949095

**General appearance:** alert, awake, oriented, no acute distress, conversational, no respiratory distress
**Head/Eyes:** laceration (Right scalp and right mandible), normocephalic, EOMI, NL eyelids/periorbital
**Neck:** non-tender, trachea midline
**Cardiovascular:** normal heart sounds, pulses all extremities, regular rate & rhythm
**Respiratory/Chest:** chest tube (right; no air leak), clear to auscultation, symmetric expansion, no distress
**Abdomen:** soft, non-tender, no guarding, no rebound, no distention
**Back/spine:**
**Back:** Multiple stab wounds to the upper back, staples/stitches in place
**Pelvis:** pelvis stable
**Genitourinary:** no foley
**Extremities:** dry, moves all, normal capillary refill, normal movement/sensation, normal temperature
**Neuro/CNS:** alert, oriented X 3, follows commands, no motor deficits, no sensory deficits
**Skin:** dry, normal temperature, normal color
**Psychiatry:** normal affect, normal mood

## Discharge Instructions

### PCP
**PCP:**
**PCP:** No Primary or Family Physician

)( **Discharge to:** Corrections Facility

### Discharge Instructions
**Additional Discharge Routines:** None
)( **Diet:** Regular
)( **Activity:** As Tolerated
)( **Wound/dressing care:** leave chest tube dressing in place until 12/13 then ok to remove; shower daily and wash with soap and water sutures need removal in 1 week
**Prescriptions:** e-prescribe
**Discharge management:** greater than 30 mins

Electronically Signed by Raines,Rachael PA on 12/12/21 at 1241
Electronically Signed by Linger,Matthew M MD on 12/12/21 at 1250

RPT #: 1212-0331
***END OF REPORT***



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

RUN DATE: 12/12/21 Patient Care Inquiry **LIVE** for EQA.HAYSH PAGE 1
RUN TIME: 1604 ORDER RECORD
RUN USER: EQA.HAYSH

PATIENT [redacted] ACCT NO E00062949095 UNIT NO E001186234
ORDERED BY Raines,Rachael PA ENTERED BY EED.SMIRA 12/12/21 1242
OTHER PROV

ORDER NO. 1212-0043
CATEGORY DC PROCEDURE DCORD - Discharge Order STATUS TRA
PRIORITY ROUTINE QUANTITY SOURCE E FOR DATE 12/12/21 FOR TIME 1242

SIGNED BY
1 Raines,Rachael PA 12/12/21 1242

AUDIT TRAIL
1 12/12/21 1242 Order ENTER in POM
2 12/12/21 1242 Ordering Doctor: Raines,Rachael PA
3 12/12/21 1242 Order Source: EPOM
4 12/12/21 1242 Signed by Raines,Rachael PA
5 12/12/21 1248 order viewed from Order Management
6 12/12/21 1250 order acknowledged

The admission order indicated an expected stay of two or more midnights. Please provide rationale for discharge earlier than expected.

Rationale for discharge prior to second midnight:

Supporting Documentation:

Discharge order: Y

IPO Pop Up Generated: N

Discharge to: Corrections Facility

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RUN DATE: 12/12/21
RUN TIME: 1604
RUN USER: EQA.HAYSH

Patient Care Inquiry **LIVE** for EQA.HAYSH
ORDER RECORD

PAGE 2

Diet: Regular

Activity: As Tolerated

Does patient have any of the following conditions at discharge? None

Statin at Discharge?
Statin Contraindications:
Other Specific Reason:
LDL Level:
Antithrombotic at Discharge?
Antithrombotic Contraindications:
Other Specific Reason:

HX or current AFIB/AFLUTTER:
Anticoagulation Therapy at Discharge?
Anticoagulation Contraindications:
Other Specific Reason:

Assessed for PT/OT/ST?
Reason for no PT/OT/ST:

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

RUN DATE: 12/12/21 Patient Care Inquiry **LIVE** for EQA.HAYSH PAGE 3
RUN TIME: 1604 ORDER RECORD
RUN USER: EQA.HAYSH

Statin at Discharge:
LDL Level:
EJ Fraction:
ACE/ARB/ARNI at Discharge:

Aspirin at Discharge:
Beta-Blocker at Discharge:
Antiplatelet/P2Y12 at Discharge:
Aldosterone Antagonist at Discharge:

Cardiac Rehab Referral:
Reason for no cardiac rehab referral:

Additional Discharge Routines: None

PEDS/Newborn Add. Routines:

PCP follow up timeframe:
PCP:
PCP:
PCP phone:
PCP appt date:
PCP appt time:

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RUN DATE: 12/12/21 Patient Care Inquiry **LIVE** for EQA.HAYSH PAGE 4
RUN TIME: 1604 ORDER RECORD
RUN USER: EQA.HAYSH

PCP special instructions:

Notify PCP of Signs/Symptoms:

Wound/dressing care:

Equipment/supplies:

Return to work/school date:
Work/school restrictions:

Fluid Restriction Limit (mls/day):

Weight Monitoring:

Follow up labs, procedures, treatments:

Additional instructions:

Attending Physician:
Attending physician phone:
Attending physician follow up timeframe:
Attending physician appt date:

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

# Fax Call Report

**HP LaserJet MFP E82560**

**Page 1**

## Fax Header Information

Catahoula CC
3187442126
Dec/12/2021 4:17:14 PM

| Job | Date/Time | Type | Line | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 3322 | Dec/12/2021 4:13:59 PM | Received | Analog | 3187697389 | 03:10 | 8 | Failed(112) |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Dec/12/2021 4:17:34 PM

English (United States)

RUN DATE: 12/11/21
RUN TIME: 1612
RUN USER: EQA.HAYSH

Rapides Reg Med Ctr OE **LIVE**
Patient's Order List

PAGE 1

[redacted] 28/M [redacted] E.6A E.607/A Unit No:E001186234
5 ft 11 in 200 lb 2.13 m2 28 kg/m2 ADM IN Acct No:E00062949095
Allergies/ADRs: No Known Allergies

Current | All | Session

| - Category | Orders | Pri | Date/Time | Status | Stop | My |
|---|---|---|---|---|---|---|
| - LABORATORY-MICRO (4) | | | | | | |
| CBC WITH DIFFERENTIAL (LAB) | Q1D X 3 | | 12/09 0600 | Comp | 12/11 0600 | |
| BASIC METABOLIC PANEL (BMP) (LAB) | Q1D X 3 | | 12/09 0600 | Comp | 12/11 0600 | |
| MAGNESIUM (LAB) | Q1D X 3 | | 12/09 0600 | Comp | 12/11 0600 | |
| PHOSPHORUS (LAB) | Q1D X 3 | | 12/09 0600 | Comp | 12/11 0600 | |
| - RADIOLOGY (1) | | | | | | |
| CHEST AP ONLY (PORT) (RAD) | AM X 3 days | | 12/09 0505 | Comp | 12/11 0444 | |
| - MEDICATIONS (14) | | | | | | |
| Lactated Ringers 10... 1,000 ML<br>IV KVO<br>Last Admin: 12/10/21 0740 | | | 12/10 1148 | Active | | |
| Iopamidol-370 76% Inj 100 ML (Iso...<br>IV 65 ML ONCALL<br>Last Admin: 12/08/21 0744 | | | 12/10 0731 | D/C | 12/10 0731 | |
| Polyethylene Glycol Powder (Mirala...<br>PO 17 GM BID<br>Last Admin: 12/10/21 2301 | | | 12/09 2100 | Active | | |
| Bisacodyl EC Tab (Dulcolax Tab)<br>PO 10 MG ONCE<br>Last Admin: 12/09/21 1823 | | | 12/09 1821 | D/C | 12/09 1821 | |
| Polyethylene Glycol Powder (Mirala...<br>PO 17 GM DAILY<br>Last Admin: 12/09/21 1045 | | | 12/09 1816 | D/C | 12/09 1816 | |
| Enoxaparin Inj (Lovenox Inj)<br>SUBQ 30 MG BID<br>Last Admin: 12/11/21 0944 | | | 12/08 2100 | Active | | |
| Acetaminophen Tab (Tylenol Tab)<br>PO 1,000 MG Q6HR<br>Last Admin: 12/10/21 2319 | | | 12/08 1200 | Active | | |
| Albuterol/Ipratrop Neb Soln (Duone...<br>NEB 3 ML Q4H PRN<br>PRN WHEEZING / SHORTNESS OF BREATH | | | 12/08 0952 | Active | | |
| Chlorhexidine Gluconate Bath (CHG ...<br>TOPICAL 1 EACH DAILY PRN<br>PRN DECOLONIZATION PROTOCOL | | | 12/08 0951 | Active | | |
| Ondansetron Inj (Zofran Inj)<br>IV 4 MG Q4H PRN<br>PRN NAUSEA/VOMITING | | | 12/08 0950 | Active | | |
| Cyclobenzaprine Tab (Flexeril Tab)<br>PO 10 MG TID PRN<br>PRN MUSCLE SPASMS<br>Last Admin: 12/10/21 2319 | | | 12/08 0950 | Active | | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

RUN TIME: 1612 Patient's Order List RUN DATE: 12/11/21 Ra
RUN USER: EQA.HAYSH

[redacted] 26/M [redacted] E.6A E.607/A Unit No:E001186234
5 ft 11 in 200 lb 2.13 m2 28 kg/m2 ADM IN Acct No:E00062949095
Allergies/ADRs: No Known Allergies

| | | | | |
|---|---|---|---|---|
| morphine Inj<br>IV 2 MG Q4H PRN<br>PRN BREAKTHROUGH PAIN | 12/08 0950 | Active | | |
| oxyCODONE IR Tab (Roxicodone Tab)<br>PO 10 MG Q4H PRN<br>PRN Pain Scale 7-10 (SEVERE)<br>Last Admin: 12/11/21 0206 | 12/08 0950 | Active | | |
| oxyCODONE IR Tab (Roxicodone Tab)<br>PO 5 MG Q4H PRN<br>PRN Pain Scale 4-6 (MODERATE) | 12/08 0950 | Active | | |
| - NURSING (11) | | | | |
| zMD: OK to Leave Out: (NUR.PHYS) | 12/10 2046 | Active | | |
| zMD: Chest Tube Management (NUR.PHYS) | 12/10 1148 | Active | | |
| zMD: Bathe Patient (NUR.PHYS) | 12/09 1615 | Active | | |
| zMD: Isolation Precautions + (NUR.PHYS | 12/08 0951 | Active | | |
| zMD: GUIDELINES FOR PAIN MANAG (NUR.PH | 12/08 0950 | Active | | |
| zMD: Measure Height (NUR.PHYS) | 12/08 0950 | Active | | |
| zMD: Notify MD-Vitals (NUR.PHYS) | 12/08 0950 | Active | | |
| zMD: Oral Care (NUR.PHYS) | 12/08 0950 | Active | | |
| zMD: Obtain Weight (NUR.PHYS) | 12/08 0950 | Active | | |
| zMD: Activity (NUR.PHYS) | 12/08 0950 | Active | | |
| zMD: Dressing Change + (NUR.PHYS) | 12/08 0950 | Active | | |
| - RESPIRATORY (2) | | | | |
| zRT: Aerosol Med TRT (RESP) | 12/08 0951 | Active | | |
| zRT: Incentive Spirometry (RESP) | 12/08 0950 | Active | | |
| - CONSULTS (1) | | | | |
| PHYSICIAN CONSULT<br>Consulting Dr.: Linger,Matthew M MD<br>REASON FOR CONSULT: Multiple stab... | 12/08 0842 | Active | | |
| - NUTRITION (3) | | | | |
| DIETARY SUPPLEMENT (FNDS) | 12/10 1630 | Active | | |
| DIETARY SUPPLEMENT (FNDS) | 12/10 1630 | Active | | |
| REGULAR DIET (FNS) | 12/08 1030 | Active | | |
| - ADMIT (3) | | | | |
| COVID-19 Risk Assessment (ORD.PHYS)<br>COVID-19 status: In-House +/pendi... | 12/08 0951 | Active | | |
| zLevel of Care (ADM) | 12/08 0951 | Active | | |
| zADMIT PATIENT (ADM) | 12/08 0950 | Active | | |
| - Other (1) | | | | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Record

Deputy Sheriff
Calcasieu Parish, Louisiana

RUN DATE: 12/11/21 Ra
RUN TIME: 1612 Patient's Order List
RUN USER: EQA.HAYSH

[redacted] 26/M [redacted] E.6A E.607/A Unit No:E001186234
5 ft 11 in 200 lb 2.13 m2 28 kg/m2 ADM IN Acct No:E00062949095
Allergies/ADRs: No Known Allergies

| | | | |
|---|---|---|---|
| MRSA Screening/Decolonization (PROTOCO | 12/08 0951 | Active | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

[redacted]
ACCT: E00062949095 NURS: E.6A MR: E001186234
BED: E.607-A
SEX: M DOB: [redacted] AGE: 26 ADMIT: 12/08/21 ATN DR: Linger, Matthew M MD
This report is NOT part of the permanent medical record -process per Company Policy.

NOTE: Truncated results are preceded by '-->'. Please Consult chart for entire result.

ALLERGIES

| Coded Allergies | Reaction |
|---|---|
| No Known Allergies | |

LABORATORY INFORMATION - FROM: 12/10/21 0000 TO: 12/11/21 2359

CHEMISTRY

| | 12/10/21 05:35 |
|---|---|
| GFR (AFR-AM) | >90 |
| SODIUM | 142 |
| POTASSIUM | 3.6 |
| CHLORIDE | 106 |
| CO2 | 29 |
| ANION GAP | 7 |
| GLUCOSE | 89 |
| BUN | L 5 |
| CREATININE | 0.84 |
| CALCIUM | 8.7 |
| PHOSPHORUS | D 2.9 |
| MG | 1.8 |
| OSM (CALC) | 291 |

HEMATOLOGY

| | 12/10/21 05:35 |
|---|---|
| WBC | 5.7 |
| RBC | L 3.30 |
| HGB | L 10.4 |
| HCT | L 31.0 |
| MCV | 93.9 |
| MCH | 31.5 |
| MCHC | 33.5 |
| RDW | 13.8 |
| PLT CT | 164.0 |
| MPV | 10.7 |
| % SEG | L 39.9 |
| % MONO | H 11.1 |
| % EOS | H 6.1 |
| % BASO | 0.4 |
| ABSOLUTE NEUT | 2.3 |
| % LYMPH | 42.5 |

Dec/11/2021 4:22:02 PM 7812095897->3187442126

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

RADIOLOGY IMPRESSIONS - FROM: 12/10/21 TO: 12/11/21
12/10/21 - RADIOLOGY - - CHEST AP ONLY (PORT) REPORT STATUS: Signed
Dictated by Physician: Larson,Paul C MD

IMPRESSION: Stable findings
Electronically signed by: Paul Larson MD 12/10/2021 7:40 AM
CST Workstation: 109-91346GS

CURRENT MEDICATIONS (*D = Deactivated Order)

| MED | DOSE | SIG/SCH | ROUTE | START | STOP ST |
|---|---|---|---|---|---|
| ACETAMINOPHEN | 1000 MG | Q6HR | PO | 12/08 | |
| * (TYLENOL EX-STR 500MG TABLET) | | | | | |
| ALBUTEROL/IPRATROPIUM BR | 3 ML | -->Q4H PRN | NEB | 12/08 | |
| * (DUONEB 0.5-3MG/3ML AMP) | | | | | |
| CHLORHEXIDINE BATH | 1 EACH | -->DAILY P | -->TOP | 12/08 | |
| * (CHG BATH) | | | | | |
| CYCLOBENZAPRINE HCL | 10 MG | -->TID PRN | PO | 12/08 | |
| * (CYCLOBENZAPRINE 10MG TABLET) | | | | | |
| ENOXAPARIN | 30 MG | BID | SUBQ | 12/08 | |
| * (LOVENOX 30MG SYRINGE) | | | | | |
| RINGERS SOLUTION,LACTATED | 1000 ML | .Q24H | IV | 12/08 | |
| * (LACTATED RINGERS INJECTION) | | | | | |
| morphine SULFATE | 2 MG | -->Q4H PRN | IV | 12/08 | |
| * (morphine 4MG/ML 1ML) | | | | | |
| ondansetron HCL | 4 MG | -->Q4H PRN | IV | 12/08 | |
| * (ZOFRAN 2MG/ML SDV VIAL) | | | | | |
| oxyCODONE | 5 MG | -->Q4H PRN | PO | 12/08 | |
| * (oxyCODONE 5MG Tab) | | | | | |
| oxyCODONE | 10 MG | -->Q4H PRN | PO | 12/08 | |
| * (oxyCODONE 5MG Tab) | | | | | |
| polyethylene glycoL 3350 | 17 GM | BID | PO | 12/09 | |
| * (MIRALAX POWDER 17GM) | | | | | |

MEDICATION ADMINISTRATION INFORMATION

| MED | DOSE | SIG/SCH | ROUTE |
|---|---|---|---|
| ACETAMINOPHEN | 1000 MG | Q6HR | PO |
| * (TYLENOL EX-STR 500MG TABLET) | | | |

| DATE GIVEN | TIME | DOSE |
|---|---|---|
| 12/10/21 | 0002 | 1000 MG |
| 12/10/21 | 0533 | MG |
| 12/10/21 | 1126 | 1000 MG |
| 12/10/21 | 1803 | MG |
| 12/10/21 | 2319 | 1000 MG |

| MED | DOSE | SIG/SCH | ROUTE |
|---|---|---|---|
| ALBUTEROL/IPRATROPIUM BR | 3 ML | -->Q4H PRN | NEB |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

Dec/11/2021 4:22:02 PM 7812095897->3187442126

* (DUONEB 0.5-3MG/3ML AMP)
DATE GIVEN TIME DOSE
---------- ---- --------------

CHLORHEXIDINE BATH 1 EACH -->DAILY P -->TOP
* (CHG BATH)
DATE GIVEN TIME DOSE
---------- ---- --------------

CYCLOBENZAPRINE HCL 10 MG -->TID PRN PO
* (CYCLOBENZAPRINE 10MG TABLET)

| DATE GIVEN | TIME | DOSE |
|---|---|---|
| 12/10/21 | 0354 | 10 MG |
| 12/10/21 | 1126 | 10 MG |
| 12/10/21 | 2319 | 10 MG |

ENOXAPARIN 30 MG BID SUBQ
* (LOVENOX 30MG SYRINGE)

This report is NOT part of the permanent medical record -process per Company Policy.

NOTE: Truncated results are preceded by '-->'. Please Consult chart for entire result.

MEDICATION ADMINISTRATION INFORMATION

| DATE GIVEN | TIME | DOSE |
|---|---|---|
| 12/10/21 | 0734 | 30 MG |
| 12/10/21 | 2301 | 30 MG |

RINGERS SOLUTION,LACTATED 1000 ML .Q24H IV
* (LACTATED RINGERS INJECTION)

| DATE GIVEN | TIME | DOSE |
|---|---|---|
| 12/10/21 | 0213 | MLS |
| 12/10/21 | 0740 | 1000 MLS |

morphine SULFATE 2 MG -->Q4H PRN IV
* (morphine 4MG/ML 1ML)
DATE GIVEN TIME DOSE
---------- ---- --------------

ondansetron HCL 4 MG -->Q4H PRN IV
* (ZOFRAN 2MG/ML SDV VIAL)
DATE GIVEN TIME DOSE
---------- ---- --------------

oxyCODONE 5 MG -->Q4H PRN PO
* (oxyCODONE 5MG Tab)
DATE GIVEN TIME DOSE
---------- ---- --------------

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

oxyCODONE 10 MG -->Q4H PRN PO
* (oxyCODONE 5MG Tab)

| DATE GIVEN | TIME | DOSE |
|---|---|---|
| 12/10/21 | 0003 | 10 MG |
| 12/10/21 | 0735 | 10 MG |
| 12/11/21 | 0206 | 10 MG |

polyethylene glycoL 3350 17 GM BID PO
* (MIRALAX POWDER 17GM)

| DATE GIVEN | TIME | DOSE |
|---|---|---|
| 12/10/21 | 0735 | 17 GM |
| 12/10/21 | 2301 | 17 GM |

Dec/11/2021 4:22:02 PM 7812095897->3187442126

MANCUSO 002892

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES REGIONAL MEDICAL CENTER (COCRA)
Trauma Progress Note
REPORT#:1211-0378 REPORT STATUS: Signed
DATE:12/11/21 TIME: 1305

PATIENT: [redacted] UNIT #: E001186234
ACCOUNT#: E00062949095 ROOM/BED: E.607-A
DOB: [redacted] AGE: 26 SEX: M ATTEND: Linger,Matthew M MD
ADM DT: 12/08/21 AUTHOR: Raines,Rachael PA
REP SRV DT: 12/11/21 REP SRV TM: 1305
* ALL edits or amendments must be made on the electronic/computer document *

**Smith,Rachael T., PA 12/11/21 1305:**

**Subjective**

**Chief Complaint:**
KSW

**Patient reports:**
No: complaints.

**Nursing reports:**
No: complaints.

**Objective**

**Physical Exam**

**VS/I&O:**

Vital Signs:

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|
| 12/11 0745 | 97.9 | 58 | 16 | 111/64 | 79.5 | 98 | | | |
| 12/10 1930 | 98.1 | 67 | 16 | 112/68 | 82.8 | 99 | | | |
| 12/10 1437 | 97.7 | 59 | 16 | 109/68 | 81.4 | 96 | | | |

24 hour I&O ending at 0700:

| | 12/11 0700 | 12/10 1900 |
|---|---|---|
| Intake Total | | 600 |
| Output Total | 750 | 820 |
| Balance | -750 | -220 |
| | | |
| Intake, Oral | | 600 |
| Output, Chest Tube Drainage | 0 | 20 |
| Output, Urine | 750 | 800 |

**PATIENT WEIGHT:**

**Weight (lb):**



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/11/21
Acct#:E00062949095

**Weight (oz):**
**Weight (kg):** 90.909

**General appearance:** alert, awake, oriented, no acute distress, conversational, no respiratory distress
**Head/Eyes:** laceration (Right scalp and right mandible), normocephalic, EOMI, NL eyelids/periorbital
**Neck:** non-tender, trachea midline
**Cardiovascular:** normal heart sounds, pulses all extremities, regular rate & rhythm
**Respiratory/Chest:** chest tube (right; no air leak), clear to auscultation, symmetric expansion, no distress
**Abdomen:** soft, non-tender, no guarding, no rebound, no distention
**Back/spine:**
**Back:** Multiple stab wounds to the upper back, staples/stitches in place
**Pelvis:** pelvis stable
**Genitourinary:** no foley
**Extremities:** dry, moves all, normal capillary refill, normal movement/sensation, normal temperature
**Neuro/CNS:** alert, oriented X 3, follows commands, no motor deficits, no sensory deficits
**Skin:** dry, normal temperature, normal color
**Psychiatry:** normal affect, normal mood

## Results

**Findings/Data:**
Laboratory Tests

| | 12/11 0528 |
|---|---|
| Chemistry | |
| Sodium (135 - 148 MMOL/L) | 141 |
| Potassium (3.3 - 5.1 MMOL/L) | 4.2 |
| Chloride (98 - 107 MMOL/L) | 104 |
| Carbon Dioxide (21 - 32 MMOL/L) | 28 |
| Anion Gap (0 - 15) | 9 |
| BUN (6 - 19 MG/DL) | 7 |
| Creatinine (0.70 - 1.30 MG/DL) | 0.88 |
| Estimated GFR (>90) | >90 |
| Glucose (70 - 120 MG/DL) | 83 |
| Calculated Osmolality (275 - 305 mOsm/KG) | 289 |
| Calcium (8.4 - 10.7 MG/DL) | 8.7 |
| Phosphorus (2.7 - 4.5 MG/DL) | 4.5 |
| Magnesium (1.6 - 2.6 MG/DL) | 1.8 |



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/11/21
Acct#:E00062949095

Laboratory Tests

| | 12/11 0528 |
|---|---|
| Hematology | |
| WBC (5.0 - 10.0 K/MM3) | 5.9 |
| RBC (4.20 - 5.40 M/MM3) | 3.25 L |
| Hgb (12.0 - 16.0 GM/DL) | 10.4 L |
| Hct (40.0 - 54.0 %) | 31.0 L |
| MCV (80.0 - 100.0 FL) | 95.4 |
| MCH (26.0 - 32.0 PG) | 32.0 |
| MCHC (32.0 - 36.0 G/DL) | 33.5 |
| RDW (11.5 - 14.5 %) | 13.7 |
| Plt Count (150 - 450 K/MM3) | 195.0 |
| MPV (8.5 - 12.5 FL) | 10.8 |
| Absolute Neuts (auto) (K/MM3) | 2.0 |
| Seg Neutrophils % (40 - 70 %) | 32.9 L |
| Lymphocytes % (20 - 45 %) | 49.4 H |
| Monocytes % (2 - 11 %) | 8.1 |
| Eosinophils % (0 - 5 %) | 8.6 H |
| Basophils % (0 - 2 %) | 0.7 |

**Radiology data:**
Recent Impressions:
**RADIOLOGY - CHEST AP ONLY (PORT) 12/11 0444**
*** Report Impression - Status: SIGNED Entered: 12/11/2021 0712

Impression: No evidence of recurrent pneumothorax
Electronically signed by: Stuart Head MD 12/11/2021 7:11 AM
CST Workstation: 109-95134PS
Impression By: EMD.HEASTU - Stuart C. Head, M.D.

## Diagnosis, Assessment & Plan

**Problem List/A&P:**

**1. Pneumothorax, right**

**2. Multiple stab wounds**

**Free Text A&P:**
Stable overnight; awake and alert this morning without complaint. Guard in



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/11/21
Acct#:E00062949095

room.

CXR without ptx; no air leak on exam. Low output. Removed at bedside and occlusive dressing placed. Patient tolerated well.

Activity as tolerated. Regular diet. DVT prophylaxis, bowel regimen, and multimodal pain regimen ordered.

Repeat CXR in am; plan to dc if stable. Will need stitches/staples addressed prior to dc.

**LINGER,MATTHEW 12/11/21 1338:**
**Attestations**

**Physician Attestation**
**Agree w/findings & plan:**
The patient was seen and examined by me. I agree with the plan as noted above.

Medical Decision making: [] Straightforward [X] Moderate [] Complex

Electronically Signed by Raines,Rachael PA on 12/11/21 at 1307
Electronically Signed by Linger,Matthew M MD on 12/11/21 at 1340

RPT #: 1211-0378
***END OF REPORT***



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES GENERAL HOSPITAL
Radiology Department
211 4th St
Alexandria, LA 71301
PHONE #: (318)769-3160
FAX #: (318)769-3685

Name: [redacted]
Phys: Broussard,James B PA-C
DOB: [redacted] Age: 26 Sex: M
Acct: E00062949095 Loc: E.607 A
Exam Date: 12/11/2021 Status: ADM IN
Radiology No:
Unit No: E001186234

EXAMS:
003472755 CHEST AP ONLY (PORT)

XR CHEST 1 VIEW
Interpretation time/date: 12/11/2021 7:10 AM CST
History: ptx
Comparison: December 10, 2021
Findings: One view chest. Cardiac silhouette stable. The lungs are inflated and clear with stable position of the right-sided chest drain. No evidence of recurrent pneumothorax. Persisting and slightly improving subcutaneous emphysema in the chest wall and neck.
Impression: No evidence of recurrent pneumothorax
Electronically signed by: Stuart Head MD 12/11/2021 7:11 AM CST Workstation: 109-95134PS

** Electronically Signed by M.D. Stuart C. Head **
** on 12/11/2021 at 0711 **
Reported and signed by: Stuart C. Head, M.D.

CC:

Dictated Date/Time: 12/11/2021 (0711)
Technologist: ERD.BUTLA
Transcribed Date/Time: 12/11/2021 (0711)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 12/11/2021 (0711)
Orig Print D/T: S: 12/11/2021 (0712)
BATCH NO: N/A

PAGE 1 Signed Report

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

**RAPIDES GENERAL HOSPITAL**
**Radiology Department**
**211 4th St**
**Alexandria, LA 71301**
**Phone #: (318)769-3160**
**Fax #: (318)769-3685**

Name: [redacted]
Phys: Broussard,James B PA-C
DOB: 08/25/1995 Age: 26 Sex: M
Acct: E00062949095 Loc: E.607 A
Exam Date: 12/11/2021 Status: ADM IN
Radiology No:
Unit No: E001186234

Exams: 003472755 CHEST AP ONLY (PORT)

XR CHEST 1 VIEW
Interpretation time/date: 12/11/2021 7:10 AM CST
History:ptx
Comparison: December 10, 2021
Findings: One view chest. Cardiac silhouette stable. The lungs are inflated and clear with stable position of the right-sided chest drain. No evidence of recurrent pneumothorax. Persisting and slightly improving subcutaneous emphysema in the chest wall and neck.
***Impression: No evidence of recurrent pneumothorax***
***Electronically signed by: Stuart Head MD 12/11/2021 7:11 AM CST Workstation: 109-95134PS***

** Electronically Signed by Stuart C. Head M.D. **
** on 12/11/2021 at 0711 **
Reported and Signed by: Stuart C. Head, M.D.

