**Toney Edwards, Sheriff** **Catahoula Parish, Louisiana**

P.O. Box 655 • 301 Bushley Street • Room 105 • Harrisonburg, LA 71340

"IN GOD WE TRUST"

January, 20, 2021

Sheriff Tony Mancuso
Calcasieu Parish Sheriff's Department
P.O Box 3722
Lake Charles, LA 70602

Re: Catahoula Correctional Center

Dear Sheriff: Mancuso,

Since taking office in 2016, I have worked hard to do the best I can for my department and Catahoula Parish. We have a poor economy and sometimes it is extremely hard to maintain and provide adequate law enforcement based solely on the tax base of our parish.

It has been my goal to purchase the Catahoula Correctional Center which is now owned by LaSalle Management. I felt it was a poor decision on a prior administration's decision to sign over Catahoula Correctional Center to LaSalle Management; therefore, I am now in the process purchasing the prison back.

I am reaching out to Sheriffs statewide that currently house pretrial inmates at this facility. I am asking for a letter of intent allowing Catahoula Correctional Center to continue housing your overflow pretrial inmates once Catahoula Parish Sheriff's Department finalizes the purchase of the facility. I am not requesting a guaranteed number, just a written letter of intent showing your department support for this purchase. I will be using local banks for financing and I would like to be able to prove that along with other departments assistance through pre-trial inmates and DOC, I can and will continue to operate the facility providing jobs and income that will stay within our parish, and not go to a privately owned company outside of Catahoula Parish.

I appreciate the help in advance, and look forward to working with each of you to better our parish and our state. God Bless.

Sincerely Yours,

Tonny Edwards

Catahoula Parish Sheriff's Department
Toney Edwards, Sheriff

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish Louisiana

Phone: 318-744-5411 • Fax: 318-744-5568

This institution is an equal opportunity provider.

**Calcasieu Parish Sheriff's Office**
TONY MANCUSO, SHERIFF AND EX-OFFICIO TAX COLLECTOR
Parish of Calcasieu • 5400 E. Broad Street • Lake Charles, LA 70615
Phone (337) 491-3700 • Fax (337) 494-4522

**Date:** 02/15/2021

**To:** Sheriff Toney Edwards

**From:** Assistant Warden Christopher Domingue

**Re:** Letter of Intent

The Calcasieu Parish Sheriff's Office would like to express our support for Sheriff Toney Edwards. We intend to house our inmates with Catahoula Parish for the continuous future. Catahoula Parish has been a great partner for us and we would not have been able to cope with Hurricane Laura and Delta without the support of Catahoula Parish.

If you have any questions regarding this issue, please feel free to contact me at 337-491-3638 or cdomingue@cpso.com.

Thank you.

Assistant Warden Christopher Domingue

A TRUE COPY
Calcasieu Parish Sheriff's Office
Corrections Divisions - Jail Records

Deputy Sheriff
Calcasieu Parish, Louisiana