# CATAHOULA CORRECTIONAL CENTER

499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001

For Month Beginning: 09/01/21

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name / Race Sex DOB | Social Security # | Booking No. | FBI # / SID | | Birth City | IdentA / IdentB |
|---|---|---|---|---|---|---|
| Monthly Housing | Began: 05/14/2021 | | End: | | Days: 30 | Amount: $791.70 |
| **WOLFE, RICHARD JR** | | | | | | |
| W M 05/14/1980 | PRIVATE | CCC0000003481 | | | | -52.78 |
| **Monthly Housing** | Began: 05/26/2021 | | End: | | Days: 30 | **Amount: $791.70** |
| **WOOD, BARAH** | | | | | | |
| W M 12/20/1999 | PRIVATE | CCC0000003308 | | | | |
| **Monthly Housing** | Began: 05/12/2021 | | End: | | Days: 30 | **Amount: $791.70** |
| **WOODS, JUSTIN** | | | | | | |
| B M 06/27/1994 | PRIVATE | CCC0000004101 | | | | |
| **Monthly Housing** | Began: 07/23/2021 | | End: | | Days: 30 | **Amount: $791.70** |
| **WRIGHT, JEROME** | | | | | | |
| B M 08/31/1992 | PRIVATE | CCC0000004435 | | | | |
| **Monthly Housing** | Began: 08/31/2021 | | End: 09/03/2021 | | Days: 2 | **Amount: $52.78** |
| **ZENO, DAVID** | | | | | | |
| B M 07/29/1983 | PRIVATE | CCC0000004679 | | | | |
| **Monthly Housing** | Began: 09/29/2021 | | End: | | Days: 2 | **Amount: $52.78** |

| | | | | | |
|---|---|---|---|---|---|
| **Agency:CALC** | Totals: | 10,702 | days @ | 26.39 | = $282425.78 |
| | | 0 | Services | | $0.00 |
| | | | | **TOTAL:** | **$282425.78** |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Tony Edwards

-4697.42

$277,728.36

##

CATAHOULA CORRECTIONAL CENTER
499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001
For Month Beginning: 10/01/21

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5400 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name / Race Sex DOB | Social Security # | Booking No. | FBI # / SID | Birth City | IdentA / IdentB |
|---|---|---|---|---|---|
| Monthly Housing | | Began: 10/18/2021 | End: 10/18/2021 | Days: 0 | Amount: $0.00 |
| ZENO, BRODERICK | | | | | -422.24 |
| B M 02/01/1986 | PRIVATE | CCC0000004696 | | | |
| Monthly Housing | | Began: 10/01/2021 | End: | Days: 31 | Amount: $818.09 |
| ZENO, DAVID | | | | | |
| B M 07/29/1983 | PRIVATE | CCC0000004679 | | | |
| Monthly Housing | | Began: 09/29/2021 | End: 10/08/2021 | Days: 7 | Amount: $184.73 |

| | | | |
|---|---|---|---|
| Agency:CALC | Totals: | 10,740 days @ 26.39 | = $283428.60 |
| | | 0 Services | $0.00 |
| | | TOTAL: | $283428.60 |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Torey Edward

-7336.42

$276092.18

HH

# CATAHOULA CORRECTIONAL CENTER

499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001

For Month Beginning: 11/01/21

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name / Race Sex DOB | Social Security # | Booking No. | FBI # / SID | | Birth City | IdentA / IdentB |
|---|---|---|---|---|---|---|
| **WRIGHT, TREVIONNE** | | | | | | |
| B M 06/25/1993 | PRIVATE | CCC0000004950 | | | | |
| **Monthly Housing** | | Began 11/02/2021 | End: 11/12/2021 | | Days: 10 | **Amount: $263.90** |
| **ZENO, BRODERICK** | | | | | | |
| B M 02/01/1986 | PRIVATE | CCC0000004696 | | | | |
| **Monthly Housing** | | Began 10/01/2021 | End: | | Days: 30 | **Amount: $791.70** |

| | | | | | |
|---|---|---|---|---|---|
| **Agency:CALC** | Totals: | 10,623 | days @ | 26.39 | = $280340.97 |
| | | 0 | Services | | $0.00 |
| | | | | **TOTAL:** | ~~$280340.97~~ |

