**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ROBERT YOUNG,<br><br>Plaintiff<br><br>v.<br><br>JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Docket Number:<br>3:23-cv-681-SDD-RLB<br><br>JUDGE:<br>SHELLY D. DICK<br><br>MAGISTRATE:<br>RICHARD L. BOURGEOIS |

**ORDER**

CONSIDERING the above and foregoing Motion for Summary Judgment against Defendant Sheriff Tony Mancuso by Plaintiff Robert Young:

IT IS ORDERED that the Motion is granted and judgment shall be entered against Defendant Mancuso.

THUS DONE AND SIGNED in Baton Rouge, Louisiana this _________ day of ______________________, 2025.

________________________________
**SHELLY D. DICK**
Chief United States District Judge
Middle District of Louisiana