**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ROBERT YOUNG<br><br>Plaintiffs<br><br>v.<br><br>JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al,<br><br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Docket Number:<br>3:23-cv-681-SDD-RLB<br><br>JUDGE:<br>SHELLY D. DICK<br><br>MAGISTRATE:<br>RICHARD L. BOURGEOIS |

**PLAINTIFF'S MOTION**
**FOR PARTIAL SUMMARY JUDGMENT AGAINST DPSC DEFENDANTS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Robert Young, who files this Motion for Partial Summary Judgment against Louisiana Department of Public Safety and Corrections (DPSC) Defendants James LeBlanc, Seth Smith and Gary Westcott (DPSC Defendants).[1] In support of their Motion, Plaintiffs adopt and incorporate the attached Memorandum in Support and state as follows:

On October 4, 2023, Plaintiff filed his First Amended Complaint naming Chief of Operations Seth Smith and Secretary James LeBlanc of DPSC as Defendants.[2] Plaintiff's claims arise from a stabbing and scalding with boiling water by both sentenced prisoners and pretrial detainees while he was being held at Catahoula Correctional Center (CCC). The stabbing and scalding in August 2022 left Plaintiff injured both physically and psychologically.

[1] Plaintiff filed his original complaint in August 2023, just prior to the announcement of Secretary LeBlanc's retirement. Plaintiff's claims include official capacity claims against DPSC, accordingly by operation of Fed. R. Civ. Pro. 25(a)(1), Gary Westcott has been automatically substituted in as a Defendant in his official capacity as Secretary of DPSC. To avoid confusion, Plaintiff refer to this set of Defendants as DPSC Defendants.
[2] ECF No. 5.

As detailed in the attached memorandum in support, in the course of discovery, Plaintiff has amassed documentary and testimonial evidence from Defendants themselves and DPSC employees[3] that establishes Defendants' deliberate indifference to the risk of harm to Plaintiff. Specifically:

- DPSC Defendants hold over half the sentenced population of the state in local facilities, which would not exist, but for this arrangement;
- DPSC Defendants are dependent on local facilities to hold DPSC-sentenced prisoners not only because there is not enough space at state-operated facilities, but also because DPSC holds sentenced-prisoners at local facilities at one-third the cost of housing at state-operated facilities;
- DPSC Defendants directly receive and have access to information about operations at local facilities holding DPSC-sentenced prisoners;
- CCC did not have a classification system in compliance with the Basic Jail Guidelines, and this failure was known and knowable to DPSC Defendants;
- Smith, LeBlanc, and DPSC employees all know and understand that classification is critical to ensuring the safety of prisoners, correctional staff, and the public;
- Violence at CCC is so pervasive and consistent that it is a condition of confinement known and knowable to DPSC Defendants;
- Smith and LeBlanc know how to conduct audits intended to detect operational deficiencies and do so at state-operated facilities; and

[3] Testifying as witnesses and organizational representatives pursuant to Fed. R. Civ. P. 30(b)(6),

- The interdependence between DPSC and local sheriffs produces audits of local facilities which are dependent on underpaid, under-resourced, and under-trained BJG team leaders[4] who do not conduct meaningful reviews, resulting in obvious operational deficiencies not being documented; compliance with the Guidelines' sufficient staffing and classification provisions are both particular casualties of this ersatz audit system.

WHEREFORE, Plaintiffs respectfully request that this Court grant their Motion and enter judgment against DPSC Defendants.

Respectfully submitted,

s/ Elizabeth Cumming

**ELIZABETH CUMMING (**Bar Roll No. 31685), T.A.
**EMILY WASHINGTON** (Bar Roll No. 34143)
**JACK STEPHENS** (Bar Roll No. 41468)
Roderick and Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
Phone: (504) 620-2259
Fax: (504) 208-3133
elizabeth.cumming@macarthurjustice.org
emily.washington@macarthurjustice.org

-AND-

s/ Stephen J. Haedicke

**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke
1040 Saint Ferdinand St.
New Orleans, LA 70117
Phone: (504) 291-6999
stephen@haedickelaw.com

*Attorneys for Plaintiff*

Dated: June 23, 2025

[4] Team leaders are individuals with full-time job responsibilities with DPSC who are otherwise tasked with auditing and recertifying regional groups of local facilities, and receiving reports of incidents from those facilities.