092418

BJG Quarterly Summary Report
Q3 (January - March 2019)

# Central Region - Chad Firmin, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Avoyelles Marksville DC | 438 | 243 | 137 | 380 | 58 |
| Avoyelles Women's CC | 317 | 103 | 65 | 168 | 149 |
| Beauregard Parish Jail | 161 | 8 | 145 | 153 | 8 |
| Catahoula CC | 830 | 370 | 344 | 714 | 116 |
| Catahoula PJ | 32 | 10 | 11 | 21 | 11 |
| Concordia Parish CF | 530 | 419 | 111 | 530 | 0 |
| Concordia Parish Jail | 48 | 3 | 32 | 35 | 13 |
| Grant Parish DF | 106 | 48 | 43 | 91 | 15 |
| LaSalle Correctional Center | 757 | 616 | 112 | 728 | 29 |
| LaSalle Parish Jail | 29 | 5 | 6 | 11 | 18 |
| Rapides Parish DC I | 348 | 0 | 277 | 277 | 71 |
| Rapides Parish DC II | 140 | 98 | 8 | 106 | 34 |
| Rapides Parish DC III | 391 | 201 | 169 | 370 | 21 |
| River Correctional Center | 602 | 156 | 280 | 436 | 166 |
| Vernon Parish Jail | 152 | 10 | 126 | 136 | 16 |
| TOTAL | 4,881 | 2,290 | 1,866 | 4,156 | 725 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

LaSalle Correctional Center - 10 days over capacity due to receiving more offenders than what the facility can hold. The excess number of offenders were sent to other facilities to come in compliance with the capacity.

## Schedule B Reports:

Total Number of Schedule B Reports **635**

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 23 |
| Mental Health | 3 |
| Disciplinary | 1 |
| Administrative | 321 |
| Court | 0 |
| DOC Request | 372 |
| TWP | 151 |
| Lack of Bed Space | 22 |
| Total Number | 893 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

- Avoyelles Marksville Detention Center (DC1) - On 2/9/19 offender Wayne Kerry #611428 left his TWP job site at Sammy's Truck Stop in Bunkie. Offender Kerry turned himself in to the St. Landry Sheriff's office on 2/11/19.
- Concordia Parish Jail - On 2/20/19 offender Matthew Morgan #224223 walked away from a work detail at the courthouse/jail with a box cutter and went to the Walmart parking lot about 2 blocks away and tried to hijack a vehicle with a female inside. Witnesses came to assist the female and offender Morgan took off on foot. State Police and Vidalia Police were in the area and responded and apprehended offender Morgan and transported back to the jail where is was charged with escape.

**Assaults:**

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

- Avoyelles Marksville Detention Center (DC1) - Pretrial offenders Johnny Corner and Byron Jones got in a fight. Offender Corner punched offender Jones in the face causing him to fall and hit his head on the concrete floor and receiving head injuries. Offender Jones was sent to the hospital where he had to undergo surgery for the injuries sustained. Offender Corner was charged with disturbing the peace by fighting and second degree battery.
- Catahoula Correctional Center - Pretrial offenders David Pellgrin and Dustin Breaux were involved in a fight with pretrial offender Chester Johnson breaking offender Johnson's jaw. Offenders Pellgrin and Breaux were charged with aggravated battery.

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**

Family and/or Friend 329
Bus 35
Law Enforcement 47
Other 0

Total Number of DOC Discharges 411
Total Number of DOC Offenders Released with a Valid Driver's License or State Identification 356

**GED Program:**

Total Number of GED Slots Available 349
Total Number of DOC Completions 49

**Substance Abuse Program:**

AA/NA Participants 207
Other 420

**Other CTRP: (Non GED/Sub Abuse Program)**

Enrolled 586
Completed 260

**Job Skills:**

List facilities that offer job skills None
Total Number Enrolled N/A

**Grievances:**

Total Accepted 33
Total Rejected 10

**LARNAs Completed:** 535

**Drug Testing:**

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| Avoyelles Marksville DC | 127 | 0 | 30 | 0 |
| Avoyelles Women's CC | 39 | 7 - 5 meth, 1 THC, 1 opiates | 8 | 0 |
| Beauregard Parish Jail | 6 | 0 | 6 | 0 |
| Catahoula CC | 392 | 9 - 1 cocaine, 1 BZO, 3 THC, 1 BUP, 1 OXY, 2 meth | 87 | 0 |
| Catahoula PJ | 15 | 0 | 1 | 0 |
| Concordia Parish CF | 110 | 11- 3 THC, 4 meth, 2 amp, 2 mamp | 25 | 0 |
| Concordia Parish Jail | 8 | 0 | 9 | 0 |
| Grant Parish DF | 34 | 4 -1 marijuana, 3 meth | 6 | 0 |
| LaSalle Correctional Center | 120 | 0 | 81 | 0 |

| | | | | |
|---|---|---|---|---|
| LaSalle Parish Jail | 15 | 0 | 12 | 0 |
| Rapides Parish DC I | 0 | 0 | 8 | 0 |
| Rapides Parish DC II | 130 | 6 - 4 THC, 2 meth | 6 | 0 |
| Rapides Parish DC III | 134 | 0 | 7 | 0 |
| River Correctional Center | 208 | 5 suboxone | 59 | 0 |
| Vernon Parish Jail | 30 | 0 | 7 | 0 |
| TOTAL | 1,368 | 42 | 352 | 0 |

## Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Avoyelles Marksville DC | 172 | 33 | 205 | 47 | 73 - 31 phones, 19 chargers, 7 shanks, 3 mojo, 6 pills, 4 pcks tobacco, 2 syringes, screwdriver |
| Avoyelles Women's CC | 150 | 7 | 157 | 0 | 1 tobacco |
| Beauregard Parish Jail | 360 | 180 | 540 | 0 | 0 |
| Catahoula CC | 867 | 21 | 888 | 42 | 20 - 6 phones, 7 shanks, 5 pieces of metal, toothbrush & piece of wood sharpened to a point |
| Catahoula PJ | 121 | 72 | 193 | 0 | 0 |
| Concordia Parish CF | 604 | 464 | 1,068 | 0 | 31 - 8 phones, 2 lighters, cig., 2 phone chargers, 5 pills, 5 cans snuff, green leafy sub., tobacco, syn. marijuana, marijuana, 3 shanks, white powder sub |
| Concordia Parish Jail | 26 | 1 | 27 | 3 | 3 - tattoo para, shank, cigarette |
| Grant Parish DF | 672 | 591 | 1,263 | 4 | 3 - phone,2 tobacco |
| LaSalle Correctional Center | 1,652 | 96 | 1,748 | 234 | 485 - 4 phones, 120 razor blades, 63 pill bundles, 129 smoking para, 32 green leafy sub, 5 battery packs, tattoo needle, 27 shanks, 3 tattoo guns, 39 tattoo para, 9 needles, 18 tobacco, 4 pieces wire, 2 locks, 16 mojo, 3 plastic pipes, 6 broken pens, suboxone, 2 lighters, broken spork |
| LaSalle Parish Jail | 90 | 80 | 170 | 0 | 0 |
| Rapides Parish DC I | 55 | 55 | 110 | 0 | 0 |
| Rapides Parish DC II | 140 | 27 | 167 | 5 | 30 - 25 mojo, knife blade, meth, pill, cash money, glass pipe with residue |
| Rapides Parish DC III | 800 | 714 | 1,514 | 11 | 9 - phone, marijuana, 3 tobacco, 3 lighters, piece of wire |
| River Correctional Center | 641 | 232 | 873 | 0 | 44 - 8 shanks, tattoo gun, 15 phones, 2 pills, piece of broken broom, 2 tobacco, 3 green leafy sub, 4 joint, 2 phone chargers, suboxone, syn. marijuana, battery pack, tattoo ink, needle, lighter |
| Vernon Parish Jail | 160 | 185 | 345 | 0 | 6 - 3 tobacco, 2 lighters, pill |
| TOTAL | 6,510 | 2,758 | 9,268 | 346 | 705 |

## Offender Deaths:

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

None

## Offender Transport:

| | |
|---|---|
| Scheduled Medical | 250 |
| Medical Emergency | 38 |
| Funeral Trips | 15 |
| Court Orders | 192 |
| Miscellaneous | 1 |
| Total Number of Transports | 496 |

Miscellaneous:

Vernon Parish Jail transported offender Nicholas Sims #497225 to a parole board hearing that was held in Rapides Parish.

092418

BJG Quarterly Summary Report
Q4 (April - June 2019)

# Central Region - Chad Firmin, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| AVC Marksville DC | 438 | 265 | 149 | 414 | 24 |
| AVC Women's CC | 317 | 130 | 72 | 202 | 115 |
| Beauregard Parish Jail | 161 | 7 | 144 | 151 | 10 |
| Catahoula CC | 830 | 521 | 191 | 712 | 118 |
| Catahoula PJ | 32 | 9 | 9 | 18 | 14 |
| Concordia Parish CF | 530 | 433 | 97 | 530 | 0 |
| Concordia Parish Jail | 48 | 5 | 30 | 35 | 13 |
| Grant Parish DF | 106 | 48 | 49 | 97 | 9 |
| LaSalle Correctional Center | 757 | 639 | 100 | 739 | 18 |
| LaSalle Parish Jail | 29 | 5 | 7 | 12 | 17 |
| Rapides Parish DC I | 348 | 0 | 248 | 248 | 100 |
| Rapides Parish DC II | 140 | 114 | 0 | 114 | 26 |
| Rapides Parish DC III | 391 | 242 | 141 | 383 | 8 |
| River Correctional Center | 602 | 3 | 510 | 513 | 89 |
| Vernon Parish Jail | 152 | 10 | 124 | 134 | 18 |
| TOTAL | 4881 | 2431 | 1871 | 4302 | 579 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

Yes

Grant Parish Detention Facility: 4 days over capacity in May due to arrest over the weekend. Shipped out some offenders on Monday to be in compliance with capacity.

Grant Parish Detention Facility: 1 day over in June due to arrest over the weekend and people waiting to bond out. Shipped out some offenders the next day to be in compliance with capacity.

## Schedule B Reports:

Total Number of Schedule B Reports 935

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 18 |
| Mental Health | 1 |
| Disciplinary | 18 |
| Administrative | 314 |
| Court | 0 |
| DOC Request | 148 |
| TWP | 167 |
| Lack of Bed Space | 24 |
| Total Number | 690 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

Yes

- Rapides DC#II: On 4/9/19 offender Jermaine Dixon#34561 ran off from a job at Central State Hospital and was apprehended shortly after by deputies from RPSO.

- Rapides DC#II: On 5/20/19 offender Glynn McCoy#492392 escaped from the trustee dorm at the facility and was not apprehended during the month of May.
- Concordia Parish Correctional Facility: On 5/12/19 offender Jacob Dupre#560625 walked away from a work detail at Concordia Paws. He was apprehended and back in custody that night and charged with escape.
- Catahoula Correctional Center: On 6/20/19 offender Brandon Kirkland #502645 broke out of restraints and exited the transportation vehicle and ran from officers while returning from a court order trip with pending charges. Offender was apprehended shortly after and placed back in restraints and taken back to Catahoula Correctional.
- Rapides DC#III: On 6/25/19 offender Johnny Bennett #617367 escaped from an RPSO officer when he was taken back to the Cabrini Hospital for an I.V. that was left in his arm from a previous hospital visit. Offender was apprehended shortly after and returned to RPSO.
- Rapides DC#II: On 6/27/19 offender Glynn McCoy#492392 that escaped on May 20, 2019 was apprehended and booked in Rapides DC#I.

**Assaults:**

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

Yes

- Catahoula Correctional Center: June 2019 Offenders Jessie Thomas #594419 and Orlando Manuel #492982 were involved in an altercation. Offender Thomas threw a hot substance on offender Manuel. Offender Manuel received second degree burns to his face from the incident. Offender Thomas was charged with aggravated battery.

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**

| | |
|---|---|
| Family and/or Friend | 394 |
| Bus | 39 |
| Law Enforcement | 49 |
| Other | 0 |

Total Number of DOC Discharges 482

Total Number of DOC Offenders Released with a Valid Driver's License or State Identification 443

**GED Program:**

Total Number of GED Slots Available 321 ***** River Correctional no longer has GED*****

Total Number of DOC Completions 51

**Substance Abuse Program:**

| | |
|---|---|
| AA/NA Participants | 138 |
| Other | 392 |

**Other CTRP: (Non GED/Sub Abuse Program)**

| | |
|---|---|
| Enrolled | 549 |
| Completed | 218 |

**Job Skills:**

List facilities that offer job skills:

Total Number Enrolled 0

**Grievances:**

| | |
|---|---|
| Total Accepted | 52 |
| Total Rejected | 6 |

**LARNAs Completed:** 532

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| AVC Marksville DC | 122 | 1 M-AMP, THC | 37 | 0 |
| AVC Women's CC | 85 | (4) 1 BZO, 2 M-AMP, 1 METH | 22 | 0 |
| Beauregard Parish Jail | 8 | 0 | 8 | 0 |
| Catahoula CC | 439 | (12) 7 METH,3 THC,1 BZO,1 BAR | 69 | 0 |
| Catahoula PJ | 15 | 0 | 2 | 0 |
| Concordia Parish CF | 162 | (4) 1 METH, 3 THC | 26 | 0 |
| Concordia Parish Jail | 15 | 0 | 9 | 0 |
| Grant Parish DF | 26 | 2 MARIJUANA | 8 | 0 |
| LaSalle Correctional Center | 121 | 0 | 66 | 0 |
| LaSalle Parish Jail | 15 | 0 | 12 | 0 |
| Rapides Parish DC I | 0 | 0 | 7 | 0 |
| Rapides Parish DC II | 144 | (17) 5 THC,6 METH,6 BUP | 6 | 0 |
| Rapides Parish DC III | 107 | 0 | 5 | 0 |
| River Correctional Center | 0 | 0 | 167 | 0 |
| Vernon Parish Jail | 32 | 0 | 7 | 0 |
| TOTAL | 1291 | 40 | 451 | 0 |

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| AVC Marksville DC | 281 | 41 | 322 | 8 | 237 |
| AVC Women's CC | 165 | 6 | 171 | 0 | 13 |
| Beauregard Parish Jail | 364 | 182 | 546 | 0 | 0 |
| Catahoula CC | 334 | 18 | 352 | 21 | 11 |
| Catahoula PJ | 173 | 70 | 243 | 2 | 2 |
| Concordia Parish CF | 591 | 511 | 1102 | 0 | 11 |
| Concordia Parish Jail | 54 | 6 | 60 | 0 | 0 |
| Grant Parish DF | 660 | 584 | 1244 | 0 | 9 |
| LaSalle Correctional Center | 2448 | 96 | 2544 | 146 | 560 |
| LaSalle Parish Jail | 96 | 75 | 171 | 0 | 0 |
| Rapides Parish DC I | 70 | 70 | 140 | 21 | 3 |
| Rapides Parish DC II | 220 | 38 | 258 | 18 | 63 |
| Rapides Parish DC III | 691 | 576 | 1267 | 9 | 8 |
| River Correctional Center | 430 | 249 | 679 | 0 | 0 |
| Vernon Parish Jail | 197 | 186 | 383 | 18 | 5 |
| TOTAL | 6774 | 2708 | 9482 | 243 | 922 |

CONTRABAND:

- Avoyelles Marksville DC#1: (237) – 53 cellphones, 25 chargers, 32 shanks, 23 synthetic marijuana, 1 heroin, 5 tattoo guns, 3 tattoo para., 17 tobacco, 10 lighters, 10 assorted pills, 7 cash money, 6 syringes, 4 pieces of wire, 7 pairs of steel toe boots, 7 miscellaneous tools, 1 blue tooth speaker, 3 extension cords, 3 small pieces of pipe, 1 wifi box, 1 pair of dice, 3 small pieces of metal, 1 piece of metal tubing, 2 camo jackets, 1 tube of locktite silicon, 1 headlamp, 1 bungee cord, 1 lottery ticket, 1 pair of tweezers, 1 AA battery charger, 1 flashlight, 3 ear buds, 1 key, 1 magnet.
- Avoyelles Cottonport Womens: (13)- 1 cellphone, 1 phone charger, 1 battery pack, 2 tobacco, 1 synthetic marijuana, 1 lighter, 1 light bulb, 1 urine bottle, 3 homemade dildos, 1 suboxone strip.
- Catahoula Correctional Center: (11)- 8 short pieces of metal, 1 screw sharpened, 2 toothbrushes sharpened at one end.
- Catahoula Parish Jail: (2)- 2 synthetic marijuana

- Concordia Parish Correctional Facility: (11)- 4 cellphones, 6 shanks, 1 mojo.
- Grant Parish Detention Facility: (9)- 5 tobacco, 1 set of illegal clothing not allowed, 1 cellphone, 2 lighters.
- Lasalle Correctional Center: (560)- 3 cellphones, 42 various pill bundles, 16 green leafy substance, 18 shanks, 1 battery pack, 2 pieces of plastic pipe, 1 cellphone battery, 22 tobacco, 17 mojo, 5 tattoo guns, 9 small pieces of metal, 4 padlocks, 1 clipper blade, 61 tattoo para., 11 needles, 1 roach clip, 1 broken pen, 126 smoking para., 219 razors.
- Rapides DC#I: (3)- 1 cellphone, 1 phone charger, 1 lighter.
- Rapides DC#II: (63)- 2 meth, 18 mojo cigarettes, 11 bundles of mojo, 4 loose mojo in paper, 1 needle, 3 cellphones, 1 crushed pill, 20 suboxone strips, 1 cash money, 2 tobacco.
- Rapides DC#III: (8)- 4 cellphones, 2 lighters, 1 piece of wire, 1 tobacco.
- Vernon Parish Jail: (5)- 4 tobacco, 1 lighter.

**Offender Deaths:**

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

Yes

Catahoula Parish Jail: On 6/24/19 offender Bobby Buras #607564 died at Riverland Medical Center. Death was unexpected. Autopsy ordered and awaiting results.

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | 191 |
| Medical Emergency | 65 |
| Funeral Trips | 8 |
| Court Orders | 189 |
| Miscellaneous | 0 |
| Total Number of Transports | 453 |

092418

BJG Quarterly Summary Report
Q1 (July - Sept 2019)

# Central Region - Chad Firmin, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| AVC Marksville DC | 438 | 262 | 173 | 435 | 3 |
| AVC Women's CC | 317 | 147 | 84 | 231 | 86 |
| Beauregard Parish Jail | 161 | 11 | 147 | 158 | 3 |
| Catahoula CC | 830 | 102 | 484 | 586 | 244 |
| Catahoula PJ | 32 | 15 | 11 | 26 | 6 |
| Concordia Parish CF | 530 | 443 | 87 | 530 | 0 |
| Concordia Parish Jail | 48 | 4 | 33 | 37 | 11 |
| Grant Parish DF | 106 | 46 | 45 | 91 | 15 |
| LaSalle Correctional Center | 757 | 284 | 29 | 313 | 444 |
| LaSalle Parish Jail | 29 | 5 | 7 | 12 | 17 |
| Rapides Parish DC I | 348 | 0 | 291 | 291 | 57 |
| Rapides Parish DC II | 140 | 108 | 0 | 108 | 32 |
| Rapides Parish DC III | 391 | 209 | 164 | 373 | 18 |
| River Correctional Center | 602 | 0 | 531 | 531 | 71 |
| Vernon Parish Jail | 152 | 10 | 151 | 161 | 0 |
| **TOTAL** | 4881 | 1646 | 2237 | 3883 | 1007 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

Yes

Vernon Parish Jail: 10 days over in July due to arrestees being housed over weekend and people not bonding out.

Beauregard Parish Jail: 25 days over in August due to people not being able to make bond and probation violation holds.
Vernon Parish Jail: 8 days over in August due to arrestees being held.

Grant Parish Detention Facility: 5 days over in September due to number of people arrested. Sent some pretrial offenders to other facilities.
Beauregard Parish Jail: 15 days over in September due to not being able to find a facility to take offenders once they become DOC offenders and for probation violation holds.
Vernon Parish Jail: 10 days over in September due to number of arrest and not being able to make bond.

## Schedule B Reports:

Total Number of Schedule B Reports 630

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 10 |
| Mental Health | 2 |
| Disciplinary | 4 |
| Administrative | 112 |
| Court | 4 |
| DOC Request | 226 |
| TWP | 69 |
| Lack of Bed Space | 56 |
| Total Number | 483 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

None

**Assaults:**

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

None

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**

Family and/or Friend 293
Bus 34
Law Enforcement 50
Other 0

Total Number of DOC Discharges 377
Total Number of DOC Offenders Released with a Valid Driver's License or State Identification 355
***The difference in discharges released without ID's is due to offenders releasing to detainers***

**GED Program:**

Total Number of GED Slots Available 211
Total Number of DOC Completions 33

**Substance Abuse Program:**

AA/NA Participants 116
Other 214

**Other CTRP: (Non GED/Sub Abuse Program)**

Enrolled 553
Completed 110

**Job Skills:**

List facilities that offer job skills:
Total Number Enrolled 0

**Grievances:**

Total Accepted 112
Total Rejected 12

**LARNAs Completed:** 525

**Drug Testing:**

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| AVC Marksville DC | 132 | (4) 3 syn mari, 1 mamp | 42 | 0 |
| AVC Women's CC | 50 | (5) 1 thc, 2 meth,2 barb | 21 | 0 |
| Beauregard Parish Jail | 8 | 0 | 8 | 0 |
| Catahoula CC | 75 | (2) 1 meth, 1thc | 75 | 0 |
| Catahoula PJ | 12 | 0 | 6 | 0 |
| Concordia Parish CF | 89 | (4) 3 meth, 1bzo | 29 | 0 |
| Concordia Parish Jail | 13 | 0 | 9 | 0 |
| Grant Parish DF | 7 | 0 | 6 | 0 |
| LaSalle Correctional Center | 120 | 1 thc | 91 | 1 positive twice for thc |
| LaSalle Parish Jail | 15 | 0 | 12 | 0 |
| Rapides Parish DC I | 0 | 0 | 12 | 0 |
| Rapides Parish DC II | 147 | (13) 8 meth, 1 opiate, 2 bup, 2 refusal | 8 | 0 |

| | | | | |
|---|---|---|---|---|
| Rapides Parish DC III | 144 | (2) 1 meth, 1 bzo | 4 | 0 |
| River Correctional Center | 0 | 0 | 156 | 0 |
| Vernon Parish Jail | 31 | 0 | 5 | 0 |
| TOTAL | 843 | 31 | 484 | 1 |

**Search and Seizure:**

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| AVC Marksville DC | 191 | 30 | 221 | 0 | 84 |
| AVC Women's CC | 135 | 6 | 141 | 0 | 1 |
| Beauregard Parish Jail | 364 | 124 | 488 | 0 | 0 |
| Catahoula CC | 339 | 13 | 352 | 18 | 3 |
| Catahoula PJ | 239 | 67 | 306 | 0 | 0 |
| Concordia Parish CF | 627 | 659 | 1231 | 0 | 42 |
| Concordia Parish Jail | 15 | 2 | 17 | 0 | 0 |
| Grant Parish DF | 627 | 584 | 1211 | 0 | 5 |
| LaSalle Correctional Center | 1064 | 96 | 1160 | 94 | 254 |
| LaSalle Parish Jail | 85 | 65 | 150 | 0 | 0 |
| Rapides Parish DC I | 70 | 70 | 140 | 68 | 22 |
| Rapides Parish DC II | 239 | 87 | 326 | 19 | 37 |
| Rapides Parish DC III | 640 | 603 | 1243 | 6 | 5 |
| River Correctional Center | 661 | 333 | 994 | 0 | 0 |
| Vernon Parish Jail | 208 | 177 | 385 | 6 | 13 |
| TOTAL | 5449 | 2916 | 8365 | 211 | 467 |

**CONTRABAND:**

- Avoyelles Marksville DC#1: (84)- 18 cellphones, 13 phone chargers, 5 shanks, 1 homemade knife, 1 camo pocket knife, 2 marijuana, 2 synthetic marijuana, 1 pair wire cutters, 1 flat piece of metal 5"long,, 1 highlighter with green leafy substance, 2 battery packs, 1 nail, 2 nails wrapped with rubber bands on the end for handles, 1 blue tooth headphone, 4 sims cards, 2 USB chargers, 1 MP3 player, 3 small blades about 1" long, 1 bottle red tattoo ink, 1 skoal can with paper containing a white powder substance, 1 cash money($125), 1 security screw, 2 small screwdrivers, 3 homemade cd's, 1 sewing kit, 1 book with pages cutout to hide a cellphone, 7 packs of tobacco, 3 rolling papers, 1 cigarette, 1 lighter.
- Avoyelles Women's Correctional: (1)- cellphone
- Catahoula Correctional Center: (3)- 1 small piece of metal, 1 toothbrush sharpened on one end, 1 cellphone.
- Concordia Parish Correctional Facility: (42)- 7 cellphones, 5 shanks, 1 marijuana, 4 synthetic marijuana, 5 tattoo guns, 1 meth, 1 piece of rusted metal, 4 miscellaneous pill bundles, 14 tobacco.
- Grant Parish Detention Facility: (5)- 3 tobacco, 1 cigarette, 1 tattoo machine parts.
- Lasalle Correctional Center: (254)- 4 green leafy substance, 2 suboxone strips, 16 shanks, 2 pieces of metal, 4 tattoo guns, 2 needles, 48 tattoo para., 29 miscellaneous pill bundles, 69 razors, 2 battery packs, 7 tobacco, 69 smoking para.
- Rapides DC#1: (22)- 2 shanks, 1 cellphone, 2 phone chargers, 1 key, 1 coin, 1 drill bit, 1 fishing string, 1 string, 1 lighter, 1 rubber band, 10 miscellaneous pills.
- Rapides DC#2: (37)- 13 balls of mojo, 7 mojo cigarettes, 1 meth, 2 shanks, 2 cellphones, 1 pocket knife, 1 syringe, 2 cash money($135), 8 cigarettes.
- Rapides DC#3: (5)- 4 cellphones, 1 lighter.
- Vernon Parish Jail: (13)- 6 tobacco, 1 lighter, 1 shank, 5 pills.

**Offender Deaths:**

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

None

**Offender Transport:**

Scheduled Medical **240**
Medical Emergency **28**

| | |
|---|---|
| Funeral Trips | 22 |
| Court Orders | 189 |
| Miscellaneous | 3 |
| Total Number of Transports | 482 |

*miscellaneous trips:

- Concordia Correctional Correctional 1 trip transported an offender to Rapides Parish for a parole board hearing.
- Vernon Parish Jail had 2 trips to transport an offender to TWP.

092418

BJG Quarterly Summary Report
Q2 (October-December 2019)

# Central Region - Chad Firmin, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| AVC Marksville DC | 438 | 237 | 138 | 375 | 63 |
| AVC Women's CC | 317 | 97 | 39 | 136 | 181 |
| Beauregard Parish Jail | 161 | 8 | 142 | 150 | 11 |
| Catahoula CC | 830 | 54 | 537 | 591 | 239 |
| Catahoula PJ | 32 | 10 | 15 | 25 | 7 |
| Concordia Parish CC Women | 224 | 92 | 72 | 164 | 60 |
| Concordia Parish CF | 530 | 450 | 77 | 527 | 3 |
| Concordia Parish Jail | 48 | 4 | 31 | 35 | 13 |
| Grant Parish DF | 106 | 50 | 49 | 99 | 7 |
| LaSalle Correctional Center | 757 | 68 | 468 | 536 | 221 |
| LaSalle Parish Jail | 29 | 5 | 6 | 11 | 18 |
| Rapides Parish DC I | 348 | 0 | 257 | 257 | 91 |
| Rapides Parish DC II | 140 | 107 | 0 | 107 | 33 |
| Rapides Parish DC III | 391 | 222 | 157 | 379 | 12 |
| River Correctional Center | 602 | 0 | 438 | 438 | 164 |
| Vernon Parish Jail | 152 | 9 | 133 | 142 | 10 |
| TOTAL | 5105 | 1413 | 2559 | 3972 | 1133 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity. Yes

October 2019
Grant Parish Detention Facility- Over capacity 1 day due to arrests held in the jail.
Vernon Parish Jail- Over capacity 12 days due to arrests and people not being able to bond out.

November 2019
Vernon Parish Jail- Over capacity 9 days due to arrests and people not being able to bond out.

December 2019
Vernon Parish Jail- Over capacity 10 days due to arrests and people not being able to bond out.

## Schedule B Reports:

Total Number of Schedule B Reports 559

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 23 |
| Mental Health | 1 |
| Disciplinary | 7 |
| Administrative | 227 |
| Court | 8 |
| DOC Request | 86 |
| TWP | 8 |
| Lack of Bed Space | 39 |
| Total Number | 399 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

Yes
November 2019
Avoyelles Marksville Detention Center- On 11/15/19 offender Lowell Potter#336547 escaped from the jail while working a detail at the jail with the maintenance employee. As of this date offender Potter has not been apprehended.

December 2019
Rapides Parish DC II (work release)- On 12/1/19 offender Anthony Wells#519297 escaped from the facility and was apprehended on 12/2/19.

**Assaults:**
Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.
Yes
October 2019
Rapides DC3- On 10/28/19 offender Damerius Washington#562275 was involved in an altercation with offender Ronald Ross#505170. During the altercation offender Washington stabbed offender Ross causing multiple stab wounds. Offender Washington was booked on new charges of attempted first degree murder.

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**
Family and/or Friend 236
Bus 24
Law Enforcement 84
Other 0

Total Number of DOC Discharges 344
Total Number of DOC Offenders Released with a Valid Driver's License or State Identification 278
***Some facilities were not able to get Id's from the DMV due to the state computer system hacked and the office was unable to make Id's for the offenders.**

**GED Program:**
Total Number of GED Slots Available 211
Total Number of DOC Completions 21

**Substance Abuse Program:**
AA/NA Participants 143
Other 36

**Other CTRP: (Non GED/Sub Abuse Program)**
Enrolled 710
Completed 252

**Job Skills:**
List facilities that offer job skills:
Total Number Enrolled 0

**Grievances:**
Total Accepted 51
Total Rejected 22

**LARNAs Completed:** 169

**Drug Testing:**

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| AVC Marksville DC | 136 | 0 | 46 | 0 |

| | | | | |
|---|---|---|---|---|
| AVC Women's CC | 95 | 0 | 12 | 0 |
| Beauregard Parish Jail | 8 | 0 | 9 | 0 |
| Catahoula CC | 37 | 3(2 meth, 1 thc) | 92 | 0 |
| Catahoula PJ | 13 | 0 | 0 | 0 |
| Concordia Parish CC Women | 29 | 13(2 meth, 4 benzo, 5 bup, 2 thc) | 14 | 0 |
| Concordia Parish CF | 122 | 11(5 thc, 6 meth) | 7 | 0 |
| Concordia Parish Jail | 13 | 1 mamp | 9 | 0 |
| Grant Parish DF | 17 | 4 (2 refusal, 2 meth) | 6 | 0 |
| LaSalle Correctional Center | 37 | 0 | 66 | 0 |
| LaSalle Parish Jail | 15 | 0 | 12 | 0 |
| Rapides Parish DC I | 0 | 0 | 12 | 0 |
| Rapides Parish DC II | 139 | 3 (2 thc, 1 bup) | 9 | 0 |
| Rapides Parish DC III | 116 | 0 | 6 | 0 |
| River Correctional Center | 0 | 0 | 77 | 0 |
| Vernon Parish Jail | 30 | 0 | 5 | 0 |
| TOTAL | 807 | 35 | 382 | 0 |

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| AVC Marksville DC | 175 | 32 | 207 | 0 | 73 |
| AVC Women's CC | 96 | 4 | 100 | 0 | 0 |
| Beauregard Parish Jail | 368 | 184 | 552 | 0 | 0 |
| Catahoula CC | 284 | 15 | 299 | 4 | 2 |
| Catahoula PJ | 181 | 54 | 235 | 0 | 7 |
| Concordia Parish CC Women | 22 | 27 | 49 | 8 | 7 |
| Concordia Parish CF | 580 | 300 | 880 | 62 | 37 |
| Concordia Parish Jail | 85 | 7 | 92 | 0 | 3 |
| Grant Parish DF | 671 | 542 | 1213 | 3 | 9 |
| LaSalle Correctional Center | 320 | 38 | 358 | 35 | 18 |
| LaSalle Parish Jail | 110 | 86 | 196 | 0 | 0 |
| Rapides Parish DC I | 50 | 50 | 100 | 27 | 14 |
| Rapides Parish DC II | 152 | 57 | 209 | 21 | 127 |
| Rapides Parish DC III | 517 | 346 | 863 | 7 | 7 |
| River Correctional Center | 504 | 299 | 803 | 0 | 0 |
| Vernon Parish Jail | 126 | 124 | 250 | 1 | 2 |
| TOTAL | 4241 | 2165 | 6406 | 168 | 306 |

## Contraband findings:

- Avoyelles Marksville Detention Center: (73)- 10 tobacco, 1 bottle gorilla glue, 3 battery packs, 18 cellphones, 11 phone chargers, 13 shanks, 8 lighters, 2 pocket knives, 1-$1.00 bill, 4 rolling papers, 1 hand rolled cigarette, 1 bag mojo.
- Catahoula CC: (2)- 2 cellphones.
- Catahoula Parish Jail: (7)- 6 cellphones, 1 shank.
- Concordia Parish CC for women: (7)- 1 pack cigarettes, 2 lighters, 1 piece of wire, 1 piece of metal fencing, 1 razor blade, 1 cigarette.
- Concordia Parish CC: (37)- 5 packs cigarettes, 19 cellphones, 13 shanks.
- Concordia Parish Jail: (3)- 1 crushed pill, 1 pen for snorting crushed pill, 1 shank.
- Grant Parish DF: (9)- 6 tobacco, 1 lighter, 1 screwdriver, 1 tattoo gun.
- LaSalle CC: (18)- 3 pill bundles, 3 razors, 1 green leafy substance, 3 smoking para., 2 shanks, 2 tattoo para., 4 tobacco.
- Rapides Parish DC I: (14)- 1 piece of wooden stick, 1 piece of rope, 5 lighters, 4 razors, 3 pens.

- Rapides Parish DC II: (127)- 3 suboxone strips, 27 bags mojo, 66 mojo cigarettes, 6 cellphones, 2-$20 bills, 4-$5 bills, 9-$1 bills, 1 knife, 1 homemade shank, 7 pills, 1 meth.
- Rapides Parish DC III: (7)- 4 tobacco, 1 green leafy substance, 2 cellphones.
- Vernon Parish Jail: (2): 1 unidentified pill, 1 tobacco.

Offender Deaths:

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

Yes

October 2019

Concordia Parish CC for Women- On 10/7/19 offender Brittany Walker #718827 died at Riverland Medical Center. The preliminary cause of death is cardiac arrest. An autopsy was ordered and results pending.

Offender Transport:

| | |
|---|---|
| Scheduled Medical | 163 |
| Medical Emergency | 35 |
| Funeral Trips | 12 |
| Court Orders | 182 |
| Miscellaneous | 3 |
| Total Number of Transports | 395 |

**Note** miscellaneous transport:

October 19- Concordia Parish CC for women transported offender Linda Hertzog #515391 to Hunt Correctional Center to participate in a court ordered program at the facility.

November 19- Vernon Parish Jail transported offenders Kenneth Chandler#744128 and Michael Hood #402384 to Rapides Parish Detention Center to participate in good time classes.

092418

BJG Quarterly Summary Report
Q3 (January-March 2020)

# Central Region - Chad Firmin, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| AVC Marksville DC | 438 | 170 | 117 | 287 | 151 |
| AVC Women's CC | 317 | 39 | 31 | 70 | 247 |
| Beauregard Parish Jail | 161 | 9 | 130 | 139 | 22 |
| Catahoula CC | 816 | 54 | 519 | 573 | 243 |
| Catahoula PJ | 32 | 9 | 5 | 14 | 18 |
| Concordia Parish CC Women | 224 | 49 | 93 | 142 | 82 |
| Concordia Parish CF | 530 | 402 | 69 | 471 | 59 |
| Concordia Parish Jail | 42 | 3 | 14 | 17 | 25 |
| Grant Parish DF | 106 | 48 | 14 | 62 | 44 |
| LaSalle Correctional Center | 720 | 77 | 445 | 522 | 198 |
| LaSalle Parish Jail | 29 | 5 | 4 | 9 | 20 |
| Rapides Parish DC I | 348 | 0 | 222 | 222 | 126 |
| Rapides Parish DC II | 140 | 96 | 0 | 96 | 44 |
| Rapides Parish DC III | 391 | 243 | 77 | 320 | 71 |
| River Correctional Center | 602 | 128 | 147 | 275 | 327 |
| Vernon Parish Jail | 152 | 10 | 97 | 107 | 45 |
| TOTAL | 5048 | 1342 | 1984 | 3326 | 1722 |

**Operational Capacity:**
Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity. Yes

January 2020
Grant Parish Detention Facility- Over capacity 3 days due to arrests held in the jail.
Vernon Parish Jail- Over capacity 10 days due to arrests and people not being able to bond out.

February 2020
Grant Parish Detention Facility- Over capacity 1 day due to arrests and people not being able to bond out.

March 2020
Grant Parish Detention Facility- Over capacity 1 day due to arrests and people not being able to bond out.

Pre-trial offenders were sent from the above facilities to other facilities to be in compliance with capacity.

**Schedule B Reports:**
Total Number of Schedule B Reports 558

**Transfers to DPS&C Custody:**

| | |
|---|---|
| Medical | 15 |
| Mental Health | 0 |
| Disciplinary | 3 |
| Administrative | 89 |
| Court | 27 |
| DOC Request | 171 |
| TWP | 14 |
| Lack of Bed Space | 24 |
| Total Number | 343 |

**Escapes:**

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.
Yes
February 2020
Rapides Parish DC III- On 2/16/20 offender Kert Ledet#468256 was working a detail at the facility by the visiting building area and escaped from the facility and was apprehended by Iberia Parish SO the same day and returned to RPSO.

March 2020
Beauregard Parish Jail- On 3/23/20 offender Cory Warren#710607 escaped along with pre-trial offender Jack Jameson from the Beauregard Parish Jail. Both offenders escaped by going out the back door of the jail and climbing over the fence. Offender Warren hurt his foot after going over the fence and was apprehended shortly after while pre-trial offender Jameson was apprehended several hours later. Both offenders charged with escape and being housed at Beauregard Jail.

**Assaults:**
Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.
Yes
March 2020
Avoyelles Marksville Detention Center- On 3/31/20 pre-trial offender Travion Jones attacked offender Leroy Fields#312534 and slammed his head against the wall multiple times and placed him on the floor where he stomped and kicked him in the facial area and bit him several times. Offender Fields was taken to Lafayette General Hospital and admitted for the injuries sustained in the assault. Criminal charges were placed on pre-trail offender Jones for the assault.

