**STATE OF LOUISIANA**
**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**

**Department Regulation**
**No. B-02-017**

**22 September 2017**

# CLASSIFICATION, SENTENCING AND SERVICE FUNCTIONS
## Classification
## Initial Classification Plan and Reclassification Plans

1. **AUTHORITY:** Secretary of the Department of Public Safety and Corrections as contained in Chapter 9 of Title 36.

2. **REFERENCES:** La. R.S. 15:541, 15:609, 15:709 through 15:711, 15:738, 15:824, 15:825.3, 15:827, 15:828, 15:832, 15:833, 15:865, 15:892 through 15:893.1, 15:1111 and 15:1199.1; ACA Standards 4-4132, 4133, 4250, 4251, 4253, 4254, 4281-2, 4285, 4287, 4289, 4295-4302, 4305, 4312, 4344, 4399, 4400, 4502, and 4530 (Adult Correctional Institutions); Department Regulation Nos. B-01-004 "Louisiana Risk Need Assessments," B-02-001 "Assignment and Transfer of Offenders," B-02-016 "Reception and Diagnostic Center Processing," B-02-019 "Custody Levels," B-02-020 "Orientation," B-08-013 "Offender Reentry Program," B-06-001/HC-13 "Health Screens, Appraisals, Examinations," B-06-001/HC-37 "Mental Health Screening, Appraisal & Evaluation," B-07-001 "Educational, Vocational and Occupational Programs and Placement and Tutor Certification Program (including Library Services)," B-08-013 "Offender Reentry Program" and C-01-022 "Sexual Assault and Sexual Misconduct (PREA)."

3. **PURPOSE:** To state the Secretary's policy relative to objective risk assessment guidelines/criteria for institutional security level and offender custody level assignments for all offenders; to provide monitoring and tracking of each offender's custody and program accomplishments during confinement; to provide criteria for Headquarters staff, ARDC Specialists and security staff for objective risk management assessment; and to describe the process for offender participation in the classification system.

   NOTE: For information regarding classification and custody levels specific to administrative holds, restrictive housing, protective housing, working cell block, maximum custody dormitory and special medical/mental health housing, refer to Department Regulation No. B-02-019 "Custody Levels."

4. **APPLICABILITY:** Deputy Secretary, Chief of Operations, Regional Wardens, Wardens, Headquarters classification and records personnel, ARDC Specialists and Louisiana State Police. The Chief of Operations is responsible for the overall implementation, compliance and review of this regulation. Each Unit Head is responsible for ensuring that appropriate unit written policy and procedures are in place to comply with the provisions of this regulation.

5. **POLICY:** It is the Secretary's policy that the Department shall provide for a written offender classification plan. The plan shall specify the objectives of the classification system and methods for achieving them and provide a monitoring and evaluation process to determine whether the objectives are being met.

Offenders shall be classified to appropriate custody and security levels based on management and confinement requirements in accordance with this regulation. Statistical risk categories shall be used as an instrument for custody and security classification and to improve the Department's ability to provide cost-effective public protection and offender programming resources.

Offenders who disagree with classification decisions may file a grievance through the Department's administrative remedy procedure.

6. **DEFINITIONS:**

A. **Classification:** A process for determining the needs and requirements of those for whom confinement has been ordered and for assignment to appropriate housing units and programs.

1) **Initial Classification:** The first assignment of an offender to a custody level, housing unit and programming following the reception and diagnostic process.

2) **Reclassification:** A scheduled systematic classification review of an offender's program status, including custody, housing, education and work assignments. This includes interim information on institutional behavior and program participation and permits changes that may be warranted.

B. **Classification Board:** A board(s) within each institution responsible for all offender classification decisions. The board shall consist of a minimum of two institutional staff members, one representing each of the following two categories: 1) Classification, Social Services, Medical/Mental Health; and 2) Security (Captain or higher). All offenders shall be given notice 48-hours prior to their classification review and shall be present unless precluded due to security or other substantial concerns. Such notice may be waived by the offender in writing.

