| CATAHOULA CORRECTIONAL CENTER<br>Policy and Procedures | Policy Number<br>A-OI-005 | Page(s)<br>4 |
|---|---|---|
| Chapter<br>General Administration | Related Standards<br>3-4006-11 | |
| Subject<br>Organization Chart | | |

PURPOSE

To outline procedures whereby the Catahoula Correctional Center's organizational structure will be codified and maintained.

POLICY

It is the policy of Catahoula Correctional Center to maintain a current organizational chart that reflects accurately the organizational structure of the facility, and to maintain similar materials relating to the organizational structure.

PROCEDURES

The Warden will maintain a current organizational chart that reflects the positions and titles of all employees in the facility, and the subsections of the organization in which they work, by specific function, service or activity. The warden will maintain a list of all job titles and position descriptions will be maintained and will be keyed to the chart for easy reference. The following facility positions will be established:

Assistant Warden
Chief of Security
Captain
Office Manager
Work Release Supervisor
Food Service Manager
Chaplain
Transportation Supervisor
Booking/Classification Supervisor
Shift Supervisors
Health Services (LPN)
Maintenance Supervisor

REVIEWS

Organizational charts and supporting materials will be reviewed at least once a year and updated as necessary.

POSITION DESCRIPTIONS:

Assistant Warden;

This position reports directly to the Warden and is responsible for. ordering and maintaining supplies for the facility, responsible for accreditation process for the American Correctional Association, reviews for work release applicants, recommendations and directly supervises the Chief of Security.

This position is responsible for:

a. Overseeing the overall daily operations of the facility.
b. Ensuring that the upkeep and cleanliness of the facility and grounds is done on a daily basis.
c. Holding Initial Classification Boards on all new arrivals and job assignments.
d. Holds disciplinary court and assignment of administrative board members
e. Directly supervises the Chief of Security.
f. Addresses all security problems.
g. Reporting directly to the Warden.

Chief of **Security (Major);**

This position is responsible for:

a. Overseeing the daily operations of the facility.
b. Upkeep and cleanliness of the facility and grounds.
c. Holding Initial Classifications Board on all new arrivals and job assignments.

Reporting directly to

d. Holds disciplinary court and assignment of administrative board members.
e. Directly supervises shift supervisors and outside work crews.
f. Addresses security problems concerning the commissary.
g. the Assistant Warden.

Captain

This position is responsible for:

a. Booking, visitation, transportation, packages, education, inmate welfare fund.
b. All inmate programs i.e., AA, sports programs, etc.
c. Contacting various facilities and recruitment of inmates to maintain capacity margins.
d. Reporting directly to the Chief of Security (Major).

Office Manager

This position is responsible for:

a. Supervising administrative staff assigned.
b. Calculating time and attendance reports to processing for parent company.
c. Monitoring accounting procedures for inmate funds and banking.
d. Monitoring incoming mail procedures.
e. Reporting to the Warden concerning purchase of office supplies and/or materials.
f. Reporting directly to the Warden.

Work Release Supervisor

This position is responsible for:

a. Ensure that all Work Release accounting records and files are kept secure.
b. Ensure that all Work Release monies are deposited daily.

Reporting directly to

c. Ensure that all new Work Release inmates are properly drug screened.

d. Ensure that all new Work Release Inmates and Employers complete all necessary documentation before starting to work.

e. Ensure all Work Release inmates are properly dressed with I.D. Cards before leaving the facility.

f. Periodically, visit Job Sites and get familiar with all Employers.

g. Ensure that all Work Release Inmates are Drug Screened according to Work Release . Policy and Procedures.

h. Ensure that all Work Release Inmates lockers are periodically checked in the Work Release shed.

i. the Warden.

Food Service Manager

This position is responsible for:

a. Supervising food preparations for meals served in the dining and cooking areas.
b. Preparing menus two weeks in advance of all meals.
c. Ordering of needed supplies for the kitchen based on the budget requirements.
d. Developing caloric requirements of meals and monitors serving quantities.
e. Reports directly to the Warden.

Chaplain

This position is responsible for:

a. Monitoring volunteers and activities.
b. Serving as the religious advisor for the facility.
c. Consulting of offenders concerning any problems related to religion.
d. Reporting directly to the Captain.

Reporting directly to

## Transportation Supervisor

This position is responsible for:

a. Ensure that all units are periodically checked for any necessary maintenance.
b. Ensure that all trips are coordinated.
c. Ensure that all necessary paperwork is ready for trips.
d. Ensure that all trip logs are maintained.
e. Maintaining attendance and time reports for officers assigned.
f. Reporting directly to the Captain.

## Booking/Classification Manager

This position is responsible for:

e. Maintain inmates booking files that are assigned to this facility.
f. Classify inmates on intake.
g. Preparing paperwork for all final releases.
h. Maintain property in a secure contained area.
i. Prepare inmates that are to be Pre-Classed.
j. the Captain.

Reporting directly to

Organizational Chart
A-OI-005
Page 6 (cont.)
Shift Supervisors

These positions are responsible for:

a. Maintaining security, custody, and control of all inmates assigned to this facilityu
b. Supervising all security positions assigned to his respective shift.
c. Monitoring all meals while on his tour of duty.
d. Supervising all count procedures during his tour of duty.
e. Enforcing all policies and procedures established by the facility.
f. Conducting roll call and inspections of officers assigned.
g. Reviewing and investigation of unusual occurrence reports and disciplinary reports.
h. Maintaining attendance and time reports for officers assigned.
i. Training subordinate personnel in security procedures and devices.
j. Other duties assigned..
k. Reporting directly to the Captain.

Medical Services (LPN)

This position is responsible for:

a. Coordination with the facility physician concerning inmates medical needs.
b. Managing the pill call procedures.
c. Ordering prescriptions form pharmacy and picking authorized medications.
d. Managing and conducting sick call procedures.
e. Processing new commitments and conducting medical screening.
f. Conducting periodic training to staff in CPR/First aid.
g. This position reports to the medical authority and the Captain.

Maintenance Supervisor

This position is responsible for:

a. Maintenance of the facility.
b. Maintaining all facility transport vehicles in proper operational condition.
c. Maintaining tool and flammables control for the facility.
d. Purchase of equipment necessary to maintain the facility with prior approval of the Warden.
directly to

e. Supervising inmates assigned to his area of control.
f. Reports to the Captain.

WARDEN DATE

directly to