**From:** DOC EHCC CONTROL CENTER
**To:** DOC HQ OAS DUTY OFFICER
**Subject:** OFFENDER DEATH
**Date:** Thursday, June 10, 2021 12:32:00 PM
**Attachments:** Death Notification 06-10-21.docx

---

# DEATH NOTIFICATION

| | |
|---|---|
| Facility: | CATAHOULA CORRECTIONAL CENTER |
| Phone: | 318-744-2121 |
| Caller: | WARDEN BOOK |
| Offender: | LARRY SMITH #528546 B/M<br>01/20/1990 |
| Date: | 06/10/2021 |
| Time: | 10:40AM |
| Place of Death: | TRINITY HOSPITAL<br>VIDALIA, LA |
| Reason: | UNKNOWN |
| Autopsy: | WILL BE CONDUCTED |
| Family Notified: | WILL BE NOTIFIED |
| **Will they claim the body?** | UNKNOWN |
| Control Center: | MSGT. CRISS<br>EHCC Control Center, A-Team<br>Notified at 12:15 PM |

JuNE 10, 2021