Control 1 D.TE.AM

12-31-22 - 1-1-23

2333 1x° Cell 4 Unit 8194 NE 1015 x 1 - Trinity Hospital
1 Rodger Wilson Jr. ofc. Barlow, ofc. Downs Unit N.Fac. ct. 767
0012 1x°/A to Freeman N/C A.95
1 Marquis Lindsey
0026 ofc. Down Unit 8194 Arrived Trinity Medical
Rodger Wilson Jr
0030 Begin Fac. ct. comp @ 0050

A. 95 E. 65 I. 90
B. 89 F. 59 J. 69
C. 57 G. 56 Cells 46
D. 104 Max 31 Total 767

0100 Laundry Ins. comp@ 0113
0232 Making Rds A,C,D,B, E, F, G, I + J comp@ 0316
0402 ofc. Downs 108 x1015 x1 for Trinity
4 Antibiotics reconstruction surgery @ Shreveport.
Rodger Wilson Jr.
0445 Begin Fac. ct Comp @ 0500

A. 95 E. 65 I. 90
B. 89 F. 59 J. 69
C. 57 G. 50 Cells 46
D. 104 Max 31 Total 767

0458 S.O. Trays Ready
~~0505~~ 0510 C/O Pam off duty
0510 C/O Cummings on duty w/ 2 keys, 1 radio
518 1x°/ J to cell 41
1 Cody Wright N/C J.68 Max.32
0522 Unit 33 10.8 CPSO trays (Cummings) 10.81 0540
0527 Cell feed ; comp 0554
0533 Unit 8194 10.81 10.15 1x Trinity (Downs)
See name @ 0402
0605 Chow ; Comp 0822
C 0605-0621 B 0702-0720 G 0735-0810
A 0621-0639 E 0723-0733 I
D 0640-0701 F 0735-0810 J

111

11-23 Control 1 C Team

0825 Count ; clear @ 0839

A. 95 E 65 J: 68
B: 89 F: 59 Cells '46
C 57 G: 41 20 Max. '32
D 104 I 98 90 Total: 767

0826 Kitchen trash run ; comp 0840
0852 Cell movements ;
Trampas Barton cell 6 to F
Floyd Humphries cell 6 to E
N/C Cells. 45 F. 60 E. 66
0930 2x / cell 6 to A
Harry Haile
Damien Kelly N/C A: 97 Cells. 43
1020 Unit 33 10.8 CPSO 20 trays (Cummings) 10.81 10.5
1036 Cell feed ; comp @ 1058
1103 Chow ; comp 1303
C 1103-1118 E 1222-1242
A 1119-1138 F 1243-1303
D 1138-1159 G 1243-1303
B 1159-1222
1213 2x / cell 6 to max
Kendall Hardreway - F
Rikki Ingram - Cell 13 N/C cells. 41 Max. 33 F-61
1245 Count ; comp @ 1318

A. 97 E. 66 J-68
B. 89 F. 61 Cells. 41
C. 57 G. 37 24 Max. 33
D. 104 I: 90 Total. 767

1330 Laundry room inspection ; comp 1335
1431 C/o Cary Book called in said he will not be in this afternoon he is not feeling well.
1628 Fence Inspection ; comp @ 1645

CC

C. Team

1-1-23 Control 1 D.TEAM

1640 Count; clear@1654 Pam
A. 97 E. 66 J. 68
B. 89 F. 61 Cells. 41
C. 57 G. 45 16 Max. 33
D. 104 I. 90 Total. 767

1642 Unit 33 10.8 CPSO 20 trays (Cummings) 1081 1659
1708 C/O Barlow called said he will not be in. he is sick.
1716 C/O Cummings off duty.
1719 C/O Pam on Duty
1718 Code 3 in Echo
1727 Start cell feed up & Max
1729 1x°/E. to cell 14 N/c. E 165 N/c. 34
Christopher Johnson
1735 Start Fac. Chow comp@ 1952
A. 1740-1758 E. 1900-1922 J. 1746-1800
B. 1840-1859 F. 1924-1950
C. 1759/1815 G. 1924-1950
D. 1815-1840 I 1730-1746
1848 Code 3 Medical - Man w/ Kidneystones Code 4 1851
1850 1x°/A. to Medical
Anthony Angulard
1921 8194 108 1081 x 1015 x1 Trinity Hospital - Ofc. Calhoun.
Anthony Angulard 1x°/Alpha
1930 Calling S.O. for Ambulance
1900 1x°/C To Medical code 3 in C
Veal Tyrus
2000 1954 Begin Fac. ct. comp@ 2015 8:15pm
A. 96 E. 65 I. 90
B. 89 F. 61 J. 68
C. 56 G. 47 14 Cells 41
D. 104 Max 34 Total 767
2010 Ofc Calhoun Unit 108 1015 x1 Now at Trinity Hospital

113

1-1-23 Control 1 D. TEL[illegible]

1-2-23 ~~Tx°/C to H~~

2042 Start pills for Fac. Comp@ 2350
A. 2050 2124 E. 2159-2215 I. 2243 2253
B. 2143-2153 F. 2215-2224 J. 2254 2303
C. 2124-2129 G. 2224-2240 cells
D. 2129 2140 Max 2303-2315

2154 Tx°/D To Infirmary

2200 Begin Fence Insp. Comp @ 2240

2242 Unit 8194 1084 x1015 x1 from Trinity ofc. Calhou[n]
/ I/M. Anthony Angulard

2328 Unit 8194 1081 x1015 w/ I/M. Anthony Angulard.

0015 Begin Fac. ct. comp@ 0040
- A. 97 E. 65 I. 90
- B. 89 F. 61 J. 68
- C 57 G 56 [5] Cells 41
- D 104 Max 34 Total 767

0200 Start Laundry Insp.@ comp 0215

0215 Tx°/Echo to cell 6 N/C - E 64 NK Cells 42
Jonathan Davis

0438 20 S.O. Trays Ready.

0445 Begin Fac. ct comp@ 502
A. 97 E. 64 I. 90
B. 89 F. 60 [1] J. 68
C. 57 G. 44 [17] cells 42
D 104 Max 34 Total 767

0509 C/O Pam off-Duty

January 2, 2023 A. Team CONTROL # 1

All officers present for shift roll call Except:
C/o Amanda Williamson (SICK)

Key Count:
5-22 K/S CTRL 4-2
7-8 CTRL 1-3
8-9 CTRL 2-1
Med-10 CTRL 3-1

Control 1

A-Team

January 2, 2023

0502 Count Started / Cleared @ 0522

A 97 E 64 I 90
B 89 F 60 (1) J 68
C 57 G 44 (17) cells - 42
D 104 MAX - 34 Total 767

0522 Unit # 33 10-8 S.O. w/ 20 trays c/o Washington

Pill Call Started / Comp: 0812 c/o Perkins

A 0636-0650 E 0621-0634 I 0533-0541
B 0654-0711 F 0736-0754 J 0541-0553
C 0602-0618 G 0736-0754 cells - 0755-0812
D 0712-0728 MAX - 0522-0524

0534 Chow Started / Comp: 0754

A 0636-0650 E 0621-0636 I 0542-0553
B 0654-0711 F 0736-0754 J - 0534-0542
C 0602-0618 G 0736-0754 cells - 0602-0615
D 0713-0735 MAX - 0602-0615

0539 Unit # (33) 10-81 S.O. c/o Washington

Laundry room inspection started / Comp: 0545 Sgt. Beason

0557 Unit # (6433) 10-8 10-15 x 7 D/O Workrelease c/o Washington

- Kenneth Woodruff (FishNet) - David Benoit (Haring Pride)
- Brandon Charpentier (Jena Metals) - Steven Cohen (CMI)
- Michael Syron (LA Dixie Ag) - Dwight Jefferson (CMI)
- Raymond Robbins (Harring Pride) Total 7

0602 Cell feed-up Started / Comp: 0615 c/o Robinson

0737 Count Started / Comp: 0819

A 97 E 64 I - 90
B 89 F 60 (1) J - 68
C 57 G 29 (32) cells - 42
D 104 MAX - 34 Total 767

0820 I/M (Jawan Gordon) from D-Dorm to E-Dorm
N/C D-103 N/C E-65

0835 Fence Inspection Started / Comp: 0847 Sgt. Beas

0956 Unit # 33 10-8 S.O. w/ 20 trays c/o Perkins

1015 Unit # 33 10-81 S.O. c/o Perkins

115

January 2, 2023 A-Team Ctrl 1

1050 Chow Started / Comp: 1327
A 1139-1201 E 1246-1304 I 1050-1100
B 1225-1246 F 1305-1327 J 1100-1108
C 1122-1139 G 1305-1327 cells-1120-1136
D 1202-1225 Max-1120-1136

1053 Jefferson L/P# (255684) 10-81 P/u (1) Dy. Lloyd

1057 I/m (Eddie Vance) from B-DORM to Transport
N/C B-88

1120 Cell feed-up Started / Comp: 1136 Sgt. Bloodsaw

1122 Jefferson L/P# (255684) 10-8. 10-15x1 (Eddie Vance) Dy. Lloyd
N/C Fac. 766

1156 Unit # (6433) 10-81 p/o workrelease c/o Washington

1327 Count Started / Comp: 1352
A 97 E 65 I 90
B 88 F 60(1) J 68
C 57 G 29(32) Cells-42
D 103 Max-34 Total 766

1543 CPSO L/P# (258957) 10-81 10-15x1 Back s/p Dy: Abshire
Kenneth Woodruff N/C Workrelease - 6

1545 Unit # (6433) 10-8 P/u Workrelease c/o Washington
I/m (Charles Nelson Jr) from Cell #4 to F-DORM
N/C Cells-42 N/C F-62

1604 Count Started / Comp: 1629 Lt. [signature]
A 97 E 65 I 90
B 88 F 61(1) J 68
C 57 G 37(23) cells-42
D 102(1) Max-34 Total 766

L/E 1550 I/m (Kenneth Woodruff) from G-DORM to Cell #6
N/C G-60 N/C Cells-43

1627 Unit # (33) 10-8 S.O. w/20 Trays c/o Herron
Lt. Guthrie called to say he'd be late (Radiator hose)

1652 S. Atkins on duty w/ 1 key

1654 count started & complete 1700 per sgt Beason

X X X X

116
~~SA~~
121

B-Team

C/O S. Atkins

2024 1-2-23
~~1654~~ SA count start - comp: 2049
A - 96 E - 65 ~~I 1720~~ SA I - 90
B - 88 F - 62 ~~J 1709 1720~~ SA J - 68
C - 57 G - 43(17) cell - 42(1)
D - 103 max - 34 total - 766

1709 Chow start - comp:
A 1928-1949 E 1816-1832 I 1720-1750
B 1907-1927 F 1754-1812 J 1709-1720
C 1949-2007 ~~G 1933-1938~~ SA cell 1732-1748
D 1842-1907 max 1732-1748 G - 2007 - 2035

LE 1700 Dixie A9 W/R 10-81 1015X1
1728 advised A+B to get laundry ready
1739 1X O/A to cell 4 N/C A-96 cells - 43
1 Marques Long
1800 #6433 1081 1015 XS W/R Washington
1826 code3 I
1834 code 4 I
1853 Pill call - comp: 2216
A 2049-2107 E 1947-1959 I 1853-1909
B 2000-2013 F 1939-1949 J 1911-1924
C 2109-2116 G 1933-1938 Cell 2118-2151
D 2015-2042 max 2152-2216
1918 B tv off per ofc Calhoun (turned off himself)
1933 People to pick up Calhoun on compound
1937 Calhoun off compound
SA ~~1X O/C to cell 6~~
1 ~~X~~
2057 Kenneth Woodruff already moved in books
2121 ofc Richie off compound
2201 Fence inspection - comp: 2233
2224 Cell shower
~~2235~~ ~~1X~~ 2I O/cell 1 to shower - comp: 2238
2239 2X O/cell 2 to shower comp 2314
~~2315~~ lights off A+B

117

~~1~~ 1-2-23 C/O S. Atkins B-Team

2314 2x ⁰/cell 2 shower - comp: 2336
2320 tv, phones off A+B
2338 2x ⁰/cell 2 shower - comp: 19
:11 Passing out new intake property I dorm
:22 count start - comp: 37

| | | |
|---|---|---|
| A - 96 | E - 65 | I - 90 |
| B - 88 | F - 62 | J - 68 |
| C - 57 | G - 52 (8) | cell - 43 |
| D - 103 | max - 34 | total - 766 |

1:05 2x ⁰/cell 3 to shower - comp: 141
1:30 interlock clean up - comp: 2:16
1:43 2x ⁰/cell 3 to shower - comp: 2:20
2:20 2x ⁰/cell 3 to shower - comp: 2:45
2:50 2x ⁰/cell 4 to shower - comp 3:38
3:40 2x ⁰/cell 4 to shower - 4:03
4:30 lights, tv, phones on
4:35 count start - comp: 4:45

| | | |
|---|---|---|
| A 96 | E 65 | I 90 |
| B 88 | F 61 (1) | J 68 |
| C 57 | G 41 (19) | cell 43 |
| D 103 | max 34 | total 766 |

5:10 S. Atkins off duty w/3 keys

January 3, 2023 A-Team Ofc. A. Williamson

0510 Keys

| | | |
|---|---|---|
| 5- 21 | Kit/s- 14 | Ctrl 2- 2 |
| 7- 8 | Med- 8 | Ctrl 3- 1 |
| 8- 9 | Ctrl 1- 2 | Ctrl 4- |

Count/cleared @ 0525

| | | |
|---|---|---|
| A- 96 | E- 65 | I- 90 |
| B- 88 | F- 61 [1] | J- 68 |
| C- 57 | G- 41 [19] | cells- 43 |
| D- 103 | Max- 34 | Total- 766 |

Laundry Room Inspection / comp: 0515 - Lt. Fortune

January 3, 2023 A-Team Ofc. A. Williamson
0526 Pill Call / comp: 0906 - C/o Perkins
A-0628-0654 E-0557-0613 I-0838-0846
B-0720-0746 F-0552-0557 J-0848-0906
C-0611-0628 G-0752-0812 cells-0530-0550
D-0655-0720 Max-0526-0529
0527 Unit #(33) 10-8 S/o 20 trays / RTN: 0541 - C/o Herron
0532 Unit #(3193) 10-8 10-15x6 W.R. D/o - C/o White
Brandon Charpentier - Michael Syron
Raymond Robins - David ~~Benoit~~ (AW) Benoit
Steven Cohen - Dwight Jefferson
0540 Chow / comp: 0812
A-0628-0654 E-0556-0611 I-0634-0641
B-0720-0746 F-0752-0812 J-0641-0651
C-0611-0628 G-0752-0812
D-0655-0720 Max/cells-0540-0600 - C/o Cagle / C/o Nelson
0608 Unit #(7612) 10-8 Concordia Women's P/u for Cat. Court
0621 Unit #(4968) 10-8 EBR P/u - C/o Johnson + C/o Smith
0639 Joseph Bertucci (cell 2) to Transport
0710 Unit #(8194) 10-8 10-15x1 EBR - C/o Atkins + C/o Poole
Joseph Bertucci (Freeman) cells 42 Fac. 765
0815 Count / Cleared @ 0836
A- 96 E- 65 I- 90
B- 88 F- 61 J- 68
C- 57 G- 27 33 cells- 42
D- 103 Max- 34 Total- 765
0820 Pulling for Cat. Court
Phillip Newman (cell #8) - Laudrick Pate (I)
Shaun Osteen (E)
Corey Street (G)
Charles Washington (E)
Zachary Williamson (cell #8)
Jeffery Wilkerson (E)
James Castleberry (B)
Brian Gilman (E)

January 3, 2023 A-Team Ofc. A. Williamson

0832 Unit#(2CH081441) 10-8 10-15x1 St. James - c/o Taylor
| Darnell Robertson
0839 Unit#(AW 8 3193) 10-81 W.R % - c/o White
0845 Unit#(7612) 10-8 10-15x9 - c/o Nelson / c/o Cagle
| (see Names @ 0820)
0846 1 out of A dorm to Dr. Call / RTN: 1004
| Phil Coleman
0851 3 out of B dorm to Dr. Call / RTN: ___
| Michael Soloman / RTN: 1049
| David Cozadd / RTN: 1049
| James Bartie / RTN: 1033
0856 1 out of B dorm to Dr. Call / RTN: ___
| Danny Thompson
0916 B dorm Inspection / comp: 0924
| Fence Inspection / comp: 0923 - c/o Robinson
| Cell Inspection / comp: 0933 - Lt. Fortune
0924 Kente Guidry (B) to Major's office / RTN: ___
| Unit #(3193) 10-8 10-15x1 Cat. Court % - c/o White
| Austin Bass (E)
0937 A Dorm Inspection / comp: 0951
0943 Unit#(3193) 10-81 Cat. Court. % - c/o White
0951 Ramon Rogers (E) to Transport
0958 I/M (Dwayne Jones) from Cell #9 to F N/c cells - 41; F - 63
1008 Unit#(3193) 10-8 10-15x1 Alexandria Bus Station - c/o White
| Ramon Rogers (Freeman) E 64 Fac 764
1015 Unit#(33) 10-8 S/o 21 trays / RTN: 1028 - c/o Perkins
1044 Unit #(6972) 10-8 10-15x1 Trinity Hospital - Lt. Spinks
| Danny Thompson (B)
1059 Chow / comp: 1334
| A-1205-1225 E-1129-1148 I-1059-1108
| B-1249-1316 F-1316-1334 J-1110-1118
| C-1148-1205 G-1316-1334
| D-1225-1249 Max/cells - 1100-1121
1102 Merchant Truck MS 4/P-081086A Driver-Marcellis 10-81

January 3, 2023 A-Team Ofc. A. Williamson

1223 Marques Long (cell 4) to Chaplin's Office / RTN: 1307

1224 Unit#(7612) 10-81 10-15x10 Cat. Court - c/o Cagle / c/o Nelson
(see names @ 0820)

1238 All Cat. Court ~~returned~~ returned (AW) to Dorms / cells

1259 1 out of B to Zoom / RTN: 1334
George Robinson

1300 Unit #(4968) 10-81 10-15x29 EBR - c/o Smith / c/o Johnson
Karlton Allen - Fredrick Norwood
Timothy Badon - Antonio Palmer
Lawrence Brooks - Johnnie Parker
Reginald Doucette - Rashad Peoples
Brandon Finnell - Ernest Richard
Devante Fisher - Jonah Salines
Tyrell Givens - Alfred Sullivan
Trumoney Harris - Phillip Templeton
David Hastings - JQuan Thomas
Keymontay Hebert - Darryl Variste
Lamard Jackson - Kyrek Webster
Hakeem Joseph - Morgan Wilkinson
Tavion Moore - Glen Wisham
Ronnie Morgan - Dashawn Wright
Christopher Mulder N/c Fac. [793] cells [70]

1305 Confirmed count 29 new intake - Sgt. Beason

1310 Unit#(8194) 10-81 EBR - c/o Atkins / c/o Poole

1313 Roll Call on new intake / comp: 1314 - Sgt. Beason

1317 James Castleberry (B) to Transport

1329 Unit#(7612) 10-8 10-15x1 S/o - c/o Cagle / c/o Nelson
James Castleberry B [87] Fac [792]

1343 1 new intake into E Dorm
Lamard Jackson E [65] cells [69]

1345 Count / cleared @ 1437

A- 96 D- 103 G- 34 (36) J- 68
B- 86 E- 65 Max- 34 cells- 41 (28)
C- 57 F- 62 I- 90 Total- [792]

January 3, 2023 A-Team Ofc. A. Williamson

1416 EBR Unit#(4434) 10-81 -Deputy Huff

1431 EBR Unit # (4434) 10-8 10-15x1 -Deputy Huff
| Jason Napper E 64 Fac. 791

1432 Chow for 29 new intake in G.P. Room

1508 CPSO L/P# (NO L/P) 10-81 P/u (1) Dy. House

1510 I/M (Richard Delgado) from E-Dorm to Transport
| N/C E-63

1525 CPSO 10-8 10-15x1 (Richard Delgado) Dy. House
| N/C Fac. 790

1530 New Intake Movements / comp: 1534 N/C cells 41
6 new intake into A Dorm N/C A 102
Tyrell Givens - Trumoney Harris
Fredrick Norwood - Antonio Palmer
Ernest Richard - J'Quan Thomas
2 new intake into D Dorm N/C D 105
Timothy Badon - Morgan Wilkinson
20 New intake into C Dorm N/C C 77
Karlton Allen - Lawrence Brooks
Reginald Doucette - Brandon Finnell
Devante Fisher - David Hastings
Keymontay Hebert - Hakeem Joseph
Tavion Moore - Ronnie Morgan
Christopher Mulder - Johnnie Parker
Rashad Peoples - Jonah Salines
Alfred Sullivan - Phillip Templeton
Darryl Variste - Kyrek Webster
Glen Wisham - Dashawn Wright

1534 Unit#(ACH081441) 10-81 10-15x1 St. James Court - C/o Taylor
| Darnell Robertson (G)

1538 Unit#(6972) 10-81 10-15x1 Trinity Hospital - Lt. Spinks
| Danny Thompson (B)

1557 Danny Thompson back into B Dorm

1558 1 out of A to Medical
| Drew Luker RTN: 1814

122

January 3, 2023 A-Team Ofc. A. Williamson

1631 2 out of B to G Dorm (AW) B n/c B 85 G 62

| Ronald Vincifora - Devante Cotlone

1656 Unit #(33) 10-8 S/0 21 trays / RTN: 1710 - c/o Perkins

1715 Count / cleared @ 1759

| | | |
|---|---|---|
| A- 101 | E- 63 | I- 90 |
| B- 85 | F- 62 | J- 68 |
| C- 77 | G- 38 [04] | Cells- 41 |
| D- 105 | Max- 34 | Total- 790 |

