122

21-4-23 Control 1 D TEAM

1908 Unit 39 ofc. Johnson 1081 x 1015 x Ø Jines from LaSalle

1919 Ofc-Jones 1081 Blk male Maurice Malbry
C-Dorm

1933 1x bk into C - From Hospital Maurice Malbry

1947 Deputy Ray io 1081 x 1015 Ø Rapids Hospital
Ofc. Anderson is there

2000 Begin Fac Ct. comp @ 2009 2009

A. 104 E. 67 I. 96
B. 101 F. 62 J. 76
C. 76 G. 39 15 cells 50
D 104 max 25 Total 816

2014 Pulling Ramadon
A-5 E-3
B-2 I-2
C-2 J-2
3-9

2030 1x 0/Cell 7 to D N/C. Cells 49 D 105
Corey McCoy

2105 1x 0/Cell 12B to C N/c. max 24 N/c C 77
Johnathan West

2109 1x 0/Cell 8 to D N/C cells 48 N/C D 106
Mickey Heron

2132 Ramadon Bk into Dorm J

2138 1x /G - Angulard - Barber

2200 Shake Down B. 2215 401
C, A, D, B .501

2233 1x0/A to cell 8 N/c A 103 N/c cells 49
~~Devante Devaughn~~ Damonte Dabon - Shake Down

2342 3x0/B to max 14 B 98 N/C Max 27
EBR Joshua Sanders, Cameron Morgan, Dana Duplessis

2343 1x0/B to max 14 B 97 N/c Max 28
Micheal Solomon

123

4-5-23

Control 1 D. TEnk

2330 Begin Fac. ct. comp@ 0008

A. 103 E. 67 I. 96±

B. 97 F. 62 J. 76

C. 77 G. 45 9 Cells 49

D 106 Max 28 Total [816]

0023 1x°/I - Freeman I [96] N/Fac. ct. [815]

Ronald Renalding p/up by Micheal Reed

Dad 2020 Hyundai, PC

DL# 005908899 LP# 59PD84LF ~~XLH~~ LH 593391

0131 Fence Insp comp@ 217

0220 Laundry Insp comp@ 0227

0252 CPSO 22 Trays needed

0300 Begin Fac. ct. comp@ 0327

A. 103 E. 67 I. 95±

B. 97 F. 62 J. 76

C. 77 G. 45 ~~8~~9 cells 49

D 106 Max 28 Total [815]

0351 Pulling court people

1x°/A Edward Franklin pk All

1x°/B Malcolm Shaw

1x°/C Johnathan Smith

1x°/I Steven ~~Nichol~~ Nickens Lt.

2x°/cell 10 & 6 (10) Damarcus Mitchell

(6) Oubre Raynon

0400 Unit 5924 Ray 108 x1015 x10 Rapids General

0406 CPSO Trays are ready Ofc. Book 108 x 1015-20

0420 13 Keys Bloodsaw

0433 1081 x 1015 x 20 Trays bk from CPSO

0453 1x°/C to B N/c-C [76] N/c B [98]

Dorsay Perkins

0453 C/O Pam off Duty

April 5, 2023 A-Team Ofc. A. Williamson

0453 Ofc. A. Williamson on duty

April 5, 2023 A-Team

0453 Keys:
5 - 21 Kit/s - 14 Ctrl 2 - 2
7 - 8 Med - 8 Ctrl 3 - 1
8 - 9 Ctrl 1 - 2 Ctrl 4 - 0
Count started / comp@ 0519
A - 102 (1) E - 67 I - 94 (2)
B - 97 (1) F - 61 (1) J - 76
C - 75 (1) G - 36 (18) cells - 47 (2)
D - 106 Max - 28 Total - 815
Laundry Room Inspection / comp@ 0455 - Lt. Fortune
Pill Call Started / comp@ 0830 - Perkins / Lt. Fortune
A - 0646 - 0704 E - 0551 - 0610 I - 0453 - 0502
B - 0629 - 0646 F - 0727 - 0753 J - 0502 - 0516
C - 0615 - 0629 G - 0727 - 0753 cells - 0753 - 0830
D - 0705 - 0727 Max - 0825 - 0830 ~~Total~~ (AW)
Ramadan started

0516 Unit #(3193) 10-8 10-15x4 % Work Release - White / Randall
- Eric Stump - Xavier Nelson
- Steven Cohen - Dwight Jefferson

0534 Unit #(7612) 10-8 10-15x1 EBR Jail - Atkins / Cagle
- Edward Franklin (A) N/C A 102 Fac 814
Unit #(2CH081441) 10-8 10-15x5 EBR Court / - Johnson / James
- Steven Nickens (I) - Demargues Mitchell (cell #10)
- Rayon Oubre (cell #6) - Malcolm Shaw (B)
- Jonathan Smith (C)

0545 Dorsay Perkins (B) to A dorm N/C B 97 N/C A 103

0546 Ramadan comp. - returned to dorms

0551 Chow started / comp@ 0743
A - 0646 - 0704 E - 0551 - 0608 I - 0555 - 0602
B - 0629 - 0646 F - 0727 - 0743 J - 0602 - 0611
C - 0615 - 0629 G - 0727 - 0743
D - 0705 - 0727 Max / cells - 0615 - 0634

0628 ~~0629~~ (AW) CPSO Jailer called asking where (AW) ~~cell food~~ chow trays were.

0629 I, Ofc. Williamson, spoke with Kitchen security he stated, ofc. Book took them at 0400. I called CPSO and spoke with Dispatcher Randee who confirmed chow trays had been delivered this Morning.

0647 Admin. Trash Run x2 / RTN@ 0649 - Cpt. Allen

0730 Count started / cleared @ 0805

| | | |
|---|---|---|
| A - 103 | E - 67 | I - 94 (2) |
| B - 96 (1) | F - 61 (1) | J - 76 |
| C - 75 (1) | G - 24 (30) | cells - 47 (2) |
| D - 106 | Max - 28 | Total - 814 |

0754 Unit#(3193) 10-81 o/o Work Release - White / Randall

0836 I/m (Anthony Ross) from F to A-DORM
N/C A - 104 N/C F - 61

0848 TB Testing (DOC) started for facility / Comp:
I/m (David Terrebonne) from Cell #8 to Med / RTN: 0856

0923 I/m (Jyran McCoy) from I-DORM to Cell #13 (DIS)
N/C I - 95 N/C MAX - 29

0930 Fence Inspection started / Comp: 0946 - Lt. Fortune

0945 Unit #(33) 10-8 S/o 23 trays / RTN@ 0957 - Sgt. Robinson

1013 Bruce Dial + Omarion Hookfin (B) to block for dentist.

1021 Demarcus Obear (cell #13) to block for dentist.

1029 Cell Movements
4 out of (cell # 3) to C dorm N/cell 45 C 80
- Gregory Parker - David Hastings
- Khalil Henderson - Toby Robinson
1 out of (cell #5) to I dorm N/c cell 44 I 96
- Rickey Wesley
2 out of (cell #6) to J dorm N/c cells 42 J 78
- Derek Givens - Jack Jameson
1 out of (cell #13) to cell #3 N/c cells 43 max 28
- Isaac Harris III

April 5, 2023 A-Team Ofc. A. Williamson

1029 Chow started / comp @ 1325
A- 1235 - 1256 E- 1111 - 1129 I- 1029 - 1037
B- 1147 - 1206 F- 1258 - 1325 J- 1037 - 1047
C- 1129 - 1147 G- 1258 - 1325
D- 1206 - 1235 Max/cells - 1053 - 1113

1043 Unit #(6932) 10-8 10-15x12 Dentist -Poole / Simmons
- Bruce Dial (B) - Demarcus O'bean (cell #13)
- Donald Methvien (E) - Jacob Singleton (E)
- Donald Johnson (F) - Devin Mitchell (F)
- Seneca Yates (I) - Kelly Griffin (J)
- Rynnard Collins (D) - Lucas McLaughlin
- Marlon Morris (E) - Omarion Hookfin (B)

1111 2 in (cell #14) refused Chow - Hunger strike
- Donald Dominick - Lynderrick Woods

1251 Jontrell Springer (cell 8) to F-dorm N/c cells 42 F 62

1325 Count started / cleared @ 1353
A- 104 E- 64 (3) I- 92 (4)
B- 94 (3) F- 58 (4) J- 77 (1)
C- 79 (1) G- 25 (29) cells- 39 (3)
D- 104 (2) Max- 27 (1) Total- 814

1340 F Yard + Commissary / comp @ 1459
1345 Unit #(3193) 10-8 P/u Work Release - White + Randall
1402 Unit #(7612) 10-81 EBR Jail - Atkins / Cagle
1424 Blaise Dumesnil (B) to Medical / RTN @ ____
Christopher Hanzy (A) to Medical / RTN @ 1431
1505 Code 3 : E dorm (fight)
1507 Unit #(2CH081441) 10-81 10-15x5 EBR Court - James Johnson
- Steven Nickens (I) - Demarques Mitchell (cell #10)
- Rayon Oubre (cell #6) - Malcolm Shaw (B)
- Jonathan Smith (C)
1516 EBR Court back in dorms
1525 Eric Hartford (B) to cell #5 (DIS) N/c B 96 cells 43
L/LE 1502 Cpt. Littleton + Cpt. Allen in Bravo Dorm

April 5, 2023

A-Team (DIS) Ofc. A. Williamson

1542 3 out of E dorm to cell #3 N/c E 64 cell 46
- Marques Long - Avery Hall
- Cameron Leduff
1544 Code 3 A dorm (fight)
1554 Donald Dominik ~~+ Lynderrick Woods~~ (AW) (cell #14) to E
N/c max 27 E 65
1557 3 out of A dorm to cell 14 + 8 N/c A 101 cell 47
-Javoanta ~~Devante~~ Harris (cell #14) Max 29
- Demarcus Johnson (cell 14) - Shawn Byrd (cell 8)
1415 Unit #(2CH081441) 10-8 to Rapides to relieve Ofc. Ray-Book
1656 Count started/cleared @ 1719

| | | |
|---|---|---|
| A- 101 | E- 62 (3) | I- 94 (2) |
| B- 94 (2) | F- 60 (2) | J- 77 (1) |
| C- 80 | G- 38 (16) | cells- 47 |
| D- 104 (2) | Max- 28 (1) | Total- 814 |

1711 I dorm chow started
Unit #(33) 10-8 22 trays/RTN@ 1734 -Townsend
1719 Ofc. A. Williamson off duty [signature]
1719 Ofc. S. Atkins on duty
Keys

| | | |
|---|---|---|
| 5-22 | Kit- 14 | Ctrl 2 |
| 7-8 | med- 8 | Ctrl 3 |
| 8-9 | Ctrl 1-2 | Ctrl 4 |

1720 Cell feed up - comp: 1734
1723 Chow - comp: 2010

| | | |
|---|---|---|
| A 1849-1909 | E 1812-1831 | J 1723-1730 |
| B 1934-1953 | F 1750-1812 | |
| C 1831-1848 | G 1954-2010 | |
| D 1909-1931 | I 1730-1742 | |

1726 Unit 6932 10-81 10-15 X12 Dentist Poole/Simmons
1730 Lyndericks Woods (cell 13) hunger strike
1737 Dentist back to dorms - refer to
1739 1X O/cell 13 to E N/C max. 28 E 66
Lynderick Woods

4-5-23 Control 1 B-Team
White/Randy

1746 3193 1081 10-15X4 W/R
1904 code 3 medical J - code 4 @
1921 Adminersting narcan right nostrile
- Jamien Williams
1939 unit 39 1081 1015X @ Rapides Medical Ofc Ray
2001 Count - Comp: 2025
A: 101 E: 66 I: 95
B: 96 F: 62 J: 78
C: 80 G: 38 16 cell: 47
D: 106 max: 28 Total 814
2028 Pulling for Ramadan
3X O/E 1X O/C 4X O/A 12X O/D 1X O/B 12X O/I
23X O/J
2041 Pill call - comp: 2340
A 2246-2256 E 2309-2321 I 2055-2110
B 2256-2302 F 2322-2340 J 2041-2055
C ~~2144~~ 2213-2220 G 2113-~~2120~~ 2116 cell 2130-2143
D 2222-2246 max 2120-2127
2109 Sgt. Murphey w/EBR called, list has been faxed
2125 Starting ~~bed books~~ roll call
2128 B-Dorm ~~bed books~~ roll call
2130 D-roll call
2141 A-roll call
2208 1X O/A to medical RTN @ 2211
| Drew Lusser
2220 lights, Phones, tv off A + B dorm
2233 Ramadan back to dorms
4X b/A 1X b/C 1 b/I 12X b/D 1X b/B 3X b/E
2X b/J
2238 1X O/D to I N/C D-105 I-97
| Troynell Triggs
2330 CPSO LP# 268891 10-81 1015X1 Dep Gidury
| Johnny Allbritton N/C FC 815
2314 CPSO 1018 1015X0 Dep. Gidury

129

4-5-23 Control | B-Team

2337 1X I/E new intake N/C E-67
Johnny Allbritton

2359 1X O/cell 5 to D N/C cell-46 D-106
Shaquill Ruffin

01:19 count-comp 0132

A 101 E 67 I 96
B 96 F 62 J 78
C 80 G 42 cell 46
D 106 max 28 total 815

01:38 ofc. Townsend I/B

02:13 inter-locks. clean up - comp: 02:52

03:20 fence inspection - comp: 0342 Ct. Prince

0333 unit 39 10-8 10-15 XO Rapides Medical ofc. Ray

0342 Pulling court

2X O/A to GP
James Johnson, Jacoby Fileds

3X O/C to GP
Nolan Pratt, Carlese Baker, Jonathan Smith (P/A)

1X O/D to GP
Terrius Brown

1X O/I to GP
Edgar Massey

1X O/F to GP
Shane Grigsby

5X O/B
Darius Wheeler (P/A), Malcolm Shaw (P/A)
Joseph Stafford, Jerrill Addison, Robert Brown

1X O/cell 9 to GP
Destin Brogan

2X O/E
Peter Hinkle, Brice Poole

0430 lights, tv, phones on A+B

4-6-23

0450 Count- comp 0520
A 99[2] E 65[2] I 95[2]
B 91[5] F ~~60~~ 58[2] 61[1] J 78
C 77[3] G 37[17] cell 47[1]
D 105[1] max 28 total 815

0510 unit 3193 10-8 10-15 X 4 W/R White/Randall
0521 Satkins off duty
April 6, 2023 A-Team Ofc. A. Williamson
0521 Ofc. A. Williamson on duty w/ 2 Keys + pill call Keys
Keys:
5- 21 Kit/S- 14 Ctrl 2- 2
7- 8 Med- 8 Ctrl 3- 1
8- 9 Ctrl 1- 2 Ctrl 4- 0
Count/cleared @ 0520 -counted with B-Team
A- 99 (2) E- 65 (2) I- 95 (2)
B- 91 (5) F- 60 (2) J- 78
C- 77 (3) G- 37 (17) cells- 47 (1)
D- 105 (1) Max- 37 (17) Total- 815
Laundry Room Inspection/comp @ 0523 - Lt. Fortune
0525 Unit # (6972) 10-8 10-15x1 Allen Court - James/Johnson
Joseph Stafford (B)
0528 Laundry back in A+B dorm
0530 Unit# (7612) 10-8 10-15x5 (4 P/A - 1 zoom) EBR Jail - Cagle/Nelson
-Brice Poole (E) -Shane Grigsby (F P/A)
-Jonathan Smith (C-P/A) -Darrius Wheeler (B P/A)
-Malcolm Shaw (B P/A) N/c Fac 811 F 61 C 79 B 94
Unit # (33) 10-8 S/O 22 trays / RTN @ ______ -Prince
0532 Chow started / comp @ 0801
A- 0723-0741 E- 0616-0634 I- 0545-0552
B- 0634-0652 F- 0741-0801 J- 0552-0602
C- 0710-0723 G- 0741-0801
D- 0652-0709 Max/cells- 0532-0606
0545 Ramadan Started / comp @ 0653

131

April 6, 2023 A-Team Ofc. A. Williamson

0606 Unit #(6433) 10-8 10-15x1 Iberville Court - Taylor
- James Johnson

0608 Unit #(8194) 10-8 10-15x9 EBR Court - Poole / Simmons
- Destin Brogan (cell #9) - Robert Brown (B)
- Edgar Massey (I) - Jacoby Fields (A)
- Jerrill Addison (B) - Carlese Baker (C)
- Nolan Pratt (C) - Terrius Brown (D)
- Peter Hinkle (E)

0638 Unit #(2CH081441) 10-81 Rapides Hospital - Book

0653 Ramadan comp. - returned to dorms

0753 LA Workforce L/P J696547 10-81 Meyers : Driver
Pulling for LA Workforce
- Donald Allen (D) - Raymond Barrick (D)
- John Brown (B) - Querles Harris (D)
- Terry James (J) - Rhasaan Jasper (A)
- Derrick Johnson (cell #8) - Anthony Kenner (B) N/C Max 27
- Hubert Landry (G) - Trett Matherne (G) N/C cell 45
- Demarcus O'bear (cell #13) - Horace Wells (A) N/C Fac 798
- Emile Williams (A) N/C D 103 B 92 J 77 A 98 G 52

0809 Unit #(3193) 10-81 P/U Work Release - White / Randall
Count started / cleared @ 0828
A - 96 (2) E - 65 (2) I - 96 (1)
B - 89 (3) F - 60 (1) J - 77
C - 77 (2) G - 22 (30) cells - 44 (1)
D - 102 (1) Max - 27 Total - 798

0812 LA Workforce 10-8 10-15x13 - Driver: Meyers
- see names @ 0753

0855 Code 3 A dorm - fight

LE0747 Code 3 A dorm - fight

0908 2 out of A to Medical
- Demonte Washington / RTN @ 0930
- Dejon Dobbins / RTN @ 0930

0910 (AW) Michael Alexander (A) to cell #3 (DIS) N/C A 97 cell 46
Decory Andrews (A) to cell #6 (DIS) N/C A 96 cell 47

April 6, 2023 A-Team Ofc. A. Williamson

0916 Pulling for Cat. Court
-Carl Sanders (cell 1)
- Keondre Young (cell 9)
- Johnny Albritton (E)
- Anthony Thomas (E P/A) N/c E 66 Fac 797

0921 LAMM L/P J903760 Driver: Ron 10-81

0926 Pill Call Started / comp@ 1320 - Lt. Fortune
A- 0932-0948 E- 1104-1110 I-
B- 1050-1104 F- 1233-1257 J-
C- 0936-0932 G- 1233-1300 cells-0932-1307
D- 1000-1050 Max-

0929 Unit#(33) 10-8 S/o 22 trays / RTN@ 0953 - Washington

0930 Unit #(3193) 10-8 CPSO Court 10-15x4 - White + Randall
-see names @ 0916

0931 Demarcus Johnson (cell#6) to (cell #8)

0934 Issuing meds. Cell #2 - Frank Guilbeau - Lt. Fortune

0955 Unit #(3193) 10-81 CPSO Court - White / Randall

1015 Chow Started / comp@ 1254
A- 1213-1233 E- 1053-1110 I- 1015-1025
B- 1111-1129 F- 1233-1254 J- 1025-1035
C- 1129-1149 G- 1233-1254
D- 1149-1213 max/cells -1036-1100

1027 Michal Alexander (cell 3) to cell 9

1036 LAMM 10-8

1056 Unit #(2CH081441) 10-8 10-15x1 CPSO Court - Atkins
- Brad Reynolds (E)

1057 Fence Inspection / comp@ 1110 - Sgt. Guthrie

1119 Unit #(2CH081441) 10-81 10-15x4 CPSO Court - Atkins
- see names @ 0916 + 1056

1210 Cody Cupstid (new intake) CPSO N/c Fac 798 cell 48

1240 Ofc. Atkins called she will be in late (5:30-6pm

April 6, 2023 A-Team Ofc. A. Williamson

1300 Count started/cleared @ 1324

| | | |
|---|---|---|
| A- 94 (2) | E- 63 (3) | I- 95 (2) |
| B- 89 (3) | F- 59 (2) | J- 77 |
| C- 77 (2) | G- 22 (30) | cells - 46 (2) |
| D- 102 (1) | Max - 27 | Total - 798 |

LE 1258 Unit #(6972) 10-81 10-15x1 Allen Court - James/Johnson
1322 Unit #(6972) 10-8 10-15x1 S/o - Johnson
- Johnny Allbrittion (E) N/c E 65 Fac 797
1329 Unit #(7612) 10-81 10-15x8 Livingston - Cagle/Nelson
- Davante Johnson - Bob Jordan
- Aaron Coleman - Chad Crabtree
- Willie Dominick - Jeffery Goings
- Kyle King - Ronald McKnight
N/c Fac 805 cells 56
1332 Unit #(6972) 10-81 S/o
1339 Roll Call new intake / code 4 @ 1343
1342 1 new intake into C dorm N/c C 80 cells 55
- Davante Johnson
1359 Donavon Despaine (A) to G-Dorm N/c A 95 G 53
1400 Unit #(3193) 10-8 P/u Work Release - White/Randall
1422 Cody Cupstid (new) into G dorm N/c G 54 cells 54
1441 Tyrell Jimmerson (cell 6) to C dorm N/c cells 53 C 81
1445 Unit #(8194) 10-81 10-15x9 EBR Court - Poole/Simmons
Unit #(6433) 10-81 10-15x1 Iberville - Taylor
1507 Unit #(2CH081441) 10-8 10-15x1 ~~EBR~~ AW S/o - Ray
- Brad Reynolds (E) N/c E 64 Fac 804
Brice Poole (E) stayed @ EBR N/c E 63 Fac 803
1514 4 (new) into B-dorm
- Bob Jordan - Aaron Coleman
- Wille Domick - Jeffery Goings
3 (new) into D-dorm
- Chad Crabtree - Kyle King
- Ronald McKnight
N/c B 96 D 106 cells 46

April 6, 2023 A-Team Ofc. A. Williamson

1530 Cell Movement / comp @ 1557

- Nicholas Holoman cell 4 to E
- Alvin Allen cell 4 to A
- Ahmad Hampton cell 9 to E
- Destin Brogan cell 9 to A
- Travis Banks cell 9 to A
- Jason Causey cell 9 to E
- Demebrell Dangerfield cell 12 to C
- Deon Walton cell 12 to C
- Qumonta Gross cell 12 to C
- Marquel Jones cell 12 to C
- Lijames Powell cell 12 to C
- Bennett Whittington cell 13 to A
- Gino Rodriguez cell 13 to A
- Joseph Heck cell 14 to F
- Christopher Hendry cell 14 to B

N/c E 66 A 100 C 86 F 62 B 97

cells 40 Max 18

1603 Ofc. Book called he can't make it in tonight he had something come up.

1612 Lucian Jackson (G) to F dorm N/c G 53 F 63

1652 Unit #(33) 10-8 ~~10-45~~ (AW) S/o 22 trays / ATN @ 1707 - Perkins

1706 Count started / cleared @ [signature]

| | | |
|---|---|---|
| A - 100 | E - 66 | I - 97 |
| B - 97 | F - 61 (2) | J - 77 |
| C - 86 | G - 37 (16) | cells - 40 |
| D - 106 | Max - 18 | Total - 803 |

1725 Ofc. A. Williamson off duty

1725 Sgt. Whittington on duty / Ofc S. Atkins

1726 Chow

| | | |
|---|---|---|
| A 1829-1846 | E 1925-1942 | J 1736-1745 |
| B 1906-1925 | F 1942-2000 | Cells 1734-1748 |
| C 1812-1829 | G 2001-2018 | Max 1748-1802 |
| D 1847-1905 | I 1726-1734 | Comp @ 2018 |

4-6-23
B-Team Sgt. Whittington

1737 Unit 3193 is 10-81 10-15 x4 Worklease
White / Randell

1745 Count - Clear 2042
A 100 E 66 J 77
B 97 F 62 Cells 40
C 86 G 36 max 18
D 106 I 97 Total 803

1848 Trash run 1015 X3 - comp @ 1856 Cpt. Littleton

2007 Issuing out tP to dorms + cells/Max
Max @ 2013, Cells @ 2020, G@ I @ 0058
A @ 2040, B @ 2042, C @ 2045 J @
D @ 2049, E @, F @

2019 1X o/cell 3 to medical N/C 39
Marquise Long

2057 unit 8194 10-8 10-15X1 Lasalle General Sgt. Ladd
Marques Long (cell 3)

2058 Pulling Ramadan
2X o/A, 1X o/C, 11X o/D, 1X o/I, 2X o/J, 3X o/E

2111 Pill call: comp: 0102
A 2209-2227 E 2251-2312 I 0038-0102
B 2229-2250 F 2313-2335 J 2111-2138
C 2159-2209 G 0032-0035 cell 2343-0030
D 2141-2158 max 2343-0030 ~~total~~

2135 ofc Ladd called made it to Lasalle General.

