pg 2

# Initial Incident Report

*Page 1 of 1*

LASALLE CORRECTIONS

## Nature of Incident

| Critical Incident Reported | | Reported by: (Name/Title) | Facility |
|---|---|---|---|
| Date | Time | | |
| 10-10-2020 | 20:36 p.m. | Sergeant Reuben Fletcher | MPM |

Nature of Incident- Use the Incident Number and Name from Chart 1 of Policy LSC 2.15 Note: If Incident involves UOF, list both Incident Numbers (ex- 2.2 Use of Force, 2-8 Physical Inmate Confrontations)

Death 1-1

Short Synopsis of What Occurred *(List officers and inmates involved, date, time and what occurred)*

On Saturday, October 10, 2020 at around 20:36 p.m., I, Sgt. Reuben Fletcher was called over the radio by c/o Kayla Lewis to MCC Dorm C. I, Sgt. Reuben Fletcher entered Control 1 to access the incident in the dorm. I, Sgt. Reuben Fletcher along with c/o Esco Tillman escorted inmate Connie Brown #605053 out of the dormitory because he was bleeding from his chest because he had been stabbed.

Injuries *(List any injuries or state "none")*

One single stab wound to the chest area

| Priority Level | Person who Determined Incident Level | CI Report Number Format [YearMonthDate (hyphen) Unit three letter character abbreviation, sequential number for month] (last 2 sequential digits begin at 01 each month) | CI201010 - [illegible]30 |
|---|---|---|---|
| ☑ 1 ☐ 2 ☐ 3 | Sergeant Reuben Fletcher | | *CIYYMMDD - XXX00* |

**Telephone Notifications Made by Supervisor or Designee**

**Name of Individual making notifications listed below:**

| Notification | Name of Person Notified | Time | Date | Notified By |
|---|---|---|---|---|
| Warden:/Jail Admin. | Arthur Anderson | 9:20 p.m. | 10-10-2020 | Sergeant Reuben Fletcher |
| Assistant Warden | Chris Stenson | 9:20 p.m. | 10-10-2020 | Sergeant Reuben Fletcher |
| Chief of Security | Major Steven Chase | 9:20 p.m. | 10-10-2020 | Sergeant Reuben Fletcher |
| Local Law Enforcement | Madison Parish Sheriff's Department | 9:23 p.m. | 10-10-2020 | Sergeant Reuben Fletcher |

| Jurisdictional Notifications *(List all jurisdictions of inmates involved)* | Time | Date | Notified By |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| List Jurisdictions Requesting Report | Time | Date | Sent By |
|---|---|---|---|
| | | | |

**Initial Verbal Notification to the Director of Operations**

| Name of Person Notified | Time | Date | Notified By |
|---|---|---|---|
| James McCormick | | 10-10-2020 | Warden Arthur Anderson |

**Initial Person Reporting**

| Signature of Reporting Person | Title | Date | Facility |
|---|---|---|---|
| | Sergeant | 10-10-2020 | MPM |

Form 2.15-1 (06-2020)

pg 12

**WITNESS DOCUMENTATION**
*Page 1 of 2*

LASALLE CORRECTIONS

| Facility | Date | Time | Incident Report Number |
|---|---|---|---|
| MPM | 10-10-20 | 8:36 pm | CI 201010-MPM30 |

**The Employee or/ Inmate will complete the following, using as much detail as possible, list all actions you took and all actions you witnessed during the Incident. This is a detailed report of the Incident and not a short Synopsis. If additional pages are needed to complete your statement, use form 2.15-4 Continuation Page.**

**WITNESS STATEMENT**

| Print Name | Date of Report | Time or Report |
|---|---|---|
| DeQuincy Jones | | |
| **Rank/Title OR Inmate Number Custody** *(Do Not Use Social Security Numbers)* | **Location Where Incident Occurred** | |
| 708477 | | |

I was sitting on my bunk when 2 inmates have an altercation. that's when I see Connie Brown bleeding from the chest area. I tell my partner to go up front. In that's when I got hit. In the CO put us on the hall in that's when Connie Brown died we was on the hall for over in hour before the Call the ambulanee. In later Connie Brown died.

Form 2.15-3 (06-2020

pg 14

**WITNESS DOCUMENTATION**
*Page 1 of 2*

LASALLE CORRECTIONS

| Facility | Date | Time | Incident Report Number |
|---|---|---|---|
| MPM | 10-10-20 | 8:36 pm | CI 201010-MPM30 |

**The Employee or/ Inmate will complete the following,** using as much detail as possible, list all actions you took and all actions you witnessed during the Incident. This is a detailed report of the Incident and not a short Synopsis. If additional pages are needed to complete your statement, use form 2.15-4 Continuation Page.

