451 000001

#400-522315

# COOPERATIVE ENDEAVOR AGREEMENT

## BETWEEN THE

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS

## AND THE

## CATAHOULA PARISH LAW ENFORCEMENT DISTRICT

**THIS COOPERATIVE ENDEAVOR AGREEMENT**, made this 16th day of July, 1997, by and between the **CATAHOULA PARISH LAW ENFORCEMENT DISTRICT**, (hereinafter referred to as the "District"), represented by Ronnie Book, Sheriff and Chief Executive Officer of the District; and the **STATE OF LOUISIANA, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**, (hereinafter referred to as the "Department"), represented by Richard L. Stalder, Secretary.

**WHEREAS**, Article VII, Section 14(c) of the Constitution of the State of Louisiana states "For a public purpose, the state and its political subdivisions or political corporations may engage in cooperative endeavors with each other, with the United States or its agencies, or with any public or private association, corporation or individual"; and

**WHEREAS**, the Department desires to enter into partnerships with units of local governments to provide housing for state inmates; and

**WHEREAS**, as a result thereof, the Department is requesting the District to provide to the Department bed space for the mutual benefit of the parties; and

**WHEREAS**, the parties hereto recognize and acknowledge that the District will operate a new jail facility (the "Jail Facility"), located in the Parish of Catahoula, Louisiana, with an estimated capacity of three hundred fifty (350), and the District agrees to provide the additional bed space to the Department for housing inmates pursuant to this Agreement; and

**WHEREAS**, in consideration of the Department contracting to house inmates at a minimum of forty percent (40%) of the capacity of the Jail Facility, the District agrees to operate and maintain the Jail Facility, or cause the Jail Facility to be operated and maintained, in accordance with the "Basic Jail Guidelines" dated May 25, 1994 or to enter into candidate status for American Correctional Association accreditation utilizing Standards for Adult Local Detention Facilities, 3rd Edition, within six (6) months after the term of this Agreement begins and receive such accreditation within eighteen (18) months of the aforementioned date.

**NOW, THEREFORE**, the Department and the District hereby enter into a Cooperative Endeavor Agreement for the public purpose of housing inmates that have been sentenced to the Department in the Jail Facility under the terms and conditions of this Agreement for the mutual benefit of the parties.

This Agreement shall be subject to the following terms and conditions:

1. The term of this Agreement shall commence ten (10) days after completion and occupancy of the Jail Facility, and terminate twenty (20) years after said beginning date.

2. During the term of this Agreement, the District, through its Sheriff and Chief Executive Officer, hereby agrees to provide housing for inmates, and the Department agrees to maintain at all times a population of not less than forty percent (40%) of the Jail Facility's capacity, which is currently estimated to be three hundred fifty (350). The District, at its discretion, may waive the requirement that the Department house a minimum of 40% of the Consent Decree capacity. The Department's obligation to provide a minimum of 40% of the capacity shall be completed within ninety (90) days of the commencement date of this Agreement.

#400-522315

3. Except for the provisions of Sections 4. and 5. hereof, this Agreement shall not be cancelled or terminated and the obligations of the Department to house inmates at the Jail Facility shall not be negated or diminished.

4. For and in consideration of the District housing Department inmates in the Jail Facility as provided in this Agreement, the Department agrees to pay to the District the sums set forth in La. R.S. 15:824(B)(1), which may be amended, subject to legislative appropriation. In the event the State of Louisiana fails to appropriate sufficient moneys for the Department to pay all of its obligations under this Agreement for any fiscal year, the term of this Agreement shall, at the option of the District or the Department, expire effective as of the last day of the fiscal year for which sufficient funds for such purpose were appropriated. This Agreement shall remain in full force and effect for succeeding fiscal years notwithstanding any nonappropriation for any prior fiscal year unless this Agreement is terminated by the District or the Department in accordance with the second sentence of this Section 4. The Department agrees to make an annual good faith effort to have appropriated funds sufficient to pay all amounts due under this Agreement for each fiscal year and this Agreement is only executory to the extent that funds are so appropriated. In the event sufficient funds to pay all obligations of the Department hereunder during any fiscal year are not so appropriated, such inability shall not constitute a default under this Agreement. If the funds appropriated in any such legislation are not at least equal to the amounts specified above, or if no funds are appropriated, the Department shall notify the District as soon as possible.

5. The District shall operate and maintain the Jail Facility in accordance with the "Basic Jail Guidelines" dated May 25, 1994 or enter into candidate status for American Correctional Association accreditation utilizing Standards for Adult Local Detention Facilities, 3rd Edition within six (6) months after the term of this Agreement begins and receive such accreditation within eighteen (18) months of the aforementioned date.

If, in the determination of the Department, the District fails to fulfill in a timely and proper manner its obligations to operate and maintain the Jail Facility in accordance with the aforementioned guidelines, the Department shall have the right to terminate this contract by giving written notice sent by certified mail (return receipt requested) to the District of such termination and specifying the effective date thereof, at least one hundred twenty (120) days before the effective date of such termination.

6. The Department recognizes that the District may assign its rights, title and interest in and to this Agreement and any revenues payable by the Department under this Agreement as security for any indebtedness incurred by the District and the Department hereby consents to and approves such assignment.

7. In the event that for whatever reason the District cannot or elects not to construct the prison facility, herein set forth, and shall notify the Department of its decision, then this Agreement shall immediately terminate and neither party shall be obligated to the other in any manner whatsoever under this Agreement.

The District grants to the State of Louisiana, through the Office of the Legislative Auditor, Department of Public Safety and Corrections, Inspector General's Office, Federal Government and/or other such designated body the right to inspect and review all books and records pertaining to the services rendered under this contract. The District is expected to comply with federal and/or state laws requiring an audit of the Jail Facility's operation as a whole or of specific program activities. The District agrees to comply with all public bid laws which may be applicable to the operation and maintenance of the Jail Facility.

# 400-522315

**THUS DONE AND SIGNED,** after due reading of the whole, at Harrisonburg, Parish of Catahoula, Louisiana, this 14 day of July, 1997.

**WITNESSES:**

Cynthia [signature]

George [signature]

**CATAHOULA PARISH LAW ENFORCEMENT DISTRICT**

By: Ronnie Book [signature]
Ronnie Book, Sheriff
P. O. Box 603
Harrisonburg, Louisiana 71340

Federal Tax I.D. #72-6000270
State Tax I.D. #1267707001

**THUS DONE AND SIGNED,** after due reading of the whole, at Baton Rouge, Parish of East Baton Rouge, Louisiana, this 16th day of July, 1997.

**WITNESSES:**

Angela [signature]

Becky Ancoin [signature]

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**

By: [signature]
Richard L. Stalder, Secretary
504 Mayflower Street
Baton Rouge, Louisiana 70802

APPROVED BY:
DIVISION OF ADMINISTRATION

Mark C. Drennen
Commissioner of Administration

APPROVED
DIVISION OF ADMINISTRATION
SEP [illegible] 1997
[signature]
Commissioner