CC:

Dictated Date/Time: 12/11/2021 (0711)
Technologist: ERD.BUTLA
Transcribed Date/Time: 12/11/2021 (0711)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 12/11/2021 (0711)
Orig Print D/T: S: 12/11/2021 (0712)
Reprint D/T: 12/11/2021 (1611) Batch No: N/A

PAGE 1 Signed Report Printed From PCI

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Chris Dominguez

Deputy Sheriff
Calcasieu Parish, Louisiana

## From: Rapides Regional Medical Center

| | | | |
|---|---|---|---|
| From: | Shelia Hay | To: | CATAHOULA CORRECTIONAL FACILITY |
| Phone: | (318) 769-3349 | | |
| Fax to: | (318) 744-2126 | Attention: | KRYSTAL |
| Fax From: | (318) 769-7389 | | |
| Return Fax: | | | |
| Comment: | DOB: [redacted] CLINICAL UPDATE. NOTE: CLINICALS HAVE BEEN FAXED TO TAMMY AT DEPARTMENT OF CORRECTIONS. | | |

| | |
|---|---|
| **Regarding Patient:** | [redacted] |
| SSN: | XXX-XX-7777 |
| Member ID 1: | RA-MEDPEN |
| Member ID 2: | RA-DETPROGMIS |
| Room: | E.607 |

The following documents are included in this fax:

| Name | Pages |
|---|---|
| 1210_14:08:38 | 8 |
| CT CHEST W CONTRAST_CT_12082021_003472626.rtf | 1 |
| EKG REPORT_ERDOC__E.CARD202112080045.rtf | 1 |
| CT ABD PEL W IV CONTRAST ONLY_CT_12082021_003472627.rtf | 2 |
| CT HEAD W O CONT_CT_12082021_003472625.rtf | 1 |
| 1210_14:09:28 | 4 |
| CHEST AP ONLY (PORT)_RAD_12082021_003472620.rtf | 1 |
| CHEST AP ONLY (PORT)_RAD_12102021_003472754.rtf | 1 |
| Clinical Rounds Report_20211210.rtf | 4 |
| 1210_14:08:25 | 1 |
| 1210_14:08:10 | 6 |
| 1210_14:07:59 | 5 |

**Patient Health Information Legal Disclosure:** This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by HIPAA (the federal Health Insurance Portability & Accountability ACT) or personal information protected by state data privacy or security laws. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. If you received this in error, please notify **Shelia Hay** at **phone (318) 769-3349** or **e-mail** at **shelia.hay@hcahealthcare.com** to arrange the return or destruction of the information and all copies

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by the Written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at §§ 2.12(c)(5) and 2.65.

**For more information about naviHealth, visit naviHealth.us.**

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES REGIONAL MEDICAL CENTER (COCRA)
EMERGENCY PROVIDER REPORT
REPORT#:1208-0051 REPORT STATUS: Signed
DATE:12/08/21 TIME: 0606

PATIENT: [redacted] UNIT #: E001186234
ACCOUNT#: E00062949095 ROOM/BED:
AGE: 26 SEX: M PCP PHYS: No Primary or
Family Physician
SERVICE DT: 12/08/21 AUTHOR: Adams,Angela Rene
MD
REP SRV DT: 12/08/21 REP SRV TM: 0606
* ALL edits or amendments must be made on the electronic/computer
document *

## HPI-General Illness

### Free Text HPI Notes

**Free Text HPI Notes**
Patient is a 26-year-old male who presents emergency department a transfer from Lasalle General Hospital for right pneumothorax and multiple stab wounds. HPI obtained exclusively from chart, as patient has been sedated provides no history. Patient is an inmate at Catahoula correction center, was stabbed multiple times by another inmate. Patient was noted to have a tension pneumothorax on the right upon arrival to outside hospital, for which chest tube was placed, patient subsequently transferred here for higher level care.

Outside hospital records reviewed, significant findings as follows:
Medications given: Demerol 25 mg x5 IV, Phenergan 25 mg IV, Ativan 6 mg IV total
CBC: WBC-13
CMP: Glucose-183, potassium-3.2
CT chest without IV contrast: 1. Large right-sided pneumothorax with associated partial right lung collapse. There is some evidence of tension, with slight leftward shift of mediastinal structures 2. Extensive subcutaneous emphysema in upper neck and chest 3. Small amount of pneumomediastinum

### General

**Confirmed Patient** Yes
**Patient Type** New patient
**Initial Greet Date/Time** 12/08/21 0558

### Presentation

**Chief Complaint** Stab wounds
**Hx Obtained From** OSH records, ED physician that accepted

### Context

**Recent Healthcare** Recent doctor visit, Recent hospitalization

## Review of Systems



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

**ROS Statements**
**Unable to Obtain ROS** Patient condition

**Past Medical History - Adult**
**Stated Complaint** STABBING TENTION PNEUMOTHURAY, MULTILE LAC
**Allergies**
**Coded Allergies:**
No Known Allergies (12/08/21)

**Review of Nursing Notes** Rev avail, and agree
**Unobtainable due to:** Patient condition

**Physical Exam**

**Vital Signs**
**Vital Signs**
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 12/08 0606 |
| B/P | 120/62 | 12/08 0606 |
| B/P Mean | 81 | 12/08 0606 |
| Temp | 98.1 | 12/08 0606 |
| Pulse | 75 | 12/08 0606 |
| Resp | 18 | 12/08 0606 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 12/08 0606 |
| B/P | 120/62 | 12/08 0606 |
| B/P Mean | 81 | 12/08 0606 |
| Temp | 98.1 | 12/08 0606 |
| Pulse | 75 | 12/08 0606 |
| Resp | 18 | 12/08 0606 |

**Review of Vital Signs** Reviewed

**Free Text PE Notes**
**Free Text PE Notes**
Physical Exam
General/Const



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

General/Const sleeping, Well appearing, Well developed, Well hydrated, Well nourished, Cooperative, patient lying prone, does not wake to tactile or verbal stimuli
MS Head
Head Atraumatic, Normocephalic
Eyes
Eyes Atraumatic, EOMI, No periorbital swelling, Conjunctiva NL
Ears/Nose/Throat
Ears/Nose/Throat Airway patent, Mucous membranes moist, No facial swelling
Resp/Chest
Respiratory/Chest Breath sounds NL, No respiratory distress, No wheezing, No retractions comma chest tube inserted over right lateral chest wall common dressing in place, attached to a Pleur-evac
Cardiovascular
Cardiovascular Heart rate NL, Regular rhythm, No murmurs, Cap refill not delayed, Peripheral circulation NL
Abdomen/GI
Abdomen/GI Soft, Non-tender, BS normoactive, No distention
GU
Deferred
MS Upper Extrem
Upper Extremity/MS Inspection NL, No deformity
MS Lower Extrem
Lower Ext/Pelvis/MS Inspection NL, No deformity
Back
Back Normal alignment, no step offs/deformity, painless range of motion
Skin
Skin Color NL, Warm, Dry, Intact, No swelling, multiple lacerations noted to the back, right supraclavicular area, right frontal scalp, repaired with simple interrupted nylon sutures, scalp wound noted to have three staples in place
Neurologic
Neurologic unable to fully assess
Psychiatric
Psychiatric unable to fully assess

## Interpretation & Diagnostics

### Lab Results Interpretation
**Results**
Laboratory Tests



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

**12/08/21 0633:**

13.9H | 12.5 | 37.9L | 203.0

137 | 101 | 10 | 3.9 | 27 | 0.92 | 134H

**Laboratory Tests:**

| | 12/08 0633 | 12/08 0633 |
|---|---|---|
| Chemistry | | |
| Sodium (135 - 148 MMOL/L) | | 137 |
| Potassium (3.3 - 5.1 MMOL/L) | | 3.9 |
| Chloride (98 - 107 MMOL/L) | | 101 |
| Carbon Dioxide (21 - 32 MMOL/L) | | 27 |
| Anion Gap (0 - 15) | | 9 |
| BUN (6 - 19 MG/DL) | | 10 |
| Creatinine (0.70 - 1.30 MG/DL) | | 0.92 |
| Estimated GFR (>90) | | >90 |
| Glucose (70 - 120 MG/DL) | | 134 H |
| Calculated Osmolality (275 - 305 mOsm/KG) | | 285 |
| Lactic Acid (0.5 - 2.2 MMOL/L) | 1.0 | |
| Calcium (8.4 - 10.7 MG/DL) | | 8.4 |
| Corrected Calcium (8.4 - 10.7 MG/DL) | | 8.3 L |
| Total Bilirubin (0.0 - 1.0 MG/DL) | | 0.4 |
| AST (0 - 37 UNITS/L) | | 18 |
| ALT (0 - 40 UNITS/L) | | 14 |
| Total Alk Phosphatase (40 - 130 UNITS/L) | | 39 L |
| Troponin T (0.0 - 0.1 NG/ML) | | <0.01 |
| Total Protein (6.0 - 8.4 GM/DL) | | 6.3 |
| Albumin (3.2 - 5.2 GM/DL) | | 4.1 |
| Globulin (G/DL) | | 2.2 |
| Albumin/Globulin Ratio (1.0 - 2.5) | | 1.86 |
| Coagulation | | |
| PT (9.6 - 12.6 SECONDS) | | 11.7 |
| PTT (Non-Therapeutic) (21.3 - 32.0 SECONDS) | | 23.6 |
| Hematology | | |
| WBC (5.0 - 10.0 K/MM3) | | 13.9 H |
| RBC (4.20 - 5.40 M/MM3) | | 4.00 L |
| Hgb (12.0 - 16.0 GM/DL) | | 12.5 |
| Hct (40.0 - 54.0 %) | | 37.9 L |
| MCV (80.0 - 100.0 FL) | | 94.8 |
| MCH (26.0 - 32.0 PG) | | 31.3 |



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

| | | |
|---|---|---|
| MCHC (32.0 - 36.0 G/DL) | | 33.0 |
| RDW (11.5 - 14.5 %) | | 13.7 |
| Plt Count (150 - 450 K/MM3) | | 203.0 |
| MPV (8.5 - 12.5 FL) | | 10.1 |
| Absolute Neuts (auto) (K/MM3) | | 11.7 |
| Seg Neutrophils % (40 - 70 %) | | 83.8 H |
| Lymphocytes % (20 - 45 %) | | 9.2 L |
| Monocytes % (2 - 11 %) | | 6.5 |
| Eosinophils % (0 - 5 %) | | 0.0 |
| Basophils % (0 - 2 %) | | 0.2 |
| Toxicology | | |
| Ethyl Alcohol (<10 MG/DL) | | <10.0 |

Recent Impressions:
**RADIOLOGY - CHEST AP ONLY (PORT) 12/08 0630**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0703

IMPRESSION: Stable appearance of chest radiograph compared with exam of slightly more than 4 hours ago.
Electronically signed by: Paul Larson MD 12/8/2021 7:01 AM
CST Workstation: 109-91346GS
Impression By: EMD.LARPA - Paul C. Larson, M.D.
**CAT SCAN - CT ABD/PEL W/IV CONTRAST ONLY 12/08 0745**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0839

IMPRESSION: No acute injury is noted. Marked gastric dilatation with possible chronic inflammation.

Electronically signed by: Alfred Mansour MD 12/8/2021 8:38 AM
CST Workstation: 109-9022W9H
Impression By: EMD.MANAL - Alfred Mansour, M.D.
**CAT SCAN - CT CHEST W/ CONTRAST 12/08 0745**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0835

IMPRESSION: Since the previous CT a chest tube was placed in the right side with reexpansion of the lung. Mild chronic changes are noted in both lung bases..
Electronically signed by: Alfred Mansour MD 12/8/2021 8:34 AM
CST Workstation: 109-9022W9H
Impression By: EMD.MANAL - Alfred Mansour, M.D.
**CAT SCAN - CT HEAD W/O CONT 12/08 0745**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0832



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

IMPRESSION: No significant abnormality noted.
Electronically signed by: Alfred Mansour MD 12/8/2021 8:31 AM
CST Workstation: 109-9022W9H
Impression By: EMD.MANAL - Alfred Mansour, M.D.

**Lab & Imaging Statement**
Laboratory & radiographic studies reviewed and considered in the medical decision-making.

## Point of Care Testing
**Pulse Oximetry**
**Pulse Ox %** 99
**On:** Room air
**Interpretation** Interpreted by me, Pulse oximetry normal
**Time** 0606

## ECG #1 Interpretation
**Text/Dict Note**
12/08/2021 at 06:44
Ventricular rate 60
Normal sinus rhythm
Normal axis
All intervals normal
No acute ischemic changes
No STEMI
Interpreted by Angela Adams, MD

## Re-Evaluation & MDM

## Re-Evaluation/Progress #1
**Text/Dict Note**
Trauma midlevels in ED to see patient
**Time of Re-Eval** 0855

## ED Course
**Medication(s) Ordered**
Medication(s) Ordered:
**Diagnostic Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

| | | | | | |
|---|---|---|---|---|---|
| Iopamidol | 65 ML | ONCALL NR IV | 12/08 0730 12/10 0731 | AC | 12/08 0744 |

## Consultation
**Consultation**
**Referral/Consult Name**
Linger,Matthew M MD
**Consultant Called** Trauma surgeon
**Call Returned** Call returned
**Call Returned Time** 0647
**Call Returned Date** 12/08/21
**Consultant** Discussed case, would like pan scans, will see

## Patient Discharge & Departure

## Vital Signs/Condition
**Vital Signs**
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 12/08 0606 |
| B/P | 120/62 | 12/08 0606 |
| B/P Mean | 81 | 12/08 0606 |
| Temp | 98.1 | 12/08 0606 |
| Pulse | 75 | 12/08 0606 |
| Resp | 18 | 12/08 0606 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 12/08 0606 |
| B/P | 120/62 | 12/08 0606 |
| B/P Mean | 81 | 12/08 0606 |
| Temp | 98.1 | 12/08 0606 |
| Pulse | 75 | 12/08 0606 |
| Resp | 18 | 12/08 0606 |

All vital signs available at the time of this entry have been reviewed.

## Clinical Impression
**Clinical Impression**



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

**Primary Impression:** Pneumothorax, right
**Secondary Impressions:** Multiple stab wounds

## Disposition Decision
**Admit**
**Admit Physician Name**
Linger,Matthew M MD
**Admit Physician** Trauma Surgeon
**)( Admission Accepts** Yes
**)( Accepted Time** 0855
**)( Accepted Date** 12/08/21

## Discharge/Care Plan
**Departure Forms**
**Additional Information/Notices**
**My Health One - Patient Portal**

Electronically Signed by Adams,Angela Rene MD on 12/08/21 at 0857

RPT #: 1208-0051

***END OF REPORT***



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES GENERAL HOSPITAL
Radiology Department
211 4th St
Alexandria, LA 71301
PHONE #: (318)769-3160
FAX #: (318)769-3685

Name: [redacted]
Phys: Adams,Angela Rene MD
DOB: [redacted] Age: 26 Sex: M
Acct: E00062949095 Loc: E.ED
Exam Date: 12/08/2021 Status: REG ER
Radiology No:
Unit No: E001186234

EXAMS:
003472626 CT CHEST W/ CONTRAST

CMS MANDATED QUALITY DATA - CT RADIATION 436
All CT scans at this facility utilize dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.
PROCEDURE: CT CHEST WITH IV CONTRAST performed on 12/8/2021.
PRIOR: December 8, 2021 large right-sided pneumothorax with partial right lung collapse there is some evidence of a tension component. Extensive subcutaneous emphysema with small amount of pneumomediastinum
This is a 26 years Male.
History/reason for exam:multiple stab wounds.
TECHNIQUE: Axial images in coronal and sagittal reconstructions were obtained.
FINDINGS: There is a chest tube on the right now and the lung has reexpanded. Patchy atelectatic change or scarring is seen in the lung bases on that side and on the other side as well.
No significant mediastinal air is seen but there is a lot of subcutaneous emphysema extending on both sides and anterior neck and in the axilla and back on both sides.
The great vessels are normal in appearance and no leakage is seen and no hematoma is noted in the mediastinum. Four-chamber heart are normal.
IMPRESSION: Since the previous CT a chest tube was placed in the right side with reexpansion of the lung. Mild chronic changes are noted in both lung bases.
Electronically signed by: Alfred Mansour MD 12/8/2021 8:34 AM
CST Workstation: 109-9022W9H

** Electronically Signed by M.D. Alfred Mansour **
** on 12/08/2021 at 0834 **
Reported and signed by: Alfred Mansour, M.D.

CC:

Dictated Date/Time: 12/08/2021 (0834)
Technologist: ERD.MANBEA; ERD.SHIJO
Transcribed Date/Time: 12/08/2021 (0834)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 12/08/2021 (0834)
Orig Print D/T: S: 12/08/2021 (0835)
BATCH NO: N/A

PAGE 1 Signed Report

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES REGIONAL MEDICAL CENTER
211 4TH STREET
ALEXANDRIA, LA 71301

=============================================================================

1208-0045 EKG REPORT

=============================================================================

PATIENT: [redacted] ACCOUNT NUMBER: E00062949095
MEDICAL RECORD #: E001186234 ROOM NUMBER: E.EDH35
PHYSICIAN: ERDOC Generic MD for EKG DOB: [redacted]
DATE OF ADMIT: 12/08/21 SEX: M AGE: 26
DATE OF DC: STATUS: ADM IN

=============================================================================

EKG DATE/TIME: 12/08/21 0644

Test Reason :
Blood Pressure : ***/*** mmHG
Vent. Rate : 060 BPM Atrial Rate : 060 BPM
P-R Int : 144 ms QRS Dur : 100 ms
QT Int : 444 ms P-R-T Axes : 052 064 057 degrees
QTc Int : 444 ms

Normal sinus rhythm
Nonspecific T wave abnormality
Abnormal ECG
No previous ECGs available
ECG was interpreted at patients bedside at time of acquisition. For interpretation, please see (pdoc).
Confirmed by ER, ER (223), editor Murphy, Bridget (50750) on 12/8/2021 10:58:24 AM

Referred By: Self Referred Confirmed By:ER ER

Electronically Signed by ERDOC Generic MD for EKG on 12/08/21 at 1058

PATIENT NAME: [redacted] ACCOUNT #: E00062949095

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES GENERAL HOSPITAL
Radiology Department
211 4th St
Alexandria, LA 71301
PHONE #: (318)769-3160
FAX #: (318)769-3685

Name: [redacted]
Phys: Adams,Angela Rene MD
DOB: [redacted] Age: 26 Sex: M
Acct: E00062949095 Loc: E.ED
Exam Date: 12/08/2021 Status: REG ER
Radiology No:
Unit No: E001186234

EXAMS:
003472627 CT ABD/PEL W/IV CONTRAST ONLY

CMS MANDATED QUALITY DATA - CT RADIATION 436
All CT scans at this facility utilize dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.
PROCEDURE: CT ABDOMEN PELVIS WITH IV CONTRAST performed on 12/8/2021.
PRIOR: None Available
This is a 26 years Male.
History/reason for exam: multiple stab wounds.
TECHNIQUE: Axial images with coronal and sagittal reconstructions were obtained.
FINDINGS:
ABDOMEN
LIVER: Normal
PANCREAS: Normal
SPLEEN: Normal
KIDNEYS: Symmetrical clearance and excretion is noted in the ureters extend down to a normal appearing bladder.
ADRENAL GLANDS: Normal
GALLBLADDER: Normal
BOWEL: Markedly distended stomach with fluid. Thickened rugal folds are present. Small bowel caliber is normal and the colon is unremarkable. No free fluid or hernias are seen.
AORTA:[Normal]
BONES: Normal
PELVIS: Prostate gland and seminal vesicles are normal
IMPRESSION: No acute injury is noted. Marked gastric dilatation with possible chronic inflammation.

Electronically signed by: Alfred Mansour MD 12/8/2021 8:38 AM
CST Workstation: 109-9022W9H

** Electronically Signed by M.D. Alfred Mansour **
** on 12/08/2021 at 0838 **
Reported and signed by: Alfred Mansour, M.D.



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES GENERAL HOSPITAL
Radiology Department
211 4th St
Alexandria, LA 71301
PHONE #: (318)769-3160
FAX #: (318)769-3685

Name: [redacted]
Phys: Adams,Angela Rene MD
DOB: [redacted] Age: 26 Sex: M
Acct: E00062949095 Loc: E.ED
Exam Date: 12/08/2021 Status: REG ER
Radiology No:
Unit No: E001186234

EXAMS:
003472627 CT ABD/PEL W/IV CONTRAST ONLY
<Continued>

CC:

Dictated Date/Time: 12/08/2021 (0838)
Technologist: ERD.MANBEA; ERD.SHIJO
Transcribed Date/Time: 12/08/2021 (0838)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 12/08/2021 (0838)
Orig Print D/T: S: 12/08/2021 (0839)
BATCH NO: N/A

PAGE 2 Signed Report

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES GENERAL HOSPITAL
Radiology Department
211 4th St
Alexandria, LA 71301
PHONE #: (318)769-3160
FAX #: (318)769-3685

Name: [redacted]
Phys: Adams,Angela Rene MD
DOB: [redacted] Age: 26 Sex: M
Acct: E00062949095 Loc: E.ED
Exam Date: 12/08/2021 Status: REG ER
Radiology No:
Unit No: E001186234

EXAMS:
003472625 CT HEAD W/O CONT

CMS MANDATED QUALITY DATA - CT RADIATION 436
All CT scans at this facility utilize dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.
PROCEDURE: CT HEAD WITHOUT IV CONTRAST performed on 12/8/2021 6:50 AM CST
PRIOR: None Available
This is a 26 years Male.
History/reason for exam:multiple stab wounds.
TECHNIQUE: Axial images and coronal reconstructions were obtained.
FINDINGS: The ventricles are of normal size. No hemorrhage, edema, or extra-axial blood collections are seen. The brainstem and cerebellum are normal. The sinuses and mastoids and calvarium are normal.
IMPRESSION: No significant abnormality noted.
Electronically signed by: Alfred Mansour MD 12/8/2021 8:31 AM
CST Workstation: 109-9022W9H

** Electronically Signed by M.D. Alfred Mansour **
** on 12/08/2021 at 0831 **
Reported and signed by: Alfred Mansour, M.D.

CC:

Dictated Date/Time: 12/08/2021 (0831)
Technologist: ERD.MANBEA; ERD.SHIJO
Transcribed Date/Time: 12/08/2021 (0831)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 12/08/2021 (0831)
Orig Print D/T: S: 12/08/2021 (0832)
BATCH NO: N/A

PAGE 1 Signed Report

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES REGIONAL MEDICAL CENTER (COCRA)
Trauma Progress Note
REPORT#:1210-0378 REPORT STATUS: Signed
DATE:12/10/21 TIME: 1149

PATIENT: [redacted] UNIT #: E001186234
ACCOUNT#: E00062949095 ROOM/BED: E.607-A
DOB: [redacted] AGE: 26 SEX: M ATTEND: Linger,Matthew M
MD
ADM DT: 12/08/21 AUTHOR: Raines,Rachael PA
REP SRV DT: 12/10/21 REP SRV TM: 1149
* ALL edits or amendments must be made on the electronic/computer document *

**Subjective**
**Chief Complaint:**
KSW
**Patient reports:**
Yes: pain controlled, resting comfortable. No: complaints.
**Nursing reports:**
Yes: agitated (last pm).

**Objective**

**Physical Exam**
**VS/I&O:**
Vital Signs:

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|
| 12/10 0716 | 98.2 | 59 | 19 | 106/58 | 74.2 | 100 | Room air | | |
| 12/10 0149 | 97.3 | 54 | 18 | 101/63 | 75.8 | 100 | Room air | | |
| 12/10 0004 | | 86 | 18 | 120/77 | 91.3 | 98 | Room air | | |
| 12/09 1915 | | 84 | 18 | 119/77 | 90.9 | 98 | | | |
| 12/09 1531 | | 65 | 18 | 114/75 | 87.8 | 99 | | | |

24 hour I&O ending at 0700:

| | 12/10 0700 | 12/09 1900 |
|---|---|---|
| Intake Total | 1980.00 | |
| Output Total | 60 | 800 |
| Balance | 1920.00 | -800 |
| | | |
| Intake, IV | 1500.00 | |
| Intake, Oral | 480 | |
| Number Voids | 4 | |
| Output, Chest Tube Drainage | 60 | |
| Output, Urine | | 800 |

**PATIENT WEIGHT:**

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/10/21
Acct#:E00062949095

**Weight (lb):**
**Weight (oz):**
**Weight (kg):** 90.909

**General appearance:** alert, awake, oriented, no acute distress, conversational, no respiratory distress
**Head/Eyes:** laceration (Right scalp and right mandible), normocephalic, EOMI, NL eyelids/periorbital
**Neck:** non-tender, trachea midline
**Cardiovascular:** normal heart sounds, pulses all extremities, regular rate & rhythm
**Respiratory/Chest:** chest tube (right; no air leak), clear to auscultation, symmetric expansion, no distress
**Abdomen:** soft, non-tender, no guarding, no rebound, no distention
**Back/spine:**
**Back:** Multiple stab wounds to the upper back, stapled
**Genitourinary:** no foley
**Extremities:** dry, moves all, normal capillary refill, normal movement/sensation, normal temperature
**Neuro/CNS:** alert, oriented X 3, follows commands, no motor deficits, no sensory deficits
**Skin:** dry, normal temperature, normal color
**Psychiatry:** normal affect, normal mood

## Results

**Findings/Data:**
Laboratory Tests

| | 12/10 0535 |
|---|---|
| Chemistry | |
| Sodium (135 - 148 MMOL/L) | 142 |
| Potassium (3.3 - 5.1 MMOL/L) | 3.6 |
| Chloride (98 - 107 MMOL/L) | 106 |
| Carbon Dioxide (21 - 32 MMOL/L) | 29 |
| Anion Gap (0 - 15) | 7 |
| BUN (6 - 19 MG/DL) | 5 L |
| Creatinine (0.70 - 1.30 MG/DL) | 0.84 |
| Estimated GFR (>90) | >90 |
| Glucose (70 - 120 MG/DL) | 89 |
| Calculated Osmolality (275 - 305 mOsm/KG) | 291 |
| Calcium (8.4 - 10.7 MG/DL) | 8.7 |
| Phosphorus (2.7 - 4.5 MG/DL) | 2.9 |
| Magnesium (1.6 - 2.6 MG/DL) | 1.8 |



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/10/21
Acct#:E00062949095

Laboratory Tests

| | 12/10 0535 |
|---|---|
| Hematology | |
| WBC (5.0 - 10.0 K/MM3) | 5.7 |
| RBC (4.20 - 5.40 M/MM3) | 3.30 L |
| Hgb (12.0 - 16.0 GM/DL) | 10.4 L |
| Hct (40.0 - 54.0 %) | 31.0 L |
| MCV (80.0 - 100.0 FL) | 93.9 |
| MCH (26.0 - 32.0 PG) | 31.5 |
| MCHC (32.0 - 36.0 G/DL) | 33.5 |
| RDW (11.5 - 14.5 %) | 13.8 |
| Plt Count (150 - 450 K/MM3) | 164.0 |
| MPV (8.5 - 12.5 FL) | 10.7 |
| Absolute Neuts (auto) (K/MM3) | 2.3 |
| Seg Neutrophils % (40 - 70 %) | 39.9 L |
| Lymphocytes % (20 - 45 %) | 42.5 |
| Monocytes % (2 - 11 %) | 11.1 H |
| Eosinophils % (0 - 5 %) | 6.1 H |
| Basophils % (0 - 2 %) | 0.4 |

**Radiology data:**
Recent Impressions:
**RADIOLOGY - CHEST AP ONLY (PORT) 12/10 0535**
*** Report Impression - Status: SIGNED Entered: 12/10/2021 0741

IMPRESSION: Stable findings
Electronically signed by: Paul Larson MD 12/10/2021 7:40 AM
CST Workstation: 109-91346GS
Impression By: EMD.LARPA - Paul C. Larson, M.D.

## Diagnosis, Assessment & Plan

**Problem List/A&P:**

**1. Pneumothorax, right**

**2. Multiple stab wounds**

**Free Text A&P:**



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/10/21
Acct#:E00062949095

Nursing reports last night patient got up to leave his room. Unsuccesfully attempted to remove chest tube. Was put back into bed and given Flexeril which calmed him. He is now shackled to the bed and guard remains at bedside.

Right chest tube to low wall suction; no air leak on exam. Chest x-ray shows lung re-expanded with no residual pneumothorax, still with some subcutaneous emphysema. Placed to waterseal. Continue aggressive pulmonary toileting. Repeat chest x-ray in a.m.

Activity as tolerated. Regular diet. DVT prophylaxis, bowel regimen, and multimodal pain regimen ordered.

Electronically Signed by Raines,Rachael PA on 12/10/21 at 1156

RPT #: 1210-0378
***END OF REPORT***



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES GENERAL HOSPITAL
Radiology Department
211 4th St
Alexandria, LA 71301
PHONE #: (318)769-3160
FAX #: (318)769-3685

Name: [redacted]
Phys: Carter,Isaac DO
DOB: [redacted] Age: 26 Sex: M
Acct: E00062949095 Loc: E.ED
Exam Date: 12/08/2021 Status: REG ER
Radiology No:
Unit No: E001186234

EXAMS:
003472620 CHEST AP ONLY (PORT)

EXAM: 12/8/2021 portable chest exam 6:31 AM
HISTORY: Transfer patient with pneumothorax
COMPARISON: 12/8/2021 2:15 AM LaSalle
FINDINGS: Right chest tube is present overlying the inferior lateral lung. There may be some minimal residual pneumothorax beneath the right lung. Possible tiny apical pneumothorax also. Subcutaneous emphysema is present in both neck base regions and along the right side of the chest.
Left lung is unremarkable.
IMPRESSION: Stable appearance of chest radiograph compared with exam of slightly more than 4 hours ago.
Electronically signed by: Paul Larson MD 12/8/2021 7:01 AM
CST Workstation: 109-91346GS

** Electronically Signed by M.D. Paul C. Larson **
** on 12/08/2021 at 0701 **
Reported and signed by: Paul C. Larson, M.D.