$257,566.40

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

Tony Edwards

# CATAHOULA CORRECTIONAL CENTER

499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001

For Month Beginning: 12/01/21

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name / Race Sex DOB | Social Security # | Booking No. | FBI # / SID | | Birth City | IdentA / IdentB |
|---|---|---|---|---|---|---|
| **Monthly Housing** | Began: 10/14/2021 | | End: | | Days: 31 | **Amount: $818.09** |
| **WILLIAMSON, LEX** | | | | | | |
| W M 03/19/1981 | PRIVATE | CCC0000004289 | | | | |
| **Monthly Housing** | Began: 08/16/2021 | | End: 12/30/2021 | | Days: 29 | **Amount: $765.31** |
| **WIMBERLY, JOHN** | | | | | | 565387 |
| W M 09/01/1986 | PRIVATE | CCC0000002802 | | | | |
| **Monthly Housing** | Began: 03/12/2021 | | End: | | Days: 31 | **Amount: $818.09** |
| **WINFORD, JASON** | | | | | | |
| B M 11/15/1984 | PRIVATE | CCC0000004277 | | | | |
| **Monthly Housing** | Began: 08/13/2021 | | End: 12/04/2021 | | Days: 3 | **Amount: $79.17** |
| **WISE, JOSEPH** | | | | | | |
| W M 03/27/1973 | PRIVATE | CCC0000005481 | | | | |
| **Monthly Housing** | Began: 12/23/2021 | | End: | | Days: 9 | **Amount: $237.51** |
| **WOOD, BARAH** | | | | | | |
| W M 12/20/1999 | PRIVATE | CCC0000003308 | | | | |
| **Monthly Housing** | Began: 05/12/2021 | | End: 12/18/2021 | | Days: 17 | **Amount: $448.63** |
| **YOUNG, KMOHNE** | | | | | | |
| B M 08/25/1995 | PRIVATE | CCC0000005315 | | | | |
| **Monthly Housing** | Began: 12/07/2021 | | End: | | Days: 25 | **Amount: $659.75** |
| **ZENO, BRODERICK** | | | | | | |
| B M 02/01/1986 | PRIVATE | CCC0000004696 | | | | |
| **Monthly Housing** | Began: 10/01/2021 | | End: | | Days: 31 | **Amount: $818.09** |

| | | | | |
|---|---|---|---|---|
| **Agency:CALC** | Totals: | 9,134 days @ | 26.39 | = $241046.26 |
| | | 0 Services | | $0.00 |
| | | | TOTAL: ~~$241046.26~~ | 222,599.65 |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Tony Edwards

**CATAHOULA CORRECTIONAL CENTER**
499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001
For Month Beginning: 01/01/22

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name / Race Sex DOB | Social Security # | Booking No. | FBI # / SID | | Birth City | IdentA / IdentB |
|---|---|---|---|---|---|---|
| **WILLIAMS, TAVEON** | | | | | | |
| B M 10/15/2001 | PRIVATE | CCC0000004296 | | | | |
| **Monthly Housing** | | Began 08/16/2021 | End: 01/04/2022 | | Days: 3 | **Amount: $79.17** |
| **WILLIAMS, TIMOTHY** | | | | | | |
| B M 03/21/1970 | PRIVATE | CCC0000005620 | | | | |
| **Monthly Housing** | | Began 01/07/2022 | End: | | Days: 25 | **Amount: $659.75** |
| **WISE, JOSEPH** | | | | | | |
| W M 03/27/1973 | PRIVATE | CCC0000005481 | | | | |
| **Monthly Housing** | | Began 12/23/2021 | End: | | Days: 31 | **Amount: $818.09** |
| **WRIGHT, TREVIONNE** | | | | | | |
| B M 06/25/1993 | PRIVATE | CCC0000005755 | | | | |
| **Monthly Housing** | | Began 01/31/2022 | End: | | Days: 1 | **Amount: $26.39** |
| **YOUNG, KMOHNE** | | | | | | |
| B M 08/25/1995 | PRIVATE | CCC0000005315 | | | | |
| **Monthly Housing** | | Began 12/07/2021 | End: | | Days: 31 | **Amount: $818.09** |
| **ZENO, BRODERICK** | | | | | | |
| B M 02/01/1986 | PRIVATE | CCC0000004696 | | | | |
| **Monthly Housing** | | Began 10/01/2021 | End: | | Days: 31 | **Amount: $818.09** |

| | | | | |
|---|---|---|---|---|
| **Agency:CALC** | Totals: | 8,466 days @ | 26.39 | = $223417.74 |
| | | 0 Services | | $0.00 |
| | | | | **TOTAL: $223417.74** |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Tony Edwards

CATAHOULA CORRECTIONAL CENTER
499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001
For Month Beginning: 02/01/22

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name | | | | | FBI # | | IdentA |
|---|---|---|---|---|---|---|---|
| Race | Sex | DOB | Social Security # | Booking No. | SID | Birth City | IdentB |

| | | | | | |
|---|---|---|---|---|---|
| Agency:CALC | Totals: | 7,467 | days @ | 26.39 | = $197054.13 |
| | | 0 | Services | | $0.00 |
| | | | | TOTAL: | ~~$197054.13~~ 180,800.89 |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Tony Edwards

**CATAHOULA CORRECTIONAL CENTER**
499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001
For Month Beginning: 03/01/22