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**

| | |
|---|---|
| Family and/or Friend | 225 |
| Bus | 8 |
| Law Enforcement | 43 |
| Other | 0 |

Total Number of DOC Discharges 276
Total Number of DOC Offenders Released with a Valid Driver's License or State Identification 221
***the difference in number is that some discharges were immediate releases and some were detainer releases.**

**GED Program:**
Total Number of GED Slots Available 208
Total Number of DOC Completions 18

**Substance Abuse Program:**
AA/NA Participants 180
Other 0

**Other CTRP: (Non GED/Sub Abuse Program)**
Enrolled 584
Completed 173

**Job Skills:**
List facilities that offer job skills:
Total Number Enrolled 0

**Grievances:**
Total Accepted 33
Total Rejected 23

**LARNAs Completed:** 130

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| AVC Marksville DC | 105 | 1 meth | 36 | 0 |
| AVC Women's CC | 45 | 0 | 6 | 0 |
| Beauregard Parish Jail | 7 | 0 | 8 | 0 |
| Catahoula CC | 42 | 4 (3 meth, 1 amp) | 106 | 0 |
| Catahoula PJ | 10 | 0 | 0 | 0 |
| Concordia Parish CC Women | 66 | 4(2meth, 1 bar, 1 bup) | 20 | 1 xanax |
| Concordia Parish CF | 135 | 11(2 thc, 7 meth, 2 amp) | 11 | 0 |
| Concordia Parish Jail | 11 | 0 | 8 | 0 |
| Grant Parish DF | 14 | 4 meth | 6 | 0 |
| LaSalle Correctional Center | 50 | 0 | 53 | 0 |
| LaSalle Parish Jail | 15 | 0 | 12 | 0 |
| Rapides Parish DC I | 0 | 0 | 4 | 0 |
| Rapides Parish DC II | 130 | 7 (5 meth, 2 opi) | 10 | 0 |
| Rapides Parish DC III | 106 | 1 meth | 6 | 0 |
| River Correctional Center | 72 | 2 (1 syn mari, 1 coc& meth) | 76 | 0 |
| Vernon Parish Jail | 31 | 0 | 3 | 0 |
| TOTAL | 839 | 34 | 365 | 1 |

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| AVC Marksville DC | 148 | 28 | 176 | 0 | 60 |
| AVC Women's CC | 95 | 2 | 97 | 10 | 0 |
| Beauregard Parish Jail | 372 | 186 | 558 | 0 | 0 |
| Catahoula CC | 338 | 16 | 354 | 13 | 5 |
| Catahoula PJ | 117 | 119 | 236 | 0 | 0 |
| Concordia Parish CC Women | 25 | 30 | 55 | 10 | 4 |
| Concordia Parish CF | 630 | 302 | 932 | 42 | 26 |
| Concordia Parish Jail | 126 | 6 | 132 | 0 | 0 |
| Grant Parish DF | 791 | 422 | 1213 | 5 | 11 |
| LaSalle Correctional Center | 241 | 94 | 335 | 8 | 32 |
| LaSalle Parish Jail | 115 | 100 | 215 | 0 | 0 |
| Rapides Parish DC I | 30 | 30 | 60 | 20 | 4 |
| Rapides Parish DC II | 152 | 56 | 208 | 19 | 69 |
| Rapides Parish DC III | 533 | 417 | 950 | 15 | 9 |
| River Correctional Center | 682 | 345 | 1027 | 0 | 12 |
| Vernon Parish Jail | 149 | 195 | 344 | 0 | 4 |
| TOTAL | 4544 | 2348 | 6892 | 142 | 236 |

## Contraband findings:

- Avoyelles Marksville Detention Center: (60)- 15 cellphones, 7 shanks, 1 battery pack, 7 tobacco, 7 pills, 3 lighters, 1-$20 bill, 1-$3.50, 1 meth, 3 pocket knives, 1 tattoo gun, 10 bags mojo, 1 mojo cigarette, 1 pill bottle filled with heroin, 1 morphine.
- Catahoula CC: (5)- 2 cellphones, 3 toothbrushes sharpened to a point on one end for a homemade shank
- Concordia Parish CC for women: (4)- 2 vape refill cartridges, 1 tobacco, 1 tattoo gun.

- Concordia Parish CC: (26)- 10 cigarettes, 5 packs cigarettes, 3 shanks, 4 lighters, 3 cellphones, 1 green leafy substance.
- Grant Parish DF: (11)- 5 tobacco, 4 cigarettes, 1 lighter, 1 tattoo gun.
- LaSalle CC: (32)- 1 phone charger, 3 pill bundles, 17 razors, 2 suboxone strips, 2 green leafy substance, 1 tattoo gun, 1 tattoo para, 5 tobacco.
- Rapides Parish DC I: (4)- 2 cellphones, 1 shank, 1 lighter.
- Rapides Parish DC II: (69)- 3 xanax pills, 19 bundles of mojo, 38 mojo cigarettes, 1 suboxone strip, 3 cellphones, 1 meth, 4 unidentified pills.
- Rapides Parish DC III: (9)- 8 cellphones, 1 tobacco.
- River Correctional Center: (12)- 2 cellphones, 2 tobacco, 2 lighters, 1 razor, tattoo gun, 4 green leafy substance.
- Vernon Parish Jail: (4): 3 tobacco, 1 hot sauce bottle used for pepper spray.

### Offender Deaths:

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

Yes

February 2020

Avoyelles Marksville Detention Center - ON 2/5/20 OFFENDER JAMES SAVOY (PRETRIAL OFFENDER) WAS FOUND UNRESPONSIVE IN THE DORM, 911 WAS CALLED AND THE NURSE ADMINSTERED CPR NO RESULTS FROM ADMINSTERING CPR OFFENDER SAVOY WAS PRONOUNCED DECEASED AT THE JAIL BY ASSIST. CORONER TREVOR GUILLOT. AUTOPSY ORDERED AND RESULTS OF CAUSE OF DEATH WAS DUE TO HYPERTENSIVE ATHEROSCLEROTIC CARDIOVASCULAR DISEASE WITH CONTRIBUTION OF COPD (EMPHYSEMA) MANNER OF DEATH WAS DEEMED NATURAL.

### Offender Transport:

| | |
|---|---|
| Scheduled Medical | 247 |
| Medical Emergency | 43 |
| Funeral Trips | 7 |
| Court Orders | 61 |
| Miscellaneous | 0 |
| Total Number of Transports | 358 |

BJG Quarterly Summary Report
Q4 (April-June 2020)

# Central Region - Chad Firmin, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| AVC Marksville DC | 438 | 147 | 124 | 271 | 167 |
| AVC Women's CC | 317 | 33 | 22 | 55 | 262 |
| Beauregard Parish Jail | 161 | 19 | 120 | 139 | 22 |
| Catahoula CC | 816 | 75 | 309 | 384 | 432 |
| Catahoula PJ | 32 | 7 | 16 | 23 | 9 |
| Concordia Parish CC Women | 224 | 45 | 17 | 62 | 162 |
| Concordia Parish CF | 530 | 339 | 66 | 405 | 125 |
| Concordia Parish Jail | 42 | 4 | 11 | 15 | 27 |
| Grant Parish DF | 106 | 35 | 15 | 50 | 56 |
| LaSalle Correctional Center | 720 | 78 | 220 | 298 | 422 |
| LaSalle Parish Jail | 29 | 5 | 3 | 8 | 21 |
| Rapides Parish DC I | 348 | 0 | 267 | 267 | 81 |
| Rapides Parish DC II | 140 | 89 | 0 | 89 | 51 |
| Rapides Parish DC III | 391 | 225 | 73 | 298 | 93 |
| River Correctional Center | 602 | 109 | 159 | 268 | 334 |
| Vernon Parish Jail | 152 | 10 | 93 | 103 | 49 |
| TOTAL | 5048 | 1220 | 1515 | 2735 | 2313 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity. NONE

## Schedule B Reports:

Total Number of Schedule B Reports 331

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 3 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 21 |
| Court | 1 |
| DOC Request | 33 |
| TWP | 10 |
| Lack of Bed Space | 11 |
| Total Number | 79 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

Yes

May 2020

Rapides Parish DC II- On 5/25/20 offender Robert Ballard #418464 escaped from the RPSO DC II facility and was apprehended on 5/28/20 and booked into the LaSalle Jail and returned back to RPSO.

Avoyelles Marksville Detention Center- On 5/31/20 offender Brandon Johnson #601507 escaped from the facility by going through the pipe chase and then broke through part of the fence. Offender Johnson was not apprehended in May.

June 2020

Avoyelles Marksville Detention Center- On 6/3/20 offender Brandon Johnson #601507 was apprehended in Marksville. Offender Johnson escaped from the jail on 5/31/20 and was returned back to the Jail.

**Assaults:**

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

Yes

June 2020

Avoyelles Marksville Detention Center- On 6/14/20 offender Montel Austin #703904 stabbed offender Julian Anderson #628012 multiple times to the back and head that caused offender Anderson to be hospitalized for several days with a collapsed lung.

Avoyelles Marksville Detention Center- On 6/16/20 offenders Dequavious Johnson #105160 and Antonio Morris #553211 jumped offender Jacob Ardoin #596648 stabbing him in the back, chest, neck, shoulder and right thigh. Offender Ardoin was hospitalized for the severity of injuries sustained and was later transferred to EHCC. Charges have been placed on the aggressors in both of the incidents.

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**

| | |
|---|---|
| Family and/or Friend | 199 |
| Bus | 8 |
| Law Enforcement | 19 |
| Other | 0 |

| | |
|---|---|
| Total Number of DOC Discharges | 226 |
| Total Number of DOC Offenders Released with a Valid Driver's License or State Identification | 121 |

***DMV offices closed due to COVID-19 so some offenders did not have ID's upon release**

**GED Program:**

| | |
|---|---|
| Total Number of GED Slots Available | 208 |
| Total Number of DOC Completions | 2 |

**Substance Abuse Program:**

| | |
|---|---|
| AA/NA Participants | 183 |
| Other | 0 |

**Other CTRP: (Non GED/Sub Abuse Program)**

| | |
|---|---|
| Enrolled | 272 |
| Completed | 174 |

**Job Skills:**

List facilities that offer job skills:

Total Number Enrolled 0

**Grievances:**

| | |
|---|---|
| Total Accepted | 25 |
| Total Rejected | 12 |

**LARNAs Completed:** 123

**Drug Testing:**

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| AVC Marksville DC | 100 | 0 | 22 | 0 |
| AVC Women's CC | 32 | 0 | 6 | 0 |
| Beauregard Parish Jail | 6 | 0 | 7 | 0 |
| Catahoula CC | 54 | 0 | 79 | 0 |
| Catahoula PJ | 17 | 0 | 2 | 0 |
| Concordia Parish CC Women | 23 | 0 | 15 | 0 |
| Concordia Parish CF | 103 | 3 (2 mamp, 1 meth) | 11 | 0 |
| Concordia Parish Jail | 12 | 0 | 9 | 0 |
| Grant Parish DF | 10 | 0 | 6 | 0 |
| LaSalle Correctional Center | 45 | 2 suboxone | 53 | 0 |
| LaSalle Parish Jail | 13 | 0 | 12 | 0 |
| Rapides Parish DC I | 0 | 0 | 0 | 0 |
| Rapides Parish DC II | 120 | 0 | 11 | 0 |
| Rapides Parish DC III | 86 | 0 | 2 | 0 |
| River Correctional Center | 122 | 0 | 63 | 0 |
| Vernon Parish Jail | 31 | 0 | 4 | 0 |
| TOTAL | 774 | 5 | 302 | 0 |

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| AVC Marksville DC | 127 | 25 | 152 | 0 | 58 |
| AVC Women's CC | 60 | 0 | 60 | 0 | 0 |
| Beauregard Parish Jail | 360 | 180 | 540 | 0 | 0 |
| Catahoula CC | 116 | 9 | 125 | 10 | 4 |
| Catahoula PJ | 117 | 56 | 173 | 0 | 0 |
| Concordia Parish CC Women | 16 | 12 | 28 | 3 | 0 |
| Concordia Parish CF | 1200 | 375 | 1575 | 62 | 22 |
| Concordia Parish Jail | 129 | 14 | 143 | 0 | 0 |
| Grant Parish DF | 637 | 363 | 1000 | 0 | 1 |
| LaSalle Correctional Center | 307 | 96 | 403 | 33 | 34 |
| LaSalle Parish Jail | 117 | 115 | 232 | 0 | 0 |
| Rapides Parish DC I | 0 | 0 | 0 | 0 | 0 |
| Rapides Parish DC II | 164 | 55 | 219 | 7 | 28 |
| Rapides Parish DC III | 262 | 189 | 451 | 8 | 5 |
| River Correctional Center | 557 | 246 | 803 | 0 | 6 |
| Vernon Parish Jail | 129 | 126 | 255 | 0 | 0 |
| TOTAL | 4298 | 1861 | 6159 | 123 | 158 |

## Contraband findings:

- Avoyelles Marksville Detention Center: (58)- 8 cellphones, 2 phone chargers, 12 mojo cigarettes, 11 bags of mojo, 2 homemade shanks, 1 green dot card, 1 tattoo gun, 1 tattoo para., 1 tattoo ink, 1 battery pack, 1 homemade wick, 3 lighters, 12 bags of tobacco, 1 cigarette, 1 razor.
- Catahoula CC: (4)- 1cellphone, 1 phone charger, 2 suboxone strips
- Concordia Parish CC: (22)- 8 cellphones, 2 shanks, 2 cellphone batteries, 4 synthetic marijuana, 4 suboxone strips, 1 pack of suboxone strips, 1 tobacco.
- Grant Parish DF: (1)- 1 cellphone
- LaSalle CC: (34)- 3 cellphones, 2 phone chargers, 1 green leafy substance, 3 battery packs, 1 tattoo para., 1 pornographic photo, 18 razors, 4 tobacco, 1 lighter

- Rapides Parish DC II: (28)- 2 cellphones, 1 sim card, 10 mojo cigarettes, 12 packs of mojo, 1-$1 bill, 2 suboxone strips
- Rapides Parish DC III: (5)- 5 green leafy substance
- River Correctional Center: (6)- 2 cellphones, 1 green leafy substance, 1 tattoo gun, 2 tobacco

**Offender Deaths:**

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

Yes

April 2020

Avoyelles Marksville Detention Center - On 4/30/20 Pre-trial offender Randall Brossette was released from being admitted at Avoyelles Hospital and returned back to the Avoyelles Marksville Detention Center where he was found unresponsive in sickbay by the nurse and officer Silas. CPR and AED was utilized but unsuccessful. Avoyelles Parish Coroner James Bordelon arrived at the jail and pronounced offender Brossette deceased. Autopsy was ordered results pending.

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | 141 |
| Medical Emergency | 26 |
| Funeral Trips | 2 |
| Court Orders | 8 |
| Miscellaneous | 0 |
| Total Number of Transports | 177 |

092418

BJG Quarterly Summary Report
Q1 (July-September 2020)

# Central Region - Chad Firmin, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| AVC Marksville DC | 438 | 118 | 179 | 297 | 141 |
| AVC Women's CC | 317 | 36 | 33 | 69 | 248 |
| Beauregard Parish Jail | 161 | 0 | 0 | 0 | 161 |
| Catahoula CC | 816 | 189 | 90 | 279 | 537 |
| Catahoula PJ | 32 | 8 | 13 | 21 | 11 |
| Concordia Parish CC Women | 224 | 114 | 65 | 179 | 45 |
| Concordia Parish CF | 530 | 377 | 153 | 530 | 0 |
| Concordia Parish Jail | 42 | 4 | 37 | 41 | 1 |
| Grant Parish DF | 106 | 44 | 10 | 54 | 52 |
| LaSalle Correctional Center | 720 | 159 | 191 | 350 | 370 |
| LaSalle Parish Jail | 29 | 6 | 0 | 6 | 23 |
| Rapides Parish DC I | 348 | 0 | 264 | 264 | 84 |
| Rapides Parish DC II | 140 | 90 | 0 | 90 | 50 |
| Rapides Parish DC III | 391 | 240 | 70 | 310 | 81 |
| River Correctional Center | 602 | 46 | 160 | 206 | 396 |
| Vernon Parish Jail | 152 | 9 | 138 | 147 | 5 |
| TOTAL | 5048 | 1440 | 1403 | 2843 | 2205 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity. Yes

August 2020: Concordia Parish Correctional Facility was 7 days over capacity due to receiving offenders that were evacuated from other facilities due to Hurricane Laura. Once it was safe to return the offenders were transported back to their facility they were evacuated from.

## Schedule B Reports:

Total Number of Schedule B Reports 498

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 0 |
| Mental Health | 0 |
| Disciplinary | 1 |
| Administrative | 327 |
| Court | 0 |
| DOC Request | 244 |
| TWP | 20 |
| Lack of Bed Space | 25 |
| Total Number | 617 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

None

## Assaults:

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

None

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**

| | |
|---|---|
| Family and/or Friend | 164 |
| Bus | 7 |
| Law Enforcement | 41 |
| Other | 0 |

Total Number of DOC Discharges 212
Total Number of DOC Offenders Released with a Valid Driver's License or State Identification 105
***Some DMV offices closed or limited services due to COVID-19 so some offenders did not have ID's upon release**

**GED Program:**
Total Number of GED Slots Available 208
Total Number of DOC Completions 3

**Substance Abuse Program:**
AA/NA Participants 49
Other 0

**Other CTRP: (Non GED/Sub Abuse Program)**
Enrolled 177
Completed 7

**Job Skills:**
List facilities that offer job skills:
Total Number Enrolled 0

**Grievances:**
Total Accepted 64
Total Rejected 14

**LARNAs Completed:** 132

**Drug Testing:**

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| AVC Marksville DC | 97 | 0 | 36 | 0 |
| AVC Women's CC | 30 | 2 meth | 6 | 0 |
| Beauregard Parish Jail | 5 | 0 | 6 | 0 |
| Catahoula CC | 151 | 3 (2 bup, 1 meth) | 84 | 0 |
| Catahoula PJ | 14 | 0 | 0 | 0 |
| Concordia Parish CC Women | 47 | 0 | 18 | 0 |
| Concordia Parish CF | 131 | 0 | 11 | 0 |
| Concordia Parish Jail | 12 | 0 | 9 | 0 |
| Grant Parish DF | 25 | 9 (8 meth, 1 refused) | 6 | 0 |
| LaSalle Correctional Center | 43 | 1 bup | 71 | 0 |
| LaSalle Parish Jail | 17 | 0 | 12 | 0 |
| Rapides Parish DC I | 0 | 0 | 0 | 0 |
| Rapides Parish DC II | 128 | 1 bup | 4 | 0 |

| | | | | |
|---|---|---|---|---|
| Rapides Parish DC III | 95 | 0 | 1 | 0 |
| River Correctional Center | 140 | 0 | 46 | 0 |
| Vernon Parish Jail | 29 | 0 | 7 | 0 |
| TOTAL | 964 | 16 | 317 | 0 |

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| AVC Marksville DC | 127 | 36 | 163 | 0 | 142 |
| AVC Women's CC | 50 | 1 | 51 | 10 | 8 |
| Beauregard Parish Jail | 248 | 124 | 372 | 0 | 0 |
| Catahoula CC | 300 | 18 | 318 | 23 | 6 |
| Catahoula PJ | 137 | 82 | 219 | 0 | 0 |
| Concordia Parish CC Women | 47 | 14 | 61 | 0 | 1 |
| Concordia Parish CF | 1185 | 237 | 1422 | 71 | 22 |
| Concordia Parish Jail | 126 | 21 | 147 | 0 | 0 |
| Grant Parish DF | 588 | 451 | 1039 | 7 | 4 |
| LaSalle Correctional Center | 648 | 96 | 744 | 80 | 30 |
| LaSalle Parish Jail | 90 | 80 | 170 | 0 | 0 |
| Rapides Parish DC I | 15 | 10 | 25 | 39 | 17 |
| Rapides Parish DC II | 155 | 49 | 204 | 11 | 42 |
| Rapides Parish DC III | 339 | 190 | 529 | 6 | 15 |
| River Correctional Center | 406 | 241 | 647 | 0 | 0 |
| Vernon Parish Jail | 135 | 137 | 272 | 12 | 1 |
| TOTAL | 4596 | 1787 | 6383 | 259 | 288 |

## Contraband findings:

- Avoyelles Marksville DC: (142)- 16 mojo, 8 homemade shanks,17 cellphones, 1cellphone battery, 5 cellphone chargers, 3 charger cords, 2 tattoo guns, 1 battery pack, 1 cd player,2 pieces of metal, 1 piece of metal pipe,1 belt with padlocks tied on the end, 2 padlocks,1 tube of superglue, 40 small packs of wrapped heroin,1 white paper with heroin inside, 3 lighters, 2 cigarettes, 6 tobacco, 1-$1.00 bill, 26 unknown capsules, 2 toothbrushes with razor blades attached to the end.
- Avoyelles Cottonport Women's CC: (8)- 1 bag tobacco, 1 meth, 2 lighters, 4 packs of kite tobacco.
- Catahoula CC: (6)- 2 cellphones, 4 green leafy substances.
- Concordia Parish CC Women: (1)- 1 paxil pill.
- Concordia Parish CC: (22)- 11 cellphones, 3 shanks, 2 synthetic marijuana,1 tattoo gun, 4 tobacco,1 mp3 player
- Grant Parish DF: (4)- 2 pills, 2 tobacco.
- LaSalle CC: (30)- 2 green leafy substance, 1 battery pack, 1 tattoo para., 1 tattoo needle, 14 razors, 6 tobacco, 2 shanks, 3 mojo.
- Rapides Parish DC I: (17)- 16 unknown pills, 1 unknown liquid substance.
- Rapides Parish DC II: (42)- 5 cellphones, 1 cellphone charger, 34 mojo, 1 unidentified pill, 1 suboxone strip.
- Rapides Parish DC III: (15)- 11 green leafy substance, 4 cellphones.
- Vernon PJ: (1)- 1 cigarette.

Offender Deaths:

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

None

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | 117 |
| Medical Emergency | 27 |
| Funeral Trips | 2 |
| Court Orders | 28 |
| Miscellaneous | 0 |
| Total Number of Transports | 174 |

092418

BJG Quarterly Summary Report
Q2 (October-December 2020)

# Central Region - Chad Firmin, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| AVC Marksville DC | 438 | 60 | 186 | 246 | 192 |
| AVC Women's CC | 317 | 35 | 37 | 72 | 245 |
| Beauregard Parish Jail | 161 | 17 | 127 | 144 | 17 |
| Catahoula CC | 830 | 206 | 337 | 543 | 287 |
| Catahoula PJ | 32 | 9 | 10 | 19 | 13 |
| Concordia Parish CC Women | 224 | 71 | 75 | 146 | 78 |
| Concordia Parish CF | 530 | 368 | 162 | 530 | 0 |
| Concordia Parish Jail | 48 | 4 | 30 | 34 | 14 |
| Grant Parish DF | 106 | 28 | 12 | 40 | 66 |
| LaSalle Correctional Center | 757 | 227 | 250 | 477 | 280 |
| LaSalle Parish Jail | 29 | 4 | 8 | 12 | 17 |
| Rapides Parish DC I | 348 | 0 | 258 | 258 | 90 |
| Rapides Parish DC II | 140 | 80 | 0 | 80 | 60 |
| Rapides Parish DC III | 391 | 218 | 159 | 377 | 14 |
| River Correctional Center | 602 | 27 | 153 | 180 | 422 |
| Vernon Parish Jail | 152 | 8 | 123 | 131 | 21 |
| TOTAL | 5105 | 1362 | 1927 | 3289 | 1816 |

## Operational Capacity:
Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity. None

## Schedule B Reports:
Total Number of Schedule B Reports 646

## Transfers to DPS&C Custody:
| | |
|---|---|
| Medical | 6 |
| Mental Health | 0 |
| Disciplinary | 4 |
| Administrative | 93 |
| Court | 0 |
| DOC Request | 90 |
| TWP | 25 |
| Lack of Bed Space | 18 |
| Total Number | 236 |

## Escapes:
Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

Yes

October 2020

Avoyelles Marksville Detention Center: On October 1, 2020 offender Reginald Roberson #709847 escaped from the facility by removing a vent and crawling through the ceiling where he fell through and landed on the floor in the hallway leading to the lobby area. Offender Roberson the left the facility through the lobby and was apprehended by Marksville Police department and returned to the detention center and booked on simple escape.

**Assaults:**

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

Yes

October 2020

Concordia Parish Correctional Facility: On October 30, 2020 pre-trial offender Tyrique Jones and DOC offender Frank Taylor #735720 were involved in an altercation where offender Taylor received multiple stab wounds from pre-trial offender Jones. Offender Taylor was transported by ambulance to Riverland Medical Center where he later died due to injuries sustained.

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**

Family and/or Friend 218
Bus 18
Law Enforcement 47
Other 0

Total Number of DOC Discharges 283
Total Number of DOC Offenders Released with a Valid Driver's License or State Identification 181
*** Some offenders did not have ID's upon release due to Covid and some offenders were detainer releases.**
**Assistance is underway to help facilities having difficulty getting ID's for DOC offenders releasing.**

**GED Program:**

Total Number of GED Slots Available 168
Total Number of DOC Completions 9

**Substance Abuse Program:**

AA/NA Participants 118
Other 79

**Other CTRP: (Non GED/Sub Abuse Program)**

Enrolled 348
Completed 84

**Job Skills:**

List facilities that offer job skills:
Total Number Enrolled 0

**Grievances:**

Total Accepted 54
Total Rejected 31

**LARNAs Completed:** 139

**Drug Testing:**

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| AVC Marksville DC | 97 | 0 | 40 | 0 |
| AVC Women's CC | 57 | 0 | 9 | 0 |
| Beauregard Parish Jail | 8 | 0 | 6 | 0 |
| Catahoula CC | 186 | 6 (4 thc, 1 meth, 1 mdma) | 85 | 0 |

| | | | | |
|---|---|---|---|---|
| Catahoula PJ | 22 | 0 | 0 | 0 |
| Concordia Parish CC Women | 32 | 0 | 18 | 0 |
| Concordia Parish CF | 166 | 0 | 29 | 1 |
| Concordia Parish Jail | 9 | 0 | 9 | 0 |
| Grant Parish DF | 17 | 1 syn. mari | 6 | 0 |
| LaSalle Correctional Center | 41 | 0 | 95 | 0 |
| LaSalle Parish Jail | 12 | 0 | 12 | 0 |
| Rapides Parish DC I | 0 | 0 | 5 | 0 |
| Rapides Parish DC II | 120 | 0 | 6 | 0 |
| Rapides Parish DC III | 105 | 0 | 6 | 0 |
| River Correctional Center | 99 | 0 | 56 | 0 |
| Vernon Parish Jail | 25 | 0 | 6 | 0 |
| TOTAL | 996 | 7 | 388 | 1 |

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| AVC Marksville DC | 120 | 34 | 154 | 0 | 24 |
| AVC Women's CC | 38 | 1 | 39 | 0 | 3 |
| Beauregard Parish Jail | 368 | 184 | 552 | 0 | 0 |
| Catahoula CC | 190 | 99 | 289 | 19 | 14 |
| Catahoula PJ | 115 | 90 | 205 | 0 | 0 |
| Concordia Parish CC Women | 29 | 11 | 40 | 2 | 7 |
| Concordia Parish CF | 1324 | 217 | 1541 | 145 | 18 |
| Concordia Parish Jail | 14 | 10 | 24 | 0 | 0 |
| Grant Parish DF | 627 | 561 | 1188 | 5 | 7 |
| LaSalle Correctional Center | 1291 | 96 | 1387 | 0 | 133 |
| LaSalle Parish Jail | 98 | 76 | 174 | 0 | 0 |
| Rapides Parish DC I | 60 | 58 | 118 | 21 | 5 |
| Rapides Parish DC II | 156 | 39 | 195 | 17 | 58 |
| Rapides Parish DC III | 588 | 397 | 985 | 11 | 11 |
| River Correctional Center | 341 | 206 | 547 | 0 | 0 |
| Vernon Parish Jail | 152 | 96 | 248 | 1 | 2 |
| TOTAL | 5511 | 2175 | 7686 | 221 | 282 |

## Contraband findings:

- Avoyelles Marksville DC: (24)- 1 cash money $237 dollars, 1 cash money $12.00 dollars, 6 shanks, 9 phones, 2 meth, 3 mojo cigarettes, 1 bag mojo, 1 scale.
- Avoyelles Cottonport Women's CC: (3)- 1 tobacco, 1 mojo, 1 suboxone strip.
- Catahoula CC: (14)- 5 cellphones, 2 phone chargers, 3 shanks, 4 tobacco .
- Concordia Parish CC Women: (7)- 3 pills, 3 broken down pieces of e-cig with liquid contents, 1 sprite bottle with clorox.
- Concordia Parish CC: (18)- 2 phone chargers, 1 tattoo gun, 1 cellphone, 1 mojo, 10 assorted pills, 3 tobacco.
- Grant Parish DF: (7)- 2 synthetic marijuana, 1 cash money $5 dollars, 1 porn, 3 tobacco.
- LaSalle CC: (133)- 30 metal shanks, 2 plastic shanks, 83 sheets of paper contaminated with liquid K2 compound, 3 cellphones, 2 miscellaneous tattoo para., 4 tattoo guns, 1 piece of rope, 1 lock in a sock, 5 tobacco, 2 lighters.
- Rapides Parish DC I: (5)- 1 shank, 2 lighters, 1 razor, 1 piece of string.
- Rapides Parish DC II: (58)- 2 cellphones, 29 mojo cigarettes, 3 balls of mojo, 1 shank, 1 knife, 3 sewing needles, 14 mojo, 5 unidentified pills.
- Rapides Parish DC III: (11)- 2 cellphones, 9 green leafy substance.
- Vernon PJ: (2)- 2 tobacco.

**Offender Deaths:**

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

Yes

October:

Concordia Parish Correctional Facility: On October 30, 2020 offender Frank Taylor #735720 died at Riverland Medical Center from injuries sustained in an altercation with pre-trial offender Tyrique Jones. Injuries were multiple stab wounds.

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | 181 |
| Medical Emergency | 36 |
| Funeral Trips | 13 |
| Court Orders | 59 |
| Miscellaneous | 0 |
| Total Number of Transports | 289 |

092418

BJG Quarterly Summary Report
Q3 (January-March 2021)

# Central Region - Chad Firmin, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| AVC Marksville DC | 438 | 67 | 181 | 248 | 190 |
| AVC Women's CC | 317 | 18 | 44 | 62 | 255 |
| Beauregard Parish Jail | 161 | 4 | 150 | 154 | 7 |
| Catahoula CC | 830 | 149 | 383 | 532 | 298 |
| Catahoula PJ | 32 | 15 | 10 | 25 | 7 |
| Concordia Parish CC Women | 224 | 120 | 91 | 211 | 13 |
| Concordia Parish CF | 530 | 400 | 130 | 530 | 0 |
| Concordia Parish Jail | 48 | 5 | 26 | 31 | 17 |
| Grant Parish DF | 106 | 36 | 11 | 47 | 59 |
| LaSalle Correctional Center | 757 | 184 | 232 | 416 | 341 |
| LaSalle Parish Jail | 29 | 5 | 4 | 9 | 20 |
| Rapides Parish DC I | 348 | 0 | 297 | 297 | 51 |
| Rapides Parish DC II | 140 | 128 | 3 | 131 | 9 |
| Rapides Parish DC III | 391 | 205 | 148 | 353 | 38 |
| River Correctional Center | 602 | 0 | 113 | 113 | 489 |
| Vernon Parish Jail | 152 | 8 | 96 | 104 | 48 |
| TOTAL | 5105 | 1344 | 1919 | 3263 | 1842 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity. Yes

February 2021- Beauregard Parish Jail was 6 days over capacity due to not being able to ship out or transfer offenders from the facility. Since the facility has transferred offenders to be compliant with the operational capacity.

## Schedule B Reports:

Total Number of Schedule B Reports **814**

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 3 |
| Mental Health | 0 |
| Disciplinary | 6 |
| Administrative | 93 |
| Court | 0 |
| DOC Request | 131 |
| TWP | 61 |
| Lack of Bed Space | 41 |
| Total Number | 335 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

None

## Assaults:

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

Yes

March 2021
Lasalle Correctional Center: On 3/7/21 pre-trial offender Jeremy Attle was given several verbal orders to exit the chow hall which he refused. When officers began to remove offender Attle he became combative. During the struggle to restrain offender Attle, Deputy Wiley suffered a broken leg. Deputy Wiley was taken to the hospital for treatment for injuries sustained. Offender was written up on Rule #3 defiance and Rule # 5 aggravated disobedience and was handled in DB court at the facility.

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**
Family and/or Friend 178
Bus 10
Law Enforcement 42
Other 0

Total Number of DOC Discharges 230
Total Number of DOC Offenders Released with a Valid Driver's License or State Identification 172
*** Some offenders did not have ID's upon release due to Covid and some offenders were detainer releases.**

**GED Program:**
Total Number of GED Slots Available 168
Total Number of DOC Completions 1

**Substance Abuse Program:**
AA/NA Participants 165
Other 16

**Other CTRP: (Non GED/Sub Abuse Program)**
Enrolled 413
Completed 92

**Job Skills:**
List facilities that offer job skills: Grant Parish Detention Facility
Total Number Enrolled 61

**Grievances:**
Total Accepted 36
Total Rejected 14

**LARNAs Completed:** 201

**Drug Testing:**

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| AVC Marksville DC | 99 | 0 | 26 | 0 |
| AVC Women's CC | 60 | 0 | 5 | 0 |
| Beauregard Parish Jail | 8 | 0 | 7 | 0 |
| Catahoula CC | 138 | 3 bup | 122 | 0 |
| Catahoula PJ | 12 | 0 | 0 | 0 |
| Concordia Parish CC Women | 23 | 7 m-amp | 20 | 0 |
| Concordia Parish CF | 188 | 2 (1 meth, 1 bup) | 34 | 0 |

| | | | | |
|---|---|---|---|---|
| Concordia Parish Jail | 17 | 0 | 13 | 0 |
| Grant Parish DF | 27 | 3 suboxone | 8 | 0 |
| LaSalle Correctional Center | 52 | 0 | 61 | 0 |
| LaSalle Parish Jail | 15 | 0 | 12 | 0 |
| Rapides Parish DC I | 0 | 0 | 7 | 0 |
| Rapides Parish DC II | 115 | 2 bup | 6 | 0 |
| Rapides Parish DC III | 76 | 1 meth | 4 | 0 |
| River Correctional Center | 14 | 0 | 69 | 0 |
| Vernon Parish Jail | 24 | 0 | 6 | 0 |
| TOTAL | 868 | 18 | 400 | 0 |

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| AVC Marksville DC | 112 | 34 | 146 | 0 | 37 |
| AVC Women's CC | 50 | 0 | 50 | 0 | 5 |
| Beauregard Parish Jail | 360 | 180 | 540 | 0 | 0 |
| Catahoula CC | 220 | 271 | 491 | 67 | 24 |
| Catahoula PJ | 105 | 90 | 195 | 0 | 0 |
| Concordia Parish CC Women | 29 | 7 | 36 | 0 | 0 |
| Concordia Parish CF | 1223 | 239 | 1462 | 344 | 12 |
| Concordia Parish Jail | 45 | 15 | 60 | 0 | 0 |
| Grant Parish DF | 521 | 385 | 906 | 15 | 0 |
| LaSalle Correctional Center | 728 | 96 | 824 | 33 | 43 |
| LaSalle Parish Jail | 90 | 75 | 165 | 0 | 0 |
| Rapides Parish DC I | 90 | 80 | 170 | 34 | 8 |
| Rapides Parish DC II | 82 | 22 | 104 | 11 | 50 |
| Rapides Parish DC III | 610 | 342 | 952 | 17 | 7 |
| River Correctional Center | 46 | 21 | 67 | 0 | 0 |
| Vernon Parish Jail | 175 | 160 | 335 | 7 | 10 |
| TOTAL | 4486 | 2017 | 6503 | 528 | 196 |

## Contraband findings:

- Avoyelles Marksville DC: (37)- 11 phones, 9 phone chargers, 1 shank, 4 bags mojo, 5 cigarettes, 4 packs tobacco, 1 lighter, 2 pills.
- Avoyelles Cottonport Women's CC: (5)- 4 tobacco, 1 homemade dildo.
- Catahoula CC: (24)- 7 phones, 6 shanks, 5 green leafy substance, 6 tobacco.
- Concordia Parish CC: (12)- 9 phones, 2 syn. Mari, 1 green leafy substance.
- LaSalle CC: (43)- 23 shanks, 5 tattoo guns, 8 mojo, 1 lock in sock, 2 tobacco, 4 razor blades.
- Rapides Parish DC I: (8)- 1 phone, 3 razors, 4 shanks.
- Rapides Parish DC II: (50)- 21 balls mojo, 18 mojo cigarettes, 3 suboxone, 1 sim card, 1 handcuff key, 6 unidentified pills.
- Rapides Parish DC III: (7)- 2 shanks, 2 green leafy substance, 2 nude pictures, 1 tobacco .
- Vernon PJ: (10)- 1 tattoo gun, 7 tobacco, 1 lighter, 1 rolling papers.

## Offender Deaths:

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

None

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | 211 |
| Medical Emergency | 47 |
| Funeral Trips | 6 |
| Court Orders | 67 |
| Miscellaneous | 0 |
| Total Number of Transports | 331 |

092418

BJG Quarterly Summary Report
Q4 (April-June 2021)

# Central Region - Chad Firmin, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| AVC Marksville DC | 438 | 64 | 167 | 231 | 207 |
| AVC Women's CC | 317 | 32 | 65 | 97 | 220 |
| Beauregard Parish Jail | 161 | 9 | 134 | 143 | 18 |
| Catahoula CC | 830 | 298 | 511 | 809 | 21 |
| Catahoula PJ | 32 | 19 | 4 | 23 | 9 |
| Concordia Parish CC Women | 224 | 121 | 61 | 182 | 42 |
| Concordia Parish CF | 530 | 449 | 81 | 530 | 0 |
| Concordia Parish Jail | 48 | 4 | 27 | 31 | 17 |
| Grant Parish DF | 106 | 35 | 12 | 47 | 59 |
| LaSalle Correctional Center | 757 | 173 | 267 | 440 | 317 |
| LaSalle Parish Jail | 29 | 5 | 11 | 16 | 13 |
| Rapides Parish DC I | 348 | 0 | 317 | 317 | 31 |
| Rapides Parish DC II | 140 | 114 | 0 | 114 | 26 |
| Rapides Parish DC III | 391 | 202 | 92 | 294 | 97 |
| River Correctional Center | 602 | 0 | 422 | 422 | 180 |
| Vernon Parish Jail | 152 | 8 | 106 | 114 | 38 |
| TOTAL | 5105 | 1533 | 2277 | 3810 | 1295 |

## Operational Capacity:
Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity. None

## Schedule B Reports:
Total Number of Schedule B Reports 604

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 3 |
| Mental Health | 0 |
| Disciplinary | 3 |
| Administrative | 17 |
| Court | 0 |
| DOC Request | 206 |
| TWP | 107 |
| Lack of Bed Space | 155 |
| Total Number | 491 |

## Escapes:
Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

Yes

Rapides Parish DC II- 6/25/21 Offender Daniel Madrigal #585533 escaped from a work crew while working in Alexandria and was apprehended the same day by Alexandria Police Department around the same area he escaped from. Offender Madrigal was booked at DC I and transported to DC III.