C. **Custody Levels:**

1) **Maximum Custody:** Assignment of an offender to a maximum custody dormitory housing area based upon the need to protect the offender, other offenders, the public, staff and/or the institution. This includes new commitments and temporary assignment to Administrative Segregation or assignment to Disciplinary Detention/Extended Lockdown, Working Cellblock, Close Custody

Restriction, Maximum Custody Dormitory, Death Row and may include Protective Custody/Extended Lockdown. Movements inside the secure perimeter of a facility by maximum custody offenders are closely monitored by staff and may include the utilization of restraints in accordance with written institutional procedure. Movement outside of a secure perimeter is accomplished only under armed supervision or when appropriately restrained or otherwise secured and appropriately supervised.

2) **Medium Custody:** Assignment of an offender to a general population dormitory housing area. Movement outside of a secure perimeter is accomplished only under armed supervision or when appropriately restrained or otherwise secured. Written institutional procedure governs internal movement controls.

3) **Minimum Custody:** Assignment of an offender to a general population dormitory housing area. Movement outside of a secure perimeter is generally authorized without armed supervision or restraint. Written institutional procedure governs the level of staff supervision when outside the secure perimeter, as well as during internal movements.

4) **Earliest Release Date:** The date on which the offender is legally eligible for release consideration (i.e., parole eligibility date, diminution of sentence, etc).

5) **Earliest Possible Release Date:** The first date on which an offender is legally eligible to release consideration, factoring in the maximum total credits of 360 days of Certified Treatment and Rehabilitation Program (CTRP) earned credit which may be applied to the offender's projected earliest release date. (See Department Regulation No. B-04-003 "Certified Treatments and Rehabilitation Program (CTRP)" Earned Credits and Adding new CTRP Programs" for additional information).

## 7. GENERAL CLASSIFICATION PROCEDURES:

A. Each Warden shall establish written procedures for a unit-specific classification plan. The primary objective of the facility's classification plan shall be to maximize stability within the facility by assuring proper offender custody and work assignments.

B. Consistent with security and institutional considerations, each offender's classification plan shall promote the development of life, job and educational skills within the offender population. An offender's access to programs, work assignments and administrative decisions shall be made

without regard to an offender's race, religion, national origin, sex, disability or political views.

C. Each Warden shall establish Classification Boards to conduct initial and reclassification screenings. The composition of each board shall reflect the purpose of the screening.

D. The decisions of Classification Boards consisting of two members shall be unanimous. If the decision is not unanimous, the matter is automatically deferred for referral to a different Classification Board. All Classification Board results are subject to the review and approval or modification by the Warden.

E. Each Classification Board shall follow the classification plan developed at each institution in accordance with ACA Standards.

F. All offenders with identified needs may be required to take advantage of available programming as a prerequisite to being considered for honor status, trustee status, transitional work program or other classification assignments as deemed appropriate by the Warden or designee.

Note: See Section 9.C. for specific criteria regarding trustee status.

G. The results of each Classification Board's screening shall be maintained in such a manner that the results can be readily retrieved for review.

**8. INITIAL CLASSIFICATION PROCEDURES:**

A. Each offender shall be interviewed by a Classification Board to determine initial program classification. The offender's Master Record shall be reviewed by the Classification Board members prior to conducting the interview.

B. During initial classification at each facility, offenders shall be classified to work and school assignments and referred to programs as appropriate. Institutional needs and resources, custody and security concerns, any special needs of the offender, the offender's eligibility for reduced custody, and to the extent possible, the offender's preference shall be considered when making program classification decisions. The offender's history of assaultive or predatory behavior shall be considered before assigning an offender to a sensitive or isolated assignment.

C. At the discretion of the Warden or his designee, may be given preference for an assignment for which he has related experience or training. If an appropriate work or school assignment or program vacancy does not exist at the time of the initial classification, the offender may be placed on a waiting list for the assignment or program.

D. The Reentry Accountability Plan (ReAP) shall be developed during the initial classification process and entered into the ReAP screen in CAJUN within 30 days of the offender's arrival at the facility. (See Department Regulation No. B-08-013 "Offender Reentry Program" for additional information).