1735 Unit# (3193) 10-81 10-15x5 W.R. P/u - c/o White

1740 B Dorm Commissary / comp: ____

1755 Code 3 Medical - I Dorm

1757 Code 4 Medical - I Dorm

1803 c/o A. Williamson off duty

1803 ~~Chow~~ SA C/O S. Atkins on duty

1810 chow start - comp: 2056

| | | |
|---|---|---|
| A 1956-2025 | E 1849-1909 | I 1821-1833 |
| B 1939-1954 | F 1830-1849 | J 1810-1821 |
| C 2025-2043 | max 1810-1828 | cell 1810-1828 |
| D 1909-1932 | G 2014-2056 | |

1846 pill call start - comp: 2126

| | | |
|---|---|---|
| A 2012-(didn't call) | E 1957-2013 | I 1859-1912 |
| B 2014-2027 | F 1945-1957 | J 1846-1857 |
| C (didn't call)-2108 | G 1929-1932 | cell 21B-2126 |
| D 2027-2042 | max 1934-1944 | |

2001 N/A to infirmary - RTN: 2010

| Keondre Young

2055 count start - comp: 2111

| | | |
|---|---|---|
| A 102 | E 63 | I 90 |
| B 85 | F 63 | J 68 |
| C 77 | G 47 (15) | cell 41 |
| D 105 | max 34 | total 790 |

2109 Code 3 medical I

21:10 code 4 I

X X X X

123

1-3-23 C/O S Atkins B-Team
2148 1X O/ cell 12 N/C max-33
| Julius Bess
2149 3X I/A N/C A-105 cell-38 max-33
| Julius Bess (12) Demonte Dabon(6) Dabre Smith(6)
2152 1X O/cell 6 to F N/C F-64 Cell 38
| Johnathan Davis
2156 1X I/E from cell 14 N/C E-64 max-32
| Christopher Johnson
2157 4X I/C from cell 12 N/C C-81 max-28
| Kamayrion Glasper Terrian Harton
| Marquel Jones Reginald Rheams
2226 Fence inspection - comp: 2241
2239 C-dorm round
2240 lights, tv, phones off A+B
2255 2X O/C to E N/C C-79 E-66
| Jonah Salines, Christopher Maulder
2314 A dorm rounds
2318 D-dorm rounds
2318 J-dorm rounds
2320 1X O/D to infirmary RTN 2346 (Eddie Harper)
2330 code 3 C
2335 code 4 C
2349 1X I/E New intake N/C E-67 FC-791
| Howard Morgan
2350 1X O/C to infirmary RTW: 19
| Hakeem Josphe
1209 HPD 10-8 Abshire
:18 2X O/ cell 4 to shower - comp :41
:19 1X O/C to D N/C C-78 D-106
Hakeem Joseph
:41 2X O/cell 4 to shower - comp 118
1:03 Count start - comp: 130
| A105 C78 E67 G50 (12) I90 cell 38
| B85 D106 F64 max28 J68 total 791

1-4-23 C/O Atkins B-Team

114 2X O/cell 4 to Shower-comp. 1:56

257 laundry inspection-comp. 2:58

3:34 count start-comp 3:49

| | | |
|---|---|---|
| A 105 | E 67 | I 90 |
| B 85 | F 64 | J 68 |
| C 78 | G 58(4) | cell 38 |
| D 106 | max 28 | total 791 |

401 4X O/A to court N/C 101[4]

Dalton Saucier Christopher Scaife Damarcus McNeal Eliya Ndizihiwe

401 2X O/A to dentist N/C 99[6]

Tyrus Mason Demonte Washington ~~99~~ [6]

406 1X O/J to hospital N/C 67(1)

Trashaun Mason

~~1X O/J to dentist N/C~~ SA ~~66(2)~~

~~Jordan Williams~~ (refused last minute, wasn't notified)

408 1X O/B to court N/C 84(1)

Jamie Scarbough

~~1X O/B to dentist~~ SA

~~Bradley Trahan~~

434 1X O/C to court N/C 77(1)

Dean Walton

425 1X O/D to court N/C 105(1)

~~Jamie Scarbough~~ SA Tony Archie

2X O/D to dentist N/C ~~T~~ SA 103(3)

Quincy Garayer Joshua Shields

433 2X O/E to dentist N/C 65(2)

Joshua Glover Shaun Osteen

447 1X O/F to court N/C

Troy Davis

1X O/F to dentist N/C

Johnathan Davis

450 1X O/G to dentist N/C

Darryl Russ

125

1-4-23 Atkins B Team

404 | 1x O/I to dentist N/C 89(1)
| Ramsay Joseph
450 | ~~2x~~ 8(4) 1x O/cell 7 to hospital N/C
| Roger Wilson
(4) | 3x O/B to dentist N/C 81(4)
| William Newton Shaun Plank George Robinson
5:10 | S. Atkins off duty
0510 | C/O Cummings on duty
0510 | Count ; Clear @ 0531

| | | |
|---|---|---|
| A: 101[4] | E: 65[9] | J: 67[1] |
| B: 81[4] | F: 61[3] | Cells: 38 |
| C 77[1] | G: 43[19] | Max: 28 |
| D 103[3] | I: 89[1] | Total: 791 |

0524 | Unit 39 10-8 10-15 2x St. Mary (Smith/Mike)
| Damarcus McNeal - A
| Jamie Scarbough - B
0536 | Unit 3193 10-8 10-15 1x W.R. (White)
| Brandon Charpentier
| Michael Syron
| Raymond Robins
| David Benoit
| Steven Cohen
| Dwight Jefferson
0542 | Cell feed ; Comp @ 0554
0544 | Unit 8194 10-8 10-15 12x Dentist (Taylor/Atkins)

| | |
|---|---|
| Tyrus Mason A Rtn 1242 | Darryl Russ G |
| Jonathan Davis F | Ramsay Joseph I |
| Quincy Grayer D | William Newton B Rtn 1247 |
| Joshua Shields D | Demonte Washington A Rtn 1242 |
| Joshua Glover E | Shaun Plank B Rtn 1247 |
| Shaun Osteen E | George Robinson B Rtn 1247 |

0548 | Unit 7612 10-8 10-15 1x EBR, Livingston (Cagle/Nelson)

| | | |
|---|---|---|
| Dalton Saucier A | Troy Davis F | N/C A-103 |
| Christopher Scaife A | Ndizihiwe Eliya A | F-63 |
| Tony Archie D | Walton Deon C | fac. 788 |

126

1-4-23 Control 1 C Team

0550 Unit 33 10.8 CPSO 20 trays (Cummings)/10.81 0600

0557 Chow; Comp @

C 0557-0615 E 0733-0754

A 0615-0630 F 0756-0807

D 0647-0709 G 0756-0807

B 0714-0733 I 0817

0557 Pillcall; comp @ 0939

C 0557-0615 E 0733-0754 cells 0832-0855

A 0615-0630 F 0756-0816 I 0857-0925

D 0647-0714 G 0816-0821 J 0925-0939

B 0714-0733 Max 0824-0831

0620 Pulling Ship List; EBRTWP

Dearrion Jones I

Nicholas Matthews B

Jordan Mitchell J

Delance Patterson I

Ryan Dauphrine cell 2

Ron Singleton cell 12

Cebari McGarr G

0630 Code 3 C

0634 Unit 4968 10.8 Caddo P/u (James/Simmons)

0644 1x°/C to cell 6

Brandon Finnell N/C C-77 Cells-39

0711 Unit 6972 10.8 10.15 1x Lasalle General (Poole)

Trashaun Mason J

0711 1x°/C to A

Lawerence Brooks N/C A-104 C-76

0811 Louisiana Workforce #380FBA 10.81 P/u (meyers)

0820 Count; clear @ 0845

A 100 4 E 65 2 J 66 2

B 80 5 F 61 2 Cells 38 1

C 75 1 3 G 26 36 Max 27 1

D 103 3 I 87 3 Total. 788

1-4-23 Control 1 C Team

0830 La. Workforce 10-8 10-15 7x TWP meyers
See names @ 1020
N/C B-84 | G-61 | I-88 | J-67 | Cells-38 | Max-27
fac-781
0838 Unit 3193 10-81 W.R. (white)
0900 1x°/B to cell 6
Cameron Morgan N/C B-83 Cells-39
0903 Code 3 I - medical, code 4 @ 0924
0905 Unit 3193 10-8 10-15 2x CPSO (Preclass) (White)
George Hardy - cell 6 Rtn 1036
Michael Johnson - I Rtn 1036
0910 Jefferson Parish #256103 10-81 10-15 1x (Wilkerson)
Eddie Vance N/C fac-782 ~~cell~~ B-84
0934 Commissary Truck #34167583 10-81 (Millhause) | 0945 10-8
0934 1x°/cell 9 to zoom court Rtn 0949
Wesley Parker
0955 Unit 33 10-8 CPSO 20 trays (Cummings) / 1012 10-81
1000 Unit 6972 10-81 10-15 1x LGH (Poole)
See name @ 0714
1010 1x°/I to cell 12
Paul George N/C I-87 Max-28
1014 1x°/A barber; Rtn 1212
Dondrick Caine
1030 1x°/ cell 12 to cell 6
Paul George N/C Max-27 Cells-40
1035 Cell feed; Comp @ 1047
1050 Auto-Chlor #39216954 10-81 (Brandon) / 10-8 1136
1051 Chow; comp @ 1247
C 1051-1107 I 1130-1140 G 1222-1247
A 1107-1123 B 1144-1201
J 1123-1129 E 1201-1221
D 1123-1140 F 1222-1247
1054 Calcasieu 4/P 258262 10-81 P/u (Srg. Lavaté) / 10-8 11:03
1158 1x°/Cell 6 to I
Paul George N/C Cells-39 I-88

128

Control 1 C-Team

1-4-23

1206 1x°/Cell 7 to booking
↓ Roger wilson
1219 Unit 8194 10.81 10.15 12x Dentist (Atkins/Taylor)
↓ See names @ 0544
1244 Unit 8194 10.8 10.15 1x Vidalia Cardiologist (Poole/Taylor)
Roger wilson
1253 Commissary cells & comp @
12~~3~~0 Count & clear @ 1322

| | | |
|---|---|---|
| A 99[5] | E 67 | J 67 |
| B 83' | F 62' | Cells 38' |
| C 75' | G 27[34] | Max 27 |
| D 105' | I 87' | Total 782 |

1320 Laundry room insp. & comp 1325
1323 Fence Insp Comp 1336
1326 Unit 4968 10.81 10.15 17x Caddo (James/Simmons)

| | |
|---|---|
| Ardis K'daydrain | Lee fountain |
| Charles Baylor | Marco Howard |
| Salvador Bolden | Dustin Moore |
| Jodie Brazzell | Marlon Otis |
| Jacob Cannon | Roger Pickens |
| Kelvionne Chism | Eric Stump |
| Frank Coker | Christopher Watson |
| Raydacio Cooper | Jerome William |
| Charles Williams Jr. N/C | fac. 799 / cells: 56 |

1341 3x°/A to medical
Davonte Walker
Eric Robertson
Christopher Walker
1344 Confirmed count 17 new intake
1428 17 new intake to Chow
1434 Unit 3193 10.8 P/u W.R. (White)
~~1443 Unit 8193 to~~ CC
1454 Unit 6972 10.8 10.15 1x Trinity (Atkins)

120

1-4-23 Control 1 C-Team

1457 1x °/ Cell 3 to booking
↓ Tyler Pool
1508 Unit 39 10.81 10.15 2x St. mary (Johnson/smith)
1516 Unit 8194 10.81 10.15 1x Vidalia Cardiologist Poole/Taylor
↓ see name @ 0544
1525 1x new intake cell 2
↓ Christopher Watson N/C Cells 56
1537 1le new enter J
↓ see names @ 1326 N/C J.83 Cells 40
1600 1x °/ J to cell 12
↓ Clevon Thompson N/C J.82 / Max. 28
1638 Unit 33 10.8 CPSO 20 trays (Washington) / 1081 0800
1650 Unit 7612 10.81 10.15 3x EBR (Cagle/Nelson)
See names @ 0548
1650 Count; Clear @ 1723 Control 1 c/o Pam D-TEAM

| | | |
|---|---|---|
| A 103 | E 67 | J. 82 |
| B. 84 | F 62 | Cells: 40 |
| C 75 | G: 32 29 | Max. 28 |
| D 105 | I: 88 | Total 799 |

1725 1x F/A from Court
↓ Eliya Nozihwe
1733 1735 3193 10 8/14 1015x w/Release
1735 Start cell + Max feed up. 1754
1751 1x °// Max to E = N/C Max 27 N/C E 68
↓ Joseph Edwards
1756 3x °/ max to I N/c Max 24 N/c I 91
↓ Cody Right
Lenny Reaux
Li'l Henry McGee
1806 1x °/ Cell 4 to A 105 N/c Cells 39 39
, Marquese Long
1805 180 Start Pills Fac 9:30
↓ A 1847-1900 B. -1954 C 1805-1815 D 1816-184-
E. 1904-1930 F 1931-1954 G 2000-2028 I 2028 J. 2120
2125-2130

Control 1 D

15:23

1812 Begin Fac. chow ~~200~~ 2011
A. 1813-18 30 E. 1933-1945 I 1705-1717
B. 1835-1854 F 1950-2011 J 1659-1704
C. 1855-1910 G. 1950-2011
D 1900-1931 ~~Max~~

★ 1838 1x°/G to Max 11 N/C G [160] W/C Max [25]
1 ~~Donnel~~ Darnel ~~Robinson~~ Robertson from Hospital
2006 Begin Fac. ct 1x°/A to cell 4 Comp@ 2043 8:43 pm Marquese Long. N/C A [104] N/C Cells [40]
— A. 103 E. 68 I. 91
— B. 84 F. 63 J. 82
— C. 76 G. 43 17 Cells [40]
— D. 106 Max 25 Total [799]
~~2x°/C to~~
2114 2x°/C to B. N/C C [74] N/C B [86]
1 Rashad Peoples
— 2. Johnnie Parke
2119 Start Showers, 5, 6, 7 refused 8, 9
2135 Starting cell clean up; 1, 2, 3, 4, 6, 7 refused 8, 9. 10 refused
2140 Begin Fence Insp. Comp@ 2220 Lt. Prince
2306 Making Fac. Rds. comp@ 2337
1205 1x°/C to Cell 12 N/C. C [73] N/C Max [26]
1 Quimont Gross
1224 1x°/D to Freeman N/C D [105] W/C Fac [798]
1 Michael McConnaughey

0032 1x°/I to Freeman I N/C [90] New Fac. ct [797]
Joseph Ramsay

131

1-5-23

Control 1 D.

~~0240~~ 1241 Begin Fac-ct comp@0110 1:10 am

A. 104 E. 68 I. 90

B. 86 F 63 J. 82

C. 73 G. 51 9 Cells 40

D. 105 Max 26 Total 797

0230 Laundry Ins comp@ 0240 Sgt. Ladd

0310 Begin Fac. ct comp@ 0325

A. 104 E. 68 I 90

B. 86 F. 63 J. 82

C. 73 G. 56 4 Cells 40

D. 105 Max 26 Total [797]

0340 Pulling ct People

4x court.

A. Joshua Reed E. Marquise Craig

C. Reginald Doucette } EBR

E. Peter Hinkle

G. Cory Anderson St. John

0340 2x Hospital

B. Willie Johnson Lady of Lakes

Cell 2 Christopher Watson ~~Lady of Lake~~ E A Conway

0340 4x pk all

C. Devante Fisher

Cell 3 Tyler Pool

I Justin Webb

I Joshua Curry

0400 Code 3 Medical I DORM

0451 1x O/J to I N/C I [91] N/C J [81]

Lee Fountain

0500 1x O/I to cell 12 N/C I [~~90~~] N/C Max [27]

0513 Begin Fac. ct. 1x comp@ 0533

A. 103 1 E 66 2 J 81

B. 85 1 F 62 1 Cells 38 2

C. 71 2 G 40 20 Max 27

D 105 I 88 2 Total [797]

0520 C/O Pam off duty

132

1-5-23 Control 1 C-Team

0520 C/o Cummings on duty
0530 Unit 3193 10.8 10.15 6x W.R. (White)
Brandon Charpentier
Michael Syron
Raymond Robbins
David Benoit
Steven Cohen
Dwight Jefferson
0548 Unit 33 10.8 CPSO 20 trays (Washington)/10.81 0619
0549 Unit 8194 10.8 10.15 1x St. John (Poole/Atkins)
Corey Anderson G
0551 Cell feed ; comp @ 0556
0547 Unit 7612 10.8 10.15 8x EBR (Smith/Mike)
Justin Webb I — Peter Hinkle E
Joshua Curry I — Craig marques E
Tyler Pool cell 3 — N/C. C.72 / cells.39 / I.88
Devante Fisher C — fac.79 / A-103 / E.67
Joshua Reed A
Reginald Doucette C
0605 chow ; comp @
F 0605.0618 A 0711.0733 J
E 0618.0635 C 0734.0749
B 0635.0651 G 0749.0804
D 0651 0711 I
0605 Pillcall ; comp @
F 0605.0621 Cells 0756.0815
E 0621.0640 Max 0815.0825
B 0650.0700 G 0825.0838
A 0701.0755 J 0847
0606 Unit 6433 10.8 10.15 1x OLOL (~~Poole~~ Taylor/Cooper)
Willie Johnson B
0640 Unit 4968 10.8 EBR P/u (James/Simmons)
0640 Code 3 medical Max
733 1x I/A to medical
Lamare Jones

133

1-5-23 Control 1 C-Team

0804 Unit 7612 10-8 Concordia P/u female (Cage/Nelson)
0808 Kitchen trash run; Comp
0820 Electricity off @ Compound
0820 Count; Clear @ 0912

| | | |
|---|---|---|
| A · 103 | E 66' | J · 81 |
| B · 85' | F 62' | Cells · 39 |
| C · 71' | G 24 36 | Max · 27 |
| D · 105 | I · 88 | Total - 791 |

0837 Lights back on @ facility
0859 Lamm Truck L/p #L780337 10-81 (Ron)
0921 Pulling Catahoula Court;
Zanterrious Major - E
Floyd Humphrey - E
Trampas Barton - F
Roger wilson - Cell 7
Kenneth Woodruff - Cell 6
Brian Gilman - E
Howard Morgan - E

0938 A yard L/S 1043
0940 D yard L/s 1030
0953 1x o/ A to DB court
Damien Kelly
1003 Unit #33 10-8 S/O 19 trays Sgt. Bloodsaw
1014 Unit #33 10-81 S/O trays Sgt. Bloodsaw
1016 Unit #7612 10-8 S/O 10-15 x7 Mag. Cagle/Nelson
1024 1x o/B to DB Court Kente Guidry
1026 Cell feed up. Comp. @ 1045
1029 1/x B/cell 4 from Med.
1042 1x o/ D to A
Tony Archie N/C D·104 A·104
1047 Chow; comp @ 1246
E 1047 · 1104 A 1119 · 1139 D 1157 · 1221 G 1221 · 1246
C 1104 · 1119 B 1139 · 1157 F 1221 · 1246

Control 1 C Team

1-5-23

1121 1x°/ A to medical Rtn 1126
Keondre Young
1152 Unit 7612 10-81 10-15 Lex CPSO (Cagle/Nelson)
See names @ 0921
1206 Unit 3193 10-81 W.R + Errands (White)
1210 Unit 7612 10-8 CPSO (Cagle)
1210 Commissary A dorm
1224 Unit 7612 10-81 10-15X1 (Cagle/Nelson)
1245 Unit 7612 10-8 Concordia D/o female (Cagle/Nelson)
1250 Count ; clear @ 1332

| | | |
|---|---|---|
| A · 104 | E · 66 | J · 81 |
| B · 85 | F · 62 | Cells · 39 |
| C · 71 | G 25 / 35 | Max · 27 |
| D · 104 | I · 88 | Total · 791 |

1341 Unit 4968 10-81 10-15 21x EBR (James/Simmons)

| | |
|---|---|
| Antonio Allen | Demarques Mitchell |
| Joshua Beck | Darral Norwood |
| Jonathan Cook | Michael Powell |
| Yancy Dubose | Toby Robinson |
| Jarrett Edwards | Carlis Robinson |
| Titus Green | James Veals |
| Joshua Hills | Shyron White |
| Nicholas Hagan | Darrell Williams |
| Kiwon Johnson | Vernon Williams |
| Bryan McCauley | Aaron Young |
| Darryl Miles | |

N/C fac · 812 Cells · 60
1346 Confirm Count 21 on bus
1353 Roll call new intake 21x accounted for
1400 1x°/ Cell 1 to F
Cody Segura N/C Cells · 59 F · 64
1417 Unit 6433 10-81 10-15 1x OLOL (Taylor/Coper)
Willie Johnson
1454 Unit 8194 10-81 10-15 1X St. John (Poole/Atkins)
See names @ 0549

1.5.23 Control 1 C Team

1524 1x °/ Cell 5 to F
Eric Burnaman N/C Cells.58 F.65
1525 1x new intake to cell 5
Demarques Mitchell Cells.58
1531 Unit 39 10.81 10.15 3x EBR (Smith/Johnson)
see names @ 0547
1539 2x new intake D
Kiwon Johnson
Darell Williams N/C Cells.56 D.106
1543 1x new intake to cell 1
Michael Powell N/C Cells.56
1545 17x new intake to C
see names @ 1341 N/C C.89 Cells.39
1552 4x °/ D to A
Jordan Pugh
Terrell Jones
Jacoby Fields
Percy Heard N/C D.102 A.108
1559 Code 3 A
1600 1x °/ A to Cell 4
Jordan Pough N/C A.107 Cells.40
1630 1x °/ Cell 4 to cell 13
Jordan Pough N/C Cells.39 Max.28
1640 1x freeman °/ F Trampas Barton CPSO P/U
N/C F.64 Fac.811
1700 C/O Cummings off duty
C/O Pam on Duty
Begin C.A. Be