2152 2X o/cell 1 shower. RTN: 2215

2200 1X o/B to cell 12 N/C B-96 max-19
Omrion Hookspin

2206 3X o/cell 12 to C N/C C-89 max-16
Darius Brown, Carlos Gaudado, Randy Hanchett

2209 1X o/A to cell 12 N/C A-99 max-17
Alvin Allen

2214 1X from Cell 8 to A-Dorm / Shawn Byrd
A N/C 100 Cell N/C 39

4-6-23 B-Team Control 1

2216 1x from cell 8 to B-Dorm B N/C [97] Cell N/C [38]
Demonte Dabon
LS 2215 2X O/cell 1 to shower RTN: 2236
2230 lights, Phones, TV off A+B (SP)
2237 ofc Bordelon wont be in tommrow. Has
| staph in the hand
2240 1X O/cell 1 to shower RTN: 2253
2249 1X O/B to A N/C B-[96] A-[101]
| Demonte Dabon
2253 1X O/cell 2 to Shower RTN: 2308
2257 Ramadan backs to dorms
| 3 b/E, 2X b/A, 1X b/I, 2X b/J, 1X b/C
| 11 b/D
2307 Fence inspection - 2333 Per Lt Dudley
2309 1X O/cell 3 to shower RTN: 2342
0005 2X b/cell 5 from shower
0031 2X O/cell 4 to Shower RTN: 0104
0105 code 3 (C) - code 4 @ 01:15
0118 1X O/C to cell 12 N/C C-[88] max-[18]
| Gregory Parker
0122 1X O/cell 12 to A N/C max-[17] A-[102]
| Alvin Allen
0123 1X O/cell 12 to D N/C max-[16] D-[107]
| Omarion Hookfin
| 1X O/C (?) to A N/C C-[87] A-[103]
| Corey Anderson
135 round-count-comp: 201

| | | |
|---|---|---|
| A 103 | E 66 | I 97 |
| B 96 | F 63 | J 77 |
| C 87 | G 47⁶ | cell 37 |
| D 107 | max 16 | total [803] |

0140 Alarm company called to make sure everything was
| code 4
142 ofc Ladd called to give update on offender

137

4-7-23 Control 1 B-Team

353 Ofc Ladd called, they are on the way back.
1 He and Offender Long

0408 1X o/Cell 8 to A N/C A-104 cell-37
1 DeCory Andrews

0415 Count-comp: 504

| | | |
|---|---|---|
| A 104 | E 66 | I 97 |
| B 96 | F 62' | J 77 |
| C 87 | G 37 16 | cell - 86' |
| D 107 | max 16 | total 803 |

0426 unit 8194 10-81 10-15X1 LaSalle General Ofc Ladd
1 Marques Long

0430 lights on A & B

0433 1X o/cell 3 from hospital
1 Marques Long

505 S. Atkins off duty

0500 Y Goodwin on duty w/ Keys, radio

0510 33 108 1015 22 trays 30, comp 0519 Barlow

0511 cell feed up; comp 0528

0516 Ramadan; comp 0604

0553 chow; w/ Pill Call comp 0753

| | |
|---|---|
| C 0553-0609 | E-0716-0735 J-0745-0754 |
| A-0609-0627 | F-0735-0753 |
| D-0627-0654 | G-0735-0753 |
| B-0654-0716 | I-0736-0745- |

0800 Count; 0828

| | | |
|---|---|---|
| A 104 | E 66 | J 77 |
| B 96 | F 62' | max 16 |
| C 87 | G 23 30 | cell 37 |
| D 107 | I 97 | Total 803 |

0833 Pill Call I dorm; 0847

0849 Pill Call J dorm; 0904

0837 Parking lot inspection; comp 0842 Coley

0928 Code 3 - E dorm; code 4 0937

04/7/23 Control 1 C-shift

0947 33 108 1015 22 trays SO', 1010 Bordelon

x1016 Gregory Porko °/cell 12 - cell 6 N/C - Max - 15 / cell - 38

x Kenneth woods - °/E - cell 12 N/C - max 16 / E 65 Dis. fighting

1058 Chow; comp 1245
C 1058 - 1113 E 1209 - 1225 J - 1024 - 1034
A - 1113 - 1131 7 1226 - 1245 cells - 1039 - 1054
D - 1131 - 1149 G 1226 - 1245
B - 1149 - 1206 I ~~1014~~ - 1023

x1110 1x °/CELL 6 TO THE BLOCK / ~~MARLON MORRIS~~ Jeffery marks 37'

x1131 Austin Isadore °/I - cell 6. N/C I - 96 / Cell - 39 Dis. fighting

1200 Marlon Morris °/E ~~cell 6~~ - 7 N/C ~~138~~ / E - 64 / 7 - 64

x1227 Logan Lofton °/cell 13 - 7 N/C - 7 - 65 / max - 15

1251 8194 108 1015 x1 Lasalle Hosp. Simmons
Jamie Napier (I)

1300 Count; comp 1339
A 104 E 60' J 77
B 96 7 64' max 18
C 87 G 27 26 cell 39
D 107 I 95' Total 803

1/E 1016 x x4 °/E to cell 12 - Kendric Mcgee, Chandler Harris, Jeffery marks, Tyrique Jones N/C - E 60 / Max - 19 disp - fighting

1527 6433 108 1015 w/R; 1649 washington

1528 fence inspection; comp 1546 Dreson

1638 8194 1081 1015 x1 LaSalle Hosp Simmons
Jamie Napier (I)

1620 Count; comp 1649
A 104 E 60 J - 77
B 96 7 65, max - 19
C 87 G 39 14 Cell - 39
D 107 I 95' Total - 803

139

4/7/23 Control1 C-Shift

1644 I feed up; comp 1649

1650 J feed up; comp @ 1700

1652 33 108 1015 22 Trays 50; comp Bordelon

1653 Jamie Napier rtn to I from hosp

1700 V Goodwin off duty w/Keys, radio

1700 M. [illegible] on duty

Begin cell feed-up - C/O Sanford / comp @ 1725

1717 Begin Ramadan feed-up / Barlow / comp @ 1740

~ 1x o/D - Ramadan / I/D @ 1742

4/8 1702 1x o/F to Admin - Logan Lofton / Rtn @ 1735

17:42 A on stdby for chow

1754 Begin chow - C 18:10 comp.

4/8 1731 Begin pill call F / C/O Sanford / comp 1823

1816 Chow - A comp - 1831

1826 Begin Pill Call - E Comp @ 1843

1832 Chow - D comp - 18:50

1845 Pill Call - C comp - 1902

1852 Chow - B - comp 1911

1903 Pill call - A comp - 1921

1908 1 x o/B to cell - 4 / Aaron Brown N/L B-15 Cell 40

1912 Chow - E - comp - 1928 Ramadans

1929 Chow - F - comp - 2001 Ramadans

19:40 C/O's Brown + sanford, count A

19:49 C/O's Brown + Sanford count B

2008 Chow - G - comp - 2019

2014 Pill call - B - comp - 2038

2019 Begin count

A - 104 G - 42

B - 95 Max - 19

C - 87 I - 96

D - 107 J - 77

E - 60 Cells - 40

F - 65 Total - 803

2026 Count Clears

4-7-23 D-Team

2026 Begin Ramadan Call out
C - 1x E - 3x
B - 1x I - 1x
A - 5x J - 3x
D - 9x

2039 Pill Call - Cell 1-15 comp 2124
2043 1x I/B from Ramadan
2105 3x I/J 1x I/I Ramadan
2106 3x I/E Ramadan
2108 1x F/C Ramadan
— 4x F/A "
— 4x F/D "
2113 H'PD Sgt. Beason 10-81 10-15x1' Lic#279981
2126 G - Pill Call Comp - 2129
— 1x New I/E Jonathan Covington
N/C E - 61 fac - 804
2137 I - Pill Call - Comp - 2158
2142 Begin Cell Shower c/o Jones 1x Cell-4
2151 H'PD 10-8 10-15 x0
2159 1x F/B from Cell-4 Aaron Brown
N/C Cells - 39 B - 96
— Pill Call - I Comp - 2219
2201 1x Cell-6 to Charlie - Gregory Parker
N/C Cells - 38 N/C C - 88
2232 5x Returned Ramadan - D
1x " " - A
2253 Cell Shower Cell-7 x2 / c/o Jones
2326 Pill Call - D Comp 2353 fac. Complete
0000 Begin Round Count

A - 104 E - 61 I - 96
B - 96 F - 65 J - 77
C - 88 G - 47 Cells - 38
D - 107 Max - 19 Total - 804

0100 Count Clear

3-1-23 Control 1 C-Team

358 Pulling court (A) N/C
| Joshua Hebert, Destin Brogan, Trussell Dogan
| Lionel Turner
400 Pulling court (E)
| Tai Duc Hoang, Zachariah Kibby
409 Pulling court (D)
| ~~Zachariah Kibby~~ 5A Darius Mosby
419 Pulling ~~court~~ (cells)
| Paul George (14) Cleo Crutchfield (1) Derek Pace (6)
| Shelton Rogers
421 Code 3 (cell 4)
422 Pulling court (I)
| Jared Williams
432 lights, tv, Phones A+B on
0500 C/o Atkins off duty Control 1
0500 C/o Cassels on duty Control 1
| Count

| | | |
|---|---|---|
| A-103 4 | E-63 2 | I-76 1 |
| B-81 | F-63 2 | J-79 |
| C-94 4 | G-41 19 | Cells-39 3 |
| D-103 1 | Max-24 1 | Totals 801 |

0519 Unit 3193 10-8 10-15x6 WR D/O (White/Randall)
| Eric Stump Raymond Robins Xavier Nelson
| Aaron Brown Steven Cohen Dwight Jefferson
0519 Cell feed up Comp @ 05:30
0522 Unit 33 10-8 S/D 24 trays (Washington) 0550 10-8
0529 Unit 39 10-8 10-15x3 Livingston (Smith/Johnson)
| Davonte Johnson (C) -PA | Jarrod Williams (I) PA - Off Count
N/C C 97 I 76 Fac 799
0536 Unit 7612 10-8 10-15x11 EBR Cagle/Nelson
Derek Pace cell-6 -PA Lionel Turner (A)
Shelton Jermaine cell-4 -PA Cleo Crutchfield (cell 1)
Destin Brogan (A) Paul George (cell 14)
Trussell Dogan (A) Titus Green (C)

3-1-23 Control 1 C-Team

0536 Zachariah Kibby -(E) Marcus Mosley (C)
Darius Mosby -(D) N/C Cells [38] Fac. [797]

0607 Chow; Comp. @ 0805
C-0607-0625 E 0730 0745
A 0625-0643 F 0745-0809
D 0644-0707 G-0745-0816
B 0707-0727

0607 pill call started; Comp. @ ~~0816~~ 0923 (LC)
C 0607-0625 E 0730-0745
A 0625-0643 F-0745-0809
D-0644-0707 G-0745-0816
B 0707-0727

0700 Demonta Dabon O/A to cell 3
N/C A [106] Cells [39]

4E 0630 Tyler Dunn Out cells to med Rtn: 0700

4E 0636 Unit 6972 10-8 10-15x1 U.S Marshalls Vernon/Cooper
I/M Tai Duc Hoang (E)

0742 I Dorm to chow Comp. 0750

0750 J Dorm to Chow Comp. 0802

0815 Unit 3193 10-81 O/O W/R (White/Randall)

0815 Count; Clear @ 0823
A 103[3] E 63[2] I 76
B 81 F 62[3] J 79
C 94[3] G 24[36] Cells 38[1]
D 103[1] Max 24[1] Total [797]

0829 I/M (Kendrick Magee) from E Dorm to Transport

0842 Unit # (3193) 10-8 10-15x2 CPSO C/O White RTN: 1000
Kendrick Magee (E) RTN: 1000 — Joshua Hebert (A)

0852 Calvin Hardy O/F Dorm to cell 8
N/C F [64] Cells [40]

0900 Fence insp. Comp. @ 0925

0902 C Dorm yard Comp. @ 0953

0904 Tai Duc Hoang O/E Dorm off Count per Booking
N/C E [64] Fac. [796]

3-1-23 Control 1 C-Team

0913 Sure Logic 10-81 L/P La# 2083843 (Morehouse) 09 10
| trash run Kitchen Comp. @ 0920
0915 Desmond Saine O/B to Law Library Rtn: 1200
0926 A Dorm yard Comp. @ 1000
0953 D Dorm yard Comp @ 1042
1005 3/O A Dorm to Med. Rtn: 1025
| 1/O B Dorm to Med. Rtn: 1028
1013 2/O B to Dentist
| DeVonte Breaux Barry Woods
1016 2/O A to Dentist
| Clayton Kemp Rogers Pickens
1026 Unit 33 10-8 24 trays (Washington)
4E 0945 Unit 3193 10-81 10-15 x 2 s/o (White)
1045 Merchants 10-81 Lp# MS. 101275A (Marcellos) 10 112
4E 1001 J Dorm Yard Comp @ 1047
1054 Unit 8194 10-8 10-15 x 12 Denist (Taylor/Atkins)
| Clayton Kemp - A Joshua Glover - E
| Roger Pickens - A Shaun Osteen - E
| Devonte Breaux - B Derric Rose - E
| Barry Woods - B Godfrey Fagot - F
| Jose Hernandez - C Blake Scouten - F
| Omarion Hookfin - D Kenneth Simmons - G
1055 Unit 3193 10-8 10-15 x 1 Franklin (White/Randall)
| Kendrick Magee (E) off Count
| N/C E 63 Fac. 795
1059 I Dorm Chow Comp @ 11:04
1104 J Dorm Chow Comp @ 1118
1104 Cell feed up — Comp @ 1120
1118 Jefferson Par. 10-81 P/u Charlie Hill
1119 Chow; Comp @ 1411
| F 1119 - 1139 B 1307 - 1328
| C 1140 - 1203 E 1328 - 1349
| A 1203 - 1230 G 1350 - 1411
| D 1230 - 1300

3-1-23 Control 1 C-Team

1210 Jefferson Parish 10-8 10-15XL (Charlie Hill) Off Count
N/C E [62] 7ac [794]

1210 Unit 6433 10-8 10-15x1 Lasalle Gen. (Simmons/Ray)
10-81 Joseph Edwards Atn: 1439

1221 Dorsay Perkins O/A to cell 3
N/C A [105] Cells [41]

1232 ~~Damonta~~ Demonta ~~Deacon~~ ~~Dalhons~~ Dabon O/cell 3 to A Dorm
N/C A [106] Cells [40]

1235 Unit 39 10-81 10-15x2 Livingston (Smith/Johnson)
Davante Johnson back on Count per booking
N/c ~~Cells~~ C Dorm [98] N/c 7ac [795]

1300 Unit 3193 10-81 10-15x1 Kendrick Magee (Randall/white)
N/c ~~Cells~~ E Dorm [~~98~~] [63] 7ac [796] (Back on Count)

1316 Langston Hebert O/F to G Dorm
N/C F [63] G [61]

1325 Jaylin Williams O/cell 14 to block (cells)
N/C Max(M) [24] Cells #6 [41] (Block) stuck out

1402 Unit 3193 10-8 P/u W/R (White/Randall)

1411 Count; Clear @ 1432

| | | |
|---|---|---|
| A 101^5 | E 58^5 | I 76 |
| B 79^2 | F 57^6 | J 79 |
| C 93^6 | G 24^37 | Cells 39^2 |
| D 103^1 | Max 23^1 | Total [796] |

1511 Unit 6972 10-8 P/u W/R Haring Pride (Ray/Simmons)
Unit 7612 10-81 10-15x9 EBR (Cagle/nelson)
see names @ 0536

1529 CPSO needs 25 trays

4E 1515 B Dorm yard comp @ 1602

1532 Sgt Ladd + Ms. Pam will not be in tonight.

1540 Code 3 med/ I yard comp @ 1602

1619 Unit 6972 10-81 10-15x3 W/R Haring Pride (Ray/Simmons)

1627 Kitchen trash run Comp @ 1635

1637 Unit 33 10-8 CPSO 25 trays 1651 10-81 (Bloodsaw)

3-1-23 Control 1 C-Team
1641 Maurice Francis O/A to Booking
1649 Unit 3193 10-81 10-15 X3 WR (Randall/White)
1657 Freeman (Maurice Francis) O/A leaving facility
N/C A [105] Fac [795]
1704 C/O Cassels Off Duty Control 1
3-1-23 Control 1 D-Team
1706 Ofc Whittington On Duty w/ 13 Keys
1707 Count
A 103② E 603 J 79
B 79² F 585 Cells 41
C 96² G 44¹⁷ max 24
D 104 I 76 total – [795]
1723 Unit 3194 10-81 10-15 X 12 Dentist Taylor
1736 HPD 10-81 10-15 X0 Ofc Beason
LP# 279988
1738 Count Cleared
1751 Chow
A 1816-1836 E 1921-1938 J 1726-1740
B 1900-1916 F 1941-2004
C 1751-1816 G 2005-2032
D 1836-1856 I 1715-1726 Complete 2023
1740 Start Cell & max feed up / Complete @ 1756
1755 HPD Ofc Beason 10-8 10-15 X1 Zanterrius Major
Booked out E-Dorm N/C [62] Fac N/C [794]
1816 Laundry Pulled from Charlie
1836 A-Dorm laundry Pulled
1856 Pulled D-Dorm laundry
1916 Pulled laundry from Bravo
1920 1x from Cell 5 to shower
1934 1x from Echo to Cell 3 Jeremey Whitehead
E N/C [61] Cell N/C [42]
1938 Pulled E-Dorm laundry

449

3-1-22 Control 1 D-Team

1949 Count

| | | |
|---|---|---|
| A 105 | E 61 | J 79 |
| B 81 | F 62' | Cells 42 |
| C 98 | G 46[14] | Max 24 |
| D 104 | I 76 | total 794 |

2004 Pulled laundry from F-Dorm

1740LE 2x back in B-Dorm from dentist
2x back in A-Dorm - from Dentist
2x back in C-Dorm - from Dentist
3x back in E-Dorm - from Dentist
2x back in F-Dorm - from Dentist
1x back in G-Dorm from Dentist

2058 1x from G-Dorm to Cell 9
Derek Johnson

2112 Count Clear for facility

2120 1x from G-Dorm to Cell 9
Matthew Fletcher. G N/C [59] Cell N/C ~~43~~ [44]

2128 Corretion S began fence inspetion Complete @ 2209

2132 Sgt. Gerod & Ofc. Townsend off duty

2133 Pill Call

| | | |
|---|---|---|
| A 2133-2138 | E 22:42-2300 | J 2341-2348 |
| B 2155-2211 | F 2300-2314 | Cells 00:27-0037 |
| C 2138-2146 | G 2314-2329 | max 0037-0046 |
| D 2146-2155 | I 2329-2341 | Comp@ 0046 |

2211 Count

| | | |
|---|---|---|
| A 105 | E 61 | J 79 |
| B 81 | F 61[2] | Cells 44 |
| C 98 | G 52[7] | max 24 |
| D 104 | I 76 | total ~~99~~ [794] |

2244 1x from A-Dorm to cell 13
Christopher Cobb
A N/C [104] Max N/C [25]

2310 Jaylin Williams from Cell 6 to the Block / 2342 returned to Cell 6

3-1-22 Control 1 D-Team

2352 Count

| | | |
|---|---|---|
| A-104 | E-61 | J-79 |
| B-81 | F-61[2] | Cells-43[1] |
| C-98 | G-51[8] | max-25 |
| D-104 | I-76 | total-794 |

00:27 Count Cleared
0034 9x from C-Dorm to get property
0046 9x back in C-Dorm w/ property
0120 Narcan was used on offender Charles Carey
0121 Nela & S/O was contacted
0143 AMR on Compound unit 65 LP# AM8027
0158 AMR 10.8 10.15 x1 to Trinity Medical Charles Carey
0240 3x from Cell 6 to Cell 1
0244 Kathy Laprairie Called in & is Not coming to work
0246 1x from C-Dorm to Cell 9 Javonta Broden C M/C 97 Cell 45
0300 Count

| | | |
|---|---|---|
| A 104 | E 61 | J 79 |
| B 81 | F 63 | Cells 44[1] |
| C 96[1] | G 54 | Max 25 |
| D 104 | I 76 | total 794 |