**WITNESS STATEMENT**

| Print Name | Date of Report | Time or Report |
|---|---|---|
| Deshun deick Dawson | | |

| Rank/Title OR Inmate Number Custody *(Do Not Use Social Security Numbers)* | Location Where Incident Occurred |
|---|---|
| | |

please get wit homicide detective

Connie Brown stayed on the hall over 1½ hours before help came and he couldn't made it. Kept asking for help

Form 2.15-3 (06-2020

**INJURY REPORT - Employee/Inmate**

*Page 2 of 3*

LASALLE CORRECTIONS

pg. 23

I/M Dawson

**Incident Report Number** CI201010-MDM30

**ACKNOWLEDGEMENT**

| I Acknowledge I Administered the Medical Examination | | I Acknowledge I Administered Medical Treatment | |
|---|---|---|---|
| Signature | Date | Signature | Date |
| [signature] | 10-11-20 | [signature] | 10-11-20 |
| I Acknowledge I was Examined by Medical Staff | | Because treatment was due to injuries received during this Incident, a copy of this Injury Report has been forwarded to the Safety Officer/or HR Dept. | |
| Signature | Date | Signature | Date |
| X | | | |

Form 2.15-5-(06-2020)

**INJURY REPORT - Employee/Inmate**
*Page 2 of 3*

LASALLE CORRECTIONS

pg. 26

I/M Jones

Incident Report Number CI201010-UDM 30

| ACKNOWLEDGEMENT | | | |
|---|---|---|---|
| I Acknowledge I Administered the Medical Examination | | I Acknowledge I Administered Medical Treatment | |
| Signature | Date | Signature | Date |
| K Ermon | 10-11-20 | K Ermon | 10-11-20 |
| I Acknowledge I was Examined by Medical Staff | | Because treatment was due to injuries received during this Incident, a copy of this Injury Report has been forwarded to the Safety Officer/or HR Dept. | |
| Signature | Date | Signature | Date |
| X | | | |

Form 2.15-5-(06-2020)

pg 2

# Initial Incident Report

*Page 1 of 1*

LASALLE CORRECTIONS

## Nature of Incident

| Critical Incident Reported | | Reported by: (Name/Title) | Facility |
|---|---|---|---|
| Date | Time | | |
| 10-10-2020 | 20:36 p.m. | Sergeant Reuben Fletcher | MPM |

Nature of Incident- Use the Incident Number and Name from Chart 1 of Policy LSC 2.15 Note: If Incident involves UOF, list both Incident Numbers (ex- 2.2 Use of Force, 2-8 Physical Inmate Confrontations)

Death 1-1

Short Synopsis of What Occurred *(List officers and inmates involved, date, time and what occurred)*

On Saturday, October 10, 2020 at around 20:36 p.m., I, Sgt. Reuben Fletcher was called over the radio by c/o Kayla Lewis to MCC Dorm C. I, Sgt. Reuben Fletcher entered Control 1 to access the incident in the dorm. I, Sgt. Reuben Fletcher along with c/o Esco Tillman escorted inmate Connie Brown #605053 out of the dormitory because he was bleeding from his chest because he had been stabbed.

Injuries *(List any injuries or state "none")*

One single stab wound to the chest area

| Priority Level | Person who Determined Incident Level | CI Report Number Format [YearMonthDate (hyphen) Unit three letter character abbreviation, sequential number for month] (last 2 sequential digits begin at 01 each month) | CI201010 - MPM30<br>*CIYYMMDD - XXX00* |
|---|---|---|---|
| ☑ 1<br>☐ 2<br>☐ 3 | Sergeant Reuben Fletcher | | |

**Telephone Notifications Made by Supervisor or Designee**

**Name of Individual making notifications listed below:**

| Notification | Name of Person Notified | Time | Date | Notified By |
|---|---|---|---|---|
| Warden:/Jail Admin. | Arthur Anderson | 9:20 p.m. | 10-10-2020 | Sergeant Reuben Fletcher |
| Assistant Warden | Chris Stenson | 9:20 p.m. | 10-10-2020 | Sergeant Reuben Fletcher |
| Chief of Security | Major Steven Chase | 9:20 p.m. | 10-10-2020 | Sergeant Reuben Fletcher |
| Local Law Enforcement | Madison Parish Sheriff's Department | 9:23 p.m. | 10-10-2020 | Sergeant Reuben Fletcher |

| Jurisdictional Notifications *(List all Jurisdictions of inmates involved)* | Time | Date | Notified By |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| List Jurisdictions Requesting Report | Time | Date | Sent By |
|---|---|---|---|
| | | | |

| Initial Verbal Notification to the Director of Operations<br>Name of Person Notified | Time | Date | Notified By |
|---|---|---|---|
| James McCormick | | 10-10-2020 | Warden Arthur Anderson |

| Initial Person Reporting<br>Signature of Reporting Person | Title | Date | Facility |
|---|---|---|---|
| X | Sergeant | 10-10-2020 | MPM |

Form 2.15-1 (06-2020)

pg. 10

## WITNESS DOCUMENTATION

*Page 1 of 2*

LASALLE
CORRECTIONS

| Facility | Date | Time | Incident Report Number |
|---|---|---|---|
| MPM | 10-10-2020 | 836 pm | C#201010-MPM 30 |

The Employee or/ Inmate will complete the following, using as much detail as possible, list all actions you took and all actions you witnessed during the Incident. This is a detailed report of the Incident and not a short Synopsis. If additional pages are needed to complete your statement, use form 2.15-4 Continuation Page.