CC: Isaac Carter DO

Dictated Date/Time: 12/08/2021 (0701)
Technologist: ERD.PULCH
Transcribed Date/Time: 12/08/2021 (0701)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 12/08/2021 (0701)
Orig Print D/T: S: 12/08/2021 (0703)
BATCH NO: N/A

PAGE 1 Signed Report

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES GENERAL HOSPITAL
Radiology Department
211 4th St
Alexandria, LA 71301
PHONE #: (318)769-3160
FAX #: (318)769-3685

Name: [redacted]
Phys: Broussard,James B PA-C
DOB: [redacted] Age: 26 Sex: M
Acct: E00062949095 Loc: E.607 A
Exam Date: 12/10/2021 Status: ADM IN
Radiology No:
Unit No: E001186234

EXAMS:
003472754 CHEST AP ONLY (PORT)

EXAM: Fell 10/20/2021 portable chest exam 5:35 AM
HISTORY: Pneumothorax
COMPARISON: 12/9/2021
FINDINGS: There is still bilateral subcutaneous air at the neck base regions with minimal subcutaneous air along the right chest.
Right chest tube remains in place.
No pneumothorax is seen. There is no lung infiltrate. Heart and mediastinum are unremarkable.
IMPRESSION: Stable findings
Electronically signed by: Paul Larson MD 12/10/2021 7:40 AM
CST Workstation: 109-91346GS

** Electronically Signed by M.D. Paul C. Larson **
** on 12/10/2021 at 0740 **
Reported and signed by: Paul C. Larson, M.D.

CC:

Dictated Date/Time: 12/10/2021 (0740)
Technologist: ERD.CRABR; ERD.FENSA
Transcribed Date/Time: 12/10/2021 (0740)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 12/10/2021 (0740)
Orig Print D/T: S: 12/10/2021 (0741)
BATCH NO: N/A

PAGE 1 Signed Report

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

[redacted]
ACCT: E00062949095 NURS: E.6A MR: E001186234
BED: E.607-A
SEX: M DOB: [redacted] AGE: 26 ADMIT: 12/08/21 ATN DR: Linger,Matthew M MD

This report is NOT part of the permanent medical record -process per Company Policy.

NOTE: Truncated results are preceded by '-->'. Please Consult chart for entire result.

ALLERGIES

| Coded Allergies | Reaction |
|---|---|
| No Known Allergies | |

LABORATORY INFORMATION - FROM: 12/09/21 0000 TO: 12/10/21 2359

CHEMISTRY

| | 12/09/21 04:23 |
|---|---|
| GFR (AFR-AM) | >90 |
| SODIUM | 137 |
| POTASSIUM | D 3.3 |
| CHLORIDE | 101 |
| CO2 | 27 |
| ANION GAP | 9 |
| GLUCOSE | D 88 |
| BUN | L 5 |
| CREATININE | 0.86 |
| CALCIUM | 8.8 |
| PHOSPHORUS | L 2.4 |
| MG | 1.8 |
| OSM (CALC) | 281 |

HEMATOLOGY

| | 12/09/21 04:23 |
|---|---|
| WBC | 7.9 |
| RBC | L 3.65 |
| HGB | L 11.5 |
| HCT | L 33.9 |
| MCV | 92.9 |
| MCH | 31.5 |
| MCHC | 33.9 |
| RDW | 13.4 |
| PLT CT | 201.0 |
| MPV | 11.1 |
| % SEG | 59.5 |
| % MONO | 9.4 |
| % EOS | 1.9 |
| % BASO | 0.4 |
| ABSOLUTE NEUT | 4.7 |
| % LYMPH | 28.5 |

MANCUSO 002920



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RADIOLOGY IMPRESSIONS - FROM: 12/09/21 TO: 12/10/21
12/09/21 - RADIOLOGY - - CHEST AP ONLY (PORT) REPORT STATUS: Signed
Dictated by Physician: Mansour,Alfred A MD

IMPRESSION: No significant acute cardiopulmonary change noted.
Electronically signed by: Alfred Mansour MD 12/9/2021 7:03 AM
CST Workstation: 109-91346GS

CURRENT MEDICATIONS (*D = Deactivated Order)

| MED | DOSE | SIG/SCH | ROUTE | START | STOP ST |
|---|---|---|---|---|---|
| ACETAMINOPHEN | 1000 MG | Q6HR | PO | 12/08 | |
| * (TYLENOL EX-STR 500MG TABLET) | | | | | |
| ALBUTEROL/IPRATROPIUM BR | 3 ML | -->Q4H PRN | NEB | 12/08 | |
| * (DUONEB 0.5-3MG/3ML AMP) | | | | | |
| CHLORHEXIDINE BATH | 1 EACH | -->DAILY P | -->TOP | 12/08 | |
| * (CHG BATH) | | | | | |
| CYCLOBENZAPRINE HCL | 10 MG | -->TID PRN | PO | 12/08 | |
| * (CYCLOBENZAPRINE 10MG TABLET) | | | | | |
| ENOXAPARIN | 30 MG | BID | SUBQ | 12/08 | |
| * (LOVENOX 30MG SYRINGE) | | | | | |
| IOPAMIDOL 76% | 65 ML | ONCALL/NR | IV | 12/08 | 12/10 |
| * (ISOVUE-370) | | | | | |
| RINGERS SOLUTION,LACTATED | 1000 ML | .Q8H | IV | 12/08 | |
| * (LACTATED RINGERS INJECTION) | | | | | |
| morphine SULFATE | 2 MG | -->Q4H PRN | IV | 12/08 | |
| * (morphine 4MG/ML 1ML) | | | | | |
| ondansetron HCL | 4 MG | -->Q4H PRN | IV | 12/08 | |
| * (ZOFRAN 2MG/ML SDV VIAL) | | | | | |
| oxyCODONE | 5 MG | -->Q4H PRN | PO | 12/08 | |
| * (oxyCODONE 5MG Tab) | | | | | |
| oxyCODONE | 10 MG | -->Q4H PRN | PO | 12/08 | |
| * (oxyCODONE 5MG Tab) | | | | | |
| polyethylene glycol 3350 | 17 GM | BID | PO | 12/09 | |
| * (MIRALAX POWDER 17GM) | | | | | |

MEDICATION ADMINISTRATION INFORMATION

| MED | DOSE | SIG/SCH | ROUTE |
|---|---|---|---|
| ACETAMINOPHEN | 1000 MG | Q6HR | PO |
| * (TYLENOL EX-STR 500MG TABLET) | | | |

| DATE GIVEN | TIME | DOSE |
|---|---|---|
| 12/09/21 | 0042 | MG |
| 12/09/21 | 0511 | 1000 MG |
| 12/09/21 | 1230 | 1000 MG |
| 12/09/21 | 1758 | 1000 MG |
| 12/10/21 | 0002 | 1000 MG |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

Dec/10/2021 1:29:08 PM 7812095897->3187442126

ALBUTEROL/IPRATROPIUM BR 3 ML -->Q4H PRN NEB
* (DUONEB 0.5-3MG/3ML AMP)
DATE GIVEN TIME DOSE
---------- ---- -------------

CHLORHEXIDINE BATH 1 EACH -->DAILY P -->TOP
* (CHG BATH)
DATE GIVEN TIME DOSE
---------- ---- -------------

CYCLOBENZAPRINE HCL 10 MG -->TID PRN PO
* (CYCLOBENZAPRINE 10MG TABLET)
DATE GIVEN TIME DOSE
---------- ---- -------------

ENOXAPARIN 30 MG BID SUBQ
* (LOVENOX 30MG SYRINGE)

This report is NOT part of the permanent medical record -process per Company Policy.

NOTE: Truncated results are preceded by "-->". Please Consult chart for entire result.

MEDICATION ADMINISTRATION INFORMATION

| DATE GIVEN | TIME | DOSE |
|---|---|---|
| 12/09/21 | 0925 | 30 MG |
| 12/09/21 | 2012 | 30 MG |

IOPAMIDOL 76% 65 ML ONCALL/NR IV
* (ISOVUE-370)
DATE GIVEN TIME DOSE
---------- ---- -------------

RINGERS SOLUTION,LACTATED 1000 ML .Q8H IV
* (LACTATED RINGERS INJECTION)

| DATE GIVEN | TIME | DOSE |
|---|---|---|
| 12/09/21 | 0150 | MLS |
| 12/09/21 | 1039 | 1000 MLS |
| 12/09/21 | 1758 | 1000 MLS |

morphine SULFATE 2 MG -->Q4H PRN IV
* (morphine 4MG/ML 1ML)
DATE GIVEN TIME DOSE
---------- ---- -------------

ondansetron HCL 4 MG -->Q4H PRN IV
* (ZOFRAN 2MG/ML SDV VIAL)
DATE GIVEN TIME DOSE
---------- ---- -------------

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

MANCUSO 002922

oxyCODONE 5 MG -->Q4H PRN PO
* (oxyCODONE 5MG Tab)

| DATE GIVEN | TIME | DOSE |
|---|---|---|

oxyCODONE 10 MG -->Q4H PRN PO
* (oxyCODONE 5MG Tab)

| DATE GIVEN | TIME | DOSE |
|---|---|---|
| 12/09/21 | 0511 | 10 MG |
| 12/09/21 | 0924 | 10 MG |
| 12/09/21 | 1330 | 10 MG |
| 12/09/21 | 1758 | 10 MG |
| 12/10/21 | 0003 | 10 MG |

polyethylene glycoL 3350 17 GM BID PO
* (MIRALAX POWDER 17GM)

| DATE GIVEN | TIME | DOSE |
|---|---|---|
| 12/09/21 | 2014 | 17 GM |

Dec/10/2021 1:29:08 PM 7812095897->3187442126

MANCUSO 002923

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES REGIONAL MEDICAL CENTER
211 4TH STREET
ALEXANDRIA, LA 71301

1208-0045 EKG REPORT

PATIENT: [redacted] ACCOUNT NUMBER: E00062949095
MEDICAL RECORD #: E001186234 ROOM NUMBER: E.EDH35
PHYSICIAN: ERDOC Generic MD for EKG DOB: [redacted]
DATE OF ADMIT: 12/08/21 SEX: M AGE: 26
DATE OF DC: STATUS: ADM IN

EKG DATE/TIME: 12/08/21 0644

Test Reason :
Blood Pressure : ***/*** mmHG
Vent. Rate : 060 BPM Atrial Rate : 060 BPM
P-R Int : 144 ms QRS Dur : 100 ms
QT Int : 444 ms P-R-T Axes : 052 064 057 degrees
QTc Int : 444 ms

Normal sinus rhythm
Nonspecific T wave abnormality
Abnormal ECG
No previous ECGs available
ECG was interpreted at patients bedside at time of acquisition. For interpretation, please see (pdoc).
Confirmed by ER, ER (223), editor Murphy, Bridget (50750) on 12/8/2021 10:58:24 AM

Referred By: Self Referred Confirmed By:ER ER

Electronically Signed by ERDOC Generic MD for EKG on 12/08/21 at 1058

PATIENT NAME: [redacted] ACCOUNT #: E00062949095

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

Run: 12/10/21-13:08 by Hay,Shelia B.

Additional copy Page 1 of 1

RAPIDES REGIONAL MEDICAL CENTER (COCRA)
Trauma - History & Physical
REPORT#:1208-0275 REPORT STATUS: Signed
DATE:12/08/21 TIME: 0954

PATIENT: [redacted] UNIT #: E001186234
ACCOUNT#: E00062949095 ROOM/BED: E.726-A
DOB: [redacted] AGE: 26 SEX: M ATTEND: Linger,Matthew M MD
ADM DT: 12/08/21 AUTHOR: Broussard,James B PA-C
REP SRV DT: 12/08/21 REP SRV TM: 0954
* ALL edits or amendments must be made on the electronic/computer document *

**Broussard,James PA-C 12/08/21 0954:**
**History of Present Illness**

## HPI
**HPI:**
26-year-old male prisoner who was stabbed multiple times to the head, right supraclavicular area, and back. He presented to an outside facility where he was found to have a tension pneumothorax, so chest tube was placed, wounds were closed, and he was transferred here for care. Upon arrival here the patient was sedated. Right chest tube was in place with no active air leak. Chest x-ray showed his lung inflated, but with significant subcutaneous and mediastinal air, so decision was made to repeat imaging. CT of the head, chest, abdomen/pelvis were obtained with no additional findings. No evidence of significant vascular injury. Trauma surgery consulted for admission.

**History**
**Smoking status:**
**Smoking status for patients 13 years old or older:** Never Smoker

## Medication/Allergy-Vaccine Hx
**Allergies:**
**Coded Allergies:**
No Known Allergies (12/08/21)

**Free text PMH notes:**
Patient remains sedated, but per the chart he has no significant history

**Review of Systems**
**Unable to obtain due to:**
Patient sedated

**Physical Exam**
**VS/I&O**
Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 12/08 0606 |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

| | | |
|---|---|---|
| B/P | 120/62 | 12/08 0606 |
| B/P Mean | 81 | 12/08 0606 |
| Temp | 98.1 | 12/08 0606 |
| Pulse | 75 | 12/08 0606 |
| Resp | 18 | 12/08 0606 |

24 hour I&O ending at 0700:

| | 12/08 0700 | 12/07 1900 |
|---|---|---|
| Intake Total | | |
| Output Total | | |
| Balance | | |
| | | |
| Patient Weight | 90.909 kg | |
| Weight Measurement Method | Bed scale | |

**PATIENT WEIGHT:**

**Weight (lb):**
**Weight (oz):**
**Weight (kg):** 90.909

**General appearance:** sedated, sleeping comfortably, no acute distress, no respiratory distress
**Head/Eyes:** laceration (Right scalp and right mandible), normocephalic, PERRL, NL eyelids/periorbital
**Neck:** non-tender, trachea midline
**Cardiovascular:** normal heart sounds, pulses all extremities, regular rate & rhythm
**Respiratory/chest:** chest tube (right), clear to auscultation, symmetric expansion, no distress
**Abdomen:** soft, non-tender, no guarding, no rebound, no distention
**Back/Spine:**
**Back:** Multiple stab wounds to the upper back, stapled
**Pelvis:** pelvis stable
**Extremities:** pedal pulses, radial pulses, dry, normal capillary refill, normal temperature
**Skin:** dry, normal temperature, normal color
**Psychiatry:** unable to evaluate

**Results**
**Findings/Data:**
Laboratory Tests:

| | 12/08 | 12/08 |
|---|---|---|



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

| | 0633 | 0633 |
|---|---|---|
| Chemistry | | |
| Sodium (135 - 148 MMOL/L) | | 137 |
| Potassium (3.3 - 5.1 MMOL/L) | | 3.9 |
| Chloride (98 - 107 MMOL/L) | | 101 |
| Carbon Dioxide (21 - 32 MMOL/L) | | 27 |
| Anion Gap (0 - 15) | | 9 |
| BUN (6 - 19 MG/DL) | | 10 |
| Creatinine (0.70 - 1.30 MG/DL) | | 0.92 |
| Estimated GFR (>90) | | >90 |
| Glucose (70 - 120 MG/DL) | | 134 H |
| Calculated Osmolality (275 - 305 mOsm/KG) | | 285 |
| Lactic Acid (0.5 - 2.2 MMOL/L) | 1.0 | |
| Calcium (8.4 - 10.7 MG/DL) | | 8.4 |
| Corrected Calcium (8.4 - 10.7 MG/DL) | | 8.3 L |
| Total Bilirubin (0.0 - 1.0 MG/DL) | | 0.4 |
| AST (0 - 37 UNITS/L) | | 18 |
| ALT (0 - 40 UNITS/L) | | 14 |
| Total Alk Phosphatase (40 - 130 UNITS/L) | | 39 L |
| Troponin T (0.0 - 0.1 NG/ML) | | <0.01 |
| Total Protein (6.0 - 8.4 GM/DL) | | 6.3 |
| Albumin (3.2 - 5.2 GM/DL) | | 4.1 |
| Globulin (G/DL) | | 2.2 |
| Albumin/Globulin Ratio (1.0 - 2.5) | | 1.86 |
| Coagulation | | |
| PT (9.6 - 12.6 SECONDS) | | 11.7 |
| PTT (Non-Therapeutic) (21.3 - 32.0 SECONDS) | | 23.6 |
| Hematology | | |
| WBC (5.0 - 10.0 K/MM3) | | 13.9 H |
| RBC (4.20 - 5.40 M/MM3) | | 4.00 L |
| Hgb (12.0 - 16.0 GM/DL) | | 12.5 |
| Hct (40.0 - 54.0 %) | | 37.9 L |
| MCV (80.0 - 100.0 FL) | | 94.8 |
| MCH (26.0 - 32.0 PG) | | 31.3 |
| MCHC (32.0 - 36.0 G/DL) | | 33.0 |
| RDW (11.5 - 14.5 %) | | 13.7 |
| Plt Count (150 - 450 K/MM3) | | 203.0 |
| MPV (8.5 - 12.5 FL) | | 10.1 |
| Absolute Neuts (auto) (K/MM3) | | 11.7 |
| Seg Neutrophils % (40 - 70 %) | | 83.8 H |
| Lymphocytes % (20 - 45 %) | | 9.2 L |
| Monocytes % (2 - 11 %) | | 6.5 |
| Eosinophils % (0 - 5 %) | | 0.0 |



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

| | | |
|---|---|---|
| Basophils % (0 - 2 %) | | 0.2 |
| Toxicology | | |
| Ethyl Alcohol (<10 MG/DL) | | <10.0 |

**Radiology data:**
Recent Impressions:
**RADIOLOGY - CHEST AP ONLY (PORT) 12/08 0630**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0703

IMPRESSION: Stable appearance of chest radiograph compared with exam of slightly more than 4 hours ago.
Electronically signed by: Paul Larson MD 12/8/2021 7:01 AM
CST Workstation: 109-91346GS
Impression By: EMD.LARPA - Paul C. Larson, M.D.
**CAT SCAN - CT ABD/PEL W/IV CONTRAST ONLY 12/08 0745**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0839

IMPRESSION: No acute injury is noted. Marked gastric dilatation with possible chronic inflammation.

Electronically signed by: Alfred Mansour MD 12/8/2021 8:38 AM
CST Workstation: 109-9022W9H
Impression By: EMD.MANAL - Alfred Mansour, M.D.
**CAT SCAN - CT CHEST W/ CONTRAST 12/08 0745**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0835

IMPRESSION: Since the previous CT a chest tube was placed in the right side with reexpansion of the lung. Mild chronic changes are noted in both lung bases..
Electronically signed by: Alfred Mansour MD 12/8/2021 8:34 AM
CST Workstation: 109-9022W9H
Impression By: EMD.MANAL - Alfred Mansour, M.D.
**CAT SCAN - CT HEAD W/O CONT 12/08 0745**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0832

IMPRESSION: No significant abnormality noted.
Electronically signed by: Alfred Mansour MD 12/8/2021 8:31 AM
CST Workstation: 109-9022W9H
Impression By: EMD.MANAL - Alfred Mansour, M.D.

**Results:** labs reviewed, vital signs stable, CT results reviewed ( images personally reviewed),



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

rhythm personally rev'd, x-ray personally reviewed, current med profile rev'd

**Diagnosis, Assessment & Plan**
**Problem List/A&P:**
1. **Pneumothorax, right**

2. **Multiple stab wounds**

**Free Text DxA&P Notes**
**Free Text DxA&P Notes:**
Admit to trauma service, Dr. Linger, MED-SURG FLOOR.

Right chest tube to low wall suction. Aggressive pulmonary toilet. Chest x-ray in a.m..

Activity as tolerated. Regular diet. DVT prophylaxis, bowel regimen, and multimodal pain regimen ordered.

**LINGER,MATTHEW 12/08/21 1659:**
**Attestations**

**Physician Attestation**
**Agree w/findings & plan:**
Patient seen examined

Right chest tube with small air leak

Remainder of imaging was reviewed

Will admit for chest tube management

Potential need for OR in a few days if the air leak this not resolve

Medical Decision making: [] Straightforward [] Moderate [X] Complex
Time spent independent of separately billable procedure time:

Electronically Signed by Broussard,James B PA-C on 12/08/21 at 1012



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/08/21
Acct#:E00062949095

Electronically Signed by Linger,Matthew M MD on 12/08/21 at 1700

RPT #: 1208-0275
***END OF REPORT***



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

RAPIDES REGIONAL MEDICAL CENTER (COCRA)
Trauma Tertiary Survey
REPORT#:1209-0583 REPORT STATUS: Signed
DATE:12/09/21 TIME: 1542

PATIENT: [redacted] UNIT #: E001186234
ACCOUNT#: E00062949095 ROOM/BED: E.607-A
DOB: [redacted] AGE: 26 SEX: M ATTEND: Linger,Matthew M MD
ADM DT: 12/08/21 AUTHOR: Broussard,James B PA-C
REP SRV DT: 12/09/21 REP SRV TM: 1542
* ALL edits or amendments must be made on the electronic/computer document *

## History of Present Illness

### HPI

**Free Text HPI Notes:**
26-year-old male prisoner stabbed multiple times to the head, right supraclavicular area, and back. Found to have a tension pneumothorax at the outside facility so chest tube was placed, wounds were closed, he was transferred here for care. He was admitted to the trauma service, placed on MED-SURG FLOOR, and was stable overnight.

### History

**Additional medical history:**
Denies
**Additional surgical history:**
Denies
**Additional family history:**
Reviewed and found to be noncontributory
**Alcohol use:** Denies EtOH use
**Drug use:** Denies recreational drugs
**Smoking status:**
  **Smoking status for patients 13 years old or older:** Current every day smoker
    **Date last smoked:** 12/07/21

### Medication/Allergy-Vaccine Hx

**Medications:**
Home Medications:
No Known Home Medications

**Allergies:**
**Coded Allergies:**
No Known Allergies (12/08/21)

**Free text PMH notes:**
Patient remains sedated, but per the chart he has no significant history

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/09/21
Acct#:E00062949095

## Review of Systems

**Skin:**
Reports: contusion, laceration, swelling.
**All systems rev & neg:** except as marked

## Physical Exam

**VS/I&O**
Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 12/09 1531 |
| B/P | 114/75 | 12/09 1531 |
| B/P Mean | 87.8 | 12/09 1531 |
| Pulse | 65 | 12/09 1531 |
| Resp | 18 | 12/09 1531 |
| O2 Delivery | Room air | 12/08 1953 |
| Temp | 98.6 | 12/08 1953 |
| O2 Flow Rate | 2 | 12/08 1719 |

**PATIENT WEIGHT:**

**Weight (lb):**
**Weight (oz):**
**Weight (kg):** 90.909

**General appearance:** alert, awake, oriented, no acute distress
**Head/Eyes:** laceration (Right scalp and right mandible), normocephalic, PERRL, NL eyelids/periorbital
**Neck:** non-tender, trachea midline
**Cardiovascular:** normal heart sounds, pulses all extremities, regular rate & rhythm
**Respiratory/Chest:** chest tube (right), clear to auscultation, symmetric expansion, no distress
**Abdomen:** soft, non-tender, no guarding, no rebound, no distention
**Back/Spine:**
  **Back:** Multiple stab wounds to the upper back, stapled
**Pelvis:** pelvis stable
**Extremities:** pedal pulses, radial pulses, dry, normal capillary refill, normal temperature
**Neuro/CNS:** alert, oriented X 3, follows commands, no motor deficits, no sensory deficits
**Glasgow Coma Score:**
  **Copyright Sir Graham Teasdale** Copyright Sir Graham Teasdale
  **GCS Score:** 15
**Skin:** dry, normal temperature, normal color
**Psychiatry:** normal affect, normal mood



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/09/21
Acct#:E00062949095

**Results**
**Findings/Data:**
Laboratory Tests:

| | 12/09 0423 |
|---|---|
| Chemistry | |
| Sodium (135 - 148 MMOL/L) | 137 |
| Potassium (3.3 - 5.1 MMOL/L) | 3.3 |
| Chloride (98 - 107 MMOL/L) | 101 |
| Carbon Dioxide (21 - 32 MMOL/L) | 27 |
| Anion Gap (0 - 15) | 9 |
| BUN (6 - 19 MG/DL) | 5 L |
| Creatinine (0.70 - 1.30 MG/DL) | 0.86 |
| Estimated GFR (>90) | >90 |
| Glucose (70 - 120 MG/DL) | 88 |
| Calculated Osmolality (275 - 305 mOsm/KG) | 281 |
| Calcium (8.4 - 10.7 MG/DL) | 8.8 |
| Phosphorus (2.7 - 4.5 MG/DL) | 2.4 L |
| Magnesium (1.6 - 2.6 MG/DL) | 1.8 |
| Hematology | |
| WBC (5.0 - 10.0 K/MM3) | 7.9 |
| RBC (4.20 - 5.40 M/MM3) | 3.65 L |
| Hgb (12.0 - 16.0 GM/DL) | 11.5 L |
| Hct (40.0 - 54.0 %) | 33.9 L |
| MCV (80.0 - 100.0 FL) | 92.9 |
| MCH (26.0 - 32.0 PG) | 31.5 |
| MCHC (32.0 - 36.0 G/DL) | 33.9 |
| RDW (11.5 - 14.5 %) | 13.4 |
| Plt Count (150 - 450 K/MM3) | 201.0 |
| MPV (8.5 - 12.5 FL) | 11.1 |
| Absolute Neuts (auto) (K/MM3) | 4.7 |
| Seg Neutrophils % (40 - 70 %) | 59.5 |
| Lymphocytes % (20 - 45 %) | 28.5 |
| Monocytes % (2 - 11 %) | 9.4 |
| Eosinophils % (0 - 5 %) | 1.9 |
| Basophils % (0 - 2 %) | 0.4 |

**Radiology data:**
Recent Impressions:
**RADIOLOGY - CHEST AP ONLY (PORT) 12/08 0630**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0703



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/09/21
Acct#:E00062949095

IMPRESSION: Stable appearance of chest radiograph compared with exam of slightly more than 4 hours ago.
Electronically signed by: Paul Larson MD 12/8/2021 7:01 AM
CST Workstation: 109-91346GS
Impression By: EMD.LARPA - Paul C. Larson, M.D.
**CAT SCAN - CT ABD/PEL W/IV CONTRAST ONLY 12/08 0745**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0839

IMPRESSION: No acute injury is noted. Marked gastric dilatation with possible chronic inflammation.

Electronically signed by: Alfred Mansour MD 12/8/2021 8:38 AM
CST Workstation: 109-9022W9H
Impression By: EMD.MANAL - Alfred Mansour, M.D.
**CAT SCAN - CT CHEST W/ CONTRAST 12/08 0745**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0835

IMPRESSION: Since the previous CT a chest tube was placed in the right side with reexpansion of the lung. Mild chronic changes are noted in both lung bases..
Electronically signed by: Alfred Mansour MD 12/8/2021 8:34 AM
CST Workstation: 109-9022W9H
Impression By: EMD.MANAL - Alfred Mansour, M.D.
**CAT SCAN - CT HEAD W/O CONT 12/08 0745**
*** Report Impression - Status: SIGNED Entered: 12/08/2021 0832

IMPRESSION: No significant abnormality noted.
Electronically signed by: Alfred Mansour MD 12/8/2021 8:31 AM
CST Workstation: 109-9022W9H
Impression By: EMD.MANAL - Alfred Mansour, M.D.
**RADIOLOGY - CHEST AP ONLY (PORT) 12/09 0505**
*** Report Impression - Status: SIGNED Entered: 12/09/2021 0704

IMPRESSION: No significant acute cardiopulmonary change noted.
Electronically signed by: Alfred Mansour MD 12/9/2021 7:03 AM
CST Workstation: 109-91346GS
Impression By: EMD.MANAL - Alfred Mansour, M.D.

**Results:** labs reviewed, vital signs stable, CT results reviewed (Images personally reviewed), x-ray personally reviewed, current med profile rev'd
**C-Spine cleared:** Yes



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

Patient: [redacted]
Unit#:E001186234
Date: 12/09/21
Acct#:E00062949095

)( **Date cleared:**
12/08/2021

## Treatment & Prophylaxis

### Trauma Treatment & Prophylaxis

**Diet:**
Regular
**Plans for VTE prophylaxis:**
Lovenox, SCDs
**Rehab:** None

## Diagnosis, Assessment & Plan

**Problem List/A&P:**

1. **Pneumothorax, right**

2. **Multiple stab wounds**

### Free Text DxA&P Notes

**Free Text DxA&P Notes:**
No new injuries noted on trauma tertiary exam.

Right chest tube to low wall suction. No visible air leak. Chest x-ray shows lung re-expanded with no residual pneumothorax, still with some subcutaneous emphysema. Continue aggressive pulmonary toileting. Repeat chest x-ray in a.m.. Likely waterseal tomorrow.

Activity as tolerated. Regular diet. DVT prophylaxis, bowel regimen, and multimodal pain regimen ordered.

Electronically Signed by Broussard,James B PA-C on 12/09/21 at 1618

RPT #: 1209-0583
***END OF REPORT***



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**

**OFFICE OF ADULT SERVICES**

FOLLOWING THIS COVER SHEET ARE TRANSFER ORDERS FOR OFFENDERS THAT OUR SYSTEM INDICATES ARE HOUSED AT YOUR FACILITY OR FOR OFFENDERS YOUR FACILITY WILL BE RECEIVING.

PLEASE REVIEW EACH PRINT-OUT AND CONFIRM WITH YOUR SIGNATURE AT THE BOTTOM OF THIS PAGE THAT (1) THE PRINT-OUT WAS RECEIVED AND (2) THE OFFENDER(S) IS HOUSED AT YOUR FACILITY.