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name | | | | | FBI # | | IdentA |
|---|---|---|---|---|---|---|---|
| Race | Sex | DOB | Social Security # | Booking No. | SID | Birth City | IdentB |

| | | | | | |
|---|---|---|---|---|---|
| **Agency:CALC** | Totals: | 9,341 | days @ | 26.39 | = $246508.99 |
| | | 0 | Services | | $0.00 |
| | | | | **TOTAL:** | **~~$246508.99~~** |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Tony Edwards

$218,614.76

# CATAHOULA CORRECTIONAL CENTER

499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001

For Month Beginning: 04/01/22

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name / Race Sex DOB | Social Security # | Booking No. | FBI # / SID | Birth City | IdentA / IdentB |
|---|---|---|---|---|---|
| **WILLIS, ROBERT** W M 02/28/1989 | PRIVATE | CCC0000006060 | | | |
| **Monthly Housing** | Began: 03/10/2022 | End: | | Days: 30 | **Amount: $791.70** |
| **WILLIS, STEVEN** W M 10/24/1992 | PRIVATE | CCC0000006277 | | | |
| **Monthly Housing** | Began: 03/30/2022 | End: 04/13/2022 | | Days: 12 | **Amount: $316.68** |
| **WITSMAN, BRENT** W M 08/05/1967 | PRIVATE | CCC0000006201 | | | |
| **Monthly Housing** | Began: 03/22/2022 | End: 04/25/2022 | | Days: 24 | **Amount: $633.36** |
| **WOLFE, CHADWICK** W M 11/02/1983 | PRIVATE | CCC0000005888 | | | |
| **Monthly Housing** | Began: 02/14/2022 | End: | | Days: 30 | **Amount: $791.70** |
| **WRIGHT, TREVIONNE** B M 06/25/1993 | PRIVATE | CCC0000005755 | | | |
| **Monthly Housing** | Began: 01/31/2022 | End: | | Days: 30 | **Amount: $791.70** |
| **YOUNG, ROBERT** W M 04/13/1984 | PRIVATE | CCC0000006429 | | | |
| **Monthly Housing** | Began: 04/19/2022 | End: | | Days: 12 | **Amount: $316.68** |

| | | | | |
|---|---|---|---|---|
| **Agency:CALC** | Totals: | 9,875 days @ | 26.39 | = $260601.25 |
| | | 0 Services | | $0.00 |
| | | | | **TOTAL: $260601.25** |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. $220,752.35

Tony Edwards

# CATAHOULA CORRECTIONAL CENTER

499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001

For Month Beginning: 05/01/22

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name | | | | | FBI # | | IdentA |
|---|---|---|---|---|---|---|---|
| Race | Sex | DOB | Social Security # | Booking No. | SID | Birth City | IdentB |

| | | | | | |
|---|---|---|---|---|---|
| **Agency:CALC** | Totals: | 4,332 | days @ | 26.39 | = $114321.48 |
| | | 0 | Services | | $0.00 |
| | | | | **TOTAL:** | **$114321.48** |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. -7,573.93

Tony Edwards

$106,747.55

**CATAHOULA CORRECTIONAL CENTER**
499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001
For Month Beginning: 06/01/22

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name | | | | | FBI # | | IdentA |
|---|---|---|---|---|---|---|---|
| Race | Sex | DOB | Social Security # | Booking No. | SID | Birth City | IdentB |

**Monthly Housing** Began: 03/10/2022 End: Days: 30 **Amount: $791.70**

**YOUNG, ROBERT**
W M 04/13/1984 PRIVATE CCC0000006429
**Monthly Housing** Began: 04/19/2022 End: Days: 30 **Amount: $791.70**

| | | | | | |
|---|---|---|---|---|---|
| **Agency:CALC** | Totals: | 3,037 | days @ | 26.39 | = $80,146.43 |
| | | 0 | Services | | $0.00 |
| | | | | **TOTAL:** | **$80,146.43** |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. -9,500.40

Tony Edwards

$70,646.03

## CATAHOULA CORRECTIONAL CENTER

499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001

For Month Beginning: 07/01/22

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name | | | | | FBI # | | IdentA |
|---|---|---|---|---|---|---|---|
| Race Sex DOB | Social Security # | Booking No. | | | SID | Birth City | IdentB |
| **Monthly Housing** | | Began: 06/10/2022 | End: | | Days: 31 | **Amount: $818.09** | |
| **WILLIAMS, MARK** | | | | | | | |
| B M 12/04/1958 | PRIVATE | CCC0000004859 | | | | | |
| **Monthly Housing** | | Began: 10/20/2021 | End: | | Days: 31 | **Amount: $818.09** | |
| **WILLIAMS, TYREN** | | | | | | | |
| B M 03/29/1996 | PRIVATE | CCC0000006608 | | | | | |
| **Monthly Housing** | | Began: 05/10/2022 | End: | | Days: 31 | **Amount: $818.09** | |
| **YOUNG, ROBERT** | | | | | | | |
| W M 04/13/1984 | PRIVATE | CCC0000006429 | | | | | |
| **Monthly Housing** | | Began: 04/19/2022 | End: | | Days: 31 | **Amount: $818.09** | |

| | | | | | |
|---|---|---|---|---|---|
| **Agency:CALC** | Totals: | 2,844 | days @ | 26.39 | = $75,053.16 |
| | | 0 | Services | | $0.00 |
| | | | | **TOTAL:** | **$75,053.16** |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. -10,978.24