Concordia Correctional Center- 6/25/21 Offender Marcus Bresler #758099 escaped from Trinity Medical center in Ferriday at 22:10 hours and was apprehended about 30 minutes after. He was brought to the Sheriff's office for booking and transported back to the Correctional Center.

**Assaults:**
Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.
None

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**
Family and/or Friend 212
Bus 10
Law Enforcement 42
Other 0

Total Number of DOC Discharges 264
Total Number of DOC Offenders Released with a Valid Driver's License or State Identification 206
*** Some offenders were detainer releases that released without ID's.**

**GED Program:**
Total Number of GED Slots Available 168
Total Number of DOC Completions 31

**Substance Abuse Program:**
AA/NA Participants 150
Other 19

**Other CTRP: (Non GED/Sub Abuse Program)**
Enrolled 495
Completed 86

**Job Skills:**
List facilities that offer job skills: Grant Parish Detention Facility
Total Number Enrolled 84

**Grievances:**
Total Accepted 3
Total Rejected 15

**LARNAs Completed:** 164

**Drug Testing:**

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| AVC Marksville DC | 122 | 1 syn. mari. | 39 | 0 |
| AVC Women's CC | 65 | 0 | 7 | 0 |
| Beauregard Parish Jail | 8 | 0 | 8 | 0 |
| Catahoula CC | 252 | 9 (4 meth,3 thc,1 opi,1 bup) | 102 | 1 prescription drugs |
| Catahoula PJ | 26 | 0 | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| Concordia Parish CC Women | 33 | 9 ( 8 mamp,1 thc) | 16 | 0 |
| Concordia Parish CF | 268 | 0 | 32 | 0 |
| Concordia Parish Jail | 13 | 0 | 10 | 0 |
| Grant Parish DF | 22 | 0 | 7 | 0 |
| LaSalle Correctional Center | 33 | 0 | 52 | 0 |
| LaSalle Parish Jail | 16 | 0 | 12 | 0 |
| Rapides Parish DC I | 0 | 0 | 7 | 0 |
| Rapides Parish DC II | 67 | 3 (2 bup, 1 thc) | 6 | 0 |
| Rapides Parish DC III | 103 | 0 | 6 | 0 |
| River Correctional Center | 0 | 0 | 30 | 0 |
| Vernon Parish Jail | 29 | 0 | 5 | 0 |
| TOTAL | 1057 | 22 | 339 | 1 |

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| AVC Marksville DC | 111 | 32 | 143 | 0 | 115 |
| AVC Women's CC | 70 | 0 | 70 | 0 | 4 |
| Beauregard Parish Jail | 364 | 182 | 546 | 0 | 0 |
| Catahoula CC | 219 | 272 | 491 | 57 | 22 |
| Catahoula PJ | 87 | 38 | 125 | 0 | 0 |
| Concordia Parish CC Women | 30 | 13 | 43 | 0 | 0 |
| Concordia Parish CF | 1510 | 140 | 1650 | 158 | 38 |
| Concordia Parish Jail | 98 | 12 | 110 | 0 | 1 |
| Grant Parish DF | 409 | 326 | 735 | 10 | 6 |
| LaSalle Correctional Center | 1067 | 64 | 1131 | 20 | 38 |
| LaSalle Parish Jail | 99 | 69 | 168 | 0 | 0 |
| Rapides Parish DC I | 90 | 91 | 181 | 68 | 31 |
| Rapides Parish DC II | 85 | 35 | 120 | 13 | 64 |
| Rapides Parish DC III | 474 | 306 | 780 | 10 | 13 |
| River Correctional Center | 0 | 0 | 0 | 0 | 0 |
| Vernon Parish Jail | 143 | 236 | 379 | 14 | 4 |
| TOTAL | 4856 | 1816 | 6672 | 350 | 336 |

## Contraband findings:

- Avoyelles Marksville DC: (115)- 5 phones, 1 phone charger, 5 shanks, 1 marijuana, 3 mojo, 2 cigarettes, 20 Newport cigarettes, 4 lighters, 24 pieces of paper with syn. mari., 48 ecstacy pills, 1 homemade knife, 1 razor blade.
- Avoyelles Cottonport Women's CC: (4)- 3 tobacco, 1 cellphone.
- Catahoula CC: (22)- 10 phones, 2 phone chargers, 2 shanks, 2 tobacco,5 suboxone strips, 1 meth.
- Concordia Parish CC: (38)- 14 phones, 2 green leafy substance, 3sharpened metal objects, 2 suboxone strips,2 knives, 2 pills, 2 stamp size pieces of paper saturated with presumptive syn. Cana., 8 cigarettes, 2 packs of cigarettes, 1 lighter.
- Concordia Parish Jail: (1)- 1 cellphone.
- Grant Parish Detention: (6)- 3 tobacco, 1 pack rolling papers, 1 lighter, 1 speaker wire.
- LaSalle CC: (38)- 11 shanks, 6 tattoo guns, 19 mojo, 2 cellphones.
- Rapides Parish DC I: (31)- 3 razors, 4 shanks,3 lighters, 21 pills.
- Rapides Parish DC II: (64)- 28 balls mojo, 12 mojo cigarettes, 5 suboxone, 4 unidentified pills, 1 large bag of syn. Cana, 2-$5.00 bills, 2 razors, 3 lighters.
- Rapides Parish DC III: (13)- 11 green leafy substance, 2 cellphones .
- Vernon PJ: (4)- 4 tobacco.

**Offender Deaths:**

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

Yes

May 2021-Concordia Correctional Center: 5/29/21 Offender Eric Byrd #578493 was pronounced deceased by Metro EMT at 21:58. Offender Byrd appeared to have been intoxicated and passed out and aspirated on his own vomit. Medical summary reports suggest that offender had sudden onset cardiac event resulting in cardiopulmonary arrest. Rescue efforts by correctional staff and EMS were unsuccessful.

June 2021- Catahoula Correctional Center: 6/10/21 Offender Larry Smith #528546 was involved in an altercation with offender Kelly Ardoin. Offender Smith was removed from the dorm and placed in a cell where he was later found lying on the floor. Medical was called and CPR & AED was used. Offender was taken to Trinity hospital by ambulance and pronounced deceased by Dr. Broussard at 10:40 hours. Preliminary cause of death likely penetrating injury to the mouth into sinuses due to assault with contribution of HTNASCVD and obesity.

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | 284 |
| Medical Emergency | 20 |
| Funeral Trips | 6 |
| Court Orders | 40 |
| Miscellaneous | 0 |
| Total Number of Transports | 350 |

092418

BJG Quarterly Summary Report
Q1 (July-Sept. 2021)

# Central Region - Chad Firmin, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| AVC Marksville DC | 438 | 77 | 179 | 256 | 182 |
| AVC Women's CC | 317 | 34 | 69 | 103 | 214 |
| Beauregard Parish Jail | 161 | 15 | 109 | 124 | 37 |
| Catahoula CC | 830 | 255 | 559 | 814 | 16 |
| Catahoula PJ | 32 | 13 | 0 | 13 | 19 |
| Concordia Parish CC Women | 224 | 110 | 80 | 190 | 34 |
| Concordia Parish CF | 530 | 396 | 81 | 477 | 53 |
| Concordia Parish Jail | 48 | 5 | 28 | 33 | 15 |
| Grant Parish DF | 106 | 30 | 19 | 49 | 57 |
| LaSalle Correctional Center | 757 | 257 | 459 | 716 | 41 |
| LaSalle Parish Jail | 29 | 2 | 11 | 13 | 16 |
| Rapides Parish DC I | 348 | 6 | 316 | 322 | 26 |
| Rapides Parish DC II | 140 | 104 | 0 | 104 | 36 |
| Rapides Parish DC III | 391 | 235 | 146 | 381 | 10 |
| River Correctional Center | 602 | 0 | 264 | 264 | 338 |
| Vernon Parish Jail | 152 | 9 | 115 | 124 | 28 |
| TOTAL | 5105 | 1548 | 2435 | 3983 | 1122 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity. Yes

August 2021- Concordia Parish Correctional Facility was 4 days over capacity due to housing evacuees from Acadia Parish Jail due to hurricane. Sent offenders back to Acadia Parish Jail after hurricane to be in compliance with capacity.

## Schedule B Reports:

Total Number of Schedule B Reports 596

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 2 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 54 |
| Court | 0 |
| DOC Request | 34 |
| TWP | 59 |
| Lack of Bed Space | 226 |
| Total Number | 375 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

Yes

Rapides Parish DC II- 7/13/21 Offender Shane Johnson #723134 escaped from a road crew while working in Pineville. Shortly after arriving to the job site, the deputy was unable to locate offender Johnson. Patrol division was notified and began to search for the offender with no success. After further investigation, offender Johnson was located at a family cabin by Larto

Lake and taken into custody by Catahoula Parish Sheriff's Office until Rapides Parish Sheriff's Office could extradite offender Johnson back to Rapides. Offender was brought to Rapides DC 1 for booking.

Avoyelles Marksville Detention Center- 9/27/21 Offender Davonte Williams#758613 escaped from the facility through a hole in a dorm created by pulling the sink off the wall and exiting through the pipe chase into the yard and then through the fence. Offender Williams was apprehended on 9/30/21 by Rapides Parish Sheriff's Office in the Alexandria area. Offender Williams was transported to Avoyelles Marksville Detention Center where he was booked on simple escape charges and criminal damage to property. On October 4, 2021 offender Williams was transported to EHCC.

Assaults:
Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.
Yes
Rapides Parish DC II- July 2021- Offender Devin Green #519372 repeatedly struck offender Gilberto Rivera #619287 in the face resulting in offender Rivera receiving multiple facial fractures that required surgical intervention due to the significance of the injuries sustained. Offender Green was charged with 2nd degree battery and transferred to Rapides Detention Center.

Transportation for DOC Discharges and Number of DOC Discharged with ID:

| | |
|---|---|
| Family and/or Friend | 229 |
| Bus | 14 |
| Law Enforcement | 47 |
| Other | 0 |

Total Number of DOC Discharges 290
Total Number of DOC Offenders Released with a Valid Driver's License or State Identification 184
*** Some offenders were detainer releases that released without ID's.**

GED Program:
Total Number of GED Slots Available 168
Total Number of DOC Completions 0

Substance Abuse Program:
AA/NA Participants 155
Other 0

Other CTRP: (Non GED/Sub Abuse Program)
Enrolled 391
Completed 209

Job Skills:
List facilities that offer job skills:
Total Number Enrolled 0

Grievances:
Total Accepted 45
Total Rejected 22

LARNAs Completed: 129

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| AVC Marksville DC | 109 | 0 | 43 | 0 |
| AVC Women's CC | 60 | 0 | 39 | 0 |
| Beauregard Parish Jail | 6 | 0 | 7 | 0 |
| Catahoula CC | 169 | 8 (2 meth,4 thc,2 amp) | 91 | 2 (1 opi, 1 amp) |
| Catahoula PJ | 43 | 0 | 0 | 0 |
| Concordia Parish CC Women | 40 | 3 mamp | 10 | 0 |
| Concordia Parish CF | 208 | 0 | 29 | 0 |
| Concordia Parish Jail | 13 | 0 | 10 | 0 |
| Grant Parish DF | 33 | 2 ( 1 refusal, 1 meth) | 6 | 0 |
| LaSalle Correctional Center | 29 | 0 | 51 | 0 |
| LaSalle Parish Jail | 9 | 0 | 12 | 0 |
| Rapides Parish DC I | 5 | 0 | 6 | 0 |
| Rapides Parish DC II | 101 | 9 (1 bup, 1 meth) | 7 | 0 |
| Rapides Parish DC III | 74 | 0 | 5 | 0 |
| River Correctional Center | 0 | 0 | 69 | 0 |
| Vernon Parish Jail | 27 | 0 | 5 | 0 |
| TOTAL | 926 | 22 | 390 | 2 |

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| AVC Marksville DC | 108 | 32 | 140 | 0 | 23 |
| AVC Women's CC | 115 | 3 | 118 | 0 | 10 |
| Beauregard Parish Jail | 368 | 184 | 552 | 0 | 1 |
| Catahoula CC | 414 | 291 | 705 | 42 | 26 |
| Catahoula PJ | 35 | 38 | 73 | 0 | 0 |
| Concordia Parish CC Women | 35 | 11 | 46 | 1 | 5 |
| Concordia Parish CF | 1304 | 158 | 1462 | 265 | 25 |
| Concordia Parish Jail | 74 | 15 | 89 | 5 | 0 |
| Grant Parish DF | 361 | 264 | 625 | 3 | 11 |
| LaSalle Correctional Center | 1358 | 96 | 1454 | 50 | 60 |
| LaSalle Parish Jail | 105 | 69 | 174 | 0 | 0 |
| Rapides Parish DC I | 25 | 24 | 49 | 14 | 12 |
| Rapides Parish DC II | 97 | 40 | 137 | 12 | 25 |
| Rapides Parish DC III | 444 | 257 | 701 | 9 | 15 |
| River Correctional Center | 0 | 0 | 0 | 0 | 0 |
| Vernon Parish Jail | 142 | 142 | 284 | 9 | 7 |
| TOTAL | 4985 | 1624 | 6609 | 410 | 220 |

## Contraband findings:

- Avoyelles Marksville DC: (23)- 7 phones, 4 phone chargers, 5 homemade shanks, 1 pocket knife, 1 tattoo gun, 2 tobacco, 2 cigarettes, 1 lighter.
- Avoyelles Cottonport Women's CC: (10) - 6 tobacco, 1 bag meth, 3 lighters.
- Beauregard Parish Jail: (1) - tattoo gun.
- Catahoula CC: (26)- 6 phones, 4 phone chargers, 7 tobacco, 4 suboxone strips, 1 shank 3" long, 1 sim card, 2 syn. mari, 1 nail clipper.
- Concordia Parish CC Women: (5) – 1 green leafy substance, 1 vape, 3 lighters.
- Concordia Parish CC: (25)- 12 phones, 12 improvised metal weapons,1 pk cigarettes.
- Grant Parish Detention: (11)- 3 tobacco, 7 cigarettes, 1 crushed Wellbutrin pill.

- LaSalle CC: (60)- 45 shanks, 3 tattoo guns, 4 tattoo para., 1 mojo, 1 cellphone, 1 phone charger, 3 locks in sock, 1 cigarette, 1 razor blade, .
- Rapides Parish DC I: (12) - 6 shanks, 1 lighter, 4 pills, 1 piece of wire.
- Rapides Parish DC II: (25)- 7 balls of mojo, 3 mojo cigarettes, 1 suboxone strip, 1 syringe, 5 lighters, 1 cash money($121), 3 radio parts, 4 broken razors.
- Rapides Parish DC III: (15)- 12 green leafy substance, 3 cellphones .
- Vernon PJ: (7)- 7 tobacco.

**Offender Deaths:**

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

None

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | 148 |
| Medical Emergency | 31 |
| Funeral Trips | 5 |
| Court Orders | 49 |
| Miscellaneous | 0 |
| Total Number of Transports | 233 |

**COVID (DOC Only):**

| Central Region | July | August | September |
|---|---|---|---|
| #Positive on LDOM | 2 | 0 | 0 |
| Total # Positive (housed during month) | 2 | 16 | 0 |
| # Pending Tests on LDOM | 0 | 0 | 0 |
| Total # Vaccinated as of LDOM | 477 | 417 | 380 |

092418

BJG Quarterly Summary Report
Q2 (Oct.-Dec. 2021)

# Central Region - Chad Firmin, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| AVC Marksville DC | 438 | 95 | 187 | 282 | 156 |
| AVC Women's CC | 317 | 36 | 59 | 95 | 222 |
| Beauregard Parish Jail | 161 | 18 | 124 | 142 | 19 |
| Catahoula CC | 830 | 242 | 581 | 823 | 7 |
| Catahoula PJ | 32 | 16 | 0 | 16 | 16 |
| Concordia Parish CC Women | 224 | 107 | 89 | 196 | 28 |
| Concordia Parish CF | 530 | 387 | 143 | 530 | 0 |
| Concordia Parish Jail | 48 | 5 | 36 | 41 | 7 |
| Grant Parish DF | 106 | 40 | 49 | 89 | 17 |
| LaSalle Correctional Center | 757 | 205 | 253 | 458 | 299 |
| LaSalle Parish Jail | 29 | 2 | 7 | 9 | 20 |
| Rapides Parish DC I | 348 | 13 | 264 | 277 | 71 |
| Rapides Parish DC II | 140 | 120 | 1 | 121 | 19 |
| Rapides Parish DC III | 391 | 292 | 92 | 384 | 7 |
| River Correctional Center | 602 | 0 | 289 | 289 | 313 |
| Southwest TWP | 942 | 445 | 276 | 721 | 221 |
| Vernon Parish Jail | 152 | 9 | 121 | 130 | 22 |
| TOTAL | 6047 | 2032 | 2571 | 4603 | 1444 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity. None

## Schedule B Reports:

Total Number of Schedule B Reports 662

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 6 |
| Mental Health | 0 |
| Disciplinary | 92 |
| Administrative | 93 |
| Court | 12 |
| DOC Request | 73 |
| TWP | 136 |
| Lack of Bed Space | 64 |
| Total Number | 476 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

Yes

Southwest TWP: 11/25/21 Offender Thomodrick Johnson#584043 was dropped off at his job site at McDonald's Leesville at 7am. On that day around 12:34pm, manager Tamika notified the facility that offender Johnson had walked off the job and was with another employee by the name Cheyenne. Lt. Calcote and Warden Kauffman went to McDonald's and approximately 1:06pm offender Johnson was apprehended in the parking lot with assistance from Vernon Parish Sheriff's

office. Offender Johnson was transported back to Southwest where he was placed in cellblock until he was picked up by Beauregard Parish Sheriff's office on 11/30/21 to be booked on escape charges.

**Assaults:**
Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.
None

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**
Family and/or Friend 279
Bus 22
Law Enforcement 74
Other 0

Total Number of DOC Discharges 375
Total Number of DOC Offenders Released with a Valid Driver's License or State Identification 268
*** Some offenders were detainer releases that released without ID's.**

**GED Program:**
Total Number of GED Slots Available 188
Total Number of DOC Completions 12

**Substance Abuse Program:**
AA/NA Participants 176
Other 18

**Other CTRP: (Non GED/Sub Abuse Program)**
Enrolled 401
Completed 196

**Job Skills:**
List facilities that offer job skills: **Southwest TWP**
Total Number Enrolled 39

**Grievances:**
Total Accepted 66
Total Rejected 40

**LARNAs Completed: 608**

**Drug Testing:**

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| AVC Marksville DC | 130 | 0 | 48 | 0 |
| AVC Women's CC | 67 | 0 | 45 | 0 |
| Beauregard Parish Jail | 6 | 0 | 6 | 0 |
| Catahoula CC | 175 | 11 (4 meth, 5 thc,1 bup,1oxy) | 119 | 1 bzo prescription on file |
| Catahoula PJ | 41 | 0 | 1 | 0 |

| | | | | |
|---|---|---|---|---|
| Concordia Parish CC Women | 76 | 11 (2mamp,1 bzo,6amp,1 oxy,1mtd) | 16 | 0 |
| Concordia Parish CF | 321 | 0 | 29 | 0 |
| Concordia Parish Jail | 14 | 0 | 9 | 0 |
| Grant Parish DF | 43 | 3 (2thc,1opi) | 6 | 0 |
| LaSalle Correctional Center | 45 | 0 | 48 | 0 |
| LaSalle Parish Jail | 6 | 0 | 12 | 0 |
| Rapides Parish DC I | 14 | 0 | 5 | 0 |
| Rapides Parish DC II | 62 | 0 | 6 | 0 |
| Rapides Parish DC III | 90 | 0 | 4 | 0 |
| River Correctional Center | 0 | 0 | 62 | 0 |
| Southwest TWP | 214 | 16 (2 refused,3 thc,10 meth, 1 bup) | 10 | 0 |
| Vernon Parish Jail | 28 | 0 | 7 | 0 |
| TOTAL | 1332 | 41 | 433 | 1 |

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| AVC Marksville DC | 136 | 36 | 172 | 0 | 20 |
| AVC Women's CC | 115 | 9 | 124 | 0 | 9 |
| Beauregard Parish Jail | 368 | 184 | 552 | 0 | 0 |
| Catahoula CC | 274 | 306 | 580 | 43 | 27 |
| Catahoula PJ | 36 | 39 | 75 | 0 | 0 |
| Concordia Parish CC Women | 20 | 12 | 32 | 0 | 0 |
| Concordia Parish CF | 1377 | 163 | 1540 | 160 | 7 |
| Concordia Parish Jail | 113 | 16 | 129 | 0 | 0 |
| Grant Parish DF | 676 | 391 | 1067 | 2 | 9 |
| LaSalle Correctional Center | 928 | 96 | 1024 | 65 | 47 |
| LaSalle Parish Jail | 105 | 69 | 174 | 0 | 0 |
| Rapides Parish DC I | 80 | 40 | 120 | 77 | 3 |
| Rapides Parish DC II | 85 | 40 | 125 | 9 | 1 |
| Rapides Parish DC III | 415 | 243 | 658 | 8 | 13 |
| River Correctional Center | 0 | 0 | 0 | 0 | 0 |
| Southwest TWP | 5037 | 6423 | 11460 | 0 | 137 |
| Vernon Parish Jail | 148 | 164 | 312 | 14 | 4 |
| TOTAL | 9913 | 8231 | 18144 | 378 | 277 |

## Contraband findings:

- Avoyelles Marksville DC: (20)- 6 phones, 1 phone charger, 6 homemade shanks, 2 knife blades, 1 tattoo gun, 2 tobacco, 1 mojo paper, 1 lighter.
- Avoyelles Cottonport Women's CC: (9 ) -1 lighter, 1 tobacco, 1 cellphone, 1 phone charger, 1 capsule, 4 quarters.
- Catahoula CC: (27)- 2 phones, 4 phone chargers, 3 tobacco, 6 suboxone strips, 10 syn. mari, 2 green leafy substance.
- Concordia Parish CC: (7)- 4 phones, 1 pack suboxone strips, 2 syn. mari.
- Grant Parish Detention: (9)- 1 tobacco, 7 cigarettes, 1 mojo.
- LaSalle CC: (47)- 37 shanks, 2 tattoo guns, 2 cellphones, 6 razor blade, .
- Rapides Parish DC I: (3) - 2 shanks, 1 phone charger.
- Rapides Parish DC II: (1)- 1 suboxone strip.
- Rapides Parish DC III: (13)- 1 green leafy substance, 8 cellphones, 4 shanks

- Southwest TWP: (137)- 33 phones, 34 phone chargers, 3 sims card, 16 syn. mari., 15 marijuana, 16 suboxone strips, 2 hypodermic needles, 6 tattoo kits, 3 white crystal substance, 7 white powder substance, 2 brown powder substance .
- Vernon PJ: (4)- 1 can dip, 2 cigarettes, 1 razor blade.

**Offender Deaths:**

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

Yes

Catahoula Correctional Center: 11/25/21-Offender Raymond Howard #318237 was found unresponsive in the bottom bunk in his cell covered in a dark substance that appeared to be vomit. Offender Howard was removed from his cell and EMS was called and transported in an ambulance to Lasalle General Hospital where time of death was at 09:53. There was no sign of visible physical injury. Autopsy was done and results pending.

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | 199 |
| Medical Emergency | 41 |
| Funeral Trips | 2 |
| Court Orders | 90 |
| Miscellaneous | 0 |
| Total Number of Transports | 332 |

**COVID (DOC Only):**

| Central Region | October | November | December |
|---|---|---|---|
| #Positive on LDOM | 0 | 0 | 1 |
| Total # Positive (housed during month) | 0 | 1 | 1 |
| # Pending Tests on LDOM | 0 | 0 | 0 |
| Total # Vaccinated as of LDOM | 302 | 223 | 729 |

C092418

BJG Quarterly Summary Report
Q3 (Jan-March. 2022)

# Central Region - Chad Firmin, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| AVC Marksville DC | 438 | 139 | 210 | 349 | 89 |
| AVC Women's CC | 317 | 28 | 76 | 104 | 213 |
| Beauregard Parish Jail | 161 | 0 | 0 | 0 | 161 |
| Catahoula CC | 830 | 232 | 581 | 813 | 17 |
| Catahoula PJ | 32 | 12 | 0 | 12 | 20 |
| Concordia Parish CC Women | 224 | 83 | 102 | 185 | 39 |
| Concordia Parish CF | 530 | 370 | 160 | 530 | 0 |
| Concordia Parish Jail | 48 | 6 | 30 | 36 | 12 |
| Grant Parish DF | 106 | 49 | 47 | 96 | 10 |
| LaSalle Correctional Center | 757 | 95 | 491 | 586 | 171 |
| LaSalle Parish Jail | 29 | 4 | 7 | 11 | 18 |
| Rapides Parish DC I | 348 | 4 | 333 | 337 | 11 |
| Rapides Parish DC II | 140 | 125 | 9 | 134 | 6 |
| Rapides Parish DC III | 391 | 247 | 104 | 351 | 40 |
| Southwest TWP | 942 | 398 | 297 | 695 | 247 |
| Vernon Parish Jail | 152 | 10 | 112 | 122 | 30 |
| TOTAL | 5445 | 1802 | 2559 | 4361 | 1084 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity. None

## Schedule B Reports:

Total Number of Schedule B Reports 798

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 3 |
| Mental Health | 0 |
| Disciplinary | 71 |
| Administrative | 63 |
| Court | 13 |
| DOC Request | 90 |
| TWP | 171 |
| Lack of Bed Space | 68 |
| Total Number | 479 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

Yes

Southwest TWP: 2/4/22- At 12:15pm offender Anthony Dillon #500678 walked off his job site at Checker's in Sulphur. The manager notified the facility. Offender Dillon was apprehended at the Burger King parking lot and brought back to the facility and placed in the cellblock. BPSO picked up offender Dillon and booked him on an escape charge.

Southwest TWP: 2/5/22- At 10:05am offender Michael Hodges walked off his job site at Arby's. The manager notified the facility. CPSO was notified and apprehended offender Hodges in the parking lot on Lake Street. Offender Hodges was booked on escape charges by CPSO.

Assaults:

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

Yes

Avoyelles Marksville Detention Center: 3/17/22 offender Andriel Jones #108531 stabbed offender Michael Williams#737249 in the neck and chest area. Offender Williams sustained injuries to include a punctured lung, partial lung collapse, fractured ribs and cuts to the forearm. Offender Williams was transported to Rapides Regional Medical Center and remained for 2 ½ weeks due to injuries received then transferred to Hunt Correctional for medical reasons. Charges were placed on offender Jones for the incident.

Transportation for DOC Discharges and Number of DOC Discharged with ID:

| | |
|---|---|
| Family and/or Friend | 288 |
| Bus | 24 |
| Law Enforcement | 63 |
| Other | 0 |

Total Number of DOC Discharges 375

Total Number of DOC Offenders Released with a Valid Driver's License or State Identification 2239

*** Some offenders were detainer releases that released without ID's.**

GED Program:

Total Number of GED Slots Available 188

Total Number of DOC Completions 1

Substance Abuse Program:

| | |
|---|---|
| AA/NA Participants | 182 |
| Other | 7 |

Other CTRP: (Non GED/Sub Abuse Program)

| | |
|---|---|
| Enrolled | 249 |
| Completed | 137 |

Job Skills:

List facilities that offer job skills: Southwest TWP

Total Number Enrolled 14

Grievances:

| | |
|---|---|
| Total Accepted | 32 |
| Total Rejected | 11 |

LARNAs Completed: 284

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| AVC Marksville DC | 125 | 0 | 35 | 0 |
| AVC Women's CC | 51 | 0 | 30 | 0 |
| Beauregard Parish Jail | 2 | 0 | 6 | 0 |
| Catahoula CC | 150 | 6 (2 thc, 2 meth, 1 bar, 1 amp) | 97 | 1 bzo prescription on file |
| Catahoula PJ | 42 | 0 | 2 | 0 |
| Concordia Parish CC Women | 35 | 2 mamp | 24 | 0 |
| Concordia Parish CF | 218 | 0 | 33 | 0 |
| Concordia Parish Jail | 10 | 0 | 6 | 0 |
| Grant Parish DF | 41 | 1 refusal | 6 | 0 |
| LaSalle Correctional Center | 27 | 0 | 38 | 0 |
| LaSalle Parish Jail | 8 | 0 | 12 | 0 |
| Rapides Parish DC I | | | | |
| Rapides Parish DC II | 93 | 16 (13 meth, 3 thc) | 6 | 0 |
| Rapides Parish DC III | 113 | 0 | 2 | 0 |
| Southwest TWP | 273 | 33 (24 meth, 5 thc, 4 bup) | 30 | 0 |
| Vernon Parish Jail | 29 | 0 | 6 | 0 |
| TOTAL | 1217 | 58 | 333 | 1 |

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| AVC Marksville DC | 126 | 36 | 162 | 0 | 13 |
| AVC Women's CC | 89 | 9 | 98 | 0 | 14 |
| Beauregard Parish Jail | 124 | 62 | 186 | 0 | 0 |
| Catahoula CC | 292 | 212 | 504 | 43 | 27 |
| Catahoula PJ | 60 | 54 | 114 | 0 | 2 |
| Concordia Parish CC Women | 24 | 9 | 33 | 0 | 1 |
| Concordia Parish CF | 1190 | 133 | 1323 | 236 | 13 |
| Concordia Parish Jail | 122 | 15 | 137 | 0 | 0 |
| Grant Parish DF | 680 | 436 | 1116 | 4 | 11 |
| LaSalle Correctional Center | 625 | 96 | 721 | 42 | 39 |
| LaSalle Parish Jail | 105 | 69 | 174 | 0 | 0 |
| Rapides Parish DC I | | | | | |
| Rapides Parish DC II | 138 | 40 | 178 | 9 | 11 |
| Rapides Parish DC III | 439 | 290 | 729 | 12 | 12 |
| Southwest TWP | 7384 | 10109 | 17493 | 0 | 207 |
| Vernon Parish Jail | 148 | 164 | 312 | 14 | 4 |
| TOTAL | 11546 | 11734 | 23280 | 360 | 354 |

## Contraband findings:

- Avoyelles Marksville DC: (13)- 6 phones, 3 homemade shanks, 2 knives, 1 tattoo gun, 1 battery pack.
- Avoyelles Cottonport Women's CC: (14 ) - 12 tobacco, 2 cellphone.
- Catahoula CC: (27)- 4 phones, 4 phone chargers, 9 tobacco, 1 syn. mari, 2 green leafy substance,3 shanks,4 pieces paper sprayed with syn mari
- Catahoula Parish Jail: (2)- 1 cellphone, 1 phone charger
- Concordia Parish CC Women's: (1)- 1 vape.
- Concordia Parish CC: (13)- 7 phones, 6 shanks.
- Grant Parish Detention: (11)- 5 tobacco, 2 crushed pills, 1 piece of sharpened metal, 2 vapes, 1 vape liquid.

- LaSalle CC: (39)- 4 shanks, 12 tattoo para, 7 razors, 1 razor knife, 1 porn material, 2 pills, 1 cigarette, 1 screw, 6 pieces of wire, 1 smoke pipe, 3 knives.
- Rapides Parish DC I: () -
- Rapides Parish DC II: (11)- 1 suboxone strip, 1 (11.5) grams of mari., 1 meth, 1 tattoo gun, 2 cellphones, 3 mojo, 2 glass pipes.
- Rapides Parish DC III: (12)- 6 green leafy substance, 4 cellphones, 2 unidentified white powder substance.
- Southwest TWP: (207)- 68 phones, 52 phone chargers, 2 sims card, 34 syn. mari., 10 hypodermic needles, 3 tattoo kits, 19 white crystal substance, 2 white powder substance, 2 blue powder substance , 10 shanks, 1 porn photo.
- Vernon PJ: (3)- 1 cellphone, 2 cigarette lighters.

**Offender Deaths:**

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

Yes

Concordia Parish CC: 1/31- Offender Brian Holman #406900 was transported to Trinity medical center ER at 0280 hrs with having shortness of breath and severe abdominal pain. After arrival at the medical facility offender Holman was pronounced deceased at 03037 hrs. An autopsy was done.

Grant Parish Detention: 1/27- Pre-trial offender Gregory Brevelle committed suicide by hanging himself with a bed sheet. An investigation was conducted by the Grant Parish Sheriff's Detectives.

Catahoula CC: 3/25- Offender Richard Bamburg #109857 arrived at Catahoula CC by transport from St. John Parish. When the officer opened the door of the van to let offender Bamburg out the van, offender was unresponsive. An ambulance was called at 1757 hrs and departed at 1813 hrs to Trinity Medical Center in Vidalia. Offender was pronounced deceased at 1855 hrs. An autopsy was done.

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | 167 |
| Medical Emergency | 39 |
| Funeral Trips | 11 |
| Court Orders | 85 |
| Miscellaneous | 0 |
| Total Number of Transports | 302 |

**COVID (DOC Only):**

| Central Region | January | February | March |
|---|---|---|---|
| #Positive on LDOM | 0 | 0 | 0 |
| Total # Positive (housed during month) | 26 | 0 | 0 |
| # Pending Tests on LDOM | 0 | 0 | 0 |
| Total # Vaccinated as of LDOM | 671 | 700 | 678 |

092418

BJG Quarterly Summary Report
Q3 (January - March 2019)

# Northeast Region - Tyrone Mays, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Caldwell Correctional Center | 600 | 548 | 51 | 599 | 1 |
| Franklin Parish DC | 834 | 716 | 98 | 814 | 20 |
| Lincoln Parish DC | 241 | 134 | 111 | 245 | 0 |
| LTCW - Madison Parish | 548 | 512 | 5 | 517 | 31 |
| Madison Parish CC | 334 | 232 | 32 | 264 | 70 |
| Madison Parish Southern CF | 564 | 435 | 11 | 446 | 118 |
| Madison Parish Jail | 36 | 1 | 12 | 13 | 23 |
| Morehouse Parish DC | 272 | 217 | 1 | 218 | 54 |
| Morehouse PJ and Annex | 264 | 62 | 138 | 200 | 64 |
| Ouachita Parish CC | 1,112 | 219 | 656 | 875 | 237 |
| Richland Parish DC - Male | 422 | 332 | 90 | 422 | 0 |
| Richland Parish DC | 360 | 137 | 91 | 228 | 132 |
| Richwood Correctional Center | 1,127 | 963 | 38 | 1001 | 126 |
| Riverbend Detention Center | 1,328 | 668 | 378 | 1046 | 282 |
| Tensas Parish DC | 600 | 388 | 123 | 511 | 89 |
| Union Parish Detention Center | 388 | 240 | 93 | 333 | 55 |
| West Carroll Parish Jail | 26 | 15 | 11 | 26 | 0 |
| TOTAL | 9,156 | 5,819 | 1,939 | 7,758 | 1,298 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

- Caldwell Correctional Center - 4 days overdue to influx of arrests for the weekend
- Franklin Detention Center - 3 days overdue to influx arrests and parole hold became back into compliance upon bonding process and parole transfers.
- Lincoln Parish Detention Center - 65 overdue to weekend arrests and parole holds, became back into compliance upon bonding process and parole transfers.

## Schedule B Reports:

Total Number of Schedule B Reports **1,397**

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 53 |
| Mental Health | 2 |
| Disciplinary | 2 |
| Administrative | 208 |
| Court | 122 |
| DOC Request | 476 |
| TWP | 205 |
| Lack of Bed Space | 45 |
| Total Number | 1,113 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

- Madison Parish Correctional Center - Offender Calvin Davis #423361 escaped on 2/11/19 while on yard and recreation. Offender Davis pulled the pins out the fence gate and ran toward highway 80 west bound. He was

apprehended the same day six miles from the facility and is currently housed at Madison Parish Correctional Center on lockdown.

- Richland Parish Detention Center - TWP offender Rontarrius Jackson #626286 escaped while working his assigned job at the House of Raeford (chicken plant) in Arcadia. Offender was discovered to be missing on 3/21/19 by TWP employees. Offender was apprehended on 3/21/19 and is currently housed at Richland Parish Detention Center (Male) Facility.
- Richland Parish Detention Center - TWP offender Leo Riles #605132 escaped while working his assigned job at House of Raeford (Chicken Plant) in Arcadia. Offender was discovered to be missing on 3/21/19 by TWP employees. Offender was apprehended on 3/21/19 and is currently housed at Richland Parish Detention Center (Male) Facility.

**Assaults:**

Were there any assaults with signdificant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

January Assaults with Significant Injury

- Franklin Parish Detention Center
  - ✓ Offender Arthur Anderson #496907 had a physical altercation with offender Ian Trahan #611225. Offender Anderson received a cut to his face. He was sent to Franklin Medical Center for sutures and released back to the FPDC. Offender Anderson and offender Trahan received RVRs and were heard in DB Court in house.
  - ✓ Offender Keith Davis #623537 and offender Jabbar McGee #393666 were in a physical altercation. Offender McGee used a weapon and cut offender Davis in the back, shoulder and chest. Offender Davis was sent to Franklin Medical Center for sutures and released. Both offenders received an RVR. Offender McGee's RVR was referred to Region Court and offender Davis' RVR was heard in house. No criminal charges are filed at this time.
- Ouachita Parish Correctional Center - Pretrial offenders Donald Paul and Kavari Jones had a physical altercation in which offender Jones had offender Paul in a headlock while continuously punching him in the left side of the face in his eye. Offender Paul had to be transported to Ochsner Hospital/Monroe for injuries but it was determined that he needed to be transferred to Ochsner Hospital/Shreveport for further treatment and surgery to his eye. Offender Jones was returned back to his housing assignment and offender Paul was assigned to another housing upon being released from the hospital. No criminal charges are being filed at this time.