E. The PREA screening checklist (initiated during the reception process) shall be completed in accordance with Department Regulation No. C-01-022 "Sexual Assault and Sexual Misconduct (PREA)."

F. A risk needs assessment instrument validated for Louisiana's offender population shall be completed in accordance with Department Regulation No. B-01-004 "Louisiana Risk Need Assessments."

G. Within 30 days of arrival at the facility, each offender shall be administered the Test of Adult Basic Education (TABE). Tests results indicating the offender's education level of care shall be entered in CAJUN. (See Department Regulation No. B-07-001 "Educational, Vocational and Occupational Programs and Placement and Tutor Certification Program" for additional information).

H. The following information shall be entered in the offender's Master Record/and or CAJUN:

1) Basic personal data;

2) Risk factors acquired from the risk needs assessment instrument;

3) Classification staffing inquiry; and

4) Admission summary.

I. Initial classification decisions shall be summarized and documented in the offender's Master Record.

**9. RECLASSIFICATION PROCEDURES:**

A. An offender may be reclassified upon either the request of the offender or the recommendation of any staff member; however, repeated requests which are deemed inappropriate and/or excessive may not be acted upon. The reason for such reclassification may include, but is not limited to:

1) The offender has successfully completed an education program and/or the offender is nearing completion of sentence;

2) The offender has demonstrated responsibility in a work assignment for at least six months and a more desirable assignment is being requested or recommended;

3) The offender is not progressing in or has difficulty adjusting to an assignment or program;

4) The offender has been found guilty of major misconduct;

5) The offender has been terminated from an assignment. An offender who has been terminated from an assignment may not request reclassification to that assignment until at least 180 calendar days after the date of termination;

6) Institutional needs and resources.

B. A review of the status of offenders in Administrative Segregation and Protective Custody shall be conducted by a Classification Board every seven days for the first two months of assignment and at least every thirty days thereafter. The purpose of the review is to determine whether the reasons for the placement still exist. The offender does not have a right to be present at this review.

C. All offenders reclassified to minimum custody must have a current (within 180 days) NCIC and LACCH check completed.

**10. CLASSIFICATION/RECLASSIFICATION TO TRUSTEE STATUS:**

A. Level 1 Trustee Status

1) Offenders are eligible for assignment to Level 1 Trustee Status as follows:

a. Offender shall be eligible for minimum custody status;

b. Offender shall not be currently serving a sentence for any of the following:

i. First or second degree murder;
ii. Aggravated kidnapping;
iii. Armed robbery;
iv. Aggravated arson;
v. Sex offense as defined in La. R.S. 15:541. (Female offenders with a conviction for prostitution or crime against nature may be approved by the Warden or designee.)

c. Offender shall have no previous convictions for any of the following within the last ten years:

i. First or second degree murder;
ii. Aggravated kidnapping;
iii. Armed Robbery;
iv. Aggravated Arson.

d. Offender shall have no convictions for a sex offense as defined in La. R.S. 15:541 (female offenders with a conviction for prostitution or crime against nature may be approved by the Warden or his designee).

e. Offender shall not have a felony detainer, unless the detainer is for a concurrent sentence which is shorter than the sentence which the offender is currently serving. (For additional information, See Department Regulation No. B-02-001 "Assignment and Transfer of Offenders.")

f. Offender's balance of time shall not exceed eight (8) years to his earliest possible release date;

g. Offender's arrest record nor institutional record shall not reflect compulsive or habitual use of violence against a person;

h. Offender's institutional record shall not reflect habitual or compulsive violent behavior, consistent signs of poor work habits, lack of cooperation or good faith or other undesirable behavior;

i. Offender shall not require extensive and/or intensive medical or mental health treatment, as determined by the Unit Medical Director;

j. Offender shall not have escaped, attempted to escape, or abetted an escape within the last seven (7) years;

k. Offender shall not have demonstrated an overt-aggressive pattern of homosexual behavior or a pattern of aggressive sex offense violations to the extent that it would disrupt the smooth daily operation of the institution;

l. Offender shall not have been found guilty of any of the following within the previous twenty-four (24) months:

i. Intoxication;

ii. Positive reading on urinalysis test;
iii. Refusing to cooperate in urinalysis testing;
iv. Altering urine specimen in urinalysis testing.

m. Offender shall not have been found under the influence or in possession of a controlled dangerous substance upon returning to a DPS&C facility from an escorted absence, outside work detail or job, or any other program, work, or recreational activity outside of the institution within the previous twelve (12) months.