1-5-23 Control 1 D-TEAM

1200 C/O Pam on Duty
1700 Begin ct Fac. comp@ 1740
A. 107 E. ~~85~~ 68 I 88
B. 86 F. 63 J 81
C. 88 G. 34 26 Cells 39
D. 102 Max 28 Total 812
1745 S.O Trays Ready
1726 I/m Marques Craig added back on count returned from EBR court N/C E.68 fac. 812
1730 Unit 3193 108/x105 8 5 W/Relea white
1740 Barlow Taking 20 S.O. Trays
1752 ~~1x°/cell 4~~ 1x°/C to D N/C C 88 N/C D 103 Reginald Doucette
1755 Begin Fac. chow Comp@
— A. ~~1826~~-1848 E. 1946-2011 J 1715-1724
— B. 1922-1945 F. 2011
— C. ~~1804~~ 1804-1826 G. ~~49~~ 2011
— D 1852-1918 I 1707-1715
1755 Darnell Robinson Refuses food
1730 Cell + Max fed up. - Comp. 1801
1740 2x°/I to G. N/C I 86 N/G. 162
Lee Andrew Evans
Derrick Ceaser
1820 ~~Mrs Micheal Hardy Left~~ ~~empd~~ Ms Michelle Hardy
1820 Start pills in Max + cells Comp. 1836 Clear fac 2214
A. 2052-2105 E. 1906-1922 J. 2200-2214
B. 2106-2130 F. 1837-1904 Cell on A+B Hall-2005-
C. 2023-2050 G. 1945-2004
D 2122-2136 I 2152-2200
1920 Code 3 C
1935 1x°/C to cell 3 N/C C 87 N/C. cells 40
Erin Young Ofc. Downs
2016 2x°/C to 12 N/C C 85 N/C Max 30
Wesley Turner
DeShaun Wright

137

1-5-23
1-6-23

Control 1 C D. TEAll

2040 1x°/C to Cell 6 N/C - [84] N/C - Cells [41]
Shyron Wright White CBR
2045 Begin Fac - ct comp@ 2130 9:30pm
A. 107 E - 68 I. 86
B. 86 F. 64 J. 81
C - 84 G. 44 18 cells 41
D. 103 Max 30 Total [812]
2144 Start cell Showers, 4, 12
2159 ~~Cell~~ clean ups
2159 Interlock clean ups B, C, D, E, F, I, J
2220 Darnell Robertson cell 11 refused pills. Meds
2x°/A ~~to Block~~ to Delta N/C A [105] N/C D [105]
Jacoby Wilson DOC
Julius Knox DOC
2300 2x°/C to Alpha N/C - C [82] N/C - A [107]
~~Antonio~~ Yancey Debose
Antonio Allen
2349 Code 3 cell 2 Seizure
0009 Begin Fac. ct - comp@ 0035
A. 106 E. 68 I. 86
B - 86 F 64 J. 81
C - 82 G. 55 Cells 40
D. 105 Max 30 Total 812
0046 Begin Fence Insp@ comp@ 0117
0114 Ofc. Dudley off compound
0100 Laundry Ins com@ 0113
0206 Code 3 in Charlie
0236 ~~2x°/c to cell 11~~ 4x°/C to Cell 11 & 12 ~~N/C [98]~~ C 78 Max [34]
Johnathan West 11 David Hasting 12
~~2x°/C to 12~~ Kahil Anderson 11 Reginald Rheams 12
0236 4x°/C to Max N/C C [78] N/C Max [34]
2 cell 11, Johnathan EGR West, Kahil Anderson
2 - Cell 12, David EGR Hastings, Reginald Rheams

D
0256 2x o/c to D N/c C [76] W/c [107]
Darryl Miles
Khalil Anderson
0305 Begin Fac. ct Comp@ 0325
A. 107 E. 68 I. 86
B. 86 F 64 J. 81
C. 75 G. 57 Cells 41
D 107 Max 34 Total [812]
0317 CPSO 1081x1015x1 W/M New Intake Dominique Washington
0322 CPSO off cmpd
0335 1x o/Into Charlie N/C C [77] Fac. [813]
Dominique Washington
0429 1x o/c to Bravo N/c C [76] W/c B [87]
Tyrex Webster
0400 Pulling Court
0437 3x o/A Albert Curry, Eliya UDiziHiwe, Dogan Trusell
1x o/E Craig Marquise
1x o/C Miller Andre
1x o/D Pratt Frederion
Cell 4. Jermaine B Jordon
1x o/F Hospital Darren Brown
0450 C/o Pam off Duty
January 6th 2023 A-Team Ofc. A. Williamson
0450 C/o A. Williamson on duty
Keys
5- 21 Kit/s - 14 Ctrl 2-2
7- 8 Med- 8 Ctrl 3-1
8- 9 Ctrl 1-2 Ctrl 4-0
Count/Cleared @ 0517
A- 104 E- 67 I- 86
B- 87 F- 62 J- 81
C- 75 G- 46 Cells - 46
D- 106 Max - 34 Total- [813]
Laundry Room Inspection/ comp: 0454 - Lt. Fortune

January 6, 2023 A-Team, Ofc. A. Williamson
0451 Unit #(2CH081441) 10-8 10-15x1 LSU Shreveport - C/o Johnson C/o Smith
Darren Brown (E)
0528 Unit #(33) 10-8 S/o 21 trays / RTN: 0541 - C/o Perkins
0537 Unit #(3193) 10-8 10-15x4 Work Release P/o - C/o White
Michael Syron - Brandon Charpentier
Steven Cohen - Dwight Jefferson
LE 0521 Pill Call / comp: ~~0818~~ (AW) 0908 - C/o Herron
A-0642-0702 E-0605-0625 I-0539-0550
B-0730-0754 F-0755-0818 J-0521-0539
C-0627-0642 G-0755-0818
D-0702-0730 Max/Cells-0823-0908
0539 Chow / comp: 0825
A-0642-0702 D-0702-0730 G-0755-0825
B-0730-0754 E-0605-0625 I-0546-0557
C-0627-0642 F-0755-0825 J-0539-0546
0541 Cell feed up / comp: 0600 - C/o Washington
0546 Unit #(6433) 10-8 10-15x6 EBR - C/o Cagle / C/o Taylor
Albert Curry (A-P/A) - Eliya Nidizihiwe (A-P/A)
Trussell Dogan (A) - Marquise Craig (E)
Andre Miller (C) - Frederion Pratt (D)
A [105] Fac [811]
0604 Unit #(8194) 10-8 10-15x1 Lake Charles Court - C/o Poole
Jermaine Jordan (cell #4)
0615 Unit #(6972) 10-8 Southwest P/u - C/o James / C/o Cooper
0618 Code 3 I Dorm / Code 4 @ 0622
0630 1 out of I to cell #4
Kelvin Stampley I [85] cells [42]
0635 1 out of I to cell #9
Lankston Hebert I [84] cells [43]
0710 C/o L. Cassels called and informed C/o A. Robinson
she wouldn't be in today, has to get her car fixed
Fence Inspection / comp: 0717 - Sgt. Beason
0717 Trash Inspection / comp: 0718 - Sgt. Beason
0718 Parking Lot Inspection / comp: 0720 - Sgt. Beason

January 6, 2023 A-Team Ofc. A. Williamson
0721 Unit # (3193) 10-81 Work Release %/ - c/o White
0741 Unit #(3193) 10-8 10-15x2 Haring Pride - c/o White
Raymond Robins - David Benoit
0810 Count/Cleared @ 0836
A- 104' E- 67' I- 84
B- 87 F- 62² J- 81
C- 75' G- 26³⁶ cells- 42
D- 106' Max- 34 Total- 811
0849 B Dorm Yard / comp: 0952
0902 Issac Harris (B) to Medical / RTN: 0913
0903 Lankston Hebert (cell #9) to I %/cells 42 I 85
0909 Medical Waste Management 4P C845407 10-81
0925 Tyler Turner (A) to Medical / RTN: 0944
0933 D Dorm to Yard / Comp: ____
1025 Cell # 5 got tray
1041 Unit #(33) 10-8 %/ 20 trays / RTN: 1100 - c/o Herron
1113 Cell feed up / comp: 1122 - Lt. Fortune
LE 1105 Chow / comp: ____
A- 1206 - 1223 E- 1145 - 1206 I- 1108 - 1114
B- 1246 - 1301 F- 1302 J- 1118 - 1128
C- 1127 - 1144 G- 1302
D- 1223 - 1246
1228 E Dorm to Commissary / comp: 1336
1247 Charlie Hill (cell #13) to Medical / RTN: 1256
1300 unit #(6972) 10-8 10-15x6 Southwest P/u - c/o James / c/o Coppe
Mercedes Burnell - Demario Grant
Lucian Jackson - Phillip Newton
Jason Richard - Rickey Wesley
Fac %/c 817 cells 48
1304 Count / Cleared @ 1345
A- 104' E- 67' I- 85
B- 87 F- 61³ J- 81
C- 75' G- 25³⁷ cells- 41⁷
D- 105² Max- 34 Total- 817

January 6, 2023 A-Team Ofc. A. Williamson

1312 Roll Call confirmed on 6 new intake everything Cody

1323 1 out of cell 1 to Booking

| Michael Powell

1342 Unit#(6437) 10-81 10-15x4 EBR Court - c/o Taylor / c/o Cagle

| See names @ 0546

LE 1326 Unit# (6974) 10-8 10-15x1 EBR P/U - c/o James

| Michael Powell n/c cells 41 Fac. 816

1406 1 back in A Dorm from EBR Court

| Trussell Dogan

1416 Unit#(2CH081441) 10-81 10-15x1 LSU Shreveport - c/o Johnson c/o Smith

| Darren Brown (F)

1430 Unit#(3193) 10-8 Work Release P/U - c/o White

1439 Unit#(8194) 10-81 10-15x0 Lake Charles Court - c/o Poole

| Jermaine Jordan (cell #4) stayed n/c cells 40 Fac 815

1440 New Intake into Dorms

- Burnell, Mercedes (B) — Richard, Jason (B) ~~B~~ cell 1
- Grant, Demario (B) — Newton, Phillip (I)
- Jackson, Lucian (B) — Wesley, Ricky (I)

N/c B- 90 N/c I- 87 N/c Cells - ~~39~~ 41

1443 Sysco L/P#(I668012) 10-81 kitchen s/p Driver: Dexter

1449 Sysco 10-8 kitchen s/p Driver: Dexter

1528 I/M (Jason Richard) from B-Dorm to Cell #1

| N/c B- ~~90~~ 89 / 90 (AW) N/c cells - ~~39~~ ~~40~~ 41 (AW)

1604 Count/cleared @ 1653 [signature]

| | | |
|---|---|---|
| A- 105 | E- 68 | I- 87 |
| B- 90 | F- 63' | J- 81 |
| C- 76 | G- 31 (31) | Cells- 40' |
| D- 107 | Max- 34 | Total- 815 |

1633 Unit#(33) 10-8 S/O 20 trays / RTN: 1647 - c/o Herron

1702 C/o A. Williamson off duty

1-6-23 C/O S. Atkins B Team

1702 C/O S Atkins on duty

1706 Cell feed up Start - comp: 1727

142

1-6-23 c/o S. Atkins B Team

1846 Chow start - comp: 2111
A 1918-1936 D 1937-1959 G 2049-2111
B 2001-2023 E 2024-2045 I 1715-1725
C 1902-1917 F 1846-1900 J 1704-1713

1721 #3193 1081 1015 XS w/R White

1839 Pill call - comp: 2144
A 2037-2043 E 1938-2008 I 1906-1917
B 2109-2122 F 2143-2144 J 1856-1908
C 2028-2035 G 1839-1845 Cell 2013-2028
D 2053-2107 max 1900-1936

1732 1081 1015 X1 Dixie AG

1758 called for traffic out front

1815 1X O/C to cell 14 U/C C-75 max-35
Demessell Dangerfield

1822 10-81 Church Norman Bryant

1823 radioed to let them know Bryant is waiting out back

1828 ~~CT5C~~ LA27988 HPD 1081 1015 X1 new intake ofc Beason
Logan Loftan

1829 1X O/C to B U/C C-74 B-91
Dominic Washington

1830 #LA27988 1081 1015 XO from EBR James/Cooper

1834 1X O/C to B U/C C-73 - B92
Roderick Poindexter

1828 2X O/C to cell 12 U/C C-71 max-~~43~~ 37
~~Qumonta Gross~~ Keynontay Herbert Javonta Brooks

1845 1X I/E new intake U/C E-69 FC-816
Logan Loftan

2109 count start - comp: 2146
A 105 E 69 I 87
B 92 F 64 J 81
C 71 G 47 15 cell 41
D 107 max 37 total - 816

1905 Fence inspection - comp: 1920

143

1-6-23 C/O S. Atkins B-Team

2030 2X O/I to medical N/C 852

2110 10-8 Church Norman Bradey

2112 2X O/I from infirmary N/C 87

2233 1X O/12 to C N/C C-72 max-36

| Qumonta Cross

2233 1X O/12 to A N/C A-106 max-35

| Cleo Crutchfield

2237 3X O/12 to I N/C I-90 max-32

| Clevon Thompson, Derek Ambo, Rolie Anderson

2248 1X O/11 to cell 12 count same

| Khalil Henderson

2250 lights off A+B

2310 1X O/B to cell 5 N/C B-91 cell-42

| Roderick Poindexter

2323 1X O/cell 14 to cell 12 count same

| Demessrell Dangerfield

2334 2X O/cell 2 to shower-comp :02

2335 laundy inspection - comp: 2341

:10 1X O/cell 2 to shower-comp :30

:31 1X O/cell 2 to shower-comp :41

:43 2X O/cell 3 to shower-comp 1:12

:43 count start-comp 106

| A 106 | E 69 | I 90 |
|---|---|---|
| B 91 | F 64 | J 81 |
| C 72 | G 566 | cell 42 |
| D 107 | max 32 | total 816 |

1:13 2X O/cell 3 to shower-comp 145

1:48 2X O/cell 3 to shower - 236

236 1X O/cell 3 to shower - comp - 252

252 2X O/cell 4 to shower - comp: 352

316 1X O/A to cell 5 N/C A-105 cell-43

| Tyrus Mason

430 lights on A+B

144

1-7-23 C/O S. Atkins B Team

~~432~~ count start - comp: 446

A 105 E 69 I 90
B 91 F 64 J 81
C G 50[12] cell 43
D Max 32 total 816

455 1X O/A to cell 5 N/C A-104 cell-44
Harry Hail C

5:12 S. Atkins off duty w/ 2 Keys

January 7, 2023 A-Team Ofc. A. Williamson

0512 C/O A. Williamson on duty 2 Keys + pill call Keys

Keys

| | | |
|---|---|---|
| 5-21 | Kit/S-14 | Ctrl 2-2 |
| 7-8 | Med-8 | Ctrl 3-1 |
| 8-9 | Ctrl 1-2 | Ctrl 4-0 |

Count/Cleared @ 0535

| | | |
|---|---|---|
| A- 104 | E- 69 | I- 90 |
| B- 91 | F- 64 | J- 81 |
| C- 72 | G- 50[12] | cells- 44 |
| D- 107 | Max- 32 | Total- 816 |

Laundry Room Inspection/comp: 0515 - Lt. Fortune

0539 Unit #(33) 10-8 C/O 20 trays/RTN: 0616 - C/O Washington

0545 cell feed up/comp: 0600 - Lt. Fortune

0556 Chow/comp: 0801

| | | |
|---|---|---|
| A-0619-0639 | D-0639-0707 | G-0742-0801 |
| B-0720-0741 | E-0708-0720 | I-0556-0606 |
| C-0606-0619 | F-0742-0801 | J-0607-0616 |

0748 (4W) ~~2~~ 4 out of C Dorm to cell #1 C/C C 68 cells 48

Darral Norwood - Alfred Sullivan

James Veals - Karlton Allen

0805 Count/cleared @ 0838

| | | |
|---|---|---|
| A- 104 | E- 69 | I- 90 |
| B- 91 | F- 64 | J- 81 |
| C- 68 | G- 36[26] | cells- 48 |
| D- 107 | Max- 32 | Total- 816 |

145

January 7, 2023 A-Team Ofc. A. Williamson

0845 Kitchen Trash Run / RTN: 0901 - C/O Williams
0902 G Dorm to Yard / comp: 1048
1056 Cell feed up / comp: 1110 - C/O Robinson
1100 Unit #(33) 10-8 S/O 20 trays / RTN: 1123 - C/O Washington
1102 Pill Call / Comp: 1433 - Lt. Fortune

| | | |
|---|---|---|
| A - 1154 - 1218 | E - 1130 - 1139 | I - 1422 - 1433 |
| B - 1241 - 1310 | F - 1102 - 1130 | J - |
| C - 1139 - 1154 | G - 1310 - 1330 | |
| D - ~~1139~~ (AW) 1218 - 1241 | Max / cells - 1140 | |

1107 Chow / Comp: 1330

| | | |
|---|---|---|
| A - 1154 - 1212 | D - 1212 - 1241 | G - 1310 - 1330 |
| B - 1241 - 1310 | E - 1113 - 1138 | I - 1107 - 1124 |
| C - 1138 - 1154 | F - 1310 - 1330 | J - 1124 - 1133 |

1203 Dominick Caine (A) out to cut hair
1315 1 out of D to Block
Darryl Miles D/c 106 Fac 815
1332 Count / cleared @ 1406

| | | |
|---|---|---|
| A - 103' | E - 69 | I - 90 |
| B - 91 | F - 64 | J - 81 |
| C - 68 | G - 35 27 | cells - 48 |
| D - 106 | Max - 32 | Total - 815 |

~~1345 G Dorm to Yard / comp:~~ (AW)
1419 EBR Unit #(4735) 10-81
1427 EBR Unit #(4735) 10-8 10-15x1
Darryl Miles
1433 Trash Run x 3 / RTN: 1444 - Sgt. Beason
1447 Fence Inspection / comp: 1457 - Sgt. Beason
1646 Count / Cleared @ ____ Lt. [signature]

| | | |
|---|---|---|
| A - 103' | E - 69 | I - 90 |
| B - 91 | F - 64 | J - 81 |
| C - 68 | G - 41 21 | cells - 48 |
| D - 106 | Max - 32 | Total - 815 |

1718 C/O A. Williamson off duty w/2 Keys
1718 S. Hutkins on duty w/2 keys

146

C/O S. Atkins B Team

1-7-23

1730 Cell feed UP - comp 1754

1834 Chow - comp 2120
A 2006-2028 D 1916-1942 G 2109-2120
B 1942-2003 E 1852-1916 I 1759-1812
C 2028-2046 F 1834-1851 J 1812-1852

1912 Pill call - comp 2205
A 2112-2124 E 2016-2030 I 1928-1934
B 2044-2058 F 2005-2015 J 1912-1925
C 2136-2144 G 1936-1939 cell 2144-2205
D 2058-2112 max 1940-1950

1740 1 X O/A to cell 14 U/C A 103 max 33
1 Quincy Heard

1802 unit #33 10-8 w/ 20 trays to S/O Ofc Dupuis
1815 unit 33 1081 from S/O ofc Dupuis
1815 ofc Perkins called won't be in tomorrow
1826 ofc Johnson called off
1906 called to get youngs bag changed (again)
2008 ofc Johnson called for young bag be changed 3rd time

2120 count - comp 2148
A 103 E 70 I 90
B 91 F 64 J 80
C 68 G 45 cell 48
D 106 max 33 total - 815

2047 code 3 J
code 4 J

2102 1 X O/J to E U/C J-80 E-70
1 Miguel Bright

2210 unit #39 108 1015 X1 Trinity medical ofc Dupuis
Ryan Moreau from J NC

2230 lights off A + B
2337 Fire inspection - 2346
2350 1 X O/B to infirmary
1 Johnny Parker
0125 1 X O/B to D U/C B 90 D-107

1-31-23 S. Atkins B 2300

2025 Pill call - comp: 00:19
A 2321-2335 E 2133-2208 I 20:25 - 20:44
B 2215 (SA) - hold for count F 2110-2132 J 20:44 - 2102
C 2340 2350 G 2104-2108 cell 2350 - 00:06
D 2305-2320 max 00:08 - 00:19 B - 2243 - 2305
2103 1X O/cell 6 to cell 12 N/C cell - 42 max - 28
Harry Hail
2112 1X O/B to C N/C B-87 C-89
Jared Fredic
2116 1X O/A to cell 5 N/C A-103 cells - 43
Nicholas Hogan
2147 2X O/A to cap. office N/C 101² RTW 2205
Decarbre Smith, decry Andrew
2150 2X O/B to cap office N/C 85² RTW 2204
~~randy~~ Kevin Braxton Thadeus Rubit
2153 2 X O/E to cap. office N/C 64² RTW 2204
Marvin Evan / Randy Spell
2216 count - comp: 22:43

| | | |
|---|---|---|
| A 103 | E 66 | I 92 |
| B 87 | F 64' | J 80 |
| C 89 | G 56⁵ | cell 43 |
| D 106 | max 27' | total 820 |

2230 lights, TV, phones off
(LET) code 3 cell 11
2326 1X O/cell 11 to cell 9 N/C max - 27 cell - 44
Sebastin Scott
2329 1X O/cell 4 to block

2345 Johnathan West O/cell 4 to Shower - RTW 00:21
00:20 count - comp:

| | | |
|---|---|---|
| A 103 | E 66 | I 92 |
| B 87 | F 64' | J 80 |
| C 89 | G 53⁸ | cell 44 |
| D 106 | max 27 | total 820 |