0314 Michelle Hardy Called into work Not Coming
0334 1x from J-Dorm for Court Jason Todd
0355 Ofc. Cassells called in sick, will not report for duty
0411 S/O trays are ready
0414 1x from Cell 4 to Court Trynell Jimerson
0422 1x from Cell 13 to Court Jordan Paugh
0422 1x from Cell 14 to Court Paul George

3-2-23 Control 1 D-Team

0421 2x from A Dorm to court
Trusell Dogan Edmond Harris
Eric Perkins
0420 2x from E Dorm to court
Peter Hinkle
Preston Kinchen
0423 All court & Hospital were pulled
0451 unit 33 10.8 to S/O with 22 trays
0430 unit 8194 inroute w/ 1x ~~to~~ from trinity medical center.
0500 Count ; comp 0550
A 101[3] E 59[2] J 77[2]
B 81 F 61[2] cells 44[1]
C 96[1] G 43[16] max 23[2]
D 104 I ~~23~~ 26 total [794]
0500 unit 33 10.81 10.15 from S/O w/ Empty trays
0511 unit 8194 10.81 10.15 x1 from trinity medical center / Charles Carey
0523 ofc Whittington off duty
0523 V Goodwin on duty w/o key, w/ radio
0523 3193 108 10's x5 W/R White/Cooper
0540 8194 108 10's x9 EBR Atkins/Taylor
Paul George (cell 14 (P/A, Jordan Pugh (cell 13, Trussell Dogan (A, Tyrell Jimerson (cell 4, Preston Kinchen (E, Eric Perkins (A, Jason Todd (J, Peter Hinkle (E, Edmond Harris (A N/C - Mar 24 / 19AC-793
0546 Cell Chow ; comp 0601
0558 39 108 10's x1 EA Conway Smith/Johnson
Kelly Griffin (J
0605 chow ; comp 0759
~~0605~~ C 0605-0623 E 0728-0739 J -0811-0820
A 0623-0643 F 0741-0759
D-0643-0702 G 0741-0759
B -0703-0720 I 0805-0811

3/2/23 Control C shift

0628 4968 108 1015 *0 Pu Jefferson Vernon/Simmons
~~6972~~ 6972 108 1015 *0 Pu EBR Cagle/Nelson
7612 108 1015 *0 Pu EBR Randall/Ray
0714 3193 1081 1015 *0 w/R White/Cooper
0752 Jonesville PD Driver Browman Lic 258954; comp 0817
Robert Stevenson N/C ~~Cell 46~~ 7-64 | 7AC-794 |
0822 Tensas Pd Driver VePa Lic 2706050; comp 0833
Orlando Jackson to court
0745 Charles Corey from C to Cell 14 N/C | C96 | Max 22
0832 Count; comp 0853
A 101^3 E 59^2 J 77^2
B 81 F 61^3 Cell 44^1
C 96 G 24^35 Max 22^3
D 104 I 76 Total 794
0857 Cedric Pittman, Devin Cease, Jacobie Lede cell 12 -
Law Lib; comp 0906
0900 Lamms Truck Driver Ron Lic J903760; comp 1005
0904 C dorm to Commissary; Comp 1004
0914 *5 from Cell 12 to I dorm
Malcolm Rhodes, Leroy Jones, Cedric Pittman,
Devin Ceasar, Jacobie Lede N/C - | I 81 | Max 20 |
0924 Robert Jones B to Law Lib; comp 0941
1006 Zachary Williamson cell 2 to shower; comp 1105
1000 Cat PSO Driver Barnes Lic 2262825; comp 1008
Roy Lee | E-62 | 7AC-795 |
1025 Matthew Fletcher cell 9 to law Lib; comp 1031
1030 Jermaine Castle cell 8 to G, Derek Johnson
cell 9 to G N/C - | G-61 | Cell 43 |
0941 Pill Call; comp 1122
~~0944~~ A 0941-0945 E 1010-1016 J 1115-1122
B 0951-1001 F 1016-1034 Cell 1001-1032
C 1036-1044 G 1016-1034 Max 1001-1032
D 0946-0951 I 1101-1115

3/2/23 Control 1 C Shift

1046 Isaac Harris & Kenneth Kelly B to Law Lib; comp 1313
1047 Cells to Dorms:
Corey Williams (cell 4 to D, Toby Robinson (cell 4 - C, ~~Tyler Dunn (cell 5 - E~~, ~~Chad Sullivan~~ Antonio Watts (cell 5 - A, Calvin Hardy (cell 8 - F, Matthew Fletcher (cell 9 - G N/C - D - 105 | C - 97 | ~~E - 63~~ | A - 105 | F - 65 | G - 62 | Cell - ~~38~~ 38
1054 chow; comp 1309
D 1054 - 1116 E 1216 - 1235 J 1052 - 1101
B - 1117 - 1134 F 1246 - 1309
A - 1134 - 1157 G 1246 - 1309
C 1157 - 1216 I 1046 - 1052
1055 33 108 1015 25 trays SO Washington; comp 1115
1131 D to comm; comp 1239
1144 Warren St. Martin cell 3 to medical; comp 1210
1156 Walter Georgetown A to medical; comp 1210
1210 Jordan Lyons B to medical; comp 1217
1218 Calvin Smith & Jeremiah Wells B - law Lib; comp 1324
1322 Count; comp 1343
A 102³ E 60² J 77²
B 79² F 61⁴ Cell 37
C 97 G 25³⁷ Max 19³
D 103 ~~I 19~~³ 81 Total 795
1242 Officer Smith call in w/ chest pains
1345 J dorm comm; comp 1507
1346 Trash run x6; comp 1352 Kitchen
1358 x2 D dorm to cell 12
Nicholas Santangelo, Gino Rodriguez
N/C | D - 103 | Max 22 |
1401 Cells to Dorms:
Shamond Sanders (cell 11 - E, Kendall Runnels (cell 12 - E, Roland Brown (cell 12 - E, Jamal Alexander (cell 12 - E N/C | Max - 18 | E - 66 |

3/2/23 Control C shift

1402 Nuro Munez cell 15 - law lib; comp 1418
1408 E dorm to Yard; comp ~~Pet~~ 1456
1411 6972 1081 1015 *13 EBR Randal/Ray
1425 39 1081 1015 *1 EAC Smith/Johnson
1427 7612 1081 1015 *10 EBR Cagle/Nelson
1431 3193 108 1015 *0 W/R White/Randall
1445 Isaac Harris & Roy Sirilus B - law lib; comp 1459
1525 Orlando Jackson cell 13 P/A - released
N/C - [max - 17] 7AC - 794]
1526 New intakes from EBR *23 N/C [7AC - 817]
1545 49968 1081 1015 *21 Jefferson James/Simmons [N/C 7AC - 838]
1552 Martin Harris New intake EBR to 7 N/C - [766]
Leroy Peeler New intake EBR to cell 14 N/C [max 18]
Demarcus Johnson New intake EBR to A N/C [A 106]
Eric Downey, Brandon Finnell, Bennett Whittington New intake EBR to B N/C [B - 84]
Michael Allen, Matthew Bean, Davone Gibson, Jakobi Givens, Quincy Wright New intake EBR - B
~~N/C B~~ Jacquel Bellard, Eric Hartford, ~~Jeffery woods~~ (VG) Terrance Hanks New intake EBR in B - N/C - [B 92]
Jeffery woods New intake EBR cell 12 N/C [max 19]
1620 Antonio Thomas G - Cell 12 N/C [G 61]
[max 20]
1621 New intake EBR to D -
Donald Allen, Jeffery Washington, Derrick Shelbia N/C [D 106]
1628 New intake EBR to C -
Dontrell Barber, Deandre Holmes, Duane Lawless, Alfrederick Odom, Jimmy Veal
N/C [C - 102]

455

3/2/23 Control 1 C Shift

1638 New intake Jefferson - I
Robert Aguilar, Henri Allen, Reginald Berry, Dwayne Campbell, Tevin Hamell, William Hauser, Ronald Jenkins, Jon Renaudin, Keith Rivers, Calvontae Spencer, Donell Willis, Altavarious Wright, Dontrace Young, Kareem Dauphine, Learn Manuel, ~~Wesley Ockmond, Aaron Jacobs, Torey Trammelle, Sean Junior, Leon Noil~~ N/C I 96 (VG)
~~Charlie Hill New intake Jefferson to E~~ N/C E-67 Didn't come (VG)
Wesley Ockmond, Aaron Jacobs, Torey Trammelle, Sean Junior, Leon Noil New intake Jefferson to B - N/C 97

1645 8194 1081 1015 x8 EBR Atkins/Taylor
1648 33 1081 1015 25 trays SO washington; comp 1822
1648 Joseph Joquin New intake Jefferson - I N/C 97
1739 3193 1081 1015 x5 w/R Ragdal/Taylor
1747 Code 3 medical - C
1801 Code 3 medical - A
1741 I chow; comp 1748
1748 J chow; 1759
1803 cell feed up; comp 1819

~~Count; comp~~ (VG)

| | | |
|---|---|---|
| ~~A 106~~ | ~~E 66~~ | ~~J 79~~ |
| ~~B 95~~ | ~~F 64~~ | ~~Cell 39 44~~ (VG) |
| ~~C 101~~ | ~~G 51~~ | ~~Max 20 21~~ (VG) |
| ~~D 106~~ | ~~I 39~~ (VG) | ~~Total 838~~ |

1835 Code 3 - I (Names on next page) (JG)
1907 Montalviorojas, Wilder B - Cell 4 N/C B 96 / Cell - 39
1920 Washington is on her way in.
2016 Code 3 medical - J
2026 Joseph Joaquin I - Cell 12 N/C I 96 / Max - 21

3-2-23 Control 1 D Shift

2058 Chow; comp 2328
C 2058-2117 E 2231-2249
A-2142-2204 F 2251-2307
D-2119-2142 G 2307-2328
B 2209-2230
2245 Sgt. Gourd On duty control #1
~~0006 Count / comp. (JG)~~
0008 Fire Alarm / Code 4
0009 Diversi fire called - Code 4
0010 Count / comp. 0224
A 106 E 67 I 76 (1)
B 95 (1) F 65 (1) J 79
C 101 count changed per Prince G 46 (5) cells 44 (2)
D 106 max 35 Total 840
0049 HPD 10-81 X2 CPSO Of. Beason
James Boothe & Travis Leonard
cells 46 N/C 840
0118 pill call / comp.
A 0152-0202 D 0203-0229 G 0309-0321
B 0230-0245 E 0245-0254 I
C 0137-0151 F 0254-0308 J 0323
max 0118-0120 cells 0120-0136
0207 code 3 (max #14) / code 4 @ 0210
Steven Winborne (#14) to Block / Medical
0300 Steven Winborne (#14) to (#11)
(3) B to D B 93 D 109
Jacoby Givens, Michael Allen &
Quincy Wright
0322 S.O. needs 23 Trays
0341 (2) New intake (CPSO) to cell (#8) already on [illegible]
(1) C to (#14) • Ahmad Hampton A 105 C 100
(1) A to (#14) • Eric Perkins max ~~cells~~ 37
0346 (2) cell 5 to shower Rtn:

* 3/3/23 Control 1 D-Team

LE) 1835 on 3/2/23 - Sgt. Girod *

* (5) max to Reg cells
(QR)
#9: (x1) • Antonio Thomas
#4: (x2) • Eric Willis • Jeffery Woods
* #3: (x2) • Gino Rodriguez • Nick Santangelo

* LE: Max 16 | cells 42 | LE: 3/2/23 (JG)

LE) 1900 on 3/2/23 - Sgt. Girod
(19) I to Max cell count
(QR)
• Damon Glenn • Bryan Johnson
• Davonte Price • Tyrone Curry
• Jaquese Colton • Joshua London
• Roche Jackson • Malcolm Rhodes
• Cedric Pitman • Leroy Jones
• Kasimo Thomas • Jeffery Gilmore
• Ronald Billiot • Dillon Derouselle
• Byron Hanchet • Devin Ceasor
• Jacobi Lede • Areandre Lewis
* • Cody Wright | Max - 35 | I - 77 | *

0404 Unit 6972 10-81 x2 Lasalle ER Cooper/Ray
Robert Aguilar (I) + Torey Trammelle (B)

0411 Court Pull: Ofc Bartow
Jason Todd (J) + Gregory Chaney (I)
+ Cleo Clutchfield (cell #1)

0439 ~~Ofc~~ Girod off duty

~~February~~ March 3, 2023 A-Team Ofc. A. Williamson

0439 Ofc. A. Williamson on duty w/ 2 Keys

Keys

| | | |
|---|---|---|
| 3 - 21 | Kit/S - 14 | Ctrl 2 - 2 |
| 7 - 8 | Med - 8 | Ctrl 3 - 1 |
| 8 - 9 | Ctrl 1 - 2 | Ctrl 4 - 0 |

0457 Count started / comp @ 0549 *counted w/ D-Team *

| | | | |
|---|---|---|---|
| A - 105 | D - 109 | G - 42 19 | J - 78 1 |
| B - 92 1 | E - 67 | Max - 37 | cells - 45 7 |
| C - 100 | F - 65 1 | I - 75 2 | Total - 840 |

458

March 3, 2023 A-Team Ofc. A. Williamson

0520 Unit #(3193) 10-8 10-15x5 % Work Release - White/Randall
0524 Unit #(2CH081441) 10-8 10-15x3 EBR - Smith/Cagle
- Jason Todd (J) - Cleo Crutchfield (cell 11) Ear
- Gregory Chaney (I) %J [78] I [78] cells [45] [837]
0544 Unit #(33) 10-8 S/o 23 trays / 10-81 @ 0557 - Book
0550 Robert Aguillard (I) to F %c I [75] F [67]
AW ~~0551~~ Torey Trammelle (B) to cell 14 B [92] Max [38]
0551 Chow started / comp @ 0758
A- 0639 - 0659 E- 0621 - 0639 I- 0558 - 0618
B- 0720 - 0738 F- 0740 - 0758 J- 0618 - 0628
C- 0603 - 0621 G- 0740 - 0758
D- 0659 - 0720 Max/cells - 0551 - 0603
Laundry Room Inspection / comp @ 0554 - Lt. Fortune
0742 Unit #(6433) 10-8 S/o - Taylor
0753 Unit # (6433 10-81 10-15x1 CPSO - Taylor
- David Scarbrough Sr. (to see dr.)
0759 Count started / cleared @ 0831
A- 105 E- 67 I- 75
B- 92 F- 63 4 J- 78
C- 100 G- 25 36 cells- 45
D- 109 Max- 38 Total- [837]
0817 Julius Bess (A) to Dr. Call / RTN @ 1018
0832 Johnathan McClendon (cell 11) to Dr. Call / RTN @ 1018
0900 Unit #(6433) 10-8 10-15x1 CPSO
David Scarbrough Sr.
1000 Unit #(33) 10-8 S/o 24 trays / RTN @ 1017 - Sgt. Robinson
1020 Jacob Adams (cell 4) to Law Library / RTN @ 1028
Chow started / comp @ 1234
A- 1153 - 1213 E- 1030 - 1050 I- 1108 - 1116
B- 1050 - 1109 F- 1214 - 1234 J- 1116 - 1133
C- 1130 - 1152 G- 1215 - 1234
D- 1109 - 1130 Max/cells - 1020
1024 Unit #(3193) 10-81 D/o Work Release - White/Randall
1045 3 out of (B) to Dr. Call / RTN @ 1156

March 3, 2023 A-Team Ofc. A. Williamson
1059 Daniel Bonnee (B) to Med (sugar check/RTN@ ____
1205 Pill Call / comp@ ____ - Perkins
A - 1215 - 1222 E - 1253 - 1258 I - 1400 - 1421
B - 1233 - 1252 F - 1258 - 1328 J - 1421 - 1440
C - 1205 - 1214 G - 1443 - 1452 cells - 1233 - 1253
D - 1222 - 1233 Max - 1348 -
1240 Count started / cleared @ 1303
A - 105 E - 67 I - 75
B - 92 F - 64 3 J - 78
C - 99 1 G - 24 37 cells - 45
D - 109 Max - 38 Total - 837
1256 Unit #(3193) 10-8 P/u Work Release - White / Randall
1306 Glenn Damien (cell 12) to I n/c max 37 I 76
1326 Unit #(2CH081441) 10-81 EBR % - Smith / Cagle
1412 St. Martin Parish 4/p # 255836 10-81 - Ofc. Moreau
1423 Emmitt Zeno (E) to block
1428 St. Martin Parish 10-8 10-15x1 - Ofc. Moreau
- Emmitt Zeno (E) n/c E 66 Fac 836
1430 Unit #(3193) 10-81 10-15x2 Haring Pride - White / Randall
- Xavier Nelson - Aaron Brown
1433 Christopher Cobb (cell 13) to A n/c max 36 A 106
1437 Unit #(3193) 10-8 P/u FishNet + CMI - White / Randall
1442 Rapides Parish Unit # 326 4/p 251290 10-15x1 - Ofc Brown
- Matthew Braxsdale n/c Fac 837 cells 46
1447 Jeffery Woods (cell 4) to A n/c cells 45 A 107
1453 Dondrick Caine (A) to cut hair / RTN@ 1640
Dorsay Perkins (cell 3) to B n/c cells 44 B 93
1455 Rapides Parish 10-8 10-15x1 - Ofc. Brown
Matthew Braxsdale n/c Fac 836 cells 43
1521 Corey McCoy (D) to cell 3 n/c D 108 cells 44
1622 Unit #(33) 10-8 S/o 24 tray /RTN@ ____ - Washington

March 3, 2023 A-Team Ofc. A. Williamson
1630 Count started / cleared @ 1703

A - 107 E - 66 I - 76
B - 93 F - 65 2 J - 78
C - 100 G - 48 13 cells - 44
D - 108 Max - 36 Total - 836

1648 Unit # (3193) 10-81 10-45x3 Fish Net & CMI - White/Randall
1704 Ofc. A. Williamson off duty [signature] B Team
3-3-23 S. Atkins
1701 S. Atkins on duty w/2 keys
Keys
5 - 21 K.F. - 14 Ctrl 2 - 2
7 - 8 med - 8 ctrl 3 - 1
8 - 9 ctrl 1 - 2 ctrl 4 - 0
1704 1X O/ D. to cell 9 N/C D - 107 cell - 45
~~Tyrell~~ SIA ~~Tillman~~ Torrell Tillman
1715 cell feed up - comp: 1744
1722 Chow - comp:
A - 1810 - 1832 D - 1832 - 1854 G - 1951 -
B - 1854 - 1913 E - 1913 - 1930 I - 1722 - 1729
C - 1750 - 1809 F - 1931 - 1953 J - 1730 - 1744
1823 Trash run - 1015 X3 - comp: 1900 Cap. Allen
1827 Code 3 (cell 7) - Code 4: 1830
1830 1X 9 cell 7 to cell 2 N/C - same
Joshua Robertson
1834 1X O/ cell 2 to block N/C 43
Joshua Robertson
1838 Code 3 (A) - 10:22 (Playing)
1933 Count - comp: 2036

A - 107 E - 66 I - 76
B - 93 F - 67 J - 78
C - 100 G - 46 15 cell - 43
D - 107 max - 36 total - 836

LB
2015 Kitchen Trash run 1015 X4 - comp: 2032 Cap Allen
2053 2X O/ cell 1 to shower: RTN: 2119

March 3, 2023 S. Atkins B-Team

2108 2x O/C to A N/C: C-98 A-109
1 Alfredrick Odom, Jeremy Thomas
2125 Pill call-
A-2304-2310 E-2145-205 I-2137-2158
B-2335-2344 F-0210-228 J-2125-2136
C-2254-2304 G-2203-2207 Cell-2210-2230
D-2310-2334 max-2209-2214
2128 code 3 medical
2144 2x O/I to shower: RTN:2205
2152 1X O/B freeman N/C: B-92 FC-1835
1 Jordon Lyons
2206 2X O/cell 3 to shower- RTN:2233
2208 Fence inspection - comp Lt. Prince
2230 lights off A+B
2233 2x O/cell 3 RTN 2300
2300 2x O/cell 3 to shower - RTN 2325
2314 1X O/D to medical - RTN:2335
1 Eddie Harper
~~LE 2315 1x O/B to blocks N/C 91~~
2333 2x O/cell 5 to shower: RTN:0008
2358 code 3 Medical (C) - code 4: 0037
0037 count - comp: 138
A. 109 E-66 I-76
B-92 F-65[2] J 78
C-98 G-53[8] Cell-43[2]
D. 107 max-36 total-1835
0040 code 3 medical (C) - code 4: 0047
0100 code 3 E/F hall
0147 1X O/cell 9 freeman N/C: Cell-44 FC-1834
1 Darryl Russ
0152 rounds (C) Ofc-Dudley
0159 rounds (A)
0211 2x O/cells to shower: RTN:0325

462

3-4-23 S. Atkins B-Team

310 1X O/C cell 2 to cell 9 N/C - same
1 Joshua Robbins
430 lights on A+B
443 code 3 (C) - code 4, 4:49
504 1X O/C cell 9 to cell 11 N/C - cell- 43 max. 37
1 Torrell Tillman
517 2X O/C to cell 9 N/C - C-96 cell 45
1 Andre Miller, Anthony Taylor
517 2X O/C to cell 8 N/C- C-94 cell-47
1 Randy Hatchett, Philip Domiano
517 1X O/C to block 93
1

520 Unit 33 108 S/O 24 trays Perkins
520 count comp: 546

| | | |
|---|---|---|
| A - 109 | E - 66 | I - 76 |
| B - 92 | F - 67 | J - 78 |
| C - 93 | G - 47 [14] | cell - 47 |
| D - 167 | max - 37 | total - 834 |

546 cell feedup / comp @ 0604 - Lt. Fortune
547 unit 33 181 S/O Perkins
547 S. Atkins off duty w/2 Keys

March 4, 2023 A-Team Ofc. A. Williamson
0547 ~~Keys~~ (AW) Ofc. A. Williamson on duty w/ 2 Keys and pill call Keys
Keys:

| | | |
|---|---|---|
| 5 - 21 | Kit/S - 14 | Ctrl 2 - 2 |
| 7 - 8 | Med - 8 | Ctrl 3 - 1 |
| 8 - 9 | Ctrl 1 - 2 | Ctrl 4 - 0 |