**WITNESS STATEMENT**

| Print Name | Date of Report | Time or Report |
|---|---|---|
| Fredrick Fletcher | 10-10-2020 | 8:36 PM |
| **Rank/Title OR Inmate Number Custody** *(Do Not Use Social Security Numbers)* | **Location Where Incident Occurred** | |
| | | |

On 10-10-2020 I LT Fredrick Fletcher Recived A call from Sgt R. Fletcher to 10-19 to Building-4-C-Dorm When I Enter Sgt Fletcher And C/O Tillman was Escorted offender Connie Brown out of C-Dorm And He was Bleeding from His chest He had been stabbed at this time I told C/O Lewis to call Nurse Kyle. And I Notified Capt John Murray Warden Chris Stinson And Major Steven Chase of the Incident.

AT: 840 Nurse Kyle was called
AT: 906 Capt. John Murray was Notified
AT 916 911 was called
AT 920 Major Steven chase was Notified
AT 923 Madison Parish Sheriff Dept was Notified
AT 950 Detectve Bub Rash on site for Investigation
AT 930 offender Connie Brown Pronouced Dead by Dr. Tommy Neuman
AT 11:15 Madison Parish Detectives Arrested offender Jonathan Price #718506

pg 12

# WITNESS DOCUMENTATION

*Page 1 of 2*

LASALLE CORRECTIONS

| Facility | Date | Time | Incident Report Number |
|---|---|---|---|
| MPM | 10-10-20 | 8:36 pm | CI 201010-MPM30 |

The Employee or/ Inmate will complete the following, using as much detail as possible, list all actions you took and all actions you witnessed during the Incident. This is a detailed report of the Incident and not a short Synopsis. If additional pages are needed to complete your statement, use form 2.15-4 Continuation Page.

**WITNESS STATEMENT**

| Print Name | Date of Report | Time or Report |
|---|---|---|
| DeQuincy Jones | | |

| Rank/Title OR Inmate Number Custody *(Do Not Use Social Security Numbers)* | Location Where Incident Occurred |
|---|---|
| 708477 | |

I was sitting on my bunk when 2 inmates have an altercation. that's when I see Connie Brown bleeding from the chest area. I tell my partner to go up front. In that's when I got hit. In the CO put us on the hall in that's when Connie Brown died we was on the hall for over in hour before the Call the ambulance. In later Connie Brown died.

Form 2.15-3 (06-2020

pg 13

**WITNESS DOCUMENTATION**

*Page 2 of 2*

LASALLE CORRECTIONS

**Incident Report Number** CI 201010-MPM30

*Attach continuation page(s) if needed, using form 2.15-4 Continuation Page* ☐ **Number Continuation Pages Used**

**ACKNOWLEDGEMENT**

To the best of my knowledge, the information submitted is complete and accurate.

| Signature | Date |
| --- | --- |
| X Dequincy Jones | |

1914

**WITNESS DOCUMENTATION**
*Page 1 of 2*

LASALLE CORRECTIONS

| Facility | Date | Time | Incident Report Number |
|---|---|---|---|
| MPM | 10-10-20 | 8:56 pm | CI 201010-MPM30 |

The Employee or/ Inmate will complete the following, using as much detail as possible, list all actions you took and all actions you witnessed during the Incident. This is a detailed report of the Incident and not a short Synopsis. If additional pages are needed to complete your statement, use form 2.15-4 Continuation Page.

**WITNESS STATEMENT**

| Print Name | Date of Report | Time or Report |
|---|---|---|
| Deshun derick Dawson | 10-10-20 | 8:40 pm |
| **Rank/Title OR Inmate Number Custody** (Do Not Use Social Security Numbers): | **Location Where Incident Occurred** | |
| | MCC C-Dorm | |

Please get wit homicide detective

Connie Brown stayed on the hall over 1½ hours before help came and he couldn't make it. Kept asking for help

Form 2.15-3 (06-2020)

pg 21

**WITNESS DOCUMENTATION**
*Page 2 of 2*

LASALLE
CORRECTIONS

C/O Kayla Lewis

Incident Report Number CI201010-UAM30

*Attach continuation page(s) if needed, using form 2.15-4 Continuation Page* ☐ Number Continuation Pages Used

**ACKNOWLEDGEMENT**

To the best of my knowledge, the information submitted is complete and accurate.

| Signature | Date |
| --- | --- |
| | 10-11-2020 |