**IF THE OFFENDER IS NOT HOUSED AT YOUR FACILITY, PLEASE CONTACT THIS OFFICE AS SOON AS POSSIBLE.**

**THANK YOU.**

TEZIONA KELLER – 225-342-9775

KRIS HORSLEY – 225-342-6788

CATAHOULA CORRECTIONAL CENTER
ATTN: WARDEN S. Ford
318-744-2126

TOTAL NUMBER OF PAGES SENT: 2

***WHEN FAX (PRINT-OUTS) IS RECEIVED, PLEASE SIGN BELOW & FAX BACK TO [redacted] 225-342-6628. THE SIGNED COVER SHEET INFORMS THIS OFFICE THAT YOUR FACILITY IS AWARE OF THE TRANSFER(S).**

SIGNATURE

**THANK YOU, YOUR ASSISTANCE IS GREATLY APPRECIATED**

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

# From: Rapides Regional Medical Center

| | | | |
|---|---|---|---|
| From: | Shelia Hay | To: | CATAHOULA CORRECTIONAL FACILITY |
| Phone: | (318) 769-3349 | | |
| Fax to: | (318) 744-2126 | Attention: | KRYSTAL |
| Fax From: | (318) 769-7389 | | |
| Return Fax: | | | |
| Comment: | DOB: [redacted] CLINICAL UPDATE. NOTE : CLINICALS HAVE BEEN FAXED TO TAMMY AT DEPARTMENT OF CORRECTIONS | | |

| | |
|---|---|
| **Regarding Patient:** | [redacted] |
| SSN: | XXX-XX-7777 |
| Member ID 1: | RA-MEDPEN |
| Member ID 2: | RA-DETPROGMIS |
| Room: | E.607 |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

The following documents are included in this fax:

| Name | Pages |
|---|---|
| 1211_17:12:12 | 3 |
| Clinical Rounds Report_20211211.rtf | 4 |
| 1211_17:11:29 | 4 |
| CHEST AP ONLY (PORT)_RAD_12112021_003472755.rtf | 1 |
| 1211_17:11:42 | 1 |

**Patient Health Information Legal Disclosure:** This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by HIPAA (the federal Health Insurance Portability & Accountability ACT) or personal information protected by state data privacy or security laws. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. If you received this in error, please notify **Shelia Hay** at **phone (318) 769-3349** or **e-mail** at **shelia.hay@hcahealthcare.com** to arrange the return or destruction of the information and all copies

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by the Written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at §§ 2.12(c)(5) and 2.65.

For more information about naviHealth, visit naviHealth.us.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2021-00006387

**Print Date/Time:** 04/21/2025 14:36
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

**Incident Type:** Informational
**Reporting Officer:** 10105 - Hollan
**Incident Date/Time:** 12/08/2021 03:22 PM
**Reported Date/Time:** 12/14/2021 03:22 PM
**Incident Location:**
**Description:** Inmate fight

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Washington, Jermaine, Jr | Offender | 2019-00006066 | N |

## Subject Charges

## Activity

## Violations

**Seq Number:** 1
**Violator:** Washington, Jermaine
**Violation:** Security Issue
**Location:**
**Requires Reclassification:** N

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

Inmate involved in an altercation at Catahoula. See incident report.

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

**Medical Notified:** ________ YES ________ NO **Date:** ______________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Chris Domingue

Deputy Sheriff
Calcasieu Parish, Louisiana

**JARMAINE WASHINGTON**

## CATAHOULA CORRECTIONAL CENTER DISCIPLINARY REPORT

INMATE INFORMATION

| | | | |
|---|---|---|---|
| NAME | JARMAINE WASHINGTON | NO. | 2021120020 |
| JOB ASSIGNMENT | IDLE | HOUSING ASSIGNMENT | I |

INCIDENT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| LOCATION | I DORM | DATE | 12-7-21 | TIME | 2325 |
| RULE VIOLATION | AGGRAVATED FIGHTING | | | RULE # | 11 |

DESCRIPTION OF INCIDENT (Include all relevant information, i.e. – unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force.

ON THE ABOVE DATE AND APPROXIMATE TIME, A CODE 3 WAS CALLED IN I DORM INMATE JARMAINE WASHINGTON 2021120020 STABBED INMATE KMOHNE YOUNG 2021120069 SEVERAL TIMES ON THE HEAD AND THE NECK AND IN THE BACK THAT PUNCTURE INMATE YOUNG'S LUNG. INMATE WASHINGTON WAS PLACED IN A CELL FOR AGGRAVATED FIGTING, INMATE YOUNG WAS TAKEN TO LASALLE MEDICAL HOSIPTAL FOR MEDICAL TREATMENT.EOR

| | | | | | |
|---|---|---|---|---|---|
| SIGNATURE OF REPORTING EMPLOYEE | | | | | |
| PRINT NAME, TITLE, AND ASSIGNMENT | DENNIS WASCOM / CAPTAIN | | | | |
| DATE OF REPORT | 12-8-21 | TIME OF REPORT | 0830 | | |
| COPY OF REPORT GIVEN TO OFFENDER BY | | | | | |
| SIGNATURE OF OFFENDER | X | | | | |
| PLEA- | GUILTY | NOT GUILTY | VERDICT- | GUILTY | NOT GUILTY |
| HEARING DATE | | COUNSEL | | NUMBER | |
| MOTIONS | | | | | |

REASON FOR DEPOSITION

| | | | |
|---|---|---|---|
| | REPORT IS CLEAR & PRECISE | | LACK OF CREDIBLE DEFENSE / LACK OF EVIDENCE |
| | THE OFFICER'S VERSION IS DETERMINED TO BE MORE CREDIBLE THAN THE INMATE'S | | |
| | INVESTIGATIVE OFFICER'S TESTIMONY DEEMED MORE TRUTHFUL / ACCURATE THAN THE INMATE'S | | |
| | BASED ON HIS STATEMENT | | INMATE PLED GUILTY / GUILTY PLEA ACCEPTED |
| | DENYING REPORT IS THE ONLY DEFENSE | | NO EVIDENCE TO REFUTE THE CHARGE |
| | INMATE'S DEMEANOR LED THE BOARD TO BELIEVE HIS TESTIMONY UNTRUE | | PLEA BARGAIN |
| | OTHER - | | |

REASON FOR SENTENCE

| | | | | | |
|---|---|---|---|---|---|
| | SERIOUSNESS OF OFFENSE | | PROTECTION OF INSTITUTION, EMPLOYEES, OTHERS | | |
| | POOR CONDUCT REPORT | | OTHER - | | |
| | A TOTAL OF ______ RULE VIOLATIONS | | ______ SCHEDULE B VIOLATIONS SINCE ______ | | |
| SENTENCE | | | SUSPENDED | | IMPOSED |
| SENTENCE | | | SUSPENDED | | IMPOSED |

DISCIPLINARY BOARD – COST MAY BE IMPOSED FOR ANY PROPERTY DAMAGED, OR MEDICAL EXPENSE OCCASIONED THROUGH THE FAULT OF AN INMATE WHO, IN SO CAUSING THE LOSS, DAMAGE, OR MEDICAL EXPENSE, ALSO IS FOUND GUILTY, THROUGH THE DISCIPLINARY PROCESS, OF VIOLATING ONE OR MORE OF THE RULES SET OUT IN THE DISCIPLINARY RULES PROCEDURES FOR ADULT INMATES.

CHAIRMAN (Disciplinary Officer)

MEMBER

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2021-00004209

**Print Date/Time:** 04/21/2025 14:38
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

| | | | |
|---|---|---|---|
| **Incident Type:** | Informational | **Reporting Officer:** | 10105 - Hollan |
| **Incident Date/Time:** | 08/06/2021 02:24 PM | **Reported Date/Time:** | 08/06/2021 02:24 PM |
| **Incident Location:** | | | |
| **Description:** | Escape attempt and Medical | | |

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Meadors, Luke Mattingly | Offender | 2021-00001299 | N |

## Subject Charges

## Activity

## Violations

**Seq Number:** 1 **Violator:** Meadors, Luke Mattingly **Violation:** Medical Issue

**Location:** **Requires Reclassification:** N

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

On 7/30/21 at approximately 1530 hours, Major Lea from Catahoula informed Sgt. Hollan that inmate Luke Meadors attempted an escape at their jail and caused injuries to his person. See attached reports for details.

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

**Medical Notified:** __________ **YES** __________ **NO** **Date:** ______________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

**Meadors Medical**

From:MHC Resource Management Dept 1 601 376 2582 08/03/2021 13:41 #416 P.002/017

Merit Health Central

| ADVANCE DIRECTIVE (Y/N) | ACCOUNT NO. | MEDICAL RECORDS NO |
|---|---|---|
| | 4717397 | 0000816511 |

**PATIENT**

| ADMIT DATE / TIME | ROOM NO. | PT | FC | AGE | DATE OF BIRTH | SEX | RA | MS | LOCATION | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/2021 05:41 | 1441 3 | N 5 | C | 040 | [redacted] | M | 1 | S | | |

PATIENT NAME & ADDRESS: [redacted] 499 OLD COLUMBIA HARRISONBURG LA 71340 US

SS NUMBER: ***-**-****

PHONE NUMBER: (318)744-2121

PATIENT EMPLOYER: INMATE-

EMPLOYER PHONE NO.:

COUNTY: 22CATAHOULA 025

**GUAR**

RESPONSIBLE PARTY & ADDRESS: CATAHOULA, CORRECTION 499 OLD COLUMBIA RD HARRISONBURG LA 71340 US

SS NUMBER: 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

PHONE NUMBER: (610)000-0000

RESPONSIBLE PARTY EMPLOYER: *

EMPLOYER PHONE:

RELATIONSHIP TO PATIENT: OTHER

EMERGENCY CONTACT NAME not in household: NONE, GIVEN

EMERGENCY CONTACT PHONE:

EMERGENCY CONTACT RELATIONSHIP TO PATIENT:

COMMENTS:

| MSP | PL | ETH | REL | PRIVACY | NPP | ADMIT. BY |
|---|---|---|---|---|---|---|
| ☐Y ☒N | ENG | N | NON | TOP SECRET | Y | DCT |

| PRIVACY | EMAIL | PPI | ACCIDENT | ACCIDENT DATE |
|---|---|---|---|---|
| | | O | | |

**INSURANCE**

| | PAYER | PLAN | POLICY NUMBER | DATE OF BIRTH |
|---|---|---|---|---|
| 1 | 950 | 001 | 437510325 | 08/18/1980 |

INSURANCE CO. NAME & ADDRESS: INTEGRATED HEALTH 499 OLD COLUMBIA RD HARRISONBURG LA 71340 (318)744-2121

INSURED'S NAME: [redacted]

GROUP NUMBER: GROUP NAME:

AUTHORIZATION:

| | PAYER | PLAN | POLICY NUMBER | DATE OF BIRTH |
|---|---|---|---|---|
| 2 | | | | |

INSURANCE CO. NAME & ADDRESS:

INSURED'S NAME:

GROUP NUMBER: GROUP NAME:

AUTHORIZATION:

| | PAYER | PLAN | POLICY NUMBER | DATE OF BIRTH |
|---|---|---|---|---|
| 3 | | | | |

INSURANCE CO. NAME & ADDRESS:

INSURED'S NAME:

GROUP NUMBER: GROUP NAME:

AUTHORIZATION:

**MISC**

DR. ADMITTING / ATTENDING: CULNAN, DEREK /

DR. FAMILY / PRIMARY CARE: *NOT FOUND*

CHIEF COMPLAINT: BURN HOLD

ADMITTING DIAGNOSIS: BURN

PRINCIPAL DIAGNOSIS (The condition established after study to be chiefly responsible for occasioning the admission of the patient to the HOSPITAL for care).

NOT DISCHARGED

DISCHARGE DATE/TIME:

FACE

4717397

0000816511

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

# CONSULT REPORT

Merit Health - Central

Account #: 4717397
Patient Name: [redacted]
MRN: 0000816511
Sex: Male
Date of Birth: [redacted]
Provider: Michael Bookhardt MD (6977)

Date of Encounter: 08/02/2021
Admitting Provider: CULNAN, DEREK
Attending Provider: CULNAN, DEREK
Referring Provider: NO, REFERRING DOCTOR
Room Number: 1441
Bed #: 3
Admit Date: 08/02/2021



**REASON FOR CONSULT:**
COVID +

**HISTORY OF PRESENT ILLNESS:**
As per chart review:
CHIEF COMPLAINT:
Lacerations to bilateral upper extremities.
HISTORY OF PRESENT ILLNESS:
Under indirect supervision 99222. The patient was transferred here from Trinity Medical Center for further evaluation and treatment of lacerations to bilateral upper extremities. Patient trying to escape jail and sustained 7 cm laceration to right inner forearm. 3 cm vertical laceration to the right of this, 9 cm vertical laceration down right palm, serrated laceration to left inner 5 th digit lowest section, moderated lacerations to left hand 3 rd digit, 4 cm diagonal mid inner finger, 3 cm horizontal laceration to inner bottom of 4 th digit.

On my exam, this pt is resting and is in no acute distress. Medicine consulted for presumed COVID + status.

**ALLERGIES:**
No known allergies

**MEDICAL HISTORY:**
HIV positive and Covid positive

**SURGICAL / PROCEDURAL HISTORY:**
Right total hip arthroplasty.

**FAMILY HISTORY:**
Family history of hypertension

**SOCIAL HISTORY:**
Has a history of tobacco abuse smokes a pack of cigarettes a day. Drug abuse smokes meth amphetamines and marijuana.

**REVIEW OF SYSTEMS**

A 12 point review of systems has been performed and is negative except as stated above in the HPI.

**PHYSICAL EXAM**
BODY MASS INDEX:

Copyright 2021 by Nuance Communications, Inc. | All rights reserved
CPT Copyright 2020 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev 0

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

Account #: 4717397
MRN: 000081 6511
Patient Name: [redacted]
Date of Birth: [redacted]
Date of Encounter: 08/02/2021

# CONSULT REPORT

Merit Health - Central



BMI: 23.1
Height: 72.01"
Weight: 170.0lb

General: No acute distress
HEENT: N/C, AT, PEERLA, Nares patent, OP benign
Chest: CTAB
CV: RRR
Abd: Soft, ND/NT, + b/s
Ext: No edema; Bandages to b/l UE's.
Skin: Normal turgor
GU: Deferred
Neuro: No focal deficits

**RESULTS:**

| CBC WITH DIFF | | 8/2/2021 6:02 CDT |
|---|---|---|
| WBC (thou/ul) | | 4.4 |
| RBC (mill/ul) | L | 4.20 |
| HEMATOCRIT (%) | L | 36.8 |
| MCV-MCV (fL) | | 87.6 |
| MCH-MCH (pg) | | 28.6 |
| MCHC-MCHC (g/dl) | | 32.6 |
| RDW-RDW CV (%) | | 14.0 |
| RDWSD-RDW SD (fL) | | 44.5 |
| MPV-MPV (fL) | | 11.0 |
| PLATELET COUNT (thou/ul) | | 166 |
| ASEG%-NEUTROPHILS, SEG. (%) | L | 48.3 |
| ALYM%-LYMPHOCYTES (%) | H | 41.3 |
| AMON%-MONOCYTES (%) | H | 8.4 |
| AEOS%-EOSINOPHILS (%) | | 1.8 |
| ABAS%-BASOPHILS (%) | | 0.2 |
| IGPER-IMM. GRANULOCYTES (%) | | 0.5 |
| ASEG#-SEGS, ABSOLUTE ANC (thou/ul) | L | 2.11 |
| ALY#-LYMPHOCYTES,ABSOLUTE (thou/ul) | | 1.81 |
| AMON#-MONOCYTES,ABSOLUTE (thou/ul) | | 0.37 |
| AEOS#-EOSINOPHILS,ABSOLUTE (thou/ul) | | 0.08 |
| ABAS#-BASOPHILS,ABSOLUTE (thou/ul) | | 0.01 |
| IGABS-IMM.GRANULOCYTES,ABS. (thou/ul) | | 0.02 |

Copyright 2021 by Nuance Communications, Inc. | All rights reserved
CPT Copyright 2010 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev 0

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Account #: 4717397
MRN: 0000816511
Patient Name: [redacted]
Date of Birth: [redacted]
Date of Encounter: 08/02/2021

# CONSULT REPORT

Merit Health - Central



BMI: 23.1
Height: 72.01"
Weight: 170.0lb

General: No acute distress
HEENT: N/C, AT, PEERLA, Nares patent, OP benign
Chest: CTAB
CV: RRR
Abd: Soft, ND/NT, + b/s
Ext: No edema; Bandages to b/l UE's.
Skin: Normal turgor
GU: Deferred
Neuro: No focal deficits

**RESULTS:**

| CBC WITH DIFF | | 8/2/2021 6:02 CDT |
|---|---|---|
| WBC (thou/ul) | | 4.4 |
| [illegible] | L | 4.20 |
| HEMATOCRIT (%) | L | 36.8 |
| MCV-MCV (fL) | | 87.6 |
| MCH-MCH (pg) | | 28.6 |
| MCHC-MCHC (g/dl) | | 32.6 |
| RDW-RDW CV (%) | | 14.0 |
| RDWSD-RDW SD (fL) | | 44.5 |
| MPV-MPV (fL) | | 11.0 |
| PLATELET COUNT (thou/ul) | | 166 |
| ASEG%-NEUTROPHILS, SEG. (%) | L | 48.3 |
| ALYM%-LYMPHOCYTES (%) | H | 41.3 |
| AMON%-MONOCYTES (%) | H | 8.4 |
| AEOS%-EOSINOPHILS (%) | | 1.8 |
| ABAS%-BASOPHILS (%) | | 0.2 |
| IGPER-IMM. GRANULOCYTES (%) | | 0.5 |
| ASEG#-SEGS, ABSOLUTE ANC (thou/ul) | L | 2.11 |
| ALY#-LYMPHOCYTES,ABSOLUTE (thou/ul) | | 1.81 |
| AMON#-MONOCYTES,ABSOLUTE (thou/ul) | | 0.37 |
| AEOS#-EOSINOPHILS,ABSOLUTE (thou/ul) | | 0.08 |
| ABAS#-BASOPHILS,ABSOLUTE (thou/ul) | | 0.01 |
| IGABS-IMM.GRANULOCYTES,ABS. (thou/ul) | | 0.02 |

Copyright 2021 by Nuance Communications, Inc. | All rights reserved
CPT Copyright 2021 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev 0

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Account #: 4717397
MRN: 0000816511
Patient Name: [redacted]
Date of Birth: [redacted]
Date of Encounter: 08/02/2021

# CONSULT REPORT

Merit Health - Central



| | |
|---|---|
| NRBCP-NRBC (/100 WBC) | 0.00 |
| **COMP.METABOLIC PANEL** | **8/2/2021 6:25 CDT** |
| SODIUM,SERUM (mmol/l) | 137 |
| POTASSIUM,SERUM (mmol/l) | 3.5 |
| CHLORIDE,SERUM (mmol/l) | 102 |
| CO2 TOTAL,SERUM (mmol/l) | 29 |
| BUN,SERUM (mg/dl) | 15 |
| CREATININE,SERUM (mg/dl) | 0.7 |
| GLUCOSE,SERUM (mg/dl) | 76 |
| CA-CALCIUM,SERUM (mg/dl) | 8.5 |
| TOTAL PROTEIN,SERUM (g/dl) | 7.3 |
| ALBUMIN,SERUM (g/dl) | 3.4 |
| ALP,SERUM (u/l) | 63 |
| AST or SGOT,SERUM (u/l) | 16 |
| ALT or SGPT,SERUM (u/l) | 18 |
| TOT.BILIRUBIN,SERUM (mg/dl) | 0.6 |
| GFR-GLOM.FILTRATION RATE (NA) | 132 |
| AGAP-ANION GAP (mmol/l) | 6.0 |
| **Vitals** | **8/2/2021 8:30 CDT** |
| Pain Intensity | 0 |

**IMPRESSIONS AND RECOMMENDATIONS:**

Impression:
1. Presumed COVID + status.

Recommendations:
-Completed admission med-rec.
-Did check a stat COVID PCR assay (it is positive).
-Start COVID treatment protocols.
-Will consider Remdesivir and Convalescent plasma.
-CXR prn, wean supplemental O2.
-Start incentive spirometer (CXR currently clean).
-Start po abx and po Decadron.

Electronically signed by
**Michael Bookhardt MD**
08/02/2021 17:03 CDT

Copyright 2021 by Nuance Communications Inc. | All rights reserved
CPT Copyright 2021 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

# CONSULT REPORT

Merit Health - Central

Account #: 4717397
MRN: 0000816511
Patient Name: [redacted]
Date of Birth: [redacted]
Date of Encounter: 08/02/2021



Document "WWW10890489" Revision History:
WWW10890489 by Michael Bookhardt MD, 08/02/2021 17:03 CDT (Approved)

Copyright 2021 by Nuance Communications, Inc. | All rights reserved
CPT Copyright 2020 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev: 0

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

>> PRELIMINARY <<

# DISCHARGE REPORT

Merit Health - Central

Account #: 4717397
Patient Name: [redacted]
MRN: 0000816511
Sex: Male
Date of Birth: [redacted]
Provider: Derek Culnan MD (6763)

Date of Encounter: 08/03/2021
Admitting Provider: CULNAN, DEREK
Attending Provider: CULNAN, DEREK
Referring Provider: NO, REFERRING DOCTOR
Room Number: 1441
Bed #: 3
Admit Date: 08/02/2021



**ADMISSION DATE:**
07/31/2021

**DISCHARGE DATE:**
08/03/2021

**ADMITTING DIAGNOSIS:**
laceration to bilateral hands

**ADMISSION PROCEDURES PERFORMED:**
08/02/2021 Dr. Culnan: exploration of FDS and FDP to right long and ring fingers, right CTR, right ulnar Guyon's canal, debridement of palm and arm, repair of FDS and FDP to right little finger, with complex closure and intermediate closure to hypothenar

**DISCHARGE DIAGNOSES:**
lacerations to bilateral hands

**COURSE OF TREATMENT:**
Per H and P: The patient was transferred here from Trinity Medical Center for further evaluation and treatment of lacerations to bilateral upper extremities. Patient trying to escape jail and sustained 7 cm laceration to right inner forearm. also a 3 cm vertical laceration, 9 cm vertical laceration down right palm, serrated laceration to radial aspect of left 5 th digit. He also sustained lacerations to left hand 3rd and 4th digits. THe patient is also positive for COVID and HIV+. He was admitted and taken to surgery for the previously mentioned procedure, plans to discharge back to facility today.

**MEDICATIONS:**
MEDICATIONS

**Active Meds**

| Drug Name | Dosage | Route | Frequency | Last Given | Notes |
|---|---|---|---|---|---|
| ACETAMINOPHEN | 650 MG | ORAL | Q4HP | | Start Date: 8/2/2021 |
| ASCORBIC ACID | 500 MG | ORAL | SBID | | Start Date: 8/2/2021 |
| AZITHROMYCIN | 1 GM | ORAL | DAILY | | Start Date: 8/2/2021 End Date: 8/8/2021 |
| CEFAZOLIN | 1 GM | IV | SQ8H | | Start Date: 7/31/2021 End Date: 8/3/2021 |
| CEFDINIR | 300 MG | ORAL | Q12H | | Start Date: 8/2/2021 End Date: 8/9/2021 |
| CHOLECALCIFEROL | 1000 UNIT | ORAL | SQDAY | | Start Date: 8/2/2021 |
| DEXAMETHASONE | 4 MG | ORAL | DAILY | | Start Date: 8/2/2021 End Date: 8/6/2021 |
| DIPHENHYDRAMINE | 25 MG | IV | Q6HP | | Start Date: 7/31/2021 |
| DIPHENHYDRAMINE | 25 MG | ORAL | Q6HP | | Start Date: 7/31/2021 |

Copyright 2021 by Nuance Communications Inc. | All rights reserved
CPT Copyright 2020 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev 0

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

>> PRELIMINARY <<

# DISCHARGE REPORT

Merit Health - Central

Account #: 4717397
MRN: 000816511
Patient Name: [redacted]
Date of Birth: [redacted]
Date of Encounter: 08/03/2021



| | | | | |
|---|---|---|---|---|
| FAMOTIDINE | 20 MG | ORAL | SQ12H | Start Date: 7/31/2021 |
| APAP 10-325 MG | 1 TABLET | ORAL | Q4HP | Start Date: 7/31/2021 |
| IPRATROP-ALBUT 0.5-2.5MG/3ML NEW | 3 ML | INHL | Q6HRT | Start Date: 8/2/2021 |
| KETOROLAC | 30 MG | IV | Q6H | Start Date: 8/2/2021 End Date: 8/7/2021 |
| LACTATED RINGERS | 1000 ML | IV | CoNtInUos | Start Date: 8/1/2021 |
| MORPHINE | 2 MG | IV | Q2HP | Start Date: 7/31/2021 |
| PREZCOBIX 800MG-150MG | 1 EA | ORAL | QDAY | Start Date: 8/2/2021 |
| PROMETHAZINE IN NS OR D5W 50ML | 12.5 MG | IV | Q6HP | Start Date: 7/31/2021 |
| THIAMINE | 100 MG | ORAL | SQ12H | Start Date: 8/2/2021 |
| TIVICAY 50MG | 1 EA | ORAL | QDAY | Start Date: 8/2/2021 |
| ZINC SULFATE | 440 MG | ORAL | SQDAY | Start Date: 8/2/2021 |

Discharge Meds

| Drug Name | Dosage | Route | Frequency | Last Given | Notes |
|---|---|---|---|---|---|
| Azithromycin Dose Pack | | | | | |
| Prezcobix Tablet | 1 TABLET | ORAL | DAILY | | |
| Thiamine Tablet | 100 MG | ORAL | Q12H | | |
| Tivicay Tablet | 50 MG | ORAL | DAILY | | |
| Tylenol Tablet | 650 MG | ORAL | Q4HP<PRN> | | |
| Vitamin C Tablet | 500 MG | ORAL | BID | | |
| Vitamin D3 Tablet | 1000 UNIT | ORAL | QDAY0630 | | |

## PHYSICAL EXAM

BODY MASS INDEX:
**BMI: 23.1**
**Height: 72.01"**
**Weight: 170.0lb**

GENERAL:
No acute distress, clean, cooperative, well developed and nourished

SKIN:
warm and dry

RESPIRATORY:
no resp distress noted

Copyright 2021 by Nuance Communications Inc. | All rights reserved
CPT Copyright 2020 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev 0

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

>> PRELIMINARY <<

# DISCHARGE REPORT

Merit Health - Central

Account #: 4717397
MRN: 0000816511
Patient Name: [redacted]
Date of Birth: [redacted]
Date of Encounter: 08/03/2021



CARDIOVASCULAR:
Regular rate and rhythm
EXTREMITIES:
Range of motion within normal limits
with exception or RUE, surgical splint in place, fingertips pink and warm with good capillary refill, good ROM to thumb
NEUROLOGIC:
alert and oriented x 3

**RESULTS:**

| CBC WITH DIFF | | 8/2/2021 6:02 CDT |
|---|---|---|
| WBC (thou/ul) | | 4.4 |
| RBC (mill/ul) | L | 4.20 |
| HEMOGLOBIN (g/dl) | L | 12.0 |
| HEMATOCRIT (%) | L | 36.8 |
| MCV-MCV (fL) | | 87.6 |
| MCH-MCH (pg) | | 28.6 |
| MCHC-MCHC (g/dl) | | 32.6 |
| RDW-RDW CV (%) | | 14.0 |
| RDWSD-RDW SD (fL) | | 44.5 |
| MPV-MPV (fL) | | 11.0 |
| PLATELET COUNT (thou/ul) | | 166 |
| ASEG%-NEUTROPHILS, SEG. (%) | L | 48.3 |
| ALYM%-LYMPHOCYTES (%) | H | 41.3 |
| AMON%-MONOCYTES (%) | H | 8.4 |
| AEOS%-EOSINOPHILS (%) | | 1.8 |
| ABAS%-BASOPHILS (%) | | 0.2 |
| IGPER-IMM. GRANULOCYTES (%) | | 0.5 |
| ASEG#-SEGS, ABSOLUTE ANC (thou/ul) | L | 2.11 |
| ALY#-LYMPHOCYTES,ABSOLUTE (thou/ul) | | 1.81 |
| AMON#-MONOCYTES,ABSOLUTE (thou/ul) | | 0.37 |
| AEOS#-EOSINOPHILS,ABSOLUTE (thou/ul) | | 0.08 |
| ABAS#-BASOPHILS,ABSOLUTE (thou/ul) | | 0.01 |
| IGABS-IMM.GRANULOCYTES,ABS. (thou/ul) | | 0.02 |
| NRBCP-NRBC (/100 WBC) | | 0.00 |

| COMP.METABOLIC PANEL | | 8/2/2021 6:25 CDT |
|---|---|---|
| SODIUM,SERUM (mmol/l) | | 137 |

Copyright 2021 by Nuance Communications, Inc. | All rights reserved
CPT Copyright 2020 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev 0

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

>> PRELIMINARY <<

# DISCHARGE REPORT

Merit Health - Central

Account #: 4717397
MRN: 0000816511
Patient Name: [redacted]
Date of Birth: [redacted]
Date of Encounter: 08/03/2021



| | |
|---|---|
| POTASSIUM,SERUM (mmol/l) | 3.5 |
| CHLORIDE,SERUM (mmol/l) | 102 |
| CO2 TOTAL,SERUM (mmol/l) | 29 |
| BUN,SERUM (mg/dl) | 15 |
| CREATININE,SERUM (mg/dl) | 0.7 |
| GLUCOSE,SERUM (mg/dl) | 76 |
| CA-CALCIUM,SERUM (mg/dl) | 8.5 |
| TOTAL PROTEIN,SERUM (g/dl) | 7.3 |
| ALBUMIN,SERUM (g/dl) | 3.4 |
| ALP,SERUM (u/l) | 63 |
| AST or SGOT,SERUM (u/l) | 16 |
| ALT or SGPT,SERUM (u/l) | 18 |
| TOT.BILIRUBIN,SERUM (mg/dl) | 0.6 |
| GFR-GLOM.FILTRATION RATE (NA) | 132 |
| AGAP-ANION GAP (mmol/l) | 6.0 |
| **COVID questions** | **8/3/2021 6:29 CDT** |
| FIRST-First Test (NA) | no |
| EIHC-Employed in healthcare (NA) | no |
| SYMP-Pt has symptoms defined by CDC (NA) | yes |
| SYMPD-Symptom onset (MM/DD/YY) (NA) | 07/31/2021 |
| HOSP-Hospitalized (NA) | yes |
| ICUAD-ICU admit (NA) | no |
| CONGS-Congregate care setting (NA) | yes |
| PPREG-Pregnant (NA) | no |
| CCV19-Covid 19 collection fee (NA) | collected |
| **Vitals** | **8/3/2021 8:35 CDT** |
| Blood Pressure | 121/058 |
| Pulse Value | 070 |
| Respiration Value | 018 |
| Temperature Value | 99.2 |