Tony Edwards

64,074.92

# CATAHOULA CORRECTIONAL CENTER

499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001

For Month Beginning: 08/01/22

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name | | | | | FBI # | | IdentA |
|---|---|---|---|---|---|---|---|
| Race Sex DOB | | | Social Security # | Booking No. | SID | Birth City | IdentB |
| **Monthly Housing** | | | Began: 03/30/2022 | | End: | Days: 31 | **Amount: $818.09** |
| **WILLIAMS, KEILYN** | | | | | | | |
| B | M | 07/10/1998 | PRIVATE | CCC0000006870 | | | |
| **Monthly Housing** | | | Began: 06/10/2022 | | End: | Days: 31 | **Amount: $818.09** |
| **WILLIAMS, MARK** | | | | | | | |
| B | M | 12/04/1958 | PRIVATE | CCC0000004859 | | | |
| **Monthly Housing** | | | Began: 10/20/2021 | | End: | Days: 31 | **Amount: $818.09** |
| **WILLIAMS, TYREN** | | | | | | | |
| B | M | 03/29/1996 | PRIVATE | CCC0000006608 | | | |
| **Monthly Housing** | | | Began: 05/10/2022 | | End: | Days: 31 | **Amount: $818.09** |
| **YOUNG, ROBERT** | | | | | | | |
| W | M | 04/13/1984 | PRIVATE | CCC0000006429 | | | |
| **Monthly Housing** | | | Began: 04/19/2022 | | End: 08/22/2022 | Days: 21 | **Amount: $554.19** |

| | | | | |
|---|---|---|---|---|
| **Agency:CALC** | Totals: | 1,950 days @ | 26.39 | = $51,460.50 |
| | | 0 Services | | $0.00 |
| | | | | **TOTAL: $51,460.50** |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Tony Edwards

-6571.11

44,889.39



MANCUSO001336

**CATAHOULA CORRECTIONAL CENTER**
499 OLD COLUMBIA ROAD

HARRISONBURG, LA 713403001
For Month Beginning: 09/01/22

MAILED
OCT 13 2022

Bill to: CALCASIEU PARISH SHERIFF'S OFFICE
5410 EAST BROAD STREET
LAKE CHARLES, LA 70615

| Inmate's Name / Race Sex DOB | Social Security # | Booking No. | FBI # / SID | | Birth City | IdentA / IdentB |
|---|---|---|---|---|---|---|
| **Monthly Housing** | | Began: 06/10/2022 | End: | | Days: 30 | **Amount: $791.70** |
| **TONEY, NELSON JR** | | | | | | |
| B M 07/01/1996 | PRIVATE | CCC0000006603 | | | | |
| **Monthly Housing** | | Began: 05/10/2022 | End: | | Days: 30 | **Amount: $791.70** |
| **WHEELER, DEONTA** | | | | | | |
| B M 12/18/2000 | PRIVATE | CCC0000006271 | | | | |
| **Monthly Housing** | | Began: 03/30/2022 | End: | | Days: 30 | **Amount: $791.70** |
| **WILLIAMS, KEILYN** | | | | | | |
| B M 07/10/1998 | PRIVATE | CCC0000006870 | | | | |
| **Monthly Housing** | | Began: 06/10/2022 | End: | | Days: 30 | **Amount: $791.70** |
| **WILLIAMS, MARK** | | | | | | |
| B M 12/04/1958 | PRIVATE | CCC0000004859 | | | | |
| **Monthly Housing** | | Began: 10/20/2021 | End: | 10/03/2022 | Days: 30 | **Amount: $791.70** |
| **WILLIAMS, TYREN** | | | | | | |
| B M 03/29/1996 | PRIVATE | CCC0000006608 | | | | |
| **Monthly Housing** | | Began: 05/10/2022 | End: | 09/28/2022 | Days: 27 | **Amount: $712.53** |

| | | | | |
|---|---|---|---|---|
| **Agency:CALC** | Totals: | 947 days @ | 26.39 | = $24,991.33 |
| | | 0 Services | | $0.00 |
| | | | | **TOTAL: $24,991.33** |

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Tony Edwards

-1557.01

$23,434.32