February Assaults with Significant Injury

- Franklin Parish Detention Center
  - ✓ Offenders Charles Lavalais #726328 and Wesly Fransico #513384 were involved in a fight with offender Artrell Conners #596109. Offender Conners had to be transported to LSU-Ochsner Monroe and treated for a broken nose and jaw and has follow-up appointments for his injuries. Both offenders Lavalais and Franciso were charged with Aggravated Battery and received an RVR and were heard by the DB Court. Offender Conners was transferred to Concordia Parish.
  - ✓ Offenders Christopher Miller #542336 and Terry Carter #557620 were involved in a fight. Offender Miller had to be transported to Franklin Medical Center for stab wounds to the head with a shank. Offender Miller received staples to the wounds and was released without follow up appointment. Offender Cater was charged with Aggravated Battery, received an RVR and was heard by DB court.
  - ✓ Offenders Vonshay Higgs #632993 and Jonathan Aubrey #512973 were involved in a fight. Offender Higgs was transported to Dr. Reed's office for treatment of a broken nose, he was treated and released. Offender Aubrey was charged with Aggravated Battery and received an RVR and was heard by DB court.
- Riverbend Detention Center
  - ✓ Offenders Dwayne Cedotal #532598 and Allen Boykin #492375 had a physical altercation. Offender Cedotal received a nasal fracture and offender Boykin received a small laceration on the left elbow. Both offenders were treated by medical staff and offender Cedotal was transported to Oschner LSU Monroe for further assessment and released back to the facility. Both offenders received an RVR and was heard in DB Court.
  - ✓ Offenders Allen Boykin #492375 and Dwayne Cedotal #532598 had a physical altercation. Offender Boykin received a small laceration to the elbow and offender Cedotal received a nasal fracture. Offender Boykin was treated by medical staff and placed in Administration Segregation for Rule #10 and was heard in DB Court.

March Assaults with Significant Injury

Tensas Parish Detention Center

- ✓ DOC offender Gregory Stewart #394553 had a physical altercation with pretrial offender Timothy Larkin. Offender Larkin threw hot water on offender Stewart. Offender Stewart was transported to Burn unit hospital in Jackson, Mississippi for his burns wounds. Both offenders received an RVR and were heard in court. Offender Larkin has criminal charges pending.
- ✓ Offender Seaton Jones #726934 cut offender Keyon Watkins #419962 with a sharp object on the left side of his neck. Offender Watkins was seen by medical and transported to Riverland Medical Center in Ferriday and then transported to Alexandria Medical Center for further treatment. He received eight staples to the neck for wound and released. Offender Jones received an RVR for Rule #11 (Agg. Fighting), criminal charges are pending by Sheriff's Department.
- ✓ Offender Larry Broussard was attacked by the following DOC offenders: Tyler Pointer #739067, Rishard Randle #474105, Timothy Kelly #595657, Willie Carr #509486, Antonio Fleming #592727, Tyler Coleman #615442, Alex Johnson #630903 and Kevonte Austin #709500. Offender Randle grabbed offender Broussard around the neck while the other offenders punched and kicked offender Broussard. Offender Broussard received bruises to face and upper body area and had to be transported to Franklin Medical Center for treatment to injury and released. All offenders involved in this altercation received an RVR for Rule #11 (Agg. Fight) and were placed in lockdown.

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**

| | |
|---|---|
| Family and/or Friend | 553 |
| Bus | 297 |
| Law Enforcement | 245 |
| Other | 51 |

Other

Madison Parish Correctional Center - 11 offenders were detainers

Madison Parish Southern Correctional - 5 offenders were detainers

Morehouse Parish Jail and Annex - 1 offender walked home when released.

Ouachita Parish Correctional Center - 15 offenders were detainers and 11 offenders were transported to Orleans Parish and released to family members

Richwood Correctional Center - 8 offenders were detainers

| | |
|---|---|
| Total Number of DOC Discharges | 1,146 |
| Total Number of DOC offenders Discharged with ID | 857 |

- Caldwell Correctional Center - 48 offenders discharged without ID due to being picked up by other agencies and immediate releases.
- Franklin Parish Detention Center - 67 offenders discharged without ID due to immediate releases and detainer by another agency.
- LTCW (Madison Parish) - 28 offenders discharged without ID due to being pick up by another agency and immediate releases.
- Madison Parish Correctional Center - 15 offenders discharged without ID due to immediate releases.
- Madison Parish Southern Correctional Facility - 7 offenders discharged without ID due to immediate releases.
- Ouachita Parish Correctional Center - 27 offenders discharged without ID due to being picked up for detainer by another agency and immediate releases.
- Richland Parish Detention Center - 22 offenders discharged without ID due to being immediate releases and being picked up by another agency due to detainer.
- Richland Parish Detention Center Male - 13 offenders discharged without ID due to being immediate releases.
- Riverbend Detention Center - 9 offenders discharged without ID due to being immediate releases.
- Richwood Correctional Center - 29 offenders discharged without ID due to being immediate releases and detainer by another agency.

- Tensas Parish Detention Center - 20 offenders discharged without ID due to being immediate releases and pick up by another agency for detainer.
- Union Parish Detention Center - 4 offenders discharged without ID due to being immediate releases.

GED Program:
Total Number of GED Slots Available 554
Total Number DOC Completions 24

Substance Abuse Program:
AA/NA Participants 1,823
Other 148

Other CTRP: (Non GED/Sub Abuse Program)
Enrolled 2,430
Completed 719

Job Skills:
List facilities that offer job skills: Madison Parish Correctional Center
Madison Parish Southern Correctional
Total Number Enrolled 55

Grievances:
Total Accepted 469
Total Rejected 100

LARNAs Completed: 408

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| Caldwell Correctional Center | 85 | 4 | 31 | 0 |
| Franklin Parish DC | 288 | 11 | 30 | 0 |
| Lincoln Parish DC | 101 | 2 | 10 | 0 |
| LTCW - Madison Parish | 190 | 6 | 53 | 0 |
| Madison Parish CC | 171 | 0 | 23 | 0 |
| Madison Parish Southern CF | 293 | 0 | 32 | 0 |
| Madison Parish Jail | 3 | 0 | 3 | 0 |
| Morehouse Parish DC | 140 | 3 | 18 | 0 |
| Morehouse PJ and Annex | 51 | 0 | 13 | 2 |
| Ouachita Parish CC | 66 | 2 | 21 | 0 |
| Richland Parish DC - Male | 118 | 0 | 15 | 0 |
| Richland Parish DC | 96 | 3 | 14 | 0 |
| Richwood Correctional Center | 495 | 16 | 45 | 0 |
| Riverbend Detention Center | 50 | 0 | 5 | 0 |
| Tensas Parish DC | 106 | 9 | 28 | 0 |
| Union Parish Detention Center | 157 | 11 | 30 | 1 |
| West Carroll Parish Jail | 14 | 0 | 0 | 0 |
| **Total** | 2,424 | 67 | 371 | 3 |

Offender and Employee Positive Drug Tests:

- Caldwell Correctional Center - 4 offenders tested positive for THC
- Franklin Parish Detention Center - 11 offenders tested positive for THC, methamphetamine, synthetic marijuana
- Lincoln Parish Detention Center - 2 offenders tested positive for meth, synthetic marijuana
- LTCW (Madison Parish) - 6 offenders tested positive for THC

- Morehouse Parish Jail and Annex - 2 employees tested positive for THC
- Ouachita Parish Correctional Center - 2 offenders tested positive for THC
- Richland Parish Detention Center - 3 offender tested positive for THC
- Richwood Correctional Center - 16 offenders tested positive for methamphetamine, BUP
- Tensas Parish Detention Center - 9 offenders tested positive for synthetic marijuana, THC, BUP
- Union Parish Detention Center - 11 offenders tested positive for syn. marijuana (K2), 1 employee positive for THC

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Caldwell Correctional Center | 401 | 61 | 462 | 24 | 24 |
| Franklin Parish DC | 1,805 | 3,209 | 5,014 | 0 | 39 |
| Lincoln Parish DC | 832 | 1,674 | 2,506 | 26 | 28 |
| LTCW - Madison Parish | 141 | 7 | 148 | 0 | 2 |
| Madison Parish CC | 2,388 | 660 | 3,048 | 0 | 28 |
| Madison Parish Southern CF | 3,792 | 767 | 4,559 | 0 | 99 |
| Madison Parish Jail | 21 | 10 | 31 | 0 | 0 |
| Morehouse Parish DC | 271 | 184 | 455 | 2 | 18 |
| Morehouse PJ and Annex | 344 | 67 | 411 | 28 | 10 |
| Ouachita Parish CC | 1,847 | 166 | 2,013 | 1,020 | 177 |
| Richland Parish DC - Male | 547 | 39 | 586 | 82 | 40 |
| Richland Parish DC | 196 | 47 | 243 | 50 | 27 |
| Richwood Correctional Center | 11,070 | 10,913 | 21,983 | 1 | 119 |
| Riverbend Detention Center | 1,235 | 67 | 1,302 | 150 | 21 |
| Tensas Parish DC | 505 | 208 | 713 | 143 | 148 |
| Union Parish Detention Center | 195 | 155 | 350 | 150 | 15 |
| West Carroll Parish Jail | 9 | 9 | 18 | 1 | 2 |
| Total | 25,599 | 18,243 | 43,842 | 1,677 | 797 |

Contraband Items:

- Caldwell Correctional Center - 7 pills, 7 cigarettes, 10 shanks
- Franklin Parish Detention Center - 16 pills, 15 shanks, 4 phones, phone charger, piece of concrete, moonshine, knife
- Lincoln Parish Detention Center - 15 syn. marijuana, 5 shanks, 5 cigarettes, 3 lighters
- LTCW Madison Parish - 2 cellphones
- Madison Parish CC - 14 shanks, 4 cellphones, 3 tattoo guns, cellphone battery, 6 small bags tobacco
- Madison Parish Southern Correctional Facility - 58 shanks, 5 knives, 19 cellphones, 3 cellphone battery, cellphone watch, small bag crystal meth, 6 packs cigarettes, tattoo gun, 2 chargers, 3 bags tobacco
- Morehouse Parish Detention Center - 6 cigarettes, 6 syn. marijuana, 3 cellphones chargers, 2 cellphones, lighter
- Morehouse Parish Jail Annex - 3 cellphones, 2 shanks, 5 small bags syn. marijuana
- Ouachita Parish Correctional Center - 70 pills, 74 small bags tobacco, 10 tattoo paraphernalia, 4 small bags dye, 6 lighters, 6 shanks, 7 tattoo guns
- Richland Parish Detention Center Male - 12 cellphones, 20 shanks, 7 syn. marijuana, tobacco
- Richland Parish Detention Center - 12 small bags tobacco, 8 lighters, 7 shanks
- Richwood Correctional Center - 10 syn. marijuana, 7 cellphone batteries, 7 shanks, 22 cellphones, 7 battery packs, 3 chargers, 36 small bags tobacco, wall adapter, 4 tattoo guns & paraphernalia, 17 pills, 2 pocket knives, crack cocaine, 2 one dollar bills
- Tensas Parish Detention Center - 22 cellphones, 26 shanks, 10 tattoo paraphernalia, 20 syn. marijuana, 2 pocket knives, 10 phone chargers, 2 USB cables, 20 small bags tobacco, 10 porn. pictures, 10 pills, 8 pieces wire, 2 cigarettes, 2 pieces concrete, 4 condoms
- Union Parish Detention Center - 3 syn. marijuana, 7 cellphones, 3 tobacco, tattoo gun, tattoo paraphernalia
- West Carroll Parish Jail - 2 cigarettes

**Offender Deaths:**

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

None

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | 505 |
| Medical Emergency | 209 |
| Funeral Trips | 20 |
| Court Orders | 925 |
| Miscellaneous | 334 |
| Total Number of Transports | 1,993 |

Miscellaneous:

- Caldwell Correctional Center - 142 transport swaps and transfers
- Franklin Parish Detention Center - 2 intake
- Lincoln Parish Detention Center - 10 transports to DWCC for parole board and Lincoln parish courthouse
- LTCW Madison Parish - 28 transfers and Intakes
- Madison Parish Correctional Center - 20 regional DB court and to LTCW for parole hearing
- Madison Parish Southern Correctional Facility - 64 LTCW for regional DB court and transfers
- Morehouse Parish Detention Center - 8 transfers
- Richwood Correctional Center - 60 weekly HRDC DOC offender pickup/drop off at EHCC, schedule parole board at DWCC, DOC swaps at River, LaSalle, Catahoula, Winn, Madison, OPSO, offender pickup from Jackson and Winn. Offender drop off at OPSO, West Feliciana TWP, EBR TWP, City of Faith.

092418

BJG Quarterly Summary Report
Q4 (April - June 2019)

# Northeast Region - Tyrone Mays, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Caldwell Correctional Center | 600 | 559 | 48 | 607 | 0 |
| Franklin Parish DC | 834 | 751 | 92 | 843 | 0 |
| Lincoln Parish DC | 241 | 127 | 119 | 246 | 0 |
| LTCW - Madison Parish | 548 | 568 | 83 | 651 | 0 |
| Madison Parish CC | 334 | 296 | 31 | 327 | 7 |
| Madison Parish Southern CF | 564 | 544 | 9 | 553 | 11 |
| Madison Parish Jail | 36 | 1 | 4 | 5 | 31 |
| Morehouse Parish DC | 272 | 262 | 1 | 263 | 9 |
| Morehouse PJ and Annex | 264 | 101 | 127 | 228 | 36 |
| Ouachita Parish CC | 1402 | 382 | 629 | 1011 | 391 |
| Richland Parish DC - Male | 422 | 328 | 69 | 347 | 13 |
| Richland Parish DC | 360 | 278 | 69 | 347 | 13 |
| Richwood Correctional Center | 1127 | 229 | 775 | 1004 | 123 |
| Riverbend Detention Center | 1328 | 1024 | 427 | 1451 | 0 |
| Tensas Parish DC | 600 | 418 | 104 | 522 | 78 |
| Union Parish Detention Center | 388 | 292 | 96 | 388 | 0 |
| West Carroll Parish Jail | 26 | 15 | 9 | 24 | 2 |
| TOTAL | 9346 | 6175 | 2692 | 8867 | 479 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

- Caldwell Correctional Center – 10 days overdue to influx of arrests and bonding process and parole transfers.
- Franklin Parish DC – 7 days overdue to influx arrests and bonding process.
- Lincoln Parish DC – 5 days overdue to influx arrests
- LTCW – Madison Parish – 25 days overdue awaiting the Fire Marshall to approval to increase the operational capacity.
- Riverbend Detention Center – 15 days overdue to influx arrests and bonding process.

## Schedule B Reports:

Total Number of Schedule B Reports **1272**

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 50 |
| Mental Health | 4 |
| Disciplinary | 5 |
| Administrative | 169 |
| Court | 84 |
| DOC Request | 348 |
| TWP | 139 |
| Lack of Bed Space | 193 |
| Total Number | 992 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

- (**April**) Morehouse Parish DC – Offender Denton Gibson #536909 escaped on 4/5/19 while working at DG Foods offender Gibson walked off his job. He later was apprehended on Taylor street by Madison Parish Police department.

- (**April**) Richwood Correctional Center – TWP offender Dominic Hall #500568 on 4/2/19 walked off his job at Rogers Manufacture in West Monroe at approximate 2;30 am. Offender Hall was apprehended by Ouachita Parish Sheriff Department on 4/3/19 and being held at Ouachita Parish Correctional.
- (**May**) Richland Parish DC (Male) – Offender William Sexton #625401 was working his trustee job on 5/15/19 around 11:30 am. Offender Sexton took a personal vehicle and left his assigned job. Offender Sexton was apprehended by local law enforcement agency later on that day at a store in Start, La. and were returned to Richland Parish Detention Center.

**Assaults:**

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

May Assault with significant injury: Offender on Offender

- Franklin Parish Detention Center: DOC offender Cody Ogden #619658 had a physical altercation with DOC offender Michael Coleman #491200. Offender Coleman hit offender Ogden with a mop bucket in result causing him to have a broken left index finger. Offender Ogden was transported to Oshner UM-Monroe for treatment and released. Both offender received RVR's. Offender Ogden received a Rule #10 and Coleman rec'd Rule #11. Both offender was heard in DB Court. No charges were filed.

May Assault with significant injury: Offender on Staff

- LTCW – Madison Parish: DOC offender Elnora LaSalle #461259 was being unrestrained after coming from recreation. Upon Female officer removing the handcuff offender LaSalle struck officer with the handcuff causing laceration to the top of the head, two cuts to the forehead, swelling and discoloration to her left cheek and a displaced tooth due to an elbow to the mouth. Female officer had to be transported to Madison Parish hospital for further treatment. Officer was treated and released. Offender LaSalle received an RVR and Tallulah Police Department investigated the situation. Offender LaSalle was charged with Agg. Second Degree Battery.

June Assault with significant injury: Offender on Offender

- Franklin Parish Detention Center: DOC Offender King James #707946 was involved in a fight with DOC offender Cody Ogden #619658. Offender James jaw was broken due unto the fight. Offender James was taken to Franklin Medical Center and later transferred to Oshner-UM Monroe for further treatment. Offender James still have follow up appointments. No weapons were used. Both offender received an RVR's for Rule #10.
- Franklin Parish DC: DOC offender Thomas John #632870 was involved in a fight with offender Thomas Comparile # 537486. Offender Johns received a cut the lip. Offender John was transported to Franklin Medical Center treated and received stiches to his lip and released. Both offenders received an RVR's and was heard in DB court. No charges are being filed.
- Franklin Parish DC: DOC offender Justin Plater #732243 was involved in a fight with DOC offender Fred Smith #550894. Offender Smith was transported to Franklin Medical Center for cut to his head. Offender Smith was treated and released with no follow up appointment. Both offender received an RVR's for Rule #10 and was heard DB court.
- Tensas Parish Correctional Center: DOC offender Robert Williams #575225 and offender Jermaine Francis #370015 had a physical altercation using a weapons. Offender Williams stabbed offender Francis in the back area twice. Offender Francis was seen by medical and was transported to Franklin Medical Center for further treatment and later had to be transferred to Oshner – Shreveport for further treatment. Both offender received an RVR's for Rule #11 and was heard in DB Court. No charges are being filed at this time.

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**

| | |
|---|---|
| Family and/or Friend | 593 |
| Bus | 259 |
| Law Enforcement | 171 |
| Other | 46 |

Other Transportation:

- Madison Parish CC (13) offenders was transported to other Sheriff's offices.
- Madison Parish Southern Correctional Facility (6) offenders was transported to other Sheriff's offices.
- Morehouse Parish Jail/Annex (2) offenders walked home upon released.
- Ouachita Parish Correctional Center (25) offenders walked home upon release and transported to other Sheriff's offices

**Total Number of DOC Discharges 1069**

Total Number of DOC offenders Discharged without ID: 813

- Caldwell Correctional Center (40) offenders discharged without ID due to being picked up by other agencies and immediate releases.
- Franklin Parish Detention Center (40) offenders discharged without ID due to immediate releases and detainer by another agency.
- LTCW (Madison Parish) (43) offenders discharged without ID due to being pick up by another agency and immediate releases.
- Madison Parish Correctional Center (17) offenders discharged without ID due to immediate releases.
- Madison Parish Southern Correctional Facility (7) offenders discharged without ID due to immediate releases.
- Ouachita Parish Correctional Center (37) offenders discharged without ID due to being immediate releases and being picked up for detainer by another agency.
- Richland Parish Detention Center (18) offenders discharged without ID due to being immediate releases and detainer by another agency.
- Richland Parish Detention Center (Male) (12) offenders discharged without ID due to being immediate releases.
- Tensas Parish Detention Center (13) offenders discharged without ID due to being immediate releases.
- Richwood Correctional Center (20) offenders discharged without ID due to being immediate releases and detainer by another agency.
- Union Parish Detention Center (3) offenders discharged without ID due to being immediate released.

GED Program:
Total Number of GED Slots Available: 533
Total Number DOC Completions 16
Substance Abuse Program:
AA/NA Participants 374
Other 386

Other CTRP: (Non GED/Sub Abuse Program)
Enrolled 1875
Completed 421

Job Skills:
List facilities that offer job skills: Madison Parish Correctional Center and Madison Parish Southern Correctional
Total Number Enrolled 61

Grievances:
Total Accepted 893
Total Rejected 105

LARNAs Completed: 661

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| Caldwell Correctional Center | 85 | 0 | 26 | 0 |
| Franklin Parish DC | 298 | 9 | 27 | 0 |
| Lincoln Parish DC | 45 | 2 | 9 | 0 |
| LTCW - Madison Parish | 167 | 10 | 73 | 0 |
| Madison Parish CC | 186 | 4 | 26 | 0 |
| Madison Parish Southern CF | 322 | 0 | 30 | 0 |
| Madison Parish Jail | 3 | 0 | 3 | 0 |
| Morehouse Parish DC | 140 | 3 | 18 | 0 |
| Morehouse PJ and Annex | 50 | 3 | 17 | 0 |
| Ouachita Parish CC | 78 | 0 | 21 | 0 |
| Richland Parish DC - Male | 109 | 4 | 18 | 0 |
| Richland Parish DC | 95 | 2 | 17 | 0 |

| | | | | |
|---|---|---|---|---|
| Richwood Correctional Center | 190 | 0 | 56 | 0 |
| Riverbend Detention Center | 625 | 9 | 4 | 0 |
| Tensas Parish DC | 134 | 7 | 13 | 0 |
| Union Parish Detention Center | 190 | 17 | 23 | 0 |
| West Carroll Parish Jail | 23 | 0 | 3 | 0 |
| TOTAL | 2740 | 70 | 384 | 0 |

Offenders Positive Drug Tests:

- Franklin Parish Detention Center (9) offenders tested positive for THC and Synthetic Marijuana
- Lincoln Parish Detention Center (2) offenders tested positive for THC
- LTCW – Madison Parish (10) offenders tested positive for THC and Methamphetamine
- Madison Parish Correctional Center (4) offenders tested positive for Synthetic Marijuana
- Morehouse Parish Detention Center (3) offenders tested positive for THC
- Morehouse Parish Jail/Annex (3) offenders tested positive for Synthetic Marijuana
- Richland Parish Detention Center (Male) (4) offenders tested positive for BUP and THC
- Richland Parish Detention Center (2) offender tested positive for Meth
- Riverbend Correctional Center (9) offenders tested positive for BUP and Synthetic Marijuana
- Tensas Parish Detention Center (7) offenders tested positive for THC and Synthetic Marijuana
- Union Parish Detention Center (17) offenders tested positive for THC, Synthetic Marijuana and BUP

**Search and Seizure:**

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Caldwell Correctional Center | 387 | 65 | 452 | 20 | 20 |
| Franklin Parish DC | 1851 | 3157 | 5008 | 3 | 42 |
| Lincoln Parish DC | 887 | 1849 | 2736 | 32 | 44 |
| LTCW - Madison Parish | 51 | 24 | 75 | 0 | 3 |
| Madison Parish CC | 3195 | 827 | 4022 | 1 | 55 |
| Madison Parish Southern CF | 4099 | 800 | 4899 | 0 | 103 |
| Madison Parish Jail | 18 | 12 | 30 | 0 | 0 |
| Morehouse Parish DC | 274 | 192 | 466 | 2 | 26 |
| Morehouse PJ and Annex | 281 | 85 | 366 | 38 | 13 |
| Ouachita Parish CC | 1981 | 213 | 2194 | 1689 | 167 |
| Richland Parish DC - Male | 310 | 50 | 360 | 156 | 83 |
| Richland Parish DC | 172 | 51 | 223 | 90 | 43 |
| Richwood Correctional Center | 5520 | 12655 | 18175 | 0 | 22 |
| Riverbend Detention Center | 1636 | 135 | 1771 | 340 | 28 |
| Tensas Parish DC | 612 | 400 | 1012 | 167 | 93 |
| Union Parish Detention Center | 220 | 155 | 375 | 170 | 39 |
| West Carroll Parish Jail | 15 | 9 | 24 | 3 | 2 |
| TOTAL | 21509 | 20679 | 42188 | 2711 | 783 |

Contraband Items:

- Caldwell Correctional Center – 19 cigarettes and 1 shank
- Franklin Parish Detention Center - 12 phones, 5 lighters, 8 tobacco, 2 phone battery chargers, 3 phone chargers, 9 pills, and 3 shanks
- Lincoln Parish Detention Center – 8 shanks, 5 cellphones, 6 razor blades, 5 marijuana cigarette, 10 pills and 10 cigarettes
- LTCW – Madison Parish – 3 THC
- Madison Parish Correctional Center – 10 Cellphones, 15 shanks, 10 cigarettes, 5 phone chargers, 5 lighters, 5 phone battery and 5 tattoo guns
- Madison Parish Southern Correctional Facility – 50 shanks, 40 cellphones, 5 phone batteries and 8 phone chargers
- Morehouse Parish Detention Center – 10 synthetic marijuana, 5 cigarettes, 5 lighters and 6 pills
- Morehouse Parish Jail/Annex - 4 shanks, 5 tobacco, and 4 pills

- Ouachita Parish Correctional Center – 12 battery packs, 90 pills, 10 razor blades 10 tobacco, 8 tattoo inks, 12 tattoo guns, 15 shanks and 30 suboxone strip
- Richland Parish Detention Center Male – 30 tobacco, 10 cellphones, 20 shanks, 10 synthetic marijuana and 13 razors
- Richland Parish Detention Center – 10 tobacco, 5 lighters, 5 cigarettes, 10 shanks and 13 pills
- Richwood Correctional Center – 5 shanks, 7 cellphones, 6 tobacco and 4 lighters
- Riverbend Detention Center – 6 Cellphones, 10 shanks, 6 lighters, and 6 cigarettes
- Tensas Parish Detention Center – 15 Cellphones, 20 shanks 10 synthetic marijuana, 10 cell phone chargers, 15 suboxone strips, 20 small bags of cigarettes and 3 lighters
- Union Parish Detention Center – 7 cellphones, 5 cellphone chargers, 7 lighters, 7 synthetic marijuana, 10 tabacco and 3 suboxone strip

**Offender Deaths:**

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

Ouachita Parish CC – Offender Clifford Jackson (pretrial) was in the hospital at Ocshner – UH Monroe due to he had difficult of breathing due to his illness. Offender Jackson was pronounced deceased on 4/25/2019 at 2245 hrs by doctor at Ocshner-UH Monroe. At 0023 hrs offender Jackson body was pick up by McFarland Funeral Services.

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | **340** |
| Medical Emergency | **132** |
| Funeral Trips | **25** |
| Court Orders | **877** |
| Miscellaneous | **244** |
| Total Number of Transports | **1618** |

Miscellaneous:

- Caldwell Correctional Center (142) Transport swaps and transfers
- LTCW – Madison Parish (40) Transfers and Intakes
- Madison Parish Correctional Center (24) Regional DB Court and to LTCW for parole hearing.
- Madison Parish Southern Correctional Facility (32) LTCW Regional DB Court and transfers
- Richwood Correctional Center (3) Transfers

BJG Quarterly Summary Report
Q1 (July - September 2019)

# Northeast Region - Tyrone Mays, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Caldwell Correctional Center | 600 | 573 | 47 | 620 | 0 |
| Franklin Parish DC | 834 | 739 | 109 | 848 | 0 |
| Lincoln Parish DC | 241 | 147 | 101 | 248 | 0 |
| LTCW - Madison Parish | 548 | 541 | 59 | 600 | 0 |
| Madison Parish CC | 334 | 307 | 21 | 328 | 6 |
| Madison Parish Southern CF | 564 | 549 | 4 | 553 | 11 |
| Madison Parish Jail | 36 | 1 | 17 | 17 | 18 |
| Morehouse Parish DC | 272 | 263 | 1 | 264 | 8 |
| Morehouse PJ and Annex | 264 | 115 | 135 | 250 | 14 |
| Ouachita Parish CC | 1112 | 319 | 643 | 962 | 150 |
| Richland Parish DC - Male | 782 | 664 | 104 | 768 | 14 |
| Richwood Correctional Center | 1127 | 49 | 1000 (ICE) | 1049 | 78 |
| Riverbend Detention Center | 1328 | 1066 | 470 | 1536 | 0 |
| Tensas Parish DC | 600 | 417 | 78 | 495 | 105 |
| Union Parish Detention Center | 388 | 301 | 105 | 406 | 18 |
| West Carroll Parish Jail | 26 | 16 | 11 | 27 | 0 |
| TOTAL | 9156 | 6067 | 2905 | 8972 | 422 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

- Caldwell Correctional Center – (49) days overdue to influx of arrest for the weekend and parole holds.
- Franklin Detention Center – (67) days overdue to weekend arrest, parole transfers and offenders awaiting bonding process.
- Lincoln Parish Detention Center – (86) days overdue to weekend arrests and late booking awaiting bonding process.
- Morehouse Parish Jail & Annex – (9) days overdue to weekend arrest.
- Ouachita Parish CC – (22) days overdue to influx arrests and parole holds.
- Riverbend Detention Center - (183) days overdue to influx arrests, parole holds, awaiting bonding process and parole transfers.
- Union Parish Detention Center - (22) days overdue to weekend arrests and bonding process.

## Schedule B Reports:

Total Number of Schedule B Reports **1425**

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 48 |
| Mental Health | 2 |
| Disciplinary | 2 |
| Administrative | 193 |
| Court | 103 |
| DOC Request | 489 |
| TWP | 228 |
| Lack of Bed Space | 1 |
| Total Number | 1066 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

July

- Richland Parish DC – TWP offender Curtis Ceasar #626345 while working his assigned job the House of Raeford (chicken plant) in Arcadia. Offender Ceasar walked off his job on &/25/19. When the bus arrive to the plant to pick up offenders from work he was discover walking back into parking lot by the bus driver to catch the bus. Offender Ceasar was transported back to the facility and placed on lockdown.

- Union Parish Detention Center – Offender Seneca Yates (DOC) #542370 escaped on 7/20/19 while on yard and recreation. Offender Yates went over the razor wire fence. He was apprehended later by the Union Parish Sheriff Office and retuned Union Parish Detention Center and placed on lockdown.

- Union Parish Detention Center - Offender Stacey Phillips (DOC) #558549 walked away from work detail on 7/12/19 while at the Union Parish Highway Department building. Offender Phillips was apprehended on 7/14/19 by Farmerville Police Department and returned back to Union Parish Detention Center and placed in lockdown.

- Union Parish Detention Center – Offender Shawn Hoelz (DOC) #617406 walked away from work detail on 7/12/19 while at the Union Parish Highway Department building. Offender Hoelz was apprehended on 7/14/19 by Famerville Police Department and returned back to Union Parish Detention Center and placed in lockdown.

August

- Morehouse Parish Detention Center - Offender Antoine Massey (DOC) #561544 escaped while on the yard and recreation. He and offender Wesley Treg (DOC) #543938 cut the fence with an unknown object and went through the hole of the fence. Offender Massey was apprehended on 8/26/19 in Texas by Texas authority and held at Tri-City Jail in Desoto, Texas.

- Morehouse Parish Detention Center - Offender Wesley Treg (DOC) #543938 escaped while on the yard and recreation. He and offender Antoine Massey (DOC) #561544 cut a hole in the fence and observed getting into 2019 Maroon Nissan Versa. Offender Treg was apprehended on 826/19 in Desoto, Texas by authority and held at Tri-City Jail.

September

- Richland Parish Detention Center – TWP offender Joshua Glasper #494720 while working his assigned job at House of Raeford (Chicken Plant) in Arcadia, La. Offender Glasper walked off his job on 9/23/19. Offender Glasper was apprehended on 9/26/19 at a house in West Monroe, La. He was arrested by West Monroe authority and taken to Ouachita Correctional Center for lockup.

Assaults:

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

July Assaults with Significant Injury

Franklin Parish Detention Center

- Offender Richard Barber #305765 had a physical altercation with offender Vonshay Higgs #622993. Offender Barber received a cut to his left eye. He was sent to Franklin Medical Center for sutures and released back to Franklin Parish Detention Center. Offender Higgs and offender Barber received RVRs and were heard in DB Court in house.
- Offender Vonshay Higgs #622993 had a physical altercation with offender Richard Barber #305765. Offender Higgs complained of pain in his side and was sent to Franklin Medical Center for further evaluation and released back to Franklin Parish Detention Center. Offender Barber and offender Higgs received an RVRs and were heard in DB Court in house.
- Offender Jarron Spears #726993 had a physical altercation with offender Sharmin Ruffins #714553. Offender Spears had cut to the left of his face. He was sent to Franklin Medical Center for sutures and released by to Franklin Parish Detention Center. Offender Ruffins and offender Spears both received RVRs and heard in DB Court in house.

August Assaults with Significant Injury

Franklin Parish Detention Center

- Offender Terry Williams #545575 and offender Andrew Thomas #708709 were involved in a fight. Offender Williams had to be transported to Franklin Medical Center for stab wound to his head and right arm with a shank by offender Thomas. Offender Williams received sutures and were released back to the facility. Both offenders received an RVR. Offender Thomas RVR was referred to Regional Court and offender Williams was heard in house. No criminal charges are filed at this time.

Madison Parish Southern CF

- Offender Willie Singleton #608868 and offender Kevin Espinoza #714696 had a physical altercation in which offender Singleton received several small punctures wounds to his chest, back and small laceration to his left hand. Offender Singleton was treated by medical staff and placed in Administration Segregation for Rule #11 and RVR was referred to Regional Court.
- Offender Kevin Espinoza #714696 and offender Willie Singleton #608868 had a physical altercation in which offender Espinoza received laceration to his left arm and chest from a shank in which offender Singleton had in his possession. Offender Espinoza had to transported to Oshner UH-Shreveport by ambulance. Emergency surgery was conducted due to punctured lung. Offender Espinoza was admitted into hospital until 8/30/19. Both offender received an RVR for Rule #11 and RVR was referred to Regional Court. No criminal charges are being filed at this time.

Ouachita Correctional Center

- Offender Xavier Hines (Pre-Trial) had a physical altercation with offender Michael Warren #558181. Offender Hines received a cut to his right hand and had to transported to Oshner UH-Monroe for sutures. Offender Hines was treated and released back to the facility. Both offender received RVRs and placed in lockdown.
- Offender Bobby Strickland #522197 and Dovontay Ricks #731097 had a physical altercation. Offender Stricklin received a cut above his left eye due to the altercation. Offender Strickland was treated by medical and released. Both offender received RVRs for Rule # 10 and was heard in DB Court.

September Assaults with Significant Injury

Caldwell Correctional Center

- Offender Michael Jones #736473 was involved in a physical altercation with at least five offenders on the yard which could not be identified by staff due to all offender dispersed when discovered they were fighting. Offender Jones received a laceration to the back of his head. Offender Jones had to be transported to Citizens Medical Center to receive suture and released. Upon returning back to the facility offender was questioned about the incident but would cooperate with the investigation as to who was involved. Offender Jones was place in Administrative Segregation and pending being transferred.

Franklin Parish Detention Center

- Offender Richmond Barber (Pre-Trial) was involved in a physical altercation with offender Terry Williams #545575 Offender Barber received cut to his face. Offender Williams received cuts to his head and shoulder due to the altercation. Both offenders had to be transported to Franklin Medical Center for treatment to injury and released. Both offenders received an RVRs for Rule #10 and placed in lockdown.

Transportation for DOC Discharges and Number of DOC Discharged with ID:

| | |
|---|---|
| Family and / or Friend | 615 |
| Bus | 252 |
| Law Enforcement | 210 |
| Other | 50 |

Other Transportation:

- Madison Detention Center (10) offenders was transported to other Sheriff's offices
- Madison Parish Correctional Center (11) offenders was transported to other Sheriff's offices.
- Ouachita Correctional Center (27) Offenders walked home upon release and transported to other Sheriff's offices.

Total Number of DOC Discharges 1127
Total Numbers of DOC offenders Discharged with ID: 791

- Caldwell Correctional Center (42) offenders discharged without ID due to being pick up by other agencies and immediate releases.
- Franklin Parish Detention Center (32) offenders discharged without ID due to immediate releases and detainer by another agency.
- Madison Detention Center (23) offenders discharged without ID due to immediate releases and pick up for detainer by another agencies.
- LTCW – Madison Parish (112) offenders discharged without ID due to immediate releases, pick up by another agencies and detainer by another agencies.
- Madison Parish Southern Correctional Facility (8) offenders discharged without ID due to immediate releases.
- Morehouse Parish Detention Center (1) offender discharged without ID due to immediate release.
- Ouachita Correctional Center (35) offenders discharged without ID due to immediate releases, and being picked up for detainer by another agencies.
- Richland Detention Center (41) offenders discharged without ID due to being immediate released and detainer to another agencies.
- Tensas Parish Detention Center (27) offenders discharged without ID due to being immediate released and detainer to other agencies.
- Richwood Correctional Center (1) offender discharged without ID due to being immediate released.
- Union Parish Detention Center (1) offender discharged without ID due to being immediate released.