2) Medical LOC 3 offenders are eligible for assignment to Level 1 Trustee Status as follows:

a. Orthopedic or other injuries that do not require follow-up by specialty clinics;

b. Well controlled seizure disorders;

c. Hypertensive with acceptable blood pressure control or who are stable and do not require medication adjustment;

d. Diabetics, controlled, even those on insulin and who can self-monitor;

e. HIV positive and symptoms ar ein remission or under control and stable;

f. Offender has any disability, illness, or disease that does not require follow-up by speciality clinics (where there is documented evidence that the condition is well controlled and stable and sick call patterns suggest stability).

3) Mental Health LOC 3 offenders who have been stable for a period of six (6) months are eligible for assignment to Level 1 Trustee Status as follows:

a. Offender has not previously been prescribed medication for depression;

b. Offender is not currently prescribed medication, but has previously been prescribed medication while in local or DOC custody for mild depression or sleep disturbance (i.e., Sinequan, Benadryl, Elavil). Offender must not have been prescribed neuroleptic medication while in a local jail facility;

c. Offender has no current need for mental health intervention. However, the need for counseling may arise in the future.

4) Prior to assignment to Level 1 Trustee Status, offenders shall have an extensive classification review completed including, but not limited to:

a. Criminal history (NCIC and LAACH);

b. Current convictions;

c. Disciplinary record;

d. Work ethic and skills;

e. Current medical and mental health duty status.

5) Offenders assigned to Level 1 Trustee Status can work outside the secure perimeter, including community projects. Direct supervision is not required at all times; however, direct offender supervision monitoring shall be at a minimum of two hours. Institutional policy may provide for offender accountability indicating additional frequency and durations of direct offender supervision.

B. Level 2 Trustee Status

1) Offenders are eligible for assignment to Level 2 Trustee Status as follows:

a. No history of sex offense convictions. (Female offenders with a conviction for prostitution or crime against nature may be approved by the Warden or designee);

b. Twelve years to earliest release date;

c. No felony detainers, unless the detainer is for a concurrent sentence which is shorter than the sentence which the offender is currently serving. (See Department Regulation No. B-02-001 "Assignment and Transfer of Offenders, Section 9.M. "Detainers," for additional information);

d. No history of escape in the last seven years;

e. No major rule violations in the last 90 days;

f. No significant mental or medical issues;

g. No intoxication or positive drug test in the past 6 months.

2) Offenders assigned to Level 2 Trustee Status can work outside the secure perimeter on institutional grounds. When taken off facility grounds, offenders shall be under constant staff supervision and institutional policy shall provide for offender accountability.

C. Level 3 Trustee Status

1) Offenders are eligible for assignment to Level 3 Trustee Status as follows:

a. Must have served at least ten years of sentence; however, a waiver may be granted by the Warden or designee;

b. No history of sex offense convictions; however, a waiver may be granted by the Warden or designee to allow the offender to work on facility grounds only, not including staff housing areas;

c. No active detainers other than misdemeanor charges;

d. No major rule infractions in the last 90 days;

e. No history of escape within the last seven years.

2) The Warden or designee shall request a waiver from the Chief of Operations for Level 3 Trusties to work off facility grounds utilizing the Waiver Request for Level 3 Trustee to Work off Facility Grounds (Form B-02-017-A).

3) In the event that the time period the Level 3 Trustee works off facility grounds exceeds the time period of this request, and prior to the expiration of the original waiver, the Warden or designee shall request an extension. A new Form B-02-017-A shall also be submitted.