0022 code 3 - C; code 4 @ 0040

284

S Atkins B-Team

2-1-23

0157 Sgt Murphy called to let us know EBR court list faxed

0135 water cooler I/A

0209 1X O/I to black U/C 91
| Langston Hebert

(LE) 0230 Cell 1 refused pill call

02:35 1X O/I to Cell 4 U/C I-91 Cell-45
| Langston Hebert

0247 interlocks clean up - comp. 03:18

03:18 count - comp 0339

| | | |
|---|---|---|
| A 103 | E 66 | I 91 |
| B 87 | F 64 | J 80 |
| C 89 | G 58[3] | cell 45 |
| D 106 | max 27 | total 820 |

0319 fence inspection - comp. 03:42

0345 ofc Busscher locating court in A

0404 1X O/A to court
| ~~Raynard~~ Green, Reynard

0404 2X O/C to court
| Dashawn Wright, Gervonte Maiden

0412 1X O/E to court
| Tyrique Jones

0414 2X O/D to court
| Damshio Wicks Elioney Cobas

0421 1X O/cell 3 to court
| Warren St Martin

0425 1X O/J to court
| Justin Beck

04:25 1X O/I to court
| Monyea Greer

04:29 Count - comp: 0511

| | | | |
|---|---|---|---|
| A-102' | D-104[2] | G-28[21] | J-89' |
| B-87 | E-65' | max-27 | cell-44' |
| C-87[2] | F-64' | I-90' | total-820 |

2-1-23 Control 1 C Team

0501 LAUNDRY ROOM INSPECTION: COMP @ 0504
0511 C/O S. Atkins off duty
0511 C/O C. Cummings on duty w/ 2 keys, 1 radio
0516 Unit 39 10-8 10-15 2x St. Mary (Smith/Johnson)
Monyea Greer
Tyrique Jones
0519 1x°/B to booking
Marcus Wright
0520 Cell feed; Comp @ 0557
0527 Unit 8194 10-8 10-15 1x St. John (Atkins/Cooper)
Warren Vincent St. Martin
0530 Unit 3193 10-8 10-15 5x Work Release D/a Randall White
Michael Syron Steven Cohen
Raymond Robins Dwight Jefferson
David Benoit
0532 Unit 6433 10-8 10-15 6x EBR (Taylor/Ray)
Darashio Wicks Reyrard Green
Elioney Cobas Gervonte Maiden
Dashawn Wright
Justin Beck
0550 Unit 7612 10-8 10-15 1x Alexandria (Cagle/Nelson)
Marcus Wright-B N/C [B-86] [fac-819]
0600 Chow & Pillcall comp @
C 0600-0618 E 0724-0740
A 0619-0634 F 0743-0759
D 0634-0650 G 0743-0759
B 0703-0723
0632 Unit 6972 10-8 10-15 St. Charles P/U (Simmons/Jones)
0713 1/m Darashio Wicks (D) & Elioney Cobas (D) off
Count per booking @ EBR N/C [D-104] [fac-817]
0739 Unit 3193 10-8 10-15 0x Work Release (White/Randall)
0740 Count; clear @ 0814
A-102¹ D-104 G 27³⁴ Cells 44¹
B-86 E-65¹ I 90¹ Max 27
C-87² F 64¹ J 79¹ Total [1817]

286

2-1-23 Control 1 C. Team

| | |
|---|---|
| 0828 | Kitchen trash run; comp @ 0840 |
| 0843 | Unit 7612 10.81 10.15 1x Concordia (Nelson/Cagle) |
| \| | Harry Caraby - G |
| 0845 | Fence Inspection; comp @ 0857 |
| 0848 | 4x°/B to medical Rtn 0918 |
| \| | Daniel Bonnee |
| | Kenneth Kelly |
| | Robert Guidry |
| | David Cozad'd |
| 0854 | Trash run; comp @ 0919 |
| 0856 | 1x°/B to zoom; Rtn 0916 |
| \| | Cortez Thompson |
| 0918 | Dorm Inspection; Comp@ 0951 |
| 0949 | 1x°/Cell 5 to zoom Rtn 1032 |
| \| | Richard Locklear |
| 0957 | Unit 33 10.8 CPSO 22 trays (Lt. Fortune) \| 10.81 1010 |
| ~~0957~~ 0959 | 2x°/A to medical Rtn 1020 |
| \| | Julius Bess |
| | Gregory Godfrey |
| 1002 | 3x°/B to medical Rtn 1020 |
| \| | Keith Moreno |
| | Jarmal Palmer |
| | Timothy Smith |
| 1008 | G dorm Commissary |
| 1051 | 1x°/Cell 3 to medical Rtn 1057 |
| \| | Taurean Jackson |
| 1051 | Cell feed; comp @ 1108 |
| 1110 | Chow; comp 1331 |
| \| | C 1110 - 1134 E 1243-1305 |
| | A 1135-1157 F 1305-1331 |
| | D 1157-1223 G 1305-1331 |
| | B 1223-1242 |
| 1200 | Comm Cell |

1335 Count
A 102
B 86
C 87 2
D 104
E 85
F 64
G 27 34
I 90
J 79
Cell 44
max 27
Total: 817

1341 Unit 3193 108 Work Rel P/U Randall
1352 Unit 39 1081 1015 x2 St. Mary Smith/Johnson
See Names @ 0516
1359 Count Clear
1401 7612 108 1015 x1 Woodville ~~88~~ Nelson/Cagle
Joshua Morris - C N/C C - ~~88~~ 86 7AC. - 816
1404 Randall Smith - A Sick Call
Isaac Harris - B - Law Lib
x4 O/B med Anthony Knighten, Shawn Plank
Darrell metter, George Robinson
1414 Cell movement
Dewayne Powell cell 4 to D
Devante Johnson cell 4 to C
Langston Hebert cell 4 to D
Demonte Dabon cell 6 to A
Eric Shutter cell 9 to J
N/C A - 104 C - ~~89~~ 87 D - 106 J - 81 Cell - 40
1435 Cell movement
Ron Singleton I - G
Randy Bailey J - G
N/C I - 89 G - 63 I - 90 J - 80 G - 63
Isaac Harris B Law Lib to med
J court back
1458 Barry Woods - B Sick Call
1404 meds returned
1516 6972 1081 1015 x4 St. Charles James/Simmons
Keith Usea
Rhasaan Jasper
Freddie Templet
Lyndell Joseph N/C Fac - 820 Cell - 44

1520 6433 1081 1015 x4 EBR Ray/Taylor
8194 1081 1015 x1 St. John Atkins
1525 Conf. Count of 4 New Intake
1536 Barry Woods med to B
1559 Cell movement
George Hardy cell 8 to 7 N/C - 7-[66] Cell [43]
1602 6433 108. 1015 x1 CPSO Taylor/cooper
Russell Brooks E N/C E [65] 7Ac-[819]
1619 6433 1081 1015 x0 CPSO Taylor/cooper
1631 Count:
A 104 E 65 J - 80
B 90 7 65 Cell - 39
C 89 G 42 21 Max - 27
D 106 J - 90 Total [819]
1653 Count clear
1702 C/o V Goodwin/C Cummings off duty
Sgt Girod on duty
Count
A 104 E 65 I (JG) ~~80~~ 90
B 90 F 65 (1) J 90
C 89 G 42 (21) cells 39
D 106 max (JG) ~~40~~ 27 [Total 819]
LE 1631 count started w/ C/Team + D/Team
LE 1702 count cleared / Shift Change (JG)
1703 chow / comp. : 1950
A 1805 - 1828 D 18 1828 ~~18 28~~ G 1932 -
B 18 58 - 1905 E 1910 - 1930 I 1703 - 1711
C 1740 - 1800 F 1930 - J 1711 - 1718
1717 Unit 3193 10-81 1015x4 W/R of Randall
1718 Cell feed up / comp.
1721 Code 3 @ cell #1 / code 4 @ 1721 Sgt. Brooks
1735 Sgt. Girod off duty Ctrl #1
1737 C/o Pam on Duty 2-1-23

2·1·23

D-Team

1745 Trash Run Sally port.
1750 Code 3 in BRAVO
1802 1x°/B. to C. N/C 189 N/c C 190
Lyndell Joseph
1804 Code 3 Bravo
1806 1x°/Bravo to Medical
Treddy Temple

Continued on next page

[illegible signature]

290

2-1-23 Control 1 D. TEM

1745 Trash Run

1750 Code 3 BRAVO

1802 1x°/B to C N/C. B [189] N/C C [90]

Lydell Joseph

1804 Code 3 BRAVO

1820 1x°/B to Infirmary

| Freddy Temple

1827 1x°/B to Infirmary

Morgan Cameron

1831 1x Infirmary Bk to B

| Morgan Cameron

1847 Code 3 cell 3

1851 ~~2x°/~~ 2x°/B to A [187] to A 106 Keith Reagan Jody

1851 1x°/B to E [86] to E [66] Jasper

| Freddie Temple

1908 Unit 7612 cage 108 x1015 xØ Woodville

1920 CPSO· 108 x 1015 x 1 New Intake New Fac. 820

| Raymond Moore

1950 Begin Fac-ct comp@ ~~10:20~~ ~~2024~~ 2024 BU

A. 106 E. 67 I 90

B. 84 2 F. 65 1 J. 80

C. 90 M. 47 16 Cells 39

D 106 Max 27 Total [820]

1x into E New Intake

LE 1950 Raymond Moore E [167] N/fac. ct [820]

2007 Kyle called for Sanchez

2034 1x°/BRAVO Infirmary

Wells

2033 Start pills M cells comp@ 2140 2252

A. 2110 - 2116 E- 2051 - 2103 I 1137 - 1138

B. 2116 - 2126 F 2042 - 2052 J 1144 1158

C. 2127 2204 M 2052 - 2110 ~~Cells~~

D ~~2207~~ ~~2325~~ 2300 Max

2332

ca

291

2-1-23 Control 1 D TEAM

2040 1x°/B to Cell 14 13 N/C B [85] Max N/C [28]
Jeremiah Joseph Wells
2052 Ofc. Ritchie off compd.
2057 Start cell showers
Cell 9, comp.
2109 Begin cell clean up. comp @ 2150
2154 1x°/cell to Booking
2200 Begin Fac. ct. comp @ 820 2236 -10:40

A. 106 E. 67 H. 90
B. 85 F. 65 J. 80
C- 90 G. 51 Cells 39
D. 106 Max 28 Total [820]

Lt. 2154 1x°/G to Booking Joshua Spencer
2250 1x°/E to Booking
Marcus Spheres
2258 Cell 5 Sgt. Ladd snorting something off of the tablets
2306 1x Booking into Echo.
2331 1x°/G to cell 11 N/C G [62] N/C [29]
~~0000~~ Joshua Spencer
0000 Begin Fac-ct comp @ 0025

A. 106 E. 67 H. 90
B. 85 F. 65 J. 80
C- 90 G. 56 Cells 39
D. 106 Max 29 Total [820]

0105 man in A messed up on mocco.
0109 Cptn Allen making Rds in A-Dorm DA Lt.
0129 Cptn Allen Lt. Prince Making Rd A+B, C, D (2)
Lt.
0153 1x°/G to cell 14 +312 N/C G [61] Max [30]
Hugh Washington
0150 Making Rds in E
0130 Inner lock clean up comp @ 0214

292

Control 1 D.TEAM

2-2-23

0300 Begin Fac. ct Comp @ 0330

A. 106 E. 67 I. 90
B. 85 F. 65[1] J. 80
C. 90 G. 54[7] cells 39
D 106 Max 30 Total 820

0330 Begin Fence chks. comp: 0355

0400 Laundry Ins comp 0412

0400 Pulling court people x10

1x°/A
"EDward Franklin
1x°/B
JaShawrd Slocum
3x°/C
Derrick Kirkland
Thomas Smith
Jordon Knight
2x°/D
Hakeem Johnson
Danny Lachney
1x°/E
Lamard Jackson
1x°/F
Johnas Riley pkall
1x°/I
Jeffrey Gilmore

~~0512 Elo Pam Relieved By C Team~~ (c)

0512

0448 22 S.D. Trays Ready

0450 Begin Fac. ct comp: 0511

A, 105[1] E 66[1] I 89[1]
B. 84[1] F 64[2] J. 80
C 87[3] G 45[16] Cells 39
D 104[2] Max 30 Total 820

(CO)

293

2-2-23 Control 1 C Team

0512 C/O Pam off duty Control 1
0513 C/O C. Cummings on duty w/ 2 keys, 1 radio.
0522 Unit 39 10.8 10.15 4x Livingston (Smith/Ray)
Jeffery Gilmore - I
Danny Lachney - D
Thomas Smith - C
Jordan Knight - C N/C fac 816 C.88 D.105 I.89
0530 Cell feed ; comp @ 0554
0535 Unit 33 10.8 ~~to~~ CPSO 20 trays (Washington)
0535 Unit 3193 10.8 10.15 5x Work Release D/O (White/Randall)
Michael Syron Steven Cohen
Raymond Robins Dwight Jefferson
David Benoit
0537 Unit 7612 10.8 10.15 6x EBR (Cagle/Nelson)
Edward Franklin - A Derrick Kirklin - C
Lamard Jackson - E Hakeem Joseph - D
Ja'Shawrd Slocum - B Johnas Riley - F P/A
N/C fac 815 / F.65
0555 Chow & Pillcall Comp @ 0845
C 0555-0619 E 0731-0750
A 0619-0640 F 0820-0845
D 0640-0707 G 0820-0845
B 0707-0727
0648 Unit 8194 10.8 10.15 1x E.A. Conway (Atkins/Cooper)
Trashun Mason - J
0724 Unit 0633 10.8 EBR P/u (James/Poole)
0800 Unit 3193 10.81 10.15 0x Work Release (Randall/White)
0828 1x °/ cell 11 to Major
Joshua Spencer
0836 3x °/A to medical Rtn 1033
Collin Hoyt
Gregory Godfrey
Randall Smith
L/E 0820 1x °/ A to Zoom Rtn 0930
Richard Cline

2-2-23 Control 1 C-Team

0841 3x°/B to medical Ptn 1053.
Isaac Harris
Keith Marino
George Robinson
0850 1x°/E to cell 4
Darrell Morris N/C [E.66] [cells.40]
0850 Count ; clear @ 0916
A. 105[1] E. ~~29~~ 64[2] J. 79[1]
B. 81[4] F. 63[2] cells. 40
C. ~~64~~[2] 83[5] G. 29[32] Max. 30
D. ~~63~~[2] 103[3] I. 87[2] Total. [815]
0929 Lamm Truck #LAL780337 10.81 (Ron)
0930 1x°/cell 4 to E
Darrel Morris N/C [E.67] [cells.39]
0930 1/m Christopher Watson (F) off count @ Glenwood Hospital being transported to another facility.
N/C [fac. 814] [F. 64]
0930 1/m Danny Lachney - D ; Thomas Smith - C ; Jordan Knight added back to count per booking will return from LVPSO N/C [C.90] [D.106] [fac. 817]
0952 1x°/cell 11 to G
Joshua Spencer N/C [G-62] [Max. 29]
1030 Unit 6433 10.8 Glenwood P/u (Taylor)
1034 Unit 33 10.8 CPSO 20 trays (Washington) 10.81 1109
1052 1x°/F to cell 4
Dwayne Jones N/C [F. 63] [cells. 40]
1112 1x°/cell 4 to J
Dwayne Jones N/C [J. 81] [cells. 39]
1129 Cell feed ; comp @ 1139
1131 Unit 3193 10.8 10.15 1x Concordia to meet LVPSO (White Spinks)
Andrew Baker - D N/C [fac. 816] [D-105]
1143 1x°/cell 4 to F
Tyrell Jimmerson N/C [cells. 38] [F. 64]

295

2-2-23 Control C-Team

1144 Chow ; comp. @ 1344
C 1144-1203 E - 1303-1320
A 1203-1222 F - 1344
D 1222-1244 G - 1344
B 1244-1302

1304 1x°/A to cell 4
J. Hebert
N/C | A-105 | cells 40 |

(CC)
~~1304 1x°/C to cell 4~~
~~Joshua Hebert~~
~~| Cells 48 | C 89 |~~ A 105

1304 1x°/F to cell 4
Tyrell Jimmerson N/C | F-63 | ~~cells 38~~ 39 |

1312 Unit 39 10-81 10-15 7x 3crt 4new (Smith/Ray)
D. Lachney-D
T. Smith-C
J. Knight-C
Michael Howe-New
Walter Felder-New
Barry Vining-New
Justin Bray-New
N/C | cells 44 | fac 820 |

1328 Unit 6972 10-81 10-15 3x 1crt 3new James
John Boese N/C | cells 47 ~~46~~ | Fac 823 |
David Chambers
Gregory Chaney

1344 Count ; Clear @ 1411
A - 105[1]
B - 84[1]
C - 86[3]
D - 103[2]
E - 66[1]
F - 63
G - 28[34]
Max - 29
I - 88[1]
J - 79[2]
Cells 40[7]
Fac | 823 |

1421 1x b/A from Court (Edward Franklin)

1426 1x °/cell 4 to A
J. Hebert N/C | A-106 | cells 46 |

1501 3x new to J
Michael Howe
Walter Felder
Justin Bray N/C | J-84 | cells 43 |

1501 1x new to cell 4
David Chambers N/C | cells 43 |

1504 1x new to F
Barry Vining N/C | cells 42 | F-64 |

1505 Unit 0688 10-81 w/ property from LVPSO (Poole)

1507 1x °/ cell 5 to booking
Nicholas Hogan

2·2·23 Control 1 C Team

1509 2 new to I
John Boese
Gregory Chaney N/C Cells·40 / I·91
1511 Code 3 F-medical
1519 1x°/E to G
Devinn Baurda N/C E·66 / G·63
1520 Fence Inspection; Comp @ 1546
1522 Unit 8194 10·81 10·15 1x EA Conway (Caper/Atkins)
Trashun Mason-J
1529 1x°/A to barber
Dondrick Caine
1529 Unit 3193 10·8 W.R. P/u (White/Randall)
1543 East Baton Rouge #4434 10·81 P/u (Justin)
1553 East Baton Rouge 10·8 10·15 1x (Justin)
Nicholas Hogan-Cell 5 N/C cells·39 / fac·822
1559 Code 3 medical-F Code 4 @ 1603
1625 3x°/G to dorms
LeAndrew Evans G to C
Stephen West G to J
Dedrian Chatman G to J
N/C / G·60 / C·91 / J·86
1630 Unit 33 10·8 CPSO 22 trays (Washington) 10:
1630 Count; clear @ 1716

| | | |
|---|---|---|
| A 105' | E 65' | J·86 |
| B ~~84~~' | F 64 | Cells·39 |
| C 90' | G 35 35 | Max·29 |
| D 104' | I·91 | Total 822 |

1716 1/m Lamard Jackson-E off count per booking @ EBR Crt. N/C E·65 / fac·821
1719 C/O Cummings off duty Ctrl 1
1721 C/O D____ On Duty
1725 Unit 3193 10·81 & 10·15 1x w/Release

297

1725 Begin cell feed up. comp ~~1729~~ 1740
1708 L & J feed up. 1729
1734 1081 X1015X Ø. Cotton Port Marksville Taylor Simmons
1745 Begin Fac. chow
A. 1803 - 1835 D. 1903 1902 G. 1941 -
B. 1904 - E. 1922-1940
C. 1745-1807 F - 1941
1745 Code 3 I.
1746. 1x0/I ~~Bratton~~ Bretton Carter ~~N/C I 90 B 86~~
1x0 I to Booking Tyler Banner
1844 Trash Run. Captain Allen, white hall man
1853 1x0/I Booking Jimmy Johnson
1745 3x0/I Bookin N/C I 88
{ Brenton Carter code 3 I
Tyler Banner
Jimmy Johnson
1931 Long in E-Dorm - said he rather Eat me.
2005 Begin Fac. ct 2053
A. 105[1] E. 65 H 88[3]
B. 85 F. 64 J. 86
C. 91 G. 40 20 Clb 39
D 105 Max 29 Total 821
2055 2x0/I to BRAVO N/C I 189 B 87
✓ Jimmy Johnson, Tyler ~~Banner~~ Baynard ~~Baynard~~
2105 1x0/I to Delta N/C I 88 D 106
~~Princess~~ Brenton Carter
2107 Begin Fence Ins. comp@ 2138
2138 Begin Laundry Ins. com 2150
L.E. 2100 Begin Pill max 2 cells comp@ 21
2109 Begin Pills fac. comp@ ~~2110~~
A. ~~2310~~ 2248 - 2310 E. 2124 - 2131 J. 2322-
B. ~~2248 - 2310~~ 2151 - 2215 F. 2109 - 2123
C. 2141 - 2151 G. 2330
D ~~2148~~ 2152 - 2206 H. 2307 2322