Laundry Room Inspection/comp @ 0550 - Lt. Fortune
0549 Norberto Fobb (C) to I N/C C 93 I 77
1 ~~Toronto Byrd (C) to~~ (AW)

463

March 4, 2023 A-Team Ofc. A. Williamson

0551 Chow started / comp@ 0806

A- 0622 - 0644 | D- 0644 - 0703 | G- 0739 - 806
B- | E- 0704 - 0739 | I- 0551 - 0601
C- 0605 - 0622 | F- 0739 - 0806 | J- 0601 - 0609

0652 Code 3 Medical (cell #12) / Jacques Colton / Code 4 @ 0724

0717 Joshua Robertson (cell 9) to cell 5

0721 3 out of B dorm to I dorm n/c B 89 I 80
- Kenneth Kelly - Issac Harris
- Johnathan Williford

0755 Pill Call started / comp@ ______ Lt. Fontane

A - 1321 - 1334 | E - 1131 - 1207 | I - 1355 - 1422
B - 1232 - 1250 | F 1254 - 1321 | J - 1422 - 1440
C - 1336 - 1348 | G - 0755 - 0810 | cells -
D - 1210 - 1232 | Max - |

0806 Count started / cleared @ 0822

A - 109 | E - 66 | I - 80
B - 89 | F - 66 | J - 78
C - 93 | G - 35 26 | cells - 47
D - 107 | Max - 37 | Total - 834

0903 Warden Book called to check on things

0936 Kitchen Trash Run x3 / RTN@ 0946

1014 Cell trays are Ready / Fence Insp. started / Comp: 1036 Sgt. Guthrie

1017 Cell feed up / comp@ 1040 - Whittington

1051 Chow started / comp @ 1321

A - 1109 - 1129 | E - 1129 - 1158 | D- ~~Max~~ 1210 - 1232
B - 1232 - 1247 | F - 1254 - 1321 | I - 1115 - 1123
C - 1051 - 1109 | G - 1254 - 1321 | J - 1154 - 1201

1116 Cpt. Wiley on compound

1328 Count Started / Comp: 1356

A 109 | E 66 | I 80
B 89 | F 65 | J 78
C 93 | G 37 24 | cells - 47
D 106 (1) | Max - 37 | Total 834

1405 G-Dorm to Yard

1541 G-Dorm Yard Complete.

March 4, 2023 A-Team Control #1
Lt. Oty L. 7th

1630 Count Started / Comp: 1645
A 109 E 66 I 80
B 89 F 67 J 78
C 93 G 49 (12) Cells - 47
D 107 Max - 37 Total 834
1646 Unit #33 10-8 S.O. w/ 23 Trays c/o Perkins
34-23 S. Atkins B-Team
1725 S. Atkins on duty w/ 12 keys
Keys
5 - 21 Kit - 14 Ctrl 2 Q
7 - 8 med - 8 ctrl 3 - 1
8 - 9 Ctrl 1 - 2 Ctrl 4 - 6
1715 cell feed up - Comp: 1732
1734 Chow - Comp: 2005
A - 1800-1820 E - 1904-1919 J - 1742-1755
B - 1848-1904 F - 1919-1942
C - 1742-1800 G - 1942-2005
D - 1827-1847 I - 1734-1742
(LE) 1723 Jeremy Whitehead refused chow
1816 Code 3 (A) - code 4: 1816
1943 count - Comp: 2024
A - 109 E 66 I 80
B - 89 F 67 J - 78
C - 93 G - 45 (14) cell - 47
D - 107 max 37 total - 834 WB
2052 1X9 cell 5 to shower: RTN: 2155
Tyler Dunn
2104 code 3 medical (B) - code 4: 2115
2142 Pill call - comp:
A - 2257 - 2304 E - 2337 - 2354 I - 2158 - 2219
B - 2316 - 2324 F - 2354 - 0007 J - 2142 - 2158
C - 2304 - 2316 G - 2226 - 2231 cell 2238 - 2257
D - 2325 - 2337 max - 22:32 - 2238

3-4-23 Sitthkins B-Team

2155 1 I/O/I to cells N/C I-[79] cell-[48]
1 Isaac Harris
2220 Fence inspection comp: 2236 Lt Beason
2230 lights off A+B
2236 Trash inspection comp 2238
2245 Trash run 10/5 X2 Lt Beeson
2301 Kitchen trash 10/5 X 3 Lt Beeson
2359 count-comp: 0014

| | | |
|---|---|---|
| A-109 | E-66 | I-79 |
| B-89 | F-65[2] | J-78 |
| C-93 | G-52[9] | cell-48 |
| D-107 | max-37 | total-[834] |

WB

0430 lights on A+B
450 count-comp: 0519

| | | |
|---|---|---|
| A-109 | E-66 | I-79 |
| B-89 | F-67 | J-78 |
| C-93 | G-49[12] | cell-48 |
| D-107 | max-37 | total-[834] |

0519 All officers present for shift roll call Except:
C/o Amanda Williamson (sick)
Key Count:

| | | |
|---|---|---|
| 5-22 | Med-4 | CTRL 4-0 |
| 7-8 | CTRL 1-2 | |
| 8-9 | CTRL 2-1 | |
| K/S-14 | CTRL 3-1 | |

Count started / Comp: 0531 / Laundry Room insp. 0531 / Comp: 0534 Lt. Fontenot

| | | |
|---|---|---|
| A 109 | E 66 | I 79 |
| B 89 | F 67 | J 78 |
| C 93 | G 49 (12) | cells 48 |
| D 107 | MAX 37 | TOTAL [834] |

0541 Unit # 33 10-8 S.O. w/ 24 Trays C/o Perkins
Chow started / Comp: 0823

| | | | |
|---|---|---|---|
| A 0637-0653 | D 0745-0807 | G 0807-0823 | J 0548-0551 |
| B 0726-0745 | E 0708-0726 | Req./MAX 0557-0620 | |
| C 0618-0637 | F 0807-0823 | I-0541-0547 | |

March 5, 2023 Control #1 A-Team

0550 Unit #33 10-81 S.O. c/o Perkins
0557 Cell feed-up started / Comp: 0620 c/o Perkins
0558 I/m (Jeremy Whitehead) refused his chow Perkins
0605 JPD L/P #(235349) 10-81 10-15 x1 Dy. McKenney
— (Jeffrey Wilkerson) N/c Fac. 835
0617 JPD L/P #(235349) 10-8 Back s/p Dy. McKenney
0636 (2) kitchen workers from G-Dorm to Cell #13 (DIS)
- Dominic Nichols - Buddy Thibodaux
N/c G-59 N/c MAX-39
0640 I/m (Jeffrey Wilkerson) from Booking to ~~Cell #13~~ E-Dorm DLF
~~N/c MAX-40~~ DLF N/c E-67
0823 Count Started / Comp: 0834

| | | |
|---|---|---|
| A 109 | E ~~66~~ DLF 67 | I 79 |
| B 89 | F 66 (1) | J 78 |
| C 93 | G 33 (26) | cells - 48 |
| D 107 | MAX - ~~40~~ DLF 39 | Total 835 |

0847 Fence inspection started / Comp: 0903 Robinson
0916 Jefferson L/P #(25584) 10-81 10-15 x1 Dy. Beck
— (Charlie Hill) N/c Fac. 836
0926 Jefferson L/P #(25584) 10-8 Back s/p Dy. Beck
I/m (Charlie Hill) from Booking to Cell # ~~13~~ (NEW)
~~N/c MAX-40~~ DLF N/c Reg. Cells - 49
1020 Unit #33 10-8 S.O. w/ 25 Trays c/o Washington
1026 Cell feed-up started / Comp: 1043 c/o Whittington
1054 Chow Started / Comp: 1257

| | | |
|---|---|---|
| A 1215-1234 | E 1136-1156 | I 1101-1121 |
| B 1054-1108 | F 1236-1309 | J 1132-1149 |
| C 1156-1214 | G 1236-1309 | |
| D 1112-1132 | Reg/MAX: 1026-1043 | |

1101 Pill Cart started / Comp: 13.52

| | | |
|---|---|---|
| A 1215-1234 | E 1339-1343 | I 1101-1121 |
| B 1339-1347 | F 1236-1309 | J 1132-1149 |
| C 1156-1214 | G 1236-1309 | Reg. Cells - 1259-1326 |
| D 1327-1339 | MAX - 1326-1352 | |

March 5, 2023 Control #1 A-Team

1239 I/M (Joseph Williams) from A to Cell #13 (DIS)
N/C A-108 N/C MAX-40

1245 Count Started / Comp: 1320

| | | |
|---|---|---|
| A 108 | E 67 | I 79 |
| B 89 | F 66 (1) | J 78 |
| C 93 | G 34 (25) | cells-49 |
| D 107 | MAX-40 | Total 836 |

1600 I/M (Brandon Green) from G-DORM to Cell #13 (DIS)
N/C G-58 N/C MAX-41

1632 Count Started / Comp: 1649

| | | |
|---|---|---|
| A 108 | E 67 | I 79 |
| B 89 | F 66 (1) | J 78 |
| C 93 | G 47 (11) | cells-49 |
| D 107 | MAX-41 | Total 836 |

1702 Relieved by C/O S. Atkins w/ 2 keys on-duty
Lt. [illegible] off-duty

1702 Keys

| | | |
|---|---|---|
| 5-21 | Kit-14 | Ctrl 2-2 |
| 7-8 | Med-8 | Ctrl 3-1 |
| 8-9 | Ctrl 1-2 | Ctrl 4-0 |

1725 Chow-Comp: 2306

| | | |
|---|---|---|
| A-~~2012~~-2044 | E-2134-2153 | I-1725-1740 |
| B-2046-2106 | F-22:25-2247 | J-1819-~~1830~~ 1830 |
| C-~~1952~~-~~2012~~ | G-2247-2306 | Cell-1746-1800 |
| D 2106-2132 | Max-1746-1820 | |

1748 Jeremy Whitehead refused chow
1749 Unit 33 108 S/O 27 trays Barlow
1801 Unit 33 1081 S/O Barlow
1831 Pill Call-Comp:

| | | |
|---|---|---|
| A-0128-0128 | E-0129-0145 | I 2257-~~[illegible]~~ 2346 |
| B-0118-0125 | F-0150-0184 | J-2229-2256 |
| C-0104-0111 | G- | Cell-2018-0101 |
| D-0111-0118 | MAX-1831 | |

2019 TV off (A) Per Dudley/Lt. Benson

3-5-23 Control 1 B-Team

2025 S. Atkins off duty w/ 21 keys

2159 COUNT-COMP @ 2313

A 108 E 67 I 79
B 89 F 66 J 78
C 93 G 45 MAX 41
D 107 CELLS 49 TOTAL 836

2349 observed A+B Dorm code 4

2349 1X O/cells to showers Tyler dunn / RTN: 1241

2357 code 3 I Dorm

0012 code 4

0129 observed A+B Dorm code 4

0149 TRASH RUN KITCHEN X2 / RTN @ 0159 LT. BEASON

0200 COUNT-COMP @ 0251

A 108 E 67 I ~~78~~ 77
B 89 F 67 J 78
C 93 G 49 CELLS 49
D 107 MAX 41 TOTAL 836

0335 11X O/D TO court
eric landry Joseph Hines Chad mcanix
Joseph Mindell Darnell Robertson Charles Davis
Ricaard Harris Jarrett edwards ~~edmond Harris~~
Kiwon Johnson Tyrel wilson Darnell williams
D Dorm total 96

0342 2X into D from court Charles Davis Ricaard Harris
D-Dorm count 98

0415 4X O/C to GP room
Christopher Pender larry Roberts Toronto byrd Keith Ruke
5X O/A to GP room
Jermaine McCarty Frederick Mullax Bryson Allen
edmond Harris Jonnathan smith

0420 LT. Oxlex called in (sick)

0425 pulling court

H/C 0120-0148 Fence Insp.

3-6-23 Control 1 C-Team

0500 C/O Cassels on duty Control 1
Count; Clear @ 0536
A 103 5 E 66 1 I 78 1
B 86 3 F 65 2 J 74 4
C 89 4 G 38 20 Cells 47 2
D 98 9 Max 38 3 Total 836

0526 Unit 3193 10-8 10-15x7 D/O WR (White/Randall)
0546 Unit 4968 10-8 10-15x11 Hunt (Cagle/James)
See names @ 0335
N/C A 106 B 88 C 92 D 104 max 40
I 78 J 76 cells 47 Fac 823
0646 Unit 8194 10-8 10-15x1 St. John (Atkins/Poole)
I/m Joseph Lyndell
0549 Unit 7612 10-8 10-15x10 EBR Court (Cooper)
See names @ 0335 + 0342
0549 Unit 6972 10-8 10-15x10 EBR Court (Ray)
0550 cell feed up Comp @ 0600
0553 Whitehead (Cell 3) refused chow
0555 Unit 39 10-8 10-15x1 St. James (Johnson/Simmons)
I/m Darnell Robertson
0611 Unit 33 10-8 CPSO 23 trays (Barlow)
0613 Chow + Pill Call 11 Comp@
B 0613-0640 F 0739-0802 I 0740-0749
D 0640-0659 A 0810-0824 J 0749-0800
C 0659-0717 G 0825-0846
E 0718-0739
0646 Unit 33 10-8 CPSO 23 trays (Lt. Beason)
CPSO Called and advised needed new trays
due to the 1st trays being Cold. (10-8 0650)
0728 Unit 6433 10-8 10-15x3 Winn Court (Taylor) (D)
I/m Marvin Evans (E) Charles Davis (D) Richard Harri
0806 Donald Russell O/J to Cell 4
N/C J 75 cells 48

3-6-23 Control 1 C-Team

0848 Count; clear @ 0903
A 103 3 | E 65 2 | I 78
B 86 2 | F 62 5 | J 74 2
C 89 3 | G 22 36 | Cells 47
D 96 8 | Max 38 2 | Total 823

0903 Unit 3193 10-81 D/O WR (Randall/White)
pulling I/m's for CPSO (magastrate)
Robert Stevenson (F) Jeffery Willkerson (E)
Lenard Travis (Cell 8) James Boothe (Cell 8)

0910 B yard @ Commissary 1048 Comp. Comp. @ 1035
0921 Unit 3193 10-8 1015x4 CPSO (White/Randall)
0929 Gino Rodriguez from cell 3 to B Dorm
N/C B 89 Cells 47
0937 Dorsay Perkins from B to A Dorm
N/C B 88 A 107
0946 pill call comp for I + J Dorms
1009 pill call started on cells + max Comp @ 1036
1016 Lt. Ramsey 10-8 CPSO 23 trays
1027 DB Court started
Javonta Broden-Cell 9
Brandon Green - Cell 13 to B Dorm
Dominique Nichols - Cell 13
Buddy Thibaduex - Cell 13 to C Dorm 8
N/C B 89 C 93
1101 I Dorm Chow comp @ 1112/J Dorm Chow Comp @ 1119
1109 Cell feed up Comp. @ 1125
1130 Chow; Comp @ 1322
D 1130-1150 | E 1245-1258
B 1150-1207 | F 1301-1322
C 1207-1224 | G 1301-1322
A 1224-1245

1205 Jason Richard from Cell 8 to G Dorm
N/C G 59 Cells 46

3-6-23 Control 1 C-Team

1226 Unit 3193 10-81 10-15x4 CPSO (Randall / White)
1242 2 I/m's O/cell 8 to E Dorm
Leonard Travis James Boothe
N/C E [69] Cells [44]
1246 Austin Bass O/cell 9 to F Dorm
N/C F [68] Cells [43]
1322 Kitchen trash run Comp @ 1332
1322 Count ; Clear @ 1332

| | | |
|---|---|---|
| A 104³ | E 67² | I 78 |
| B 87² | F 63⁵ | J 73² |
| C 90³ | G 24³⁵ | Cells 43 |
| D 96⁸ | Max 36² | Total [823] |

1337 I Dorm yard @ Commissary Comp @ 1516
4E 1335 Code 3 I dorm (Jonathan Sheard)
1407 Unit 7612 10-81 10-15x10 EBR (Cooper)
1409 Donald Russell O/cell 4 to J Dorm
N/C J [76] Cells [42]
1416 Tyre Ursin O/D Dorm off Count per booking.
N/C D [103] Fac. [822]
1420 1 I/m Jonathan Smith in A from Court
Bread truck 1081 LP# AL 1AOCMDB - (Bucket)
1430 1 I/m Dominick Moore (B) from Court
1 I/m Bryson Allen (A) from Court
1459 Haring Pride is ready for P/U
1505 Starting fence insp. Comp @ 1516
1505 Laundry Rm insp. Comp @ 1510
Started Cell movements: Torrell Tillman (B) ✓
Kevin Slaughter (B) Corey McCoy (C) ✓
Dylan Delafosse (B) ✓ Donald Dennis (C) ✓
✓ Corey Maddox (B) Randy Hanchett (C) ✓
Domiano Phillip (C) Joshua Robertson from Cell 5 to Cell 10
N/C B [93] C [97] ~~Max [39]~~ Cells [36] Max [37]
1514 Unit 7612 10-8 P/U w/R Haring Pride (Cooper)
Unit 3193 10-8 P/U w/R (Randall / White)

3-6-23 Control 1 C-Team

1545 Unit 33 10-8 CPSO 22 trays [1081 1602]
1605 Unit 39 10-81 10-15X1 St. James (Johnson/Simmons)
Andre Miller from Cell 9 to C Dorm
N/C Cells [35] C [98]
1615 Count; Clear @ 1654 C/o Pam D.TEAM
A 106[1] E 67[2] I 78
B 91[1] F 60[8] J 76
C 97[1] G 36[23] Cells 35
D 99[4] Max 35[2] Total [822]
1618 Unit 7612 10-81 10-15X3 D/o W/R (Cooper)
1649 Unit 3193 10-81 10-15X4 P/u W/R (White/Randall)
1659 C/o Cassels off duty Control 1
1659 C/o Maples on duty Control 1 D.TEAM
Cell feed up; Comp @ 1718-1720 Sgt. Ladd
1704 W/Release BK
1704 Begin d+f feed up. 1713 J comp @ 1726
1716 Unit 6433 1081 x 1015 X 3 Winnfield court
1718 Unit 6972 Ray 1081 x 1015 X6 EBR
1725 Begin chow Comp @ 2040
A. 1805 - 1819 E. ~~1440~~ - 1940 Ran out Beans
B. 1750 - 1805 F. 2001 2019
C. 1819 1837 G. 2020 - 2039
D 1725 - 1750
1823 N/C MAX 14 Eric Perkins stayed at EBR jail
W/C Max [36] Fac. [821] came of count
Ofc. Ray Toldus.
1828 Trash Run - Cptn Allen 3 Trustees
Comp. 1840
1838 2 cook out G. to Kitchen
1842 Unit 8194 1081 x 1015 X1 - Court Lynde 1 Joseph st.
1893 N/C to cell 3 N/C C [97] N/C Cell [36] [35]
Isaiah Carter
1900 4968 1081 x 1015 D Bossier

3-6-23 Control 1 D.TEAm

~~Begin Fac. ct. Comp@~~
2028 Phone A-Dorm
2045 Begin Fac. ct. comp@ 2135
A. 107 E. 69 I. 78
B. ~~92~~ 93 F. 67 J. 76
C. 97 G. 46 13 cells 35
D 103 Max 36 Total 821
2124 Change Bravo to 93 due to control 1 on Ackley team Cell 35
2140 Begin Pills for facility comp@ 0029
2140 Max & cells comp@ 2200
2201 A. 2238-2331 E. 2217-2225 J. 0007-0018
B. 2347-2353 F. 2201-2217 cells 2238 comp@
C. 2331-2339 G. 0025-0029
D 2339-2347 I 0007-0018
2140 Cell Shake down
2255 1/xo 1 cell to Block
2320 Fence Insp. comp@ 2354
0000 Begin Fac. ct. Comp@ 0021
A. 107 E. 69 I. ~~0026~~ 78
B. 93 F. 66 2 J. 76
C. 97 G. 53 6 Cells 35
D. 103 Max 36 Total 821
0025 Lacoste J-DORM Refused medicine
0033 Laundry Ins 0038 comp@
0034 Begin cell showers
0112 1/xo 1 cell 11 to A N/c Max 35 N/c A 108
Joseph Williams
0231 1/xo/c to Cell 1 N/C C. 96 Cells 136
Dennis Donald EBE
0256 Fire Alarm went off -

474

3-2-23 Control 1 D.TEAM

0300 Begin Fac. ct comp @ 0322
A. 108 E. 69 I. 78
B. 93 F. 66 J. 76
C. 96 G. 527 Cells 36
D 103 Max 35 Total 821

0300 CPSO need 20 Trays.

0340 Pulling 16 court people
3x0/A - Kendrick White, Juan Barber, Carl Sanders
5x0/C - Keith Palmer, Tyrus Veal, Randy Hanchett, Derrick Kirkland, Joby Robinson
3x0/D - Darrius Wheeler, Jarrett Edwards, Travion Moore
1x0/E Anderson King.
1x0/F - Godfrey Fagot pk all
1x0/G - Brandon Gauntt pp
1x0/I Joseph Joaquin pk All.
1x0/J Bryant Johnson

0400 Ofc. Whittington off compound

0422 CPSO Trays Ready

0426 Begin Fac. ct comp @
A. 105 E. 68 I. 77
B. 93 F. 65 J. 75
C. 91 G. 39 Cells 36
D 100 Max 35 Total 821

0510 C/O Maples off duty Control 1
C/O Cassels on duty Control 1

0508 Unit 3193 10-8 10-15x7 D/O W/R (Randall/White)
Eric Stump ~~Aaron Brown~~ Jermaine Castle
Raymond Robins Steven Cohen Derick Johnson
Xavier Nelson Dwight Jefferson

0508 Unit 33 10-8 CPSO 22 trays 10-81 @ 0524 (Book)

0530 Unit 8194 10-8 10-15x2 Iberville Bus Station (Poole)
I/m Randy Hanchett

0530 Unit 6433 10-8 10-15x1 St. Tammany (Taylor)
I/m Brandon Gaunt

475

3-7-23 Control 1 C-Team

0544 Unit 39 10-8 10-15X13 EBR (Smith/Mike)
Godfrey Fagot - F (PA) Joseph JaQuin - I (PA)
N/C F [67] I [77] Fac [819]

0535 Feed up started Comp @ 0556
Chow @ pill call Comp @ 0811
C - 0557 - 0616 E - 0723 - 0745 J - 0740 - 0750
A - 0621 - 0641 F - 0745 - 0815
D - 0641 - 0703 G - 0745 - 0815
B - 0703 - 0723 I - 0731 - 0740