**DISCHARGE CONDITION:**
Stable

**DISPOSITION:**
correctional facility

Copyright 2021 by Nuance Communications, Inc. | All rights reserved
CPT Copyright 2021 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev 0

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

**Meadors report**

# CATAHOULA CORRECTIONAL CENTER

UNUSUAL OCCURRENCE REPORT

| NAME: | NUMBER: | DORM/CELL | DATE OF INCIDENT | TIME: |
|---|---|---|---|---|
| **LUKE MEADORS** | **2021040035** | **A-DORM** | **7-30-2021** | **14:38** |
| LOCATION OF INCIDENT: **A-B YARD** | | WITNESSES: | | |

TYPE OF INCIDENT CHECK APPROPRIATE BOX (ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGGRAVATED FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | X | OTHER **ATTEMPTED ESCAPE** | | | | | | |
| | CHEMICAL AGENTS USED NONE | | | | MECHANICAL RESTRAINTS USED NONE | | | | |

**ON THE ABOVE DATE AND APPROXIMATE TIME, WHILE A-DORM WAS ON YARD CALL OFFENDER LUKE MEADORS (2021040035) ATTEMPTED TO JUMP THE FENCE AND IN THE PROCESS HE GOT NUMEROUS GASHES FROM THE RAZOR WIRE FROM HIS SHOULDERS DOWN TO HIS HANDS ON BOTH ARMS. NORTHEAST AMBULANCE WAS CALLED AND THE OFFENDER WAS TRANSPORTED TO TRINITY HOSPITAL FOR HIS INJURIES. ~E.O.R.~**

**WESLEY LEA, MAJOR**
REPORTING OFFICER

**7/30/2021 15:20**
DATE AND TIME COMPLETED

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

**UOR Luke Meadors**

# CATAHOULA CORRECTIONAL CENTER

UNUSUAL OCCURRENCE REPORT

| NAME: | NUMBER: | DORM/CELL | DATE OF INCIDENT | TIME: |
|---|---|---|---|---|
| **LUKE MEADORS** | **2021040035** | **A-DORM** | **7-30-2021** | **14:38** |
| LOCATION OF INCIDENT: **A-B YARD** | | WITNESSES: | | |

TYPE OF INCIDENT CHECK APPROPRIATE BOX (ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGGRAVATED FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | X | OTHER **ATTEMPTED ESCAPE** | | | | | | |
| | CHEMICAL AGENTS USED NONE | | | | MECHANICAL RESTRAINTS USED NONE | | | | |

**ON THE ABOVE DATE AND APPROXIMATE TIME, WHILE A-DORM WAS ON YARD CALL OFFENDER LUKE MEADORS (2021040035) ATTEMPTED TO JUMP THE FENCE AND IN THE PROCESS HE GOT NUMEROUS GASHES FROM THE RAZOR WIRE FROM HIS SHOULDERS DOWN TO HIS HANDS ON BOTH ARMS. NORTHEAST AMBULANCE WAS CALLED AND THE OFFENDER WAS TRANSPORTED TO TRINITY HOSPITAL FOR HIS INJURIES. ~E.O.R.~**

**WESLEY LEA, MAJOR**
REPORTING OFFICER

**7/30/2021 15:20**
DATE AND TIME COMPLETED

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

PROSECUTION SUMMARY
CASE # 2021080341
COMPLAINANT:
CATAHOULA CORRECTIONAL CENTER
OFFENSE:
1. SIMPLE ESCAPE

SUSPECTS:

LUKE MEADORS DOB: 9-18-1981

OFFENSE:

1. LA R.S. 14:1 10 SIMPLE ESCAPE; AGGRAVATED ESCAPE

EVIDENCE:

1. THUMB DRIVE THAT CONTAINS VIDEO EVIDENCE OF INCIDENT.

WITNESSES:

1. MAJOR WESLEY LEA

DETAILS:

ON THE ABOVE DATE AND APPROXIMATE TIME, WHILE A-DORM WAS ON YARD CALL OFFENDER LUKE MEADORS (2021040035) ATTEMPTED TO JUMP THE FENCE AND IN THE PROCESS HE GOT NUMEROUS GASHES FROM THE RAZOR WIRE FROM HIS SHOULDERS DOWN TO HIS HANDS ON BOTH ARMS. NORTHEAST AMBULANCE WAS CALLED AND THE OFFENDER WAS TRANSPORTED TO TRINITY HOSPITAL FOR HIS INJURIES. E.O.R.

SUMMARY OF EXPECTED TESTIMONY:

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

**Luke Meadors**

Jan/28/2022 9:55:43 AM 1 318 744 5488->3187442126 2/4
01/28/2022 09:55 PUBLIC (FAX)1 318 744 5488 P.002/004

8/25/2021

## CATAHOULA PARISH JAIL

Booking Sheet: CPJ2021080022 21-1860 Page: 1

ID #: 2021080104
Name: MEADORS, LUKE MATTING
Address: 6093 WEAVER RD.
LAKE CHARLES, LA 706050000
Phone(Home/Business): (318) 000-0000 (318) 000-0000




DOB: 9/18/1981 Age: 39 YRS Height: 6-1
Race: W Sex: M Weight: 200
Eyes: BLU Ethnicity: N Appearance: 10
Hair: BRO Resident: R Build: 2
Scars/Marks/Tattoos: SC R WRI Complexion: MED Birth Place:
Employer: FBI ID: IdentA:
SSN: PRIVATE DL No.: LA State ID: 002167551 LA Religion:

Randomly Alloted by Deputy Clerk

Booking Date: 08/23/21 Time: 14:46
Arrest Date: 08/23/21 Time: 0:00
Arresting Agency: CPSO
Officer: 2010090050 WILLIAMSON, CARL
Location:
HARRISONBURG LA
Searched By: CP30 Phone Call: Y
CLOTHING: Y NCIC:
METAL: WARRANTS:
PAT: Y PRINTS: Y
STRIP: Y PHOTO: Y
CAVITY:

Transfer(Y/N)? Facility: CPJ
Booking Officer: 2010090050 WILLIAMSON, CARL
Cell Assignment: CCC
Status: PRETRIAL Class: CPSO
Hold Reason: Court Date: / /
Holding For:
Sentence Date: / /
Scheduled Release: / /
Probation Off./Atty.:
Bondsman:
Supplemental To:
Drug Screen:

FILED AND RECORDED
LARISA H. FIELD
CLERK OF COURT
2021 AUG 25 AM 8:50
DEPUTY CLERK
CATAHOULA PARISH

Cash: $0.00 Vehicle Information:
Vehicle Location:
Property Description: Property Location:

### OFFENSES

| Seq.No.: | Code: Statute (RSA) Reference Number: | Description: Incident Number | Warrant Number | Court Fel/Misd | Bond Amt: Fine Amount: | Bond Type: |
|---|---|---|---|---|---|---|
| Notes: | | | | | | |
| 1 | SE 14:110 | ESCAPE- SIMPLE & AGGRAVATED | | DC-A F | 0.00 0.00 | |

211860

JUDGE KATHY JOHNSON
DIVISION A

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

21-1860

Filed in open court
Date 8-26-2021
[signature]
Dy. Clerk of Court
Catahoula

SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CATAHOULA
BOND SETTING ORDER

STATE OF LOUISIANA
VS.
LUKE MATTING MEADORS [signature]
39

The Court, having been provided with a copy of a current criminal history on the above captioned defendant, hereby fixes the bond at a total of $__________ for the following charges:

| | | |
|---|---|---|
| 1. | ESCAPE-SIMPLE (AGGRAVATED) | $ 15,000 |
| 2. | escape aggravated | $ 40,000 |
| 3. | | $ |
| 4. | | $ |
| 5. | | $ |
| 6. | | $ |
| 7. | | $ |
| 8. | | $ |
| 9. | | $ |
| | TOTAL | $ 55,000 |

[initials]

The following bond conditions are placed on the above captioned defendant:

( ) None
( ) As following:

1. __________
2. __________
3. __________
4. __________
5. __________

[✓] The Public Defender Board is appointed to represent the above captioned defendant.

[ ] The Defendant DOES NOT meet the criteria for the Public Defender Board.

Harrisonburg, Louisiana, this 26th day of August, 20 21.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

DOCKET NO: 21-1860
PAGE 1 of 1

Thursday, August 26, 2021

**CRIMINAL COURT MINUTES**
**7TH JUDICIAL DISTRICT COURT - PARISH OF CATAHOULA**

**The Seventh Judicial District Court met pursuant to adjournment with the following Court officials present: Honorable Kathy Johnson, Judge; Raymond Rouse and Lloyd Montpelier, Bailiffs; and Shannon Boothe, Deputy Clerk of Court.**

21-1860 LUKE MATTING MEADORS

Defendant was present in open Court not represented by counsel for a seventy-two hour MAGISTRATE hearing to determine bond and counsel. BEN ADAMS was present on behalf of the CATAHOULA PARISH SHERIFF'S OFFICE. The Court informed the Defendant of his/her rights; including his/her right to Court appointed counsel at no charge to him/her.

The Defendant being charged with:

ESCAPE-SIMPLE ($15,000.00) & AGGRAVATED ($40,000.00)

Court ordered the bond set in the amount of $55,000.00.

The Court was informed the Defendant has outstanding warrants from Livingston Parish and Harris County Texas.

Further, Court ordered the Office of Public Defender appointed to represent the Defendant.

A TRUE AND CORRECT EXTRACT OF THE MINUTES OF COURT OF DATE.

DEPUTY CLERK OF COURT
7TH JUDICIAL DISTRICT
CATAHOULA PARISH, LOUISIANA

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2021-00004208

**Print Date/Time:** 04/21/2025 14:39
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

| | | | |
|---|---|---|---|
| **Incident Type:** | Informational | **Reporting Officer:** | 10105 - Hollan |
| **Incident Date/Time:** | 08/06/2021 02:15 PM | **Reported Date/Time:** | 08/06/2021 02:15 PM |
| **Incident Location:** | | | |
| **Description:** | Inmate altercation | | |

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Freeman, Adam Kent | Offender | 2021-00003032 | N |

## Subject Charges

## Activity

## Violations

| | | | | | |
|---|---|---|---|---|---|
| **Seq Number:** | 1 | **Violator:** | Freeman, Adam Kent | **Violation:** | Medical Issue |
| **Location:** | | | | **Requires Reclassification:** | N |

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

On 8-5-21 I, Sgt. Hollan was informed by Warden Eric Stott from Catahoula that inmate Adam Freeman was involved in an altercation in their jail. See attached information for details.

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

**Medical Notified:** __________ **YES** __________ **NO** **Date:** ______________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

**Freeman Altercation**

# CATAHOULA CORRECTIONAL CENTER

## UNUSUAL OCCURRENCE REPORT

| NAME: | NUMBER: | DORM/CELL | DATE OF INCIDENT | TIME: |
|---|---|---|---|---|
| ADAM FREEMAN | 2021070233 | I | 08/05/21 | 01:10 |

| LOCATION OF INCIDENT: | WITNESSES: |
|---|---|
| I-DORM | |

TYPE OF INCIDENT CHECK APPROPRIATE BOX(ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGGRAVATED FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| X | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | OTHER: INTOXICATION | | | | | | |
| | CHEMICAL AGENTS USED | | | | MECHANICAL RESTRAINTS USED | | | | |

ON THE ABOVE DATE AND APPROXIMATE TIME, I LT. JOSEPH PRINCE, I LT JOSEPH PRINCE RESPONDED TO A CODE 3 IN I-DORM. WHEN ME AND OTHER D-TEAM OFFICERS ARRIVED WE SAW OFFENDER ADAM FREEMAN (20210702333) BLEEDING. OFFENDER FREEMAN WAS TAKEN TO MEDICAL FOR TREATMENT OF INJURIES. I CONSULTED WITH NURSE ROBIN PERRIN NIX ABOUT OFFENDER FREEMAN'S CONDITION AND ON HER RECOMMENDATION I SENT OFFENDER FREEMAN TO LASALLE GENERAL HOSPITAL. WHILE REVIEWING THE CAMERA I SAW OFFENDER FREEMAN ASSUALTED BY AT LEAST TWO OFFENDERS. THE FIRST ATTACKER HIT OFFENDER FREEMAN REPEATEDLY UNTIL HE COLLAPSED ONTO A BUNK. WHILE HE WAS LYING ON THE BUNK ANOTHER OFFENDER APPROACHED AND KICKED HIM IN THE HEAD TWICE. POSITIVE IDENTIFICATION OF THE ATTACKERS COULD NOT BE MADE. E.O.R.

JOSEPH PRINCE, LT. D-TEAM [signature]
REPORTING OFFICER

08/05/21 04:16
DATE AND TIME COMPLETED

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

LGH LaSalle GENERAL HOSPITAL

LaSalle General Hospital
187 Ninth Street
PO Box 2780
Jena, LA 71342

*Main Hospital*
**(318) 992-9200**

*In an Emergency call:*
**911**

**PATIENT CARE INSTRUCTIONS Powered by** EXITCARE®

Patient Name: [redacted]
Attending Caregiver: TAPIA, JORGE I

# ER Discharge Instructions

GENERAL DISCHARGE INFORMATION:

- All Drugs may have side effects. If they are suspected, STOP the drug and consult your physician.
- Do not drive, climb ladders, work with power tools or consume any alcohol for at least eight (8) hours after taking medications with sedative, relaxing, narcotic, antihistaminic, or pain relief effects.
- If any pending lab results or culture reports return abnormal, or changes in medications or treatment are warranted, you will be notified.
- If you have had any Radiologic Exams (X-ray, CT, etc.), a preliminary report was received. If the final interpretation by the Radiologist reveals any additional findings and changes in medications or treatment are warranted, you will be notified.
- You may return to ER at any time, for any reason.

BY SIGNING BELOW, YOU AGREE WITH THE FOLLOWING:

- I have received and understand Exit Care / Patient Care Instructions.
- I understand that I have received emergency care, which is not a substitute for continued medical care.
- I will arrange for follow-up care as instructed.
- I have been instructed to return to ER if my condition or symptoms worsen.

**VITAL SIGNS:**

- Temperature: 97.9
- Pulse: 60
- Respirations: 18
- Blood Pressure: 130/74
- Oxygen Saturation: 98%
- Pain Scale: 10

**ADDITIONAL NOTES AND INSTRUCTIONS**

1. Non-chew soft diet until follow up appointment
2. Appt with Dr Nguyen on August 11 at 1:00PM. Make sure you bring your disk and paperwork from the ER to the appointment. IF there are any

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

questions call 318-626-0547 at Outpatient Oschner LSU Shreveport ACCOMFS clinic.

3.Take Amoxil, Peridex and Ibuprofen as prescribed by the ER Dr

4. Return to the ER as needed

Document Released: 8/12/2015 Document Revised: 3/24/2016





A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

| | | |
|---|---|---|
| LGH LaSalle GENERAL HOSPITAL | **LaSalle General Hospital**<br>**187 Ninth Street**<br>**PO Box 2780**<br>**Jena, LA 71342** | ***Main Hospital***<br>**(318) 992-9200**<br>***In an Emergency call:***<br>**911** |

**PATIENT CARE INSTRUCTIONS Powered by** EXITCARE®

Patient Name: [redacted]
Attending Caregiver: TAPIA, JORGE I

# Mandibular Fracture



A mandibular fracture is a break in the jawbone.

FOLLOW THESE INSTRUCTIONS AT HOME:

- If told, apply ice to the injured area:
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times per day.
- Take over-the-counter and prescription medicines only as told by your doctor.
- Follow your doctor's instructions about diet. You may need to eat only soft foods or liquid foods. Make sure to get enough protein and other nutrients in your diet.
- Sleep on your back. This makes it so that you do not put pressure on your jaw.
- Try not to exercise so hard that you get short of breath.

CONTACT A DOCTOR IF:

- You have a bad headache.
- You cannot feel parts of your face.
- You have very bad pain in your jaw that does not get better when you take medicine.
- You feel like you are going to throw up (*nauseous*) and nothing helps.
- You feel anxious and nothing helps.
- Your swelling or redness gets worse.

GET HELP RIGHT AWAY IF:

- You have a fever.
- You have trouble breathing.
- You feel like your airway is tight.
- You cannot swallow your spit (*saliva*).
- You make a high-pitched whistling sound when you breathe (*wheeze*).

Document Released: 3/11/2013 Document Revised: 1/19/2017 Document Reviewed 9/11/2016
Elsevier Interactive Patient Education ©2019 Elsevier Inc. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.





A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

LaSalle General Hospital
187 Ninth Street
PO Box 2780
Jena, LA 71342

*Main Hospital*
**(318) 992-9200**

*In an Emergency call:*
**911**

**PATIENT CARE INSTRUCTIONS** Powered by EXITCARE®

Patient Name: [redacted]
Attending Caregiver: TAPIA, JORGE I

# ER Discharge Instructions

GENERAL DISCHARGE INFORMATION:

- All Drugs may have side effects. If they are suspected, STOP the drug and consult your physician.
- Do not drive, climb ladders, work with power tools or consume any alcohol for at least eight (8) hours after taking medications with sedative, relaxing, narcotic, antihistaminic, or pain relief effects.
- If any pending lab results or culture reports return abnormal, or changes in medications or treatment are warranted, you will be notified.
- If you have had any Radiologic Exams (X-ray, CT, etc.), a preliminary report was received. If the final interpretation by the Radiologist reveals any additional findings and changes in medications or treatment are warranted, you will be notified.
- You may return to ER at any time, for any reason.

BY SIGNING BELOW, YOU AGREE WITH THE FOLLOWING:

- I have received and understand Exit Care / Patient Care Instructions.
- I understand that I have received emergency care, which is not a substitute for continued medical care.
- I will arrange for follow-up care as instructed.
- I have been instructed to return to ER if my condition or symptoms worsen.

VITAL SIGNS:

- Temperature: ________
- Pulse: ________
- Respirations: ________
- Blood Pressure: ________
- Oxygen Saturation: ________
- Pain Scale: ________

Document Released: 8/12/2015 Document Revised: 3/24/2016





A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

LGH LaSalle GENERAL HOSPITAL

LaSalle General Hospital
187 Ninth Street
PO Box 2780
Jena, LA 71342

*Main Hospital*
(318) 992-9200

*In an Emergency call:*
911

**PATIENT CARE INSTRUCTIONS Powered by** EXITCARE®

Patient Name: [redacted]
Attending Caregiver: TAPIA, JORGE I

# Mandibular Fracture



A mandibular fracture is a break in the jawbone.

FOLLOW THESE INSTRUCTIONS AT HOME:

- If told, apply ice to the injured area:
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times per day.
- Take over-the-counter and prescription medicines only as told by your doctor.
- Follow your doctor's instructions about diet. You may need to eat only soft foods or liquid foods. Make sure to get enough protein and other nutrients in your diet.
- Sleep on your back. This makes it so that you do not put pressure on your jaw.
- Try not to exercise so hard that you get short of breath.

CONTACT A DOCTOR IF:

- You have a bad headache.
- You cannot feel parts of your face.
- You have very bad pain in your jaw that does not get better when you take medicine.
- You feel like you are going to throw up (*nauseous*) and nothing helps.
- You feel anxious and nothing helps.
- Your swelling or redness gets worse.

GET HELP RIGHT AWAY IF:

- You have a fever.
- You have trouble breathing.
- You feel like your airway is tight.
- You cannot swallow your spit (*saliva*).
- You make a high-pitched whistling sound when you breathe (*wheeze*).

Document Released: 3/11/2013 Document Revised: 1/19/2017 Document Reviewed: 9/11/2016
Elsevier Interactive Patient Education ©2019 Elsevier Inc. This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Suffix: Patient Name: [redacted]

DATE: 08/05/2021
TIME: 3:30

# EMERGENCY ROOM RECORD
LASALLE GENERAL HOSPITAL
Jena, LA 71342

MR # 59263
ADMISSION # 59263-0001
ROOM # FT1

MODE OF ARRIVAL: IND (PSA) AMB

PATIENT NAME: [redacted]
Birth Date: [redacted]
Age: 30 Sex: M Race: White
ADDRESS: 499 OLD COLUMBIA ROAD SSN: [redacted] MSTAT: S EMPLOYER:
PHONE: (H) 1-318-744-2121 (C)
HARRISONBURG, LA 71340 (W)
GUARANTOR INFO: LDPS&C CORRECTCARE INTEGRAT Phone: 1-318-744-2121
CELL:

INSURANCE INFO:
(1) CorrectCare Integrated He-M8 (2) (3) (4)
2021070233
877-292-7999

[redacted]

COMPLAINTS/SYMPTOMS: JAW INJURY
IF ACCIDENT: DATE TIME:
HOW IT HAPPENED:

Allergies: NKA
Wt.
LOC: A/O
Pt History: healthy

Vital Signs: T 97.9 P 60 R 18 BP 130/71 Adm Dr: TAPIA, JORGE I, MD Family Dr:
98% T P R BP Proc. Dr: Referring:
T P R BP

Present Meds: 0 daily meds
Tetanus Status:
Cleansing | Betadine | NS Other
Sutures | Type | Number
Anes Agent:

Pain Scale before treatment: 1 2 3 4 5 6 7 8 9 (10)
Pain Scale after treatment: 1 2 3 4 5 6 7 8 9 10
Nurses: Howard RN

CIRCLE ER LEVEL: I II III IV V CC

| | Time | Ini |
|---|---|---|
| LAB: | | |
| X-RAY: Facial bone CT | 0348 | |
| CT Head | 0348 | |
| RESP. THERAPY: | | |
| OTHER: | | |
| IV: | | |

| MEDS: | Route | Site | Time | Nurse |
|---|---|---|---|---|
| | | | | |

Doctor's Report

Admitted to Dr: Rm: Time:
Discharge/Transfer Time: Condition:
Supervisor Contact:
Nurse Report To:
M.D.
Physician Signature

Admitted by: SANDIFER, TOMMY D

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

20
**LaSalle General Hospital**
Jena, Louisiana 71342
**EMERGENCY PHYSICIAN RECORD**
**Reported Assault**

[redacted]
30 Y M [redacted]
59263-0001 08/05/2021
TAPIA, JORGE I, MD / TAPIA, JORGE I, MD

DATE 8/5/21 TIME SEEN: 3 40 on arrival RM: ET-1 EMS Arrival
HISTORIAN: (patient) spouse paramedics
__HX / __EXAM LIMITED BY:
☐ unable to obtain

## HPI

**chief complaint:** injury to: Face

**onset / duration:** (just prior to arrival) today yesterday ____ min / hrs / days ago

**where:** home school neighbor's park work street bar — jail

**context / mechanism of injury:** (fists) kicked choked bitten pushed / thrown pushed / thrown against wall reported spousal abuse struck with object(s):

30 y/o w/m, from jail was assaulted. punched c fists. pain / swelling ; head

**location of pain / injuries:** head (face) mouth neck chest abdomen back upper mid lower radiating to R / L thigh / leg

| –right– | | –left– | |
|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

**severity of pain:** mild (moderate) severe (1/10)

**associated symptoms:** dizziness light-headedness seizure
lost consciousness: yes no unknown duration: ____ sec / min
remembers: event coming to hospital — No LOC

## ROS

CONST - recent illness / fever
NEURO - numbness / weakness
MS - neck / back pain
RESP - shortness of breath / cough
GI - nausea / vomiting
GU - problems urinating
LNMP ____ preg post-menop
LYMPH - ankle swelling (R / L)
EYE - problems with vision
ENT - nasal drainage
SKIN - rash
PSYCH - depression / hallucinations

☐ except as marked positive, all systems above reviewed and found negative

• NEURO / MS components also addressed in HPI

## PAST HX

__ (no chronic diseases)
cardiac disease Afib CAD CHF MI
diabetes Type I Type 2
diet / oral / insulin
hypertension
hepatitis / HIV
CVA / TIA (R / L)
__old records reviewed / summary:

Tetanus immun. (UTD) / given in ED
Meds- __none / (see nurses note) aspirin coumadin clopidogrel
Allergies- __NKDA / (see nurses note)

## SOCIAL HX

smoker Ø ppd / never / past / quit: ____ ago
drugs Ø alcohol (recent / heavy / occasional)

## FAMILY HX

__ (negative)

☑ Nursing Assessment Reviewed ☑ Vitals Reviewed
V/S BP ____ HR ____ RR ____ Temp ____ $SpO_2$ ____

## PHYSICAL EXAM

**General Appearance**
✓ no acute distress
✓ alert
__c-collar / backboard (PTA / in ED)
__mild / moderate / severe distress
__anxious / lethargic / unconscious

**HEAD**
__no evidence of trauma
✓ see diagram
__raccoon eyes / Battle's sign (R / L)

(see next page for legend)




**NECK**
✓ non-tender
✓ painless ROM
✓ trachea midline
__see diagram
__decreased / limited ROM
__pain on movement of neck

__Nexus criteria neg
__midline tenderness / distracting injury
__altered mental status / recent ETOH
__focal neuro deficit

**EYES**
✓ PERRL
✓ EOMI
__unequal pupils R- ____ mm L- ____ mm
__EOM entrapment / palsy (R / L)
__subconjunctival hemorrhage (R / L)

**ENT**
✓ nml ext. inspection
✓ no dental / oral inj
__airway nml
__hemotympanum (R / L)
__TM obscured by wax (R / L)
__clotted nasal blood (R / L)
__dental injury / malocclusion

T-SYSTEM © 2014 - 2016 T-System, Inc.



Circle positives backslash negatives, check ✓ normals

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

[redacted]
30 Y M
59263-0001 08/05/2021
TAPIA, JORGE I, MD / TAPIA, JORGE I, MD

**RESP / CVS**
- ✓ chest non-tender
- ✓ no ecchymosis
- ✓ breath sounds nml
- ✓ no resp. distress
- ✓ heart sounds nml

__see diagram____
__rib tenderness / palpable fracture (R / L)
__crepitus / subcutaneous emphysema____
__splinting / paradoxical movements____
__decreased breath sounds (R / L)____
__wheezes / rales / rhonchi (R / L)____
__tachycardia / bradycardia____

**ABDOMEN**
- ✓ non-tender
- ✓ no distension

__see diagram____
__tenderness / guarding / rebound :
*generalized RUQ LUQ RLQ LLQ* ____
__mass____

**GENITAL / RECTAL**
__nml ext. inspection
__nml rectal tone
__heme negative stool

__perineal hematoma____
__blood at urethral meatus____
__decreased rectal tone____
__vaginal bleeding____
__catheter present____

**NEURO / PSYCH**
- ✓ oriented x4
- ✓ CN's nml (2-12)
- ✓ sensation nml
- ✓ motor nml
- __mood / affect nml

__disoriented to: *person place time situation*
__slurred speech____
__facial asymmetry____
__unsteady / ataxic gait____
__sensory / motor deficit____
__depressed mood / affect____



**Glasgow Coma Score** SCORE= 15
Eyes Open- spontaneously (4) to voice (3) to pain (2) none (1)
Speech- nml (5) disoriented (4) inapprop. (3) incoherent (2) none (1)
Motor- nml (6) localizes (5) withdraws (4) flexor (3) exten (2) none (1)

**SKIN**
- ✓ intact
- ✓ warm, dry
- ✓ nml color

__see diagram____
__ecchymosis / laceration____
__crepitus / diaphoresis____
__pressure ulcer: *location*____
*depth / stage: 1 2 3 4* ____

**BACK**
- ✓ no CVA tenderness
- ✓ no vertebral tenderness

__see diagram____
__vertebral point tenderness____
__CVA tenderness (R / L)____
__muscle spasm / limited ROM____

**EXTREMITIES**
- ✓ atraumatic
- ✓ pelvis stable
- ✓ hips non-tender
- ✓ no pedal edema
- __nml ROM

__see diagram____
__bony point-tenderness (R / L)____
__painful / unable to bear weight (R / L)____
__pulse deficit (R / L)____

*Joint Exam:* ____
__limited ROM / ligaments laxity (R / L)____
__joint effusion (R / L)____

A=Abrasion
B=Burn
C=Contusion
E=Ecchymosis
FB= Foreign Body
L=Laceration
M=Muscle Spasm
PtT=Point Tenderness
PW=Puncture Wound
S=Swelling
T=Tenderness
Ø= *without*
*m=mild*
*mod=moderate*
*sv=severe*



## PROCEDURES

**Wound Description / Repair:** *Time:*____
length____cm location____
linear stellate irregular flap avulsion into: subcut / muscle
clean contaminated *moderately / heavily* ____
distal NVT: neuro / vasc intact no tendon injury
anesthesia: local topical ____ lidocaine / bupivacaine epi / bicarb
digital block ____
prep: Hibiclens / sterile water____
irrigated with saline
wound explored:
*to base / in bloodless field*
foreign body identified:
*wood glass metal other*____
foreign material removed
debrided: *mod. /extensive*
wound margins revised
multiple flaps aligned
repair: *superficial deep complicated* ____
*Wound closed with: adhesive / Dermabond / steri-strips*
*no closure required*
SKIN- #____ ____-0 nylon / prolene / staples / silk / ethilon____
SUBCUT- #____ ____-0 vicryl / chromic____
OTHER- #____ ____-0 ____

## PROGRESS

*Time*____ unchanged improved re-examined

## LABS

| CBC | Chemistries | UA | ETOH____ |
|---|---|---|---|
| *normal except* | *normal except* | *normal except* | TOX____ |
| WBC____ | BUN____ | ____ | ____ |
| Hgb____ | Creat____ | ____ | ____ |
| Hct____ | Na____ | ____ | ____ |
| Platelets____ | K____ | HCG | PT/PTT____ |
| ____ | CL____ | serum / urine | INR____ |
| ____ | TCO2____ | POS NEG | ____ |
| ____ | Gluc____ | ____ | ____ |
| | Ca____ | ____ | ____ |

T-System © 2014 - 2016 T-System, Inc.