GED Program:
Total Number of GED Slots Available: 1437
Total Number DOC Completions 16

Substance Abuse Program:
AA/NA Participants 659
Other 468

Other CTRP: (Non GED/Sub Abuse Program)
Enrolled 1453
Completed 421

Job Skills:
List facilities that offer job skills: Lincoln Parish Detention Center
Madison Parish Correctional Center
Madison Parish Southern Correctional
Total Number Enrolled 94

Grievances:
Total Accepted **1453**
Total Rejected **182**

LARNAs Completed: 439

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| Caldwell Correctional Center | 90 | 0 | 16 | 0 |
| Franklin Parish DC | 243 | 7 | 22 | 0 |
| Lincoln Parish DC | 51 | 2 | 10 | 0 |

| | | | | |
|---|---|---|---|---|
| LTCW - Madison Parish | 287 | 17 | 57 | 1 |
| Madison Parish CC | 201 | 0 | 23 | 0 |
| Madison Parish Southern CF | 342 | 1 | 25 | 0 |
| Madison Parish Jail | 1 | 0 | 1 | 0 |
| Morehouse Parish DC | 146 | 2 | 20 | 0 |
| Morehouse PJ and Annex | 52 | 5 | 16 | 0 |
| Ouachita Parish CC | 41 | 0 | 22 | 0 |
| Richland Parish DC - Male | 451 | 10 | 21 | 0 |
| Richwood Correctional Center | 144 | 2 | 92 | 0 |
| Riverbend Detention Center | 430 | 5 | 0 | 0 |
| Tensas Parish DC | 181 | 7 | 18 | 0 |
| Union Parish Detention Center | 205 | 29 | 22 | 0 |
| West Carroll Parish Jail | 28 | 0 | 3 | 0 |
| TOTAL | 2893 | 87 | 368 | 1 |

Offender and Employee Drug Tests:

- Franklin Parish DC – (3) THC (4) Synthetic Marijuana : Total (7)
- Lincoln Parish DC – (2) Synthetic Marijuana
- LTCW – Madison Parish – (8) BUP (9) Synthetic Marijuana: Total (17) Employee (1) THC
- Madison Parish Southern CF – (1) Synthetic Marijuana
- Morehouse Parish DC – (2) Synthetic Marijuana
- Morehouse PJ & Annex – (3) Synthetic Marijuana (2) THC: Total (5)
- Richland Parish DC – (5) Synthetic Marijuana (5) BUP: Total (10)
- Richwood CC – (2) Synthetic Marijuana
- Riverbend DC – (4) Synthetic Marijuana (1) THC: Total (5)
- Tensas Parish DC – (5) Synthetic Marijuana (2) BUP: Total (7)
- Union Parish DC - (10) THC, (9) Synthetic Marijuana, (3) BUP & (7) Methamphetamine: Total (29)

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Caldwell Correctional Center | 379 | 73 | 452 | 23 | 23 |
| Franklin Parish DC | 1743 | 3167 | 4910 | 21 | 18 |
| Lincoln Parish DC | 632 | 1597 | 2229 | 23 | 14 |
| LTCW - Madison Parish | 54 | 29 | 83 | 0 | 3 |
| Madison Parish CC | 2280 | 1680 | 3960 | 0 | 43 |
| Madison Parish Southern CF | 5158 | 738 | 5896 | 0 | 162 |
| Madison Parish Jail | 17 | 13 | 30 | 0 | 0 |
| Morehouse Parish DC | 277 | 194 | 471 | 3 | 26 |
| Morehouse PJ and Annex | 251 | 75 | 326 | 15 | 12 |
| Ouachita Parish CC | 1942 | 201 | 2143 | 1274 | 297 |
| Richland Parish DC - Male | 741 | 71 | 812 | 145 | 133 |
| Richwood Correctional Center | 1230 | 4134 | 5364 | 0 | 6 |
| Riverbend Detention Center | 1950 | 250 | 2220 | 680 | 72 |
| Tensas Parish DC | 620 | 453 | 1073 | 118 | 52 |
| Union Parish Detention Center | 225 | 180 | 405 | 175 | 97 |
| West Carroll Parish Jail | 27 | 11 | 38 | 4 | 0 |
| TOTAL | 17526 | 12866 | 30012 | 2581 | 958 |

Contrabands Items:

- Caldwell CC – (10) pills, (6) cigarettes, (7) Shanks: Total = (23)
- Franklin Parish DC – (4) pills, (4) phones, (8) Shanks (2) phone chargers: Total = (18)
- Lincoln Parish DC – (8) Synthetic marijuana, (3) Shanks, (3) Cell phones: Total = (14)
- LTCW-Madison Parish – (2) Cell phones, (1) phone charger: Total = (3)
- Madison Parish CC – (16) Shanks, (10) Cell phones, (6) Tattoo guns, (7) Sm.bags of tobacco, (4) Chargers: Total =(43)

- Madison Parish Southern CF – (55) Shanks, (10) Knives, (22) Cell phones, (10) Chargers, (12) Tattoo gun, (8) Sm. Bag tobacco, (12) Pack of tobacco, (16) Pills, (7) Tattoo paraphernalia: Total = (162)
- Morehouse Parish DC – (5) Cigarettes, (10) Syn. Marijuana, (5) Cellphones, (6) Phone chargers: Total = (26)
- Morehouse Jail & Annex – (4) Cellphones, (3) Shanks, (5) sm. Bag Syn. Marijuana: Total = (12)
- Ouachita Parish CC – (80) Pills, (75) Sm. Bags tobacco, (15) Cellphones, (12) Phone chargers, (20) Tattoo guns, (15) Tattoo paraphernalia, (25) Lighters, (14) Porn pictures, (20) Pieces of wires, (21) Synthetic marijuana cigarette: Total = (297)
- Richland Parish DC – (20) Cellphones, (15) Cellphones charges, (25) Shanks, (15) Lighters, (10) Tattoo Paraphernalia, (48) Pills: Total = (133)
- Richwood CC – (3) Shanks, (3) Cellphones: Total= (6)
- Riverbend DC – (21) Shanks, (15) Tattoo guns, (12) Sm. Bag cigarette, (10) Cigarettes, (14) Synthetic marijuana: Total = (52)
- Union Parish DC – (10) Synthetic Marijuana, (15) Cellphones, (6) Cigarettes, (12) Tattoo guns, (8) Shanks, (10) Knives, (8) Porn pictures, (28) Pills: Total= (97)

**Offender Deaths:**

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

**August Death:**

- Ouachita CC – Offender Alice Galentine #732368; 40 year old female. On 8/8/19 offender shown no signs of health issues. It appears she died from natural causes (possible heart attack). She was pronounced deceased by Dr. Korrie Moore, coroner. The family was notified and claimed the body. An autopsy will be conducted.

**September Death:**

- Riverbend DC – Offender George Minor #128206, 56 year old male on 9/17/19 was at East Carroll Hospital due to health issues. Offender Minor was pronounced deceased at 12:01 am by the coroner. The cause death was suspected to be a heart attack. Autopsy was ordered. The family was notified and claimed the body.

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | 428 |
| Medical Emergency | 135 |
| Funeral Trips | 38 |
| Court Orders | 787 |
| Miscellaneous | 288 |
| Total Number of Transports | 1676 |

**Miscellaneous:**

- Caldwell Correctional Center – (143) Transport swaps and Transfers
- Madison Parish Correctional Center – (4) Transfers/Intakes
- LTCW-Madison Parish – (41) Transfers/Intakes
- Madison Parish Southern CF- (47) LTCW for Regional DB Court and Parole Hearing
- Ouachita CC – (1) Transfer

092418

BJG Quarterly Summary Report
Q2 (Oct- Dec 2019)

# Northeast Region - Tyrone Mays, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Caldwell Correctional Center | 600 | 563 | 49 | 612 | 0 |
| Franklin Parish DC | 834 | 740 | 89 | 829 | 5 |
| Lincoln Parish DC | 241 | 145 | 110 | 255 | 0 |
| LTCW - Madison Parish | 548 | 568 | 98 | 666 | 0 |
| Madison Parish CC | 334 | 302 | 30 | 332 | 2 |
| Madison Parish Southern CF | 564 | 536 | 13 | 549 | 15 |
| Madison Parish Jail | 36 | 1 | 24 | 25 | 11 |
| Morehouse Parish DC | 272 | 262 | 1 | 263 | 9 |
| Morehouse PJ and Annex | 264 | 99 | 116 | 215 | 49 |
| Ouachita Parish CC | 1112 | 333 | 547 | 880 | 232 |
| Richland Parish DC - Male | 782 | 670 | 97 | 767 | 15 |
| Richwood Correctional Center | 1127 | 48 | 826 (ICE) | 874 | 253 |
| Riverbend Detention Center | 1328 | 1074 | 456 | 1530 | 0 |
| Tensas Parish DC | 600 | 462 | 46 | 508 | 92 |
| Union Parish Detention Center | 388 | 296 | 76 | 372 | 16 |
| West Carroll Parish Jail | 26 | 15 | 7 | 22 | 4 |
| TOTAL | 9156 | 6114 | 2545 | 8699 | 703 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

- Caldwell Correctional Center – (39) days overdue to influx of arrests for the weekend.
- Lincoln Parish Detention Center – (87) days overdue to influx of arrests and parole holds.
- LTCW-Madison Parish – (90) days overdue to receive all Richland Parish DC Pre-Trials and DOC females due the facility no longer house female offenders.
- Riverbend Detention Center – (1150) days overdue to receive influx arrests, parole holds and received DOC offenders from other facilities no longer house DOC offenders due to ICE Detainee.

## Schedule B Reports:

Total Number of Schedule B Reports **1389**

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 40 |
| Mental Health | 1 |
| Disciplinary | 2 |
| Administrative | 154 |
| Court | 143 |
| DOC Request | 360 |
| TWP | 206 |
| Lack of Bed Space | 18 |
| Total Number | 718 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

October 2019

- Richland Parish DC – Seven DOC offenders escaped out the dormitory by busting out the cinder blocks wall and went through the pipe chase to gain access to the door leading to the recreation yard where they jumped the fence. The seven offenders were apprehended on 12:05 pm and held at Ouachita Parish Correctional Center. The following offenders were: 1) Shanquille Woods #540946 2) Devon Jackson #704056 3) Terrelle Netters #492423

4) Bruce Conner #718713 5) James Clark #728022 6) John Blunt #447976 7) Jason Davillier #483006.

**Assaults:**

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

October Assaults with Significant Injury:

Franklin Parish Detention Center

- Michael Coleman #491200 had a physical altercation with offender Amond Chisley #530986 both offender used a shank in the fight. Offender Coleman received stab wounds to back and neck had to be sent to Franklin Medical Center for treatment and later had to be transported to Rapides Hospital for further treatment. Offender Coleman received stitches and released.
  Offender Chisley received cuts to his left hip and thumb. Offender was transported to Franklin Medical Center for treatment and released. Both offender received an RVR for rule #11 and placed in lockdown. Both offenders are pending criminal charges.

Ouachita Correctional Center

- Offender Lucius Johnson # had a physical altercation with offender Joseph Johnson #496034 . Offender Johnson had to be transported to Oshner UH-Monroe for further treatment due to injury to his left eye. Offender Johnson was treated and released. Offender Moore was transported to Oshner UH-Monroe to treated for injury to his right arm which it was broken. Offender Moore was treated and released. Both offender received an RVR for rule #10 and were placed in lockdown.
- Offender John Callahan #546235 and offender Vaughn Pitcher #514392 had a physical altercation. Offender Callahan received a cut to his left jaw. Offender Callahan were treated and released. Both offender received an RVR for rule #10 and were placed in lockdown.

November Assaults with Significant Injury:

Ouachita Correctional Center

- Offender Jimmie Lawrence #591174 and offender Tyrone Lartigue #544566 had a physical altercation. Offender Lawrence received a cut to his left arm. Offender Lawrence was treated and released. Offender Lartigue received a cut to his bottom lip. Offender was treated and released. Both offender received an RVR for rule #10 and were placed in lockdown.

Richland Parish DC

- Offender William Richardson #589982 was involved in and physical altercation with offender Gene Celestine #702439 and Jordan Provost #708397. During the altercation offender Celestine and offender Provost used a shank and stabbed offender Richardson multiple times in the chest area. Offender Richardson was transported by ambulance to Oshner UH-Monroe for puncture wounds to heart area. Upon being treated for punctured wound to the heart offender Richardson passed. Offender Celestine and offender Provost was investigated by the Louisiana State Police and was charged with Second Degree Murder. Both offender was transferred to Louisiana State Penitentiary.

December Assaults with Significant Injury:

Franklin Parish Detention Center

- Offender Ashton Simmons #741428 and Offender Johnathan Plater #579308 had a physical altercation both using a shank. Offender Simmons received a cut his face, neck and chest area due to the use of a shank from offender Plater. Offender Simmons were transported to Franklin Medical Center and treated for stabbed wounds and released.
  Offender Plater received cuts to his neck area and were transported to Franklin Medical Center and treated for cuts to his neck and released. Both offender received an RVR for rule #11 and pending criminal charges.

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**

| | |
|---|---|
| Family and /or Friend | 568 |
| Bus | 249 |
| Law Enforcement | 199 |

Other 45

Other Transportation:

- Madison Correctional Center (20) Offenders was transported to other Sheriff's offices.
- Madison Parish Southern Correctional Facility (8) Offenders was transported to other Sheriff's offices.
- Ouachita Correctional Center (15) offenders walked home upon release and transported to other Sheriff's offices.
- Morehouse Parish Jail & Annex (2) offenders was transported to other Sheriff's offices.

Total Number of DOC Discharges 1061

Total Number DOC offenders Discharged without ID: 712

- Caldwell Correctional Center (34) offenders discharged without ID due to being picked up by other agencies and immediate releases.
- Franklin Parish Detention Center (71) offenders discharged without ID due to immediate releases and detainer by another agency.
- LTCW – Madison Parish (131) offenders discharged without ID due to being pick up another agency and immediate releases.
- Madison Correctional Center (25) offenders discharged without ID due to immediate releases.
- Madison Parish Southern Correctional Facility (5) offenders discharged without ID due to immediate releases.
- Ouachita Correctional Center (59) offenders discharged without ID due to being immediate releases and being picked up for detainer by another agency.
- Richland Parish Detention Center (20) offenders discharged without ID due to being immediate releases and detainer by another agency.
- Tensas Parish Detention Center (4) offenders discharged without ID due to being immediate releases.

GED Program:

Total Number of GED Slots Available: 1504

Total Number DOC Completions: 35

Substance Abuse Program:

AA/NA Participants 768

Other 922

Other CTRP: (Non GED/Sub Abuse Program)

Enrolled 2719

Completed 898

Job Skills:

List facilities that offer job skills: Lincoln Parish Detention Center
Madison Parish Correctional Center
Madison Parish Southern Correctional Facility

Total Number Enrolled 83

Grievances:

Total Accepted 1167

Total Rejected 113

LARNAs Completed: 185

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| Caldwell Correctional Center | 85 | 0 | 19 | 0 |
| Franklin Parish DC | 263 | 1 | 24 | 0 |
| Lincoln Parish DC | 90 | 2 | 10 | 0 |

| | | | | |
|---|---|---|---|---|
| LTCW - Madison Parish | 235 | 3 | 100 | 4 |
| Madison Parish CC | 199 | 0 | 21 | 0 |
| Madison Parish Southern CF | 331 | 0 | 25 | 0 |
| Madison Parish Jail | 4 | 0 | 4 | 0 |
| Morehouse Parish DC | 96 | 2 | 16 | 0 |
| Morehouse PJ and Annex | 50 | 9 | 14 | 0 |
| Ouachita Parish CC | 79 | 0 | 21 | 0 |
| Richland Parish DC - Male | 255 | 6 | 25 | 0 |
| Richwood Correctional Center | 110 | 0 | 51 | 0 |
| Riverbend Detention Center | 221 | 0 | 4 | 0 |
| Tensas Parish DC | 129 | 9 | 16 | 0 |
| Union Parish Detention Center | 195 | 32 | 21 | 0 |
| West Carroll Parish Jail | 22 | 0 | 3 | 0 |
| TOTAL | 2364 | 64 | 374 | 4 |

Offender and Employee Positive Drug Test:

- Franklin Parish Detention Center – 1 offender tested positive Synthetic Marijuana
- Lincoln Parish Detention Center – 2 offenders tested positive for methamphetamine, THC
- LTCW-Madison Parish – 3 offenders tested positive for Synthetic Marijuana (4- Employee tested positive for THC)
- Morehouse Parish Detention Center – 2 offenders tested positive for THC and BUP
- Morehouse Parish Jail & Annex – 9 offenders tested positive for THC, Synthetic marijuana and BUP
- Richland Parish Detention Center – 6 offenders tested positive for synthetic marijuana and BUP
- Tensas Parish Detention Center – 9 offenders tested positive THC and synthetic marijuana
- Union Parish Detention Center – 32 offenders tested positive synthetic marijuana, THC, and BUP

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Caldwell Correctional Center | 385 | 67 | 452 | 26 | 26 |
| Franklin Parish DC | 1816 | 3160 | 4976 | 0 | 27 |
| Lincoln Parish DC | 621 | 1822 | 2443 | 51 | 15 |
| LTCW - Madison Parish | 4392 | 24 | 4416 | 20 | 4 |
| Madison Parish CC | 2237 | 828 | 3065 | 0 | 96 |
| Madison Parish Southern CF | 2693 | 849 | 3542 | 0 | 79 |
| Madison Parish Jail | 16 | 12 | 28 | 1 | 0 |
| Morehouse Parish DC | 277 | 200 | 477 | 0 | 26 |
| Morehouse PJ and Annex | 213 | 65 | 278 | 9 | 10 |
| Ouachita Parish CC | 1807 | 152 | 1959 | 1321 | 117 |
| Richland Parish DC - Male | 753 | 85 | 838 | 121 | 133 |
| Richwood Correctional Center | 920 | 793 | 1713 | 0 | 2 |
| Riverbend Detention Center | 2020 | 275 | 2295 | 272 | 29 |
| Tensas Parish DC | 841 | 607 | 1448 | 125 | 104 |
| Union Parish Detention Center | 195 | 135 | 330 | 115 | 31 |
| West Carroll Parish Jail | 20 | 10 | 30 | 1 | 6 |
| TOTAL | 19206 | 9084 | 28290 | 2062 | 705 |

Contraband Items:

- Caldwell Correctional Center – (7) Shanks, (3) cigarettes, (2) tattoo gun, and (14) Pills **Total (26)**
- Franklin Parish DC – (6) Phones, (4) Phone chargers, (8) Tobacco , (9) Pills **Total (27)**
- Lincoln Parish DC – (5) Shanks, (6) Cell phones, (4) Synthetic Marijuana **Total (15)**
- LTCW-Madison Parish – (4) Synthetic Marijuana **Total (4)**
- Madison Parish CC – (20) Cell phones, (25) Shanks, (10) Phone chargers, (25) Pills and (10) Lighters, and (6) Cigarettes **Total (96)**
- Madison Parish Southern CF – (45) Shanks, (15) Cellphones (12) Pills, and (7) Synthetic marijuana **Total (79)**
- Morehouse Parish DC – (12) Synthetic marijuana, (5) Shanks, (6) Lighters, and (3) Phones **Total (26)**
- Morehouse PJ and Annex - (5) Shanks and (5) Synthetic Marijuana **Total (10)**

- Ouachita Parish CC – (15) Phone battery chargers, (25) Cellphones, (45) Pills, (16) Shanks, (7) small bag of green leafy substance, and (9) razor blades **Total (117)**
- Richland Parish DC – (25) Cellphones, (15) Phone chargers, (36) Tobacco packs, (20) Synthetic marijuana, (20 Pills and (11) Shanks **Total (133)**
- Richwood Correctional Center – (2) Shanks **Total (2)**
- Riverbend Detention Center – (10) Cellphones, (15) Shanks, and (4) green leafy substance **Total (29)**
- Tensas Parish DC – (20) Cellphones, (30) Shanks, (15) synthetic marijuana, (10) phone chargers, (20) suboxone strip, and (9) lighters **Total (104)**
- Union Parish DC – (10) Cellphones, (6) phone charges, (7) green leafy substance, (8) suboxone strips **Total (31)**

**Offender Deaths:**

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

Richland Detention Center – Offender William Richard #589982 on November 6, 2019 was fatally stabbed by two offenders Jordan Provost #708397 and Gene Celestine #702439. Which offender Richard passed away while at Oshner UH-Monroe due to stab wounds in his chest area. Offender Richard death was unexpected. Offender Richard family was notified and claimed his body.

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | **377** |
| Medical Emergency | **182** |
| Funeral Trips | **37** |
| Court Orders | **666** |
| Miscellaneous | **216** |
| Total Number of Transports | **1478** |

**Miscellaneous:**

- Caldwell Correctional Center (139) Transport swaps and transfers
- Lincoln Parish DC (7) Transfers and Intakes
- Madison Detention Center (19) Regional DB Court and to LTCW for parole hearing.
- LTCW – Madison Parish (35) Transfers and Intakes
- Madison Parish Southern Correctional Facility (16) LTCW Regional DB Court and transfers

092418

BJG Quarterly Summary Report
Q3 (Jan- Mar 2020)

## Northeast Region - Tyrone Mays, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Caldwell Correctional Center | 600 | 570 | 45 | 615 | 0 |
| Franklin Parish DC | 834 | 725 | 81 | 806 | 0 |
| Lincoln Parish DC | 241 | 147 | 98 | 245 | 0 |
| LTCW - Madison Parish | 548 | 587 | 75 | 662 | 0 |
| Madison Parish CC | 334 | 297 | 21 | 318 | 16 |
| Madison Parish Southern CF | 564 | 504 | 31 | 535 | 29 |
| Madison Parish Jail | 36 | 1 | 13 | 14 | 22 |
| Morehouse Parish DC | 272 | 247 | 1 | 248 | 24 |
| Morehouse PJ and Annex | 264 | 105 | 105 | 210 | 54 |
| Ouachita Parish CC | 1112 | 304 | 588 | 892 | 220 |
| Richland Parish DC - Male | 782 | 644 | 85 | 729 | 53 |
| Richwood Correctional Center | 1127 | 34 | 289 (ICE) | 323 | 804 |
| Riverbend Detention Center | 1328 | 1120 | 373 | 1493 | 0 |
| Tensas Parish DC | 600 | 409 | 84 | 493 | 107 |
| Union Parish Detention Center | 388 | 320 | 68 | 388 | 0 |
| West Carroll Parish Jail | 26 | 17 | 7 | 24 | 2 |
| TOTAL | 9056 | 6031 | 1964 | 7995 | 1331 |

### Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

- Caldwell Correctional Center – (25) days overdue to influx arrests and parole holds became back into compliance upon bonding process.
- Franklin Parish DC – (12) days overdue to influx arrests over the weekend.
- Lincoln Parish DC – (80) days overdue to weekend arrests and parole holds, became back into compliance upon bonding process.
- LTCW-Madison Parish – (90) days overdue to receiving all female from other parish that no longer house female offenders.
- Riverbend Detention Center – (734) days overdue to receive influx arrests, parole holds and received DOC offenders form other facilities no longer house DOC offenders due to ICE Detainee.

### Schedule B Reports:

Total Number of Schedule B Reports 1210

### Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 28 |
| Mental Health | 1 |
| Disciplinary | 0 |
| Administrative | 108 |
| Court | 267 |
| DOC Request | 425 |
| TWP | 205 |
| Lack of Bed Space | 2 |
| Total Number | 1036 |

### Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

February 2020 –LTCW-Madison Parish

- Three Pre- Trial offenders on February 22, 2020 at approximately 19:15 escaped by throwing clothing items, sheets, and blankets over perimeter fence to climb over and obtain entrance to exit the prison grounds. Two of the Pre-Trial offenders Lauren Donaldson and Melissa Rodrigue was apprehended by Madison Parish Sheriff Office at 23:30 the same day. Pre-Trial Offender Reiontae Ward was apprehended by Warden Stinson and Major Chase on the following morning after receiving a tip from the offender family member at 10:00 a.m.

Assaults:

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

January Assaults with Significant Injury:

- Franklin Parish Detention Center – DOC offender Kamon Herald #748746 and DOC offender Benjamin Braun #537821 had a physical altercation. Offender Herald had to be transported to Franklin Medical Center treated for a broken nose and released back to the facility. Both offender received an RVR for Rule #10 and heard in DB court.
- Madison Parish Southern Correctional Facility – DOC offender Fredrick Johnson #450759 was involved in a physical altercation with several unidentified offenders and received multiples stab wounds. Offender Johnson was treated at Madison Parish hospital and released. Offender had stab wounds to his upper back, laceration on his scalp, two puncture wounds on his left side and laceration to his right inner thigh. Offenders involved could not be identified by staff. This matter was turned over to the Sheriff officer for further investigation.
- Union Parish Detention Center – DOC offender Stephen Morgan #706840 and DOC offender Chad Thomas #554373 had a physical altercation. Offender Morgan received laceration to his lower lip and offender Thomas received a cut to his lower left cheek. Both offender was seen by medical treated and released. Both offender received an RVR for rule #10(Fighting) and heard in DB.

February Assaults with Significant Injury:

- Ouachita Correctional Center – Pre-Trail offender Jaylin Wayne had a physical altercation with Pre-Trail offender Rodney Hall. Offender Wayne received a cut to under his right eye and offender Hall had a cut to his top lip. Both offender was treated by medical and released. Both offender received an RVR for rule #10 (Fighting) and placed Administrative Segregation.
- Riverbend Detention Center – DOC offender Terrell Belvin #481963 and DOC offender Dalvin Mullens #596484 had a physical altercation. Offender Belvin received a small laceration to his left cheek. Offender Belvin was treated by medical and released. Both offender received an RVR for rule #10 (Fighting) and heard by DB court in house.
- Union Parish Detention Center – DOC offenders Gavin Porter #722625, Fredrick Renard #729995, Kenneth Lewis #610966, Brandon Grant #611808 and Dorian Franklin #626101 had a physical altercation in the dorm. Offender Lewis received a punctured lung do to the stab wounds. Offender Lewis had to be transported to Oshner-Shreveport for further treatment due to wounds. All offenders involved was placed under investigation. Investigation was turned over to the Union Parish Sheriff Office and charges are pending upon finding in the investigation.

March Assaults with Significant Injury:

- Franklin Parish Detention Center - DOC offender Jamarcus Duplechain #390621 and DOC offender Darius Bellard #602983 had a physical altercation. Offender Ballard used a weapon on offender Duplechain and he received a cut to his head and cheek. Offender Duplechain was transported to Franklin Medical Center for sutures and released back to FPDC. Both offender received an RVR. Offender Bellard's RVR was referred to Region Court and offender Duplechain was heard in house. No criminal charges are being filed at this time.

- Franklin Parish Detention Center – DOC offender Maxwell Robertson #711480 had a physical altercation with DOC offender Davarius James #707925. Offender Robertson received a cut to his face and had to be transported to Franklin Medical Center for sutures. Offender Robertson was treated and released back to FPDC. Both offender received an RVR and heard in DB court in house.

- Franklin Parish Detention Center – DOC offender Michael Williams #737249 had a physical altercation with DOC offender Nathan Jones #733482. Offender Williams received a stab wound to his head and back by a weapon used by offender Jones. Offender Williams had to be transported to Franklin Medical for sutures and released back to FPDC. Both offender received an RVR. Offender Jones RVR was referred to Regional Court and offender Williams was heard in house. No criminal charges are being filed at this time.

- Ouachita Correctional Center – DOC offender Keene Brown #718392 had a physical altercation with DOC offender Ricky Jerry #123494. Offender Jerry received a cut to his lip and treated by medical and released. Both offender received an RVR for Rule #10 and heard in Regional Court.

Transportation for DOC Discharges and Number of DOC Discharged with ID:

| | |
|---|---|
| Family and/or Friend | 592 |
| Bus | 209 |
| Law Enforcement | 161 |
| Other | 62 |

Total Number of DOC Discharges 1024
Total Number of DOC offenders Discharged with ID: 722

- Caldwell Correctional Center (45) offenders discharged without ID due to being immediate released and being pick up by other agencies.
- Franklin Parish Detention Center (51) offenders discharged without ID due to being immediate released and detainer to another agency.
- LTCW-Madison Parish (80) offenders discharged without ID due to being pick up by other agencies, immediate release and detainer to other agencies.
- Madison Parish Correctional Center (19) offenders discharged without ID due to immediate releases.
- Madison Parish Southern Correctional Facility (16) offenders discharged without ID due immediate releases and detainer to other agencies.
- Morehouse Detention Center (13) offenders discharged without ID due to immediate releases.
- Ouachita Correctional Center (26) offenders discharged without ID due to immediate releases and being pick up by others agencies.
- Richland Parish Detention Center (22) offenders discharged without ID due to immediate releases.
- Tensas Parish Detention Center (12) offenders discharged without ID due to immediate releases.
- Union Parish Detention Center (18) offenders discharged without ID due to immediate releases and pick up by other agencies.

GED Program:

| | |
|---|---|
| Total Number of GED Slots Available | 1439 |
| Total Number DOC Completions | 40 |

Substance Abuse Program:

| | |
|---|---|
| AA/NA Participants | 653 |
| Other | 947 |

Other CTRP: (None GED/Sub Abuse Program)

| | |
|---|---|
| Enrolled | 3043 |
| Completed | 535 |

Job Skills: 72

List facilities that offer job skills: Lincoln Parish Detention Center, Madison Parish Correctional Center, Madison Parish Southern CF
Total Number Enrolled 57

Grievances:

| | |
|---|---|
| Total Accepted | 1143 |
| Total Rejected | 107 |

LARNAs Completed: 170

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| Caldwell Correctional Center | 76 | 0 | 15 | 0 |
| Franklin Parish DC | 256 | 35 | 24 | 0 |
| Lincoln Parish DC | 82 | 0 | 2 | 0 |
| LTCW - Madison Parish | 240 | 0 | 120 | 1 |
| Madison Parish CC | 435 | 1 | 41 | 0 |
| Madison Parish Southern CF | 718 | 0 | 80 | 0 |
| Madison Parish Jail | 3 | 0 | 9 | 0 |
| Morehouse Parish DC | 168 | 5 | 18 | 0 |
| Morehouse PJ and Annex | 45 | 1 | 16 | 0 |
| Ouachita Parish CC | 114 | 0 | 22 | 0 |
| Richland Parish DC | 412 | 4 | 46 | 0 |
| Richwood Correctional Center | 64 | 0 | 27 | 1 |
| Riverbend Detention Center | 374 | 3 | 11 | 0 |
| Tensas Parish DC | 114 | 1 | 17 | 0 |
| Union Parish Detention Center | 97 | 7 | 11 | 0 |
| West Carroll Parish Jail | 28 | 0 | 0 | 0 |
| TOTAL | 3226 | 26 | 483 | 2 |

Contraband Items:

- Franklin Parish DC – (10) Synthetic Marijuana, (15) BUP, (10) THC Total =35
- LTCW-Madison Parish – (1) Employee positive THC
- Madison Parish CC – (1) Synthetic Marijuana
- Morehouse Parish DC – (2) BUP, (3) Synthetic Marijuana Total=5
- Morehouse PJ & Annex – (1) Synthetic Marijuana
- Richland Parish DC – (2) THC, (2) BUP Total=4
- Richwood CC – (1) Employee positive THC
- Riverbend DC – (3) Synthetic Marijuana
- Tensas Parish DC – (1) THC
- Union Parish DC – (3) BUP, (4) Synthetic Marijuana Total=7

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Caldwell Correctional Center | 392 | 67 | 459 | 27 | 27 |
| Franklin Parish DC | 1759 | 3089 | 4848 | 0 | 32 |
| Lincoln Parish DC | 690 | 2268 | 2958 | 33 | 10 |
| LTCW - Madison Parish | 6480 | 27 | 6507 | 0 | 0 |
| Madison Parish CC | 1920 | 895 | 2815 | 0 | 62 |
| Madison Parish Southern CF | 5790 | 980 | 6770 | 0 | 207 |
| Madison Parish Jail | 14 | 12 | 26 | 0 | 0 |
| Morehouse Parish DC | 272 | 198 | 470 | 2 | 30 |
| Morehouse PJ and Annex | 222 | 101 | 323 | 24 | 12 |
| Ouachita Parish CC | 1906 | 218 | 2124 | 2686 | 326 |
| Richland Parish DC | 415 | 53 | 468 | 187 | 104 |
| Richwood Correctional Center | 910 | 700 | 1610 | 0 | 5 |
| Riverbend Detention Center | 2210 | 325 | 2535 | 430 | 74 |
| Tensas Parish DC | 698 | 390 | 1088 | 112 | 32 |
| Union Parish Detention Center | 175 | 140 | 315 | 140 | 16 |
| West Carroll Parish Jail | 27 | 8 | 35 | 6 | 1 |
| TOTAL | 23880 | 9471 | 33351 | 3645 | 938 |

Contraband Items:

- Caldwell CC – (10) Shanks, (2) Lighters, (5) Synthetic marijuana, (3) Tattoo guns, (7) packs of tobacco Total (27)

- Franklin Parish DC – (9) Shanks, (4) Cellphones, (11) Pills, (2) Tattoo gun, (6) Tobacco packs Total (32)
- Lincoln Parish DC - (2) Cell phones, (5) Shanks, (3) Synthetic Marijuana Total (10)
- Madison Parish CC – (27) Cell phones, (16) Shanks, (4) Cell phone chargers, (4) phone batteries, (5) Tobacco packs, (2) Tattoo guns, (4) Lighters Total (62)
- Madison Parish Southern CF – (80) Shanks, (68) Cell phones, (19) Synthetic marijuana, (6) Tobacco packs, (4) Tattoo guns, (17) Phone chargers, (7) Phone batteries, (6) Lighters Total (207)
- Morehouse Parish DC – (29) Cell phones, (10) Synthetic marijuana, (6) Tobacco packs, (1) Shank Total (30)
- Morehouse PJ & Annex – (2) Shank, (3) Cell phones, (2) Synthetic marijuana, (5) Tobacco packs Total (12)
- Ouachita Parish CC- (130) Pills, (70) Tobacco packs, (20) Phones battery packs, (15) Cell phones, (10) Tattoo guns, (10) Shanks, (10) Green leafy substance, (15) Razor blades, (25) Lighters, (21) Needles Total (326)
- Richland Parish DC – (50) Cell phones, (22) Tobacco packs, (4) Synthetic marijuana, (25) Shanks, (1) Phone charger, (2) Lighters Total (104)
- Richwood CC – (2) Cell phones, (2) Battery packs, (1) Tobacco pack Total (5)
- Riverbend DC – (8) Phone batteries, (27) Shanks, (9) Tattoo guns, (9) Synthetic marijuana, (27) Cell phones Total (74)
- Tensas Parish DC – (6) Cell phones, (16) Shanks, (2) Tobacco packs, (2) Tattoo guns, (5) Synthetic marijuana Total (32)
- Union Parish DC – (2) Shanks, (7) Synthetic marijuana, (3) Cell phones, (4) Tobacco packs Total (16)
- West Carroll PJ – (1) Lighter

Offender Deaths:

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

February Offender Death:

- Ouachita Correctional Center – Offender Hale Roger(Pre-Trial) on February 14, 2020, was found unresponsive in cell. Medical staff was notified and responded. Offender Roger passed while medical was trying to revive him. It was determined that offender Roger passed due to heart attack. Offender Roger's death was unexpected. Offender Roger's family was notified.
- Union Parish Detention Center – Offender Gavin Porter #722625 on February 25, 2020 was found hanging from the ceiling of his cell with a sheet tied around his neck. Officers cut offender Porter from the ceiling and began to perform CPR until medical staff arrived to take over the situation but no avail. Offender Porter was pronounced deceased by Coroner Ms. Casky due to suicide. All area was secure and Union Parish Sheriff Department was notified to conduct an investigation of area. Once the Sheriff department cleared the area offender Porter body was pick up by Kilpatrick Funeral Home and sent out for autopsy. Offender Porter's family was contacted and claimed the body upon release from autopsy report.

March Offender Death:

- Ouachita Correctional Center – Offender Blake Powell #559765 (DOB 5-18-1992) on March 14, 2020 was found with a sheet around his neck hanging from the shower rod. Deputies entered the area and performed CPR on offender until medical staff arrived took over the situation. Offender Powell was pronounced deceased by medical personnel. The area was secured and Ouachita Parish Sheriff Department Investigators came in and accessed the scene. Once the investigators finished their process, offender Powell body was pick up by local funeral home and sent out for autopsy. Offender Powell family was contacted.

Offender Transport:

| | |
|---|---|
| Scheduled Medical | 466 |
| Medical Emergency | 194 |
| Funeral Trips | 26 |
| Court Orders | 857 |
| Miscellaneous | 153 |
| Total Number of Transports | 1696 |

Miscellaneous Transports:

- Caldwell Correctional Center (84) Transport transfers and swaps
- Lincoln Parish Detention Center (4) Transfers

- LTCW-Madison Parish (19) Transfers and Intakes
- Madison Correctional Center (19) Regional DB Court and Offenders to LTCW for Parole Hearing
- Madison Parish Southern Correctional Facility (26) LTCW for Regional DB Court and Transfers/Intakes
- Ouachita Correctional Center (1) Transfer

092418

BJG Quarterly Summary Report
Q4 (April - June 2020)

## Northeast Region - Tyrone Mays, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Bayou Correctional Center | 260 | 187 | 36 | 223 | 37 |
| Caldwell Correctional Center | 600 | 463 | 42 | 505 | 95 |
| Franklin Parish DC | 834 | 611 | 59 | 670 | 164 |
| Lincoln Parish DC | 241 | 127 | 114 | 241 | 0 |
| LTCW - Madison Parish | 548 | 409 | 50 | 459 | 89 |
| Madison Parish CC | 334 | 289 | 19 | 308 | 26 |
| Madison Parish Southern CF | 564 | 415 | 32 | 447 | 117 |
| Madison Parish Jail | 36 | 2 | 19 | 21 | 15 |
| Morehouse Parish DC | 272 | 244 | 1 | 245 | 27 |
| Morehouse PJ and Annex | 264 | 128 | 123 | 251 | 13 |
| Ouachita Parish CC | 1112 | 296 | 552 | 848 | 264 |
| Richland Parish DC | 782 | 557 | 24 | 581 | 201 |
| Richwood Correctional Center | 1127 | 33 | 210 | 243 | 884 |
| Riverbend Detention Center | 1328 | 981 | 277 | 1258 | 70 |
| Tensas Parish DC | 600 | 348 | 38 | 386 | 214 |
| Union Parish Detention Center | 388 | 275 | 92 | 367 | 21 |
| West Carroll Parish Jail | 26 | 13 | 17 | 30 | 0 |
| TOTAL | 9316 | 5378 | 1705 | 7083 | 2237 |

### Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

None

### Schedule B Reports:

Total Number of Schedule B Reports 1159

### Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 129 |
| Mental Health | 0 |
| Disciplinary | 0 |
| Administrative | 16 |
| Court | 88 |
| DOC Request | 25 |
| TWP | 49 |
| Lack of Bed Space | 0 |
| Total Number | 307 |

### Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

Bayou Correctional Center reported a Pre-Trial offender was apprehended for the month of June

### Assaults:

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

April Assault with Significant Injury: Offender on Offender

- Ouachita Parish CC – DOC offender Rodney Anderson #577432 and Offender Montreal Dean had a physical altercation in the cell. Offender Anderson sub-stained a swelling and injury to the right side of the face. Offender Anderson had to be transported to Oschner UH-Monroe for further treatment and released. Both offenders received an RVR for rule #10. Both were heard in DB court.

May Assault with Significant Injury: Offender on Offender

- Caldwell CC – DOC offender Marc Scroggins #712182 had a physical altercation with DOC offender Derrick Belton # in which offender Scroggins hit offender Belton with a paddle tool from the kitchen causing laceration to his facial area. Offender Belton had to be transported to Caldwell Medical Center for treatment and released. Offender Scroggins received an RVR for rule #11 (Agg. Fighting) and offender Belton received an RVR for rule #10 (Fighting). Offender Scroggins were heard in Regional Court and offender Belton were heard DB court. No charges were filed.

- Madison Parish CC – Offender Michael Leblanc #445201 had a physical altercation with Pre-Trial offender Lamar Green. Offender LeBlanc received a puncture wound to the right side of his back due to use of a sharp object and offender Green received laceration to the top of his head, scratch on his lower back left side. Both offender was examined by medical and transported to Madison Parish Hospital and treated and released. Both offenders received an RVR for rule #11 (Agg. Fighting). Criminal Charges are pending for both offenders.