4) In cases of emergencies, the Warden may authorize a Level 3 Trustee to work off the grounds for up to 72 hours. A waiver request (Form B-02-017-A) shall be submitted to the Chief of Operations for review within 7 days.

D. Procedures for All Trustee Status Levels

1) The Warden may include additional restrictions than those stated above for all trustee levels based on the type of work to be performed, staff presence and their qualifications.

2) Facility specific trustee designations are allowed as long as institutional policy meets the minimum criteria requirements stated above and includes a process for review and approval of all trusties.

3) Pursuant to Department Regulation No. B-02-001 "Assignment and Transfer of Offenders" eligibility for assignment to the J. L. Dabadie Work Program at RLCC and DCI Work Crews shall be the same as eligibility for assignment to Level 1 Trustee Status. (See Section 10.A. of this regulation for more information.

4) Staff at the Louisiana State Police Barracks (LSPB) are responsible for implementing policies and procedures for supervision of offenders classified as trusties assigned to that facility.

   a. The following criteria must be met for consideration of assignment to LSPB:

      i. Must have served a minimum of 3 years in a state facility;
      ii. Must have no significant rule infractions within the last 2 years;
      iii. Must be of sound medical and mental health;
      iv. No history of escapes;
      v. No listed detainers;
      vi. No Crime Victim requirement from the surrounding judicial districts;
      vii. No drug convictions within the last 10 years (may be waived if offender has completed a CTRP approved substance abuse class);
      viii. No sex crimes as outlined in La R.S. 15:541;
      ix. No kidnapping convictions;
      x. No murder or attempted murder of a police officer or correctional officer;
      xi. No outstanding warrants.

   b. An offender housed in Department of Corrections custody may request transfer to the LSPB by completing Form B-02-017-B "Application to State Police Barracks" and forwarding completed form to the State Police Barracks Commander.

   c. State Police will review applications and have offenders screened on an as needed basis.

d. Upon notice from Louisiana State Police, the appropriate facility will review selected offender's record to screen for disqualifications listed above. Discovered disqualifications shall eliminate an offender for transfer consideration.

e. Offenders without identified disqualifications will be put on a list by Louisiana State Police for future interview by an oral interview board.

f. One week prior to a planned interview, Louisiana State Police shall notify the appropriate facility to schedule an interview. Facility staff shall review the offender record again to ensure no significant changes have occurred since the previous screening.

g. Louisiana State Police interview board shall review each offender's file prior to an oral interview. Recommendations for placement shall be made by the interview board.

h. Recommendations will be forwarded up the State Police chain of command on all offenders recommended for LSPB. Chain of command order of approval is as follows: State Police Barracks Commander, State Police Major, State Police Lieutenant Colonel, State Police Colonel. Louisiana State Police will request offender be transferred to the LSPB after approval from the appropriate chain of command is received.

i. Recommendations from the interview board of any offenders serving a Life sentence will be forwarded to the Office of Adult Services (OAS) where each offender recommended gets a final screening / review by appropriate staff to include a thorough review of criminal background and institutional conduct by Headquarters investigative staff.

j. All transfers shall be routed through the Office of Adult Services.

**11. ANNUAL ASSESSMENT:**

A. Each offender's ReAP shall be reviewed in accordance with the procedures outlined in Department Regulation No. B-08-013 "Offender Reentry" <u>at least</u> every 12 months or more frequently based on institutional confinement or release date. This review is designed to:

1) Assess current programming;

2) Assess progression of reentry tracks;

3) Assess completion of goals;

4) Develop and modify the process of transitioning the offender back into the community from incarceration; and

5) Ensure assignment to the lowest custody level. (Such assignment shall be designed to balance the offender's needs and the Department's needs with the safety of the public, staff, contract workers, volunteers and other offenders.)

s/James M. Le Blanc
Secretary

Forms:

B-02-017-A Waiver Request for Level 3 Trustee to Work off Facility Grounds
B-02-017-B Application for State Police Barracks

This regulation supersedes Department Regulation No. B-02-017 "Classification Plan" dated 01 November 2016.