298

| | |
|---|---|
| 2126 | Code 3-Alp BRAVO |
| 2220 | Begin Fac. ct 2246 |
| | A. 106 E. 65 I. 88 |
| | B. 84[3] F. 64 J. 86 |
| | C. 91 G. 48[12] cells 39 |
| | D 106 Max 29 Total 821 |
| 2252 | 3x°/BRAVO cell 12 N/C BRAVO [84] max [32] |
| 1 WOSO | George Robinson, Nichols Mathew Dakota Power |
| 2312 | 1x°/C to J N/C C [90] to J [87] |
| 1 | Leandre Evans |
| 2325 | Mr. Duncan called in Be in Later Dr. Apt. |
| 2336 | 1x°/B to F [83] to F [65] |
| | Tyler Baynard |
| 0004 | Begin Fac. ct comp: 0028 |
| | A. 106 E. 65 I. 88 |
| | B. 83 F. 65 J. 87 |
| | C. 90 G. 50[10] cells 39 |
| | D. 106 Max 32 Total 821 |
| 0027 | Making Rds A-D Lt. Prince |
| 0030 | Start Showers, cell 10 Refuses, 11, 12 |
| 0030 | Start cell clean up. Comp @ 0230 |
| 0230 | Code 3 Charlie |
| 1 | 1x°/Charlie Infirmary |
| 0301 | 3/x °/c to Max 12 N/c Max 35 N/c C [87] |
| 0302 | Little James Powell, Aaron Young Austin I sadge Thomas Smith |
| 0300 | Begin Fac. ct comp 0322 |
| | A. 106 E. 65 I. 88 |
| | B. 83 F. 65 J. 87 |
| | C. 86 G. 54[4] cells 39 |
| | D. 106 Max 35 Total [821] |
| | 22 S.O. Trays Meds |

0330 Pulling 10 x Court people
3x °/A
Reynard Green pk all
DaCory Andrews
Derald Johnson
2x °/C
~~Thomas Smith~~ pk all
Cravata Blackmon
3x °/D
Hakeem Joseph
JAcob AdAmS
Kevin Lebeuf
2x °/J
~~Troy~~ Williams pk all
D.Quincy Huggins
0440 Ofc. ~~Dudley~~ Barlow 1087 x 1015 x 22 Trays Unit 33
~~January~~ (AW)
0450 Ofc. P. Maples off duty
Feburary 3, 2023 A-Team Ofc. A. Williamson
0450 Ofc. A. Williamson on duty w/2 Keys + pill call Keys
0500 Keys
5-21 t.Kit/s-14 Ctrl 2: 2
7: 8 Med-8 ctrl 3: 1
8-9 ctrl 1-2 ctrl 4: 0
Count/cleared @ 0537
A- 103³ E- 65⁷ I- 88
B- 83 F- 65 J- 85²
C- 85³ G- 44¹⁶ Cells- 39
D- 103³ Max- 35 Total- 821
Laundry Room Inspection/comp@ 0504 - Lt. Fortune
0519 Pill Call / comp@ 0931 - Lt. Fortune
A- 0528 - 0533 E- 0636 - 0656 I- 0903 - 0916
B- 0722 - 0736 F- 0656 - 0722 J- 0916 - 0931
C- 0519 - 0528 G-
D- 0533 - 0549 Max/cells - 0822 -

300

Feburary 3, 2023 A-Team Ofc. A. Williamson

0537 Unit#(3193) 10-8 10-15x5 W.R. P/U - C/O White / Randall
- Michael Syron - Raymond Robins
- David Benoit - Steven Cohen
- Dwight Jefferson

0551 unit#(8194) 10-8 10-15x1 Livingston - C/O Simmons / Atkins
- Thomas Smith (C P/A) C/C 86 Fac 820

0553 unit#(6433) 10-8 10-15x5 EBR - C/O Taylor / Cooper
- Reynard Green (A P/A) - Gray William (J P/A)
- Dquincy Huggins (J) - Hakeem Joseph (D)
- Jacob Adams (D) N/C A 105 J 86 Fac 818

0556 Unit#(6972) 10-8 10-15x4 EBR - C/O Poole / Ray
- Decory Andrews (A) - Cravata Blackmon (C)
- Derald Johnson (A) - Kevin Lebeuf

0600 Unit#(2CH081441) 10-8 Southwest P/U - C/O Smith / Johnson

0620 Cell feed up started / comp@ 0628 - Sgt. Ladd

0628 Chow Started / comp@ 0914
A - ~~0815~~ (AW) 0833 - 0854 D - 0739 - 0800 G - 0855 - 0914
B - 0815 - 0833 E - 0636 - 0656 I - 0628 - 0639
C - 0722 - 0739 F - 0656 - 0722 J - 0639 - 0648

0730 unit#(7612) 10-8 Shreveport for CPSO - C/O Cagle / Nelson

0801 unit#(3193) 10-81 D/O Work Release - C/O White / Randall

0803 Maintence in B dorm to Fix faucet

0806 Beauregard Parish Unit#119 10-81 P/U 1 - Deputy Hardy

0819 Dexter Rogers (F) to Transport

0831 Beauregard Parish Unit#119 10-8 10-15x1 - Deputy Hardy
- Dexter Rogers (F) F 64 Fac 817

0910 Count / started / comp@ 0930
A - 103 (2) E - 65 I - 88
B - 83 F - 64 J - 85 (1)
C - 85 (1) G - 27 (33) Cells - 39
D - 103 (3) Max - 35 Total - 817

1014 Sure Logix U/P#208384 Driver - Millhouse 10-81

1030 Sure Logix U/P#208384 Driver - Millhouse 10-8

1038 Unit#(33) 10-8 S/O 22 trans/RTN@ 1058 - C/O Perkins

Feburary 3, 2023 A-Team Ofc. A. Williamson
1053 Eric Robertson (A) to B.P. Check / RTN@ 1059.
1058 Jimmy Johnson (B) to Transport
1131 Cell feed up started / comp@ 1143 - Lt. Fortune
cell #1 refused chow - Lt. Forteune
1135 Chow started / comp@ 1412.
A-1159-1221 D-1244-1309 G-1325-1349
B-1221-1244 E-1309-1325 I-1123-1146
C-1135-1158 F-1349-1412 J-1146-1158
1149 Fence Inspection / comp@ 1215 - Sgt. Robinson
1151 Louisiana State Police 4/p E18 10-81
1206 DeKendall Hickman (J) to A dorm w/c J 85 A 106
1320 Unit#(2CH081441) 10-81 10-15x6 Southwest - c/o Smith c/o Johnson
- Bruce Dail - Buddy Thibodaux
- Darius Brown - Horace Toppins
- Marvus Green - Alfred Williams
Fac w/c 822 cells 45
1324 Jimmy Johnson back into B dorm
1328 Unit#(3193) 10-8 P/u Work Release - c/o White + Randall
1331 New intake roll call confirmed count of 6
1358 Count/cleared @ 1434
A - 104[2] E - 64[1] I - 88
B - 83 F - (AD) ~~26~~ 34 64 J - 84[1]
C - 85[1] G - 26[34] cells - 46[7]
D - 103[3] Max - 35 Total - 824
1417 Unit#(8194) 10-81 10-15x1 Livingston - c/o Atkins/Simmons
- Jeffery Gilmore Fac 824 cells 46
1437 Jeffery Gilmore into I dorm I 89 cells 45
1440 Eric Burnaman (B) to Law Library / RTN@ 1455
1455 Issac Harris (B) to Law Library / RTN@ 1511
1502 New intake movement
3 into C w/c C 89 cells 42
- Darius Brown - Marvus Green - Buddy Thibodaux
2 into B w/c B 85 cells 40
- Bruce Dail - Alfred Williams
Horace Toppins to cell #4 cells 40

302

Feburairy 3, 2023 A-Team Ofc. A. Williamson

1511 Dondrick Caine out of A to cut hair / RTN@ 1552
1551 Dquincy Huggins (J) stayed @ EBR N/c J [84] Fac [823]
1553 Jimmy Johnson (B) to Transport N/c B [84] Fac [822]
1558 Concordia Parish 10-81 to P/u 1 / 10-8 1603
1607 code 3 Medical G Dorm / cc4 1612
1/6 to medical John Mack
1629 called S/o for Ambulance
1637 unit 33 10-8 to S/o Rtn 1653
1651 AMR on compound 10-81
1700 AMR Ambulance 10-8 w/ offender (John Mack) c/o Ritchey
Count Started / Comp: 1727

| | | |
|---|---|---|
| A 104 (2) | E 65 | I 89 |
| B 84 | F 64 | J 84 |
| C 88 (1) | G 38 (22) | cells - 40 |
| D 103 (3) | Max - 35 | Total [822] |

1705 Relieved by C/o S. Atkins + B-Team
c/o A. Williamson off duty w/ 3 Keys
1705 C/O S. Atkins on duty w/ 3 keys
Keys

| | | |
|---|---|---|
| 5 - 21 | Kit - 14 | Ctrl 2 - 2 |
| 7 - 8 | med - 8 | ctrl 3 - 1 |
| 8 - 9 | ctrl 1 - 2 | ctrl 4 - 0 |

1733 unit 3193 10-81 10-15 X 4 w/R White / Randall
1736 1 X O / cell 3 to medical RTN 2151
Joseph Chambers
1737 Dixie Ag 10-81 10-15 X 1
Michael Syron
1753 cell feed up - comp: 1811
1806 Chow I - comp: 1814
1816 Chow J - comp: 1824
1840 Chow - comp
A: 1859 - 1926 D - 1932 - 2000 G - 2041
B - 2001 - 2021 E - 2024 - 2041
C 1840 - 1858 F - 2041 -

303

LE 1810 Booking called to inform us that Dquincy Huggins will be sent back. U/C J-85 FC-823

1856 Cap. Allen 10-8 home

2043 6972 10-81 1015 X3 EBR Poole/Ray

6433 1081 1015 X4 EBR Taylor/Cooper

2121 Count - comp. 2150

| | | |
|---|---|---|
| A 106 | E 65 | I 89 |
| B 84 | F 64 | J 85 |
| C 89 | G 43 | cell 39 |
| D 106 | max 35 | total 823 |

2121 All EBR back to dorms
Jacob Adams (D) Hakeem Joseph (D) Kevin Lebeuf
Decory Andrews (A) Derald Johnson (A) Cravata Blackmon (C)
Dquincy Huggins (J)

2144 6433 10-8 Trinity Medical to pick up officer Richie & offender ofc Dupuis

2222 2x O/cell 11 to shower - RTN 2244

2230 lights off A+B

2235 Pill call - comp-0126

| | | |
|---|---|---|
| A-0056-0100 | E-2357-0006 | I-2249-2312 |
| B-0008-0020 | F-2343-2354 | J-2235-2249 |
| C 0103-0111 | G-2313-2320 | cell 0114-0126 |
| D-0041-0056 | max-2323-2342 | |

2244 2x O/cell 11 to shower RTN 2317

2315 unit 6433 1081 1015 X1 Trinity Medical ofc Dupuis/Richie

2312 1X O/J to block U/C 84

Raydacio Cooper

2326 1X O/G from hospital U/C 60

John Mack

2359 1X O/cell 11 to shower RTN 0016

0000 ofc Richie off compound

0002 1X O/I to infirmary RTN 0032

Malcolm Rhodes

304

| | | | | |
|---|---|---|---|---|
| 00:18 | count-comp 00:38 | | | |
| | A 106 | E 65 | I 88 | |
| | B 84 | F 64 | J 84 | |
| | C 89 | G 53 8 | Cell 40 | |
| | D 106 | max 35 | total 823 | |
| 00:33 | 1 X O/J freeman N/C J-[84] FC-[822] | | | |
| | 1 Raydacio Cooper | | | |
| 01:27 | code 3 Medical-C; code 4 @ 1:28 | | | |
| 01:26 | 1 X O/C to infirmary RTN 01:33 | | | |
| | 1 Marquel Jones | | | |
| 01:44 | rounds in C | | | |
| 01:48 | rounds in A | | | |
| 0:151 | rounds in D | | | |
| 0201 | rounds in B | | | |
| 02:38 | 1 X O/Cell 14 to infirmary RTN 04:00 | | | |
| | 1 Travis Wilkins | | | |
| 02:56 | count-comp ~~815~~ 03:15 | | | |
| | A-106 | E-65 | I-89 | |
| | B. 84 | F-64 | J-84 | |
| | C-89 | G-50 10 | Cell-40 | |
| | D 106 | max-34 | total-822 | |
| 03:26 | 1 X O/J to infirmary | | | |
| | 1 Darrius George | | | |
| 03:36 | 1 X O/Cell 13 to infirmary RTN 04:00 | | | |
| | 1 Jordan Pew | | | |
| 03:48 | 1 X O/J to B N/C J-[83] B-[85] | | | |
| | 1 Darrius George | | | |
| 0501 | corrections 5 108 510 22 trays | | | |
| 0505 | count-comp 05:23 | | | |
| | A-106 | E-65 | I-89 | |
| | B-85 | F-64 | J-83 | |
| | C-89 | G-48 12 | Cell-40 | |
| | D-106 | max-35 | total-822 | |
| 0526 | S. Atkins off duty w/12 keys | | | |

February 4, 2023 A-Team Control #1

0523 Count Started / Comp: 0542

| | | |
|---|---|---|
| A 106 | E 65 | I 89 |
| B 85 | F 64 | J 83 |
| C 89 | G 47 (13) | cells - 40 |
| D 106 | Max - 35 | Total [822] |

0530 Code 3 in J-Dorm / Code 4 @ ~~0532~~ DLF 0541
Horseplay offenders told of actions & Reprimand
Lt. Fortune on-duty in Ctrl #1 w/ 3 keys.
Key Count:

| | | |
|---|---|---|
| 5-22 | Med-6 | Ctrl 4-1 |
| 7-8 | Ctrl 1-3 | |
| 8-9 | Ctrl 2-1 | |
| k/s-14 | Ctrl 3-1 | |

0553 Chow started / Comp: 0754

| | | |
|---|---|---|
| A 0610-0631 | E 0653-0712 | I 0604-0610 |
| B 0713-0732 | F 0734-0754 | J 0613-0633 |
| C 0553-0610 | G 0734-0754 | Reg. - 0825-0842 |
| D 0631-0653 | Max - 0825-0842 | |

0645 Pill call started @ facility / Comp: ~~7:34AM~~ DLF 0904 c/o Perkins

| | | |
|---|---|---|
| A 0838-0843 | E 0724-0737 | I 0645-0700 |
| B 0843-0859 | F 0723-0758 | J 0700-0715 |
| C 0833-0837 | G 0723-0758 | Reg. cells - 0715-0820 |
| D 0820-0832 | Max - 0901-0904 | |

0755 Count Started / Comp: 0827

| | | |
|---|---|---|
| A 106 | E 65 | I 89 |
| B 85 | F 64 | J 83 |
| C 89 | G 35 (25) | cells - 40 |
| D 106 | Max - 35 | Total [822] |

Laundry room insp. started / Comp: 0802 c/o Robinson
0803 Unit # (3193) 10-8 10-15x1 La Dixie Ag Sgt. Guthrie
1 - Michael Synon (G)
0806 Fence insp. started / Comp: 0822 Sgt. Littleton
0809 Cell insp. started / Comp: 0821 c/o Peakins
0825 Cell feed-up started / Comp: 0842 Sgt. Littleton

February 4, 2023 A-Team Control #1

0833 Cpt. Allen called in to check on A-Team / Code 4
0914 Unit #(3193) 10-81 p/o La Dixie Ag. Sgt. Guthrie
0937 EBR Hp#(4434) 10-81 p/u(1) Dy. Regalea
| p/u offender (DQuincy Huggins)
0944 I/m (Dquincy Huggins) from J-DORM to Booking
| n/c J-82
0953 EBR (Hp# 4434) 10-8 10-15x1 (Dquincy Huggins) Dy. Regalea
| n/c Fac. [821]
1133 Cell Feed-up ~~Comp~~ DIF Started / Comp: 1159 LT. Fortune
1138 Chow started

| | | |
|---|---|---|
| A 1139-1206 | E 1314-1336 | I ~~150~~ 1450-1500 |
| B 1253-1314 | F 1336-1404 | J 1500- |
| C 1206-1230 | G 1336-1404 | cells-1139-1159 |
| D 1233-1253 | MAX-1133-1159 | Comp: 1404 |

1248 Unit #(33) 10-8 S.O. w/22 Trays c/o Washington
1310 Unit #(33) 10-81 S.O. c/o Washington
1404 Count Start / comp: 1441

| | | |
|---|---|---|
| A 106 | E 65 | I 89 |
| B 85 | F 64 | J 82 |
| C 89 | G 34(26) | cell-40 |
| D 106 | Max-35 | Total [821] |

1503 Unit #(6433) 10-8 p/u La Dixie Ag. c/o Washington
1523 officer Neville + Buschie called in sick; currently
| @ hospital
1625 Unit #(6433) 10-81 10-15x1 LA Dixie Ag. c/o Washington
| - Michael Sykes
1658 Count Started / Comp: 1732

| | | |
|---|---|---|
| A 106 | E 65 | I 89 |
| B 85 | F 64 | J 82 |
| C 89 | G 44 | Cells-40 |
| D 106 | Max-35 | Total [821] |

1707 Relieved by c/o S. Athens w/3 keys
| Lt. Fortune off-duty w/3 keys
1709 Unit #33 10-8 S.O. w/22 trays c/o Washington

February 4, 2023 B-Team Ctrl #1
1724 Unit #(33) 10-81 S.O. c/o Perkins
1732 Count Started / Comp: 1745
A 106 E 65 I 89
B 85 F 64 J 82
C 89 G 44 (16) Cells - 40
D 106 Max - 35 Total 821
1746 S. Atkins on duty w/2 Keys
Keys
5 - 21 Kit - 14 Ctrl 2 - 2
7 - 8 med - 8 ctrl 3 - 1
8 - 9 ctrl 1 - 2 ctrl 4 - 0
1749 I dorm Chow - Comp: 1758
1747 cell feed up - Comp: 1757
1759 J Chow - Comp: 1805
1809 Chow - Comp:
A 2013-2037 E 1809-1833
B 1920-1944 F - 1833 - 1856
C 2037-2054 G - 1833 - 1856
D 1950-2013
1818 Pill call - Comp:
A 2013-2037 E 1818 - 1833 I
B 1920 - 1944 F - 1833 - 1856 J
C 2037 - 2054 G - 1833 - 1856 Cell
D - 1950 - 2013 max
2054 Count - Comp: 2120
A 106 E 65 I 89
B 85 F 64 J 82
C 89 G 45 15 cell 40
D 106 max 35 total 821
2230 lights off A + B
2237 1x O/G to cell 12 N/C G - 59 max - 36
Raymond Roberts

308

S. Atkins B-Team

2-5-23

0000 count - comp: 0024
A 106 E 65 I 89
B 85 F 64 J 82
C 89 G 53[5] Cell 40[5A] 41
D 106 max total 821

(LE) 0037 1X O/G to cell 9 U/C G-58 cell 41
Darryl Russ

0048 1X O/B to block U/C 84
James Lavoie

0102 1X O/B freeman U/C B-84 FC-1820
James Lavoie

0300 count-comp: 0317
A-106 E-65 I-89
B-84 F-64 J-82
C-89 G-49[9] cell-41
D-106 max-36 total 820

0346 radioed to let any availible officer know
A dorms toilet flooded

0430 lights on A+B

0448 code 3 medical (E) - code 4 @ 0509

0512 count - comp: 0522
A 106 max 36 I 89
B 84 E 65 J 82
C 89 F 64 cell 41
D 106 G 43[15] total 820

518 S Atkins off duty w/ 2 keys

February 5, 2022 A-Team Ofc. A. Williamson

0518 Ofc. A. Williamson on duty w/ 2 keys + pill call keys
Keys Ctrl 1-2
5-21 Ctrl 2-2
7-8 Ctrl 3-1
8-9 Ctrl 4-0
Kits-14
Med-8

Feburary 5, 2022 A-Team Ofc. A. Williamson

0518 Count/cleared @ 0522 - counted w/ B team @ 0512

A- 106 E- 65 I- 89

B- 84 F- 64 J- 82

C- 89 G- 43'5 cells- 41

D- 106 Max- 36 Total- 820

0533 Pill Call started / comp@ 1306 - c/o Perkins

A- 1119-1144 E-1208-1249 I-0533-0545

B- 1218-1239 F-1249-1306 J-0545-0602

C-1107-1118 G-1249-1306

D-1144-1208 Max/cells-1107-1230

0535 Unit #(33) 10-8 s/o 21 trays / RTN@ 0557 - Cpl. Washington

Cell feed up started / comp@ 0555 - Lt. Fortune

0600 Laundry Room Inspection / comp@ 0603 - Lt. Fortune

0614 Chow started / comp@ 0834

A- 0631-0658 D- 0658-0723 G- 0805-0834

B- 0723-0742 E- 0745-0805 I- 0626-0634

C- 0614-0631 F- 0805-0834 J- 0634-0644

0838 Count / Cleared@ 0857

A- 106 E- 65 I- 89

B- 84 F- 64 J- 82

C- 89 G- 34 24 cells- 41

D- 106 Max- 36 Total- 820

1003 Unit #(33) 10-8 s/o 21 trays / RTN@ 1027 - c/o Washington

1037 Cell feedup started / comp@ 1057 - Sgt. Robinson

1038 Chow started / comp@ 1306

A- 1119-1144 D-1144-1204 G-1239-1306

B- ~~120~~ (AW) 1218-1239 E-1204-1218 I-1038-1047

C-1103-1118 F-1239-1306 J-1047-1056

1100 Hugh Webb (A) to cell #3 n/c A 105 cell 42

Joseph Chambers (cell #3) to E n/c cells 41 E 66

~~1103~~ (AW) 1105 Horace Toppins (cell #4) to A dorm n/c cells 40 A 106

1153 Charlie Hill (D) to cell #3 n/c D 105 cells 41

Feburary 5, 2022 A-Team Ofc. Williamson

1245 Count started / cleared @ 1311

| | | |
|---|---|---|
| A - 106 | E - 66 | I - 89 |
| B - 84 | F - 64 | J - 82 |
| C - 89 | G - 35 23 | Cells - 41 |
| D - 105 | Max - 36 | Total - 820 |