0723 Lt. Prince called @ he will not be in tonight

0811 pulling Catahoula Court
Carl Ruffin - D Kenneth Kelly - I
Austin Bass - F Jeffery Wilkerson - E
Tyrell Curry - Cell 12
Robert Jones - B

0824 Count ; Clear @ 1118 pill call comp. for Fac [@ 1039]
A 105³ E 66³ I 77
B 92¹ F 63⁴ J 75¹
C 90⁵ G 21³B Cells 37
D 99⁴ Max 34¹ Total [819]

0825 Joshua Caston (C) to (cell #3) [C 95] [cells 37]

0954 Caldwell 10-81 4/P 254433 O/O 2 [Swap] (Carraway) [1049] 10-8 10-15x2
Brevelle Mitchell - Cell 8 Lucas McLaughlin
Torrell Tillman - B Dorm Deshane Morton
~~1044~~ (LC) N/C B [92] N/C Cells [36]
2 New Fm in Delta → N/C D [105] Fac [819]

1044 Unit 31 ~~9~~ 3 10-8 Concordia P/U Female (White - Randall)
~~10-81 @ 1101~~ (LC)

1044 Unit 33 10-8 CPSO 24 trays 10-81 @ 1101 (Bloodsaw)

1110 Ice Cream truck 4/P 2131486 (Felder) 10-81 @ 1130
Sysco 10-8 Ind. 4/P # 2987351 (Brandon) 10-81 @ 1124

1129 Cell Feed up Comp @ 1146

1131 Jefferson Par 10-81 4/P # 263443 P/U Roland Brown (Carter)
N/C E [68] Fac [818]

3-7-23 Control 1 C-Team

1137 Martin Harris O/F to Cell 1
N/C F [65] Cells [37]

1205 Unit 7612 10-81 10-15X5 Left 1 (Cagle-Nelson)
@ CPSO Jeffery Wilkerson to talk to Sheriff

4E Chow (LC) 1149 Chow Comp@1450 E 1325-1418
C-1149-1207 F 1418-1430
A 1208-1232 G 1418-1430
D 1232-1300 I 1436-1445
B 1300-1325 J 1445-1450

1219 1 O/A to Cell 4 Keithrian Davis
N/C A [107] N/c Cells [38]

1231 Unit 7612 10-8 10-15X2 CPSO D/O 2 (Cagle-Nelson)
Blaine Bass-(F) Kenneth Kelly-(I)
N/C F [64] I [76] Fac [816]

1306 Unit #4968 10-8 Jonesville (James)

1405 Unit #6972 10-81 10-15X1 EA Conway (Simmons-Cooper)

1423 Unit #7612 10-81 10-15X2 1 New (Cagle-Nelson)
Cameron Stewart
N/c Cells ~~38~~ (LC) [37] Fac [817] N/C E [69]

1430 Count; Clear @ 1525

| | | |
|---|---|---|
| A 104^3 | E 67^1 | I 76 |
| B 91 | F 61^3 | J 75^1 |
| C 90^5 | G 26^34 | Cells 37^2 |
| D 102^3 | Max 35 | Total [817] |

1459 Merchants 10-81 4D# MS 101261A (Kenderick)

1500 1 O/B to Cell 5 (LC) John Williams
N/C Cells (LC) ~~40~~ [38] B [92]

1541 D yard @ Commissary Comp @

1542 Joshua Robertson from Cell 10 to Cell 1
N/C Cells ~~38~~ (LC) [39]

477

1544 Cell movements.
Marco Howard - Cell 1 to F
Harry Haile - Cell 1 to B
Chad Sullivan - Cell 5 to D
Kendrick Eubanks - Cell 5 to A
Tyler Dunn - Cell 5 to F
Martin Harris - Cell 1 to Cell 10
Buddy Thibadeaux from C - G
N/C F [66] B [92] D [106] A [108] ~~F~~ (LC)
Cells [34] C [94] G [61]

1603 Unit #39 10-8 10-15 x 2 EBR
1612 Unit #33 10-8 CPSO 24 trays (Ritchey)
1614 Unit #6433 10-81 10-15 x 1 (Taylor)
1649 Unit #T612 10-81 Concordia (Nelson)
1656 Count; Clear @ 1719 3-7-23 D.TEAM

| | | |
|---|---|---|
| A 108 | E 69 | I 76 |
| B 92 | F 63³ | J 76 |
| C 94 | G 35²⁶ | Cells 34 |
| D 106 | max 35 | Total [817] |

1719 C/o Cassels off duty in Control 1 D.TEAM
C/o Maples on duty in Control 1
1716 Feed up at +J comp@ 1740
1726 Begin chow Comp. 1958

| | | |
|---|---|---|
| A. 1726-1748 | E. 1851-1910 | I. 1716-1736 |
| B. 1816-1831 | F. 1910-1928 | J. 1716-1736 |
| C. 1748-1815 | G. 1928-1958 | cells 1726- |
| D. 1832-1851 | Max 1724- | Total |

1731 Begin Pills Fac. comp@ 2045

| | | |
|---|---|---|
| A. 1820-1829 | E. 1745-1800 | I. 809 ~~2013~~ |
| B. 1800-1814 | F. 1731-1745 | J. 7:47 ~~2013~~ 733 |
| C. 1814-~~1818~~ 1842 | G 2030 2036 | cells 2036-2045 |
| D ~~1843~~-1900 1912 1927 | Max 2036-2045 | |

1741 Unit 3193 - White/Randal 1051 x 105 x 6 w/Release
1800 Called of - to A-Dorm - Stop a fight Code 3
1800 1x0/A to Block

3-7-23 Control 1 D TEAM

1816 1x°/B to Cell 1 N/C B [91] to Cell [35]
Harry Hale
1830 Dixie Aq. Ofc. Barlow 108 x1015 x1 P/U Derrick Johnson
1831 Fence Insp; comp@ 1840
1935 1x°/I to Block
1940 Bt to J
1944 1x°/A to Freeman N/C A [107] N/C [816] Fac
Lamar Jones
1946 Unit 6433 1081 x1015 x1 . Derrick Johnson Ofc. Barlow
1950 Begin ct. comp. 2017

| | | |
|---|---|---|
| A. 107 | E. 69 | I. 76 |
| B. 91 | F. 64 [2] | J. 76 |
| C. 94 | G. 48 [13] | Cells 35 |
| D 106 | Max 35 | Total 816 |

2004 Lamar Jones P/up by Chameka Jackson DL# 8311933
3044 Calumet St. Baton Rouge La. 70805 2019 Chevy Jeep (white)
Lp# 742F4Y
2021 1x°/I to Infirmary
Malcolm Rhodes
2033 1x°/I to cell 12 N/C. I [75] Max [36]
Malcolm Rhodes
2050 1x°/Cell 3 to C N/C C [95] Cells [34]
Isaiah Carter
2051 1x°/Cell 12 Begin Showers
Cell 12 Harris quad on shower
2059 Innerlock Clean up/ control room Comp@ 2140 2219 Jones
2116 Ofc. Townsend of cmpd
2200 Begin Fac. ct comp. 2215

| | | |
|---|---|---|
| A. 107 | E. 69 | I. 75 |
| B. 91 | F. 66 | J. 76 |
| C. 95 | G. 56 [5] | Cells 34 |
| D. 106 | Max 36 | Total [816] |

479

3-7-23 (18) Control D.

2239 Code 3 medical L-Dolm

2246 1x°/I to Infirmary

2252 1x Bk to ~~Infirmary~~ from Infirmary

2300 Code 3 - charlie

2326 2x°/C to D N/c C/93 N/c D. 108

| Deandrey Holmes EBR

Dantrel Barber DOC

2316 4-out to Block - C

2339 ~~3~~ 4x°/C to Cell 9 N/C 1 C ~~89~~ 90 / Cell ~~38~~ 37

| Ironte Byrd EBR

Isaiah Carter EBR

Damon Springer Doc

0000 Making R&S in Alpha,

0025 Round Ct comp 0107

A. 107 E. 69 I. 75

B. 91 F. 66 J. 76

C. 90 G. 56 cells 37

D. 108 MAX 36 Total 816

0108 1x°/I to Freeman N/c I 74 New Fac 815

1 Craig Hayes Released to Jimmy Scott (Friend)

Driving Black 4-Door Honda Accord VIN # 1HGCV1F32NA-097078

0100 Fence Insp. 0135 comp

0300 Laundry Insp. comp 0305

0300 Begin Fac. ct comp 0312

A. 107 E. ~~90~~ 69 I. ~~55~~ 74

B. 91 F. ~~105~~ 66 J. 76

C 90 G. ~~69~~ 55 6 cells 37

D 108 Max ~~to to~~ 36 Total 815

0315 CPSO 23 Trays

0315 Pulling 10 court people

1x°/A - Alvin Allen

3x°/C, Kamayrion Glasper, Justin Gilia, Kalil Henderson

3x°/D Kevin Ladeuf, Roy Haynes, Darnel Norwood

1x°/E - Jerry Landry 1x°/MAX II - Robert Lee

1x°/F - Shane Grisby

5-7-23 Control 1 B-Team

010 cell - Townsend ; A @ cell - Brown ; max @ 0011 - Anderson
0016 B - Brown
0039 watercooler A - ofc Anderson
0207 Busscher in H locating court
255 count - comp 315
A 107 E 65 J 86
B 95 F 66 max 23
C 87 G 58 cell 39
D 107 I 93 total [827]
max - Anderson cell - Townsend A - Busscher
B - Brown
334 Pulling court
2 x O/A to GP Busscher
Jacob Cammam P/A Travis Banks
2 x O/D to GP Sanford
Darnell Robertson, Jacobee Jackson P/A
3 x O/C to GP Brown
Carlese Baker, Quintin Black, Andre Miller
4 x O/F to GP Anderson
Tarvel Jarrell, Karl Saxton P/A Willie Joseph P/A
Eric Burnman P/A
1 x C/G to GP Brown
Jimmy Bezzard P/A
1 x O/I to GP Anderson
Edward Dawson P/A
1 x C/J to GP Anderson
Dedrian Chatman
1 x C/cells to GP
Li James Powell (cell 6)
0430 lights, TV, phones on A & B
0450 count - comp 529
A 105 D 105 G 43 J 85
B 95 E 65 max 23 cell 38
C 84 F 65 I 92 total [827]

5-1-23 Control 1 B-Team

500 Pill call comp.
A 0710-0720 E 0616-0627 I 0515-0535
B 0633 0642 F 0600 0616 J 500-0515
C 0700-0710 G 0734-0738 cell
D 0642 0700 max
0507 unit 33 10-8 8/10 31 trays Bwq517 Busschg
0504 unit 39 10-8 1015X5 Bossier med Smith/Mike
Jacob Cannon P/A, Jacobee Jackson P/A
Dedrian Chatman P/A Karl Saxton P/A
N/C H-105 D-105 J-85 FC-823
0520 F-61
523 unit 8194 10-8 1015X1 St James vernon
Darnell Robertson
530 S. Atkins off duty w/ 1 key
0530 V. Case on duty
0530 Starting fence inspection/comp 0610
0533 Unit 7612 10-8 10-15X2 Hunt Cagle/Atkins
0533 Unit 5034 10-8 10-15 x 7 EBR Poole/Ray
Pack all's-off count
Jacob Cannon -A n/c 106A
Jacobee Jackson-D n/c 106D
Joseph Willie -F
Eric Burnaman -F
Karl Saxton -F n/c 63F
Jimmy Bergard - G n/c 58G
Edward Dawson - 1 n/c 92 1
Dedrian Chatman - J n/c 85 J
0543 Unit 5924 10-8 10-15 x1 Cottonport Taylor
0544 Cell inspection / roll call
0548 Cell feed up / comp @ 0555
0555 Max feed up / comp @ 0610
0555 Chow / comp @ 0809
A 0643-0703 D 0703-0726 G 0745-0809
B 0726-0745 E 0624-0642
C 0555-0622 F 0745-0809

5/1/23 Control 1 C Team

0605 Unit 6972 10-8 10-15x2 w/R White/Randall
0652 J dorm to chow / comp @ 0700
0700 I dorm to chow / comp @ 0711
0725 1x °/of D to cell 3 n/c [D105] [cells 40] Eric Lawless
0739 Ofc Bordelon counted A dorm
0757 Ofc Bordelon counted B dorm
0802 Lic 264104 10-81 10-15 x 1 Calcasieu Ofc Riley
Edward Sarriet
0802 Count / cleared @0815

| | | |
|---|---|---|
| A 105' | E 65 | I 92 |
| B 95 | F 61² | J 85 |
| C 84³ | G 27³¹ | Cells 39' |
| D 104' | Max 23 | Total [819] |

0810 Lic 264104 10-8 10-15 x 0 Calcasieu Ofc Riley
0816 Unit 6972 10-81 10-15 x0 w/R White/Randall
0843 Unit 6972 10-8 10-15 x 1 CPSO White/Randall
0852 1 x °/of A dorm to class
Ralph Lisette
0853 4x °/of B dorm to class
Byunte Beecham Eric Hartford
Douglas Ferris Aaron Jacobs
0857 1 x new into I n/c [I 93] [Fac 820]
Edward Sarriet
0859 Dorm inspection / comp @ 0936

| | | |
|---|---|---|
| A 0928-0932 | E 0914-0918 | J 0905-0909 |
| B 0919-0923 | F 0911-0914 | |
| C 0932-0936 | G 0859-0902 | |
| D 0923-0928 | I 0902-0905 | |

0915 Fence inspection A&B yard / comp @ 0917
0917 F dorm to yard / comp @ 1024
0919 B dorm inspection / comp @ 0923
Lt Ramsey, Sgt Deason, Sgt Guthrie
Sgt Beason, Sgt Robinson, Ofc Shrock

C-Team

5/1/23 Control 1

0928 B dorm inspection / comp @ 0932
Lt Ramsey, Sgt Deason, Sgt Guthrie
Sgt Beason, Sgt Robinson Ofc Shrock
0940 4x w/i B dorm from class
Byunte Beecham Eric Hartford
Douglas Ferris Aaron Jacobs
0943 C dorm to yard / comp @ 1100
0943 1 x b/i A dorm from class
Ralph Linette
1006 Unit 6972 10-81 10-15 x1 CPSO White/Randall
1018 1x b/i E dorm from CPSO
Cliff Butler
1025 Starting DB count
1051 Cell feed up / comp @
1053 I dorm to chow / comp @ 1104
1056 Unit 33 10-81-10-15 31 tray emptied SO Sgt Guthrie
1104 J dorm to chow / comp @ 1114
1113 Chow / comp @
A 1140-1205 E 1257-1319
B 1205-1228 F 1319-1344
C 1113-1140 G 1319-1344
D 1229-1257
1114 1x o/b cell 13 to cell 6 n/c | max 22 | cells 41 |
Je-cody Spann
1129 1x o/b J dorm to block (freeman)
Jerome Williams n/c | J 84 | | Fac 819 |
1143 Bread truck 10-81
1146 Jerome Williams leaving (freeman)
Picked up by brother, Jeremy Williams, Lic 011881090
Lic N577447 Black Toyota Metro
1201 1x o/b A dorm to block
1205 1x o/b cell 4 to medical
Devonte Price
1224 Cutting water off in A&B

5/1/23 Control 1 C-Team

1212 Code 3 C dorm
1231 Lic 2S32S7 10-81 10-15x0 Rapides Parish
1233 B dorm to commissary / comp @ 1239 (locked) 72
1246 Code 3 medical D dorm
1252 1x o/f I to major's office
Keenyan Parker
1304 1x o/f I dorm to block n/c I92 Fac 818
Corey Quinney
1307 1x o/f C to J n/c C86 J85
Robert Hester
1311 2x o/f C to D n/c C84 D107
Edmond Springer Aaron Young
1311 Lic 253257 10-8 10-15x1 Rapides Parish
Corey Quinney
1328 1x o/f cell 5 to medical
Isaac Harris
1337 Count / cleared @ 1407

| | | |
|---|---|---|
| A 105' | E 65 | I 92 |
| B 247' | F 612 | J 85 |
| C 813 | G 3127 | Cells 40' |
| D 106' | Max 22 | Total 818 |

1358 Unit 7612 1081 10-15x6 EBR Cagle/Atkins
1406 Roll call for new intakes / comp. @ 1407 x6
1409 Unit 6972 10-81 10-15x1 SO White/Randall
Chester Coleman
1411 D dorm open for yard / comp @ 1532
1414 3x new into B dorm n/c B98
Jamie Cole Mercedes Thomas
Devante Cotolone
1414 3x new into I dorm n/c I95 Fac 824
Dillon Brooks Trevionne Wright
Quintor Charles
1416 71 x o/i B dorm from commissary
1420 Unit 6972 10-8 10-15x0 P/L W/R White/Randall

5/1/23 Control 1 C-Team

1212 Code 3 C dorm
1231 Lic 253257 10-81 10-15x0 Rapides Parish
1233 B dorm to commissary / comp @ 1239 (locked) 72
1246 Code 3 medical D dorm
1252 1x o/f I to major's office
Keenyah Parker
1304 1x o/f I dorm to block n/c [I 92] [Fac 818]
Corey Quinney
1307 1x o/f C to J n/c [C 86] [J 85]
Robert Hester
1311 2x o/f C to D n/c [C 84] [D 107]
Edmond Springer Aaron Young
1311 Lic 253257 10-8 10-15x1 Rapides Parish
Corey Quinney
1328 1x o/f cell 5 to medical
Isaac Harris
1337 Count / cleared @ 1407

| | | |
|---|---|---|
| A 105[1] | E 65 | I 92 |
| B 247[1] | F 61[2] | J 85 |
| C 81[3] | G 312[7] | Cells 40[1] |
| D 106[1] | Max 22 | Total [818] |

1358 Unit 7612 1081 10-15x6 EBR Cagle/Atkins
1406 Roll call for new intakes / comp. @ 1407 x6
1409 Unit 6972 10-81 10-15x1 SO White/Randall
Chester Coleman
1411 D dorm open for yard / comp @ 1532
1414 3x new into B dorm n/c [B 98]
Jamie Cole Mercedes Thomas
Devante Catalone
1414 3x new into I dorm n/c [I 95] [Fac 824]
Dillon Brooks Trevionne Wright
Quinton Charles
1416 71 x o/i B dorm from commissary
1420 Unit 6972 10-8 10-15x0 P/u W/R White/Randall

5/1/23 Control 1 C Team

1424 I down to commissary & yard / comp @ 1627
1426 Unit 8194 10-81 10-15X1 St James Vernon
Darnell Robertson
1430 1x new into G n/c [G59] [Fac 825]
Chester Coleman
1442 Unit 5924 10-81 10-15X0 Cottonport Taylor
1449 Trash run x 16
1449 1x o/f I to E n/c [I 94] [E 66]
Keenyah Parker
1456 Unit 39 10-81 10-15X0 Bossier Med Smith/Johnson
1506 1x o/f G to cell 4 n/c [G 58] [cells 42]
Mathew Fletcher
1506 1x o/f A to cell 4 n/c [A 105] [cells 43]
~~1508 Unit Alvin Adams~~ Allen
1508 Unit 6433 10-8 10-15X0 Downville Taylor
1517 1x o/f cell 4 to E n/c [cells 42] [E 67]
Desmond Ogteer
1521 1x o/f E to G n/c [E 66] [G 59]
Roland Brown
1521 1x o/f D to G n/c [D 106] n/c [G 60]
Phillip Newton
1526 1x o/f cell 3 to C n/c [cells 41] [C 85]
Wesley Turner
1544 1x o/f cell 8 to B n/c [cells 40] [B 99]
Bartless Byrd
1543 1x o/f cell 4 to B n/c [cells 39] [B 100]
Fredrick Norwood
1548 E down to yard / comp @ 1633
1600 Unit 5034 10-81 10-15x7 EBR Count Ray/Poole
1602 2x o/f cell 9 to J n/c [cells 37] [J 87]
Dino Rodriguez Robert Slaydon
1602 1x o/f cell 6 to C n/c [36 cells] [C 86]
Dewante Johnson
1602 1x o/f cell 14 to J n/c [max 21] [J 88]
Lance Hardy

5/1/23 Control 1 C Team

1608 1x °/of J to cell 9 n/c | J 87 | | cells 37 |
Dino Rodriguez
1614 1x °/of cell 13 to B n/c | max 20 | | B 101 |
Jonathan Zeno
1614 1x °/of cell 12 to B n/c | max 19 | | B 102 |
Dixon Ortiz
1620 2x °/of cell 12 to C n/c | max 17 | | C 88 |
Dominick Johnson James Hutchinson
1620 1x °/of cell H to C n/c | max 16 | | C 89 |
Antoine Johnson
1624 Unit 33 10-8 30 trays SO Ofc Jones
1635 3x °/of cell 6 to C n/c | cells 34 | | C 92 |
Lil James Powell Cortez Watson
Toby Robinson
1635 1x °/of cell 13 to C n/c | max 15 | | C 93 |
~~Corey McCoy~~ Jacoby Spann
1641 Unit 33 10-81 empties SO Ofc Jones
1638 I/c I down to chow / comp e 1648
1645 Unit 6972 10-81 10-15 x 2 w/R White/Randall
1648 J down to chow / comp @ 1703
1650 Cell feed up / comp @ 1706
1703 1x °/of A to medical
Leonard Little Rtn: 1800
1717 1 x °/i I from court
Edward Dawson n/c | I 95 |
1730 1x °/of B to I n/c | B 101 | | I 96 |
Devante Cotton
1730 Count / cleared e

| | | |
|---|---|---|
| A 104' | E 66 | I 96 |
| B 101 | F 62' | J 87 |
| C 93 | G 40[20] | Cells 33 |
| D 106 | Max 16 | Total \| 826 \| |