Reported Assault - 20 Page 2 of 4 Form# 115-042
Circle (positives) backslash negatives, check √ normals

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

[redacted]
30 Y M [redacted]
59263-0001 08/05/2021
TAPIA, JORGE I, MD / TAPIA, JORGE I, MD

## XRAYS / CT cont

**Xrays done:** *CXR rib sternum abdomen pelvis*
**Interpretation:** ☐ By me ☐ Viewed by me ☐ Discsd w/ radiologist
__*nml / NAD* __*no pneumothorax* __*nml heart size* __*nml mediastinum*
*abnml: fracture (see below) STS DJD FB*
R / L *hemothorax pneumothorax tension pulm. contusion*

**CT done:** *head chest abdomen pelvis*
**Interpretation:** ☐ By me ☐ Viewed by me ☐ Discsd w/ radiologist
__*nml / NAD* ______
*abnml:* ______

**Fracture:**
**Rib:** R / L *single multiple*______
**Sternum:** *body manubrium xiphoid*

**Pelvis:** R / L pubic: *superior ramus inferior ramus*
R / L ischium: avulsion ramus tuberosity : *displaced*
R / L acetabulum: ant wall medial post dome : *displaced*
R / L illium: wing ant sup spine ant inf spine :
avulsion comminuted linear : *displaced*

**Sacrum:** transverse: displaced: *ant post* upper-comminuted
vertical fx thru: ala foramen spinal canal : displaced: *mild sv*

**Ultrasound / FAST Exam:** *heart / pericardium abdomen*
**Interpretation:** ☐ By me ☐ By radiologist
__*nml / NAD*______
*abnml:*______

## EKG

**RHYTHM STRIP** Rate:_____ Rhythm: *NSR* ______
**EKG** ☐ Interp. by me ☐ Viewed by me ☐ Discsd w/ cardiologist
__*nml / NAD* __*nml intervals* __*nml axis* __*nml QRS* __*nml ST/T*
Rate:______ Rhythm: *NSR sinus tach A-fib* ______

*not / changed from:*______ *repeat EKG: unchanged /*______

## PROGRESS - Continued

*Time*______ unchanged improved re-examined

__police notified______
♦ **BP Screen** - *≥ 18 y / screening / follow-up documented*______
♦ **Minor head trauma** - *2y - 17y / ≥ 18 y / GCS 15 / PECARN risk: high low / CT head ______ see PECARN rule on quality addendum template #200*
__measure exclusions: *not eligible / refused / not indicated / contraindicated*

__Discussed with Dr.______ Time:______
*will see patient in: ED / hospital / office*
Counseled patient / family regarding: *lab / rad. results diagnosis need for follow-up*
Additional history from: *family caretaker paramedics*
__Rx given______
CRIT CARE TIME *(excluding separately billable procedures)* ______ *min*

Initial visit unless marked:

## CLINICAL IMPRESSION ☐ subsequent ☐ sequelae

**Skin** *(**R / L ; FB ; specify anatomy)*
Laceration: ______
Abrasion: ______
Open bite: ______
Contusion: ______

**Strain** *(**R / L; specify anatomy)*

**Sprain** *(**R / L; except for spine specify joint & ligament)*
Spine: *C T L*

**Ortho** *(See Xrays / CT)*
Fracture / Dislocation : *closed / open*

**Neuro** *(See HPI & PE)*
Concussion
R / L Cerebral: *contusion lac traumatic hemorrhage*
R / L Epidural Subdural
Traumatic SAH
**LOC:** *unknown few sec < min* ___*sec / mins unk time*
Cord Injury: incomplete complete
: *level C:* # ___
*T:* # ___
*L:* # ___ *sacral*

**CV / Resp** *(See Xrays / CT)*
Aorta transection: *abd thoracic*
Cardiac arrest
Cardiac contusion
R / L Hemothorax
R / L Pneumothorax *tension*
R / L Pulmonary: *contusion lac*
Respiratory arrest

**Abdomen / GI / GU**
Hemoperitoneum
Liver: contusion
lac: ___*cm stellate multiple*
Spleen: contusion: *<2cm >2cm*
lac: *<1cm 1-3cm >3cm*
Kidney: R / L :
contusion: *<2cm >2cm*
lac: *<1cm 1-3cm >3cm*

**Other**
Sexual assault reported
Shock: *traumatic hypovolemic*
GSW / Stab / Penetrating injury :
*to: head neck: ant post thorax abd low back pelvic ext genitals*
Crush injury *to:* ______
Amputation: partial complete :
*to:* ______
*at level of:* ______
Tooth #___: *fx avulsion sublux*

DISPOSITION DECISION TIME-______ ☐ home ☐ transfer to physician
☐ transfer to facility date:______ time:______
room #______ route______
DISPO TIME-______ ☐ admit __POA *pressure ulcer / UTI (foley)* ______
CONDITION- ☐ unchanged ☐ improved ☐ stable______
Care transferred to Dr.______ Time:______
______ MD
☐ Template Complete ☐ See Addendum (Dictated / Template #______)

♦ Reportable Measure

Reported Assault - 20 Page 4 of 4 Form# 115-042

Circle (positives) backslash negatives, check √ normals

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

FROM: (310-321-7649) TO:318-992-9213 05-Aug-2021 10:40 UTC PAGE: 1/2

LGH LaSalle GENERAL HOSPITAL

LaSalle General Hospital
187 9th St.
Jena LA 71342
Fax 318-992-9213 or 318-992-9113 or 318-992-9182

# Final Radiology Report

**Name:** [redacted] **Age:** 30y **Date:** 08/05/2021 3:48 AM
**MRN:** 59263LGH **DOB:** [redacted]
**Study:** CT FACIAL BONES W/O IV CONTRAST **Requesting Physician:** TAPIA, JORGE I
**Accession:** CT21001899LGH

EXAM DESCRIPTION:

CT HEAD W/O IV CONTRAST (accession CT21001900LGH), CT FACIAL BONES W/O IV CONTRAST (accession CT21001899LGH)

CLINICAL HISTORY:

30 years Male ALTERCATION PTA

COMPARISON:

None

TECHNIQUE:
Noncontrast CT of the head and face.
This exam was performed according to our departmental dose-optimization program, which includes automated exposure control, adjustment of the mA and/or kV according to patient size and/or use of iterative reconstruction technique.

FINDINGS:

BRAIN:

Parenchyma: No acute hemorrhage, large territorial infarction, or mass.

Ventricles and extra-axial spaces: Appropriate for age.

Bones: Calvarium is intact.

Additional comment: None.

FACE:

Bones:

Bilateral nasal bone fractures.
Nondisplaced comminuted fracture of the left parasymphyseal mandible, with fracture line possibly traversing through the alveolar recesses of the left mandibular central and lateral incisors.
Nondisplaced fracture of the right mandibular ramus, with fracture line possibly traversing the right mandibular canal.
Soft tissue swelling adjacent to the fracture sites.
Extensive scattered dental caries with periapical disease.

Orbits: Normal.

Paranasal sinuses: Moderate polypoid mucosal thickening of the bilateral maxillary sinuses.

Mastoid air cells: Clear.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Soft tissues: As above.

Additional comment: None.

IMPRESSION:
1. No acute intracranial findings.
2. Bilateral nasal bone fractures.
3. Nondisplaced comminuted fracture of the left parasymphyseal mandible, with fracture line possibly traversing through the alveolar recesses of the left mandibular lateral and central incisors.
4. Nondisplaced fracture of the right mandibular ramus, with fracture line possibly traversing through the right mandibular canal.
5. Extensive scattered dental caries with periapical disease.

Electronically signed by: Sunthosh Madireddi MD 8/5/2021 5:37 AM CDT Workstation: 109-0273YZ9

This Facsimile may contain PRIVILEGED, CONFIDENTIAL AND/OR OTHERWISE PROTECTED INFORMATION intended only for the use of the addressee. Unauthorized distribution or use of the fasicmile or its contents is strictly prohibited. If you are not the addressee, the person responsible for delivering this message to the addressee, or have received this facsimile in error, please immediately notify us by telephone at the number above and destroy this information. Thank you

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

FROM: (310-321-7649) TO:318-992-9213 05-Aug-2021 10:40 UTC PAGE: 1/2

LGH LaSalle GENERAL HOSPITAL

**LaSalle General Hospital**
187 9th St.
Jena LA 71342
Fax 318-992-9213 or 318-992-9113 or 318-992-9182

# Final Radiology Report

**Name:** [redacted]
**MRN:** 59263LGH
**Study:** CT HEAD W/O IV CONTRAST
**Accession:** CT21001900LGH
**Age:** 30y
**DOB:** [redacted]
**Requesting Physician:** TAPIA, JORGE I
**Date:** 08/05/2021 3:48 AM

EXAM DESCRIPTION:

CT HEAD W/O IV CONTRAST (accession CT21001900LGH), CT FACIAL BONES W/O IV CONTRAST (accession CT21001899LGH)

CLINICAL HISTORY:

30 years Male ALTERCATION PTA

COMPARISON:

None

TECHNIQUE:
Noncontrast CT of the head and face.
This exam was performed according to our departmental dose-optimization program, which includes automated exposure control, adjustment of the mA and/or kV according to patient size and/or use of iterative reconstruction technique.

FINDINGS:

BRAIN:

Parenchyma: No acute hemorrhage, large territorial infarction, or mass.

Ventricles and extra-axial spaces: Appropriate for age.

Bones: Calvarium is intact.

Additional comment: None.

FACE:

Bones:

Bilateral nasal bone fractures.
Nondisplaced comminuted fracture of the left parasymphyseal mandible, with fracture line possibly traversing through the alveolar recesses of the left mandibular central and lateral incisors.
Nondisplaced fracture of the right mandibular ramus, with fracture line possibly traversing the right mandibular canal.
Soft tissue swelling adjacent to the fracture sites.
Extensive scattered dental caries with periapical disease.

Orbits: Normal.

Paranasal sinuses: Moderate polypoid mucosal thickening of the bilateral maxillary sinuses.

Mastoid air cells: Clear.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

Soft tissues: As above.

Additional comment: None.

IMPRESSION:
1. No acute intracranial findings.
2. Bilateral nasal bone fractures.
3. Nondisplaced comminuted fracture of the left parasymphyseal mandible, with fracture line possibly traversing through the alveolar recesses of the left mandibular lateral and central incisors.
4. Nondisplaced fracture of the right mandibular ramus, with fracture line possibly traversing through the right mandibular canal.
5. Extensive scattered dental caries with periapical disease.

Electronically signed by: Sunthosh Madireddi MD 8/5/2021 5:37 AM CDT Workstation: 109-0273YZ9

This Facsimile may contain PRIVILEGED, CONFIDENTIAL AND/OR OTHERWISE PROTECTED INFORMATION intended only for the use of the addressee. Unauthorized distribution or use of the facsimile or its contents is strictly prohibited. If you are not the addressee, the person responsible for delivering this message to the addressee, or have received this facsimile in error, please immediately notify us by telephone at the number above and destroy this information. Thank you.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

**LaSalle General Hospital**
187 Ninth St. • Jena, Louisiana 71342
Phone (318) 992-9200

MATHEW ERICKSON, M.D. DEA # FE0981111 J. DEREK JOHNSON, M.D. DEA #
DAVID E. BARNARD, M.D. DEA # AB 9406162

[redacted]
30 Y M [redacted] FTI
59263-0001 08/05/2021
Name TAPIA, JORGE I, MD / TAPIA, JORGE I, MD
Address

℞
1- Amoxil Susp. 250mg/5ml
10ml po q8 TID #10days
2. peridex mouth rinse TID
3. Ibuprofen 600mg Po TID prn
#20doses

Refill ☐ 1 ☐ 2
☐ 3 ☐ 4 ☐ 5 ☐ Generic
☐ prn ☐ non ☐ ~~As written~~ Faisal Thaqi, M.D.

Form # 1500180 (Rev 8/17)

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2021-00003310

**Print Date/Time:** 04/21/2025 14:40
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

**Incident Type:** Informational
**Reporting Officer:** 10105 - Hollan
**Incident Date/Time:** 06/02/2021 03:00 PM
**Reported Date/Time:** 06/14/2021 08:24 AM
**Incident Location:**
**Description:** Inmate fight

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Carter, Aaron Lance | Offender | 2021-00000984 | N |

## Subject Charges

## Activity

## Violations

**Seq Number:** 1 **Violator:** Carter, Aaron Lance **Violation:** Medical Issue
**Location:** **Requires Reclassification:** N

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

On 6-2-2021 at approximately 0800 hours, I, Sgt. Michael Hollan was informed by Warden Eric Stott that inmate Aaron Carter had been in a fight and was brought to the hospital for minor injuries. See attached report for further information.

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

**Medical Notified:** __________ **YES** __________ **NO** **Date:** ______________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

**AARON CARTER**

# CATAHOULA CORRECTIONAL CENTER

UNUSUAL OCCURRENCE REPORT

| NAME | NUMBER: | DORM/CELL | DATE OF INCIDENT | TIME: |
|---|---|---|---|---|
| AARON CATER | | B-DORM | 6-02-2021 | 15:30 |

| LOCATION OF INCIDENT: | WITNESSES |
|---|---|
| **B-DORM** | OFC. DEBRA GRAVES |

TYPE OF INCIDENT CHECK APPROPRIATE BOX (ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGGRAVATED FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| X | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | | MEDICAL | | MONTHLY INSPECTION |
| | CONTRABAND | | OTHER: | | | | | | |
| | CHEMICAL AGENTS USED | | | | MECHANICAL RESTRAINTS USED | | | | |

ON THE ABOVE DATE AND APPROXIMATE TIME, I, MAJOR LEA WAS ENTER B-DORM AFTER A CODE 3 WAS CALLED WHEN I SEE OFFENDER AARON CARTER STANDING BY HIS RACK BLEEDING FROM HIS HEAD. AFTER I WATCH THE DVR I SEE OFFENDER CARTER AND OFFENDERS TYRELL BYRD AND TYREKE RICHARD GET INTO A FIGHT AND OFFENDER CARTER FALLS TO THE GROUND AND THE OTHER TWO OFFENDERS BEGIN TO KICK OFFENDER CARTER IN THE HEAD AND BODY. ONCE I HAVE OFFENDER CARTER IN MEDICAL THE NURSE DECIDES TO SEND HIM LASALLE GENERAL FOR STITCHES. E.O.R...

**WESLEY LEA, MAJOR**
REPORTING OFFICER

**06/02/2021 16:10**
DATE AND TIME COMPLETED

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Record
Deputy Sheriff
Calcasieu Parish, Louisiana



MANCUSO 002975

**Aaron Carter**

## CATAHOULA CORRECTIONAL CENTER DISCIPLINARY REPORT

INMATE INFORMATION

| | | | |
|---|---|---|---|
| NAME | BYRD, TYRELL | NO. | |
| JOB ASSIGNMENT | IDLE | HOUSING ASSIGNMENT | CELL #6 |

INCIDENT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| LOCATION | B-DORM | DATE | 6/02/2021 | TIME | 15:25 |
| RULE VIOLATION | FIGHTING | | | RULE # | #10 |

DESCRIPTION OF INCIDENT (Include all relevant information, i.e. – unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force.

ON THE ABOVE DATE AND APPROXIMATE TIME, I LT. DONTAY L. FORTUNE WAS IN CONTROL 1 WHEN A KNOCK WAS HEARD ON THE FLAP OF B-DORM. I OPENED THE FLAP AND SAW OFFENDER CARTER, AARON (2021030084) STANDING AT THE FLAP WITH BLOOD POURING FROM HIS FORHEAD. I THEN CALLED A CODE 3 IN B-DORM; OFFICERS RESPONDED, REMOVING OFFENDER CARTER. I THEN REVIEWED CONTROL #1 'S AND NOTICED THAT OFFENDERS WERE NEAR THE MIDDLE OF THE DORMS BUNKING AREA. OFFENDER BYRD, TYRELL AND RICHARDS, TYREKE WERE SEEN PUNCHING AND KICKING OFFENDER CARTER. BOTH OFFENDERS BYRD AND RICHARD WERE REMOVED FROM THE DORM AND PLACED IN CELL #6 PENDING FURTHER DISCIPLINARY ACTIONS. E.O.R...

| | | | |
|---|---|---|---|
| SIGNATURE OF REPORTING EMPLOYEE | [signature] | | |
| PRINT NAME, TITLE, AND ASSIGNMENT | DONTAY L. FORTUNE, LT., A-TEAM | | |
| DATE OF REPORT | 6/02/2021 | TIME OF REPORT | 16:21 |
| COPY OF REPORT GIVEN TO OFFENDER BY | | | |
| SIGNATURE OF OFFENDER | X | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PLEA- | | GUILTY | | NOT GUILTY | VERDICT- | | GUILTY | | NOT GUILTY |
| HEARING DATE | | COUNSEL | | NUMBER | | | | | |
| MOTIONS | | | | | | | | | |

REASON FOR DEPOSITION

| | | | |
|---|---|---|---|
| | REPORT IS CLEAR & PRECISE | | LACK OF CREDIBLE DEFENSE / LACK OF EVIDENCE |
| | THE OFFICER'S VERSION IS DETERMINED TO BE MORE CREDIBLE THAN THE INMATE'S | | |
| | INVESTIGATIVE OFFICER'S TESTIMONY DEEMED MORE TRUTHFUL / ACCURATE THAN THE INMATE'S | | |
| | BASED ON HIS STATEMENT | | INMATE PLED GUILTY / GUILTY PLEA ACCEPTED |
| | DENYING REPORT IS THE ONLY DEFENSE | | NO EVIDENCE TO REFUTE THE CHARGE |
| | INMATE'S DEMEANOR LED THE BOARD TO BELIEVE HIS TESTIMONY UNTRUE | | PLEA BARGAIN |
| | OTHER - | | |

REASON FOR SENTENCE

| | | | |
|---|---|---|---|
| | SERIOUSNESS OF OFFENSE | | PROTECTION OF INSTITUTION, EMPLOYEES, OTHERS |
| | POOR CONDUCT REPORT | | OTHER - |
| | A TOTAL OF ______ RULE VIOLATIONS | | ______ SCHEDULE B VIOLATIONS SINCE ______ |

| | | | | | |
|---|---|---|---|---|---|
| SENTENCE | | | SUSPENDED | | IMPOSED |
| SENTENCE | | | SUSPENDED | | IMPOSED |

DISCIPLINARY BOARD – COST MAY BE IMPOSED FOR ANY PROPERTY DAMAGED, OR MEDICAL EXPENSE OCCASIONED THROUGH THE FAULT OF AN INMATE WHO, IN SO CAUSING THE LOSS, DAMAGE, OR MEDICAL EXPENSE, ALSO IS FOUND GUILTY, THROUGH THE DISCIPLINARY PROCESS, OF VIOLATING ONE OR MORE OF THE RULES SET OUT IN THE DISCIPLINARY RULES PROCEDURES FOR ADULT INMATES.

CHAIRMAN (Disciplinary Officer) ____________ MEMBER ____________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

# CATAHOULA CORRECTIONAL CENTER DISCIPLINARY REPORT

INMATE INFORMATION

| | | | |
|---|---|---|---|
| NAME | RICHARD, TYREKE | NO. | |
| JOB ASSIGNMENT | IDLE | HOUSING ASSIGNMENT | CELL #6 |

INCIDENT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| LOCATION | B-DORM | DATE | 6/02/2021 | TIME | 15:25 |
| RULE VIOLATION | FIGHTING | | | RULE # | #10 |

DESCRIPTION OF INCIDENT (Include all relevant information, i.e. – unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force.

ON THE ABOVE DATE AND APPROXIMATE TIME, I LT. DONTAY L. FORTUNE WAS IN CONTROL 1 WHEN A KNOCK WAS HEARD ON THE FLAP OF B-DORM. I OPENED THE FLAP AND SAW OFFENDER CARTER, AARON (2021030084) STANDING AT THE FLAP WITH BLOOD POURING FROM HIS FORHEAD. I THEN CALLED A CODE 3 IN B-DORM; OFFICERS RESPONDED, REMOVING OFFENDER CARTER. I THEN REVIEWED CONTROL #1 'S AND NOTICED THAT OFFENDERS WERE NEAR THE MIDDLE OF THE DORMS BUNKING AREA. OFFENDER BYRD, TYRELL AND RICHARD, TYREKE WERE SEEN PUNCHING AND KICKING OFFENDER CARTER. BOTH OFFENDERS BYRD AND RICHARD WERE REMOVED FROM THE DORM AND PLACED IN CELL #6 PENDING FURTHER DISCIPLINARY ACTIONS. E.O.R...

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SIGNATURE OF REPORTING EMPLOYEE | | | | [signature] | | | | |
| PRINT NAME, TITLE, AND ASSIGNMENT | | | | DONTAY L. FORTUNE, LT., A-TEAM | | | | |
| DATE OF REPORT | 6/02/2021 | | | TIME OF REPORT | 16:21 | | | |
| COPY OF REPORT GIVEN TO OFFENDER BY | | | | | | | | |
| SIGNATURE OF OFFENDER | | | | X | | | | |
| PLEA- | | GUILTY | | NOT GUILTY | VERDICT- | | GUILTY | NOT GUILTY |
| HEARING DATE | | COUNSEL | | | NUMBER | | | |
| MOTIONS | | | | | | | | |

REASON FOR DEPOSITION

| | | | |
|---|---|---|---|
| | REPORT IS CLEAR & PRECISE | | LACK OF CREDIBLE DEFENSE / LACK OF EVIDENCE |
| | THE OFFICER'S VERSION IS DETERMINED TO BE MORE CREDIBLE THAN THE INMATE'S | | |
| | INVESTIGATIVE OFFICER'S TESTIMONY DEEMED MORE TRUTHFUL / ACCURATE THAN THE INMATE'S | | |
| | BASED ON HIS STATEMENT | | INMATE PLED GUILTY / GUILTY PLEA ACCEPTED |
| | DENYING REPORT IS THE ONLY DEFENSE | | NO EVIDENCE TO REFUTE THE CHARGE |
| | INMATE'S DEMEANOR LED THE BOARD TO BELIEVE HIS TESTIMONY UNTRUE | | PLEA BARGAIN |
| | OTHER - | | |

REASON FOR SENTENCE

| | | | | | |
|---|---|---|---|---|---|
| | SERIOUSNESS OF OFFENSE | | PROTECTION OF INSTITUTION, EMPLOYEES, OTHERS | | |
| | POOR CONDUCT REPORT | | OTHER - | | |
| | A TOTAL OF ______ RULE VIOLATIONS | | ______ SCHEDULE B VIOLATIONS SINCE ______ | | |
| SENTENCE | | | SUSPENDED | | IMPOSED |
| SENTENCE | | | SUSPENDED | | IMPOSED |

DISCIPLINARY BOARD – COST MAY BE IMPOSED FOR ANY PROPERTY DAMAGED, OR MEDICAL EXPENSE OCCASIONED THROUGH THE FAULT OF AN INMATE WHO, IN SO CAUSING THE LOSS, DAMAGE, OR MEDICAL EXPENSE, ALSO IS FOUND GUILTY, THROUGH THE DISCIPLINARY PROCESS, OF VIOLATING ONE OR MORE OF THE RULES SET OUT IN THE DISCIPLINARY RULES PROCEDURES FOR ADULT INMATES.

CHAIRMAN (Disciplinary Officer)

MEMBER

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2021-00002786

**Print Date/Time:** 04/21/2025 14:41
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

| | | | |
|---|---|---|---|
| **Incident Type:** | Informational | **Reporting Officer:** | 10105 - Hollan |
| **Incident Date/Time:** | 05/17/2021 10:32 AM | **Reported Date/Time:** | 05/17/2021 10:32 AM |
| **Incident Location:** | | | |
| **Description:** | Inmate fighting. | | |

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Visser, Micah Otto | Victim | 2021-00001936 | N |

## Subject Charges

## Activity

## Violations

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ____________________ **Date:** ____________________

**Reviewed:** ____________________ **Date:** ____________________

**Medical Notified:** ________ **YES** ________ **NO** **Date:** ____________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2021-00002785

**Print Date/Time:** 04/21/2025 14:42
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

**Incident Type:** Informational
**Reporting Officer:** 10105 - Hollan
**Incident Date/Time:** 05/17/2021 10:28 AM
**Reported Date/Time:** 05/17/2021 10:28 AM
**Incident Location:**
**Description:** Inmate fight

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Visser, Micah Otto | Victim | 2021-00001936 | N |

## Subject Charges

## Activity

## Violations

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

**Medical Notified:** __________ **YES** __________ **NO** **Date:** ______________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2021-00002784

**Print Date/Time:** 04/21/2025 14:43
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

**Incident Type:** Informational
**Reporting Officer:** 10105 - Hollan
**Incident Date/Time:** 05/17/2021 10:23 AM
**Reported Date/Time:** 05/17/2021 10:23 AM
**Incident Location:**
**Description:** Inmate fighting

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Visser, Micah Otto | Victim | 2021-00001936 | N |

## Subject Charges

## Activity

## Violations

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ____________________ **Date:** ____________________

**Reviewed:** ____________________ **Date:** ____________________

**Medical Notified:** __________ **YES** __________ **NO** **Date:** ____________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2021-00002499

**Print Date/Time:** 04/21/2025 14:43
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

**Incident Type:** Informational
**Reporting Officer:** 10105 - Hollan
**Incident Date/Time:** 05/03/2021 10:34 AM
**Reported Date/Time:** 05/03/2021 10:34 AM
**Incident Location:**
**Description:** Injured inmate

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Redeaux, Dustin Mallory | Offender | 2020-00004634 | N |

## Subject Charges

## Activity

## Violations

**Seq Number:** 1 **Violator:** Redeaux, Dustin Mallory **Violation:** Medical Issue
**Location:** **Requires Reclassification:** N

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

On 5/3/21 Warden Stott from Catahoula informed me that our inmate Dustin Redeaux was involved in an altercation with another one of our inmates, Adrent Carter. See attached report.

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

**Medical Notified:** __________ **YES** __________ **NO** **Date:** ______________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions, Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

**Redeaux, Dustin**

## Initial Incident Report

*Page 1 of 1*

LASALLE CORRECTIONS

| Nature of Incident | | | |
|---|---|---|---|
| Critical Incident Reported | | Reported by: (Name/Title) | Facility |
| Date | Time | | |
| 4-27-2021 | 15:19 | DONTAY L. FORTUNE/LIEUTENANT | Catahoula C. C. |

Nature of Incident- Use the Incident Number and Name from Chart 1 of Policy LSC 2.15 Note: If Incident involves UOF, list both Incident Numbers (ex- 2.2 Use of Force, 2-8 Physical Inmate Confrontations)

2-8. Physical Inmate Confrontation

Short Synopsis of What Occurred *(List officers and inmates involved, date, time and what occurred)*

On above date and approximate time, I Lt. Dontay L. Fortune, answered a knock at B-Dorm's flap; offender Redeaux, Dustin (#733409) was standing at the flap with a bloody gash across his left cheek.

Injuries *(List any injuries or state "none")*

deep gash to left cheek of face

| Priority Level | Person who Determined Incident Level | CI Report Number Format [YearMonthDate (hyphen) Unit three letter character abbreviation, sequential number for month] (last 2 sequential digits begin at 01 each month) | CI210427-CCC07 |
|---|---|---|---|
| ☐1 ☑2 ☐3 | Trevor Mitchell, Captain | | *CIYYMMDD - XXX00* |

**Telephone Notifications Made by Supervisor or Designee**

**Name of Individual making notifications listed below:**

| Notification | Name of Person Notified | Time | Date | Notified By |
|---|---|---|---|---|
| Warden./Jail Admin. | Pat Book | 16:12 | 4/27/2021 | A. Warden Eric Stott |
| Assistant Warden | Eric Stott | 16:04 | 4/27/2021 | Captain Trevor Mitchell |
| Chief of Security | Wes Lea | 15:57 | 4/27/2021 | LT. DONTAY L. FORTUNE |
| Local Law Enforcement | N/A | N/A | N/A | N/A |

| Jurisdictional Notifications *(List all jurisdictions of inmates involved)* | Time | Date | Notified By |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

| List Jurisdictions Requesting Report | Time | Date | Sent By |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| Initial Verbal Notification to the Director of Operations | | | |
|---|---|---|---|
| Name of Person Notified | Time | Date | Notified By |
| James McCormick | 16:22 | 4/27/2021 | Warden Pat Book |

| Initial Person Reporting | | | |
|---|---|---|---|
| Signature of Reporting Person | Title | Date | Facility |
| [signature] | LT. | 4/27/2021 | Catahoula C. C. |

Form 2.15-1 (06-2020)

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

**Supervisor Summary of Incident**

*Page 1 of 3*

LASALLE
CORRECTIONS

| Facility | Incident Date/Time | Type of Force Used | Incident Report Number |
|---|---|---|---|
| Catahoula C. C. | 4-27-2021/19:19 | ☑ Major ☐ Deadly ☐ None | CI210427-CCC07 |

The Supervisor will complete the following, using as much detail as possible (e.g. List all actions you took as a supervisor and all you witnessed during the incident). This is a detailed report of the incident and not a short Synopsis as reported in the Initial Report (2.15-1). If you need additional pages to complete your statement, use form 2.15-4 Continuation Page.