- Madison Parish CC – DOC offender Demontez Martin #717545 had a physical altercation with DOC offender Lavarion Jefferson #624127. Both offenders used the same type of metal object in the altercation. Offender Martin sub-stained laceration to his back and leg. Offender Jefferson sub-stained puncture wounds to his back. Offender Marin was transported to Madison Parish Hospital for treatment and released. Offender Jefferson was treated by medical and released. Both offenders received an RVRs for rule #11 (Agg. Fighting). Criminal Charges are pending against both offenders.

- Madison Parish CC – DOC offender Lawrence Veals #624487 had a physical altercation with DOC offender Christopher Weatheraby #590154. Offender Veals sub-stained swelling and bruising to both eyes and small abrasion to his left eye. He was treated by medical and released. Both offender received an RVR for rule #10 (Fighting). Both was heard DB court.

- Madison Parish Southern CF – DOC offender Jermaine LeBlanc #738142 had a physical altercation with DOC offender Calvin Mitchell #475869. Offender LeBlanc sub-stained burns to facial area, laceration to the top of his head, left arm and scratch to his back. Offender LeBlanc was examined by medical and transported to Madison Parish Hospital treated and released. Offender Mitchell sub-stained first degree burns to the back area. He was examined by medical and transported to Madison Parish Hospital treated and released. Both offenders received an RVR for rule #11 (Agg. Fighting). Both offender was heard in Regional Court.

- Madison Parish Southern CF – DOC offender Jose Morales #590874 had a physical altercation with offender Kentrell Richards #590612. Offender Morales sub-stained lacerations to his head, back area, and left arm. Offender Morales was treated by medical and released back to security. Both offenders received an RVR for rule #10. Both was heard DB court.

- Ouachita CC - DOC offender Javon Reed #717082 had a physical altercation with offender Demarco Carter. Offender Reed sub-stained dislocated right shoulder due to altercation. Offender Reed was seen by medical and sent to Ocshner UH-Monroe for further treatment and released. Both offender received an RVR for rule #10 (Fighting). Both offender was heard DB court.

June Assault with Significant Injury: Offender on Offender

- Madison Parish Southern CF - DOC offender Sidney Syon #498620 was attacked by three other offenders and sustained a significant injury and bleeding to the head. Offender Syon was transported by ambulance to Madison Parish Hospital for treatment due injuries. The three offenders involved received an RVR for Rule #11 (Agg. Fighting) and pending criminal charges.

- Ouachita CC – Pre-Trail offender Corey Tweedel and Pre-Trail offender Christopher Watkins had a physical altercation. Offender Watkins appeared to had a shank and stabbed offender Tweedel in his back and head area. Offender Tweedel had a lock in a sock in which he used to strike offender Watkins multiples blows to the body areas. Offender Tweedel had to be transported to Oshner – UH Monroe for treatment. Offender Watkins was treated by medical staff and released. This incident was turned over to investigation division for pending criminal charges.

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**

| | |
|---|---|
| Family and/Friend | 623 |
| Bus | 214 |
| Law Enforcement | 133 |
| Other | 52 |

Other Transportation:

- Madison Parish CC (6) offenders was transported to other Sheriff's offices
- Madison Parish Southern CF (5) offenders was transported to other Sheriff's offices and walked home upon released
- Ouachita CC (17) transported to other Sheriff's offices and walked home upon released
- Morehouse PJ & Annex (1) offender walked home upon released
- Riverbend DC (6) offenders transported to other Sheriff's offices
- Union Parish DC (17) offenders walked home upon released and transported to other Sheriff's offices

**Total Number of DOC Discharges 528**
**Total Number of DOC offenders Discharged without ID: 495**

- Bayou Correctional Center (1) discharged without ID due to immediate released
- Caldwell Correctional Center (72) discharged without ID due to immediate released, paroled to detainer to another agency and OMV closed due to COVID-19
- Franklin Parish DC (71) discharged without ID due to immediate released, paroled to detainer to another agency and OMV closed due to COVID-19
- LTCW- Madison Parish (135) discharged without ID due to immediate released, paroled to another agency and OMV closed due COVID-19
- Madison Parish Correctional Center (16) discharged without ID due to immediate released
- Madison Parish Southern CF (12) discharged without ID due to immediate released and paroled to another agency
- Ouachita Correctional Center (88) discharged without ID due to immediate released and being paroled to another agency
- Richland Parish DC (38) discharged without ID due to immediate released and OMV closed due to COVID-19
- Tensas Parish DC (59) discharged without ID due to immediate released and paroled to another agency
- Union Parish Detention Center (3) discharged without ID due to immediate released

**GED Program:**

| | |
|---|---|
| Total Number of GED Slots Available: | 1189 |
| Total Number DOC Completions | 5 |

**Substance Abuse Program:**

| | |
|---|---|
| AA/NA Participants | 98 |
| Other | 332 |

**Other CTRP: (Non GED/Sub Abuse Program)**

| | |
|---|---|
| Enrolled | 639 |
| Completed | 152 |

Job Skills:
List facilities that offer job skills: Lincoln Parish Detention Center
Total Number Enrolled 7

Grievances:
Total Accepted 673
Total Rejected 117

LARNAs Completed: 91

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| Bayou Correctional Center | 30 | 0 | 5 | 0 |
| Caldwell Correctional Center | 80 | 0 | 17 | 0 |
| Franklin Parish DC | 101 | 0 | 27 | 0 |
| Lincoln Parish DC | 92 | 1 | 4 | 0 |
| LTCW - Madison Parish | 200 | 3 | 160 | 0 |
| Madison Parish CC | 966 | 1 | 65 | 0 |
| Madison Parish Southern CF | 955 | 2 | 90 | 1 |
| Madison Parish Jail | 5 | 0 | 12 | 0 |
| Morehouse Parish DC | 152 | 1 | 18 | 0 |
| Morehouse PJ and Annex | 49 | 0 | 16 | 0 |
| Ouachita Parish CC | 53 | 1 | 21 | 0 |
| Richland Parish DC | 388 | 15 | 30 | 0 |
| Richwood Correctional Center | 10 | 0 | 6 | 0 |
| Riverbend Detention Center | 347 | 0 | 38 | 0 |
| Tensas Parish DC | 49 | 0 | 19 | 0 |
| Union Parish Detention Center | 110 | 2 | 15 | 0 |
| West Carroll Parish Jail | 33 | 0 | 6 | 0 |
| TOTAL | 3620 | 26 | 549 | 1 |

Offenders Positive Drug Test:

- Lincoln Parish Detention Center (1) Methamphetamine
- LTCW – Madison Parish (3) THC
- Madison Parish CC (1) BZO
- Madison Parish Southern CF (2) BUP & THC
- Morehouse Parish DC (1) THC
- Ouachita Parish CC (1) Methamphetamine
- Richland Parish DC (15) THC & Methamphetamine
- Union Parish DC (2) THC
-

Employee Positive Drug Test:

- Madison Parish Southern CF (1) THC

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Bayou Correctional Center | 80 | 20 | 100 | 10 | 3 |
| Caldwell Correctional Center | 381 | 64 | 445 | 11 | 11 |
| Franklin Parish DC | 1704 | 2476 | 4180 | 0 | 3 |
| Lincoln Parish DC | 597 | 2243 | 2840 | 40 | 14 |
| LTCW - Madison Parish | 6480 | 27 | 6507 | 0 | 0 |
| Madison Parish CC | 2522 | 820 | 3342 | 0 | 107 |
| Madison Parish Southern CF | 3900 | 894 | 4794 | 0 | 134 |

| | | | | | |
|---|---|---|---|---|---|
| Madison Parish Jail | 8 | 6 | 14 | 0 | 0 |
| Morehouse Parish DC | 273 | 190 | 463 | 0 | 17 |
| Morehouse PJ and Annex | 189 | 120 | 309 | 22 | 13 |
| Ouachita Parish CC | 1731 | 192 | 1923 | 1198 | 327 |
| Richland Parish DC | 535 | 58 | 593 | 121 | 97 |
| Richwood Correctional Center | 910 | 933 | 1843 | 0 | 0 |
| Riverbend Detention Center | 2050 | 260 | 2310 | 235 | 52 |
| Tensas Parish DC | 430 | 350 | 780 | 119 | 86 |
| Union Parish Detention Center | 160 | 140 | 300 | 140 | 37 |
| West Carroll Parish Jail | 27 | 10 | 37 | 7 | 0 |
| TOTAL | 21977 | 8803 | 30780 | 1903 | 901 |

Contraband Items:

- Bayou Correctional Center (3) Cellphones
- Caldwell Correctional Center (3) Shanks (2) Tattoo guns (6) Pills
- Franklin Parish DC (3) Shanks
- Lincoln Parish DC (8) Small bags of mojo (2) cigarettes (2) Needles for tattoo gun (2) Shanks
- Madison Parish CC (20) Shanks (50) Cell phones (7) Phone chargers (1) Phone battery (11) Sm. Package of tobacco (1) white powder substance (2) Tattoo gun (2) Lighter (7) Suboxone strips (6) Sm. Bag of Mojo
- Madison Parish Southern CF (23) Shanks (19) Cell phones (2) Cell phones batteries (26) Phone chargers (4) Sm bag of mojo (10) Sm bag of tobacco (3) Lighters (43) Sm bag of white powder substance (1) pair of scissor (1) Tattoo gun
- Morehouse Parish DC (6) Cell phones (4) Shanks (3) Pack of cigarettes (3) Sm. Bag of Mojo
- Morehouse PJ & Annex (3) Synthetic Marijuana (1) Shank (6) Cell phones (3) pills
- Ouachita Parish CC (160) Pills (15) Shanks (40) sm. Pack of tobacco (10) Pornographic pictures (20) Razor blades (10) Tattoo guns (40) Suboxone Strips (15) Needles (10) Lighters (7) sm. Bag synthetic marijuana
- Richland Parish DC (26) Cell phones (19) Shanks (9) Sm. Bag of mojo (2) Lighters (8) Tattoo guns (7) Tobacco (8) Razors (10) Sm. Bag of marijuana (8) Phone chargers
- Riverbend Detention Center (11) Shanks (7) Cell phones (9) sm. Bag of mojo (6) Phone chargers (3) Cigarettes (11) Pills (4) Tattoo guns (1) Lighter
- Tensas Parish DC (16) Cell phones (1) Homemade alcohol (5) Pills (21) Shanks (3) Cigarettes (14) Tattoo guns (26) Sm. Bags of mojo
- Union Parish DC (6) Meth (6) Sm. Bag mojo (9) Sm. Bag of tobacco (6) Shanks (6) Phones (2) Tattoo guns (2) phone chargers

**Offender Deaths:**

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

May – Richland Parish Detention Center – DOC offender Anthony Robinson # 379553, DOB 9/30/1970 was transported to Ocshner UH-Monroe for COVID-19 like symptoms. Later offender Robinson was transported to Ocshner UH-Shreveport with a positive case of COVID-19 and further treatment. Offender Robinson pronounced deceased by Ocshner UH-Shreveport coroner on 5/21/2020 at 1359 due to COVID-19 illness. Offender Robinson family was notified.

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | 116 |
| Medical Emergency | 162 |
| Funeral Trips | 0 |
| Court Orders | 167 |
| Miscellaneous | 57 |
| Total Number of Transports | 502 |

**Miscellaneous**:

- Caldwell Correctional Center (50) Transferred approved by DOC due to COVID-19.
- Madison Parish CC (1) Transferred for Regional Court to LTCW.
- Lincoln Parish DC (2) Transferred
- Madison Parish Southern CF (4) Transferred for Regional Court to LTCW.

092418

BJG Quarterly Summary Report
Q1 (July – September 2020)

# Northeast Region - Tyrone Mays, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Bayou Correctional Center | 260 | 198 | 52 | 250 | 10 |
| Caldwell Correctional Center | 600 | 551 | 62 | 613 | 0 |
| Franklin Parish DC | 834 | 628 | 231 | 859 | 0 |
| Lincoln Parish DC | 241 | 116 | 123 | 239 | 2 |
| LTCW - Madison Parish | 548 | 419 | 123 | 542 | 6 |
| Madison Parish CC | 334 | 279 | 20 | 299 | 35 |
| Madison Parish Southern CF | 564 | 384 | 30 | 414 | 150 |
| Madison Parish Jail | 36 | 2 | 22 | 24 | 12 |
| Morehouse Parish DC | 272 | 235 | 1 | 236 | 36 |
| Morehouse PJ and Annex | 264 | 131 | 148 | 279 | 0 |
| Ouachita Parish CC | 1112 | 314 | 646 | 960 | 152 |
| Richland Parish DC | 782 | 597 | 118 | 715 | 67 |
| Richwood Correctional Center | 1127 | 28 | 285 | 313 | 814 |
| Riverbend Detention Center | 1328 | 1249 | 234 | 1483 | 0 |
| Tensas Parish DC | 600 | 393 | 106 | 499 | 101 |
| Union Parish Detention Center | 388 | 391 | 91 | 482 | 0 |
| West Carroll Parish Jail | 26 | 19 | 13 | 33 | 0 |
| TOTAL | 9316 | 5934 | 2283 | 7990 | 1223 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

- Caldwell Correctional Center – 30 days overdue to Calcasieu offenders evacuated due to hurricane Laura
- Franklin Parish DC - 30 days overdue to Calcasieu offenders evacuated due to hurricane Laura
- Morehouse PJ and Annex – 2 days overdue to St. Bernard offender evacuation
- Riverbend Detention Center – 44 days overdue to hurricane evacuees from Calcasieu

## Schedule B Reports:

Total Number of Schedule B Reports **1264**

## Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 33 |
| Mental Health | 4 |
| Disciplinary | 13 |
| Administrative | 112 |
| Court | 2 |
| DOC Request | 95 |
| TWP | 105 |
| Lack of Bed Space | 8 |
| Total Number | 372 |

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

(August) Union Parish Detention Center – Offender Chesley Harris #399760 escaped on 20 Aug 2020. It was discovered that offender Harris left UPDC facility by climbing underneath a delivery food truck exiting the kitchen from delivering food items. Offender Harris was apprehended in Baldwin County, Alabama by U.S. Marshall on 26 August 2020 at approximate 8:30 a.m.

## Assaults:

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

(August) Assault with significant Injury: Offender on Offender

- **Franklin Parish Detention Center** - DOC offender Shedrick Tillman #472262 had a physical altercation with DOC offender Keith McCarthy #592000. Offender Tillman received cuts to his head and had to be transported to Franklin Medical Center for sutures. Both offender received RVR's for rule # 10 Fighting. No charges were filed.

(September) Assault with Significant Injury: Offender on Offender

- **Franklin Parish Detention Center**- Pre-Trial offender Matthew Thornton had a fight with three other unidentified Pre-Trial offenders which resulted offender Thornton being transported to Franklin Medical Center for further treatment. Offender Thornton received a broken bone to facial area which resulted in possible surgery. Staff is currently still investigation this matter to see what other Pre-Trial offenders were involved in result of this incident.
- **Ouachita Parish Correctional Center** - Pre-Trial offender Christopher Perossier had a physical altercation with another Pre-Trial offender. Offender Prossier was transported to Oshner-Monroe and treated for broken jaw due to altercation. Both offender involved in the altercation received an RVR for Rule #10.

**Transportation for DOC Discharges and Number of DOC Discharged with ID:**

| | |
|---|---|
| Family and/or Friend | **380** |
| Bus | **128** |
| Law Enforcement | **89** |
| Other | **29** |

Other Transportation:

- Madison Parish Southern CF (7) offenders transported to other Sheriff's office.
- Morehouse Parish Jail & Annex (4) offenders transported other Sheriff's office.
- Ouachita Correctional Center (17) offenders transported to other Sheriff's office and walked home upon released
- Riverbend Detention Center (1) offender transported to other Sheriff office

**Total Number of DOC Discharges 382**

**Total Number of DOC offenders Discharged without ID: 241**

- Caldwell CC (36) offenders discharged without ID due to immediate releases, pick up by other agencies due to paroled to a detainer and due to COVID-19 DMV declined.
- Franklin Parish DC (42) offenders discharged without ID due to immediate releases and pick up by other agencies due to being paroled to a detainer.
- Madison Parish CC (5) offenders discharged without ID due to immediate release.
- LTCW-Madison (44) offenders discharged without ID due to being paroled to other agencies and immediate releases.
- Madison Parish Southern CF (11) offenders discharged without ID due to being immediate releases.
- Morehouse Parish DC (4) offenders discharged without ID due to being immediate releases.
- Ouachita Correctional Center (69) offenders discharged without ID due to being immediate releases, paroled to other agencies due to detainer.
- Tensas Parish DC (24) offenders discharged due to immediate releases.
- Union Parish DC (6) offenders discharged due to immediate releases.

GED Program:

**Total Number of GED Slots Available: 1141**

**Total Number DOC Completions 5**

**Substance Abuse Program:**

| | |
|---|---|
| **AA/NA Participants** | **240** |
| **Other** | **469** |

**Other CTRP: (Non GED/Sub Abuse Program)**

| | |
|---|---|
| **Enrolled** | **1462** |
| **Completed** | **273** |

**Job Skills:**

List facilities that offer job skills: Lincoln Parish Detention Center, LTCW- Madison Parish, Morehouse Parish Jail & Annex, Ouachita Correctional Center and Riverbend Detention Center
Total Number Enrolled **91**

**Grievances:**
Total Accepted **749**
Total Rejected **57**

**LARNAs Completed: 139**

**Drug Testing:**

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| Bayou Correctional Center | 96 | 0 | 28 | 0 |
| Caldwell Correctional Center | 70 | 0 | 20 | 0 |
| Franklin Parish DC | 114 | 1 | 21 | 0 |
| Lincoln Parish DC | 81 | 1 | 0 | 0 |
| LTCW - Madison Parish | 200 | 1 | 90 | 0 |
| Madison Parish CC | 689 | 0 | 70 | 0 |
| Madison Parish Southern CF | 719 | 0 | 86 | 0 |
| Madison Parish Jail | 9 | 0 | 10 | 0 |
| Morehouse Parish DC | 164 | 5 | 18 | 0 |
| Morehouse PJ and Annex | 54 | 0 | 14 | 0 |
| Ouachita Parish CC | 59 | 1 | 21 | 0 |
| Richland Parish Detention Center | 457 | 2 | 22 | 0 |
| Richwood Correctional Center | 46 | 3 | 5 | 0 |
| Riverbend Detention Center | 398 | 0 | 43 | 0 |
| Tensas Parish DC | 72 | 0 | 9 | 0 |
| Union Parish Detention Center | 125 | 6 | 13 | 0 |
| West Carroll Parish Jail | 32 | 0 | 3 | 0 |
| TOTAL | 3289 | 20 | 445 | 0 |

**Offenders Positive Drug Tests:**

- Franklin PDC- (1) Meth
- Lincoln PDC – (1) THC
- LTCW- Madison Parish – (1) THC
- Morehouse PDC (5) Meth-3, THC-2
- Ouachita CC (1) THC
- Richland PDC (2) THC
- Richwood CC (3) THC
- Union PDC (6) THC-4, Meth-2

**Search and Seizure:**

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Bayou Correctional Center | 288 | 154 | 442 | 0 | 29 |
| Caldwell Correctional Center | 375 | 65 | 440 | 16 | 16 |
| Franklin Parish DC | 1848 | 3700 | 5548 | 0 | 31 |
| Lincoln Parish DC | 720 | 1560 | 2280 | 47 | 25 |
| LTCW - Madison Parish | 6694 | 28 | 6722 | 0 | 7 |
| Madison Parish CC | 8577 | 918 | 9495 | 0 | 187 |
| Madison Parish Southern CF | 14819 | 1166 | 15985 | 0 | 413 |
| Madison Parish Jail | 12 | 12 | 24 | 0 | 0 |
| Morehouse Parish DC | 257 | 126 | 383 | 20 | 26 |
| Morehouse PJ and Annex | 190 | 93 | 283 | 24 | 15 |
| Ouachita Parish CC | 1854 | 182 | 2036 | 1892 | 195 |
| Richland Parish Detention Center | 150 | 42 | 192 | 87 | 52 |

| | | | | | |
|---|---|---|---|---|---|
| Richwood Correctional Center | 920 | 490 | 1410 | 0 | 0 |
| Riverbend Detention Center | 2380 | 340 | 2720 | 385 | 58 |
| Tensas Parish DC | 513 | 135 | 648 | 61 | 57 |
| Union Parish Detention Center | 140 | 130 | 270 | 75 | 66 |
| West Carroll Parish Jail | 27 | 9 | 36 | 3 | 6 |
| TOTAL | 39764 | 9150 | 48914 | 2586 | 1183 |

Contraband Items:

- Bayou Correctional Center – (12) Cellphones, (4) Shanks, (7) Suboxone Strips, Synthetic Marijuana (5)
- Caldwell Correctional Center- (6) Pills, (2) Shanks, (8) Tattoo guns
- Franklin Parish Detention Center- (14) Shanks, (7) Cellphones, (1) Charger, (3) Cigarettes, (3) Tattoo guns, (1) Porn Pic, (2) Synthetic Marijuana
- Lincoln Parish Detention Center – (17) Synthetic Marijuana, (3) Marijuana, (2) Cocaine, (2) Tobacco, (1) Drug pipe
- LTCW-Madison Parish- (1) Cellphone, (4) Tobacco, (1) Ecstasy pill, (1) Suboxone strip
- Madison Parish Correctional Center - (38) Cellphones, (2) Tattoo guns, (21) Shanks, (23) Pills, (3) Knives, (2) Cellphone batteries, (10) sm. Bag Synthetic Marijuana, (54) Suboxone strips
- Madison Parish Southern CF – (81) Shanks, (102) Cellphones, (100) Synthetic Marijuana, (28) Pills, (4) Tattoo guns, (4) Cellphones batteries, (18) Phone chargers, (4) Suboxone Strips, (1) Sim card, (7) Cellphone ear plugs, (1) Wrench, (14) Lighters, (15) Sm. Bag of Tobacco, (1) Marijuana pipe, (1) Iphone watch, (34) Sm. Bag of white powdery substance
- Morehouse Parish Detention Center – (1) Shank, (8) Cellphones, (13) Sm. Bag of Mojo, (7) Sm. Bag of Tobacco, (3) Phone chargers, (1) Tattoo gun

Offender Deaths:

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

(July)

- Madison Parish Southern Correctional Center – DOC offender Cecil Williams #733165 was found unresponsive on the date of 9 July 2020 at 0428. Officers on the scene began performing CPR until paramedics arrived on the scene and took over trying to resuscitate offender Williams but to no avail. Paramedics notified the coroner at approximate 0501 and pronounced offender Williams deceased. Offender Williams body was pick up by Beckwith Golden Gates Funeral Home. An autopsy was order by Warden Anderson and his emergency family contact was notified.

(September)

- Madison Parish Southern Correctional Center – DOC offender Robert Thomas #479075 (DOB 8 February 1985) on 22 September 2020 was found deceased in his bed at 05:45 a.m. Coroner was notified and pronounced offender Thomas deceased and it believed to apparent overdose. An autopsy was ordered by Warden Anderson and his emergency family contact was notified.
- Madison Parish Southern Correctional Center – DOC offender Kendell Reed #574613 (age 34) on 02 September 2020 was found unresponsive in his cell. CPR was administered until EMT arrived and continued to perform treatment on offender Reed. Offender Reed was then transferred to Madison Parish Hospital for further treatment. Physician at Madison hospital advised that offender Reed was under the influence of some sort of drug or chemical with severe damage to his muscle and heart and he still was unresponsive. Offender Reed was pronouncing deceased at approximate 11:43 p.m. at Madison Parish Hospital Trauma Room. Beckwith Funeral Home pick up the body. An autopsy was ordered. Family has been notified
- Ouachita Parish Correctional Center – Pre-Trial offender Zinna Barber had a medical issue and had to be transported to Oschner –UH Monroe due to internal bleeding due to medication prescribed prior to incarceration (Warfarin). Offender Barber was pronounced deceased on 11 September by doctor at Oschner – UH Monroe. An autopsy was ordered. Offender family was notified.

Offender Transport:

| | |
|---|---|
| Scheduled Medical | 420 |
| Medical Emergency | 205 |
| Funeral Trips | 2 |
| Court Orders | 268 |
| Miscellaneous | 238 |
| Total Number of Transports | 1133 |

Miscellaneous:

- Caldwell Correctional Center (118) Transfers due to COVID-19
- Lincoln Parish Detention Center (10) Transfers
- Madison Parish Southern Corrections (110) Transfers due to COVID-19

092418

BJG Quarterly Summary Report
Q2 (Oct - Dec 2020)

# Northeast Region - Tyrone Mays, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Bayou Correctional Center | 260 | 213 | 47 | 260 | 0 |
| Caldwell Correctional Center | 600 | 517 | 71 | 588 | 12 |
| Franklin Parish DC | 834 | 648 | 158 | 806 | 28 |
| Lincoln Parish DC | 241 | 108 | 143 | 251 | 0 |
| LTCW - Madison Parish | 548 | 325 | 95 | 420 | 128 |
| Madison Parish CC | 334 | 214 | 1 | 215 | 119 |
| Madison Parish Southern CF | 564 | 312 | 45 | 357 | 207 |
| Madison Parish Jail | 36 | 1 | 18 | 19 | 17 |
| Morehouse Parish DC | 272 | 203 | 2 | 205 | 67 |
| Morehouse PJ and Annex | 264 | 94 | 132 | 226 | 38 |
| Ouachita Parish CC | 1152 | 450 | 612 | 1062 | 90 |
| Richland Parish DC | 782 | 559 | 129 | 688 | 94 |
| Richwood Correctional Center | 1127 | 24 | 160 | 184 | 943 |
| Riverbend Detention Center | 1328 | 1051 | 400 | 1451 | 0 |
| Tensas Parish DC | 600 | 398 | 76 | 474 | 126 |
| Union Parish Detention Center | 388 | 236 | 112 | 348 | 40 |
| West Carroll Parish Jail | 26 | 21 | 8 | 29 | 0 |
| TOTAL | 9316 | 5374 | 2209 | 7583 | 1889 |

**Operational Capacity:**
Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

**Caldwell Correctional Center** – (15) days overdue to parish new arrests
**Franklin Parish DC** – (1) day overdue to housing Calcasieu evacuee's offenders.
**Lincoln Parish DC** – (84) days overdue to late weekend bookings, paroles hold due to COVID-19.
**LTCW-Madison**- (5) days overdue to housing evacuee's offenders.
**Riverbend Detention Center** – (316) days overdue to parish new arrests, housing evacuee's offenders.
**West Carroll PJ** – (91) days overdue to parish new arrests.

**Schedule B Reports:**
Total Number of Schedule B Reports **1175**

**Transfers to DPS&C Custody:**

| | |
|---|---|
| Medical | 22 |
| Mental Health | 4 |
| Disciplinary | 6 |
| Administrative | 154 |
| Court | 3 |
| DOC Request | 177 |
| TWP | 162 |
| Lack of Bed Space | 0 |
| Total Number | 528 |

**Escapes:**
Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

(October) **Union Parish Detention Center** - Offender Allen Bourg III #601400 escaped on October 28, 2020 at 7:40 am. Offender Bourg was at Foster Farms for orientation. While in orientation offender Bourg ran out the room and exit the

front gate of Foster Farms. Union Parish Sheriff's office was notified and offender Bourg was apprehended behind Foster Farms building within hours. Offender Bourg was transported back to Union Parish Detention Center and place in Adm/Segregation.

**Assaults:**

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

(October) Assault with significant injury: Offender on Offender

- **Bayou Correctional Center –** DOC offender Dwight Love #547269 had a physical altercation with DOC offender Keith Mouton #624064. Offender Mouton received a cut to the face and had to be transported to Madison Medical to receive sutures and released. Both offenders received an RVR's for Rule #10. No charges were filed.
- **Franklin Parish Detention Center –** DOC offender Robert Hollis #123736 had a physical altercation with offender Latron King #548150. Offender Hollis received a broken eye socket and had to be transported to Franklin Medical Center for treatment and released. Both offenders received an RVR's for Rule #10 (Fighting). No charges are being filed.
- **Madison Parish Correctional Center –** DOC offender Harold Sims #571568 had a physical altercation with an unidentified offender. Offender Sims received a small laceration to left side of his forehead, knot above his left eye and foot print bruise to left side of his back. Offender Sims was transported to Madison Parish Hospital for further treatment and released back to the facility. This incident is still being investigated to find out what offenders was involved.
- **Union Parish Detention Center –** DOC Offender Christopher Harper #556307 and DOC offender Dennis Small 612305 had physical altercation. Offender Small stabbed offender Harper in the side of his face and his right arm. Offender Harper was transferred to Union General Hospital for treatment and released. Small was charged criminally for Rule #11 (Aggravated Fight).

(November) Assault with Significant Injury: Offender on Offender

- **Franklin Detention Center** - Pre-Trial offender Noah Robinson had a physical altercation with offender Charles Phillips #433678. Offender Robison received broken eye socket due to altercation. Offender Robison had to be transported to Franklin Medical Center for treatment and released. Offender Phillips received an RVR for Rule #10 (Fighting). Pre-Trial offender Robinson was released on bond since this incident.

- **Lincoln Parish Detention Center** - Pre-Trial offenders Patrick Pringle, Ronald Gray, and Dameon Crowe. The three offenders were arguing with each other. Offender Gray and Crowe didn't like what offender Pringle stated and they begin to punch offender Pringle in the head and facial area. Offender Pringle had to be transported to the hospital. He was treated for a fractural jaw, black eye and a knot behind his ear. Offender Crowe and offender Gray were both charged with Second Degree Battery. All three offenders received an RVR's.

- **Ouachita Parish Correctional Center** – Pre-Trial offender Michael Wright, Tyler Jones, and Deonte Foy had a physical altercation in the dormitory. In result of the altercation offender Wright had to be transported to the hospital due to injuries to his nose wouldn't stop bleeding. Offender Wright was treated and released. All offenders involved received an RVR's for Rule #10.

- **Ouachita Parish Correctional Center –** Pre-Trial offender Quentin Tellis and Pre-Trial offender Trent Johnson had physical altercation. Offender Johnson received fracture jaw due to altercation. He was transported to Ocshner-LSU Monroe for treatment and released. Both offender received an RVR's for Rule #10 (Fighting).

- **Union Parish Detention Center** - DOC offender Jermaine LeBlanc #738142 had a physical altercation with offender Christian Scott #733427, which involved a weapon. Offender LeBlanc received two different stab wounds which resulted to him being transported to Union General Hospital for medical treatment and released back to the facility. Both offenders received an RVR's for Rule #11 (Aggravated Fighting). Both offenders are currently being charged with Simple Battery.

(December) Assault with Significant Injury: Offender on Offender

- Bayou Correctional Center – DOC offender Curtis Adams #593484 bit a piece of offender William Knapp's #418494 ear off. Offender Knapp was seen by medical staff at the facility then transported to Madison Parish Hospital for further treatment. Offender Adams received an RVR for Rule #11 (Aggravated Fighting).
- Morehouse Parish Jail/Annex – Pre-Trial offender Robert Dunham and Pre-Trial offender Desmond Ford had a physical altercation in which resulted offender Ford's body slammed offender Dunham head into concrete floor on December 24,2020. On December 26, 2020, offender Dunham had to be transported to Morehouse General Hospital E.R due to results of the altercation. At this time Morehouse General Hospital advised that offender Dunham needed to be transported by helicopter to Ochsner-LSU Shreveport Hospital. On December 27, 2020, offender Dunham was pronounced deceased. Offender Ford is currently still being investigated by Morehouse Parish Sheriff's investigators.

Transportation for DOC Discharges and Number of DOC Discharged with ID:

Family and/or Friend 504
Bus 138
Law Enforcement 146
Other 45
Other Transportation:

- LTCW – Madison (5) offenders transported to other Sheriff's office.
- Madison Parish Correctional Center (8) offenders transported to other Sheriff's office due to detainer.
- Madison Parish Southern CF (5) offenders transported to other Sheriff's office due to detainer.
- Morehouse Parish Jail/Annex (2) offender walked home and transported to Sheriff's office.
- Ouachita Correctional Center (24) offenders transported to other Sheriff's office due to detainer.

Total Number of DOC Discharges: 833
Total Number of DOC offenders Discharged without ID: 335

- Caldwell Correctional Center (46) offenders discharged without ID's due to immediate releases, pick up by other agencies due to detainer.
- Franklin Parish Correctional Center (57) offenders discharged without ID's due to immediate releases, picked up by other agencies due to detainer and parole holds.
- LTCW-Madison (52) offenders discharged without ID's due to immediate releases, parole holds to other agencies.
- Madison Correctional Center (8) offenders discharged without ID's due to immediate releases.
- Madison Correctional Southern CF (6) offenders discharged without ID's due to immediate releases.
- Ouachita Correctional Center (91) offenders discharged without ID's due to immediate releases, pick up by other agencies due to parole holds and due to detainer.
- Richland Parish Detention Center (26) offenders discharged without ID's due to immediate releases, pick up by other agencies due to detainers.
- Riverbend Detention Center (3) offenders discharged without ID's due to immediate releases.
- Tensas Parish Detention Center (46) offenders discharged without ID's due to immediate releases, pick up by other agencies due to parole holds, and due to detainer to other agencies.

GED Program:
Total Number of GED Slots Available: 1266
Total Number DOC Completion: 8
Substance Abuse Program:
AA/NA Participants: 195
Other: 143

Other CTRP: (Non GED/Sub Abuse Program)
Enrolled: 1620
Completed: 610

Job Skills:
List facilities that offer job skills:
Total Number Enrolled 159

Grievances:
Total Accepted 829
Total Rejected 106

LARNAs Completed: 120

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| Bayou Correctional Center | 178 | 0 | 24 | 0 |
| Caldwell Correctional Center | 60 | 0 | 15 | 0 |
| Franklin Parish DC | 184 | 7 | 65 | 1 |
| Lincoln Parish DC | 67 | 0 | 4 | 0 |
| LTCW - Madison Parish | 427 | 6 | 127 | 0 |
| Madison Parish CC | 270 | 0 | 115 | 0 |
| Madison Parish Southern CF | 426 | 0 | 115 | 1 |
| Madison Parish Jail | 12 | 0 | 3 | 0 |
| Morehouse Parish DC | 198 | 27 | 15 | 0 |
| Morehouse PJ and Annex | 54 | 0 | 13 | 0 |
| Ouachita Parish CC | 61 | 1 | 21 | 0 |
| Richland Parish DC | 433 | 1 | 31 | 1 |
| Richwood Correctional Center | 35 | 3 | 20 | 0 |
| Riverbend Detention Center | 214 | 0 | 78 | 0 |
| Tensas Parish DC | 68 | 1 | 16 | 0 |
| Union Parish Detention Center | 115 | 14 | 19 | 0 |
| West Carroll Parish Jail | 41 | 0 | 4 | 0 |
| TOTAL | 2843 | 60 | 685 | 3 |

Offenders Positive Drug Test:

- Franklin Parish DC (2) BZO, THC
- Morehouse Parish DC (27) THC
- Ouachita CC (1) Meth
- Richland Parish DC (1) THC
- Richwood CC (3) Meth
- Tensas Parish DC (1) BUP, (8) Meth, (5) THC

Positive Employees Drug Test:
Franklin Parish DC (1) THC
Madison Parish Southern CF (1) THC
Richland Parish DC (1) THC

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Bayou Correctional Center | 513 | 155 | 668 | 2 | 5 |
| Caldwell Correctional Center | 369 | 66 | 435 | 10 | 10 |
| Franklin Parish DC | 1911 | 2974 | 4885 | 0 | 20 |
| Lincoln Parish DC | 698 | 1440 | 2138 | 35 | 13 |
| LTCW - Madison Parish | 4500 | 40 | 4540 | 0 | 23 |
| Madison Parish CC | 1929 | 3 | 1932 | 0 | 481 |
| Madison Parish Southern CF | 1196 | 4 | 1200 | 32 | 373 |
| Madison Parish Jail | 12 | 8 | 20 | 0 | 0 |
| Morehouse Parish DC | 177 | 64 | 241 | 0 | 65 |
| Morehouse PJ and Annex | 214 | 82 | 296 | 16 | 15 |
| Ouachita Parish CC | 2188 | 254 | 2442 | 1816 | 130 |
| Richland Parish DC | 253 | 122 | 375 | 106 | 81 |
| Richwood Correctional Center | 920 | 460 | 1380 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| Riverbend Detention Center | 2891 | 460 | 3351 | 390 | 59 |
| Tensas Parish DC | 545 | 152 | 697 | 75 | 47 |
| Union Parish Detention Center | 150 | 9 | 36 | 2 | 4 |
| West Carroll Parish Jail | 27 | 9 | 36 | 2 | 4 |
| TOTAL | 19006 | 6388 | 24881 | 2539 | 1368 |

Contraband Items:

- Bayou Correctional Center – (4) Cell phones, (1) Shank
- Caldwell Correctional Center – (2) Pills, (6) Shanks, (2) Tattoo guns
- Franklin Parish Detention Center – (3) Shanks, (4) Phones, (1) Piece of concrete in a sock, (8) Pills, (3) Cigarettes, (1) Box cutter
- Lincoln Parish Detention Center – (5) Cigarettes, (8) Synthetic Marijuana
- LTCW- Madison – (10) Tobacco, (2) Vibrator, (2) Suboxone Strip, (3) Home dildo, (1) $2 bill, (1) sm. Bag mojo, (1) set of fake hair
- Madison Parish Correctional Center – (68) Tobacco, (35) Shanks, (13) Pockets knives, (83) Cellphones, (68) Suboxone Strips, (4) Tattoo guns, (129) Pills, (1) Weigh scale, (5) Grams cocaine, (65) Grams mojo, (7) Grams ecstacy, (1) Bg. Synthetic marijuana, (1) Dice, (2) Crystal meth, (4) Phone chargers
- Madison Parish Southern Correctional – (65) Grams tobacco, (49) Shanks, (7) Pocket knives, (88) Cell phones, (28) Suboxone Strips, (7) Tattoo guns, (15) Pills, (1) Weigh scale, (6) Grams cocaine, (65) Grams Mojo, (7) Grams Ectasy, (1) Cigarette lighter, (5) Phone chargers
- Morehouse Parish Detention Center – (21) Cell phones, (1) Pack tobacco, (1) Tattoo gun, (4) Phone chargers, (27) THC, (3) Battery packs, (1) Head set, (5) Synthetic marijuana, (1) Pill, (1) Shank
- Morehouse Parish Jail / Annex – (4) Cell phones, (5) Shanks, (3) Tattoo guns, (1) Piece of wire, (2) Battery pack
- Ouachita Correctional Center – (7) Tobacco, (8) Cigarettes, (8) Lighters, (1) Synthetic marijuana, (58) Pills, (1) USB charger, (3) Wire, (1) Metal fork, (8) Tattoo guns, (5) Battery packs, (2) needles, (1) fake million dollar bill, (1) pack of rolling paper, (4) Pornographic pictures, (3) Razor blades, (2) Homemade hookahs, (5) Shanks, (6) Alcohol substance, (1) Broken broom stick
- Richland Parish Detention Center – (9) Shanks, (23) Tobacco, (4) Cell phones, (1) Mp3 player, (7) Razor blades, (5) Chargers, (10) Pills, (10) Synthetic marijuana, (2) Tattoo guns, (2) Broken piece of glass
- Riverbend Detention Center – (1) Cigar, (6) Synthetic marijuana, (9) Cell phones, (12) Shanks, (1) Blue tooth earbuds, (2) Cell phones case, (1) Five dollar bill, (18) Pills, (4) Cell phones chargers, (2) Tattoo guns
- Tensas Parish Detention Center – (10) Cell phones, (13) Shanks, (3) Pills, (17) Synthetic marijuana, (1) pack of tobacco, (3) Tattoo guns
- Union Parish Detention Center – (13) Cell phones, (13) Synthetic marijuana, (10) Tobacco, (8) Phone chargers, (1) Shank, (4) Lighters
- West Carroll Parish Jail – (2) Pack of Cigarettes, (2) Tobacco

Offender Deaths:

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

(October)

**Madison Parish CC:** Offender Connie Brown #605053 received stab wounds to the chest on 10/10/2020 with a shank. EMT was notified and attempted to treat offender Brown injury. Offender Brown was pronounced deceased by Dr. Thomas Neuman, Coroner at 9:30 a.m.