1300 Fence Inspection / comp @ 1310 - Sgt. Robinson

1535 Ofc. Nevels called in she won't be in tonight.

1610 I Dorm chow / comp @ 1620 ~~1620~~ (AW)

1620 J Dorm chow / comp @ 1629

1634 Unit #(33) C/O 21 trays / RTN @ 1645 - C/O Busscher

1635 Count / cleared @ 1651

| | | |
|---|---|---|
| A - 106 | E - 66 | I - 89 |
| B - 84 | F - 64 | J - 82 |
| C - 89 | G - 48 10 | cells - 41 |
| D - 105 | Max - 36 | Total - 820 |

1641 Code 3 cell #4 / code 4 @ 1642

1642 David Chambers (cell #4) to cell #9

1645 Harry Haile (cell #11) to block

1700 C/O A. Williamson off duty

1700 C/O S. Atkins on duty w/ 2 Keys

1701 max + reg cell feed - comp 1730.

| | | |
|---|---|---|
| Keys | Kit SA | |
| 5 - 21 | Med Kit - 14 SA | Ctrl 2 - 2 |
| 7 - 8 | Med - 8 | Ctrl 3 - 1 |
| 8 - 9 | Ctrl 1 - 2 | Ctrl 4 - 0 |

1711 Pill call - comp: 1756 (Per Lt. Beason)

| | | |
|---|---|---|
| A - | E - | I - |
| B - | F - | J - |
| C - | G - 1711 - 1719 | Cell - 1730 - 1743 |
| D - | max - 1722 - 1729 | ~~total~~ SA |

1729 Chow - comp: 2004

| | | |
|---|---|---|
| A 1753 - 1818 | D 1819 - 1842 | G 1921 - 2004 |
| B 1842 - 1902 | E 1902 - 1921 | |
| C 1729 - 1751 | F 1921 - 2004 | |

S. Atkins

B-Team

2-5-23

1933 Count - Comp. 2010

| | | |
|---|---|---|
| A 106 | E 66 | I 89 |
| B 84 | F 64 | J 82 |
| C 89 | G 42 16 | cell 41 |
| D 105 | max 35 | total 820 |

2011 EBR called to let us know court list sent.

2023 1X O/E to medical RTN 2102
Timothy Patterson

2054 1X O/cell 12 to B O/C B 85 max 35
Harry Haile

2055 2X O/cell 3 to shower RTN 2124

2104 1X O/A to booking - RTN 2151
Antonio Allen

2125 2X O/cell 3 to shower - RTN 2154

2157 count - comp. 2221

| | | |
|---|---|---|
| A 106 | E 66 | I 89 |
| B 85 | F 64 | J 82 |
| C 89 | G 48 10 | cell 41 |
| D 105 | max 35 | total 820 |

2205 2X O/cell 3 to shower - RTN 2223

2230 1X O/B to cell 4 O/C B 84 cell 42
Patrick Savant

2236 lights, phones, tv off A + B

2232 2X O/cell 3 to shower - RTN 2308

2304 code 3 - C - code 4 @ 2306

2316 2X O/cell 4 to shower RTN 0005

2327 CPSO 268889 1081 105X1 Dep. Hill

2337 CPSO 10-8 Dep. Hill

2339 microwave O/A + B
1X I/E New intake O/C E 67 FC 821
Christopher Poole

0003 1X O/E freeman O/C E - 66 FC - 820
Jeffery Wilkerson

312
2-6-23 S. Atkins B-Team

0003 count-Comp: 0026
A 106 E 66 I 89
B 84 F 64 J 82
C 88 G 53[5] cell 42
D 105 max-35 total 1820
0046 1x o/B freeman NIC B-83 FC 1819
Kenneth Gauthier
0054 1x o/cell 14 to infirmary 34 RTU 0106
Travis wilkens
0101 2x b/cell 4 from shower
0106 1x o/cell 14 to shower RTU 0133
0133 1x o/cell 14 to Shower RTU 0153
0148 rounds in C
0149 code 3-medical: C code 4: 0227
0154 1x o/cell 14 to Shower RTU 0209
0209 1x o/cell 14 to Shower RTU 02:33
0302 count-comp: 0327
A 106 E 66 I 89
B 83 F 64 J 82
C 89 G 50[8] cell 42
D 105 max 35 total-819
0340 Pulling court-B 79[4]
Eric Patton, Bradley Trahan, Michael Solomon
Joseph stafford
0344 Pulling court-E 65[1]
Peter Hinkle
0353 Pulling court-A 101[5]
Edmond Harris, Jacob Cannon, DeKendall Hickman
Jadavian Serf, Antonio Allen
0356 Pulling court-D 103[2]
Percy Heard, Trontez Simmons
0402 Pulling court-C 85[4]
Tyliaue Legarde, Davante Johnson, ~~Kamaynon~~ SIA Glasper
Gerald Johnson

313

2-6-23 S. Atkins B-Team

0403 Pulling count-G
| Devvin Bounda
416 José called to inform us that he is on the
| way to pick up offenders Michael Soloman,
| Bradley Trahan, Joseph Stafford
0436 Pulling count-Reg cells [40²]
| Kamayrion Glasper (4), Michael Minniefield (9)
0440 Pulling count-max cell [34¹]
| Keymontay Hebert (12)

0450 Pulling count - I [87²]
| Verl Wooten, Robert King
0450 Pulling count-J [77⁵]
| William Womack, Darren Payne, Charles Baylor
| Winson Leger, Riki Ingram
04:49 fence inspection-Comp.
0456 Unit 33 10-8 S/O 20 trays Lt. Bloodsaw
0507 Count- comp 0540

| | | |
|---|---|---|
| A 101⁵ | E 65¹ | I 87² |
| B 79⁴ | F 64 | J 77⁵ |
| C 85⁴ | G 36²² | cell 40² |
| D 103² | max 34¹ | total [819] |

0540 C/O S. Atkins off duty
0540 C/O C. Cummings + V. Case on duty w/ 2 keys, 1 radio
0546 Unit 7612 10-8 10:15 12x EBR (Cagle

| | |
|---|---|
| Edmond Harris - A | Percy Heard - D |
| Tylique Legarde - C | Keymontay Hebert - Cell 12 |
| Peter Hinkle - E | Riki Ingram - J |
| Michael Minnifield - Cell 9 | Jadavian Serf - A |
| Davante Johnson - C | Gerald Johnson - C |
| Kamayrion Glasper - Cell 4 | Antonio Allen - A |

0546 Unit 6972 10-8 10:15 4x W.R. D/O (Randall / Simmons)

| | |
|---|---|
| Michael Syron | Steven Cohen |
| David Benoit | Dwight Jefferson |

2-6-23 Control 1 C-Team

0551 Unit 8194 10-8 10-15 1x Caddo (Atkins/Cooper)
Jacob Cannon - A
0558 Unit 39 10-8 10-15 6x Bossier Max (Johnson)
Charles Baylor - J P/A Dekendall Hickman - A P/A
Trontez Simmons - D P/A Devin Bourda - G P/A
Eric Patton - B P/A Winson Leger - J P/A
N/C A:105 B-82 D-104 G-57 J-80 fac-813
0558 Cell feed ; comp @ 0614
0604 Unit 6433 10-8 10-15 4x Hunt (James/Taylor)
Verl Wooten - I
William Womack - J
Robert King - I
Darren Payne - J N/C I 87 J-78 fac-809
0616 Chow & Pillcall
C 0616-0637
A 0637-0704
D 0704-0731
B 0731-0753
E 0753-0816
F-0816-0837
G-0816-0837
0825 Unit 6972 10-8 10-15 0 WR (Randall/Simmons)
0852 I dorm to chow comp.-0903
0856 Kitchen trash run 9:10 comp.
0858 Pill call - cells
08:37 Count - comp. 0924
A 101[4] E 65[1] I 87
B 79[3] F 63[1,5] J 77[1]
C 85[4] G 23[34] Cell 40[2]
D 103[1] max 34[1] Total 809
0925 1x % of A dorm to class
Kendrick Eubanks
0925 1x % of B dorm to class
Roy Searles

2-6-23 Control 1 C Team

0934 B dorm to commissary comp.-1045
0940 D dorm ~~cor~~ yard comp.-1044
1011 Cpt & Mjr called to A dorm for fire
1024 2x°/of A dorm to class
Randall Smith Cecil Walker
1024 4 x °/of B dorm to class
Dana Duplessis Douglas Ferris
Shannon Osborne Kelton Smith
1038 Cell trays to hall
1047 4 x b/i B dorm dorm from class
Dana Duplessis Douglas Ferris
Shannon Osborne Kelton Smith
1047 2 x b/i B dorm from class
Randall Smith Cecil Walker
1047 1x °/of A to cell 4 n/c A104 cell 43
Brandon Ainsworth
1047 St James Parish #2742515 10-81
~~10-8~~ ~~10~~ vc of c Divens
1049 Unit 33 10-8 CPSO w/ 22 trays Lt Ramsey
1050 Unit 6972 10-8 10-15 1x Trinity Ray/Randall
1051 Eric Burnaman
1050 1x °/of B dorm to booking
| Tyquan Williams
1102 Unit St James Parish #2742515
| 10-8 10-15 1 x ofc Divens
| Tyquan Williams n/c B81 Fac 808
1108 1x °/of A to cell 4 n/c A103 Cell 4 44
Deston Brogan
1109 Cell feed up comp.-1127
1130 Chow · comp@ 1329
C 1130-1147 E 1249-1307
A 1147-1209 F 1307-1329
D 1209-1229 G 1307-1329
B 1229-1249

2-6-23 Control 1 C Team

1245 Unit 6433 10-81 10-15 0x Hunt (Vernon/White
1318 Unit 3193 10-8 10-15 1x Crowley (Vernon/White
Cody Segura n/c F 63 Fac 807
LE 1147 I Dorm to chow comp 1150
LE 1150 J Dorm to chow comp. 1203
1345 Cell 15 to law library
Nunez
LE 1340 Count comp 1420
A 994 E 642 I 87
B 774 F 63 J 771
C 863 G 4017 Cells 413
D 1031 Max 341 Total 807
1424 I/m Antonio Allen off count per booking @
EBR Count n/c A 102 Fac-806
1425 A Dorm open for rec L/S/S 11 comp - 806 NC
1425 1x o/i Cell 15 from law library
Nunez
1425 Unit 39 10-81 10-15 1x CPSO Johnson
Logan Loftin n/c 80 Fac 807 Cell 45
1425 I dorm to commissary + rec comp - 1537
1436 1x o/of Cell 5 to F dorm n/c cell 5 44 F 64
Lee Fountain
1439 1x o/of B dorm to Zoom
1448 Unit 39 10-8 WR P/u Johnson
1527 C/O Pam called in said she will not be in
today she is sick.
1530 1x o/of B dorm to Zoom
Isaac Harris
1541 E dorm back from yard
1541 F dorm to yard comp - 1609
1548 1x b/i B dorm from Zoom
1551 1x o/of B dorm to law library
Robert Guidry
1554 Unit 8194 10-81 10-15 1x Caddo Parish Court (Atkins/Cooper

317

1559 1x °/of I dorm to D dorm r/c I86 | D105
Ronald Armand
1611 1x b/i B dorm from law library
Robert Duidry
1613 1x b/i A dorm from Caddo Court
Jacob Cannon
1614 1x °/of A dorm to block
Horace Toppins
1619 Code 3 medical I dorm
1624 1x °/of F dorm to D dorm r/c F63 | D106
Joseph Waller
1626 Unit 7612 10-81 10-15 1X EBR Cagle / Taylor
See name @ 0546
1627 Unit 6972 10-81 10-15 1x Trinity Ray / Ramond
Eric Burnaman
1627 1/m Michael Syron 10-81 @ back gate
1640 1/m 1x b/i cell 12 from court
Keymonte Hebert
1647 2x b/i A dorm from EBR Court
Edmond Harris Jadarius Serf
1647 2x b/i cells from EBR Court
Michael Minnefield Kemayrion Glasper
LE 1630 Fence inspection comp - 1645
1659 1x °/of B dorm to F dorm r/c B80 | F64
Eric Burnaman
1700 V. Case & C. Cummings off count w/ 2 keys & 1 radio
1701 C/O Smith is on duty
1701 Unit 39 10-81 10-15 3x W.R.
1702 Count

| | | |
|---|---|---|
| A 101 | E 66 | I 86 |
| B 77 3 | F 64 | J 78 |
| C 89 | G 33 24 | Cells 44 |
| D 106 | Max 35 | Total 807 |

1707 Sgt. Deason 10-8 to S.O. w/ 22 trays

318

2-6-23 D-team Ofc. Smith

1716 Count Cleared @ the facility (AS)
1722 Sgt. Deason 10·81 10·15 0x ~~Lic# 279988~~
1721 Starting Cell feed up Ofc. Barlow
1723 Ofc. Beason 10·81 10·15 0x Lic # 279988
1734 3x back into Bravo from Court
Bradley Trahan, Michael Solomon, Joseph Stafford
1736 Cell feed up is Complete ofc. Barlow
1737 Christopher pool pulled out of E-dorm to booking
1737 1x back into I-dorm from Medical
Malcolm Rhodes
1738 HPD 10·8 10·15 1x Christopher pool Ofc. Beason
E N/C 65 FAC N/C 806
1742 Chow
A 1803-1823 E 1901-1917
B 1825-1839 F 1918-1937
C 1743-1800 G 1920-1937
D 1839-1857
1751 Capt. Allen has 3x from G-dorm to help with trash run
1756 Advised Alpha to get ready for chow
1758 trash run is complete Capt. Allen
1800 Laundry pulled out of Charlie dorm
1811 Advised Bravo to get ready for Chow
1821 Capt. Allen is Making rounds in F-dorm
1823 Laundry Pulled out of Alpha dorm
1825 Capt. Allen is Making rounds in E-dorm
1857 Laundry pulled out of Delta dorm
1858 Unit 3193 10·81 10·15 0x Crawley P White/Vernon
1906 Pill call
A 1944-1950 E 2001-2008 I 2052-2102
B 1950-2006 F 2008-2016 J 2046-2052
C 1925-1934 G 2104-2106 Cells 1911-1925
D 1934-1944 Max 1906-1911
1909 Capt. Allen is making rounds in I-dorm

319

2-6-23 D-team Ofc. Smith

1909 ~~Capt. Allen is making~~ (AS)
1918 Laundry pulled out of E-dorm
1938 Chow Complete for the facility
1949 Count

| | | |
|---|---|---|
| A-101 | E 65 | I 86 |
| B-80 | F 64 | J 78 |
| C-89 | G 40 | Cells 44 |
| D-106 | Max 35 | Total 806 |

2052 Count Cleared @ the facility
2054 1x Out of Alpha to Echo. A N/C 101 E N/C 66
Horace toppins
2107 Pill Call complete for the facility
2110 1x Out of Delta to Medical - breathing treatment
Eddie Harper
2121 1x back into Delta from medical - breathing treatment
2116 LE 1x Out of Golf to majors office
2122 1x back into Golf from majors office
2124 Starting Max Showers
2156 Capt. Allen is making rounds in Kitchen & trash run
2305 Capt. Allen is making rounds in Echo
2201 LE Max showers on hold for Count
2228 trash run is Complete in Kitchen
2245 C/O pam 10-8 off facility Compound
2318 Code 3 in A-dorm
2321 Capt. Allen making rounds in Alpha
2324 restarting showers in Cell #6
2327 Rounds starting in Charlie dorm Capt. Allen
2335 1x back into A-dorm - from giving hair cut
2335 Capt. Allen is making rounds in Bravo
2346 Capt. Allen is making rounds in Delta

2-6-23 D-team Ofc. Smith

2206 LE Count

A 101 E 66 I 86
B 80 F 64 J 78
C 89 G 48 9 Cells 44
D 106 Max 35 Total 806

2239 LE Count cleared @ the facility

2306 LE 1x Out of G-dorm to Cell #8 G N/c 56 Cell N/c 45
Randy Bailey

2307 LE 1x Out of I-dorm to Cell #8 I N/c 85 Cell N/c 46
Clevon thompson

0004 Count

A 101 E 66 I 85
B 80 F 64 J 78
C 89 G 50 6 Cells 46
D 106 Max 35 Total 806

0020 Count Cleared @ the facility

0031 restarting Showers Cell #6

0034 Starting inter lock Clean up

0051 inter lock Clean up is Complete

0144 Lt. Prince Starting fence Inspection

0153 Capt. Allen is 10.8 off Compound

0210 Lt. Prince has completed fence Inspection

0215 Lt. Prince Starting laundry room Inspection

0222 Lt. Prince has Completed laundry room Inspection

0225 Sgt. Ladd is going into Charlie to notify Count

0230 Sgt. Ladd is going into Alpha to notify Count

0235 Ofc. Dudley is going into Echo to notify Count

0300 Count

A 101 E 66 I 85
B 80 F 64 J 78
C 89 G 49 7 Cells 46
D 106 Max 35 Total 806

0322 Count Cleared @ the facility

321

2-7-23 D-team ofc. Smith

0330 Sgt. Ladd is going into Charlie to pull court
0332 Ofc. Dudley is going into Alpha to pull Court
0354 1x Out of I-dorm 1x Out of J-dorm to the Gp room
yancy Dubose (Ingram Riki P/A)
0407 1x Out of Cell #9 to Gp room P/A
Michael minniefield
0407 1x Out of Cell #12 to Gp room ~~for Court~~ P/A
Keymontay Hebert. PX (AS)
0407 C/o Goodwin & C/o Goodwin Called said running a little late
0409 4x out of Alpha to Gp room for Court
Maynor Lopez Edward franklin
Derald Johnson Lawrence Brooks P/A
0409 4x Out of Charlie to Gp room for Court
Larry Brooks Victor torry P/A
Jarrett Edwards Demonte Joseph P/A
0410 2x Out of Echo to Gp room for Court
Jonah Salines (Timothy patterson)
Doctors Apmt.
0410 1x Out of G-dorm to Gp room for Court
Brandon Gaunit
0509 ofc. Book 10.8 to S.O w/21 trays | 10.81 0526 ~~ofc. Book~~ (AS)
0512 Unit 3193 10.8 10:15 4x W.R. White / Randall
0515 ofc. Sanchez off duty Control 1
0515 c/o Cummings on duty w/ 2 keys, 1 radio
0520 Count ; clear @ 0605

| | | |
|---|---|---|
| A. 97⁴ | E. 64² | J 77¹ |
| B- 80 | F 64 | Cells - 45¹ |
| C 85⁴ | G 40¹⁶ | Max: 34¹ |
| D 106 | I 84¹ | Total - 806 |

0536 Unit 6972 10.8 10.15 6x EBR (Cooper/Atkins)
Larry Brooks - C Maynor Lopez - A
Jarrett Edwards - C Jonah Salinas - E
Edward Franklin - A
Derald Johnson - A

Control 1 C-Team

2-7-23

0540 Cell feed & Comp @ 0600

0546 Unit 6433 10-8 10-15 8x 7 EBR 1 LVPSO
Vancy Dubose - I P/A Riki Ingram - J P/A
Victor Torry - C P/A Michael Minniefield - Cell 9 P/A
Lawerence Brooks - A P/A Keymontay Hebert - Cell 12 P/A
Demonte Joseph - C P/A Jose Hernandez - C LVPSO
N/C A-100 C-87 I-84 J-77 Cells-45 Max-34 fac-790

0600 Unit 8172 10-8 10-15 1x EA Conway (Taylor)
Timothy Patterson - E

0615 Chow 0826 & pillcall 1028
C 0615-0627 E 0745-0802
A 0640-0657 F 0802-0826
D 0701-0724 G 0802-0826
B 0726-0740

0622 Unit 7612 10-8 Concordia P/u for court (Nelson/Cagle)

0732 Unit 3193 10-81 10-15 0x W.R. (Randall/White)

0743 I/m Thomas Greene (CPSO) on compound for Classes

0840 Count & Clear @ 0900
A 97³ E 104² J ~~78~~ (CO) 77
B 79¹ F 63¹ Cells - 43²
C 84³ G 23³³ Max - 34
D 106 I 84 Total 799

4/E 0800 Unit 3193 10-8 Concordia P/u funeral (White)

0846 Unit 7612 10-8 10-15 5x Catahoula Crt (Nelson/Cagle)
George Thomas - G Austin Bass - cell 5
Roger Wilson - Cell 5 Robert Jones - B
Hunter Sikes - G

0900 1x % A to zoom Rtn 1041
Collin Hoyt

0905 1x % B to medical
Corey Hart

0908 1x % A to C
Daniel ~~Cage~~ Caves N/C A-99 C-88

2-7-23 Control 1 C-Team

0910 1x °/ A to cell 9
| Phillip Domiano N/C A·98 / Cells·46
0915 1x °/ I to G
| Shedrick Coleman N/C I·83 / G·57
0920 Casalle #114CLW 10·81 P/U (Ofc. Reeves/Wilmar)
0928 Casalle #114CLW 10·8 10·15 1x Court (Reeves/Wilmar)
| Jimmy Bailey - I
0930 D yard & Commissary Com @ 1052
0952 1x °/ cell 12 to G
| Corey Street N/C Max·33 / G·58
0950 Cell movements ; Comp @ 0958
| Jarred Fobbs Cell 1F to I
| George Robinson Cell 12 to B
| Nicholas Matthews Cell 12 to B
| LiJames Powell Cell 12 to C
| Aaron Young Cell 12 to C
| Austin Isadore Cell 12 to C
| Jeremiah Wells Cell 13 to B
| N/C Max-26 / B·83 / C·91 / I·84
1010 1x °/ Cell 9 to C
| Philip ~~Cat~~ Domiano N/C / Cells·45 / C·92
1017 Unit 33 10·8 CPSO 21 trays (~~Washington~~ Bladsaw) / 10·81 1030
1059 1x °/ D to Cell 12
| Omarion Hookfin N/C D·105 / Max·27
1106 1x °/ D to A
| Brenton Carter N/C D·104 / A·99
1118 Cell feed ; comp @ 1135
1122 Chow ; Comp 1307
| C 1122-1139 E 1235-1251
| A 1144-1202 F 1251-1307
| D 1204-1217 G 1251-1307
| B 1217-1234
L/E 1107 Unit 7612 10·81 10·45 ~~5~~ 6x CPSO Crt. Att (Nelson/Cagle)
| See names @ 0846