1741 I down pill call
1812 ✓ Case off duty w/ 1 Key

1812 M. Field on duty
1820 2x D to C / Damon Springer - Joshua Smith
1x B to A / Fredrick Norwood
N/C D-104 C-95
N/C B-100 A-106
1830 Begin chow
A - ~~1855~~ 1916 ~~B~~
B - 1940 E - 2000
C - 1830 F - 2019
D - 1855 G - 2019 2039 Comp
1830 EBR unit 10-81 10-15x0 Lic# 4263
to Pick up/Nolan Pratt from C-Dorm
1834 1x C - to Block / Nolan Pratt
1840 E.B.R. 10-8 10-15 x 1 / Nolan Pratt
N/C C-94 fac. 825
1905 Capt L. Ellerton Administers 1x 4mg Narcan
~~to~~ I/M Fredrick Norwood 1x to Med
L/E 1855 Pill call - C Comp @ 1914
1916 Pill call - D Comp @ 1931
1928 1x I to Block / Tommie Beason
1929 1x Tommie Beason I to B
N/C I-95 B-101
1944 1x Back to A from Med / Fredrick Norwood
1956 Pill Comp. for fac. - Cpl. Hardy
2016 1x E to I / Keeniyah Parker
N/C E 65 I 96
2041 Count
A-106 E-65 I-96
B-101 F-63 J-87
C-94 G-45 15 Cells - 33
D-104 Max-16 Total - 825
2113 Count clear
2116 Cell Inspection - Sgt Barlow
2130 1x from Cell 14 to Shower Rtn: 21:48

5-1-23 Control 1 D-Team

2149 1x Cell-14 to shower Rtn: 2203
2150 Begin cell clean-up - Sgt. Jones
2153 2x Cell-3 to showers Rtn: 2207
2202 D to C / Joseph snell
N/C D- 103 C- 95
2204 1x Cell-14 toshower Rtn: 2211
2207 3x Cell-3 Refuse shower
Calvin fisher - Jeffery marks - Eric Hollis
2209 3x Cell-2 toshower Rtn - 2225
- 1x Cell-2 Refuses - Jonah madison
2220 1x Cell-15 to showers Rtn: 2232
2229 3x Cell-5 to Showers Rtn: 2248
2232 1x A- to med Rtn: 2237
2233 1x Cell-15 to shower Rtn: 2241
2238 7x C to med Rtn: 2251
2242 1x Cell-12 to shower Rtn 2301
2248 3x Cell-4 to Shower Rtn 2311
1x Refuses - matthew fletcher
2252 1x Cell-12 toshower Rtn: 2321
2302 1x C to cell-3 / Joseph snell
N/C C- 94 Cells- 34
2311 1x Cell-11 to Cell-6 / Jaylon williams
N/C - Max - 15 Cells- 35
2315 4x Cell-8 to Showers Rtn: 2349
2315 1x Jarret Adams F to E
N/C ~~Max 15~~ E - 15 F- 62 E- 66
2326 4x from J-Dorm to Medical Rtn: 0000
2332 Cell 1-10 Cleanup Complete
0015 Round Count Clear @ 01:09

| | | |
|---|---|---|
| A - 106 | E - 65 | I - 96 |
| B - 101 | F - 63 | J - 86 |
| C - 95 | G - 52 8 | Cells - 35 |
| D - 103 | Max - 15 | Total - 825 |

0018 Fence Insp. - Lt. Whittington

296

D-Team

J-2-23

0039 Fence Insp. Complete
0050 Correction from 2315 Jarret Adams
was not moved/Already in E
Count Remains E-65 F-63
0056 Code-3 J - Code-4 @ 0059
~~0145~~ 0059 1x J to Med / Lance Harold
0139 1x J to Block / Eriq Shuffer
0145 1x J to cell-52 / Eriq Shuffer
N/C J-86 max cells-36
0148 ~~Lance~~ 1x J to E / Lance Harold
N/C J-85 E-66
0228 Cell Showers Complete
0403 1x Cell-9 to GP Room
0416 2x C to GP Room
0418 1x D to GP Room
— 1x B to GP Room
0425 1x I to GP Room
— 1x E to GP Room
0428 1x F to GP Room
0449 Unit 33 10-8 w/29 Trays for S.O.
1/2 0444 Cell feed up - ofc Cooper
0505 Pill Call Komp @ 0724
A 0649-0658 E 0559-0612 I - 0518-0531
B 0612-0638 F 0541-0559 J - 0505-0518
C 0638-0649 G 0715-0723 Cells - 0536
D ~~0649~~ 0700-0712 max ~~FD~~
0506 Laundry ~~insp.~~ - Sgt Barlow Comp 0510
0510 Count
A-106 E-65[1] I-96[1]
B-100[1] F-61[2] J-85
C-94[2] G-39[21] Cells-34[1]
D-102[1] Max-16 Total-825
0541 Count Clear

5/2/25

Control 1 C-Team

0523 5924 Poole/Atkins 10-8 10-15 x1 to EBR
39 Smith/Johnson 10-8 10-15 x1 to Avoylles
x2 off count / Carlese Baker - Damian Truxill
N/C I 95 C-93 Fac-823
0550 M. [illegible] off duty Lt. Whittington
0550 V. Case on duty w/ 1 Key
Keys
5-22 Kit-14 ctr1 2-2
7-8 med-8 ctr1 3-1
8-9 ctrl 1-2 ctr1 4-0
0550 Fence inspection/comp @ 0620 Lt Oxley
0550 Chow / comp @ 0750
A 0608-0628 E 0708-0726
B 0649-0708 F 0726-0750
C 0550-0608 G 0726-0750
D 0628-0649
0557 Unit 5034 10-8 10-15 x1 EA Conway Ray
0607 Unit 6972 10-8 10-15 x2 w/R White/Randall
0627 Unit 6433 10-8 10-15 x0 Catahoula Cagle/Nelson
0632 Cell inspection complete
0651 I dorm to chow / comp @ 0659
0700 J dorm to chow / comp @ 0709
0711 Ofc Bordelon counted A dorm
0722 Ofc Bordelon counted B dorm
0731 Unit 7612 10-8 10-15 x0 Winn Taylor
0752 Count / cleared @ 0805
A 106 E 65' I 95
B 100' F 61² J 85
C 92' G 28³² Cells 33²
D 102' Max 16 Total 823
0756 1x o/b cell 4 to Major's office
Alvin Allen
0821 1 x o/b cell 1⁴ to Cat count
Steven Winborne

5/2/23 Control 1 C Team

n/c max 15 | D 104

0848 1x °/of cell 13 to D
Steven Ortiz-Morales
0849 Dorm inspection / comp @ 0955
A 0900 0907-0913 E 0921-0927 J 0948-0955
B 0915-0921 F 0927-0933
C 0901-0907 G 0849-0852
D 0852-0900 I 0935-0948
0859 Lic 618 GEZ 10-8 10-45 x 0 (Plus) work force Myers
~~0900 Inspecting A dorm / comp @~~
0907 Inspecting A dorm / comp @ 0913
Warden Stott, AW Wiley, Cpt Allen, Lt Ramsey
Sgt Deason, Cpt Stott, Ofc Bordelon
0913 1x °/of A to law library
Darius Thompson
0913 1x °/of cell 3 to law library
Alfred Dyson Ret. 1030
0914 1x °/of A to block
Derick Holmes
0914 1x °/of B to block
Christopher Ned
0915 Inspecting B dorm / comp @ 0921
Warden Stott, AW Wiley, Cpt Allen, Lt Ramsey
Sgt Deason, Cpt Stott, Ofc Bordelon
0927 5x °/of dorms to block for work force
Robert Slaydon - J
Derrick Holmes - A
Christopher Ned - B
Leroy Jones - I
Clarence Junifer - I
n/c A 105 | B 100 | I 93 | J 84 | Fac 818
0940 Lic 48281S6 10-8 Dirod
0943 Lic 618 GEZ 10-8 10-15 x 5 LA Workforce Myers
1003 B dorm to yard / comp @ 1047
1007 Unit 33 10-8 31 trap SO Sgt Robinson

5/2/23 Control 1 C-Team

1027 1x° b/f G to cell 4 n/c [G59] [cells 36]
Jody Jeane
1032 Lic 280439 10-81 10x15x0 CPSO Jackson
Chester Coleman
1039 Lic 280439 10-8 10x15x1 CPSO Jackson
Chester Coleman n/c [G58] [Fac 817]
1046 1x° b/f cell 3 to medical
Jason Gordon
1048 1x° b/f I to block for transport
Kee Stines
1053 Unit 7612 10-81 1045 x2 Winnfield Taylor
1054 Cell fed up
1054 Lic 255686 10-8 10-15x1 Jefferson
Kee Stines n/c [I 92] ~~[Fac 816]~~ [Fac 817]
1058 I down to chow/comp @ 1105
1104 Chow/comp @ 1318
A 1124-1149 E 1232-1250
B ~~1149~~ 1212-1232 F 1250-1318
C 1104-1123 G 1250-1318
D 1149-1212
1105 G down to chow/comp @ 1113
1110 2x new from Winnfield n/c [Fac 819]
Tamario Fobbs Jr Jan Alan Foster, Jr.
1125 Unit 7612 10-8 10-15x0 EBR Taylor
1128 Unit 6433 10-81 10-15x5 Cat Count Coyle/Nelson
1132 Code 3 B down
1138 1x° b/f B down
Aaron Brown
1142 Unit 39 10-81 10-15x1 Angeles Smith/Mike
1142 1x° b/f G down n/c [839]
Timothy Badon
1148 1x° b/f B to A n/c [B99] [A106]
Anthony Roso

C-Team

5/2/23 Control 1

1153 1x o/of J down to cell 9 n/c J83 cell 39
Timothy Badden
1153 10298 7251 10-81 Sysco Brandon
1156 Icecream truck 10-8
1206 1x o/of E to block n/c E65
Ray Shavers
1206 1x o/of F to block n/c F62 Fac 817
Joseph Kelly
1209 Unit
1213 1x new into D n/c D105
~~Tamario Foster~~ Jan Alan Foster
1218 Unit 6433 10-8 10-15x2 SO (release) Cagle/Nelson
Ray Shavers Joseph Kelly
1228 1x o/of B to E n/c ~~B105~~ E66
Aaron Brown B98
1233 Unit 6433 10-81 10-15x1 SO Cagle Nelson
Russell Brooks n/c Fac 818
1237 1x into F n/c F63
Tamario Jobbs
1239 1x o/of B into F n/c B97 F64
~~1239~~ Bartless Byrd
1300 Fence inspect. Co'd yard / comp @ 1303 Sgt Beason
1303 C down to yard & comm / comp @ 1442
1339 1x n/i into cell 9 n/c cell 38
Russell Brooks
1318 LE Count / cleared @ 1337

| | | |
|---|---|---|
| A 106 | E 64 2 | I 92 |
| B 96 1 | F 62 2 | J 82 1 |
| C 92 1 | G 31 28 | Cells 36 2 |
| D 104 1 | Max 15 | Total 818 |

1347 A down to yard / comp @ 1445
1330 LE Unit 5034 10-81 10-15x1 Conway Ray
William Lively

5/2/23 Control 1 C-Team

1400 1x o/of B to G n/c [B96] [G60].
William Bell

1420 MS 0536528 10-81 Merchant Truck Kendrick

1421 1x o/of cell 9 to F n/c [cells 37] [F65]
Russell Brooks

1431 MS 0536528 10-8 Merchant's Truck Kendrick

1432 Unit 3193 10-8 10-15x0 P/u W/R White/Randall

1432 MS B29473 10-81 Kicks Corey

1434 MS B29473 10-8 Kicks Corey

1437 Mail call comp. Sgt Besson

1445 E down to yard / comp @ 1531

1454 G down to yard / comp @ 1538

1521 Unit 33 10-8 30 trays SO Ofc Bordelon

1531 F down to yard / comp @

1532 1x o/of cell 7 to G n/c [cells 36] [G84]
Gregory Ponsolaux

1539 2x o/of C to cell 7 n/c [91C] [cells 38]
Jacoby Spann Antonio Thomas

1533LE Unit 5034 10-8 10-15x1 SO (release) Ray
Cliff Butler n/c E [65] [Fac 817]

1541 I down to yard / comp @ 1629

1542 Unit 5034 10-81 10-15x0 SO Ray

1542 Unit 33 10-81 w/ empties SO Ofc Bordelon

1624 Cell feed up complete

1627 1x o/of F down to block for release
Skylar Evans

1629 I down to chow / comp @ 1634

1634 G down to chow / comp @ 1643

1638 Unit 5034 10-8 10-15 x 1 SO (release) Ray
Skylar Evans n/c [F64] [Fac 816]

1647 Unit 3193 10-81 10-15x2 W/R White/Randall

1650 Unit 5034 10-81 10-15x0 SO Ray

C-Team

5/12/23 Control 1

1703 Count / cleared @ 1723

A 106 E 68 I 92

B 95' F 63' J 84

C 90' G 46[14] Cells 87'

D 104' Max 15 Total 816

1724 V. Case off duty w/ 1 key

1724 J. Schall on duty

1/E 1715 Pill call - J / cpt. Hardy

1731 Pill call - I / " "

1738 Begin Chow

A 1755 E 1927

B 1840 F 1948

C - 1738 G 1948

D - 1819 ← Comp @ 2012

1815 1x B to E / ~~Eric~~ Dewayne Lollis Duane Lawless

W/C B 95 E 46

1828 1x D to Cell-3 / Rickey Terry

W/C D 104 Cells 34

1904 unit 5924 10-81 10-15 x 4 - EBR

1905 unit 7612 10-81 10-15 x 0 - EBR

1926 HPd unit LIC 258956 Off price 10-81 10-15 x 2

— James Barker - Joshua Earl Deville

1933 1x New E / James Barker

— W/C E 67 fac 817

— 1x new Cell-1 / Joshua Earl Deville

— W/C cells 40 fac 818

1956 HPd unit 10-8 10-15 x 0

2014 Count ~~92~~

A 106 E 67 I 92

B 95 F 64 J 84

C 91 G 43[77] Cells 40!

D 104 Max 15 Total 818

2024 Count Clear

2051 Pill call - G Begins - / Sanford

5/2/23. D-Team
2057 Max-Pill call
2059 3x C to med. Rtn: 2140
2104 Reg cell - Pill call
2124 Pill call- C
2126 Cell clean up - Sgt Jones comp: 2135
2134 Pill call- A
2146 Pill call - D
2211 Pill call - B
2223 Pill call - E
2237 Pill call - F
2256 Max cell clean up.
2300 Pill call complete
2310 Ctrl-1 is swept + mopped
2341 Round count

| | | |
|---|---|---|
| A 106 | E 67 | I 92 |
| B 95 | F 64 | J 84 |
| C 91 | G 51 | Cells 40 |
| D 104 | Max 15 | Total 818 |

Count clear @ 2019
2342 Fence Insp. - Lt. Whittington
0220 Fire Alarm sounds ē Kitchen/Admin - PU
0221 Diversifire monitoring cells - Code-4
0040 1x E to B / Aaron Brown
W/C E [66] B [96]
0040 Yard clean-up C-D yard
0050 Yard cleanup A+B.
0052 Cell-15 + showers
0114 Cell-14 - Showers
0140 1x Cell-3 to D / Rickey Terry
N/C Cells: [B.9] D [105]
0213 Cell-12 Refuses showers
— Cell-13 Refuses Showers
0217 Cell Insp. - C/O Sanford Comp: 0238
0300 Laundry Insp 0307 Comp

D-Team

5/3/23

0350 Count
A - 106 E - 66 I - 92
B - 96 F - 64 J - 84
C - 91 G - 53[7] Cells - 39
D - 105 Max - 15 Total - 818

0410 Count Clear
0412 Court Pulled to G P Room
C x 4 / Desmond Gaines - Quinton Black
David Hastings - Gregory Smith
E x 1 / Ahmad Hampton
J x 1 / Johnny Williams
Cells x 2 / Demario Harris -
0439 1x I to Cell-13 / Trevionne Wright
N/C I - 91 Max - 16
0442 Count
A - 106 E - I - 91
B - 96 F - J - 83[1]
C - 87[4] G - Cells 38[1]
D - 105 Max - 16 Total - 818
0500 Count Clears
0455 Unit 33 10-8 To JU w/ 29 Trays
0500 [signature] off duty Lt. Whittington

AW April May 3, 2023 A-Team Ofc. Williamson
0500 Ofc. A. Williamson on duty
Keys
5 - 21 Kit/S - 14 Ctrl 2 - 2
7 - 8 Med - 8 Ctrl 3 - 1
8 - 9 Ctrl 1 - 2 Ctrl 4 - 0
Count / Cleared @ 0500 - counted w/ D Team
A - 106 E - 65[1] I - 91
B - 96 F - 63[1] J - 83[1]
C - 87[4] G - 48[12] Cells - 38[1]
D - 105 Max - 16 Total - 818
Laundry Room Inspection / Comp @ 0503 - Fortune

May 3, 2023 A-Team Ofc. A. Williamson

0515 Unit#(2CH081441) 10-8 10-15x1 EBR Court - Smith Johnson
- Desmond Gaines (C)

0517 Fence Inspection started / comp@ 0540 - Bloodsaw

0518 Unit #(7612) 10-8 10-15x6 EBR Dist. Court - James / Cagle
- Ahmad Hampton (E)
- Demario Harris (cell 1)
- David Hastings (C)
- Gregory Smith (C)
- Johnny Williams (J)
- Quentin Black (C P/A) N/c C 90 Fac 817

0523 Pill Call Started / comp@ 0812 - Hardie
A-0648-0706 E-0736-0743 I-0534-0553
B-0607-0619 F-0743-0806 J-0523-0534
C-0634-0648 G-0806-0812 Cells-0559-0710
D-0619-0634 Max-0559-0710

0544 Chow started / comp@ 0738
A-0646-~~0708~~ (AW) 0706 E-0603-0617 I-0559-0613
B-0631-0646 F-0724-0738 J-0547-0558
C-0617-0631 G-0724-0738
D-0706-0724 Max/cell-0544

0558 Cell#5 - Antonio Carpenter - refused chow

0606 Unit #(3193) 10-8 10-15x2 Work Release - Randal White
- Eric Stump
- Steven Cohen

0730 Count started / cleared @ 0803
A-106 E-65[1] I-91
B-96 F-63[1] J-83[1]
C-86[3] G-27[33] cells-38[1]
D-105 Max-16 Total-817

0800 Unit#(5034) 10-8 10-15x2 S.O. - Ray
- Cameron Stewart (E)
- ~~Gerlad~~ (AW) Gerald Massingill (D)

0812 Jermaine Castle (cell #8) to Block

May 3, 2023 A-Team Ofc. Williamson

0819 Pulling B dorm Dr. Call
- Jeremiah Wells / RTN@ 0840
0824 Pulling A dorm Dr. Call
- Jason Cormier / RTN@ 0931
- Brandon Ainsworth / RTN@ 0849
0833 Unit #(5924) 10-8 10-15x5 LGH - Atkins / Taylor
- Robert Murphy (F)
- Deshane Morton (F)
- Patrick Joubert (G)
- Corey Street (G)
- Jermaine Castle (cell #8)
0847 Unit #(3193) 10-81 Work Release D/o - White / Randall
0850 Collin Hoyt (A) to Zoom / RTN@ 1000
0919 Unit #(5034) 10-81 10-15x2 S.O. - Ray
- Cameron Stewart (E)
- Gerald Massingill (D)
0929 William Miller (B) to ZOOM / RTN@ ____
0938 Cary Bilodeau (I) to F dorm N/C I 90 F 65
Sure Logix 4P# Z083843 Driver: Millhouse 10-81
0944 Unit #(33) 10-8 S.O. 29 trays - Bloodsaw
0949 B dorm Inspection / comp @ 0953 - Mjr. Wascom
Cpt. Allen Cpt. Stott Lt. Ramsey Cpl. Washington
Ofc. Nevels Ofc. Ray
0955 Unit #(33) 10-81 S.O. with trays - Bloodsaw
1008 A Dorm Inspection / comp@ ____ - Mjr Wascom
Cpt. Allen Lt. Ramsey Cpl. Washington Ofc. Ray
1009 Sure Logix 10-8
1018 Aaron Young (D) to J dorm N/C D 104 J 85
1030 Chow started / comp@ 1354
A-1130-1158 E-1049-1111 I-1035-1042
B-1230-1255 F-1323-1354 J-1042-1058
C-1159-1230 G-1323-1354
D-1255-1323 Max/cells-1030-1055
1032 Ofc. Dayton Brown called in for tonight (talked to Cpt. Allen)

May 3, 2023 A-Team Ofc. Williamson

LE 1025 C dorm to Yard / comp@ 1121

1043 Start D.B. Court / comp@ ____

1058 Unit # (5024) 10-81 10-15x 5 LGH - Atkins / Taylor
- Robert Murphy (F)
- Deshane Morton (F)
- Patrick Joubert (G)
- Corey Street (G)
- Jermaine Castle (cell # 8)

1105 Unit # (5034) 10-8 10-15x1 Concordia - Ray
- Barry Vining (F) N/C F [64] F [816]

~~1117 Aaron Young (J) to cell # 4 N/C J [84] cell [40]~~ AW

1125 3 out of (J) to cell # 12 (PC) N/C J [82] Max [19]
- Juan Tapia
- Skyler Williams
- Aaron Young

Ofc. Kathleen Atkins called in has to take her partner and her baby to the dr. (spoke with corrections 4)

1127 Unit # (5924) 10-8 10-15x1 LGH - Atkins / Taylor
- Cassius Clark (E)

1200 Code 3 Med. I dorm

1219 2 Trustees picking up trash on C+D Yard

1227 Unit # (2CH081441) 10-81 10-15x1 EBR Court - Smith / Johnson
- Desmond Gaines (C)

1248 Code 3 Med. I dorm

1308 Joseph Heck (F) to G dorm N/C F [63] G [61]

1340 Count started / cleared @ 1424

| | | |
|---|---|---|
| A- 106 | E- 64 ² | I- 90 |
| B- 96 | F- 62 ¹ | J- 81 ¹ |
| C- 87 ³ | G- 29 ³² | cells- 38 ¹ |
| D- 104 | Max- 18 ¹ | Total- [816] |

Unit # (5034) 10-81 Concordia - Ray

1359 Unit # (3193) 10-81 with Water for Kitchen - Randall / White

1400 Nero Nunez (cell # 15) to Zoom / RTN @ ____

May 3, 2023 A-Team Ofc. Williamson

1401 Unit #(5034) 10-8 LGH to relieve officers -Ray
1412 Code 3 Med. A dorm
1416 Unit # (3193) 10-8 Work Release P/u. - White / Randall
1444 Code 3 Med. C dorm
1502 Unit #(7612) 10-81 10-15x5. EBR Dist. Court -James/Cagle
- Ahmad Hampton (E)
- Demario Harris (cell #1)
- David Hastings (C)
- Gregory Smith (C)
- Johnny Williams
1505 Russell Buffett (I) to cell #3 (DIS) N/c I 89 cell 40
(AW) 1512 ~~Kendall Bradford (I) to cell # 4 (DIS) N/c I 88 cell 41~~
1521 Cell Movement started /comp@
4 out of (cell #3) to B dorm
- Jeffery Marks N/c cell 36 B 100
- Alfred Dyson
- Joseph Snell
- Jawan Gordan
1 out of (cell #3) to D dorm
- Eric Lollis N/c cell 35 D 105
3 out of (cell #1) to I dorm
- Donathan Hatton N/c cell 32 I 92
- Colby Deville
- Keith Usea
1 out of (cell #5) to D dorm
- Antonio Carpenter N/c cell 31 D 106
1 out of (cell #6) to cell # 11
- Jaelyn Williams N/c cell 30 max 20
2 out of (cell #1) to cell #6
- David Barnes (no count change)
- Michael Allen
3 out of (cell #4) to C dorm
- Philip Domiano - Jody Jean
- Matthew Fletcher N/c cell 27 C 93