**STATEMENT**

| Print Your Name | Date of Report | Time of Report |
|---|---|---|
| DONTAY L. FORTUNE | 4-27-2021 | 16:16 |
| **Rank/Title** | **Location Where Incident Occurred** | |
| LIEUTENANT | B-DORM | |

ON THE ABOVE DATE AND APPROXIMATE TIME, I, LIEUTENANT DONTAY L. FORTUNE WAS IN CONTROL 1 WHEN I HEARD A LOUD BANG ON B-DORM'S FLAP. I OPENED THE FLAP AND NOTICED THAT OFFENDER READEAUX, DUSTIN (#733409). I THEN REVIEWED CAMERA 12 (15:19) AND SAW OFFENDER CARTER, ADRENT (2020120054) TALKING WITH REDEAUX BREIFLY THEN HE SWINGS TOWARD THE OFFENDER WITH A HIDDEN SHARP OBJECT CAUSING REDEAUX TO GRAB HIS FACE AND MOVE BACKWARDS. IMMEDIATELY MYSELF AND SGT. MILLER ENTERED THE DORM AND REMOVED OFFENDER CARTER TO CELL #8; I LOCATED OFFENDER REDEAUX, WHO WAS IN THE SHOWER AND REMOVED THE OFFENDER TO MEDICAL TO RECEIVE MEDICAL ATTENTION FROM L.P.N. ROBIN PERRIN-NIX. THE OFFENDERS WOUND WAS CLEANED BY L.P.N. NIX AND DETERMINED BY MEDICAL THAT REDEAUX NEEDED TO BE TRANSPORTED TO LASALLE GENERAL HOSPITAL FOR STITCHES. E.O.R...

*Attach continuation page(s) if needed, using form 2.15-4 Continuation Sheet.* ☐ **Number Continuation Pages Used**

Form 2.15-2 (06/2020)

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

**Supervisor Summary of Incident**
*Page 2 of 3*

LASALLE CORRECTIONS

**Incident Report Number** CI210427-CCC07

**If force was used, does information in this report indicate excessive or unnecessary force was used against an offender under 18 years of age?**

☑ No ☐ Yes (If Yes, Provide required notification information below)

| Contact Agency | Print Name of Person Contacted | Person Making Contact | Date/Time Contact Made |
|---|---|---|---|
| Law Enforcement Agency | N/A | N/A | N/A |
| Department of Family and Protective Services | N/A | N/A | N/A |

**NOTE: When a UOF is involved, all Employees and Inmate Participants must be examined.**
**Were all employee(s) and inmate(s) immediately examined by Medical Staff if required? (Attach form 2.15-5 for each person examined.)**

☐ Yes ☑ No If no, why Not? NOT IMMEDIATE

| If Medical Staff was not on site who contacted the "on call" Medical Staff | Name/Title of Medical Staff Member contacted *(Please Print)* | Date/Time Contacted |
|---|---|---|
| N/A | N/A | N/A |

**Employee Participants/Witnesses** *(Please Print) Complete form 2.15-7 or 2.15-3 for each Employees Listed*

| Last Name | First Name | MI | Rank |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form 2.15-2 (06/2020)

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

# INJURY REPORT - Employee/Inmate

*Page 1 of 3*

LASALLE CORRECTIONS

| Facility | Incident Date | Type of Force Used | Incident Report Number |
|---|---|---|---|
| Catahoula C. C. | 4-27-2021 | ☑ Major ☐ Deadly ☐ None | CI210427-CCC07 |

| Print Name | Rank/Title OR Inmate Number/Custody |
|---|---|
| REDEAUX, DUSTIN | #733409 |

## EXAMINATION

**1.** Did employee / inmate complain of injury? ☑ No ☐ Yes If Yes, describe:

N/A

**2.** Was the employee / inmate examined on site? ☑ Yes ☐ No If No, explain:

N/A

**3.** Was the employee / inmate injured during the incident? ☐ No ☑ Yes, (If Yes, place a √ beside each area of the body that was injured).

| | | | | | |
|---|---|---|---|---|---|
| ☐ Abdomen/Stomach -1 | ☐ Buttocks- 5 | ☑ Face – 9 | ☐ Head – 13 | ☐ Leg(s) – 17 | ☐ Pelvis – 21 |
| ☐ Ankle(s) – 2 | ☐ Chest – 6 | ☐ Foot/Feet – 10 | ☐ Hip(s) – 14 | ☐ Neck – 18 | ☐ Genital area – 22 |
| ☐ Arm(s) – 3 | ☐ Ear(s) – 7 | ☐ Groin –11 | | ☐ Shoulder(s) –19 | |
| ☐ Back – 4 | ☐ Eye(s) – 8 | ☐ Hand(s) – 12 | ☐ Knee(s) – 16 | ☐ Wrist(s) – 20 | |

**4.** Indicate the extent of injury to each area of the body noted above (enter the "body area number" by the type of injury; one type of injury may have more than on "body area number" noted):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Abrasion | 9 | Cut | | Heart Attack | | Puncture |
| | Amputation | | Dermatitis | | Heat Exhaustion | | Rupture |
| | Bite | | Dislocation | | Hernia | | Scratch |
| | Bruise | | Dizziness/Faintness | | Inflammation | | Shock |
| | Burn | | Foreign Object in Eye | | Internal Injuries | | Sprain |
| | Closed Head Injury | | Fracture | | Nausea | | Strain |
| | Contusion | | Hearing Loss | | Open Head Injury | | Exposed to Communicative Disease |

**5.** Injury Severity Codes (√ the one that most aptly describes the highest level of injury noted above)

Minor (one-time treatment/observation) ☑ Serious ☐ Death

**6.** Medical Staff Who Performed Examination *(Printed Name/Title)*

ROBIN PERRIN-NIX/L.P.N.

**TREATMENT** - *Complete this section ONLY if employee/inmate sustained injuries during the Use of Force.*

**1.** Was the employee or inmate treated for injuries?

☑ Yes ☐ No If No, Explain Why: ☐ Refused ☑ Other *(explain)* HOSPITAL/STITCHES

If Yes, describe treatment:

THE OFFENDERS FACIAL WOUND WAS CLEANED BY MEDICAL STAFF AND BANDAGED.

Treated at: ☐ Inmate's Living Area ☑ Unit Infirmary
☑ Hospital *(name)* LaSalle General Hospital ☐ Other (specify):

**2.** If Medical Treatment was NOT provided, explain why? *(i.e. Inmate was combative, Inmate refused, etc.)*

N/A

Form 2.15-5 (06-2020)

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

**INJURY REPORT - Employee/Inmate**
*Page 3 of 3*

LASALLE CORRECTIONS

| Facility | Date | Time | Incident Report Number |
|---|---|---|---|
| Catahoula C. C. | 4-27-2021 | 15:19 | CI210427-CCC07 |

**PHOTOGRAPHS**

*Supervisor shall attach all PHOTOGRAPHS here.*

**MEDICAL DIAGRAMS/DESCRIPTION OF INJURY**

*Medical Staff shall indicate injuries sustained during the incident by marking diagrams and providing a brief description below.*



| Brief Description | Brief Description |
|---|---|
| DEEP GASH TO LEFT CHEEK | DEEP GASH TO LEFT CHEEK |

**DESCRIPTION PROVIDED BY**

| Printed Name/Title | Signature | Date |
|---|---|---|
| DONTAY L. FORTUNE/LIEUTENANT | | 4-27-2021 |

Form 2.15-5 (06-2020)

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana



A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

# Incident Report

Incident: 2021-00002089

**Print Date/Time:** 04/21/2025 14:44
**Login ID:** cpsoapps\cdomingue

Calcasieu Parish Sheriff's Office
**ORI Number:** LA0100000

## Details

| | | | |
|---|---|---|---|
| **Incident Type:** | Informational | **Reporting Officer:** | 10105 - Hollan |
| **Incident Date/Time:** | 04/08/2021 04:01 PM | **Reported Date/Time:** | 04/14/2021 04:01 PM |
| **Incident Location:** | | | |
| **Description:** | Inmate Robin Wood was stabbed at Catahoula. | | |

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Wood, Robin Tyler | Offender | 2021-00001001 | N |
| Wood, Robin Tyler | Victim | 2021-00001001 | N |

## Subject Charges

## Activity

## Violations

| | | | | | |
|---|---|---|---|---|---|
| **Seq Number:** | 1 | **Violator:** | Wood, Robin Tyler | **Violation:** | Medical Issue |
| **Location:** | | | | **Requires Reclassification:** | N |

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

## Violation Appeals

## Narrative

On 4-8-21 at approximately 1043 hrs I, Sgt. Hollan, was notified by Warden Eric Stott that Inmate Robin Wood had been stabbed at their facility. He was being housed in Catahoula due to lack of space at our facility. He got into an altercation which resulted in him being stabbed in the back a few times. To see more details of this incident see the attached files. EOR/NFI

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

**Medical Notified:** __________ YES __________ NO **Date:** ______________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

[redacted]



Ochsner Health System | LSU Health Shreveport

## Monroe Hospital

***Fax Transmission***

Release of Information
4864 Jackson Street
Monroe, LA 71201
Phone: (318) 330-7004
Fax: (318) 330-7089

**Date:** 4/9/21

**To:** CATAHOULA CORECTIONAL CENTER

**Phone Number:**

**Fax Number:**

**Attention To:**

**From:** EAVE, SHANA

**Subject:** Request for Medical Records

**Comments:** You are receiving this in response to a request for medical record information.

**CONFIDENTIALITY NOTICE**
The documents accompanying this transmission may contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.
If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

**4864 Jackson Street** **Monroe, LA 71201** **www.ochsnerlsuhs.com**

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

OLMH 4S MEDICAL SURGICAL UNIT
4864 JACKSON STREET
MONROE LA 71202

[redacted]
MRN: 13000365, DOB: [redacted] Sex: M
Acct #: 28100769266
Adm: 4/8/2021

**04/08/2021 - ED to Hosp-Admission (Current) in Monroe 4S Medical Surgical Unit**

**H&P Notes**

**04/08/2021**

**H&P by Julian Arrieta, MD at 4/8/2021 1614**

Author: Julian Arrieta, MD
Filed: 4/8/2021 8:15 PM
Editor: Julian Arrieta, MD (Resident)
Cosigner: James P. Smith Jr., MD

Service: General Surgery
Date of Service: 4/8/2021 4:14 PM

Author Type: Resident
Status: Cosign Needed
Cosign Required: Yes

**General Surgery History & Physical**

**CC:** R sided pneumothorax from KSW

**HPI:** [redacted] is a 29 y.o. male with no significant PMH who presents as a transfer from OSH due to multiple knife stab wounds resulting in right-sided pneumothorax. Patient was involved in an altercation in prison where sustained upwards of 19 small knife stab wounds, mostly on upper back, resulting in pneumothorax on right side. Pt taken to OSH where a chest tube was placed, however, CXR revealed improperly placed chest tube with significant amount of pneumothorax still present. Pt was transferred to OLM for higher level of care. Upon arrival, patient is hemodynamically stable and saturating well on room air. Previous chest tube removed at bedside, with new placement of chest tube placed approximately 2 intercostal spaces above. Post-procedure CXR with significant resolution of pneumothorax. He denies fevers/chills, nausea/vomiting, chest pain.

**ROS:**
GEN: denies fever, chills, unintentional weight loss
HEENT: denies rhinorrhea, nasal congestion, visual change
CV: denies CP, palpitations
PULM: denies cough
Abd: denies abdominal pain, n/v, change in bowel habits
MSK/NEURO: as above
HEME: denies easy bruising or excessive bleeding

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

**PMH:**
History reviewed. No pertinent past medical history.

**PSH:**
History reviewed. No pertinent surgical history.

**Medications:**
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Admin |
|---|---|---|---|---|---|---|
| • acetaminophen tablet 650 mg | 650 mg | Oral | Q8H PRN | Julian Arrieta, MD | | |
| • acetaminophen tablet 650 mg | 650 mg | Oral | 4 times per day | Julian Arrieta, MD | | 650 mg at 04/08/21 1453 |
| • enoxaparin injection 40 mg | 40 mg | Subcutaneous | Daily | Julian Arrieta, MD | | |
| • famotidine tablet 20 mg | 20 mg | Oral | BID | Julian Arrieta, MD | | |
| • HYDROmorphone (PF) injection 0.5 mg | 0.5 mg | Intravenous | Q8H PRN | Nicholas Pelliccio, MD | | |

OLMH 4S MEDICAL SURGICAL UNIT
4864 JACKSON STREET
MONROE LA 71202

[redacted]
MRN: 13000365, DOB: [redacted], Sex: M
Acct #: 28100769266
Adm: 4/8/2021

04/08/2021 - ED to Hosp-Admission (Current) in Monroe-4S Medical Surgical Unit (continued)

**H&P Notes (continued)**

| | | | | | |
|---|---|---|---|---|---|
| • ketorolac tablet 10 mg | 10 mg | Oral | Q6H | Nicholas Pelliccio, MD | |
| • melatonin tablet 6 mg | 6 mg | Oral | Nightly PRN | Julian Arrieta, MD | |
| • methocarbamoL tablet 500 mg | 500 mg | Oral | QID | Julian Arrieta, MD | 500 mg at 04/08/21 1453 |
| • mupirocin 2 % ointment | | Nasal | BID | Judith M Fewell, RPH | |
| • ondansetron injection 4 mg | 4 mg | Intravenous | Q12H PRN | Julian Arrieta, MD | 4 mg at 04/08/21 1252 |
| • oxyCODONE immediate release tablet 5 mg | 5 mg | Oral | Q4H PRN | Julian Arrieta, MD | |
| • polyethylene glycol packet 17 g | 17 g | Oral | BID | Julian Arrieta, MD | |
| • prochlorperazine injection Soln 5 mg | 5 mg | Intravenous | Q6H PRN | Julian Arrieta, MD | |
| • senna-docusate 8.6-50 mg per tablet 1 tablet | 1 tablet | Oral | BID | Julian Arrieta, MD | |
| • sodium chloride 0.9% flush 10 mL | 10 mL | Intravenous | PRN | Julian Arrieta, MD | |
| • Tdap vaccine injection 0.5 mL | 0.5 mL | Intramuscular | vaccine x 1 dose | Julian Arrieta, MD | |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

**Allergies:**
Review of patient s allergies indicates:
No Known Allergies

**SH:**
Social History

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance Use Topics
- Alcohol use: Not Currently
- Drug use: Not on file

**FH:**
History reviewed. No pertinent family history.

**Physical Exam:**
BP 134/85 (BP Location: Left arm, Patient Position: Lying) | Pulse 90 | Temp 97.8 °F (36.6 °C) (Axillary) | Resp 20 | Ht 5 5" (1.651 m) | Wt 72.1 kg (158 lb 15.2 oz) | SpO2 (!) 94% | BMI 26.45 kg/m²

OLMH 4S MEDICAL SURGICAL UNIT
4864 JACKSON STREET
MONROE LA 71202

[redacted]
MRN: 13000365, DOB: [redacted] Sex: M
Acct #: 28100769266
Adm: 4/8/2021

04/08/2021 - ED to Hosp-Admission (Current) in Monroe 4S Medical Surgical Unit (continued)

**H&P Notes (continued)**

GEN: AAOx3, resting comfortably
CV: radial pulses 2+ B/L, RRR
Pulm: R-sided chest tube in place to continuous suction. Previous chest tube removal site with sutures in place.
Respirations even and unlabored
Abd: soft, NT/ND
MSK: no erythema or ecchymosis noted
Neurological: Alert and oriented to person, place, and time
Skin: x14 small Knife stab wounds to back

**Labs:**
**Recent Labs**

| Lab | 04/08/21 1128 |
|---|---|
| WBC | 7.94 |
| HGB | 13.2* |
| HCT | 38.1* |
| PLT | 252 |
| NA | 139 |
| K | 3.9 |
| CL | 105 |
| CO2 | 31* |
| BUN | 13 |
| BILITOT | 0.8 |
| AST | 54* |
| ALT | 29 |
| ALKPHOS | 57 |
| ALBUMIN | 3.8 |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

**Imaging:**
CXR (4/8/2021):
FINDINGS:
Support devices: Right-sided thoracostomy tube has been repositioned.

There is significant improvement in right-sided pneumothorax with mild residual in the right lung apices.

The cardiac silhouette is normal in size. The hilar and mediastinal contours are unremarkable.

Bones are intact.

Impression:
Moderate interval clearing of right-sided pneumothorax with mild residual in the right lung apex

**Assessment/Plan:**
29 y.o. male s/p multiple knife stab wounds resulting in right-sided pneumothorax s/p tube thoracostomy placement on 4/8/2021

- Admit to General Surgery floor

OLMH 4S MEDICAL SURGICAL UNIT
4864 JACKSON STREET
MONROE LA 71202

[redacted]
MRN: 13000365, DOB: [redacted] Sex: M
Acct #: 28100769266
Adm: 4/8/2021

04/08/2021 - ED to Hosp-Admission (Current) in Monroe 4S Medical Surgical Unit (continued)

**H&P Notes (continued)**

- R chest tube to continuous suction
- Multimodal pain regimen
- Regular diet
- Daily CXR
- Tdap vaccine
- DVT ppx
- GI ulcer ppx
- Bowel regimen
- Incentive spirometer
- Pt d/w Dr. Smith

Julian Arrieta, MD
Surgery, PGY-2
EAC #0303

Electronically signed by Julian Arrieta, MD at 4/8/2021 8:15 PM

**Procedure Notes**

**04/08/2021**

**Procedures by Julian Arrieta, MD at 4/8/2021 1415**

Author: Julian Arrieta, MD
Filed: 4/8/2021 8:21 PM
Editor: Julian Arrieta, MD (Resident)
Cosigner: James P. Smith Jr., MD

Service: General Surgery
Date of Service: 4/8/2021 2:15 PM

Author Type: Resident
Status: Cosign Needed
Cosign Required: Yes

Pre-procedure Diagnoses
1. Pneumothorax, right [J93.9]

Post-procedure Diagnoses
1. Pneumothorax, right [J93.9]

Procedures
1. CHEST TUBE INSERTION [PRO91 (Custom)]

**Chest Tube Insertion Procedure Note**

**Date of procedure:** 4/8/2021

**Patient:** [redacted]
**MRN:** 13000365

**Procedure:** 32 Fr right tube thoracostomy placement

**Staff:** James Patrick Smith, MD

**Surgeons:**
Julian Arrieta, MD
Nicholas Pelliccio, MD

**Anesthesia:** local

**Specimen:** none

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

OLMH 4S MEDICAL SURGICAL UNIT
4864 JACKSON STREET
MONROE LA 71202

[redacted]
MRN: 13000365, DOB: [redacted] Sex: M
Acct #: 28100769266
Adm: 4/8/2021

**04/08/2021 - ED to Hosp-Admission (Current) in Monroe 4S Medical Surgical Unit (continued)**

**Procedure Notes (continued)**

**Implants:** none

**EBL:** Minimal

**Complications:** none

**Indications for Procedure:** Patient is a 29 y.o.male with clinically significant right-sided pneumothorax after sustaining multiple knife stab wounds. Patient had chest tube placed at OSH, however, CXR revealed improper placement with significant pneumothorax still present. Discussed with pt need for new insertion of chest tube. Discussed risks/benefits of the procedure, pt expressed understanding and wishes to proceed.

**Procedure in Detail:** Informed consent was obtained for the procedure. Risks of lung perforation, hemorrhage, arrhythmia, and adverse drug reaction were discussed.

The patient was prepped and draped in the usual sterile fashion. A skin incision site was chosen anterior to the 5th rib in the right anterior axillary line. Anesthesia was administered with 10cc lidocaine 1% with epinephrine in the desired pleural space. A 3 cm incision was made through the dermis and epidermis using a #15 blade. The subcutaneous fat was bluntly divided using a Kelly. The Kelly was then inserted into the intercostal space with a small rush of air and immediate return of dark red blood. The space was widened by spreading the Kelly both craniocaudally and transversely. A finger was inserted to evaluate for adhesions, none were found. A Kelly with the 32Fr chest tube clamped on the end was placed into 4th rib space and attached to suction. The chest tube was sutured into place using a U-stitch and a second drain stitch. The chest tube was dressed with tegaderm. The previous chest tube was then removed, with the removal site sutured closed using 2-0 silk. Post procedure chest xray shows improvement of right-sided pneumothorax.

Julian Arrieta, MD
Surgery, PGY-2
EAC #0303

Electronically signed by Julian Arrieta, MD at 4/8/2021 8:21 PM

**Labs**

**Basic metabolic panel [627362127] (Final result)**

Electronically signed by: **Julian Arrieta, MD on 04/08/21 1240** Status: **Completed**
Ordering user: Julian Arrieta, MD 04/08/21 1240 Ordering provider: Julian Arrieta, MD
Authorized by: Julian Arrieta, MD Ordering mode: Standard
Frequency: Routine AM-Draw 04/09/21 0430 - 1 occurrence Class: Lab Collect
Quantity: 1 Lab status: Final result
Instance released by: Julian Arrieta, MD (auto-released) 4/9/2021 1:07 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| A009001288:8 | Blood | Blood | LDG 04/09/21 0335 |

**Basic metabolic panel [627362127] (Abnormal)** Resulted: 04/09/21 0440, Result status: Final result
Ordering provider: Julian Arrieta, MD 04/09/21 0107 Order status: Completed
Filed by: Edi, Soft Lab Interface 04/09/21 0441 Collected by: LDG 04/09/21 0335
Resulting lab: OCHSNER LSU HEALTH MONROE

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

OLMH 4S MEDICAL SURGICAL UNIT
4864 JACKSON STREET
MONROE LA 71202

[redacted]
MRN: 13000365, DOB: [redacted] Sex: M
Acct #: 28100769266
Adm: 4/8/2021

**04/08/2021 - ED to Hosp-Admission (Current) in Monroe-4S Medical Surgical Unit (continued)**

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| Sodium | 137 | 136 - 145 mmol/L | — | MOLB |
| Potassium | 3.9 | 3.5 - 5.1 mmol/L | — | MOLB |
| Chloride | 105 | 95 - 110 mmol/L | — | MOLB |
| CO2 | 29 | 23 - 29 mmol/L | — | MOLB |
| Glucose | 102 | 70 - 110 mg/dL | — | MOLB |
| BUN | 15 | 6 - 20 mg/dL | — | MOLB |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | MOLB |
| Calcium | 8.2 | 8.7 - 10.5 mg/dL | L ᵛ | MOLB |
| Anion Gap | 3 | 8 - 16 mmol/L | L ᵛ | MOLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | MOLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | MOLB |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **489 - MOLB** | OCHSNER LSU HEALTH MONROE | Howard Wright, MD | 4864 Jackson Street MONROE LA 71202 | 09/04/19 1618 - Present |

**Magnesium [627362128] (Final result)**

Electronically signed by: **Julian Arrieta, MD on 04/08/21 1240** Status: **Completed**
Ordering user: Julian Arrieta, MD 04/08/21 1240 Ordering provider: Julian Arrieta, MD
Authorized by: Julian Arrieta, MD Ordering mode: Standard
Frequency: Routine AM-Draw 04/09/21 0430 - 1 occurrence Class: Lab Collect
Quantity: 1 Lab status: Final result
Instance released by: Julian Arrieta, MD (auto-released) 4/9/2021 1:07 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| A009001288:9 | Blood | Blood | LDG 04/09/21 0335 |

**Magnesium [627362128]** Resulted: 04/09/21 0440, Result status: Final result

Ordering provider: Julian Arrieta, MD 04/09/21 0107 Order status: Completed
Filed by: Edi, Soft Lab Interface 04/09/21 0441 Collected by: LDG 04/09/21 0335
Resulting lab: OCHSNER LSU HEALTH MONROE

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 2.1 | 1.6 - 2.6 mg/dL | — | MOLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **489 - MOLB** | OCHSNER LSU HEALTH MONROE | Howard Wright, MD | 4864 Jackson Street MONROE LA 71202 | 09/04/19 1618 - Present |

**Phosphorus [627362129] (Final result)**

Electronically signed by: **Julian Arrieta, MD on 04/08/21 1240** Status: **Completed**
Ordering user: Julian Arrieta, MD 04/08/21 1240 Ordering provider: Julian Arrieta, MD
Authorized by: Julian Arrieta, MD Ordering mode: Standard







A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

OLMH 4S MEDICAL SURGICAL UNIT
4864 JACKSON STREET
MONROE LA 71202

[redacted]
MRN: 13000365, DOB: [redacted] Sex: M
Acct #: 28100769266
Adm: 4/8/2021

## 04/08/2021 - ED to Hosp-Admission (Current) in Monroe-4S Medical Surgical Unit (continued)

**Labs (continued)**

Frequency: Routine AM-Draw 04/09/21 0430 - 1 occurrence
Quantity: 1
Instance released by: Julian Arrieta, MD (auto-released) 4/9/2021 1:07 AM

Class: Lab Collect
Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| A009001288:10 | Blood | Blood | LDG 04/09/21 0335 |

**Phosphorus [627362129]** Resulted: 04/09/21 0440, Result status: Final result

Ordering provider: Julian Arrieta, MD 04/09/21 0107
Filed by: Edi, Soft Lab Interface 04/09/21 0441
Resulting lab: OCHSNER LSU HEALTH MONROE

Order status: Completed
Collected by: LDG 04/09/21 0335

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Phosphorus | 3.2 | 2.7 - 4.5 mg/dL | — | MOLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 489 - MOLB | OCHSNER LSU HEALTH MONROE | Howard Wright, MD | 4864 Jackson Street MONROE LA 71202 | 09/04/19 1618 - Present |

**CBC auto differential [627362130] (Final result)**

Electronically signed by: **Julian Arrieta, MD on 04/08/21 1240** Status: **Completed**
Ordering user: Julian Arrieta, MD 04/08/21 1240
Authorized by: Julian Arrieta, MD
Frequency: Routine AM-Draw 04/09/21 0430 - 1 occurrence
Quantity: 1
Instance released by: Julian Arrieta, MD (auto-released) 4/9/2021 1:07 AM

Ordering provider: Julian Arrieta, MD
Ordering mode: Standard
Class: Lab Collect
Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| A009001288:11 | Blood | Blood | LDG 04/09/21 0335 |

**CBC auto differential [627362130] (Abnormal)** Resulted: 04/09/21 0412, Result status: Final result

Ordering provider: Julian Arrieta, MD 04/09/21 0107
Filed by: Edi, Soft Lab Interface 04/09/21 0412
Resulting lab: OCHSNER LSU HEALTH MONROE

Order status: Completed
Collected by: LDG 04/09/21 0335

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.30 | 3.9 - 12.7 K/uL | — | MOLB |
| RBC | 3.84 | 4.60 - 6.20 M/uL | L▼ | MOLB |
| Hemoglobin | 11.9 | 14.0 - 18.0 g/dL | L▼ | MOLB |
| Hematocrit | 35.1 | 40.0 - 54.0 % | L▼ | MOLB |
| MCV | 91 | 82.0 - 98.0 fL | — | MOLB |
| MCH | 31.0 | 27.0 - 31.0 pg | — | MOLB |
| MCHC | 33.9 | 32.0 - 36.0 g/dL | — | MOLB |
| RDW | 13.5 | 11.5 - 14.5 % | — | MOLB |
| Platelets | 206 | 150 - 450 K/uL | — | MOLB |
| MPV | 10.3 | 9.2 - 12.9 fL | — | MOLB |
| Immature Granulocytes | 0.2 | 0.0 - 0.5 % | — | MOLB |
| Gran # (ANC) | 6.6 | 1.8 - 7.7 K/uL | — | MOLB |
| Immature Grans (Abs) | 0.02 | 0.00 - 0.04 K/uL | — | MOLB |

Comment:
Mild elevation in immature granulocytes is non specific and

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records



Deputy Sheriff
Calcasieu Parish, Louisiana

OLMH 4S MEDICAL SURGICAL UNIT
4864 JACKSON STREET
MONROE LA 71202

[redacted]
MRN: 13000365, DOB: [redacted] Sex: M
Acct #: 28100769266
Adm: 4/8/2021

**04/08/2021 - ED to Hosp-Admission (Current) in Monroe 4S Medical Surgical Unit (continued)**

**Labs (continued)**

can be seen in a variety of conditions including stress response, acute inflammation, trauma and pregnancy. Correlation with other laboratory and clinical findings is essential.

| | | | | |
|---|---|---|---|---|
| Lymph # | 1.6 | 1.0 - 4.8 K/uL | — | MOLB |
| Mono # | 1.0 | 0.3 - 1.0 K/uL | — | MOLB |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | — | MOLB |
| Baso # | 0.03 | 0.00 - 0.20 K/uL | — | MOLB |
| nRBC | 0 | 0 /100 WBC | — | MOLB |
| Gran % | 71.2 | 38.0 - 73.0 % | — | MOLB |
| Lymph % | 17.3 | 18.0 - 48.0 % | L ✶ | MOLB |
| Mono % | 10.6 | 4.0 - 15.0 % | — | MOLB |
| Eosinophil % | 0.4 | 0.0 - 8.0 % | — | MOLB |
| Basophil % | 0.3 | 0.0 - 1.9 % | — | MOLB |
| Differential Method | Automated | — | — | MOLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **489 - MOLB** | OCHSNER LSU HEALTH MONROE | Howard Wright, MD | 4864 Jackson Street MONROE LA 71202 | 09/04/19 1618 - Present |

**POCT COVID-19 Rapid Screening [627362106] (Final result)**

Status: **Completed**

Electronically signed by: **Julian Arrieta, MD on 04/08/21 1240**
Ordering user: Julian Arrieta, MD 04/08/21 1240
Authorized by: Julian Arrieta, MD
Frequency: STAT Once 04/08/21 1240 - 1 occurrence
Quantity: 1
Instance released by: Julian Arrieta, MD (auto-released) 4/8/2021 12:40 PM

Ordering provider: Julian Arrieta, MD
Ordering mode: Standard
Class: Hospital Performed
Lab status: Final result

**Questionnaire**

| Question | Answer |
|---|---|
| Is the patient symptomatic? | No |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Nasal Swab | Nasal Swab | STEWART, KATIE 04/08/21 1315 |

**POCT COVID-19 Rapid Screening [627362106]**

Resulted: 04/08/21 1315, Result status: Final result

Ordering provider: Julian Arrieta, MD 04/08/21 1240
Filed by: Katie Stewart, RN 04/08/21 1315
Resulting lab: OLMH EMERGENCY DEPARTMENT

Order status: Completed
Collected by: STEWART, KATIE 04/08/21 1315

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| POC Rapid COVID | Negative | Negative | — | OLMHP |
| Quality Control Acceptable | Yes | — | — | OLMHP |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **767 - OLMHP** | OLMH EMERGENCY DEPARTMENT | Janis J Gulick M.D. | 4864 Jackson Street Monroe LA 71202 | 10/05/20 0911 - Present |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

OLMH 4S MEDICAL SURGICAL UNIT
4864 JACKSON STREET
MONROE LA 71202

[redacted]
MRN: 13000365, DOB: [redacted], Sex: M
Acct #: 28100769266
Adm: 4/8/2021

**04/08/2021 - ED to Hosp-Admission (Current) in Monroe-4S Medical Surgical Unit (continued)**

**Labs (continued)**

**Comprehensive metabolic panel [627314645] (Final result)**

Electronically signed by: **Michael Proctor, MD on 04/08/21 1115** Status: **Completed**
Ordering user: Michael Proctor, MD 04/08/21 1115
Ordering provider: Michael Proctor, MD
Authorized by: Michael Proctor, MD
Ordering mode: Standard
Frequency: STAT STAT 04/08/21 1115 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Michael Proctor, MD (auto-released) 4/8/2021 11:15 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| A008010504:1 | Blood | Blood | Kendyll Douglas, RN 04/08/21 1128 |

**Comprehensive metabolic panel [627314645] (Abnormal)** Resulted: 04/08/21 1201, Result status: Final result

Ordering provider: Michael Proctor, MD 04/08/21 1115
Order status: Completed
Filed by: Edi, Soft Lab Interface 04/08/21 1202
Collected by: Kendyll Douglas, RN 04/08/21 1128
Resulting lab: OCHSNER LSU HEALTH MONROE

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 139 | 136 - 145 mmol/L | — | MOLB |
| Potassium | 3.9 | 3.5 - 5.1 mmol/L | — | MOLB |
| Chloride | 105 | 95 - 110 mmol/L | — | MOLB |
| CO2 | 31 | 23 - 29 mmol/L | H^ | MOLB |
| Glucose | 89 | 70 - 110 mg/dL | — | MOLB |
| BUN | 13 | 6 - 20 mg/dL | — | MOLB |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | MOLB |
| Calcium | 8.3 | 8.7 - 10.5 mg/dL | L˅ | MOLB |
| Total Protein | 6.8 | 6.0 - 8.4 g/dL | — | MOLB |
| Albumin | 3.8 | 3.5 - 5.2 g/dL | — | MOLB |
| Total Bilirubin | 0.8 | 0.1 - 1.0 mg/dL | — | MOLB |

Comment:
For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations.

Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL

For patients on Eltrombopag therapy, use of Dimension Vista TBIL is not recommended.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 57 | 55 - 135 U/L | — | MOLB |
| AST | 54 | 10 - 40 U/L | H^ | MOLB |
| ALT | 29 | 10 - 44 U/L | — | MOLB |
| Anion Gap | 3 | 8 - 16 mmol/L | L˅ | MOLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | MOLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | MOLB |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records



[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

OLMH 4S MEDICAL SURGICAL UNIT
4864 JACKSON STREET
MONROE LA 71202

[redacted]
MRN: 13000365, DOB: [redacted] Sex: M
Acct #: 28100769266
Adm: 4/8/2021

**04/08/2021 - ED to Hosp-Admission (Current) in Monroe 4S Medical Surgical Unit (continued)**

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 489 - MOLB | OCHSNER LSU HEALTH MONROE | Howard Wright, MD | 4864 Jackson Street MONROE LA 71202 | 09/04/19 1618 - Present |

**CBC auto differential [627314646] (Final result)**

Electronically signed by: **Michael Proctor, MD on 04/08/21 1115** Status: **Completed**
Ordering user: Michael Proctor, MD 04/08/21 1115
Ordering provider: Michael Proctor, MD
Authorized by: Michael Proctor, MD
Ordering mode: Standard
Frequency: STAT STAT 04/08/21 1115 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Michael Proctor, MD (auto-released) 4/8/2021 11:15 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| A008010504:2 | Blood | Blood | Kendyll Douglas, RN 04/08/21 1128 |

**CBC auto differential [627314646] (Abnormal)** Resulted: 04/08/21 1146, Result status: Final result

Ordering provider: Michael Proctor, MD 04/08/21 1115
Order status: Completed
Filed by: Edi, Soft Lab Interface 04/08/21 1146
Collected by: Kendyll Douglas, RN 04/08/21 1128
Resulting lab: OCHSNER LSU HEALTH MONROE

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 7.94 | 3.9 - 12.7 K/uL | — | MOLB |
| RBC | 4.15 | 4.60 - 6.20 M/uL | L↓ | MOLB |
| Hemoglobin | 13.2 | 14.0 - 18.0 g/dL | L↓ | MOLB |
| Hematocrit | 38.1 | 40.0 - 54.0 % | L↓ | MOLB |
| MCV | 92 | 82.0 - 98.0 fL | — | MOLB |
| MCH | 31.8 | 27.0 - 31.0 pg | H↑ | MOLB |
| MCHC | 34.6 | 32.0 - 36.0 g/dL | — | MOLB |
| RDW | 13.6 | 11.5 - 14.5 % | — | MOLB |
| Platelets | 252 | 150 - 450 K/uL | — | MOLB |
| MPV | 10.2 | 9.2 - 12.9 fL | — | MOLB |
| Immature Granulocytes | 0.3 | 0.0 - 0.5 % | — | MOLB |
| Gran # (ANC) | 5.1 | 1.8 - 7.7 K/uL | — | MOLB |
| Immature Grans (Abs) | 0.02 | 0.00 - 0.04 K/uL | — | MOLB |
| Comment: Mild elevation in immature granulocytes is non specific and can be seen in a variety of conditions including stress response, acute inflammation, trauma and pregnancy. Correlation with other laboratory and clinical findings is essential. | | | | |
| Lymph # | 2.0 | 1.0 - 4.8 K/uL | — | MOLB |
| Mono # | 0.8 | 0.3 - 1.0 K/uL | — | MOLB |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | — | MOLB |
| Baso # | 0.03 | 0.00 - 0.20 K/uL | — | MOLB |
| nRBC | 0 | 0 /100 WBC | — | MOLB |
| Gran % | 64.4 | 38.0 - 73.0 % | — | MOLB |
| Lymph % | 24.7 | 18.0 - 48.0 % | — | MOLB |
| Mono % | 9.6 | 4.0 - 15.0 % | — | MOLB |
| Eosinophil % | 0.6 | 0.0 - 8.0 % | — | MOLB |
| Basophil % | 0.4 | 0.0 - 1.9 % | — | MOLB |
| Differential Method | Automated | — | | MOLB |

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

**Testing Performed By**



Deputy Sheriff
Calcasieu Parish, Louisiana

OLMH 4S MEDICAL SURGICAL UNIT
4864 JACKSON STREET
MONROE LA 71202

[redacted]
MRN: 13000365, DOB: [redacted] Sex: M
Acct #: 28100769266
Adm: 4/8/2021

**04/08/2021 - ED to Hosp-Admission (Current) in Monroe 4S Medical Surgical Unit (continued)**

**Labs (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 489 - MOLB | OCHSNER LSU HEALTH MONROE | Howard Wright, MD | 4864 Jackson Street MONROE LA 71202 | 09/04/19 1618 - Present |

**Imaging for Abstract**

**X-Ray Chest 1 View [627314647] (Final result)**

**X-Ray Chest 1 View [627314647]** Resulted: 04/08/21 1147, Result status: Final result

Ordering provider: Michael Proctor, MD 04/08/21 1115
Resulted by: Ralph Abraham III, MD
Performed: 04/08/21 1118 - 04/08/21 1126
Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
XR CHEST 1 VIEW

Order status: Completed
Filed by: Interface, Rad Results In 04/08/21 1150
Accession number: 35082935

CLINICAL HISTORY:
. Pneumothorax, unspecified

TECHNIQUE:
Single frontal portable view of the chest was performed.

COMPARISON:
04/08/2021

FINDINGS:
Support devices: Right-sided thoracostomy tube is been placed in the interval.

Redemonstration of right-sided pneumothorax, roughly 30% is mildly worsened from earlier film same day.

The cardiac silhouette is normal in size. The hilar and mediastinal contours are unremarkable.

Bones are intact.

Impression:

Interval thoracostomy tube placement with mild worsening of right-sided pneumothorax, roughly 30%.

Electronically signed by: Ralph Abraham
Date: 04/08/2021
Time: 11:47

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Indications**

Pneumothorax [J93.9 (ICD-10-CM)]

**Signed**

Electronically signed by Ralph Abraham III, MD on 4/8/21 at 1147 CDT

**Xray Previous [627314651] (Final result)**

**Xray Previous [627314651]** Resulted: 04/08/21 1131, Result status: Final result

OLMH 4S MEDICAL SURGICAL UNIT
4864 JACKSON STREET
MONROE LA 71202

[redacted]
MRN: 13000365, DOB: [redacted] Sex: M
Acct #: 28100769266
Adm: 4/8/2021

**04/08/2021 - ED to Hosp-Admission (Current) in Monroe4S Medical Surgical Unit (continued)**

**Imaging for Abstract (continued)**

Ordering provider: Paper Order 04/08/21 1131
Filed by: Access, Silent Scheduler 04/08/21 1131
Accession number: 35083143
Order status: Completed
Performed: 04/08/21 1131 - 04/08/21 1131

**CT Previous [627314653] (Final result)**

**CT Previous [627314653]** Resulted: 04/08/21 1131, Result status: Final result

Ordering provider: Paper Order 04/08/21 1131
Filed by: Access, Silent Scheduler 04/08/21 1131
Accession number: 35083150
Order status: Completed
Performed: 04/08/21 1131 - 04/08/21 1131

**X-Ray Chest AP Portable [627314658] (Final result)**

**X-Ray Chest AP Portable [627314658]** Resulted: 04/08/21 1312, Result status: Final result

Ordering provider: Julian Arrieta, MD 04/08/21 1227
Resulted by: Ralph Abraham III, MD
Performed: 04/08/21 1233 - 04/08/21 1243
Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
XR CHEST AP PORTABLE

Order status: Completed
Filed by: Interface, Rad Results In 04/08/21 1314
Accession number: 35083958

CLINICAL HISTORY:
s/p right sided chest tube placement;.

TECHNIQUE:
Single frontal portable view of the chest was performed.

COMPARISON:
04/08/2021

FINDINGS:
Support devices: Right-sided thoracostomy tube has been repositioned.

There is significant improvement in right-sided pneumothorax with mild residual in the right lung apices.

The cardiac silhouette is normal in size. The hilar and mediastinal contours are unremarkable.

Bones are intact.

Impression:

Moderate interval clearing of right-sided pneumothorax with mild residual in the right lung apex

Electronically signed by: Ralph Abraham
Date: 04/08/2021
Time: 13:12

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
Deputy Sheriff
Calcasieu Parish, Louisiana

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Signed**

Electronically signed by Ralph Abraham III, MD on 4/8/21 at 1312 CDT

OLMH 4S MEDICAL SURGICAL UNIT
4864 JACKSON STREET
MONROE LA 71202

[redacted]
MRN: 13000365, DOB: [redacted], Sex: M
Acct #: 28100769266
Adm: 4/8/2021

**04/08/2021 - ED to Hosp-Admission (Current) in Monroe 4S Medical Surgical Unit (continued)**

**Imaging for Abstract (continued)**

**X-Ray Chest 1 View [627362126] (Final result)**

**X-Ray Chest 1 View [627362126]** Resulted: 04/09/21 0058, Result status: Final result

Ordering provider: Julian Arrieta, MD 04/09/21 0009
Order status: Completed
Resulted by:
Filed by: Interface, Rad Results In 04/09/21 0101
Aya Al Asfari, MD
Gregory Tobin, MD
Performed: 04/09/21 0026 - 04/09/21 0040
Accession number: 35088451
Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
XR CHEST 1 VIEW

CLINICAL HISTORY:
pneumothorax s/p chest tube placement;.

COMPARISON:
Views of the chest from 04/08/2021 at 11:22 and 12:39.

TECHNIQUE:
XR CHEST 1 VIEW

FINDINGS:
Right-sided chest tube in stable position. Stable small right-sided pneumothorax. Opacities adjacent to the right-sided chest tube likely represent atelectasis/contusion. The cardiomediastinal silhouette is unchanged. The trachea is in the midline. No definitive evidence pleural effusions. No regional bones are unchanged. Stable subcutaneous emphysema along the lateral right chest wall.

Electronically signed by resident: Gregory Tobin
Date: 04/09/2021
Time: 00:43

Electronically signed by: Aya Al Asfari
Date: 04/09/2021
Time: 00:58

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 398 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Signed**

Electronically signed by Aya Al Asfari, MD on 4/9/21 at 0058 CDT

# END OF REPORT

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

**Robin Wood 3**

# Initial Incident Report

*Page 1 of 1*

LASALLE CORRECTIONS

## Nature of Incident

| Critical Incident Reported | | Reported by: (Name/Title) | Facility |
|---|---|---|---|
| Date | Time | | |
| 04-07-2021 | 20:36 | William Harris, Lieutenant | Catahoula C. C. |

Nature of Incident- Use the Incident Number and Name from Chart 1 of Policy LSC 2.15 **Note:** If Incident involves UOF, list both Incident Numbers (ex- 2.2 Use of Force, 2-8 Physical Inmate Confrontations)

1-8 Accident or Injury-Serious

Short Synopsis of What Occurred *(List officers and inmates involved, date, time and what occurred)*

On above date and approximate time, a physical altercation occurred involving offender Damonte Johnson (731898) and offender Robin Wood (2021030087). Offender Johnson was seen stabbing offender Wood with a shank on the cameras in D-Dorm.

Injuries *(List any injuries or state "none")*

Stab wounds in offender Robin Wood's back and head. Offender Robin Wood also has a broken nose and his right lung was punctured.

| Priority Level | Person who Determined Incident Level | CI Report Number Format [YearMonthDate (hyphen) Unit three letter character abbreviation, sequential number for month] (last 2 sequential digits begin at 01 each month) | CI210407-CCC01 |
|---|---|---|---|
| ☑ 1 ☐ 2 ☐ 3 | William Harris, Lieutenant | | *CIYYMMDD - XXX00* |

## Telephone Notifications Made by Supervisor or Designee

**Name of Individual making notifications listed below:**

| Notification | Name of Person Notified | Time | Date | Notified By |
|---|---|---|---|---|
| Warden./Jail Admin. | Sherman Ford | 08:00 | 04/08/2021 | A.W. E. Stott |
| Assistant Warden | Eric Stott | 21:41 | 04/07/2021 | Self |
| Chief of Security | Wes Lea | 08:00 | 04/08/2021 | A.W. E. Stott |
| Local Law Enforcement | Catahoula S. O. | | | |

| Jurisdictional Notifications *(List all jurisdictions of inmates involved)* | Time | Date | Notified By |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

| List Jurisdictions Requesting Report | Time | Date | Sent By |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| Initial Verbal Notification to the Director of Operations<br>Name of Person Notified | Time | Date | Notified By |
|---|---|---|---|
| James McCormick | 08:00 | 04/08/2021 | Sherman Ford |

| Initial Person Reporting<br>Signature of Reporting Person | Title | Date | Facility |
|---|---|---|---|
| [signature] | Lieutenant | 04/08/2021 | Catahoula C. C. |

Form 2.15-1 (06-2020)

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

**Supervisor Summary of Incident**
*Page 1 of 3*

LASALLE
CORRECTIONS

| Facility | Incident Date/Time | Type of Force Used | Incident Report Number |
|---|---|---|---|
| Catahoula C. C. | 04/07/2021 | ☑ Major ☐ Deadly ☐ None | CI-210407-CCC01 |

**The Supervisor will complete the following,** using as much detail as possible (e.g. List all actions you took as a supervisor and all you witnessed during the Incident). This is a detailed report of the Incident and not a short Synopsis as reported in the Initial Report (2.15-1). If you need additional pages to complete your statement, use form 2.15-4 Continuation Page.

**STATEMENT**

| Print Your Name | Date of Report | Time of Report |
|---|---|---|
| William Harris | 04/07/2021 | 22:45 |
| **Rank/Title** | **Location Where Incident Occurred** | |
| Lieutenant | D-Dorm | |

A CODE 3 WAS CALLED IN D-DORM. WHEN I LT. WILLIAM HARRIS ENTERED D-DORM THERE WAS NOT ANY ONGOING PHYSICAL ALTERCATIONS. ONCE I REVIEWED THE CAMERAS FOR D-DORM IN CONTROL 2 I DISCOVERED A PHYSICAL ALTERCATION BETWEEN OFFENDER DAMONTE JOHNOSON (731898) AND OFFENDER ROBIN WOOD (2021030087). OFFENDER JOHNSON WAS ESCORTED TO CELL 3 AND OFFENDER WOOD WAS ESCORTED TO MEDICAL FOR HIS INJURIES. I LT. WILLIAM HARRIS WAS THEN ORDERED BY NURSE ROBIN NIX-PERRIN TO SEND OFFENDER WOOD TO TRINITY MEDICAL CENTER FOR HIS INJURIES. OFFENDER WOOD WAS TRANSPORTED BY OFC. CALEB ROBINSON TO TRINITY MEDICAL CENTER.

*Attach continuation page(s) if needed, using form 2.15-4 Continuation Sheet.* ☐ **Number Continuation Pages Used**

Form 2.15-2 (06/2020)

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana

**Supervisor Summary of Incident**
*Page 2 of 3*

LASALLE CORRECTIONS

Incident Report Number CI-210407-CCC01

**If force was used, does information in this report indicate excessive or unnecessary force was used against an offender under 18 years of age?**

☑ No ☐ Yes (If Yes, Provide required notification information below)

| Contact Agency | Print Name of Person Contacted | Person Making Contact | Date/Time Contact Made |
|---|---|---|---|
| Law Enforcement Agency | N/A | N/A | N/A |
| Department of Family and Protective Services | N/A | N/A | N/A |

**NOTE: When a UOF is involved, all Employees and Inmate Participants must be examined.**
**Were all employee(s) and inmate(s) immediately examined by Medical Staff if required? (Attach form 2.15-5 for each person examined.)**

☐ Yes ☑ No If no, why Not? N/A

| If Medical Staff was not on site who contacted the "on call" Medical Staff | Name/Title of Medical Staff Member contacted *(Please Print)* | Date/Time Contacted |
|---|---|---|
| N/A | N/A | N/A |

**Employee Participants/Witnesses** *(Please Print) Complete form 2.15-7 or 2.15-3 for each Employees Listed*

| Last Name | First Name | MI | Rank |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form 2.15-2 (06/2020)

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

[signature]

Deputy Sheriff
Calcasieu Parish, Louisiana

## Supervisor Summary of Incident

*Page 3 of 3*

LASALLE
CORRECTIONS

Incident Report Number CI-210407-CCC01

**Inmate Participants/Witnesses** *(Please Print) Complete form 2.15-8 or 2.15-3 for each Inmate Listed*

| Last Name | First Name | MI | Custody | Number |
|---|---|---|---|---|
| JOHNSON | DAMONTE | N/A | D.O.C. | 731898 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| Will Any inmate be charged with a disciplinary offense | ☑ Yes ☐ No |
| Was Incident Video Taped? ☐ Yes ☑ No | If YES, Name/Rank of Video Tape Operator |
| If NO, why not? IMMEDIATE | |

*Attach continuation page(s) if needed, using form 2.15-4 Continuation Page* ☐ Number Continuation Pages Used

**ACKNOWLEDGEMENT**

To the best of my knowledge, the information submitted is complete and accurate.

| Signature | Date |
|---|---|
| [signature] | 04/07/2021 |

Form 2.15-2 (06/2020)

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Services
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

# CATAHOULA CORRECTIONAL CENTER DISCIPLINARY REPORT

INMATE INFORMATION

| | | | |
|---|---|---|---|
| NAME | ROBIN WOOD | NUMBER | 202103087 |
| JOB ASSIGNMENT | IDLE | HOUSING ASSIGNMENT | CELL 5 |

INCIDENT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| LOCATION | D-DORM | DATE | 04/07/21 | TIME | 20:36 |
| RULE VIOLATION | FIGHTING | | | RULE # | 10 |

DESCRIPTION OF INCIDENT (Include all relevant information, i.e. – unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force.

ON THE ABOVE DATE AND APPROXIMATE TIME, A CODE 3 WAS CALLED IN D-DORM. I, LT. WILLIAM HARRIS ALONG WITH B-TEAM OFFICERS ENTERED D-DORM NOT SEEING ANY ONGOING ALTERCATIONS. AFTER REVIEWING CAMERA 06 (21:33) A PHYSICAL ALTERCATION BETWEEN DAMONTE JOHNSON (731898) AND OFFENDER ROBIN WOOD (2021030087) WAS DISCOVERED. AS SEEN ON CAMERA 06 IN CONTROL 2 OFFENDER JOHNSON WAS STRIKING OFFENDER WOOD WITH WHAT SEEMED TO BE A PIECE OF METAL SHARPENED TO POINT MODIFIED INTO A WEAPON. OFFENDER JOHNSON WAS ESCORTED TO CELL 3 AND OFFENDER WOOD WAS ESCORTED TO MEDICAL FOR INJURIES. OFFENDER WOOD WAS THEN TRANSPORTED TO TRINITY MEDICAL CENTER FOR FURTHER MEDICAL TREATMENT ORDERED BY NURSE ROBIN NIX-PERRIN. E.O.R.

| | | | |
|---|---|---|---|
| SIGNATURE OF REPORTING EMPLOYEE | [signature] | | |
| PRINT NAME, TITLE, AND ASSIGNMENT | WILLIAM HARRIS, LT., B-TEAM | | |
| DATE OF REPORT | 04/07/21 | TIME OF REPORT | 22:45 |
| COPY OF REPORT GIVEN TO INMATE BY | | | |
| SIGNATURE OF INMATE | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PLEA- | | GUILTY | | NOT GUILTY | VERDICT- | | GUILTY | | NOT GUILTY |
| HEARING DATE | | COUNSEL | | | | NUMBER | | | |
| MOTIONS | | | | | | | | | |

REASON FOR DEPOSITION

| | | | |
|---|---|---|---|
| | REPORT IS CLEAR & PRECISE | | LACK OF CREDIBLE DEFENSE / LACK OF EVIDENCE |
| | THE OFFICER'S VERSION IS DETERMINED TO BE MORE CREDIBLE THAN THE INMATE'S | | |
| | INVESTIGATIVE OFFICER'S TESTIMONY DEEMED MORE TRUTHFUL / ACCURATE THAN THE INMATE'S | | |
| | BASED ON HIS STATEMENT | | INMATE PLED GUILTY / GUILTY PLEA ACCEPTED |
| | DENYING REPORT IS THE ONLY DEFENSE | | NO EVIDENCE TO REFUTE THE CHARGE |
| | INMATE'S DEMEANOR LED THE BOARD TO BELIEVE HIS TESTIMONY UNTRUE | | PLEA BARGAIN |
| | OTHER - | | |

REASON FOR SENTENCE

| | | | |
|---|---|---|---|
| | SERIOUSNESS OF OFFENSE | | PROTECTION OF INSTITUTION, EMPLOYEES, OTHERS |
| | POOR CONDUCT REPORT | | OTHER - |
| | A TOTAL OF ______ RULE VIOLATIONS | | ______ SCHEDULE B VIOLATIONS SINCE ______ |

| | | | | | |
|---|---|---|---|---|---|
| SENTENCE | | | SUSPENDED | | IMPOSED |
| SENTENCE | | | SUSPENDED | | IMPOSED |

DISCIPLINARY BOARD – COST MAY BE IMPOSED FOR ANY PROPERTY DAMAGED, OR MEDICAL EXPENSE OCCASIONED THROUGH THE FAULT OF AN INMATE WHO, IN SO CAUSING THE LOSS, DAMAGE, OR MEDICAL EXPENSE, ALSO IS FOUND GUILTY, THROUGH THE DISCIPLINARY PROCESS, OF VIOLATING ONE OR MORE OF THE RULES SET OUT IN THE DISCIPLINARY RULES PROCEDURES FOR ADULT INMATES.

CHAIRMAN (Disciplinary Officer) MEMBER

A TRUE COPY
Calcasieu Parish Sheriff's O...
Corrections Divisions - Jail B...
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana

# CATAHOULA CORRECTIONAL CENTER DISCIPLINARY REPORT

INMATE INFORMATION

| | | | |
|---|---|---|---|
| NAME | DAMONTE JOHNSON | NUMBER | 731898 |
| JOB ASSIGNMENT | IDLE | HOUSING ASSIGNMENT | CELL 3 |

INCIDENT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| LOCATION | D-DORM | DATE | 04/07/21 | TIME | 20:36 |
| RULE VIOLATION | FIGHTING, AGGRAVATED | | | RULE # | 11 |

DESCRIPTION OF INCIDENT (Include all relevant information, i.e. – unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force.

ON THE ABOVE DATE AND APPROXIMATE TIME, A CODE 3 WAS CALLED IN D-DORM. I, LT. WILLIAM HARRIS ALONG WITH B-TEAM OFFICERS ENTERED D-DORM NOT SEEING ANY ONGOING ALTERCATIONS. AFTER REVIEWING CAMERA 06 (21:33) A PHYSICAL ALTERCATION BETWEEN DAMONTE JOHNSON (731898) AND OFFENDER ROBIN WOOD (2021030087) WAS DISCOVERED. AS SEEN ON CAMERA 06 IN CONTROL 2 OFFENDER JOHNSON WAS STRIKING OFFENDER WOOD WITH WHAT SEEMED TO BE A PIECE OF METAL SHARPENED TO POINT MODIFIED INTO A WEAPON. OFFENDER JOHNSON WAS ESCORTED TO CELL 3 AND OFFENDER WOOD WAS ESCORTED TO MEDICAL FOR INJURIES. OFFENDER WOOD WAS THEN TRANSPORTED TO TRINITY MEDICAL CENTER FOR FURTHER MEDICAL TREATMENT ORDERED BY NURSE ROBIN NIX-PERRIN. E.O.R.

| | | | |
|---|---|---|---|
| SIGNATURE OF REPORTING EMPLOYEE | [signature] | | |
| PRINT NAME, TITLE, AND ASSIGNMENT | WILLIAM HARRIS, LT., B-TEAM | | |
| DATE OF REPORT | 04/07/21 | TIME OF REPORT | 22:45 |
| COPY OF REPORT GIVEN TO INMATE BY | | | |
| SIGNATURE OF INMATE | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PLEA- | | GUILTY | | NOT GUILTY | VERDICT- | | GUILTY | | NOT GUILTY |
| HEARING DATE | | COUNSEL | | | NUMBER | | | | |
| MOTIONS | | | | | | | | | |

REASON FOR DEPOSITION

| | | | |
|---|---|---|---|
| | REPORT IS CLEAR & PRECISE | | LACK OF CREDIBLE DEFENSE / LACK OF EVIDENCE |
| | THE OFFICER'S VERSION IS DETERMINED TO BE MORE CREDIBLE THAN THE INMATE'S | | |
| | INVESTIGATIVE OFFICER'S TESTIMONY DEEMED MORE TRUTHFUL / ACCURATE THAN THE INMATE'S | | |
| | BASED ON HIS STATEMENT | | INMATE PLED GUILTY / GUILTY PLEA ACCEPTED |
| | DENYING REPORT IS THE ONLY DEFENSE | | NO EVIDENCE TO REFUTE THE CHARGE |
| | INMATE'S DEMEANOR LED THE BOARD TO BELIEVE HIS TESTIMONY UNTRUE | | PLEA BARGAIN |
| | OTHER - | | |

REASON FOR SENTENCE

| | | | | | |
|---|---|---|---|---|---|
| | SERIOUSNESS OF OFFENSE | | PROTECTION OF INSTITUTION, EMPLOYEES, OTHERS | | |
| | POOR CONDUCT REPORT | | OTHER - | | |
| | A TOTAL OF ____ RULE VIOLATIONS | | ____ SCHEDULE B VIOLATIONS SINCE ____ | | |
| SENTENCE | | | SUSPENDED | | IMPOSED |
| SENTENCE | | | SUSPENDED | | IMPOSED |

DISCIPLINARY BOARD – COST MAY BE IMPOSED FOR ANY PROPERTY DAMAGED, OR MEDICAL EXPENSE OCCASIONED THROUGH THE FAULT OF AN INMATE WHO, IN SO CAUSING THE LOSS, DAMAGE, OR MEDICAL EXPENSE, ALSO IS FOUND GUILTY, THROUGH THE DISCIPLINARY PROCESS, OF VIOLATING ONE OR MORE OF THE RULES SET OUT IN THE DISCIPLINARY RULES PROCEDURES FOR ADULT INMATES.

CHAIRMAN (Disciplinary Officer) ____________________

MEMBER ____________________

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records
[signature]
Deputy Sheriff
Calcasieu Parish, Louisiana