(December)

**Madison Parish CC:** Offender Timmy Neal #332392, DOB: 7/17/1958 had a massive heart attack/COVID-19 on date of 12/26/2020. Offender Neal was transported by Northeast Louisiana Medical Services to Madison Parish Hospital where he later was pronounced deceased due his conditions.

**Morehouse Parish Jail/Annex:** Pre-Trial offender Robert Durham and Pre- Trial offender Desmond Ford had a physical altercation in which resulted offender Ford to body slam offender Durham head to into concrete floor on December 24, 2020. On December 26, 2020 offender Durham had to be transported to Morehouse General Hospital E.R. due to the

results of the altercation. At this time Morehouse General Hospital advised that offender Durham needed to be transferred by helicopter to Ocshner LSU-Shreveport Hospital. On December 27, 2020, offender Durham was pronounced deceased. Offender Ford is currently still being investigated by Morehouse Parish Sheriff's Investigators.

**Offender Transport:**

| | |
|---|---|
| Scheduled Medical | 424 |
| Medical Emergency | 208 |
| Funeral Trips | 6 |
| Court Orders | 513 |
| Miscellaneous | 129 |
| Total Number of Transports | 1280 |

Miscellaneous:

- Caldwell Correctional Center (94) Transfers
- Lincoln Parish Detention Center (34) Transfers

BJG Quarterly Summary Report
Q3 (January - March 2021)

## Northeast Region - Tyrone Mays, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Bayou Correctional Center | 260 | 195 | 57 | 252 | 8 |
| Caldwell Correctional Center | 600 | 509 | 68 | 577 | 23 |
| Franklin Parish DC | 834 | 649 | 77 | 726 | 108 |
| Lincoln Parish DC | 241 | 95 | 144 | 239 | 2 |
| LTCW - Madison Parish | 548 | 306 | 82 | 388 | 160 |
| Madison Parish CC | 334 | 205 | 0 | 205 | 129 |
| Madison Parish Southern CF | 564 | 277 | 23 | 300 | 264 |
| Madison Parish Jail | 36 | 1 | 19 | 20 | 16 |
| Morehouse Parish DC | 272 | 209 | 2 | 211 | 61 |
| Morehouse PJ and Annex | 264 | 97 | 124 | 221 | 43 |
| Ouachita Parish CC | 1112 | 338 | 623 | 961 | 151 |
| Richland Parish DC | 782 | 554 | 119 | 673 | 109 |
| Richwood Correctional Center | 1127 | 23 | 77 | 100 | 1027 |
| Riverbend Detention Center | 1328 | 1043 | 362 | 1405 | 0 |
| Tensas Parish DC | 600 | 402 | 71 | 473 | 127 |
| Union Parish Detention Center | 388 | 253 | 113 | 366 | 22 |
| West Carroll Parish Jail | 26 | 18 | 11 | 29 | 0 |
| TOTAL | 9316 | 5174 | 1972 | 7146 | 2250 |

### Operational Capacity:
Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

- Riverbend Detention Center – Days overdue to parish arrest and parole holds offenders

### Schedule B Reports:
Total Number of Schedule B Reports **1,001**

### Transfers to DPS&C Custody:

| | |
|---|---|
| Medical | 16 |
| Mental Health | 0 |
| Disciplinary | 11 |
| Administrative | 214 |
| Court | 3 |
| DOC Request | 157 |
| TWP | 138 |
| Lack of Bed Space | 0 |
| Total Number | 539 |

### Escapes:
Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

**(March) Morehouse Parish Detention Center** – Offender Travis Bernard #457353 on 3/11/21 was at work release and walked off his job at (DG Food Morehouse Parish). After receiving a tip offender Bernard was apprehended at a residence in Bonita, La (Madison Parish). He was transported to Madison Parish Jail.

### Assaults:
Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

**(January) Assault with significant Injury: Offender on Offender**

- **Madison Parish Southern CF** – Three DOC offenders involved in a physical altercation with weapons. Offender Byron Clay #489413, Jermaine Youngblood #528105 and Jamarz Fontenot #426904. Offender Clay received stab wounds to his left chest area, left arm, and head area. Offender Fontenot received stab wounds to his back area

and head areas. Offender Youngblood received stab wounds to his back and neck area. All three offenders were transported to Madison Parish Hospital for further evaluation and treatment. Three offenders were treated and released back to the facility. Three offenders received RVR for Rule #11 and placed in lockdown. Three offenders are pending criminal charges.

- Ouachita Correctional Center – Pre-Trial offender Joel Crawford had a physical altercation with Pre-Trial offender Michael Vaughn. Offender Crawford received a broken jaw in result of the altercation. Offender Crawford was transported to Oschner Health-Monroe for treatment and released back to the facility. Both offender received an RVR for Rule #10.

(February) Assault with Significant Injury: Offender on Offender

- Ouachita Correctional Center - Pre-Trial offender Larry Brown had a physical altercation with Pre-Trial offender Rawtavis Moore. Offender Brown received a cut above his left eye. Offender Brown and Moore was transported to Oschner Health-Monroe for further evaluation and treatment. Offender Brown received suture for his cuts and offender Moore received treatment to his broken right finger. Both offenders were treated and released back to the facility. Both offenders received an RVR for Rule #10.
- Ouachita Correctional Center - Pre-Trial offender Derrick Rogers had a physical altercation with Pre-Trial offender Albert Stewart. Offender Rogers received a laceration to his right side of his jaw and had to be transported to Oschner Health -Monroe for further evaluation and treatment. Offender Roger received sutures for his laceration and released back to the facility. Both offenders received an RVR for Rule #10.

(March) Assault with Significant Injury: Offender on Offender

- Ouachita Correctional Center - Pre-Trial offender Orlando Thomas and Pre-Trial Offender Earnest Baker had a physical altercation. Offender Thomas was observed striking offender Baker twice with a closed fist to the facial area. Offender Baker was observed with blood coming from his mouth. Medical was notified and examined offender Baker. Offender Baker was transported to Oschner Health Monroe for further evaluation. Offender Baker was released and returned to the facility. Both offender received an RVR for Rule #10.

- Ouachita CC – Pre-Trial offender Tony Ballard and Pre-Trial offender Jarvis Varner had a physical altercation. Offender Verner was observed hitting offender Ballard with a food tray in the facial area. Offender Ballard received swollen right cheek, laceration under right eye and a bloody nose. Medical examined offender Ballard and he was sent out to Oschner Health Monroe for further treatment and released back to the facility. Offender Varner received an RVR for Rule #11 and Ballard Rule #10. No charges were filed.

- Ouachita CC – DOC offender Jamarcus Robinson #741984 and DOC offender Reginald Capers #557987 had a physical altercation. Offender Capers struck offender Robinson with a closed fist to the fascial area. Offender Robinson received a bloody mouth and a broken jaw. Medical recommended that offender Robinson be transported to Oschner Health Monroe for further treatment. It was determined it was a fractured jaw. Offender Robinson was treated and released back to the facility. Both offender received an RVR for Rule #10.

- Richland Detention Center – Pre-Trial offender Keving Hamburg and Pre-Trial offender Terrance Smith were involved in a fight. Offender Smith suffered several stab wounds to left arm, shoulder, cheek, chin and head. He was transported by ambulance to Ocshner Health Monroe where he received medical care and released back to the facility. Both offender received an RVR for Rule #11. No charges are filed at this time.

Transportation for DOC Discharges and Number of DOC Discharged with ID:
Family and/or Friend 457
Bus 127
Law Enforcement 157
Other 43

Other Transportation:

- Madison Parish CC – (4) offenders transported to other Sheriff's office
- LTCW-Madison Parish – (6) offenders transported other Sheriff's office
- Madison Parish SCF – (9) offenders transported to other Sheriff's office
- Morehouse Parish Jail & Annex – (1) offender walked home
- Ouachita CC – (21) offenders transported to other Sheriff's office
- Union Parish DC – (2) offenders transported to other Sheriff's office

Total Number of DOC Discharges: 409
Total Number of DOC offenders Discharged without ID: 385

- Caldwell CC – (59) offenders discharged without ID's due to immediate releases, pick up by other agencies due to paroled to a detainer and DMV declined due to COVID-19.
- Franklin PDC – (62) offenders discharged without ID's due to immediate releases, pick up by other agencies due to paroled to a detainer.
- LTCW – Madison – (39) offenders discharged without ID's due to immediate releases and pick up by other agencies due to paroled to a detainer.
- Madison CC – (9) offenders discharged without ID's due to immediate releases
- Madison Parish SCF – (9) offenders discharged without ID's due to immediate releases.
- Ouachita CC – (125) offenders discharged without ID's due to immediate releases, pick up by other agencies due to paroled to a detainer, DMV declined due to COVID-19.
- Richland PDC – (34) offenders discharged without ID's due to immediate releases and pick up by other agencies due to paroled to a detainer.
- Tensas PDC – (51) offenders discharge without ID's due to immediate releases and pick up by other agencies due to a detainer.

GED Program:
Total Number of GED Slots Available: 1343
Total Number DOC Completions 7
Substance Abuse Program:
AA/NA Participants 208
Other 545

Other CTRP: (Non GED/Sub Abuse Program)
Enrolled 1725
Completed 357

Job Skills:
List facilities that offer job skills: Madison Parish Correctional, Madison Parish Southern CF, LTCW- Madison and Ouachita Correctional Center
Total Number Enrolled 328

Grievances:
Total Accepted 614
Total Rejected 80

LARNAs Completed: 97

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| Bayou Correctional Center | 155 | 0 | 24 | 0 |
| Caldwell Correctional Center | 98 | 7 | 16 | 0 |
| Franklin Parish DC | 113 | 1 | 30 | 0 |
| Lincoln Parish DC | 66 | 0 | 4 | 0 |

| | | | | |
|---|---|---|---|---|
| LTCW - Madison Parish | 920 | 3 | 89 | 0 |
| Madison Parish CC | 60 | 0 | 29 | 0 |
| Madison Parish Southern CF | 75 | 0 | 30 | 0 |
| Madison Parish Jail | 6 | 0 | 30 | 0 |
| Morehouse Parish DC | 200 | 3 | 16 | 0 |
| Morehouse PJ and Annex | 47 | 0 | 15 | 0 |
| Ouachita Parish CC | 54 | 0 | 21 | 0 |
| Richland Parish DC | 468 | 6 | 13 | 0 |
| Richwood Correctional Center | 15 | 0 | 18 | 0 |
| Riverbend Detention Center | 288 | 0 | 21 | 0 |
| Tensas Parish DC | 63 | 0 | 18 | 0 |
| Union Parish Detention Center | 110 | 13 | 25 | 0 |
| W. Carroll Parish Prison | 25 | 0 | 4 | 0 |
| TOTAL | 2763 | 33 | 403 | 0 |

Offender Positive Drug Tests:

- Caldwell CC - (7) Meth
- Franklin PDC – (1) Amp/Meth
- LTCW-Madison Parish – (1) Meth, (2) Meth/BUP
- Morehouse PDC – (1) THC, (2) Meth
- Richland PDC – (2) AMP
- Union PDC – (7) Meth, (6) THC

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Bayou Correctional Center | 336 | 174 | 510 | 0 | 1 |
| Caldwell Correctional Center | 398 | 66 | 464 | 11 | 11 |
| Franklin Parish DC | 1968 | 3074 | 5042 | 0 | 23 |
| Lincoln Parish DC | 621 | 1566 | 2187 | 27 | 15 |
| LTCW - Madison Parish | 2225 | 552 | 2280 | 0 | 26 |
| Madison Parish CC | 1113 | 0 | 1113 | 0 | 167 |
| Madison Parish Southern CF | 999 | 0 | 999 | 0 | 151 |
| Madison Parish Jail | 2 | 2 | 4 | 0 | 0 |
| Morehouse Parish DC | 190 | 126 | 316 | 1 | 13 |
| Morehouse PJ and Annex | 208 | 74 | 282 | 29 | 9 |
| Ouachita Parish CC | 1716 | 419 | 2135 | 1579 | 154 |
| Richland Parish DC | 277 | 97 | 374 | 104 | 84 |
| Richwood Correctional Center | 900 | 481 | 1381 | 0 | 0 |
| Riverbend Detention Center | 2915 | 445 | 3360 | 325 | 38 |
| Tensas Parish DC | 538 | 335 | 873 | 110 | 34 |
| Union Parish Detention Center | 149 | 105 | 254 | 80 | 47 |
| West Carroll Parish Jail | 18 | 5 | 23 | 0 | 1 |
| TOTAL | 14573 | 7521 | 21779 | 2266 | 774 |

Contraband Items:

- Bayou CC – (1) Cellphone
- Caldwell CC – (1) Pill, (4) Shanks, (6) Tattoo guns
- Franklin PDC – (6) Shanks, (7) Synthetic marijuana, (3) Cell phones, (4) Tattoo paraphernalia, (2) Cigarettes, (1) phone chargers
- Lincoln PDC - (3) Shanks, (12) sm. Bags of synthetic marijuana
- LTCW-Madison – (12) Pills, (3) bag of synthetic marijuana, (1) sm. Bag cocaine, (4) cigarettes, (2) cell phones, (3) shanks, (1) methadone
- Madison PCC – (1) Tattoo gun, (9) knives, (25) Shanks, (8) lighter, (10) synthetic marijuana, (2) cigarettes, (1) methamphetamines, (56) Cell phones, (10) phone chargers, (10) tattoo guns, (35) suboxone strips

- Madison PSCF – (35) Cell phones, (57) shanks, (12) knives, (16) phone chargers, (12) pack cigarettes, (13) bg. Synthetic marijuana, (1) bg. Cocaine, (1) bg. Methamphetamines, (4) tattoo guns
- Morehouse PDC – (3) cell phones, (3) bg. Synthetic marijuana, (6) pack tobacco, $14 cash money
- Morehouse PJ & Annex – (2) phone charger, (1) synthetic marijuana, (1) lighter, (2) shanks, (3) cell phones
- Ouachita CC – (1) cd, (1) tattoo ink, (4) lighters, (2) phone batteries, (38) pornographic pictures, (2) pre-paid phone cards, (10) shanks, (2) skillets, (4) tattoo guns, (1) tattoo motor, (4) needles for tattoo gun, (54) packs tobacco, (31) pills
- Richland PDC – (7) pieces of metal, (22) synthetic marijuana, (13) suboxone strips, (12) tobacco, (15) pills, (1) lock as weapon, (5) methamphetamines, (9) cigarettes
- Riverbend DC – (1) synthetic marijuana, (2) lock in sock, (3) cigarette, (1) tobacco, (14) cell phones, (13) shanks, (1) twenty-dollar bill, (1) pocket knife, (1) pill, (1) lighter
- Tensas PDC – (1) cell phone, (15) shanks, (1) cigarette, (3) knives, (6) pills, (5) synthetic marijuana, (1) tattoo paraphernalia, (1) lock in a sock
- Union PDC – (10) Synthetic marijuana, (16) cell phones, (12) phone chargers, (9) tobacco
- West Carroll PJ – (1) cigarette

Offender Deaths:

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

(January)

- Madison Parish Southern Correctional Center – Offender Tyrone Scarborough #425294 on 07 January 2021 was found in the dorm unconscious at 0637. CPR was immediately administered and continued until EMS arrived and took over at 0648. EMS continued CPR while in transit to Madison Parish Hospital. Offender Scarborough had to be transferred to Oschner Health-Monroe due to multiple cardiac arrest. Offender Scarborough health continued to be unstable and declined. While being admitted into the ICU, offender Scarborough was pronounced deceased at 2321 by the doctor on duty. An autopsy was ordered by Warden Anderson and his emergency contact was notified.

(February)

- Madison Parish Southern Correctional Center – Offender Louis Franklin #319447, Black male DOB 02/27/1964. Officer was making rounds and found offender Franklin unresponsive. At this time officer radioed for assistance and began CPR. Northeast Louisiana Ambulance service arrived and took over the situation and continued CPR but to no avail. Dr. Thomas Neuman (Coroner) arrived to the facility and pronounced offender Franklin deceased at 20:08. Offender Franklin was picked up by Golden Gate Funeral Home. An autopsy was ordered by Warden Anderson. Offender Franklin emergency contact was notified.

Offender Transport:

| | |
|---|---|
| Scheduled Medical | 420 |
| Medical Emergency | 196 |
| Funeral Trips | 4 |
| Court Orders | 741 |
| Miscellaneous | 142 |
| Total Number of Transports | 1503 |

Miscellaneous Transport:

- Caldwell CC – (98) Transfers
- LTCW – Madison (44) Transport to the dentist appt.

092418

BJG Quarterly Summary Report
Q4 (April - June 2021)

# Northeast Region - Tyrone Mays, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Bayou Correctional Center | 260 | 232 | 24 | 256 | 4 |
| Caldwell Correctional Center | 600 | 491 | 106 | 597 | 3 |
| Franklin Parish DC | 834 | 693 | 134 | 827 | 7 |
| Lincoln Parish DC | 241 | 84 | 170 | 254 | 0 |
| LTCW - Madison Parish | 548 | 278 | 63 | 341 | 207 |
| Madison Parish CC | 334 | 187 | 4 | 191 | 143 |
| Madison Parish Southern CF | 564 | 214 | 27 | 241 | 323 |
| Madison Parish Jail | 36 | 1 | 21 | 22 | 14 |
| Morehouse Parish DC | 272 | 196 | 3 | 199 | 73 |
| Morehouse PJ and Annex | 264 | 84 | 108 | 188 | 76 |
| Ouachita Parish CC | 1112 | 433 | 701 | 1134 | 22 |
| Richland Parish DC | 782 | 545 | 102 | 647 | 135 |
| Richwood Correctional Center | 1127 | 0 | 812 | 812 | 315 |
| Riverbend Detention Center | 1328 | 931 | 311 | 1242 | 86 |
| Tensas Parish DC | 600 | 392 | 101 | 493 | 107 |
| Union Parish Detention Center | 388 | 217 | 155 | 372 | 16 |
| West Carroll Parish Jail | 26 | 13 | 12 | 25 | 1 |
| TOTAL | 9316 | 4991 | 2854 | 7841 | 1532 |

**Operational Capacity:**
Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

- Lincoln Parish Detention Center – Days overdue to parish arrest and parole holds offenders.

**Schedule B Reports:**
Total Number of Schedule B Reports **913**

**Transfers to DPS&C Custody:**

| | |
|---|---|
| Medical | 12 |
| Mental Health | 4 |
| Disciplinary | 6 |
| Administrative | 436 |
| Court | 38 |
| DOC Request | 294 |
| TWP | 181 |
| Lack of Bed Space | 0 |
| Total Number | 971 |

**Escapes:**
Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

**(April) Morehouse Detention Center -** DOC offender Trinity Scarborough #421312 was dropped off at his work release job at (Robertson Produce). Upon picking up offender Scarborough from work he wasn't present on the premises. Morehouse Police Department was notified. Offender Scarborough was apprehended and returned back to Madison Detention Center and placed in lockdown.

**Assaults:**
Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

**(April) Assault with Significant Injury: Offender on Offender**

- **Madison Parish Southern CF –** DOC offender Immanuel Hall #635725 had a physical altercation with an unidentified offender which offender Hall received small cut to his forehead two to three puncture wounds on the right side of his body and he also received a cut to the right index finger. Offender Hall was transported to Madison Parish Hospital for further treatment and after being treated he was returned to the facility. Offender Hall was placed in Adm/Seg for medical observation.

- **Madison Parish Southern CF –** DOC offender Wayne Butler #581400 stated that while at his bed area some unidentified offender threw hot water on him burning him in the forehead. Offender Butler was questioned about what offender threw the water but would not give a name. Offender Butler was transported to Madison Parish Hospital for further treatment. After being treated offender Butler was returned to the facility and placed in Adm/Seg for medical observation.

- **Ouachita Correctional Center –** DOC offender Jacquarius Cooper #550370 had a physical altercation with offender Rufus Sellers. Offender Cooper received a small puncture wounds on the right cheek of the face. Offender Cooper was taken to medical for treatment but refused medical treatment of stitches.

(May) Assault with Significant Injury: Offender on Offender

- **Franklin Parish Detention Center –** Pre-Trial offender Marshall Thomas and Pre-Trial offender Russell Credit had physical altercation. Pre-Trial offender Thomas received a stab wound to the head and shoulder. Offender Thomas was transported to the hospital and received staples to his head and released. Offender Credit are pending for Criminal Charges.

- **Franklin Parish Detention Center –** DOC offender Clarence Williams #602821 had physical altercation with DOC offender Rainy Wallace #383944. Offender Williams received a fracture right thumb due to altercation. Both offender received an RVR for Rule #10 (Fighting).

- **Ouachita Correctional Center –** Pre-Trial offender Montreal Dean had a physical altercation with Pre-Trial offender Vincent Robinson. Pre-Trial offender Dean received a broken jaw. Offender Dean was transported to the hospital for further treatment and released. Both offender received an RVR for Rule #10 (Fighting).

- **Ouachita Correctional Center -** Pre-Trial offender Joseph Collins had a physical altercation with Pre-Trial offender Bradlee Bellmore. Pre-Trial offender received a busted lip which required offender receiving sutures to his lip. Offender Collins was treated and released by medical. Both offender received an RVR for Rule #10 (Fighting).

(June) Assault with Significant Injury: Offender on Offender

- **Franklin Parish Detention Center -** DOC offender Kheyonte Chatman #703966 had a physical altercation with DOC offender Anthony Lane #404744. Offender Lane received burns to the head, face, arm and back with hot water thrown on him. Offender Lane was transported to Oschner LSU Monroe for treatment and released. Offender Chatman are pending Criminal Charges.

- **Ouachita Correctional Center –** Pre-Trial offender Ronnie Anding and unidentified Pre-Trial offender had a physical altercation. Pre-Trail offender Anding received a fractured to his left orbital. Offender Anding was sent out to Oschner LSU Monroe to be treated and he was released back to the facility.

Transportation for DOC Discharges and Number of DOC Discharged with ID:
Family and/or Friend 477

Bus 151
Law Enforcement 162
Other 34

Other Transportation:

- Madison Parish CC – (5) offenders transported to other Sheriff's office
- Madison Parish Southern CF – (7) offenders transported to other Sheriff's office
- Ouachita CC (21) offenders transported to other Sheriff's office.
- Union Parish DC – (1) offender left walking.

Total Number of DOC Discharges: 824
Total Number of DOC offenders Discharged without ID: 398

- Caldwell CC – (54) offenders discharged without ID's due to immediate releases, pick up by other agencies due to a detainer and OMV declined due to COVID.
- Franklin Parish DC – (60) offenders discharged without ID's due to immediate releases and pick up by other agencies due to detainer.
- LTCW-Madison – (68) offenders discharged without ID's due to immediate releases and pick up by other agencies.
- Madison Parish CC – (8) offenders discharged without ID's due to immediate releases.
- Madison Parish Southern CF – (6) offenders discharged without ID's due to immediate releases.
- Ouachita CC – (113) offenders discharged without ID's due to immediate releases, pick up by other agencies due to a detainer, OMV declined due to COVID.
- Richland Parish CC – (23) offenders discharged without ID's due to immediate releases and pick up by other agencies due to a detainer.
- Tensas Parish DC – (61) offenders discharged without ID's due to immediate releases and pick up by other agencies due to detainer.
- Richwood CC – (1) offender immediate release.
- Union Parish DC – (4) offenders' immediate releases

GED Program:
Total Number of GED Slots Available: 1279
Total Number DOC Completions 13
Substance Abuse Program:
AA/NA Participants 86
Other 281

Other CTRP: (Non GED/Sub Abuse Program)
Enrolled 1766
Completed 603

Job Skills:
List facilities that offer job skills: LTCW-Madison Parish, Madison Correctional Center, Lincoln Parish Detention Center, Richland Parish DC
Total Number Enrolled: 179
Grievances:
Total Accepted 550
Total Rejected 55

LARNAs Completed: 121

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Bayou Correctional Center | 142 | 0 | 24 | 0 |
| Caldwell Correctional Center | 90 | 0 | 20 | 0 |
| Franklin Parish DC | 287 | 12 | 27 | 0 |
| Lincoln Parish DC | 60 | 1 | 14 | 0 |
| LTCW - Madison Parish | 220 | 1 | 14 | 0 |
| Madison Parish CC | 308 | 3 | 48 | 0 |
| Madison Parish Southern CF | 299 | 4 | 51 | 0 |
| Madison Parish Jail | 8 | 0 | 8 | 0 |
| Morehouse Parish DC | 218 | 4 | 20 | 0 |
| Morehouse PJ and Annex | 85 | 0 | 21 | 0 |
| Ouachita Parish CC | 89 | 0 | 21 | 0 |
| Richland Parish DC | 538 | 2 | 17 | 0 |
| Richwood Correctional Center | 10 | 0 | 15 | 0 |
| Riverbend Detention Center | 351 | 0 | 37 | 0 |
| Tensas Parish DC | 39 | 0 | 17 | 0 |
| Union Parish Detention Center | 130 | 2 | 16 | 2 |
| West Carroll Parish Jail | 32 | 0 | 6 | 0 |
| TOTAL | 2906 | 29 | 449 | 2 |

Positive Drug Test:

- Franklin Parish DC – (11) Meth/AMP (1) THC
- Lincoln Parish DC – (1) THC
- LTCW-Madison – (1) THC
- Madison Parish CC – (3) BZO
- Madison Parish Southern CF – (3) BZO
- Morehouse Parish DC – (4) Meth
- Richland Parish DC – (2) Meth
- Union Parish DC – (2) Meth Employee (2) THC

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Bayou Correctional Center | 375 | 271 | 646 | 0 | 8 |
| Caldwell Correctional Center | 391 | 66 | 457 | 7 | 7 |
| Franklin Parish DC | 2263 | 3310 | 5573 | 0 | 33 |
| Lincoln Parish DC | 734 | 1360 | 2094 | 50 | 12 |
| LTCW - Madison Parish | 560 | 27 | 587 | 0 | 10 |
| Madison Parish CC | 1675 | 377 | 2052 | 0 | 84 |
| Madison Parish Southern CF | 2080 | 399 | 2479 | 0 | 181 |
| Madison Parish Jail | 6 | 6 | 12 | 0 | 0 |
| Morehouse Parish DC | 188 | 162 | 350 | 0 | 5 |
| Morehouse PJ and Annex | 394 | 61 | 455 | 13 | 19 |
| Ouachita Parish CC | 1688 | 207 | 1895 | 497 | 77 |
| Richland Parish DC | 945 | 247 | 1192 | 160 | 228 |
| Richwood Correctional Center | 410 | 324 | 734 | 0 | 0 |
| Riverbend Detention Center | 2840 | 485 | 3325 | 0 | 0 |
| Tensas Parish DC | 450 | 290 | 740 | 84 | 55 |
| Union Parish Detention Center | 150 | 115 | 265 | 55 | 42 |
| West Carroll Parish Jail | 26 | 7 | 33 | 2 | 6 |
| TOTAL | 15175 | 7714 | 22889 | 868 | 767 |

Contraband:

- Bayou CC – (1) Cell phone (7) Shanks
- Caldwell CC – (4) Shanks (2) Tattoo guns (1) Pill
- Franklin Parish DC – (7) Mojo (5) Cell phones (3) Phone chargers (16) Shanks (1) Box cutter (1) Knife
- Lincoln Parish DC – (8) Mojo (1) dollar bill (2) Razorblade (1) Shank
- LTCW-Madison – (5) Synthetic marijuana (3) Cigarette lighter (2) Pills

- Madison Parish CC – (32) Cellphones (5) Sm. Bag tobacco (3) Synthetic marijuana (5) Suboxone strips (11) Shanks (1) Sm. Bag of white substance (4) Phone battery (1) Phone charger (3) Phone earpiece (1) Knife (14) packs of cigarettes
- Madison Parish Southern CF – (13) Cell phones (6) Phone chargers (16) Shanks (94) Sm. Bag of green leafy substance (35) Suboxone Strips (11) Sm. Bag of tobacco (1) Pocket knife (5) Phone battery
- Morehouse Parish DC – (1) pack tobacco (3) Cell phones (1) Ten-dollar bill
- Morehouse Parish Jail & Annex – (8) Shanks (8) Cell phones (3) Tattoo guns
- Ouachita Parish CC – (5) Battery packs (13) Shanks (12) Synthetic marijuana (7) Razorblades (13) Tobacco (15) Pills (1) One-dollar bill (1) Lighter (2) Tattoo paraphernalia (1) Air fresh can (1) Piece of metal (1) Tattoo gun (2) Tattoo ink (2) Tobacco
- Richland Parish DC – (10) Shanks (28) Cell phones (37) Tobacco (3) Meth (7) Suboxone stripe (6) Tattoo gun (69) Sm. Bag synthetic marijuana (28) Phone chargers (40) Lighters
- Tensas Parish DC – (21) Shanks (14) Pills (6) Synthetic marijuana (1) Pornographic picture (2) Smoking pipe (3) Cigarettes (1) Tattoo paraphernalia (3) Cell phones (2) Battery phone battery (1) Knife
- Union Parish DC – (8) Cell phones (9) Synthetic marijuana (9) Phone chargers (8) Tobacco (4) Shanks
- West Carroll Parish Jail – (3) Lighter (3) Cigarettes

Offender Deaths:

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

(May)

- Richland Parish Detention Center – DOC offender Kenneth Whidden #701750 DOB 3/27/1964 was found in his bunk unresponsive on May 2, 2021 at approximately 3:15 am. Security staff and medical staff was notified and began CPR on offender Whidden until the EMT from ambulance service arrived and took over. However, after all efforts there was still no response. Coroner Johnny Pippens was called and pronounced offender Whidden deceased at 4:45 am. His family was notified and they claimed his body. Funeral home picks up offender Whidden body and transported to Little Rock, Arkansas for an autopsy.

- Richland Parish Detention Center – DOC offender Austin Cole #738570, on May 9, 2021 at approximate 12:00 pm medical was called for a medical emergency in Unit 2. Offender Cole W/M DOB 1/24/1997 had a possible seizure and was unresponsive. Medical began to work on offender Cole until ambulance staff arrived and took over the situation. Offender Cole was not responsive after all efforts. Coroner Hesser arrived and pronounced offender Cole deceased. Family members was notified and they claimed the body. Funeral Home arrived and the body was transferred to Little Rock, Arkansas for an autopsy.

Offender Transport:

| | |
|---|---|
| Scheduled Medical | 463 |
| Medical Emergency | 212 |
| Funeral Trips | 8 |
| Court Orders | 581 |
| Miscellaneous | 229 |
| Total Number of Transports | 1493 |

Miscellaneous Transport:

- Caldwell CC – (104) Transfers /Intakes
- LTCW-Madison – (97) Transfers
- Madison CC – (9) Transfers
- Madison Parish SC – (19) Transfers/Intakes

092418

BJG Quarterly Summary Report
Q1 (July - September 2021)

# Northeast Region - Tyrone Mays, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Bayou Correctional Center | 260 | 224 | 41 | 265 | 0 |
| Caldwell Correctional Center | 600 | 537 | 65 | 602 | 0 |
| Franklin Parish DC | 834 | 694 | 105 | 799 | 35 |
| Lincoln Parish DC | 241 | 102 | 197 | 299 | 0 |
| LTCW - Madison Parish | 548 | 387 | 128 | 515 | 33 |
| Madison Parish CC | 334 | 221 | 71 | 292 | 42 |
| Madison Parish Southern CF | 564 | 379 | 171 | 550 | 14 |
| Madison Parish Jail | 36 | 3 | 20 | 23 | 13 |
| Morehouse Parish DC | 272 | 182 | 3 | 185 | 87 |
| Morehouse PJ and Annex | 264 | 87 | 82 | 169 | 95 |
| Ouachita Parish CC | 1112 | 435 | 662 | 1097 | 15 |
| Richwood Correctional Center | 1127 | N/A | N/A | N/A | N/A |
| Richland Parish DC | 782 | 536 | 81 | 617 | 165 |
| Riverbend Detention Center | 1328 | 917 | 338 | 1255 | 73 |
| Tensas Parish DC | 600 | 401 | 91 | 492 | 108 |
| Union Parish Detention Center | 388 | 207 | 140 | 347 | 41 |
| West Carroll Parish Jail | 26 | 14 | 10 | 24 | 2 |
| TOTAL | 9316 | 5326 | 2205 | 7531 | 723 |

## Operational Capacity:
Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

- Bayou Correctional Center – Days overdue to parish arrest bond holds
- Caldwell Correctional Center – Days overdue to parish arrest over the weekend awaiting bond.
- Lincoln Parish Detention Center – Days overdue to parish arrest and parole holds offenders.

## Schedule B Reports:
Total Number of Schedule B Reports 1154

## Transfers to DPS&C Custody:
Medical 29
Mental Health 1
Disciplinary 7
Administrative 266
Court 102
DOC Request 82
TWP 92
Lack of Bed Space 0
Total Number 579

## Escapes:
Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

(July) Richland Detention Center – Offender Desi Dowels and Offender Charles Kennel choked out the Correctional Officer while on yard and recreation. They then jumped the perimeter fence and ran in the woods adjacent from the facility. Shortly thereafter, a search of the area by Richland Detention Staff were conducted and both offender was apprehended in the woods area adjacent of the facility. Both offender was placed in Administrative Segregation.

## Assaults:
Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

(July) Assault with Significant Injury: Offender on Offender

- Franklin Parish Correctional Center – DOC offender Jason Haywood #413877 had a physical altercation with DOC offender Lezerrick Allen #525854. Offender Haywood received a cut to his lip and was transported to Franklin Medical Center for treatment and released. Both offenders received an RVR for Rule #10 (Fighting).

- Ouachita Correctional Center – Pre–Trial Offender P. Vizier and Pre-Trial Offender D. Carter had a physical altercation. Both offenders received injury doing the altercation. Offender Vizier had a laceration to the head area and offender received fracture to his right orbital. Both offender was transported to the hospital and treated for their injuries. Both offender received an RVR for Rule #10 (Fighting).

(August) Assault with Significant Injury: Offender on Offender

- Franklin Parish Detention Center – Pre-Trial offender Feffrey Cassels had a fight with DOC offender Blake Wilson #717413. Both offender's used a shank in this altercation. Offender Cassels received cuts and stab wounds to the back area. Offender Wilson received a broken bone to the face and had to have surgery to repair the broken bone. Both offender was transported to the hospital for treatment. Both offender received an RVR for Rule #11 (Agg. Fighting). Criminal charges are pending at this time.

Transportation for DOC Discharges and Number of DOC Discharged with ID: 464
Family and/or Friend 485
Bus 169
Law Enforcement 111
Other 42

Other Transportation:

- Madison Parish CC – (1) offender transported to other Sheriff's office
- Madison Parish Southern CF – (10) offenders transported to other Sheriff's office
- Ouachita CC – (31) offenders transported to other Sheriff's offices

Total Number of DOC Discharges: 807
Total Number of DOC offenders Discharged without ID: 352

- Caldwell CC – (53) offenders discharged without ID's due paroled on a detainer and immediate release
- Franklin Parish DC – (48) offenders discharged without ID's due immediate release and due to COVID restriction at OMV.
- LTCW-Madison – (45) offenders discharged without ID's due to immediate releases and pick up by other agencies due to detainer.
- Madison Parish CC – (2) offenders discharged without ID's due to immediate release.
- Madison Parish Southern CF – (10) offenders discharged without ID's due to immediate release
- Ouachita CC – (117) offenders discharged without ID's due to immediate release and due to COVID restriction at OMV.
- Richland Parish DC – (29) offenders discharged without ID's due to immediate release and paroled to a detainer to another agency.
- Riverbend DC – (1) offender discharged without ID's due to immediate release.
- Tensas Parish DC – (47) offenders discharged without ID's due to immediate release and pick up by other agencies due to detainers.