2.7.23 Control 1 C Team

1128 Unit 7612 10.8 10.15 1x CPSO (Nelson/Cagle)
George Thomas - G N/C fac. 798 | G.57
1204 Sysco #2987251 10.81 (Brandon)
1252 4x'/m Jarrett Edwards-(C) Edward Franklin-(A)
Derald Johnson (A) Jonah Salines -(E)
N/C A.97 | C.91 | E.65 | fac.794
1300 Count ; clear @ 1325
A 96' E.64' J 77
B 83 F 64 Cells 45
C 89² G 25³² Max 27
D. 104 I 83' Total. 794
1327 Unit 4968 10.81 10.15 13x EBR (James/Simmons)
Vernell Branaugh Earl Johnson
Jeron Brooks Kenneth Johnson
Charles Brown Lionel Turner
Gerrad Brown Christopher Wesley
Royce Brown Joseph Williams
Wilfred Celestine Quentin Wilson
Cleo Clutchfield
N/C Cells.58 | fac.807
1329 Confirmend Count of 13
1329 Lasalle #SRT168 10.81 10.15 1x Court (Mcgee) 10.8 1331
Jimmy Bailey - I
~~1400~~ 1345 1x°/ C to F
Caleb French N/C C.90 | F.65
1346 C yard & commissary
1347 Unit 8172 10.81 10.15 1x EA Conway (Taylor)
Timothy Patterson - E
1400 1x°/ cell 9 to A
Rolie Anderson N/C Cells. ~~57~~ 44 CO | A.98
1401 1x°/ J to G
Draper Queen N/C J.76 | G.58
1418 Merchants #142096A 10.81

CO

2·7·23 Control 1 C-Team

1418 1x o/ J to I
| Justin Bray N/C I·85 J·75
1419 1x o/ Cell 13 to D
| Montrell Lee N/C D·105 Cells·56
1432 1x o/ Cell 12 to G
| Raymond Robins N/C Max·26 G·59
1444 1x new intake I
| Wilfred Celestine N/C I·86 Cells·55
1444 1x new to D
| Quentin Wilson N/C D·106 Cells·54
~~1445 10x new to C~~ (CC)
~~Vernell Branaugh~~
~~Jeron Brooks~~
1446 1x new to Cell 12
| Cleo Crutchfield N/C Cells-53 Max·27
1500 8x new to C
| Vernell Branaugh
| Jeron Brooks
| Charles Brown
| Gerrad Brown
| Earl Johnson
| Kenneth Johnson
| Lionel Turner
| Joseph Williams N/C C·98 Cells·45
1520 2x new to F
| Royce Brown
| Christopher Wesley N/C F·~~66~~ 67 Cells·~~44~~ 43
1526 1x o/ B to Zoom
| Shane Aucoin
1526 Sgt Ladd + C/o Pam Called said he is taking her to the hospital + will not be in. Transfer to Major Wascom.
1526 Unit 10·81 10·15 1x LVPSO (Ray/Johnson)
Jose Hernandez - C

2.7.23 Control 1 C.Team

1526 1x o/ A to cells
Frank Coker N/C A.97 Cells.44
1527 1x o/ F to G
Tyler Baynard N/C F.66 G.60
1x o/ F to cell 9
Tyrus Mason N/C F.65 Cells.45
1600 Count ; clear @ 1629
A. 96[1] E 64[1] J 74
B 83 F 65 Cells 45
C 94[4] G 40 Max 27
D 104[2] I 86 Total 807
1635 Unit 33 10.8 ~~10~~ CPSO 21 trays (Richie)
1635 Fence Inspection ; Comp 1649
1640 Unit 6972 10.81 10.15 2x EBR Crt (Cooper/Atkins)
Maynor Lopez-A
Larry Brooks-C
1656 C/O Cummings off duty

2.7.23 Control 1 D.Team

1656 C/O Smith is on duty
1657 Count
A96[1] E65 I 86
B83 F64[1] J 75
C97[1] G42[18] Cells 45
D106 Max 27 Total 807
1700 Chow Started in J-dorm
1706 Unit 3193 10.87 10.15 3x W.R. White/Randall
1709 Chow Completed in J-dorm
1709 Chow Started in I-dorm
1714 Starting Cell feed up
1718 Chow Completed in I-dorm
1726 1x back into Charlie from Court
Larry Brooks
1728 Count Cleared @ the facility
1745 Capt. Allen has 2x out of Golf for trash run

2.7.23 Controll D. Team

1746 Cell feed up is Complete
1746 1x back into Delta from seeing Captain
1747 1x Out of Foxtrot to Cell#1. F/C 64 Cell/C 46
lee Fountain
1748 Chow

| | |
|---|---|
| A 1809-1829 | E 1926-1945 |
| B 1834-1855 | F 1945-2110 |
| C 1748-1809 | G 1950-2110 |
| D 1902-1926 | |

1751 1x back into A-dorm from Court
Maynor lopez
1758 trash run is Complete Capt. Allen
1918 Code 3 Medical in Echo
1920 Code 4 in Echo 1x to medical
1922 Called S.O. for a Ambulance
1946 Ambulance is 10.81 10.15 ox on Compound
Ofc. Beason is 10.81 10.15 ox behind ambulance
Mississippi Lic#AM80280
1948 1/m Michael syron 10.81 @ back gate
1955 1x Out of Delta to the block
2000 Count

| | | |
|---|---|---|
| A 97 | E 64 | I 86 |
| B 83 | F 64 | J 75 |
| C 98 | G 42 18 | Cells 46 |
| D 105 | Max 24 | Total 807 |

2006 AMR 10.8 10.15 1x off Compound Ofc. White riding along. Ofc. Beason is 10.8 10.15 ox off compound
2032 Count Cleared @ the facility
2039 Lt. Prince is starting fence Inspection.
2049 Pill Call

| | | |
|---|---|---|
| A ~~1944-1950~~ 2341-2342 | E 2059-2109 | I 2318-2327 |
| B ~~1950-2000~~ 2343-2357 | F 2049-2059 | J 2327-2335 |
| C ~~1926-1934~~ 2121-2132 | G 2313-2315 | Cells 2109-2121 |
| D ~~1934-1944~~ 2132- | Max 2050-2109 | |

LE 2.7.23 Control 1 D. Team

2043 Capt. Allen has two out of Golf up at
administration waxing the floor
2058 Ofc. Richie is 10.8 off Compound
2101 Lt. Prince has completed fence Inspection
2121 1x Out of Charlie to Alpha C N/C 97 A N/C 98
Joseph williams
2122 Starting Cell Clean up
2144 Code 3 in India dorm
2203 Sgt. Ladd is 10.81 on Compound
2228 Count

| | | |
|---|---|---|
| A 98 | E 64¹ | I 86 |
| B 83 | F 64 | J 75 |
| C 97 | G 52⁸ | Cells 46 |
| D 106 | Max 27 | Total 807 |

2259 Count Cleared @ the facility
2324 1x from India to Cell #9 I N/C 85 Cell N/C 47
Darrel Jeansonne
2350 Unit 5972 10.81 10.15 0x at trinity hospital
ofc. Barlow
0010 Count

| | | |
|---|---|---|
| A 98 Sgt. Ladd | E 64¹ Lt. Prince | I 85 Dudley |
| B 83 Sgt. Ladd | F 64 Dudley | J 75 Dudley |
| C 97 Lt. Prince | G 53⁷ Lt. Prince | Cells 47 Dudley |
| D 106 Dudley | Max 27 Dudley | Total 807 |

0028 Code 3 in Charlie dorm
0041 Count Cleared @ the facility
0050 1x Out of Charlie to Cell #12 C N/C 96 Max N/C 28
Toronto Byrd
0054 1x Out of Charlie to Cell #11 C N/C 95 Max N/C 29
Jeron Brooks
0101 Unit 5972 10.81 10.15 1x on Compound
ofc. Barlow
0104 Lt. Prince & Capt. Allen making rounds in Bravo

S. Atkins B-Team

~~2244~~ SA 2113 Count - comp 0142
| | | |
|---|---|---|
| A - 107 | E - 64' | I - 77 |
| B - 80 | F - 63² | J - 79 |
| C - 98' | G - 48¹⁰ | cell - 40' |
| D - ~~9~~104 | max - 24 | total - 801 |

2230 lights, phones off A + B
2300 code 3 (C) - code 4.
2335 1 X O/C to cell 4 N/C C-100 Cell-39
Corey Williams
2340 5 X O/I to cell 12 N/C I-77 max-24
Cedric Pittman, Jacobie Lede, Devin Ceaser
Leroy Jones, Malcom Rhodes
2353 1 X O/C to cell 12 N/C max-25 ~~cell~~ SA -99 C-99
Toby Robinson
0000 1 X O/cell 12 to cell 4 N/C max-24 cell-40
Toby Robinson
0021 unit 15, LP 261908 1081 1015 X 1 ~~SO~~ SA CPSO FC-804 Stevens
~~0033 code~~ 1022 (playing)
055 CPSO 108
0105 1 X O/E to blocks N/C E-64'
Steven Winborne
LE 0127 1 X O/C to blocks 98'
Anthwan Allen
0159 1 X O/C to B N/C C-98 B-81
Anthwan Allen
0208 1 X O/E to cell 14 N/C E-64 max-25
Steven Winborne
0239 Kathy LaPraire called will be late for work.
Babysitter is at hospital.
357 Pulling court (C) N/C
Davante Johnson (P/A), Austin Isadore (P/A), Titus Green
Marcus Mosley
~~358~~

3-31-23 Control 1 B-Team

2309 Chris McNeal maintenance 10-8 B-102
2316 1X O/Cell 4 to B, N/C cell 46 B 102
| Eric Hartford
2322 3X O/C to cell 4 N/C C-77 cell-49
| Craig Hebert, Gregory Donseroaux, Anthony Benoit
2348 1X O/F to booking N/C F-63
| Andrew Daigle
0019 1X O/G freeman N/C G-54 FC-825
| Eric Carry
| Pickup Person: Charles Ready - cousin
| Vehicle: 1995 white Ford Pickup 10,000 LP# 524664.
| VIN# 1FTJW36F85EA23807
0019 1X O/F freeman N/C F-63 FC-824
| Andrew Daigle
| Pickup Person: Gena Olds - mother
| Vehicle: 2018 White Honda Accord PC VIN# 1HGCV1F33JA243C8
0059 1X I/E new intake N/C-68
| Walter White
0122 1X O/D to cell 13 N/C D-106 max-23
| Gino Rodriguez
0315 count comp. 0355
| A 107 E 68 I 99
| B 102 F 63 J 76
| C 77 G 48 6 cell 49
| D 106 max 23 total 824
0421 1X O/A to C N/C A-106 C-78
| Dorsay Parkins
0430 lights on A & B dorm
452 unit 33 108 S/O 24 trays Broodsaw
500 S. Atkins off duty

April 1, 2023 A-Team Ofc. A. Williamson

0500 Ofc. A. Williamson on duty w/ 2 Keys
| Keys: 7-8 Kit/5-14 ctrl 1-2 ctrl 3-1
| 5-21 8-9 Med-8 ctrl 2-2 ctrl 4-0

April 1, 2023 A-Team Ofc. A. Williamson

0500 Count Started / cleared @ 0519

A- 106 E- 68 I- 99

B- 102 F- 62 J- 76

C- 78 G- 40 14 cells- 49

D- 106 max- 23 Total- 824

Laundry Room Inspection / comp @ 0504 - Sgt. Guthrie

0523 Pill Call started / comp @ 0856 - Perkins

A - 0727 - 0744 E - 0624 - 0641 I - 0523 - 0533

B - 0642 - 0700 F - 0803 - 0820 J - 0534 - 0544

C - 0745 - 0803 G - 0803 - 0820 cells - 0838 - 0853

D - 0700 - 0727 Max - 0853 - 0856

0535 Chow started / comp @ 0818

A - 0727 - 0744 E - 0624 - 0642 I - 0610 - 0621

B - 0642 - 0700 F - 0803 - 0818 J - 0621 - 0630

C - 0745 - 0803 G - 0803 - 0818

D - 0700 - 0727 Max/cells - 0535 - 0600

0820 Count started / cleared @ 0855

A- 106 E- 68 I- 99

B- 102 F- 62 J- 76

C- 78 G- 30 24 cells- 49

D- 106 Max- 23 Total- 824

0920 Fence Inspection / comp @ 0932 - Sgt. Robinson

1017 Alvin Allen (A) to cell #4 (DIS) N/C A 105 cells 50

1019 Unit # (33) 10-8 S/O - 22 trays / RTN @ 1036 - Washington

LE0600 - Leon Brown (cell 5) refused chow

1025 Cell feed up started / comp @ 1039 - Sgt. Robinson

1028 - Leon Brown (cell 5) refused chow

LE1013 Cpt. Littleton in A dorm

1120 Chow started / comp @ 1341

A - 1237 - 1300 D - 1207 - 1236 G - 1320 - 1341

B - 1146 - 1207 E - 1128 - 1146 I - 1120 - 1130

C - 1300 - 1320 F 1320 - 1341 J - 1130 - 1141

1152 Cpt. Littleton leaving compound

1237 Auto Chlor L/P N386164 Unit # 437 Driver: Christopher 10-8

April 1, 2023 A-Team Ofc. A. Williamson
N/c cells [47] J [79]
1257 3 from (cell #4) to J dorm
- Gregory Donscroaux
- Craig Herbert
- Anthony Benoit
1345 Count started / cleared @ 1408
A- 105 E- 68 I- 99
B- 102 F- 62 J- 79
C- 78 G- 32 22 cells- 47
D- 106 Max- 23 Total- [824]
1354 Code 3 J Dorm
1408 Auto Chlor 10-8
1429 Mickey Herron (cell 8) to Medical / RTN @ 1450
1635 Count started / cleared @ 1654
A - 105 E - 68 I- 99
B - 102 F- 63 J- 79
C- 78 G- 43 " cells- 47
D- 106 Max- 23 Total- [824]
1702 Unit #(33) 10-8 s/o 22 tray / RTN @ ______ -Dep. Cavin
1706 Ofc. A. Williamson off duty Lt. [signature]
1706 4-1-23 Control 1 B-Team
S. Atkins on duty w/ 12 Keys
Keys
5 - 22 Kit - 14 Ctrl 2 - 2
7 - 8 med - 8 Ctrl 3 - 1
8 - 9 Ctrl 1 - 2 Ctrl 4 - 0
1726 Cell feed up - comp. 1743
1732 Leon Brown (cell 5) refused Chow
1743 3X Cell 12 hunger Strike
1745 Chow - comp 2040
A 1834 - 1853 E 1935 - 1952 J 1745 - 1755
B 1914 - 1934 F 1952 - 2018
C 1814 - 1834 G 2026 - 2040
D 1853 - 1914 I 1756 - 1806

1749 Pulling Ramadan
| 2X O/C 2X O/B 6X O/H 15X O/D 3X O/E
| 1X O/cell 12 5X O/I 2X O/J
1824 1X b/I from Ramadan
1825 Pill call - comp: 2233
| A 1948-2000 E 2203-2210 cell 1913-1940
| B 2163-2201 F 2211-2233 I 1836-1850
| C 1940-1947 G 1849-1859 J 1825-1835
| D 2132-2153 max 1859-1913
1832 1X b/D from Ramadan
1950 Ramadan: Back to dorms
| 3X b/E 1X b/cell 12 14X b/D 2X b/B
| 6X b/H 2X b/C 4X b/I 2X b/J
2005 count - comp: 2053
| A 105 E 68 I 99
| B 102 F 63 J 79
| C 78 G 39 15 cell 47
| D 106 max 23 total 1824
2021 code 3 (D) - code 4 @ 2022
2054 1X O/F to medical RTN @ 2058
| Jeremy Netterville
2132 SA 21 - 1015X1 Outside w/ SA Lt Beason - comp 2145
2213 1X O/E to cell 8 N/C E - 67 cell - 48
| David ~~Thibodeaux~~ SA Terrebone
2230 lights off A + B dorm
2251 2X O/cell 8 to Shower RTN @ 2310
2310 2X O/cell 8 to Shower RTN @ 2333
2333 2X O/ cell 8 to Shower RTN @ 2352
2356 2X O/cell 7 to Shower RTN @ 0035
0040 Fence inspection - comp: 0053 Lt. Beason
0055 Trash inspection - comp 0057 Lt. Beason
0057 parking lot inspection - comp: 0105 Lt. Beason

4-2-23 Control 1 B-Team

0105 Count-comp 0131

| | | |
|---|---|---|
| A 105 | E 67 | I 99 |
| B 102 | F 63 | J 79 |
| C 78 | G 459 | cell 48 |
| D 106 | max 23 | total 824 |

159 code 3 medical (I) code 4 @ 0208

0208 1X0/I to medical N/C 48'

1 Reginald Berry

0430 lights on A + B

500 S. Atkins off duty

April 2, 2023 A-Team Ofc. A. Williamson

0500 Ofc. A. Williamson on duty

Keys:

| | | |
|---|---|---|
| 5- 21 | Kit/5- 14 | ctrl 2- 2 |
| 7- 8 | Med- 8 | ctrl 3- 1 |
| 8- 9 | Ctrl 1- 2 | ctrl 4- 0 |

Count started / cleared @ 0520

| | | |
|---|---|---|
| A- 105 | E- 67 | I- 96 3 |
| B- 102 | F- 62 1 | J- 77 2 |
| C- 78 | G- 40 14 | cells- 48 |
| D- 106 | Max- 23 | Total- 824 |

Laundry Room Inspection/comp @ 0503 - Lt. Fortune

0535 Unit #(33) 10-8 s/o 23 trays/RTN @ 0558 - Perkins

0551 Chow started / cleared @ 0834

| | | |
|---|---|---|
| A-0709-0733 | E-0628-0643 | I-0551-0559 |
| B-0643-0709 | F-0817-0834 | J-0600-0606 |
| C-0759-0817 | G-0817-0834 | |
| D-0733-0759 | Max/cells-0553-0615 | |

0623 Pulling for Ramadan.

0628 Pill Call started / comp @ 1225

| | | |
|---|---|---|
| A-0709-0733 | E-0628-0643 | I-0551-0559 |
| B-0644-0709 | F-0817-0837 | J-0600-0609 |
| C-0759-0817 | G-0817-0837 | cells-1120-1147 |
| D-0733-0759 | Max-1220-1225 | |

107

April 2, 2023 A-Team: Ofc. A. Williamson

0205 Ramadan complete - returned to dorms

0830 Count started/cleared @ 0852

| | | |
|---|---|---|
| A- 105 | E- 67 | I- 98' |
| B- 102 | F- 62' | J- 79 |
| C- 78 | G- 30 ²⁴ | cells- 48 |
| D- 106 | Max- 23 | Total- 824 |

0900 Fence Inspection/comp@ 0913 - Sgt. Robinson

0901 Kitchen Trash Run x3 /comp@ 0906 - Perkins.

Unit #(3193) 10-8 10-15x1 LaSalle ~~General~~ General - Randall - Reginald Berry (I)

1012 Keandre Young (cell 9) to Med. /RTN@ 1017

1013 Keithrain Davis (A) to block

1021 1 "freeman" leaving the facility - Keithrain Davis (A)

Brother: Henry Davis N/C A 104 Fac 823

Vehicle: 2022 Toyota Corolla Red L/P# 319 FYJ

1027 Sirmedra Tolliver called and informed that she would not be returning to work

1028 Unit #(33) 10-8 S/O 22 trays /RTN@ 1056 - Washington

1050 Chow started /comp@ 1418

| | | |
|---|---|---|
| A-1237-1300 | E-1119-1140 | I-1050-1100 |
| B-1207-1230 | F- ~~12~~ (AW) 1325-1354 | J-1100-1115 |
| C-1300-1324 | G-1325-1354 | |
| D-1140-1207 | Max/cells-1359-1418 | |

1129 Meds. Issued to cell 5 + cell 2 - Lt. Fortune

1355 Count started/cleared@ 1425 [signature]

| | | |
|---|---|---|
| A- 104 | E- 67 | I- 98' |
| B- 102 | F- 62' | J- 79 |
| C- 78 | G- 36 ¹⁸ | cells- 48 |
| D- 106 | Max- 23 | Total- 823 |

1502 Unit #(3193) 10-81 10-15x1 LaSalle Hospital - Randall

-Reginald Berry (I)

A-Team Ofc. A. Williamson
April 2, 2023
1622 Unit#(33) 10-8 S/O 23 trav/RTN@ 1636 -Dep. Cavin
Count started / cleared @ 1639
A- 104 E- 67 I- 23 99 WB
B- 102 F- 63 J- 99 WB 79
C- 78 G- 41 13 cells- 79 WB 48
D- 106 Max- 23 Total- 823
1657 I dorm chow started - Comp 1709
1706 Ofc. A. Williamson off duty w/ 2 Keys
B-Team
4-2-23 control 1
1706 S. Atkins on duty w/ 2 keys
Keys
5-22 Kit-14 Ctrl 2-2
7-8 med-8 Ctrl 3-1
8-9 Ctrl 1-2 Ctrl 4-0
1709 J chow - comp.
1709 Count - comp. 1739
A 104 E 67 I 99
B 102 F 63 J 79
C 78 G 38 16 Cell 48
D 106 max 23 total 823
1657 Chow - comp.
A 1821-1839 D 1838-1855 G 1959-2014
B 1855-1915 E 1920-1938 Max/Cell 1733-1759
C 1800-1821 F 1939-1958
1756 Sgt Murphy called, faxed over court list.
1801 Pulling for Ramadan
6 X o/A, 2X o/C, 2X o/B, 8X o/D, 3X o/E
4X o/I, 2X o/J
1816 I, 1X b/D from ramadan
1817 1X b/I from Ramadan
1916 Count - comp. 2023
A 98 6 D 94 12 G 40 14 J 77 2
B 100 2 E 64 3 Max 23 Cell 48
C 76 2 F 63 I 96 3 total 823

4-2-23

Control 1 B-Team

2028 Ramadan back to dorms
| 2X b/T, 6X b/A, 2X b/J, 2X b/C, 12X b/D
| 3X b/E, 2X b/B, 3X b/I
2036 1X O/F to medical RTN @ 2040
| Jeremy Netterville
1946 Pill call - comp:
A 2157-2206 E 2228-2235 I 1959-2116
B 2217-2228 F 2235-2254 J 1946-1959
C 2151-2157 G 1959-2120 cell 2132-2151
D 2206-2216 max 2120-2132
~~2138 S/O called: On the way with one.~~
2144 CPSO unit 15 LPH 261908 10-81 10-15X1 Dep. Stevens
| Lane McCarthy N/C: FC -[824]
2153 CPSO 10-8 10-15 XO Dep. Stevens
1007 @Caddo ~~S/O~~ called about 2 offenders in reentry Program.
2223 1X I/E new intake N/C E-[68]
| Lance McCarthy
2230 lights, tv, Phones off A+B
2254 C/O M. Washington off compound
2348 ~~shake down B~~ rounds B
0009 ~~shake down A~~ rounds A
0042 ~~code 3 medical~~ 10-22
0043 Ofc. Davis called. He will be late because he
| has to take his sisters to school.
0046 1X O/I to medical N/C [98]
| Reginald Berry
0242 unit 3198 10-8 10-15 X1 to Rapides ofc. Anderson
| Reginald Berry
305 count-comp 350
A 104 E 68 I 98
B 102 F 63 J 79
C 78 G 495 cell 48
D 106 max 23 total 824
LE 2138 S/O called: On the way with X1.