May 3. 2023 A-Team Ofc. Williamson

Cont. 1521 2 out of (cell #8) to G dorm
- Jermaine Castle N/c cell 25 G 63
- David Terrebonne
2 out of (cell #12) to J dorm
- Tayan Jackson N/c max 18 J 84
- Eriq Shurfer
1 out of (cell #8) to F dorm
- Joseph Sanford N/c cell 24 F 64
1 out of (cell #13) to J dorm
- Emmitt Zeno N/c max 17 J 85
1 out of (cell #13) to I dorm
- Trevionne Wright N/c max 16 I 93
1 out of (cell #14) to A ~~dorm~~ (Remained in Max.)
- Adrain Campbell N/c max 16 A 106
1 out of (cell #14) to B dorm
- Dmon Spears N/c max 15 B 101
1 out of (cell #12) to C dorm
- Skyler Williams N/c max 14 C 94

1607 Unit #(33) 10-8 S.O. 29 trap
1610 1 out of Cell #3 to I-DORM
- Russell Buffett N/c Cells-23 N/c I 94
1 out of I-DORM to Cell #5 (DIS)
- LilHenry Magee N/c I-93 N/c Cells-24
1613 Unit #(5034) 10-81 LGH Atkins/Taylor
Unit #(5924) 10-81 LGH Ray
1625 2 out of Cell #9 to C-DORM & Cell #12
Gino Rodriguez Cell #9 to C N/c cells-23 N/c C 95
Timothy Badon Cell #9 to Cell #12 N/c cells-22 N/c MAX-15
1634 Unit #33 10-81 S.O. c/o Washington
1 out of Cell #12 to C-DORM
Aaron Young N/c MAX 14 N/c C 96
1700 Unit #(3193) 10-81 10-15x2 Work Release P/u - White Randall

310

May 3, 2023 A-Team Ofc. A. Williamson

1706 Cell feed up started / comp@ 1722

1720 Count started / cleared @ 1746

A- 106 E- 65[1] I- 93
B- 101 F- 63[1] J- 85
C- 96 G- 46[17] cells- 22
D- 106 Max- 14 Total- 816

1746 Ofc. A. Williamson off duty

B-Team

5-3-23 Control 1

1746 S. Atkins on duty

Keys
5- 22 Kit- 14 Ctrl 2- 2
7- 8 med- 8 Ctrl 3- 1
8- 9 Ctrl- 2 Ctrl 4- 0

1746 1X0 cell 5 to cell 3 N/C - Same
Lil Henery ~~James~~ McGee

1800 Chow - comp: 2012
A 1820-1844 E 1929-1947
B 1909-1929 F 1947-2012
C 1800-1819 G 1947-2012
D 1819-1909

1803 Pill call - comp 2202
A 2042-2101 E 2022-2141 I 1824-18
B 2102-2121 F 1915-1945 J 1803-1824
C 1947-1959 G 1906-1914 cell 2152-2202
D 1959-2038 max 2143-2150

1807 unit 8194 10-81 1015XO Lasalle General - Bay
relieved by officer

1906 Fence inspection - comp: 1924 Lt. Dudley

1814 Count - comp: 2033
A. 106 E. 65 (1) I - 93
B - 101 F. 63 (1) J - 85
C - 96 G. 45 (18) cell - 22
D. 106 max. 14 total - 816

10/?/1 Wanda night nurse called, had wrecks o/w here

311

5-3-23

Control 1

1929 B-counted [101] B-Team - cooper
LE 1844 A-counted [106] - cooper
1951 S. Atkins off duty
1952 C/O Bell on duty
2000 Observed A+B code 4
2012 Chow complete
2033 count clear
2033 S. Atkins on duty
2036 cell inspection - comp. 2200 Ofc. Anderson
2048 1x O/F to major office
| Cary Bilodeau
2049 cell/max clean up - comp 2322 ofc Sanford/cooper
2113 code 3 (I) - code 4 @ 2141
2232 Sgt. Murphy called faxed over court list.
2233 lights, tv, phones off A+B
LE 0016 count-comp 0116 All

| | | |
|---|---|---|
| A 106 | E 65 | I 91 |
| B 101 | F 64 | J 85 |
| C 96 | G 53[10] | cell 22 |
| D 106 | max 14 | total [814] |

0011 2x O/I to booking U/C [91[2]]
| Calvontae Spencer, Treylan Breeden
0017 2x O/booking freemen U/C [91] -I FC-[814]
| See names at cell
| Pickup: Brandy Spencer (Mother) ~~Vehicle~~ vehicle: 2020
| black Dodge charger, LP# 804DNU
0033 round count A-[106] All
33 round count B-[101] All
0117 2x O/S to cell 314 U/C J-[83] max [16]
| Rontravius Henderson, Eriq Shuffer
0117 interlock cleanup - comp Sanford
0130 1x O/cell to shower Busscher
~~15~~ 202 ofc cooper in A to locate court
209 ofc cooper in B to locate court

B-Team

5-4-23 Control 1

0241 code 3 (A) - code 4 @ 0249
0246 1X 9/A to cell 9 NC A-[105] cell-[23]
| Demarcus Johnson
249 1X O/A to medical NC [104']
| Landry Carter
0253 Pulling court All
0255 Pulling court A Anderson
0257 2X 9/J from cell 14 NIG max-[14] J-~~[14]~~[15]
| Rontavarius Henderson, Eric Shaffer Anderson
1312 Pulling court B
(SA) ~~0313 court going to GP Room~~ - 10-22
331 court going to GP
1 O/C to GP room NC [92⁴]
Lamir Walker, Davante Johnson, Toby Robinson
Andre Miller
3X O/A to GP NC [101⁴]
Darius Thompson, Gregory Godfrey, Travis Banks

1X O/G to GP NC [62']
Everette Newton
2X O/D to GP NC [104²] Dudley
Joshua Johnson, Qindy Wright
4X 9J to GP NC [81⁴] Anderson
Demonte Alle, Christopher Baker (PIA) Johnny Williams (PIA)
Sir Charles Edward
1X O/B to GP NC [100']
~~DeJon Ruffin~~ DeJon Ruffin
3X O/~~ESP~~ E NC [63³]
Joshua Glover, Peter Hinkle, Joseph Chambers
(SA) ~~1X O/G~~
~~Everett Newton~~
1X 9 cell 1 NC [22'] PIA
Demario Harris
0333 Unit 39 10-8 10-15X1 Trinity Medical Lt Whittington/Ofc Bartlett
| See 249 for name

313

5-4-23

Control 1 B-Team

357 count; comp 421
A 101[4] E 62[4] I 91
B 100[1] F 64 J 81[4]
C 92[4] G 48[15] cell 22[1]
D 104[2] max 14 total [814]
357 A - Busscher; Reg. cell - Townsend, 4:00 - max Townsend
405 B - Busscher
421 unit 8194 10-8 1015 ox to Lasalle Ray
releaving officer
423 unit 33 10-8 S/O 29 trays RTW: 0434 Busscher
0435 1 X 9/C to A W/C C - [91[4]] A - [102[4]]
Gino Rodriguez
438 S. Atkins off duty
0438 V Goodwin on duty, w/o keys, w/radio
0446 Bloodsaw counted A dom [102[4]]
0452 Busscher counted B dom [100[1]]
0452 Count; comp 0502
A 102[4] E 62[4] J 81[4]
B 100[1] F 63[1] Max 14
C 91[4] G 49[14] cells 22[1]
D 104[2] I 91 Total 814
0514 cell feed up; comp 0528
0519 Timothy Giddens (C, Brandon Ellis (C pulled for court to GP
0521 Pill Call; comp 0746
J 0521-0535 A - 0626-0647 G - 0728 - 0746
I 0535 - 0546 C - 0647 - 0657
B - 0559 - 0610 E - 0700 - 0710
D - 0610 - 0625 F - 0710 - 0728
0545 7612 108 1015 x5 EBR Cagle/Nelson
Demario Harris (cell 1 P/A, Johnny Williams - (J. P/A, Christopher Baker (J. P/A), Travis Banks (A, Joseph Chambers (E
N/C - [cell 22] J - 83 [FAC - 811]

Control 1 A-team
05/4/23 Atkins/Poole
0547 5034 108 1015 x10 EBR
Joshua Glover (E, Gregory Godfrey (A, Sir
Charles Edwards Evans (J, Darius Thompson (A,
Andrea Miller (", Quincy Wright (D, Peter Hinkle (7,
~~0604~~ ~~Chow; comp~~ Davonte Johnson (C, Toby
~~E-0604~~ Robinson (C, Dejon Ruffin (B
0604 Chow; comp 0830
E-0604-0621 D 0710-0734 J-0652-0701
B-0734-0757 7 0757-0830
C-0621-0643 G 0757-0830
A-0643-0709 I 0710-0715
w/E 0548 5924 108 1015 x6 Livingston Vernon/Taylor
Damonte Allen (J, Lamir Walker (C, Joshua
Johnson (D, Everette Newton (G, Timothy
Giddens (C-P/A, Brandon Ellis (C-P/A
N/C [C-93] TAC-809
0555 3193 108 1015 x2 w/R White/Randall
0556 6433 108 1015 x0 EBR-P/u 10 Smith/Johnson
0629 Maint open A&B back door; comp 0631
0640 Isaac Harris o/cell 5-cell 1 [No change]
0744 Nevilles counted A dorm [102⁴]
0759 Guthrie counted B dorm [100¹]
0802 Guthrie counted Max [14]
0802 Whittington/Barlow relieved @ trinity by Spinks/Beason
0806 3193 1081 1015 x0 w/R White/Randall
0812 Nevilles counted cells [22]
0802 Count; comp 0839
A 102⁴ E 62⁴ J 81²
B 100¹ 7 63¹ Max 14
C 89⁴ G 18⁴⁵ cell 22
D 104² I 9¹ Total 809
0831 Billy McKay o/A - Zoom Court 0936
0857 6972 108 1015 x1 Trinity Hosp. Beason/Spinks
Michael Landry Carter

05/04/23 Control 1 A team

0859 Water Cooler placed in A dorm Oxley
0901 G dorm inspection: Lt. Ramsey, S. Washington, Corrections 4 * 2; Lt fortune; comp 0909
0910 I dorm inspection: Lt. Ramsey, S. Washington, Corrections 4 * 2, Lt. fortune, Corrections 3; comp 0916
0920 A dorm yard time and commissary; comp 1142
0925 F dorm inspection: Lt. Ramsey, S. Washington, Corrections 4 * 2, Lt. fortune, Corrections 3; comp 0928
LE 0916 J dorm inspection: Lt. Ramsey, S. Washington, Corrections 4 * 2, Lt. fortune, Corrections 3; comp 0920
0928 E dorm inspection: Lt. Ramsey, S. Washington, Corrections 4 * 2, Lt. fortune, Corrections 3; comp 0933
0933 B dorm inspection: Lt. Ramsey, S. Washington, Corrections 4 * 2, Lt. fortune, corrections 3, Sgt. Bloodsaw, AW wiley; comp 0940
LE 0930 6972 1081 1015 * 1 Trinity hosp c Beason/Spinks
0936 Warren St. Martin °/B - Zoom court 1008
0941 D dorm inspection: Lt. Ramsey, S. Washington, Corrections 4 * 2, Lt. fortune, Corrections 3, Sgt. Bloodsaw, AW wiley, Sgt. Girod; comp 0946
0946 A dorm inspections: Lt. Ramsey, Corrections 4 * 2, Lt. fortune, Corrections 3, AW wiley, Sgt. Girod comp; 0951
0952 C dorm inspection: Lt. Ramsey, corrections 4 * 2, Lt. fortune, corrections 3, Sgt. Girod; comp 0955
0953 Jefferson Lic 246497 Driver temple Drop * 1 Kee Stines. N/C 17AC 810
1003 James Barker °/E to Booking for Cat court
1004 33 108 1015 28 trays 50; comp 1026 Bloodsaw
1011 6972 108 1015 * 1 Cat Court Spinks James Barker; comp 1138
1018 Laams truck Lic LA J903760 Driver Ron; comp 10[illegible]
LE 0727 Fence inspection; comp 0753

05/04/23 Control 1 A-team

1022 Rapides Lic 253261 Driver Thompson Drop*1
Corey Quinney N/C [AC 811]
1024 cell feed up; comp 1041
4/E 0931 H'burg turned water off to facility
1032 Pill Call Cells; comp 1051
1103 Alvin Allen °/cell 4-A dorm N/c-[cell 2]
[A-107]
1112 Michael Landry Carter °/A-cell 4. N/c-
[cell-22] [A-106]
1114 Kee Stines, Corey Quinney (New Intakes)
I N/c-[I 93]
1132 Maint. entering A dorm to repair Sinks; comp 1145
1129 J dorm chow; comp 1133
1145 I dorm chow; comp 1156
1151 chow; comp
D-1151-1215 E-1321-1338
A-1215-1236 F-1338-1409
B-1236-1257 G-1338-1409
C-1257-1321
1225 Frank Coker °/J-Block
1229 5483 1081 1015 *10 EBR (New Intakes) Smith/Johnson
Cameron Augustus, Davyon Bentley, Austin
BerceGeay, Dequan Brock, Jaylan Brown,
Delarryn Brown, Lawrance Gaines, Jacoree
Harris, Da'jvan Hills, Demonte Washington
N/c [AC-821]
1236 Lafayette Lic 257596 Driver Hamby P/u *1
Frank Coker N/c-[J 82] [AC 820]
1247 7612 1081 1015 *0 EBR Cagle/Nelson
1318 B dorm counted by Bloodsaw [100]
1330 A dorm Counted by Bloodsaw [103]
1338 5924 1081 1015 *4 Livingston Vernon/James
1345 Cpt. Allen/CTC checking Phones

5/04/23 Control 1 A-team

1354 7612 108 1015 *0 Jena-DOT inspect. Cagle/Nelson
1408 3193 108 1015 *0 P/u w/R White/Randall
1409 Count comp 1419
A $103^3$ E $61^5$ J $80^2$
B $100^1$ F $63^1$ max $14$
C $89^4$ G $32^{31}$ Cell $22^{10}$
D $104^2$ I 93 Total 820
1421 Corey Anderson °/A - Law Lib - Phone Call;
1429 Cameron Augustus, Austin Bercegeay (New intakes) - Cell 3 N/C - |Cell 24|
1440 Dauyon Bentley, Dequan Brock, Delarryn Farmer, Jacoree Harris, Demonte Washington (New intakes) - J N/C |J 87|
1440 Jaylan Brown, Lawrance Gaines, Dajuan Hills (New intakes) - C N/C |C-96|
1443 J dorm Commissary; comp 1628
1443 Chester Coleman °/G - Block
1456 First Baptist - Gilbert Driver Bubba Ezelle Lic 31688WA P/u *1
Chester Coleman °/G N/C - |G 62| 7AC-819|
1540 7612 1081 1015 *0 Jena-DOT inspect Cagle/Nelson
1640 33 108 1015 29 trays SO; comp 1653 Blackshaw
1635 J dorm pill call; comp 1656
1644 6972 108 to Lasalle for I/m relieve Brown
1646 3193 1081 1015 *2 w/R White/Randall
1646 I dorm chow; comp 1658
1654 5034 1081 1015 *12 EBR Poole/Atkins
1657 Pill call I dorm; comp 1714
1658 J dorm chow; comp 1715
1702 Cell feed up; comp 1719
1703 Townsend counted cells |24|
1705 Townsend counted max |14|
1708 Nevilles counted A dorm |$103^3$|
1721 Carroll counted B dorm |$100^1$|

A-Team

5/4/23 Control 1

1700 Count; comp 1743
A 103[3] E 62[4] J 86[1]
B 100[1] 7 63[1] max 14
C G 44[18] Cell 24
D I 93 Total 819

1724 CPSO Lic 262048 Driver Littleton Drop off
Calvin Hardie N/C 17AC 8201

1743 ✓ Goodwin off duty w/o keys, w/radio
1743 S. Atkins on duty w/o keys + 1 radio
1730 pill call cells; comp 1735
1735 Pill call 7 dorm; comp 1754
1743 Keys
5-22 Kit-14 Ctrl 2-2
7-8 med-8 Ctrl 3-1
8-9 Ctrl 1-2 Ctrl 4-0
1744 1X[I] / cell 8 new intake N/C - [25]
Calvin Hardie
1746 All EBR court back to dorms.
See 0547 for names + location
1749 Chow - comp @ 1948
A 1809-1826 D 1826-1848 G 1928-1948
B 1848-1905 E 1908-1925
C 1749-1809 F 1928-1948
1755 Pill call E - comp @
1816 unit 8194 10-81 Lasalle sitting with IM - Ray
1816 Pill call C - comp 1819
1823 Pill call B - comp @ 1833
1829 code 3 (J) -
1830 1X[I]/J to medical
Dayon Bently
1833 Pill call A - comp @ 1846
1844 called for an ambulance for an offender Per. CPE
Littleton
1847 Pill call D - comp @ 1905

319

1914 AMR 10-81 LP# (MS) AM80636
1928 AMR 10-8 10-15X1 LaSalle Jackie
O.C. Caroll
1948 Count - comp @ 2026
A 106 E 65' I 93
B 101 F 64 J 86'
C 96 G 42 20 cell 25
D 106 max 14 total - 820
1948 A counted by Lt Dudley, 1953 max - Townsend
2000 B counted by Busscher, reg cells - Townsend @ 1955
2017 Ofc. Busscher off compound
2035 1X 9J to block N/C
Trelon Darby
2047 code 3 (C) - code 4 @ 2057
2113 1X O/C to cell 12 N/C C - 95 max - 15
LaDamion Sowell
2114 Pill call G - comp @ 2116
2117 ~~fence~~ cell inspection - comp @ 2150 Sgt Townsend
2130 1X O/J to cell 14 N/C J - 85' max - 16
Trelon Darby
2139 2X O/I to medical RTW 2152 Anderson
2140 1X 9/F to medical RTW 2155 Cpt. Littleton
2154 X O/J to medical RTW 2215 Anderson
2211 1X O/C to medical RTW 2217 Townsend
James Hutchinson
2218 1X O/~~C~~ to cell 12 C - 94 max 17
Deon Walton
2230 lights, phones off
2233 B pulling medical Anderson
2235 2X O/B to medical RTW 2249 Anderson
LE 2202 code 3 (C) - code 4: 2218
2248 CPSO 10-8 1015X1 LP# LA262048 Dep. Littleton
Shawner Smith
2250 Ofc Caroll called in 30 mins the hospital
will ~~release~~ release offender

2257 | 1 X O/cell 11 to medical RTW 2300 Anderson
2258 unit 7612 10-8 Lasalle to Pick up Ofc Caroll - Sgt. Barlow
| + offender Bently
2320 | 1X I/cell 8 new intake W/C cells - 616 FC - 821
| Shawnee Smith
2325 | 1X O/cell 15 to shower RTW 2340 Whitting
2346 | 1X O/I to medical
| Trevionne Wright
2359 | 1X O/G freeman W/C G 61 FC 820
| Thomas Green
| Pickup: Elizabeth Griffin - girlfriend Vehicle: 2018
| White Nissan ~~000000~~ LP# H397250
0012 | 1X O/C to medical
| James Hutchinso
0015 | unit 7612 10-81 1015X1 Lasalle Sgt Barlow
~~0016 unit 10-81~~
0021 unit 7612 10-8 1015X1 Lasalle Ofc. Caroll
| ~~Tyrone~~ Wright, Trevonne
0027 | Count - compoostid
| A 106 E 65 I 92
| B 101 F 64 J 85
| C 94 G 547 Cell 26
| D 106 max 17 Total 820
0027 | max - Townsend ; 0029 cell - Townsend ; 0032 A - All
0041 | B - All
127 | 1X O/J to cell 14 W/C J - 85 max 18
| Dauyon Bentley
136 | Fence inspection - comp @ 153 Lt. Dudley
150 | 1X O/cell 14 to cell 13 W/C max - same
| Dauyon Bentley
223 | 1X O/I to cell 1 W/C I - 91 cell - 27
| Traynell Triggs

0338 1X O/I to J N/C I-90' J-186
DeMontez Martin
0356 Pulling court
0412 1X O/C to GP N/C ~~105'~~ 93' Townsend
Jorge Aldari-Meneiac
1X O/D to GP N/C 105'
Kiwon Johnson
1X O/A to GP N/C 105'
Travis Banks (P/A)
1X O J to GP N/C 85'
Sir Charles Edward (P/A)
0417 Count - Comp @ 4:48

| | | |
|---|---|---|
| A 105' | E 65' | I 90' |
| B 101 | F 64 | J 85' |
| C 93' | G 44 17 | Cell ~~26~~ 27 |
| D 105' | max 18 | total 820 |

0418 6972 10-8 10-15X0 LaSalle General Ray
0425 unit 7612 10-81 10-15X1 LaSalle General Caroll
Trevionne Wright
0431 cell clean up comp Littleton
0440 1X O/J to Cells N/C J-90 cell-28
Trevionne Wright
0503 S. Atkins off duty
0503 V. Caze on duty w/ 1 key
Keys

| | | |
|---|---|---|
| 5-22 | Kit-14 | ctrl 2-2 |
| 7-8 | med-8 | ctrl 3-1 |
| 8-9 | ctrl-1-2 | ctrl 4-0 |

0505 Count / cleared @ 0523

| | | |
|---|---|---|
| A 105' | E 65' | I 90 |
| B 101 | F 63' | J 85' |
| C 93' | G 36 25 | Cells 28 |
| D 105' | max 18 | Total 820 |