GED Program:
Total Number of GED Slots Available: 1217
Total Number DOC Completions 37

Substance Abuse Program:
AA/NA Participants 129
Other 154

Other CTRP: (Non GED/Sub Abuse Program)
Enrolled 1164
Completed 467

Job Skills:
List facilities that offer job skills: LTCW- Madison Parish, Lincoln Parish Detention Center, and Ouachita Correctional Center
Total Number Enrolled: 205
Grievances:
Total Accepted 488
Total Rejected 89

LARNAs Completed: 158

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| Bayou Correctional Center | 158 | 0 | 24 | 0 |
| Caldwell Correctional Center | 90 | 0 | 21 | 0 |
| Franklin Parish DC | 113 | 1 | 33 | 0 |
| Lincoln Parish DC | 60 | 0 | 5 | 0 |
| LTCW - Madison Parish | 199 | 0 | 97 | 0 |
| Madison Parish CC | 549 | 0 | 54 | 0 |
| Madison Parish Southern CF | 661 | 2 | 53 | 0 |
| Madison Parish Jail | 10 | 0 | 11 | 0 |
| Morehouse Parish DC | 224 | 6 | 20 | 0 |
| Morehouse PJ and Annex | 93 | 0 | 21 | 0 |
| Ouachita Parish CC | 30 | 0 | 21 | 0 |
| Richland Parish DC | 263 | 11 | 13 | 0 |
| Riverbend Detention Center | 385 | 0 | 13 | 0 |
| Tensas Parish DC | 49 | 3 | 13 | 0 |
| Union Parish Detention Center | 115 | 4 | 14 | 0 |
| West Carroll Parish Jail | 15 | 1 | 8 | 0 |
| TOTAL | 3014 | 28 | 410 | 0 |

Positive Drug Test:

- Franklin Parish DC – (1) Meth/Amp
- Madison Parish Southern CF – (1) BUP (1) Benzo
- Morehouse Parish DC – (6) BUP
- Richland Parish DC – (7) Meth (4) THC
- Tensas Parish DC – (3) Meth
- Union Parish DC – (4) THC
- West Carroll Parish Jail – THC

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Bayou Correctional Center | 565 | 206 | 771 | 290 | 9 |
| Caldwell Correctional Center | 397 | 66 | 463 | 14 | 14 |

| | | | | | |
|---|---|---|---|---|---|
| Franklin Parish DC | 1993 | 3288 | 5281 | 0 | 88 |
| Lincoln Parish DC | 674 | 1346 | 2020 | 47 | 10 |
| LTCW - Madison Parish | 360 | 23 | 383 | 0 | 4 |
| Madison Parish CC | 1237 | 306 | 1543 | 0 | 87 |
| Madison Parish Southern CF | 1800 | 430 | 2230 | 0 | 146 |
| Madison Parish Jail | 190 | 214 | 404 | 11 | 2 |
| Morehouse Parish DC | 192 | 152 | 344 | 0 | 28 |
| Morehouse PJ and Annex | 352 | 143 | 495 | 9 | 16 |
| Ouachita Parish CC | 829 | 107 | 936 | 267 | 44 |
| Richland Parish DC | 161 | 59 | 220 | 103 | 56 |
| Riverbend Detention Center | 2791 | 460 | 3251 | 160 | 11 |
| Tensas Parish DC | 450 | 222 | 672 | 70 | 78 |
| Union Parish Detention Center | 125 | 85 | 210 | 85 | 50 |
| West Carroll Parish Jail | 19 | 6 | 25 | 4 | 2 |
| TOTAL | 12135 | 7113 | 19248 | 1060 | 645 |

Contraband:

- Bayou CC – (2) Knives (4) Homemade shanks (2) Cell phones (1) drug paraphernalia
- Caldwell CC – (5) Pills (6) Shanks (3) tattoo gun
- Franklin Parish DC – (5) phones (30) mojo (40) shanks (2) phone chargers (2) rolling papers (1) DVD player (2) tobacco (1) lock to a string (2) razor (1) lock pick (1) nail (1) porn pic
- Lincoln Parish DC – (2) shanks (8) small bag of synthetic marijuana
- LTCW-Madison – (2) cell phones (2) cell phone chargers
- Madison Parish CC – (10) cell phones (8) shanks (1) knife (2) phone charger (24) suboxone strips (3) sm. Bag white powdery substance (1) cell phone battery (1) lighter (16) pack tobacco (1) cell phone earbud
- Madison Parish Southern CF – (24) cell phones (3) shanks (4) knives (8) phone chargers (23) suboxone strips (1) sm. Bag marijuana (72) cigarettes (2) phone battery (6) green leafy substance (1) sm. Bag white powdery substance (2) phone earbuds
- Madison Parish Prison (1) pill (1) lighter
- Morehouse Parish DC – (9) Mojo (5) shanks (2) pills (2) locks in sock (1) cell phone (7) pack of cigarettes
- Morehouse PJ and Annex – (9) shanks (6) cell phones (1) tattoo gun
- Ouachita CC – (2) lighters (20) shanks (8) pills (1) air freshener (1) broken shower tile (1) cell phone battery (1) jar homemade alcohol (3) spray bottles (8) tobacco
- Richland Parish DC – (9) meth (1) lock in a sock (5) tattoo gun (11) shanks (15) tobacco (2) marijuana (4) cell phones (3) phone chargers (2) razor (2) dollar bill (2) mojo
- Riverbend DC – (4) lighter (2) cell phones (2) sm. Bag mojo (3) cell phone battery
- Tensas Parish DC – (26) shanks (3) mojo (3) razor blades (13) cigarettes (3) phone chargers (15) pills (6) cell phones (8) battery packs (1) wrench (1) USB cord
- Union Parish DC – (10) cell phones (10) mojo (10) cell phones chargers (15) tobacco (5) lighters
- West Carroll Parish Jail – (2) tobacco

Offender Deaths:

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

(August)

- Madison Parish CC - **Offender Zebedee Pittman #878822, 60 yr. old black/male (DOB: 3/11/61) unexpected possible heart attack. Offender Pittman was found unresponsive in the dorm. Medical was notified and conducted treatment to offender Pittman. Northeast Louisiana Ambulance Service was called and EMTs arrived and took over the situation and continued treatment on offender Pittman. Dr. Neuman arrived pronounced offender Pittman deceased at 12:15,**

**caused of death pending but appeared to be a heart attack. Dr. Neuman ordered an autopsy to confirm his finding. Beckwith Golden Gate Funeral transported the body to their facility and holding for autopsy. Offender Pittman family was contacted.**

(September)

- Franklin Parish DC - **Offender David Darokey #534689 DOB: 9/27/1970 B/M. On 9/4/21 offender Darokey was found lying limp in his bed. Security staff arrived in the cell and immediately started medical assistance to offender Darokey. Offender Darokey was conscious and breathing at this time. Offender Darokey was transported by van to Franklin Medical Center for further treatment. Once offender Darokey arrived at FMC offender stop breathing and recieved chest compression and other life saving measures. Dr. Mitchell the ER doctor on duty called the time of death of offender Darokey at 0726. An autopsy was requested and offender Darokey family was contacted. They will claim his body**.

- Lincoln Parish DC - Pre-Trial offender Demerious Jones DOB: 10/7/1999, was found unresponsive in his cell. Deputy and medical staff begin rending lifesaving aid until EMT's arrived and took over. Offender Jones was transported to Northern Louisiana Medical Center. Offender Jones was pronounced deceased at 1317. An autopsy has been ordered to determined cause of death.

- Madison Parish Southern Correctional - **1) Cornelius Breaux #426756 DOB 9/18/1979 (Black Male). Offender Breaux was observed in his cell hanging with a sheet around his neck. Staff entered into the cell, immediately cut the sheet and started life saving measures. Medical staff arrived and took over but to no avail. Coroner David McEachard pronounced offender Breaux deceased at 3:03 pm. An autopsy was ordered and offender Breaux emergency contact was notified.**

  **2) Offender Drake Kron #593385 DOB: 2/18/1994, Offender Kron was found in the unresponsive. Medical staff was contacted and begin life saving measures. Northeast Louisiana Ambulance staff arrived. EMTs determined that offender Kron was under the influence of some unknown substance and administered Narcan. Offender Kron was transported to Madison Parish Hospital. Offender Kron was pronounced deceased by Dr. Garr at 0136. Dr. Nueman ordered an autopsy. Beckwith Funeral Home transported the body to their facility until autopsy is conducted.**

- Ouachita CC - **ANDRE MCWILLIAMS (PRE TRIAL OFFENDER) Offender tested COVID + on 9/6/2021 and admitted to St. Francis Medical Center on 9/17/21. Date of Death: 9/29/2021 Manner of death: natural. Immediate COD: Covid 19 pneumonia. Underlying conditions: end stage renal disease, congestive heart failure, sickle cell trait.**

Offender Transport:

| | | |
|---|---|---|
| Scheduled Medical | 400 | |
| Medical Emergency | 180 | |
| Funeral Trips | 5 | |
| Court Orders | 455 | |
| Miscellaneous | 143 | |
| Total Number of Transports | | 1183 |

Miscellaneous Transport:

- Bayou Correctional Center – (1) Transfer
- Caldwell Correctional Center – (118) Transfers / Intakes
- LTCW-Madison – (24) Intakes / Transfers

092418

BJG Quarterly Summary Report
Q2 (October – December 2021)

## Northeast Region - Tyrone Mays, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Bayou Correctional Center | 260 | 211 | 45 | 256 | 4 |
| Caldwell Correctional Center | 600 | 539 | 65 | 604 | 0 |
| Franklin Parish DC | 834 | 676 | 102 | 778 | 56 |
| Lincoln Parish DC | 241 | 104 | 196 | 300 | 0 |
| LTCW - Madison Parish | 548 | 396 | 87 | 483 | 65 |
| Madison Parish CC | 334 | 222 | 77 | 299 | 35 |
| Madison Parish Southern CF | 564 | 337 | 187 | 524 | 40 |
| Madison Parish Jail | 36 | 1 | 22 | 23 | 13 |
| Morehouse Parish DC | 272 | 197 | 6 | 203 | 69 |
| Morehouse PJ and Annex | 264 | 68 | 115 | 183 | 81 |
| Ouachita Parish CC | 1232 | 399 | 634 | 1033 | 199 |
| Richland Parish DC | 782 | 559 | 101 | 660 | 660 |
| Riverbend Detention Center | 1328 | 895 | 551 | 1446 | 118 |
| Tensas Parish DC | 600 | 372 | 80 | 452 | 148 |
| Union Parish Detention Center | 388 | 204 | 104 | 308 | 80 |
| West Carroll Parish Jail | 26 | 16 | 10 | 26 | 0 |
| TOTAL | 8309 | 5196 | 2382 | 7578 | 1030 |

### Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

- Caldwell CC – (4) days overdue to parish arrests
- Lincoln Parish DC – (59) days overdue to parish arrests and parole holds.
- Riverbend Detention Center – (30) days overdue to parish arrests and parole holds.
- West Carroll Parish Jail – (4) days overdue to parish arrests.

### Schedule B Reports:

Total Number of Schedule B Reports **1456**

### Transfers to DPS&C Custody:

Medical - **21**
Mental Health - **2**
Disciplinary - **34**
Administrative - **211**
Court - **0**
DOC Request - **288**
TWP - **341**
Lack of Bed Space - **0**
Total Number - **897**

### Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

### Assaults:

Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

(October) Assault with Significant Injury: Offender on Offender

- Franklin Parish DC – DOC offender Joshua Moore #548754 had physical altercation with DOC offender Calvin Steward #518798. Offender Steward hit offender Moore in the head with a lock in a sock weapon causing offender Moore

laceration to the head. Offender Moore was transported to Franklin Medical Center for treatment and received staples to the head. Both offenders received an RVR's. Offender Steward received Rule #11 (Agg. Fighting) and offender Moore received a Rule #10 (Fighting).

- Ouachita Correctional Center – Pre-Trial offender D. Cooper to into a physical altercation with another unknown pre-trial offender. Offender Cooper received a broken jaw doing the altercation. Offender Cooper was transported to hospital for his injury. Offender Cooper was treated and released back to the facility.

(November) Assault with Significant Injury: Offender on Offender

- Franklin Parish DC – DOC offender Tommy Johnson #616930 had a physical altercation with two other DOC offenders: Calvin Bardell #549787 and Alvin Chenever #624082. Offender Johnson received a cut to his head and was transported to Oschner Monroe for treatment and was released. All offenders involved received an RVR for Rule #10 (Fighting).

- DOC offender Dequellin Antoine #738720 had a physical altercation with an unidentified DOC offender which resulted in offender Antoine receiving a broken finger. Offender Antoine was transported to Franklin Medical Center for treatment and released. The fight is still under investigation to determine the offender.

- Madison Parish CC – DOC offender Nigel Mims #588454 and DOC offender Antonio Stovall #517956 had a physical altercation. Offender Mims retrieved a shank from under a table in the dorm and began to strike offender Stovall in the right forehead and left shoulder. Offender Stovall was taken to the hospital for treatment of his wounds. Offender Mims received an RVR for Rule #11 (Agg. Fighting) and offender Stovall received an RVR for Rule #10 (Fighting). Criminal charges are pending on offender Mims.

- Ouachita CC – Three Pre-Trial offenders was involved in a fight: Pre-Trial offender K. Ellington, R. Henry, and offender J. Andrews. All three offenders received injuries from this altercation. 1). Pre-trial offender Ellington received a fracture to his metacarpal bone in his left hand. He was transported to the hospital and treated for his injuries and released. 2). Pre-trial offender Andrew received a fracture to his face and was transported Oschner-Shreveport and treated for his injuries. Offender Andrew has some follow-up appointments. 3). Pre-Trial offender Henry received a closed fracture of right mandibular angle but refused treatment to his injuries. All three pre-trial offenders were placed in lockdown.

- Richland Parish DC – Five Pre-Trial offenders was involved in a fight: Johnathan Alexander, Troy Lee, Michael Banks, Fredrick Warner, and Israel Britton. Offender Britton received a laceration to his lower right eye and puncture on the left shoulder. He was sent out to the hospital and treated for his injuries and released back to the facility. Offender Warner was admitted for observation. He had laceration to his head and right shoulder. All offenders were placed in lockdown.

(December) Assault with Significant Injury: Offender on Offender

- Franklin Parish DC – DOC offender Benjamin Barun #537821 was involved in a physical altercation where a weapon was used. Offender Barun received laceration to his lip. Offender Barun was sent to FMC for treatment and released back to the facility. No follow up appointment needed.

- DOC offender Orrick Hurd #728443 was in a physical altercation which he received laceration to his forehead and scalp. Offender Hurd was transported to Franklin Medical Center for treatment and received staples to the wound. Medical at the facility removed the staples, no follow up appointment needed.

- DOC offender Leavall Marsh #561389 was in a physical altercation and received laceration to the head and nose. Offender Marsh was transported to Franklin Medical Center for treatment and released. No follow appointment needed.

- DOC offender Ivory Varner #461157 had a physical altercation in which he was hit with a mop handle and received a cut to his hand, left forearm and contusion to right rib. Offender Varner was transported to Franklin Medical Center for treatment and released back to the facility. No follow up appointment needed.

- DOC offender Kevin Fish #577896 had a physical altercation in which he received a cut to his face by a shank. Offender Fisher was transported to Franklin Medical Center for treatment and released back to the facility. No follow appointment needed.

- Ouachita CC – Pre-Trial offender Shelvon Cooks had a physical altercation which resulted in offender receiving a broken ankle. Offender Cooks was transported to the hospital for treatment and released back to the facility. Offender has some follow up appointment.

- Pre-Trial offender Lawrence Jones had a physical altercation in which resulted in him receiving broken nose. Offender Jones was transported to the hospital for treatment and released. No follow up appointment needed.

- Richland Parish DC – DOC offender Elijah Lucido #732875 was involved in an altercation in the dormitory. Offender Lucido received facial laceration, traumatic hematoma of the head and zygomatic to left side of the face. Offender Lucido was transported to hospital for treatment and released back to the facility, where he was placed under medical supervision.

Transportation for DOC Discharges and Number of DOC Discharged with ID:
Family and/or Friend - 507
Bus - 137
Law Enforcement - 163
Other - 59

Other Transportation:

Total Number of DOC Discharges: 510
Total Number of DOC offenders Discharged without ID:

GED Program:
Total Number of GED Slots Available: 1300
Total Number DOC Completions - 97
Substance Abuse Program:
AA/NA Participants - 147
Other - 156

Other CTRP: (Non GED/Sub Abuse Program)
Enrolled - 1645
Completed - 424

Job Skills:
List facilities that offer job skills: Lincoln Parish DC, LTCW-Madison, Madison Parish Southern Correctional, Ouachita CC
Total Number Enrolled: 310
Grievances:
Total Accepted - 508

Total Rejected - 169

LARNAs Completed: 115

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| Bayou Correctional Center | 145 | 2 | 24 | 0 |
| Caldwell Correctional Center | 90 | 0 | 15 | 0 |
| Franklin Parish DC | 131 | 9 | 23 | 0 |
| Lincoln Parish DC | 73 | 0 | 8 | 1 |
| LTCW - Madison Parish | 196 | 6 | 97 | 0 |
| Madison Parish CC | 756 | 2 | 32 | 0 |
| Madison Parish Southern CF | 946 | 1 | 148 | 0 |
| Madison Parish Jail | 10 | 0 | 6 | 0 |
| Morehouse Parish DC | 210 | 0 | 12 | 0 |
| Morehouse PJ and Annex | 81 | 1 | 21 | 0 |
| Ouachita Parish CC | 30 | 0 | 21 | 0 |
| Richland Parish DC | 268 | 9 | 15 | 0 |
| Riverbend Detention Center | 181 | 0 | 0 | 0 |
| Tensas Parish DC | 67 | 0 | 13 | 0 |
| Union Parish Detention Center | 119 | 5 | 15 | 0 |
| West Carroll Parish Jail | 45 | 2 | 10 | 0 |
| TOTAL | 3348 | 37 | 446 | 1 |

Positive Drug Test:

- Bayou Correctional Center (2) THC
- Franklin Parish Detention Center (8) THC, AMP & Meth (1) Meth/AMP
- LTCW-Madison (3) THC (3) BUP
- Madison Correctional Center (2) AMP
- Madison Parish Southern Corr. Facility (1) Meth
- Richland Parish Detention Center (8) AMP (1) Meth
- Union Parish Detention Center (1) Meth (4) AMP

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Bayou Correctional Center | 459 | 251 | 710 | 1 | 7 |
| Caldwell Correctional Center | 404 | 66 | 470 | 12 | 12 |
| Franklin Parish DC | 2202 | 3252 | 5454 | 0 | 57 |
| Lincoln Parish DC | 545 | 1149 | 1694 | 84 | 7 |
| LTCW - Madison Parish | 381 | 21 | 402 | 0 | 2 |
| Madison Parish CC | 1348 | 63 | 1411 | 0 | 74 |
| Madison Parish Southern CF | 1575 | 63 | 1638 | 0 | 219 |
| Madison Parish Jail | 279 | 223 | 502 | 28 | 5 |
| Morehouse Parish DC | 182 | 90 | 272 | 0 | 2 |
| Morehouse PJ and Annex | 366 | 105 | 471 | 10 | 20 |
| Ouachita Parish CC | 1738 | 162 | 1900 | 1395 | 157 |
| Richland Parish DC | 221 | 68 | 289 | 100 | 61 |
| Riverbend Detention Center | 2910 | 490 | 3400 | 468 | 15 |
| Tensas Parish DC | 550 | 265 | 815 | 70 | 60 |
| Union Parish Detention Center | 320 | 80 | 400 | 80 | 50 |
| West Carroll Parish Jail | 20 | 6 | 26 | 3 | 9 |
| TOTAL | 13500 | 6354 | 19854 | 2251 | 757 |

Contraband:

- Bayou Correctional Center - (4) Shanks, (2) Tobacco (1) Cellphone
- Caldwell Correctional Center – (6) Pills, (4) Shanks, (2) Tattoo gun
- Franklin Parish Detention Center – (15) Cellphones, (21) Shanks, (12) Pills, (1) Cigarette, (3) Tobacco, (2) Phone charger, (1) Tattoo gun, (1) $1 in cash
- Lincoln Parish Detention Center – (1) Synthetic marijuana, (1) sm. Bag white substance, (3) Shanks, (1) Cigarette, (1) Pill
- LTCW-Madison- (1) Tobacco, (1) Cellphone
- Madison Parish Correctional Center – (1) Dice, (16) Cellphones, (8) Shanks, (3) Cellphone batteries, (9) Cellphone chargers, (1) Knife, (2) Sm. Bag synthetic marijuana, (2) Combination locks, (4) Cellphone wire, (3) Earplugs, (6) Cigarettes, (4) Leafy Green Substance, (15) Suboxone Strips
- Madison Parish Southern Correctional Facility – (23) Suboxone strips, (7) Synthetic marijuana, (46) Cellphones, (4) Cellphone chargers, (71) Cigarettes, (22) Shanks, (11) Charger box, (6) Pack Camel cigarettes, (1) Sim card, (7) Phone batteries, (7) Earplugs, (12) Phone charger cords, (2) Locks
- Morehouse Parish Detention Center – (1) Cellphone, (1) Synthetic Marijuana
- Morehouse Parish Jail & Annex – (11) Shanks, (9) Cellphones
- Ouachita Correctional Center – (1) Sugar container, (5) Mats damage, (1) Elastic band, (1) Electric motor, (2) Vapes, (4) Large bag nuisance, (1) Lighter, (1) Lock in a sock, (58) Mattresses stuffing, (38) Pills, (1) Roll of tape, (9) Shanks, (6) Tattoo guns, (1) Sheet torn, (3) Cleaning bottles, (2) Broken pieces of glass, (5) Civilian clothes, (7) Large bag of nuisance, (1) Towel of color, (3) batteries, (1) Bag of quarters, (12) Bottle of homemade alcohol, (1) Broken piece of Kiosk, (1) Remote broke, (1) Cellphone, (1) Cellphone charger, (3) Charging cord, (5) Cigarettes, (8) Flat metal pieces, (1) Homemade candle, (4) IBU's, (1) Ion battery from kiosk, (1) Led light, (5) Lighters, (1) Magnet, (1) Nail, (21) Pornographic materials, (2) Razor blades, (3) Homemade cigarettes, (1) Screwdriver, (1) Sewing needle, (2) Stingers, (3) Marijuana, (6) Tattoo paraphernalia, (18) Tobacco, (1) Wig
- Richland Parish Detention Center – (1) Tattoo gun, (3) Lighters, (13) Chargers, (12) Sm. Bag tobacco, (11) Cellphones, (9) Shanks, (2) Battery packs, (4) Synthetic papers, (2) Razor blades, (3) Sim cards, (1) Memory device
- Riverbend Detention Center – (11) Cellphones, (3) Homemade batteries, (1) Bag synthetic marijuana
- Tensas Parish Detention Center – (12) Shanks, (6) E-Cigarette batteries, (1) Nail clipper, (10) Pills, (1) Synthetic cigarette, (11) Cellphones, (3) Razor blades, (1) Knife, (1) Bluetooth headphone, (4) Phone chargers, (2) Bag of crystal meth, (8) Paper synthetic, (6) Pieces of wire, (1) Piece aluminum foil
- Union Parish Detention Center – (11) Cellphones, (7) Tobacco, (13) Synthetic marijuana, (4) Shanks, (8) Phone chargers, (1) Money, (2) Meth, (4) Sm. Bag marijuana
- West Carroll Parish Jail – (3) Phone chargers, (2) Tobacco, (3) Razors, (1) Lighter

Offender Deaths:

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

(November)

- Ouachita CC - **Pre-Trial offender Jeffrey Rawls was found unresponsive on 11/4/2021 at 10:08 am. Medical was notified and present onsite. Medical determined rigor and no life measures initiated. Coroner was notified at 10:10 a.m. and offender Rawls was pronounced deceased at the scene at 11:17 a.m. Griffin Funeral Home pick up offender Rawls remains at 11:26 a.m. and offender's Rawls niece was notified of his death. Autopsy was ordered of offender's Rawls body and it was determined that he died of natural causes due to (hypertensive arteriosclerotic cardiovascular disease).**

(December)

- Richland Parish DC – DOC offender Larry Richardson #156122 DOB: 3/5/1961 on December 17, 2021 was found in his cell unresponsive. Medical was notified and provided care until ambulance service arrived. Offender Richardson was transported to Oschner Health Monroe. Offender Richardson was pronounced deceased on 12/30/2021 at approximate 0537 hours. Autopsy was ordered. Offender Richardson emergency contact was notified.

Offender Transport:

Scheduled Medical - 622
Medical Emergency - 179
Funeral Trips - 5

Court Orders - **515**
Miscellaneous - **169**
Total Number of Transports - **1493**

Miscellaneous Transport:

- Caldwell Correctional Center (98) Transfers/Intakes
- Lincoln Parish Detention Center (3) Transfers
- LTCW- Madison (27) Transfers/Intakes
- Madison Correctional Center (22) Transfers/Intakes
- Madison Parish Southern Corr. Facility (19) Transfers/Intakes

BJG Quarterly Summary Report
Q3 (January – March 2022)

# Northeast Region - Tyrone Mays, BJG Team Leader

| Facility | Operational Capacity | # DOC Offenders | # Non DOC Offenders | # Total Offenders | # Vacant Beds |
|---|---|---|---|---|---|
| Bayou Correctional Center | 260 | 222 | 47 | 269 | 0 |
| Caldwell Correctional Center | 600 | 517 | 88 | 605 | 0 |
| Franklin Parish DC | 834 | 711 | 104 | 815 | 19 |
| Lincoln Parish DC | 241 | 109 | 204 | 313 | 0 |
| LTCW - Madison Parish | 548 | 416 | 223 | 639 | 0 |
| Madison Parish CC | 334 | 245 | 46 | 291 | 43 |
| Madison Parish Southern CF | 564 | 359 | 32 | 391 | 173 |
| Madison Parish Jail | 36 | 1 | 18 | 19 | 17 |
| Morehouse Parish DC | 272 | 183 | 4 | 187 | 85 |
| Morehouse PJ and Annex | 264 | 69 | 121 | 190 | 74 |
| Ouachita Parish CC | 1232 | 383 | 657 | 1040 | 192 |
| Richland Parish DC | 782 | 535 | 76 | 611 | 171 |
| Riverbend Detention Center | 1328 | 950 | 590 | 1540 | 0 |
| Tensas Parish DC | 600 | 390 | 97 | 487 | 113 |
| Union Parish Detention Center | 388 | 190 | 109 | 299 | 89 |
| West Carroll Parish Jail | 26 | 15 | 10 | 25 | 1 |
| TOTAL | 9316 | 5295 | 2426 | 7721 | 977 |

## Operational Capacity:

Were there any facilities that were over capacity during the reporting quarter? If yes, please list below with the number of days over capacity and the reason why they were over capacity.

- Bayou Correctional Center – Days overdue to Parish arrest bond holds.
- Caldwell Correctional Center – Days overdue to Parish arrest.
- Lincoln Parish Detention Center – Days overdue to parish arrest and bond holds.
- LTCW-Madison – Days overdue to parish arrests.

## Schedule B Reports:

Total Number of Schedule B Reports: **929**

## Transfers to DPS&C Custody:

Medical - **19**
Mental Health **- 2**
Disciplinary - **9**
Administrative - **263**
Court **- 3**
DOC Request - **200**
TWP - **356**
Lack of Bed Space - **0**
Total Number - **849**

## Escapes:

Were there any escapes or apprehensions during the reporting quarter? If yes, please list below with a brief explanation and actions taken.

(February) Tensas Parish DC- Offender Robert Morgan #321207 was assigned work detail at Tensas Parish Courthouse. At 1305, offender Morgan walked away from the courthouse and entered a small gray Nissan truck. Offender Morgan was seen at Track Store in the gray truck and then continue enroute on road highway 65 south. Information was given to the Tensas Sheriff's Dept. that offender Morgan was seen walking in Waterproof neighborhood. Offender Morgan was apprehended at 17:45 and booked at the Tensas Parish Sheriff Department for Rule #8 (Simple Escape).

Assaults:
Were there any assaults with significant injury during the reporting quarter? If yes, please list below with a brief explanation and any actions taken.

(January) Assault with Significant Injury: Offender on Offender
- Franklin Parish DC – DOC offender Byran Richard #519932 had a physical altercation with DOC offender Brain Bracken #749112. Offender Richard received a cut to the head and above the right eye. Offender Richard was transported to Franklin Medical Center for treatment and released. Both offender received an RVR for Rule #10 (Fighting).

- Ouachita CC – Three Pre-Trial offenders – Sheldon Augurson, Caleb Cooper, and Jeremy Grossett had a physical altercation. All three offenders was transported to Oschner Health-Monroe and treated for the following injuries: offender Augurson received a broken nose, offender Cooper received a broken nose, and offender Grossett received a fracture of the maxilla. All offenders were treated and released back to the facility and placed in Administrative Segregation for Rule #10 (Fighting).

(February) Assault with Significant Injury: Offender on Offender
- Franklin Parish DC – DOC offender Quention Franklin #608664 had a physical altercation with DOC offender Derrick Walker #575241. Offender Franklin received a facial fracture around his left eye due to the altercation. He was transported to Oschner Health Monroe for treatment and released. A scheduled appointment was schedule for offender Franklin to obtain surgery. No weapon was used in the fight. Both offender received an RVR for Rule #10 (Fighting) and placed in Administrative Segregation.

(March) Assault with Significant Injury: Offender on Offender
- Tensas Parish DC - **DOC offender Tremain Martin #575108 and Tyrell Brown #559555 had a physical altercation. Offender Martin had a lock tied to a laundry bag and began to strike offender Brown. Offender Brown recieved a deep laceration to his left arm. Offender Brown was transported to Franklin Medical Center for treatment and released. Offender Martin was placed in disciplinary lockdown for Rule #11 (Agg. Fighting)**

Transportation for DOC Discharges and Number of DOC Discharged with ID:
Family and/or Friend - 450
Bus - 156
Law Enforcement - 120
Other - 34

Other Transportation:
- Madison Parish CC – (6) offenders transported to other Sheriff's office
- Madison Parish Southern CC – (6) offenders transported to other Sheriff's office
- Ouachita CC – (19) offenders transported to other Sheriff's office.
- Riverbend DC – (3) offenders transported to other Sheriff's office.

Total Number of DOC Discharges: 414
Total Number of DOC offenders Discharged without ID: 337
- Caldwell CC – (35) offenders discharged without ID's due immediate release and paroled to detainer
- Franklin Parish DC – (54) offenders discharged without ID's due to immediate releases and lack of information
- LTCW-Madison – (57) offenders discharged without ID's due to immediate releases and detainers to other agencies
- Madison Parish CC – (13) offenders discharged without ID's due to immediate releases
- Madison Parish South CC – (11) offenders discharged without ID's due to immediate releases.
- Ouachita CC – (101) offenders discharged without ID's due to immediate releases and to other agencies due to detainer.
- Richland Parish DC – (19) offenders discharged without ID's due to immediate releases
- Tensas Parish DC – (39) offenders discharged without ID's due to immediate releases and detainers
- Union Parish DC – (8) offenders discharged without ID's due to immediate releases.

GED Program:
Total Number of GED Slots Available: 1286
Total Number DOC Completions - 12
Substance Abuse Program:
AA/NA Participants - 93
Other - 186

Other CTRP: (Non GED/Sub Abuse Program)
Enrolled - 1446
Completed - 306

Job Skills:
List facilities that offer job skills: Ouachita CC and Lincoln Parish DC
Total Number Enrolled: 227
Grievances:
Total Accepted - 350
Total Rejected - 205

LARNAs Completed: 169

Drug Testing:

| Facility | # Offenders Tested | # Offenders Positive | # Employees Tested | # Employees Positive |
|---|---|---|---|---|
| Bayou Correctional Center | 154 | 0 | 24 | 0 |
| Caldwell Correctional Center | 90 | 0 | 20 | 0 |
| Franklin Parish DC | 274 | 7 | 33 | 0 |
| Lincoln Parish DC | 193 | 15 | 0 | 0 |
| LTCW- Madison Parish | 188 | 8 | 106 | 0 |
| Madison Parish CC | 945 | 3 | 35 | 0 |
| Madison Parish Southern CF | 1046 | 2 | 43 | 0 |
| Madison Parish Jail | 7 | 0 | 9 | 0 |
| Morehouse Parish DC | 226 | 1 | 18 | 0 |
| Morehouse PJ and Annex | 87 | 4 | 21 | 0 |
| Ouachita Parish CC | 58 | 12 | 21 | 0 |
| Richland Parish DC | 288 | 7 | 19 | 0 |
| Riverbend Detention Center | 23 | 3 | 23 | 0 |
| Tensas Parish DC | 61 | 4 | 13 | 0 |
| Union Parish Detention Center | 95 | 2 | 13 | 0 |
| West Carroll Parish Jail | 32 | 1 | 11 | 0 |
| TOTAL | 3767 | 69 | 409 | 0 |

Positive Drug Test:

- Franklin Parish Detention Center – (7) Meth
- Lincoln Parish DC – (6) THC (7) Meth (2) THC
- LTCW-Madison (4) THC (4) BUP
- Madison Correctional Center (1) Methamphetamines (2) THC
- Madison Parish Southern Corr. Facility (1) BUP (1) THC
- Morehouse Parish DC- (1) THC
- Morehouse PJ and Annex – (3) BUP (1) THC
- Ouachita CC – (12) THC
- Richland Parish Detention Center – (3) THC (4) BUP
- Riverbend DC – (3) BUP
- Union Parish Detention Center – (2) BUP

- West Carroll PJ – (1) THC

Search and Seizure:

| Facility | Searches Living Area | Searches Non-Living Area | Total | Findings Unauthorized Items | Findings Contraband Items |
|---|---|---|---|---|---|
| Bayou Correctional Center | 473 | 218 | 691 | 0 | 8 |
| Caldwell Correctional Center | 4390 | 62 | 842 | 13 | 13 |
| Franklin Parish DC | 2058 | 3222 | 5280 | 0 | 38 |
| Lincoln Parish DC | 713 | 1606 | 2319 | 61 | 9 |
| LTCW - Madison Parish | 367 | 25 | 392 | 0 | 7 |
| Madison Parish CC | 1185 | 63 | 1248 | 0 | 214 |
| Madison Parish Southern CF | 1572 | 63 | 1635 | 0 | 1148 |
| Madison Parish Jail | 252 | 326 | 578 | 50 | 0 |
| Morehouse Parish DC | 214 | 180 | 394 | 0 | 2 |
| Morehouse PJ and Annex | 270 | 94 | 364 | 9 | 27 |
| Ouachita Parish CC | 1863 | 209 | 2072 | 1268 | 304 |
| Richland Parish DC | 152 | 38 | 190 | 73 | 31 |
| Riverbend Detention Center | 3100 | 485 | 3585 | 427 | 51 |
| Tensas Parish DC | 864 | 275 | 1139 | 100 | 341 |
| Union Parish Detention Center | 110 | 65 | 175 | 85 | 40 |
| West Carroll Parish Jail | 18 | 7 | 25 | 4 | 0 |
| TOTAL | 13601 | 6938 | 20929 | 2090 | 2233 |

Contraband:

- Bayou Correctional Center – (1) cell phone charger (3) shanks (1) green leafy substance (1) metal sharpen (2) cell phones
- Caldwell Correctional Center – (3) pills (4) shanks (4) tattoo guns (2) lighters
- Franklin Parish Detention Center – (16) shanks (12) cigarettes (2) knife (4) pills (2) phone chargers (8) cell phone
- Lincoln Parish Detention Center – (1) homemade lighter (1) shank (2) coins (1) lighting material (1) lighter (2) tobacco
- LTCW-Madison- (4) cellphone (3) phone chargers
- Madison Parish Correctional Center – (19) cellphones (38) shanks (90) sm. Bag green leafy substance (5) pills (7) syringe (1) tattoo gun (1) metal pipe (9) phone chargers (14) cellphone wires/earplugs (2) sm. Bag white crystal meth (3) cellphone battery (2) metal boots toe cover (1) cell phone charger box (2) cellphone headphone (4) cellphone wire (7) cluster weighing 42 oz. (3) latex gloves
- Madison Parish Southern Correctional Facility – (198) cellphone (2) knives (37) shanks (37) green leafy sm. Bag (4) cigarette (8) cellphone cords (8) SD cards (43) lock knife (127) suboxone strip (13) pills (1) pink solid crystal (118) cellphone chargers (23) cellphone battery (1) tire iron (1) cellphone watch (2) white powder sm. Bag (2) tobacco sm. Bag (10) cigarette lighter (6) camel cigarette (84) cellphone wires/plugs (116) phone cards (10) tattoo gun (32) top rolling paper (3) steel toe boots (5) glue (1) dice (25) lighters (6) scales (3) tobacco (47) cigarette packs (136) single cigs (32) cigarette bundles
- Morehouse Parish Detention Center – (1) bag of mojo (1) bag of meth
- Morehouse Parish Jail & Annex – (11) cellphones (7) pills (2) battery pack (8) tattoo gun
- Ouachita Correctional Center – (1) broken broom (1) cigarette butt (2) magnet (158) pills (1) metal can air freshner (2) metal bolts (3) plastic knives (12) shanks (1) knife (1) stinger (5) tattoo needles (2) pornographic pic (1) battery pack (4) broken phone headset (2) shower tile (1) neck gator (1) gray tennis shoes (1) pillow (7) nuisance contraband (1) maroon shirt (1) microfiber towel (1) razor blade (1) salt shaker (36) tobacco (1) torn sheet (1) e-cig juice (1) broken brush (1) electric cord (1) charger (1) kiosk tablet (4) lighter (1) mascara (7) mattress stuffing (2) needles (1) phone charger (1) piece of metal (11) screws (1) shank (1) sharpie (2) spray bottles (1) tank top (27) tobacco (1) clear substance (1) wig
- Richland Parish Detention Center – (1) nasal spray (1) razor (5) phone (4) vape (6) tobacco (3) shanks (1) metal piece (1) lock in sock (1) sm. Bag of mojo (6) suboxone (2) meth
- Riverbend Detention Center – (1) BUP (1) suboxone (1) crystal meth (5) shanks (2) cell phone (1) razor (16) pills (19) mojo (1) dice (4) tattoo (1) tattoo paraphernalia (1) battery pack

- Tensas Parish Detention Center – (36) cell phones (71) cell phone chargers (81) suboxone strips (66) shanks ((9) locks in sock (4) mojo (8) crystal meth (15) E-cig batteries (4) tattoo gun (4) tattoo needle (5) headphones (3) dice (5) nail clippers (1) flash light (1) lighter (10) battery pack (18) pills (1) pipe
- Union Parish Detention Center – (13) cellphones (3) sm. Bag marijuana (1) cigarette (1) wifi box (2) lighter (6) chargers (7) mojo (7) tobacco
- West Carroll Parish Jail –

Offender Deaths:

Were there any offender deaths during the reporting quarter? If yes, please list below with a brief explanation.

**(January)**

- **Tensas DC – Offender Dmarus Magee #573587 was transferred to Lady of Lake hospital in Baton Rouge due to COVID related symptoms. DOC took custody of offender Magee due to COVID illness. Offender Magee cause of death were due to COVID-19.**

**(February)**

- **Richland DC - Offender Harrison Jones #109712 (DOB: 01/30/1959) on 2/23/22 was transported to Richland Medical Center for chest pain. RMC requested that offender Jones be transferred to UH-Monroe for further treatment. On 2/25/22 offender Jones pronounced deceased at 1350 by Dr. Raman Saharan due heart complications.**

- **Riverbend DC - Offender Edward Delrosario #444462 on 2/3/22 was found in his cell with his leg of his jumpsuit tied around his neck and to cell bars. Offender Delrosario was unresponsive. All life saving measures was conducted but to no avail. Offender Delrosario was pronounced deceased by coroner at 0220.**

Offender Transport:

Scheduled Medical - 452
Medical Emergency - 124
Funeral Trips - 10
Court Orders - 584
Miscellaneous - 576
Total Number of Transports - 1746

Miscellaneous Transport:

- Caldwell Correctional Center (100) Transfers/Intakes
- LTCW- Madison (9) Transfers/Intakes
- Madison Correctional Center (14) Transfers/Intakes
- Madison Parish Southern Corr. Facility (17) Transfers/Intakes