0346 unit 519 LP# 268485 1081 10-15X0 Caddo CPL Davis/Jackson
0407 unit 519 10-8 10-15 X1 Caddo Sheriff Office CPL Davis/Jackson
| Kevion Harrison
| N/C J- [78] FC [823]
0415 unit 8194 10-8 1015 X2 (1 Jena S/O, 1 LSU Shreveport.
| Kenneth Woods JSO, Kevin Broxton LSU : Ofc Ray
0418 Palling court
1X O/A
Jeffery Woods P/A
6X O/C
Antoine Favors P/A, Larry Brooks, Nolan Pratt
Kassium Edwards P/A Darryl Variste, Robert Wells
4X O/B
Travis Franklin P/A, JacQuielBellard P/A James Weber
Antwun Allen
2X O/E
Dayon Bently, Preston Kinchen
2X O/D
Johnnie Parker, Darrel Jeansonne P/A
2X O/I
Fabian Brown P/A Joshua Beck
2X O/J
Harry Jackson P/A, Christopher Thomas P/A
2X O/G
Brandon Gaunt P/A, Jamal Alexander P/A
0500 S. Atkins off duty
0500 V Goodwin on duty w/keys, w/radio
0510 33 108 1015 22 trays SO; comp 0527 Marvin
0514 0668 108 1015 x4 w/R White
0530 Count; 0604
A 103[1] E 65[3] J 76[2]
B 97[3] F 63 Max 23
C 72[6] G 34[20] Cell 48
D 104[2] I ~~96~~[3] 95[4] Total 823

4/3/23 Control 1 C-shift

0535 39 108-1015 x7 Bossier James/Johnson
Christopher Thomas (J-P/A, Brandon Gaunit (G-P/A,
Travis Franklin (B-P/A, Kassium Edwards (C-P/A, Fabian
Brown (I-P/A, Jacquel Bellard (B-P/A, Jarmal
Alexander (G-P/A N/C - J-77 | G-52 | B-100 | C-77 |
I-98 | 7AC-816 |

0539 7612 108-1015 x2 Hunt Poole/Taylor
Harry Jackson (J-P/A, Darrel Jeansonne (~~cell~~ D I-P/A
N/C - J-76 | ~~Cell-47~~ | 7AC-814 | D-105 |

0544 Code 3 medical - I dorm

0545 5924 108 1015 x6 EBR Atkins
Antoine Favors (C-P/A, Jeffery Woods (A-P/A, Larry
Brooks (C, Johnnie Parker (D, Nolan Pratt (C, Antwun
Allen (B N/C - C-76 | A-103 | 7AC-812 |

0545 6433 108 1015 x6 EBR Taylor
Joshua Beck (I, Dayvon Bentley (E, Preston Kinchen (E,
Derryl varist (C, James webber (B, Robert wells (C

0605 cell feed up; 0634

LE 0547 Pill call:
G - 0547 - 0553 Cells - 0800 - 0817
max - 0553 - 0605 I - 0820 - 0826
7 - 0607 - 0616 J - 0826 - 0832
E - 0616 - 0626

0608 Terrance Culbert I - cell 7 N/C - I-97 | (DIS)
Cell-48 |

0616 Ramadan pill; comp 0633

0633 chow; comp w/ Pill Call
C - 0633 - 0653 E - 0800 - 0818 J - 0702 - 0713
A - 0653 - 0714 7 - 0818 - 0828
D - 0714 - 0738 G - 0818 - 0828
B - 0738 - 0759 I - 0651 - 0700

0734 5034 108 1015 x0 Rapides Lt. Benson/Washington

0823 Tyler Bundren O/A to Law Lib for Zoom Court; 841

4/3/23 Control C-shift

0826 *2 : Cell 3 to block for court
Dustin Jones, Allen Newman
*3 - E to block for court
Von Charrier, Walter White, Lane McCarthy
0833 Count; 0902
A 103 E 62[6] J 76
B 97 F 61[2] Max 23
C 71[5] G 22[30] Cell 46[2]
~~D 104[2]~~ 104[1] I 95[2] Total - 812
0845 27 108 1015 *5 CPSO White
Dustin Jones (cell 3, Allen Newman (cell 3,
Von Charrier (E, Walter White (E, Lane McCarthy (E
0919 Terrance Culbert - cell 7 - I N/C - I - 98 / Cell 47
0935 Trash run *5; comp 0942 Kitchen
1016 33 108 1015 22 trays SO; 1044 Ramsey
1046 Beaugard Driver Cooley Lic 279627
P/u Bryant D Johnson (J N/C - J 75 / FAC - 811
4/E 1027 Fence Inspection; comp 1049 Bordelon Randall
1054 3193 108 1015 Natchez Van repair McGee
1056 Commissary D dorm; comp 1223
1058 code 3 medical A; code 4 1059
1132 Chow; comp
C 1132 - 1152 E 1304-1326 J 1108-1120
A 1152 - 1217 F 1326-1349 Cell 1103-1120
D 1239 - 1304 G 1326-1349 Max 1103-1120
B 1217 - 1239 I 1056-1108
1150 Bread truck; 1205
1205 Lasalle Driver Sanfield Lic XYE494
RTN Kenneth Woods
1208 27 1081 1015 *4 CPSO White
Dustin Allen, Allen Newman, Van Charrier,
Walter White

113

4/3/23 Control 1 C-shift

7612 1329 7612 1081 1015 *10 EBR Poole/Cagle
Joshua Addison, Julian Anderson, John Boese,
Louis Brown, Byron Carney, Christopher coleman,
Thomas Davis, Dennis Edwards, Edward
Franklin, Nikeal Franklin N/C - [7AC 821]

1337 7612 108 1015 P/u supplies in J'ville Poole

1358 CPSO Driver Barnes Lic 262825
Rtn Lane McCarthy, New Brad Reynolds
N/C - [7AC 822]

1400 Count; comp 1421

| | | |
|---|---|---|
| A 103 | E 65³ | J 75 |
| B ~~97³~~ 98² | F 61² | max 23 |
| C 72⁴ | G 20³² | Cell 48" |
| D 104¹ | I 96² | Total - 822 |

1411 8194 1081 1015 *1 LSU Shrev. Ray
Kevin Braxton

1428 O'shay Booker D-7 N/C - [D-104] [7-64]

1436 7612 1081 1015 P/u supplies in J'ville Poole

1441 5924 1081 1015 *6 EBR Atkins
See 0545

1449 B dorm commissary; comp 1632

1457 New intakes:
Julian Anderson (B, Byron Carney (C, N/C - [B-101]
[C-77]

1525 Antwun Allen - B P/A to EBR N/C - [B 100] [7AC 821]

1534 H'burg PD Driver Beason Lic 279988
P/u *2 Van Chamier, Walter White N/C - [E-66] [7AC-819]

1539 New intakes:
Joshua Addison (A, Edward Franklin (A, Nikeal Franklin (A,
Christopher Coleman (B, Louis Brown (C, Thomas Davis
(C, Dennis Edwards (D, John Boese (J N/C - [A-106]
[B-101] [C-79] [D-105] [J-76]

1548 Cami Washington Called in

4/3/23 Control C-shift

1557 Brad Reynolds New intake - E N/C E 67 Randall

1558 3193 1081 1015 Natchez Van Repair McGee

1620 39 1081 1015 O Bossier Jones/Johnson

1628 33 108 1015 22 Trays SO; comp 1641 Cassels

1626 I chow; comp 1633

1633 J chow; comp 1641

1656 I commissary; comp

1700 count; comp

A 106 E 67 J 76

B 100[1] 7 64 Max 23

C 77[2] G 35[17] Cell 48

D 105 I 96[2] Total 819

D. TEAM

1700 C/O Pan Duty

A. 106 E 67 J 96[2]

B 100[1] 7 64 J 76

C 77[2] G 35[17] 48

D 105 max Max 23 819

1724 Begin cell fix up comp @ 1755

1724 Unit 6433 10-X3 E BR Taylor

1733 Ofc. Jones is 108 X1015 Rapids E.R 29

1734 W/Randal New VAN 1081 X1015X 4 W/Release

1739 Reginald Berry ~~Rapids~~ Rapids E.R-29 Jones

Ofc there

1742 Passing out Ramadan Trays

A, D

1755 Ray Ray got control key

1808 Begin chow E 1917 comp @ 2008

A. 1808-1827 7. 1935-1950

B. 1827-1844 G 1953-2008

C 1845-1900

D 1900-1917

1833 Commissary D

1854 ICU Reginald Berry E.B. 11

1851 N/E to Cell 8 N/C E 66 N/C 49

Jontrell Springer

4-3-23

Control 1 D.TEAM

Begin Fac. ct. ~~Comp@~~
A. 106 E. ~~Lele 1917-1934~~ I.
B. 101 F. ~~1935~~ J.
C. 79 G. Cells
D ~~105~~
Max Total 819

1926 Pills I & J. comp@ 2000
1934 7th Floor Rm 718 Reginald Berry @ Rapids
1 ofc. Mary Jones
1949 2x°/c to major office
1953 N°/C to cell 12 N/C-C [78] N/c max [24]
Miguel Jones, Marquel
1954 N°/C to A N/C [77] A [107]
Byron Carney

2000 Begin Fac. ct. comp@ 2024
A. 107 E. 66 I. 97
B. 101 F. 64 J. 76
C. 77 G. 37 15 cells [49]
D 105 max 24

2004 Max cell pills comp@ 2017
2017 Unit 8194 ofc. Sammy 1081 x1015 xp BK to CCC-
2020 Begin pill for Fac comp@ 2231
A. 2150-22 E. 2043-2052 I. 1923-2000
B. 2100 F. 2020-2043 J. 1923
C. 2141 G. 2000-2
D. 2106

2025 Pulling Ramadon
1 o/A 2x°/c 2x°/B, 7x°/D, 3x°/E
2048 N°/G to D N/C G [51] N/C D [106]
Bryan Breaux
2055 1x°/G to. B N/C G [50] N/C B [102]
2055 ~~Blaze~~ Blaise Dumdshit
1x°/cell 9 to D Cell [48] D [107]
2056 Jamal Thomas
Corey Anderson ~~1x°/G~~ 1x°/G to C N/C G [49] N/C C [~~80~~] 78

4-3-23 Control 7 D

2105 Cell clean up:
2110 1x°/cell 7 to Echo. N/C cells [217] E [57]
1 Julius Knox
2x°/E to G N/C Echo [65] N/C G [51]
Jimmy Bazzard, Gerald myers
~~2222 1x°/7 to G N/7x [63] N/G G [52]~~
Reed Preston Back
2131 Start cell showers 5, 13, 14, 13, 5, 4,5,8,9
2207 1x°/c to max 13 N/C [77] [125]
phillip Domiono
~~2210 1x°/G to Charlie N/C G [49] C [77]~~
~~Corey Anderson~~
2220 1x°/7 to G 7 [63] G [52]
Reed Preston Branch
~~2100~~
2315 Fire Alarm ~Kitchen Duct
2320 x2 cell 5 refuses showers/Charlie Hill Leon Brown

0000 Begin Fac. Rd. ct. comp @ 0038
A. 107 E. 65 J. 97
B. 102 7. 612 J. 76
C. 77 G. 466 Cells 47
D. 107 MAX 25 Total [819]
0000 J, J, G, E, 7, B, C, D, A Round counted!!
Jerome Eackles refuses shower
0150 Locating Court people
0234 James Veber, Didn't come bk from EBR - correction
Antwon Allen came bk to the right person who came off count

CPSO wants 22 may 5
0215 Fence Insp comp @ 0252
0243 Laundry comp 0252

4-4-23

Control 1 D. TEAM

0300 Begin Fac. ct. comp @ 0313
A. 107 E. 65 J. 97'
B. 102 F. 63 J. 76
C. 77 G. 44 & cells 47
D 107 Max 25 Total 819

0341 Code 3 - medical d
0346 1x°/I to Infirmary Lt. [signature]
/ Jericho ~~Derrick~~ Hamburg
0356 Unit 39 108 X1015x0 Ofc. Ray to Rapids Hospital (Reginald Berry)
0400 Pulling Court people 4x
1x°/Bravo pk All 2x°/C 1x°/D pk All
Kyrex Webster Jamion Perry Shatner Lewis
Aaron Young
0401 All cells & max shower are comp
0417 Fire Alarm sounds \ Silence it by control 4
0419 570 Kitchen Duct \ code 4
0421 Alarm company, Kitchen Security checked
/ Kitchen Duct all code 4
0442 Unit 33 is 108 x 22 S.D. Trays
/ ~~Sgt. Ladd~~ Ofc. Anderson
0503 Hot Boxes Ready for Island.
C/O Pa off Duty
0500 Y Goodwin on duty w/o Keys, w/radio
0500 count ; comp 0517
A 107 E 65 J 76
B 101' 7 62' max 25
C 75² 6 34¹⁸ Cell 47
D 106' I 97' Total 819
0514 3193 108 1015 ×2 W/R White / Randall
0521 8194 108 1015 ×1 EBR Poole / Taylor
Tamion Perry C/C
0521 6433 108 1015 ×1 EBR Simmons
Aaron Young C/C

4/4/23 Control 1 C-Shift

0522 Ramadan begin; comp 0602
0523 Pill Call:
Max - 0523 - 0525 Cells - 0715 - 0732
G - 0527 - 0533 I - 0821 - 0826
7 - 0538 - 0544 J - 0800 - 0820
0537 5034 108 1015 *2 EBR Marshall Atkins/Johnson
Kyrek Webster - B P/A, Shatner Lewis - D P/A N/C - B - 101 /
D - 106 / TAC - 817 /
0545 Cell feed up; comp 0637
0552 Chow; comp w/ Pill Call 0733
E - 0552 - 0605 B - 0701 - 0715 J 0712 - 0720
A - 0605 - 0623 7 0715 - 0733
D 0623 - 0644 G 0715 - 0733
C - 0644 - 0701 I 0703 - 0710
0618 Code 3 medical - I dorm; Code 4 0627
Derek Ambo: Seizure
0735 Count; comp 0757
A 107 E 65 J 76
B 101 7 62 Max 25
C 75² G 23²⁹ Cell 47
D 106 I 96² Total 817
0812 Trash run *5; comp 0834 Kitchen
0812 Pulling Court:
Charles Tolliver (E, Rodger Wilson (7, Joshua
Walker (7, Scott Stains (J
0837 3193 1081 1015 *0 W/R Randall/White
0837 7612 108 1015 *4 Cat Court Cagle/Nelson
Charles Tolliver (E, Rodge Wilson (7, Joshua
Walker (7, Scott Stains (J
0848 Comm & yard A dorm; comp 0949
0850 Yard C dorm; comp 0942
0937 33 108 1015 23 trays 50; comp 0948 Bloodsaw
0942 Yard D dorm; comp 1046

6/4/23 Controll C-Shift
0949 Yard time B dorm; comp 1045
0958 Jefferson Driver Green Lic 246329 P/U *1
Kendrick Robinson-C N/C-|C-76|7AC-816|
1015 Cell feed up; comp 1056
1024 Code 3 A dorm; Code 4 1034
1038 Donald Johnson °/E-7 N/C |E 64|7-64|
1050 3193 108 1015 *2 CPSO White/Randall
Carl Sanders (cell 1, Keondre Young (cell 9
1057 NiKeal Franklin °/A-B N/C |A-106|B-102|
1057 Chow; comp 1308
C-1057-1118 E-1232-1247 J-1041-1045
A-1118-1136 7-1250-1308
D-1145-1205 G-1250-1308
B-1207-1225 I 1015-1041
1138 C dorm Comm; comp 1336
~~3~~ (VG) 1212 3193 108 1015 *1 CPSO-Monroe Randall/White
~~Drop~~ Pick up One from CPSO and drop in monroe
1220 Merchants Driver Kendrick Lic MS101261A; comp ~~1250~~ 1320
1221 7612 1081 1015 *4 Cat Court Cagle/Nelson
See 0837
1258 Tyrell Givens °/A-Cell 3, Roli Anderson °/A-cell 4 N/C-|A104|Cell 49| Dis-fighting
1308 Count; comp ~~1322~~ (VG) 1322

| | | |
|---|---|---|
| A 104 | E 62² | J 76 |
| B 102 | 7 62² | max 25 |
| C 74² | G 16³⁶ | cell 47² |
| D 106 | I 97¹ | Total-816 |

1342 J dorm Comm & yard; comp 1514
1344 *2-°/7-B
William Lively, Max Robin N/C-|7-62|B-104|
1350 Richard Warren °/7-C N/C |7-61|C-77|
1352 E yard; comp 1500
1353 Skylar Lincecum °/7-E N/C-|7-60|E 65|

4/4/23 Control | C-Shift

1416 William Lively, Max Robin °/3-E
N/C - [B 102] [E 67] Atkins/Johnson
1424 5034 1081 1015 *3
*1 EBR - New intake Antoine Favors
*2 CPSO - Carl Sanders, Keondre Young
N/C [7AC-817]
1424 Sysco Driver Jimmy Lic Ind 2987521; comp 1436
1436 5034 108 1015 *0 W/R Atkins
1451 Nicholas Santangelo °/Cell 13-7 N/C [max 24]
[7-61]
1454 39 108 1015 *1 Lasalle Hosp Johnson
Maurice Mallory - Blood Clot
1500 7 yard; com 1625
1507 Antoine Favors New intake - C N/C [C 78]
1514 I yard; com 1614
1534 Bradley Diegidio °/C-7 N/C [C 77] [7-62]
1539 Charles Tolliver - CPSO N/C [E 66] [7AC-816]
1558 8194 1081 1015 *1 EBR Taylor/Rode
See 0521
1558 6433 1081 1015 *1 EBR Simmons
See 0521
1608 Li James Powell °/C - cell 12 (DIS) -
Complications Per Cpt Allen N/C [C-76]
[Max-25]
1628 Cory McCoy °/D - Cell 7 (DIS) Diafiance
N/C [D-105] [Cell 50]
L/E 1625 33 108 1015 23 trays SO; comp Simmons
1645 5034 1081 1015 *3 W/R Atkins
1644 I dorm feed up; comp 1651
1651 J dorm feed up; comp 1705
V Goodwin off duty

11-4-23 Control 1 D.TEA

1700 Begin Fac. ct. comp@ 1722
A. 104 E. 66 I. 97
B. 102 F. 61 J. 76
C. 75 G. 30 22 Cells 50
D. 105 Max 25 Total [816]
1721 3193 1081 1015 x1 w/R White/Randall
1722 Max pill call; comp 1725 cells comp@ 1740
1725 Cell feed up comp@ (Townsend, Carroll)
1731 Start Ramadan feed up comp@ 1749
1736 Mike Johnson to Lasalle Hospital in for A
Maurice Malbry out Charlie Emergency
called needs
1744 Ofc. Gary Jones 108 x1015 x 0 To Lasalle Hospital
1745 Start Fac. pills comp@ 2036
A. 1750-1758 E. 1814-1819 J-2020
B. 1848-1857 F. 1819-1840
CH 1746-1750 G 2030 2036
D 1759-1810 I 2020-2030

1755 Begin Chow comp@ 2000
A 1823-1842 E. 1913-1930
B. 1756-1810 F. 1930-1942
C. 1810-1822 G. 1943-2000
D 1842-1912
1900 1x0/I to G N/C I [97] G [53] (Michael ~~Jollo~~ Solla)
~~Begin Fac. Ct. comp@~~
~~A. 104 E. I.~~
~~B. 102 F. J.~~
~~C. 75 G. Cells~~
~~D Max Total [816]~~
1900 1x0/B to E N/C B [101] [67]
~~Do~~ Ronnie Dupuis
1900 1x0/D to G N/C [104] N/C G [54]
Danny Lachney