0516 Unit 33 10-81 10-15 w/ empties Ofc Littleton

C-Team

5/5/23 Control 1

0533 Cell feed up / comp @ 0535
0533 Unit 7612 10-8 10-15 x 4 EBR Cagle/Nelson
2 off count n/c A105 ~~J85~~ Fac 818 Fac 819
Travis Banks-A ~~Sir Charles Edwards-J~~
0551 Unit 6972 10-81 10-15 x 0 LaSalle Brown
0602 Unit 3193 10-8 10-15 x 2 w/R White/Randall
0607 1x o/b C to cell 4 n/c C93 cells 29
Aaron Young
0607 Chow / comp. @ 0802
A 0625-0644 E 0722-0740
B 0705-0722 F 0740-0802
C 0615-0625 G 0740 0802
D 0644-0705
0624 Unit 39 10-8 10-15 x 1 LSU Shrev. Smith/Johnson
Damien Nelson
0553 LE Code 3 C dorm
0653 Cell roll call / inspection comp. Sgt Benson
0703 Unit 5034 10-8 10-15 x 1 EA Conway Poole/Atkins
Tamario Tobbs
0717 J dorm to chow / comp @ 0725
0725 I dorm to chow / comp @ 0735
0754 Count / complete @ 0811
A 105 E 64² I 90
B 101 F 62² J 85¹
C 92¹ G 25³⁶ Cells 29
D 104² Max 18 Total 775⁴⁴
0809 Unit 3193 10-81 10-15 x 0 w/R White/Randall
0809 1x o/b E to cell 4 n/c
Marquese Long E65 cells 30
0817 Unit 3193 10-8 10-15 x 0 D/L Royal inmate White/Randall
0843 1 x o/b cell 4 to E n/c E66 Cell 29
Marquise Long
0603 LE Fence inspector / comp 0622 Sgt Robinson

5/5/23 Control 1 C-Team

0850 Dorm inspection / comp @ 0942
A 0931-0939 E 0914-0920 J 0900-0907
B 0920-0925 F 0909-0914
C 0939-0942 G 0850-0853
D 0925-0931 I 0854-0859

0853 Pill call / comp @ 1249
A 1221-1232 E 0853-0904 J 0942-1000
B 1153-1217 F 0904-0924 cells 1232-1243
C 1149-1152 G 0930-0941 max 1243-1249
D 1124-1145 I 1000-1013

0855 Unit 5924 10-8 10-15 x 5 LaSalle Vernon/Taylor
Rashide Alphonse-I Jabaar Celestine-J
Jermeiah Batiste-I Trashun Mason-J
~~Quincy Brazer-D~~ Jaylon Brown-C

0904 1x° ofc A dorm for labs
Jarod Fedric

0914 Maintenance enter back door A / comp @ 0921

0920 Dorm inspection B dorm / comp @ 0925
Lt Fortune, Sgt Besson, Ofc Shrock
CPH Washington

0931 Dorm inspection A dorm / comp @ 0939
Lt Fortune, Sgt Robinson
Ofc Shrock, Sgt Besson

0936 1x° ofc C to block
Trenton Underwood

0936 Lic 248496 10-8 10-15 x 0 P/u Madison ~~Natchitoches~~ McQuire

0939 Unit 33 10-8 29-trays SO Ofc Washington

0942 Unit 3193 10-8 10-15 x 1 LaSalle White/Randall

0948 Lic 248496 10-8 10-15 x 1 Madison Trenton Underwood McQuire

0949 C dorm open for yard / comp @ 1037 r/c C92 Fac 818

~~0950 1x° ofc D to cell~~

1011 Cell feed up / comp @ 1031

1013 Unit 33 10-8 w/empties SO Cpl Washington

1020 F dorm to commissary / comp @ 1130

1020 G dorm to chow / comp @ 1029

324

# Control 1

C Team

5/5/23

1024 Chow/comp @1248
A 1042-1103 E 1024-1042
B 1153-1217 F 1217-1248
D C 1103-1129 G 1217-1248
C D 1131-~~1145~~ 1152

1033 J dorm to chow/comp @ 1041
1052 Unit 5924 10-81 10-15x4 Lasalle Vernon/Randall
1052 Unit 5924 10-8 10-15x0 P/u 1 Lasalle Vernon/Randall
1126 Code 3 medical A dorm / code 4 @ 1127
1134 1x°bf B dorm to law library
Javon Dordon Ret. 1146
1138 1x° bf E to F n/c [E 65] [F 65]
Cassius Clark
1157 58 x° bf E to commissary
1208 1x° bf E to cell 12 n/c [E 64] [Max 19]
Joshua Glover
1234 Sgt Robinson counted B dorm
1238 Ofc T Bordelon counted A dorm
1251 Code 3 medical cell 4
Aaron Young
1254 Unit 7612 10-81 10-15x3 EBR Count Cagle/Nelson
1235cc Count/cleared @ 1256

| | | |
|---|---|---|
| A 105 | E $62^2$ | I $88^2$ |
| B 101 | F $63^2$ | J $82^4$ |
| C $90^2$ | G $26^{35}$ | Cells 29 |
| D $104^2$ | Max $18^1$ | Total [818] |

1301 Unit 5924 10-81 10-15x1 Lasalle Vernon/Randall
1318 1x° bf F to I n/c [F 64] [I 91]
Cory Bilodeau
1327 Code 3 medical J dorm
1335 Unit 3193 10-8 10-15x0 w/R Randall
1345 1x° bf cell 9 to A n/c [cells 28] [A 106]
Keondre Young

5/5/23 Control 1 C-Team

1347 1x° b/p cell 4 to C n/c | cells 27 | C 93 |
Landry, Carter
1352 1x° b/p cell 12 to E n/c | max 18 | E 65 |
Joshua Sloven
1359 B dorm back door open yard / comp @ 1429
1403 1x° b/p B dorm to medical
Terrance Hanks Ret. 1416
1405 D dorm open for yard / comp @ 1516
1407 1x° b/p cell 3 to 1 n/c | 26 cells | 192 |
Lil Henry McGee
1431 A dorm to yard / comp @ 1524
1435 1x° b/p cell 7 to major's office
Ofc Cody Spann Ret. 1438
1437 1x° b/p cell 14 to block
Steven Winborne
1448 1x° b/p C to cell 5 n/c | C 92 | cells 27 |
Jaylon Brown
1501 1x° b/p cell 10 to Zoom court Ret: 1510
1503 Unit 5924 10-8 10-15 x 1 SO Ray
Steven Winborne n/c | max 17 | Fac 817 |
1515 Unit 5924 10-81 10-15 x 0 SO Ray
1524 A dorm to yard / comp @ 1627
1544 Unit 33 10-8 30 trays SO Ofc Schrock
1602 Code 3 charlie dorm / code 4 @ 1610
1603 Unit 33 10-81 w/ empties SO Ofc Schrock
1555 LE Cell food up / comp @ 1604
1621 Code 3 medical D dorm
1621 A dorm to chow / comp @ 1627
1627 J dorm to chow / comp @ 1637
1636 1x° b/p cell 13 to cell 1 n/c | max 16 | cells 28 |
Dawjon Bentley
1648 Unit 39 10-81 10-15 x 1 LSU Shreve Smith/Johnson
1648 Unit 3193 10-81 10-15 x 2 W/R White/Randall
1715 Work release search code 4

| | |
|---|---|
| 5/5/23 | Control 1 C-Team |
| 1715 | Count/ cleared @1736 |
| | A 106 E 65 I 92 |
| | B 101 F 63' J 86 |
| | C 92 G 45[16] Cells 28 |
| | D 106 Max 16 Total 817 |
| 1716 | Counted A dorm Ofc Sanford |
| 1720 | Counted B dorm Ofc Sanford |
| 1729 | Unit 5034 10-8/ 10-15x1 LSU Shrew Poole/ Atkins |
| 1739 | V. Case off duty w/ 2 Keys |
| 1739 | G. Ladd on duty w/2 Keys |
| 1755 | Chow |
| | A 1755-1810 E 1932-1944 |
| | B 1812-1825 F - 1945 |
| | C 1825-1842 G - 1945 |
| | D 1842-1902 Comp. @ 2000 |
| 1758 | Pill Call |
| | A - 1814-1823 E - 2132-2149 J - 2245-2305 |
| | B - 1825-1830 F - 1832-1857 Max - 1911-1919 |
| | C - 1859-1909 G - 2150-2209 Cells - 1958-2130 |
| | D - 17~~58~~-1814 I - 2202-2245 ~~Total~~ Comp - 2305 |
| 1927 | Code-3 I / Code-4 @ 1932 |
| 1942 | 1x I to medical / Christopher Roche |
| 1959 | 1x I to Cell-14 / Ronald Billiot (Rule-10) |
| ~~200~~ | NC I - 91 Max - 17 |
| 2005 | Count |
| | A - 106 E - 65 I - 91 |
| | B - 101 F - 68 J - 86 |
| | C - 92 G - 45[16] Cells - 28 |
| | D - 106 Max - 17 Total - 817 |
| 2029 | 1x Cell 14 to Bravo |
| | Adrian Cambell B N/C 102 Max N/C 16 |
| 2028 | Count Cleared |
| 2059 | Cell Clean up - c/o Littleton / Comp 2204 |
| 2109 | Cell Showers - Sgt. Jones |

5-5-23

D-Team
D. Bentley - T. Triggs

2109 Showering Cell-1 X2 Refused / Bentley - Triggs
2133 Showering Cell-3
2202 Showering Cell-2 X2 Refused / J. Madison T. Watson
2232 Showering Cell-4 X1 Refused / Aaron Young
2247 1X Cell-3 to E / Darion Bentley
N/C Cells - 27 E - 66
2250 Showering Cell-5 / X2 Refused / T. Wright - J. Brown
2302 Sgt Barlow arrives @ facility
2323 Vehicle Enters parking area white Chevy
Here for Nicholas Matthews freeman @ 0000
2337 1X A to Block / Nicholas Matthews
0000 1X free man / Nicholas Matthews
N/C A 105 fac 816
Released to: Michel Laurent / Stepfather
White Chevy P/U VIN: 1GTGSEFNSN1143738
0010 Round ct
A: 105 E: 66 I: 91
B: 102 F: 64 J: 86
C: 92 G: 554 Cells: 27
D: 106 max: 16 Total: 814
0052 Count clear
105 Cell-6 / Michael Allen - David Barnes Refuse shower
108 Showering Cell-7 Jacody Spann Refuses shower
0134 Showering Cell-9 1X Refuse Demario Joseph
0211 U.S. Corrections Unit 189 Lic# E1 IPZW34
Officer - Michael Love - Driver 10-81 10-15 x 0
0213 1X F to Block / Brandon Golden
0247 US Corrections 10-8 1X / Brandon Golden 10-15
N/C F - 63 fac 815
0405 Unit 33 10-8 to SQ w/30 Tray - Sgt Jones
0419 Cell feed up - Sgt Barlow
0421 Fence Insp. - Lt Whittington Comp 0506
0422 Unit 33 10-81
0430 Laundry Insp - Sgt Barlow Comp. 0435

328

Control 1 C Team

5-6-23

0427 Cell feed up complete

0508 count

A : 105 E : 66 I : 91

B : 102 F : 62 J : 84

C : 72 G : 51 cells : 27

D : 106 max : 16 Total : 815

0521 count clear [illegible signature]

0525 M. [illegible] off duty w/2 Keys

0525 V. Case on duty w/1 Key

Keys

5-22 Kit 14 ctrl 2-2

7-8 med-8 ctrl 3-1

8-9 ctrl 1-2 ctrl 4-0

0534 Chow / comp @ 0745

A 0552-0608 E 0703-0720

B 0646-0703 F 0720-0745

C 0534-0552 G 0720-0745

D 0610-0634

0537 Fence inspection / comp @ 0621

0537 Pill call / comp @ 0930

A 0552-0608 E 0703-0720 J 0839-0854

B 0646-0703 F 0720-0745 ~~cells 0900-0906~~ VC

C 0537-0552 G 0720-0745 max 0906-0910

D 0610-0634 I 0823-0837 cells 0910-0914

0615 Counted A down - Ofc Shrock

0632 Code 3 A down, code 4 @ 0635

0650 1 x of A to cell 4 n/c A104 cells 28

Jahiem Melancon

0651 1 x of A to medical

Ketravios Nelson

0703 Called Ofc Atkins, she's on her way

0735 Counted B down - Ofc T Bordelon

5/6/23 Control 1 C Team

0735 Count/ Cleared @ 0801
A 104 E 66 I 91
B 102 F 62' J 86
C 92 G 36^25 cells 28
D 106 max 16 Total [815]

0749 Unit 5924 10-8 10-15x1 LGH Shrock/Atkins
Ketravios Nelson
0750 I dorm to chow / comp @ 0800
0802 J dorm to chow / comp @ 0815
0953 Unit 33 10-8 10-15 25 trays SO Ofc J Bordelon
0958 1x°'d cell 4 to major's office
Jamiem Melancon
1023 Unit 33 10-81 w/empties SO Ofc Bordelon
1040 Cell feed up / comp @ 1049
1046 I dorm to chow / comp @ 1056
1053 Chow / comp @ 1244
A 1111-1221 E 1206-1221
B ~~1053-1111~~ 1147-1205 F 1221-1244
C 1053-1111 G 1221-1244
D ~~1227~~ 1127-1147
1056 J dorm to chow / comp @ 1110
1149 Unit 5924 10-81 10-15x1 LGH Shrock/Atkins
Ketravios Nelson
1230 Counted B dorm - Ofc T Bordelon
1234 1x°'d A to cell 1 n/c [A103] [Cells 29]
Ketravios Nelson
1241 Counted A dorm Ofc J Bordelon
1241 Counted / cleared @ 1252
A 103 E 66 I 91
B 102 F 62' J 86
C 92 G 44^17 Cells 29
D 106 max 16 Total [815]
1252 G dorm to yard / comp @ 1512
1539 Unit 33 10-8 30 trays S.O Sgt Robinson

5/6/23 Control 1 C Team

1618 Cell feed up / comp @ 1632
1618 I down to chow / comp @ 1627
1627 J down to chow / comp @ 1638
1705 Count / cleared @ 1719

| | | |
|---|---|---|
| A 103 | E 66 | I 91 |
| B 102 | F 63 | J 86 |
| C 92 | G 47 14 | Cells 29 |
| D 106 | Max 16 | Total 815 |

1715 Counted A down Ofc Jones
1715 Counted B down
1719 V. Case off duty w/ 2 key
1719 M. Ladd on duty w/2 Keys
1740 Chow

| | |
|---|---|
| A 1802-1822 | E 1922 1943 |
| B 1849-1907 | F 1945 2003 |
| C 1740-1758 | G 1945 2003 |
| D 1824-1848 | Comp @ 2003 |

1801 1X A to Block / Roderick Jordan
1807 EBR Unit 4434 10-81 10-15X0
1811 EBR unit 10-8 10-15 X1 / Roderick Jordan
N/C A 102 fac 814
2008 Count

| | | |
|---|---|---|
| A: 102 | E: 66 | I: 91 |
| B: 102 | F: 63 | J: 86 |
| C: 92 | G: 45 | cells: 29 |
| D: 105 | max: 16 | total: 814 |

2024 Count clear
2100 Cell Cleanup c/o Sanford comp: 2203
2119 Cell Showers - Max Sgt - Jones
2125 All call

| | | |
|---|---|---|
| A 2343 | D | G 2140 Cells 2204 |
| B 2345 | E 0003 | I-2140 |
| C 2214 | F 0011 | J-2125 |

5/26/23
D-Team

2148 1X A to Cell-14 / Gregory Godfrey
N/C A - 101 Max - 17
2220 Code-3 D
2224 1X D to med / ~~Terrence~~ Terrence Ransom
2229 1X D to Block / Darius Mosby
2301 1X D to Cell-12 / Rondicious Davis
N/C D - 105 max - 18
2344 1X ~~D~~ to cell-4 / Darius Mosby
N/C D - 104 Cells - 30
2348 Unit 39 10-8 10-15 x1 : Lasalle General
I/m Terence Ransom
0029 1X D to A / Antonio Carpenter
N/C D - 103 A - 102
0033 Count
A: 102 E: 66 I: 91
B: 102 F: 63 J: 86
C: 92 G: 54? cells: 30
D: 102 max: 18 Total: 814
0058 Count clear
0151 Interlock clean up - sgt Jones
0220 Interlock clean up complete
0255 CPSO unit 13 Lic# 268889 10-81 10-15 x 2
0256 1X Michael Allen Cell-6 to D
N/C Cell 29 ~~to~~ D - 104
0259 1X Cell-6 to cell-14 / David Barnes
N/C Cells - 28 max - 19
0301 4X Cell-5 to Cell-6 / Drew Luker, David Esbelle
Trevionne wright, Jaylan Brown
- No count change -
0301 CPSO 10-8 10-15 x 0
0306 1X Cell-12 to D / Rondicious Davis
N/C max - 18 D - 105
0322 2X New to Cell-5 / Bradley Rushing, Skylar Evi
N/C Cells - 30 fac. 816

5-7-23 D-Team Hall Dept Hall

0326 J'pd 10-81 10-15 x 1 262675
0333 J'pd 10-8 10-15 x 0
0338 1x New to Cell-2 / Jorrvan Ben
N/C Cells-[31] fac-[817]
4/B 0300 Fence Insp - Lt. Whittington comp 10334
0357 1x Cell-14 to A / Gregory Godfrey
N/C Max-[17] A-[103]
0359 Unit 33 10-8 SO w/30 Trays
0415 Unit 33 10-81
0415 cell feed up - Barlow comp @ 0430
0433 1x D count to cell count cell-4 / Terrence Ransom
N/C D-[104] Cells-[32]
0440 Unit 39 10-81 10-~~85~~ x 1 / Terrence Ransom
0458 ~~to cell-2~~ I-Dorm to chow
0508 J-Dorm to chow
0512 Count
A: 103 E: 64 I: 91
B: 102 F: 62 J: 86
C: 92 G: 51 cells: ~~[817]~~ 32
D: 104 max: 17 Total: 817
0530 count clear
0534 [signature] off duty w/2 Keys
0535 V. Case on duty w/ 2 Keys
0540 Chow / Cleared @ 0744
A 0558-0620 E 0702-0721
B 0641-0701 F 0721-0744
C 0540-0558 G 0721-0744
D 0620-0641
0546 Fence inspection / comp @ 0621
Keys
5-22 Kit-14 ctr 12-2
7-8 med-8 ctr 13-1
8-9 ctr 11-2 ctr 14-0
0709 Counted A dorm - Ofc Shrock

5/7/23 Control 1 C-Team

0711 Counted B dorm - Ofc Schrock
0711 Count / cleared @ 0804

A 103 E 66 I 91
B 102 F 62 J 86
C 92 G 41 20 Cells 32
D 104 Max 17 Total 817

0835 Pill call / comp @ 1145

A 1125-1145 E 0949-1020 Cells 1100-1105
B 1025-1035 F 0920-0944 I 0840-0851
C 1105-1125 G 0857-0915 J 0835-0840
D 1010-1100 Max 0915-0920

0925 1 x o/ef A to D n/c A102 / D105
Antonio Carpenter
1003 Unit 33 10-8 10-15 29 trays SO. Ofc Robinson
1018 Unit 33 10-81 w/empties SO Ofc Robinson
1031 Cell feed up / comp @ 1043
1053 I dorm to chow / comp @ 1101
1101 J dorm to chow / comp @ 1110
1105 Chow / comp @ 1317

A 1125-1145 E 1207-1232
B 1232- F 1253-1317
C 1105-1125 G 1253-1317
D 1145-1207

1219 Code 3 medical E dorm
1325 Counted A dorm - Sgt Robinson
1328 Counted B dorm - Sgt Robinson
1328 Count / cleared @ 1337

A 102 E 65 I 91
B 102 F 63 J 86
C 92 G 43 18 Cells 32
D 105 Max 17 Total 817

1340 Lic 280439 10-81 1015X1 Cat Par. Ofc Paul Jackson
William Poole n/c Fac 818
1349 Lic 280439 10-8 1015X0 CPSO Ofc Jackson

Control-1 C-Team

5/7/23

1439 1x o/f E to cell 13 n/c | E 65 | | Max 18 |
Derrick Rose
1442 1x o/f E to cell 9 n/c | E 64 | | cells 34 |
Horace Toppins
1457 1x new into cell 5
Ernest William Poole
1503 Ofc Sanford called in (mom sick)
Won't be into work
1545 1x o/f J to cell 14 n/c | J 84 | | Max 20 |
Jaquese Colten
Sindarreon Fox
1548 Unit 33 10-8 30 trays SO Ofc Schrock
1602 Unit 33 10-81 w/empties SO Ofc Schrock
1647 I dorm to chow / comp @ 1655
1647 Cells food up
1655 J dorm to chow / comp @ 1707
1710 Count / cleared @ 1727
A 102 E 64 I 91
B 102 F 63 J 84
C 92 G 49 12 cells 34
D 105 Max 20 Total | 818 |
1721 Ofc Cooper counted A dorm
1721 Sgt Barlow counted B dorm
1728 V. Case off duty w/ 1 key
1728 M. Gold on duty w/ 2 keys
1751 Chow
A 1804 E-1942
B 1859 F-2000
C 1251 G-2000
D 1831 Comp: 2021
1757 1x C to E / Marquel Jones
N/C C | 91 | E | 65 |
1809 1x C to Block / Skylar Williams
1929 1x Cell-9 to A / Jordan Pough →

335

5-7-23 D-Team

1919 N/c Cells 33 A-103
1949 1x I to E / Andre Henry
N/c I-90 E-66
1954 1x Cell-8 to E / Shawnee Smith
N/c Cells-32 E-67
2022 Count
A 103 E: 67 I: 90
B: 102 F: 63 J: 84
C: 91 G: 465 cells 32
D: 105 Max: 20 Total: 818
2043 Count clear
2119 1x J to E / Devachez Martin
N/c J-83 F-64
5/8 2110 Pill call
A ~~2211~~ 2219 E 2252 J: 2224
B 2246 F 2258 Cells: 2152
C 2211 G: 2146
D 2228 I-2110 Comp: 2311
2205 Cell clean up - Jones Comp: 2316
0026 Max showers start cell-13
0128 Count
A: 103 E: 67 I: 90
B: 102 F: 64 J: 83
C: 91 G: 538 Cells: 32
D: 105 Max: 20 Total: 818
0144 Count clear
0131 Fence Insp - Lt Whittington Comp: 0150
0210 Cont. Max showers
Cell-14/J. Colon, R. Billiot, D. Barnes
Refused showers
0230 Cell-15 showers - Ashton Basco - Refused
0317 Max showers complete