# LOUISIANA DPS&C - BASIC JAIL GUIDELINES CHECKLIST

## PART I - SAFETY

I-C-001 Emergency Plan (MANDATORY)
(reference 7/1/2009 BJG II-002, III-007, ACA CJS 1-1C-01, 1-1C-02, Department Regulation PS-D-3, OP-A-5, OP-B-3, AM-I-4)

There is a written plan, submitted to the Secretary of DPS&C that specifies the procedures to follow in situations that threaten facility security. Such situations include but are not limited to, riots, hunger strikes, disturbances, taking of hostages, and natural or man-made disasters. These plans are made available to all applicable personnel and are reviewed annually and updated as needed. All facility personnel are trained annually in the implementation of the emergency plan.

An evacuation plan is used in the event of a fire or major emergency. The plan is approved by the state fire marshal, reviewed annually, and updated, if necessary.

There are written procedures for significant unusual occurrences or facility emergencies including but not limited to, natural or man-made disasters; major disturbances such as riots, hostage situations, escapes, fires, deaths, serious illness or injury, and assaults or other acts of violence. Such procedures include the reporting of these incidents to the Control Center at Elayn Hunt Correctional Center (EHCC), telephone number (800)842-4399. In addition, the facility shall follow the incident reporting procedures outlined in Department Regulation AM-I-4 "Activity Reports, Unusual Occurrence Reports/Category A, B, and C".

As stated above the following shall be reported immediately, via phone, to EHCC Control Center (800)842-4399:
- Inmate Deaths
- Escapes
- Apprehension
- Assault resulting in life-threatening injury

The following information is required when notifying the EHCC Control Center:

Death
- Reporting official's name, rank, facility, and contact number
- Inmate's name, DOC#, DOB, Race / Sex
- Date/time of Death
- Cause of Death?
- Was an autopsy ordered?
- Was the family notified?
- Who pronounced the death?
- Will the family claim the body?

Escape
- Reporting official's name, rank, facility, and contact number
- Escapee's name, DOC#, DOB, Race / Sex
- Time / Date of Escape
- Where did the escape happen? Facility or Job
- How did the inmate escape? Walk off, get in a car, and swim?
- When was the last time the inmate was physically seen and by whom
- Clothing/description of the inmate

Apprehension
- Reporting official's name, rank, facility, and contact number
- Escapee's name, DOC#, DOB, Race / Sex
- Time / Date / Location of Apprehension
- How was the inmate apprehended? Self, local law enforcement, etc.?
- Where is the inmate being held?
- Are there any other pending criminal charges other than the escape?

*<u>Comment:</u> Emergency plans must not only address emergency situations/ disturbances within the facility, but must also address natural disasters (flood, hurricane, tornado, etc.) or human-induced disasters (hazardous material spills, infrastructure failure, bio-terrorism, etc.). These emergency plans must be submitted to the Secretary of the DPS&C.*
*<u>Protocol:</u> Written policy and procedure. Emergency plans. Evacuation plan. Facility plans/specifications. Training curriculum. Distribution lists of plans.*
*<u>Documentation:</u> Training records. Facility logs. Documentation of submission of plan. Documentation of annual review. Documentation of staff receipt of the plan.*

| SELF-EVALUATION<br>Facility Personnel | GUIDELINES COMPLIANCE AUDIT<br>Monitoring Committee |
|---|---|
| STAFF SIGNATURE(S): [signature]<br><br>☐ COMPLIANCE (LIST DOCUMENTATION)<br>☐ NON-COMPLIANCE (SEE PLAN OF ACTION)<br>☐ PLAN OF ACTION WAIVER REQUESTED (JUSTIFICATION ATTACHED)<br><br>PREPARE ONE OF THE FOLLOWING, AS APPROPRIATE:<br>1) LIST OF DOCUMENTATION TO SUPPORT COMPLIANCE;<br>2) EXPLAIN NON-APPLICABILITY OF GUIDELINE;<br>3) EXPLAIN PLAN OF ACTION WAIVER REQUEST.<br><br>PRIMARY DOCUMENTATION:<br><br>SECONDARY DOCUMENTATION: | MONITOR SIGNATURE(S): Lt Col [signature]<br><br>DATE OF INSPECTION 5/14/24<br><br>☐ COMPLIANCE ACCEPTABLE ☐ PLAN OF ACTION<br>☐ NON-COMPLIANCE UNACCEPTABLE ☐ PLAN OF ACTION<br>☐ NOT APPLICABLE ☐ WAIVER ACCEPTABLE<br>☐ WAIVER UNACCEPTABLE<br><br>LIST DEFICIENCIES IF GUIDELINE IS NON-COMPLIANCE: |

LOUISIANA DPS & CORRECTIONS BASIC JAIL GUIDELINES CHECKLIST

PART I - SAFETY

I-C-001 Emergency Plan
(reference 7/1/2009 BJG II-002, III-007, ACA CJS 1-1C-01, 1-1C-02, Department Regulation A-04-002/PS-D-3, C-02-001/OP-A-5, C-02-010/OP-B-3, C-05-001/AM-I-4)

There is a written plan, submitted to the Secretary of DPS&C, that specify the procedures to be followed in situations that threaten facility security. Such situations include but are not limited to riots, hunger strikes, disturbances, taking of hostages, and natural or man-made disasters. These plans are made available to all applicable personnel and are reviewed annually and updated, as needed. All facility personnel are trained annually in the implementation of the emergency plan.

An evacuation plan is used in the event of fire or major emergency. The plan is approved by the State Fire Marshal, reviewed annually, and updated, if necessary.

There are written procedures for significant unusual occurrences or facility emergencies including but not limited to natural or man-made disasters; major disturbances such as riots, hostage situations, escapes, fires, deaths, serious illness or injury and assaults or other acts of violence. Such procedures include the reporting of these incidents to the DPS&C, Office of Adult Services, telephone number 800-803-8748 during normal business hours or the control center at Elayn Hunt Correctional Center, telephone number 800-842-4399 after hours, when they involve DPS&C offenders. In addition, the facility shall follow the incident reporting procedures as outlined in Department Regulation C-05-001/AM-I-4, "Activity Reports, Unusual Occurrence Reports", Category A, B and C.

*Comment: Emergency plans must not only address emergency situations/disturbances within the facility, but must also address natural disasters (flood, hurricane, tornado, etc.) or human-induced disasters (hazardous material spills, infrastructure failure, bio-terrorism, etc.). These emergency plans must be submitted to the Secretary of the DPS&C.*
*Protocol: Written policy and procedure. Emergency plans. Evacuation plan. Facility plans/specifications. Training curriculum. Distribution list for plans.*
*Documentation: Training records. Facility logs. Documentation of submission of plan. Documentation of annual review. Documentation of staff receipt of, and training on the plan.*

| SELF-EVALUATION<br>Facility Personnel | GUIDELINES COMPLIANCE AUDIT<br>Monitoring Committee |
|---|---|
| STAFF SIGNATURE(S): [signature] | MONITOR SIGNATURE(S): [signature]<br>7/21/23<br>DATE OF INSPECTION |
| ☐ COMPLIANCE (LIST DOCUMENTATION)<br>☐ NON-COMPLIANCE (SEE PLAN OF ACTION)<br>☐ PLAN OF ACTION WAIVER REQUESTED (JUSTIFICATION ATTACHED) | ☐ COMPLIANCE ☐ PLAN OF ACTION ACCEPTABLE<br>☐ NON-COMPLIANCE ☐ PLAN OF ACTION UNACCEPTABLE<br>☐ NOT APPLICABLE ☐ WAIVER ACCEPTABLE<br>☐ WAIVER UNACCEPTABLE |
| PREPARE ONE OF THE FOLLOWING, AS APPROPRIATE:<br>1) LIST OF DOCUMENTATION TO SUPPORT COMPLIANCE;<br>2) EXPLAIN NON-APPLICABILITY OF GUIDELINE;<br>3) EXPLAIN PLAN OF ACTION WAIVER REQUEST.<br><br>PRIMARY DOCUMENTATION:<br>P-1 POLICY AND PROCEDURE<br><br>SECONDARY DOCUMENTATION:<br>S-1 APPROVAL OF EMERGENCY PLANS<br>S-2 QUARTERLY FIRE DRILLS / GENERAL EMERGENCY EXAMS<br>S-3 EMERGENCY PLAN TRAINING SIGN IN SHEETS<br>S-4 ON THE JOB TRAINING CHECKLISTS | LIST DEFICIENCIES IF GUIDELINE IS NON-COMPLIANCE: |

# Primary 1

Department of Public Safety & Corrections
State of Louisiana

JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

**TO:** All Sheriff's, and Local Wardens and Administrators

**FROM:** James M. Le Blanc
Secretary

**DATE:** December 23, 2023

**RE:** Basic Jail Guidelines Amendment

To permanently incorporate required pandemic reporting, similar to the processes we put into place via memorandum on June 24, 2021, and to ensure we are better prepared for future pandemic or emergency response operations, the Department of Public Safety and Corrections is amending BJG I-C-001 to read as follows:

**I-C-001 Emergency Preparedness/ Response**

There is a written plan, submitted to the Secretary of DPS&C that specifies the procedures to follow in situations that threaten facility safety and security. Such situations include but are not limited to, riots, hunger strikes, disturbances, taking of hostages, natural or man-made disasters, pandemic viral disease, or an influenza outbreak. These plans are made available to all applicable personnel and are reviewed annually and updated as needed. All facility personnel are trained annually in the implementation of the emergency plan.

There is a written plan, submitted to the Secretary of DPS&C that specifies preparedness, response, and recovery for a pandemic viral disease or an influenza outbreak. During an outbreak, all facilities will be required to attend the DOC facility Incident Command Team weekly meetings, either in person or via video. Reporting requirements may be required during an outbreak to monitor and evaluate the needs of each facility.

An evacuation plan is used in the event of a fire or major emergency. The plan is approved by the state fire marshal, reviewed annually, and updated, if necessary.

There are written procedures for significant unusual occurrences or facility emergencies including but not limited to, natural or man-made disasters; major disturbances such as riots,

hostage situations, escapes, fires, deaths, serious illness or injury, and assaults or other acts of violence. Such procedures include the reporting of these incidents to the Control Center at Elayn Hunt Correctional Center (EHCC), telephone number (800)842-4399. In addition, the facility shall follow the incident reporting procedures outlined in Department Regulation AM-I-4 "Activity Reports, Unusual Occurrence Reports/Category A, B, and C".

As stated above the following shall be reported immediately, via phone, to EHCC Control Center (800)842-4399:

- Inmate Deaths
- Escapes
- Apprehension
- Assault resulting in life-threatening injury

The following information is required when notifying the EHCC Control Center:

Death

- Reporting official's name, rank, facility, and contact number
- Inmate's name, DOC#, DOB, Race / Sex
- Date/time of Death
- Cause of Death?
- Was an autopsy ordered?
- Was the family notified?
- Who pronounced the death?
- Will the family claim the body?

Escape

- Reporting official's name, rank, facility, and contact number
- Escapee's name, DOC#, DOB, Race / Sex
- Time / Date of Escape
- Where did the escape happen? Facility or Job
- How did the inmate escape? Walk off, get in a car, and swim?
- When was the last time the inmate was physically seen and by whom
- Clothing/description of the inmate

Apprehension

- Reporting official's name, rank, facility, and contact number
- Escapee's name, DOC#, DOB, Race / Sex
- Time / Date / Location of Apprehension
- How was the inmate apprehended? Self, local law enforcement, etc.?
- Where is the inmate being held?
- Are there any other pending criminal charges other than the escape?

Thank you for your attention in this matter.

JML/mk

c: Mike Ranatza, Executive Director, Louisiana Sheriffs' Association
Seth Smith, Chief of Operations
Stacye Rodriguez, Chief Nursing Officer
All BJG Team Leaders

| CATAHOULA CORRECTIONAL CENTER<br>Policy and Procedures | Policy Number<br>c01-004 | Pages<br>4 |
|---|---|---|
| Chapter<br>Safety and Emergency Procedures | Related Standards<br>3-4208, 3-4212 | |
| Subject<br>Emergency Plans | | |

## PURPOSE

To provide guidelines for developing and updating emergency plans that provide contingency information in situations such as riots, escapes, hostage incidents, bomb threats, and adverse job actions.

## POLICY

It is the policy of Catahoula Correctional Center to maintain in its facility a complete set of contingency plans that will enable staff to respond effectively to institutional emergencies; to train staff in those plans; and to effectively coordinate them with local law enforcement and emergency service agencies. Emergency Plans are critical to the safe and secure operation of a correctional facility.

## PROCEDURES

This policy will outline the general Content of all plans, and the procedures for maintaining and updating them. Succeeding, separate policies for each of the most common types of emergencies will outline the critical elements to be included in the local emergency plan on that topic. From these elements, a specific plan for the facility will be developed in each area. The Chief of Security is responsible for the overall management of the emergency plan program.

### Emergency Plans

Emergency plans describe the actions required by institutional staff to respond effectively to emergency situations. They typically include information on prevention and detection of possible incidents, initial response to the emergency, notification of officials and other agencies, intelligence gathering and assessment, tactical responses, and follow-up issues. The Chief of Security is responsible for formulation of all emergency plans. Plans covering the following topics will be developed for the facility;

1. Bomb
2. Escape
3. Evacuation

4. Fire
5. Natural disaster

6. Hazardous material Page 2 (cont.)

7. Hostages .
8. A diverse weather
9. Medical emergency
10. Inmate work stoppage
11. Employee job action

**Contents**

Each emergency will contain the following elements, specific to the facility;

Reaction options for staff when they first become aware of the emergency: Central Control will be the first post notified, although in the event of a fire, the use of an alarm system will also be involved. Telephones and radio system will be available to staff.

A section on supervisory notification in the event of an emergency: This should include, as an appendix, the name, title, phone number in the facility and at home, pager, and/or cellular phone number of shift supervisor, the Warden, Assistant Warden, Chief of Security, and other specified in the individual plan.

Chain of command, both for notification and actual command of the facility when all supervisor personnel are not on site: The senior officer on duty will assume **Command** until the arrival of the Warden, who will be the on-site commander for the duration of the crisis.

Establishment of a command post and an alternate command post for administrative staff can direct a response to the emergency: This location will have sufficient radio and telephone access to serve the needs of the command post staff, sufficient space for all tactical planning needs, and will be outside the secure perimeter of the facility.

Emergency staff call-up procedures will be detailed, so that off-duty personnel can be quickly recalled to duty: The call-up list will list off-duty personnel attached to each situation needs.

Timekeeping procedures established early in the crisis: This will be done as soon as possible to account for all staff involved in the emergency response.

Procedures for enhanced supervision of inmates not involved in the emergency: These are not only critical to containment of the crisis to the smallest number of inmates possible, but also are important in terms of humane treatment of uninvolved inmates.

Description of special equipment needs: Depending on the type of emergency, reliance on outside sources of equipment may be involved. Those will be specified, with names and phone numbers, etc.

Description of special communication needs: This will include radios on local fire department and law enforcement frequencies, monitors of weather warnings, etc.

A complete set of emergency plans and relevant plans: These should be kept, along with a complete set of emergency keys, in a secure area outside the inmate access area of the facility.

Procedures for release to the media of relevant news concerning a major emergency or other serious occurrence: The Warden will be the only person authorized to make releases to the news. The local policy also will specify the location of phones, restrooms facilities, and a briefing area for the use of the media.



Coordination with local officials is critical for all emergency plans particularly those that involve possible or actual escape, or fire. Local authorities will have an active role in developing those portions of the emergency plans that implicate their organization. A written agreement shall be developed with local law enforcement agencies covering the degree and type of assistance that will be provided in the event of an escape, riot, or other emergency that has significant public safety implications. Joint drills, tours of the facility, and other familiarization techniques should be used to maintain optimum response capability on the part of local authorities. Plans of the facility, and copies of relevant emergency plans, shall be provided to requesting agencies with a need to know that information, with the assurance that they will be maintained in a secure location and with controlled access. In addition, each plan should include procedures ensuring the following:

1. The facility is totally secured in the aftermath of an emergency.
2. Necessary medical care is provided to staff and inmates.
3. Reprisals are not taken against inmates.
4. Evidence is preserved to facilitate prosecution if indicated (including possible implication of Miranda rights' in inmate interviews.
5. There is a follow-up investigation and report prepared for the Department of Corrections, including as assessment of the effectiveness of the plan and staff response.

## Training

.All employees shall be sufficiently familiar with each plan to put it into operation promptly, the following shall be offered:

1. Initial training at the time of hiring.
2. Refresher training not less than annually.
3. Specialty training for staff with critical roles.
4. Joint or cross-training with community and other government resources upon which the facility shall draw in an emergency.

**Review of Plans**

Employees are required to review emergency plans at least once a year, and are encouraged to do so at any time. Adequate numbers of copies of the plans shall be available in the Warden's office and other designated non-inmate contact areas for employee's review. In addition to the training provided by the facility, new employees at the facility should familiarize themselves with the areas .surrounding the facility so that they can be effectively used if called upon to assist in the apprehension of escapees, or in other emergency plan implementation that involves extra-institutional activity.

**Revision.**

Review and revision of all plans shall be on an annual basis or as circumstances (e.g., new phone numbers or staff changes) indicate; the Warden will certify the annual review of each emergency plan.



[signature] 1-3-24

WARDEN DATE

ANNUAL REVIEW DATE

____________________

| CATAHOULA CORRECTIONAL CENTER<br>Policy and Procedures | Policy Number<br>C-01-003-A | Page (s) 2 |
|---|---|---|
| Chapter<br>Safety and Emergency Procedures | Related Standards<br>3-4210 | |
| Subject<br>Emergency Response Plan for Locked Areas | | |

**PURPOSE**

To describe procedures for the immediate release of inmates in locked areas, e.g. cells, locked rooms and dormitories, in case of emergency and to provide for a backup system.

**POLICY**

It is the policy of Catahoula Correctional Center to have in place an emergency response plan that ensures, to the degree possible, that staff and inmate can safely respond in the event of a fire or emergency in all locked areas.

**PROCEDURE**

A. GENERAL

1. Knowledge of well established procedures for rapid and safe evacuation of locked areas of the facility will be available. The evacuation plan will provide for prompt release from all locked areas; cells, classrooms, dormitory and all adjacent areas. Those procedures will include use of the primary locking system.

2. Staff will begin to evacuate the area if there is any indication that a fire may spread and present a life-threatening situation of staff and inmates. When applicable, the ranking official in the area will notify using individual radios or telephone of the situation before evacuation begins to ensure that adequate staff is available to ensure an appropriate and secure evacuation can be accomplished.

3. Staff shall be aware of the designated safe area where inmates can be moved in the event of an emergency situation requiring evacuation.

B. **TYPES OF PRIMARY SYSTEMS**

1. All areas of the institution have backup keys to be utilized in the event of an emergency. Designated personnel shall be responsible for obtaining backups for immediate evacuation of locked areas.



C. **STAFF RESPONSIBILITY**

1. All staff working in locked areas shall become familiar with the fire and evacuation plan for their respective area(s). Staff is responsible for understanding and practicing the procedures set forth in Policy No. C-02-002, Key Control and Management. Staff shall ensure that evacuation routes are posted in their area and that they are not tampered with, which may distort evacuation procedures.

2. When a situation occurs that would or could result in the evacuation of any specific area, the correctional officer in the area should activate the alert system, and if necessary, activate the fire alarm system to notify supervisors and Central Control of impending situation. Supervisors responding to the alert shall make immediate evaluation of the situation, and, if necessary, notify the Warden or his designee via radio or telephone. The supervisor shall ensure that adequate security personnel are available to assist in evacuation procedures.

3. When evacuation in imminent, staff in affected areas should remain calm and notify the inmates of the evacuation and the proper procedures to be followed to maintain an orderly evacuation. The officer(s) shall open all evacuation exits and direct the inmates to the designated safe areas. The area supervisor shall post officers in specific areas to monitor inmate movement. Officers shall obtain necessary paperwork, e.g. log books and rosters. Once the evacuation has been completed, the supervisor and the officers shall conduct a count to verify all inmates are present. An officer will maintain a count as the inmates exit the unit.

   This procedure, along with the count at the safe area, should verify that all inmates have evacuated the area.

4. The area supervisor shall designate a staff member who shall be responsible for obtaining backup keys to open gates and security doors in the event the keys are not available. This procedure shall be implemented to ensure that all backup keys are available if another route becomes necessary.

5. Each quarter, all areas are to conduct fire drills designed to practice all the above procedures. During all fire drills, officers and inmates are to exercise the proper procedures outlined in the unit evacuation plans posted in their dormitories.

| CATAHOULA CORRECTIONAL CENTER<br>Policy and Procedures | Policy Number c-03-001 | Pages<br>6 |
|---|---|---|
| Chapter<br>Safety and Emergency Procedures | Related Standards<br>3-4208, 3-4213, 3-4212 | |
| Subject<br>Escape and Riot Plans | | |

## PURPOSE

To provide general response procedures and provide an outline for full development of a local escape plan and riot plan that will be utilized by the Catahoula Correctional Center.

## POLICY

It is the policy of Catahoula Correctional Center to maintain security in order to protect the public. This includes preventing escapes through traditional accountability and internal management procedures and being prepared to react to escapes attempts and successful escapes. It is also the policy of the facility to have in place a riot control plan that emphasizes prevention and detection of early signs of impending disturbance, and provides employees with contingency information that can be employed should such a disturbance occur.

## PROCEDURES

## RIOTS

The facility's riot plan is specific in to the design, location, and staffing level of the institution. However, the first element in any riot control plan is prevention of conditions that can lead to widespread inmate disorder. The following management strategies can serve to reduce the tensions and misunderstandings that can lead to a riot:

1. Sound communications between management and line employees regarding operations.
2. Good communication between employees and inmates concerning plans, programs, and procedures.
3. Accessibility and visibility of ranking supervisors, including the Warden, Assistant Warden, and the Chief of Security, in all parts of the facility.

4. Prompt reporting systems that keep supervisors informed of unrest in the facility.
5. Providing constructive activities and recreation programs for inmates.
6. Operating a well-organized classification system that enables inmates to live in relative safety and prevents the emergence of, and assumption of power by, pressure groups, or other disruptive elements.
7. Ensuring fair and impartial treatment of inmates.

## Warning Signs

Tension in a correctional facility can rise as events both inside and outside the facility change. Employees must be constantly aware of the signs of tension, unrest, and significant dissatisfaction that can provide the elements of larger disturbances. Prompt detection and reporting of a negative "climate" within the facility may allow timely changes and avoidance of incidents that lead to riots. Indicators may include the following:

1. Changes in general inmate behavior, perhaps shifting to sullen, restless, or easily excitable behavior.
2. Inmate avoidance of contact with employees.
3. A large increase in the number of inmate complaints.
4. An increase in disciplinary reports or in the number of inmates requesting protective custody.
5. An increase in the number of inmates on sick call.
6. An increase in commissary spending or in the amount of personal property being sent home.

## Other Contributing Factors

In addition to the above signs of unrest or tension, the following underlying issues can contribute to the ferment that can create a disturbance:

1. Racial issues
2. Food service
3. Medical treatment
4. Recreation
5. Visitation
6. Correspondence
7. Sexual pressure
8. Misinformation
9. Reduction of privileges
10. Dissatisfaction with certain employees
11. Inadequate information about new policies and programs

Employees must be continually aware of inmate expressions of discontent in these areas and be prepared to correct justifiable problems and openly explain the reason for provisions of policies and procedures that cannot or will not be changed.

**Response Priorities**

Priorities for employee response in a riot will be, in order: protection of the general public, safety of institutional personnel, safety and welfare of any hostages, inmate welfare, and property destruction.



If or when a riot ensues in any housing unit, the first and foremost procedure is to contain the disturbance to one area and contact Central Control. The shift supervisor or highest ranked officer on duty will immediately lockdown all units including the one affected if possible and immediately notify the Facility Warden of the situation and extent of the disturbance. The Facility Warden arrives at the facility, he will automatically assume the Situation Commander and will direct all activities.

The Warden or his designee will notify the duty officer of the Department of Public Safety and Corrections at (225) 342-6740 and Elayn Hunt Correctional Center at (225) 642-3306 as soon as possible after arrival. The shift supervisor will give to the Warden an assessment of the conditions of the situation and other situations, give an accounting for all personnel assigned to the facility to determine if there are any officers missing, and any information that may useful to the Warden and other law enforcement agencies. The Warden will contact the Catahoula Parish Sheriff's Office at (318) 744-5411 to notify the Sheriff of the situation.

A recall list will be maintained to notify key personnel to the facility, the list shall contain the names and telephone numbers of those individuals that are necessary to quell and bring the facility under control. (See Attachment 1 Call-up List) All non-essential personnel and visitors will be directed to leave the facility and the entrance of the facility will be secured and no one will be allowed to enter, except those whom are authorized by the situation commander and/or law enforcement agencies and emergency personnel. The Warden, Sheriff, and other law enforcement agencies will develop in event of entry and for positive perimeter security.

After the riot has been quelled, the Warden will ensure that any injuries are addressed by medical services for officers and inmates. A formal count will be conducted to ensure all inmates are present and accounted for. Inmates involved in the initiation of the riot shall be identified and placed in segregation pending charges and/or disciplinary procedures. A complete survey, video and/or photographs will be made in an effort to assess the damages sustained from the disturbance. A complete shakedown of the facility and inmates will be conducted to retrieve any and all contraband items.

Post-riot procedures requires a complete investigation of the incident to determine the probable causes of the event conducted by facility staff, Sheriff's Office, other law enforcement agencies, and the Department of Corrections.

**Hostage Situations**

It is the policy of Catahoula Correctional Center to refuse to accord any status to a staff member or other person who is held under duress and refuse to release any inmate who is holding hostages. Staff may negotiate with a hostage-taker as long as there is no threat to the life or wellbeing of the hostage.

No person, regardless of rank, has any authority while held as a hostage in the facility. No inmate will be released while holding, or while holding any person as a hostage for that purpose.

In the event of a separate hostage situation, as opposed to one that occurs in the course of a disturbance, the Central Control office will be notified. The Central Control officer will notify the following supervisory personnel of the existence of a hostage-taking incident:

1. Shift Supervisor
2. Warden
3. Deputy Warden
4. Chief of Security

The Facility Warden will be responsible for reporting the situation to the Catahoula Parish Sheriff's Office at (318) 744-5411 and the Department of Public Safety and Corrections at (225) 3426740 or the Control Center at Elayn Hunt Correctional Center at (225) 642-3306.

An up-to-date list of other persons and law enforcement agencies and their telephone numbers will be maintained to allow immediate notification on the direction of the Warden or Chief of Security. (See Call-up List)

When an inmate or group of inmates takes hostages as a part of an escape plot, the shift supervisor will do the following:

1. Mobilize any forces to close all avenues of escape.
2. Localize the incident to prevent other inmates from becoming involved by locking down all units not involved.
3. Await the arrival of the Warden or Chief of Security, maintain observation of the incident and instruct the Central Control Officer to identify as many inmates involved as possible.
4. Try to open communications with hostage-takers while awaiting arrival of authorities, make no promises and emphasizing that the safety of the hostages is in the inmate's best interest.

Hostage situations, during a riot, incident follows the same basic instructions and officers should not display any hostile behavior that might excite the hostage-takers. Maintain a calm attitude and talk to inmates in an effort to calm their activities.

Each employee upon initial employment will receive a copy of the pace guidelines to explain

their role as a hostage and to the relationship to the hostage-takers.

Escape and Riot Plan c-03-
001

**ESCAPE PLAN**

The Catahoula Correctional Center employees must be constantly alert to prevent escapes. Every facet of the facility plays an important part of escape prevention, such as, a system of security inspections, frequent counts, effective contraband detection, and employee alertness. There are many causes that may make an inmate to attempt escape or escape. These factors are:

1. Changes in behavior
2. Job changes
3. Quarters Change
4. Missing tools or materials
5. Employee lapses or being predictable

In the event of an escape or attempted escape, any unauthorized absence from work details, living quarters, or other locations, notification to the Central Control officer will be called immediately. The shift supervisor will lockdown all dormitories and cells and conduct a roll call count to identify missing inmate. This count must be conducted as quickly as possible due to the amount of time that has expired since reported. Once verified that an inmate(s) has escaped, the shift supervisor will immediately notify the Warden(s) and Chief of Security by telephone, radio, or beeper that an inmate is missing.

While awaiting the arrival of the Warden(s) or Chief of Security, gather as much information as possible concerning the inmate, the following should be done:

1. Inmate' s name
2. DOC number and facility number
3. Charge if known
4. Length of sentence.
5. Age
6. Estimated time of escape
7. Location of escape point
8. Physical description
9. Photograph
10. Collection of remaining property

Officers will be place at significant points around the perimeter of facility and initiate shakedown procedures. If any signs are found by a staff member will make note of findings and mark it for use by the apprehension team, The Warden and the Catahoula Parish Sheriff Department will be the primary apprehension for the facility. Any information gathered or any unusual activity or observation that may be helpful to the apprehension of the inmate will be transmitted to the Warden and the Sheriff's Department.

Escapes occurring under direct observation will be communicated to Central Control officer by telephone or radio that an escape is in progress, giving the point of the escape, what inmate was wearing, the direction travel, whether it was a work detail, dormitory or outside trip. If the Warden, Deputy Warden or the Chief of Security is present notify at once with information as stated above. The Warden will notify the Sheriff, whereas, road deputies can be dispatched to this location to assist in the apprehension procedures. In the event of an escape by vehicle near the highway or parking areas, the officer observing will obtain a description of the vehicle and license and the direction of travel, if possible. The shift will recall all inmates to their respective living quarters and a roll call conducted.

The facility will be secured by the posting of armed officer or deputies to prevent any further incidents. At the earliest convenience, the Warden will notify the duty officer of the Department of Public

Safety and Corrections at (225) 342-6740 or to the Control Center at Elayn Hunt Correctional Center at (225) 642-3306.

All visitors and unnecessary personnel will be required to leave the facility. All vehicles shall be searched to verify that an inmate is not present or is holding anyone hostage to gain escape. The perimeter will be secured and no entrance permitted without authorization.

WARDEN

12-19-24
DATE

ANNUAL REVIEW DATE

______________

# CATAHOULA CORRECTIONAL CENTER

Emergency Procedure Handbook

## ESCAPE PROCEDURES

The staff personnel will constantly be aware of the potential for inmate(s) escape. No matter how secure facility design or security procedures appear, inmates will find ways to break security.

When an escape from the facility occurs, escape procedures be implemented immediately to:

1. Ensure the safety of the community;
2. Apprehend the escape safely;
3. Prevent further escapes.

## PROCEDURE FOR CORRECTIONAL OFFICERS

1. When the Correctional Officer suspects or discoveries that an escape from the facility occurred, he/she will notify the Warden, Deputy Warden, Chief of Security and Captain by Radio of a possible "Signal-E".
2. The Shift Supervisor will carry out a general lockup of all inmates to prevent any further escapes.
3. The Correctional Officers conduct a head count to identify any inmate(s) not present or accounted for.
4. The Correctional Officers will conduct a search of the entire facility in order to:
   a. Confirm that inmates unaccounted for are not within the facility.
   b. Locate and secure the mean of escape.
   c. Ensure that all areas are secure.
5. The Shift Supervisor will order the Control Room personnel to implement a "SignalE". Based upon the results of his/her search of the facility and inmates head count.
6. The Shift Supervisor will give the Warden/Deputy Warden(s)/Chief of Security/Captain the following information:

**CATAHOULA CORRECTIONAL CENTER**

Emergency Procedure Handbook

## ESCAPE PROCEDURES

a. The name(s) of the any inmate(s) unaccounted for;
b. Means of escape, if known;
c. Description of the inmate(s);
d. Any other information that may be useful.

7. The Shift Supervisor will remain within the secure perimeter of the facility and supervise inmates until relieved of his/her post by order of the Warden/Deputy Warden/ Chief of Security and Captain.

## ESCAPE PROCEDURES

1. The Control Room/ Correctional Officer personnel will upon notification or discovery of a possible escape (Signal-E) notify the Shift Supervisor of a possible escape (Red-Alert-Signal-E).
2. The Control Room personnel will notify the Warden/Deputy Warden/Chief of Security/Captain and all personnel of a "possible Signal-E" from the facility.
3. The Control Room personnel verify the location of all inmates using the inmate movement log.
4. The Control Room personnel will carry out the Warden's secretary as well as all other off duty prison personnel as required.
5. The Control Room personnel will monitor all security perimeters closely for the duration of the emergency.
6. The Control Room personnel will communicate orders from the Warden or Designee to personnel in the most direct means available.

## PROCEDURES FOR SHIFT SUPERVISORS

1. The Shift Supervisors will compare the results of the Correctional Officer's head count to be inmates count sheet

## ESCAPE PROCEDURES

and movement log. If this confirms that inmate(s) are not accounted for, he/she will notify all personnel of a "Confirmed Signal-E".

2. The Shift Supervisor will order the Main Control Room to notify the Warden if he is not in the facility, of a "Confirmed Signal-E".
3. The Shift Supervisor will ensure that a search of the Prison Grounds is conducted.
4. The Shift Supervisor will maintain a log of all events for the duration of the emergency until relieved.
5. The Warden or Designee will notify the Catahoula Sheriff's Office and all other local law enforcement agencies of the escape(s) from Catahoula Correctional Center.
6. The Shift Supervisor will be in charge of situation until someone of higher ranks relieves him of responsibility.
7. The Warden, Deputy Warden, Chief of Security and Captain will compile, or have compiled the following information concerning the inmate(s) breaking custody, to assist in their capture.
   a. Inmate(s) name;
   b. Description of inmate(s) (physical/ clothing);
   c. Whether the inmate(s) are considered dangerous;
   d. Inmate(s) direction of travel;
   e. Inmate(s) home address;
   f. Residency and address of inmate's family and known friends.
8. The Sheriff or his designee, if it becomes necessary, prepare and make public announcement using local media to alert the public and to encourage them to report any possible sightings and unusual occurrences.
9. When the inmate breaking custody is apprehended, the Warden will;
   a. Ensure that the inmate(s) are in good physical condition;
   b. Arrange for the secure housing of the inmate(s);

## ESCAPE PROCEDURES

c. Conduct or have conducted a complete investigation of the breaking in custody;

d. Begin steps to prosecute on the inmate(s).

TREVOR MCDONALD, WARDEN

12-19-24
DATE

**SEE SECONDARY 5 SECTION FOR OAS DUTY OFFICER REPORTING FORMS**

| CATAHOULA CORRECTIONAL CENTER<br>Policy and Procedures | Policy Number c03-006 | Page(s)<br>3 |
|---|---|---|
| Chapter<br>Safety and Emergency Procedures | Related Standards 3-4212 | |
| Subject<br>Bomb Plan | | |

**PURPOSE**

To describe general response procedures and provide an outline for full development of a bomb plan that is particularized to the Catahoula Correctional Center.

**POLICY**

It is the policy of Catahoula Correctional Center to provide facility staff with a contingency plan that enables them to respond effectively and safely to bomb threats and actual bomb situations without jeopardizing the safety of the public, employees, or inmates.

**PROCEDURES**

The following supervisory personnel should be prompted of the existence of a suspected bomb or a bomb threat: the Shift Supervisor, the Warden, the Assistant Warden, the Chief of Security, and the Safety Officer. The bomb contingency plan will contain an appendix with the on-and-off duty phone numbers for these individuals.

Notification of Other Authorities

An up-to-date list of the following persons and organization and their current telephone numbers will be maintained to allow immediate notification on the direction of the Warden and Chief of Security: See attachment:

A. Appropriate law enforcement agencies
B. Local fire departments
C. Pre-identified agencies with bomb disposal units or ordinance experts
D. Facility maintenance and medical staff

**Immediate Considerations**

A number of other special considerations come into play when responding to a bomb threat. One of the first things that should be considered in the vulnerability of the facility is physical security will tighten up in areas where any explosive device can be placed. Not only will we reduce the chances of having a bomb brought on the premises but we can also minimize our search efforts.

Employees must control radio traffic that might set off an electrically actuated device. The central control officer will cease all but emergency transmissions and will notify staff with portable radios (by phone or messenger) to cease transmissions until the threat has been resolved. Any device that may be considered as a suspected incendiary or explosion device be left where it is found. Employees are reminded not to pick it up or disturb it in any manner.

**Search Procedures**

A systematic search procedures are to be performed by staff member of the facility. Since there is no definite description of a bomb, staff members should look for something that is unusual to that particular location. Employees have the advantage of monitoring their area on a daily schedule and are more perceptive to things that are out of place. All organized searches should be divided between employees who are familiar with their specific areas.

The Warden shall be the OIC and direct all search efforts. When an area has been search and no suspicious items are found, report the finding to the Warden and standby for another assignment. The types of area to be searched are hallways, restrooms, utility closets, and areas outside the building.

**NOTE:** It is imperative that staff involved in the search be instructed that their mission is only to search for and report suspicious objects. NOT to move, jar or touch the object or anything attached thereto. The removal/disarming of a bomb must be left to professional Bomb Technicians.

The location and a description of the object as can be provided, should be reported to the appropriate warden. This information is relayed immediately to the person in charge of the Central Control who will call sheriff's office, fire department, and/or other agencies. When these agencies arrive, they should be met and escorted to the scene.

**Evacuation Procedures**

The following rule of "moving people, not bombs," the Chief of Security shall set up evacuation procedures to be implemented as soon as the threat becomes eminent. The evacuation of inmates from a secure area will be done only with the approval of the Warden or his designee. It there is reason to believe that the threat is valid or if a suspicious package is discovered in an area housing inmates and there is no time to contact the Warden, the shift supervisor may make the evacuation decision. Evacuation is not an automatic step and will be individually determined in each case. If the threat is valid and there is a need to evacuate the entire facility, the Warden will notify the Secretary of the Department of Corrections at (225) 342-6740 or the• Duty Officer at Elayn Hunt Correctional Center at (225) 642-3306 and to request transportation to facilities proximate locations.

**Telephone Bomb Threats**

A telephoned bomb threat can be real, intended as a diversion for an escape. Employees receiving such call have no way of knowing which circumstances applies. A Telephone bomb threat usually is made quickly, so the person receiving such a call must make every effort to obtain as much information as possible in a short period of time. This information will be reduced to writing as soon as possible to prevent the employee involved from forgetting any pertinent details such as the following:



A. When the caller has communicated the threat, stay calm, do not manifest fear. Make a Note as to the date and time of the day.
B. Keep the caller talking, the more he says the more we can learn.
C. Record every word the caller says.
D. If the caller does not indicate the location of the bomb or time of detonation, ask the caller what time it is to go off and where it is located. If the caller has answered any of the above questions and is still on the line, ask him his name and try to ascertain where he is calling from. Although the caller may not respond, we will never know unless we ask.
E. It may be advisable to inform the caller that the building is occupied and the detonation of a bomb could result in death or serious injury to many innocent people.

F. Listen closely to the voice of the caller and note the following:

1. Sex of Caller
2. Age of Caller
3. Race of Caller
4. Accent (Is voice native to the area)
5. Speech Impediments or Peculiar Voice Characteristics—Drunk, etc.
6. Attitude of Caller—Calm? Excited? Etc.
7. Pay particular attention to any strange or peculiar background noises; such as, street noises, motors running, music, television or radio programs, babies crying. And any other background noise which might give even a remote clue as to the origin of the call.
8. Notify only those persons designated to the plan, do not discuss the call with anyone else unless authorized to do so. Do not leave your post 0! assignment unless instructed to do so by the person in charge.

Once the call is terminated, the employee receiving the call will notify the Warden or the Central Control Officer whereas the shift supervisor be notified in the absence of administrative staff.
If a written bomb threat arrives by mail, that document becomes a very important piece of potential physical evidence. Once the threat is discovered, the item should be handled by as few people as possible and carefully preserved. The notification process will be same as for a telephone threat.

**Reports**

All supervisors involved in the bomb search and staff who discover a suspected device will file complete, accurate reports to the Warden before the end of their shift..

NAME DATE

| | | |
|---|---|---|
| CATAHOULA CORRECTIONAL CENTER<br>Policy and Procedures | Policy Number<br>c-03-011 | Pages<br>13 |
| Chapter<br>Safety and Emergency Procedures | Related Standards<br>3-4208-10, 3-4212 | |
| Subject<br>Man-Made and Natural Disaster Plan | | |

**PURPOSE**

To set forth responsibilities and outline actions to take to protect lives and property of Catahoula Correctional Center during man-made and natural disaster situations.

**POLICY**

A local disaster such as flood, high winds, tornadoes, explosion, earthquakes, utility outage, or radiological or chemical accident, may occur at any time and affect Catahoula Correctional Center.

Being prepared for any emergency is a necessary expedient to the entire population. It is imperative that the staff and inmates be knowledgeable of a plan designed for their safety and protection. It is with this purpose in mind that this emergency preparedness plan is designed. Coordination, flexibility, and a degree of specialization are integral parts of this plan. It should be remembered that this plan is intended to act as a guide, not as a rigid set of procedures to be explicitly followed.

**PROCEDURE**

A. GENERAL

1. Disaster Warning: The source of a potential or imminent disaster will depend on the type of disaster involved and the length of alert time available. The potential sources of disaster warning are numerous. A disaster warning could be received via civil defense alert system, telephone, television, or messenger, for example.

2. <u>Receipt of Disaster Warning:</u> The staff on duty at CCC Central Control who initially receive notification of an impending disaster or an actual disaster will immediately contact the Warden.

3. <u>Responsibility for Coordinating Emergency Actions:</u> The Warden will normally assume responsibility for coordinating any emergency actions. In case of his absence, the Assistant Warden will take charge until the Warden arrives.

4. <u>Disaster Control</u>: All disaster emergency actions will be coordinated with the local Red Cross, Local, and State Police, Department of Corrections and other agencies necessary.

B. MAN-MADE DISASTERS

. 1. **Fire:** The prevention and control of fire is of continuous concern at CCC. All employees and inmates will participate in periodic training and exercise drills. The emergency number for the CCC alert is 3011. The fire escape plans is as follows:

a. Warning System: With few exceptions, all buildings at CCC are equipped with fire alatm systems. In case of a utility outage, a backup manually operated system should be in readiness to warn the occupants of the facility. Radio activation show also be used to notify supervisors. b. Delegation of Duties:

aa. Correctional Officers should lead their group in a single column over the previously assigned route. If 2 staff members are together, one should lead and the other should bring up the rear of the column, making sure that no one is left behind.

bb. Correctional Officers and staff should are that every room not under supervision at the time of a fire is inspected to ensure that everyone has received the warning and are evacuated. If possible, someone in the room at that particular time should see that the windows in the room are closed, and the last person to leave the room should see that the door is closed, not locked.

cc. The dormitory officer should take count of the inmates in the room at that time and upon arrival at the prearranged assembly point, check the roll and see that all inmates are accounted for. A report of any discrepancy in the roll call should be reported immediately to the employee's immediate supervisor. A report should be made to the Warden at earliest convenience.

dd. The correctional officer or staff should have previously appointed door guards to prevent the return into the building by any unauthorized person after the building has been evacuated. These door guards should assume their appointed stations as soon as possible after the alarm is sounded and should see that the door is closed as soon as that exit has been evacuated..

ee. Inmates should leave all of their personnel property behind in their living quarters.

ff. During evacuation of the building it is recommended that there be no talking so that instructions may be easily heard. Lines should move in single file, quietly and quickly to exit previously assigned. Running should never be allowed regardless of the urgency of the situation.

gg. The occupants of each room should exit from the building according to the evacuation plan posted in the room. If the exit is blocked, the alternate route, also posted, should be used.

hh. The Warden should ensure a sufficient number of fire drills are conducted without prior notice at various times. This will enable all the inmates and staff to understand the procedure and the use of exits as well as the sound of the fire alarm system so that the evacuation will become routine and unexciting. Occasionally, the drill should be called at an inopportune time, such as immediately following daytime count or immediately following daytime meal.

ii. Fire extinguishers should be placed in strategic locations as recommended by the local fire chief. This equipment should be routinely inspected by qualified people. Staff members should be instructed in the use of such equipment.

c. Alternative Plan: As an alternate means of escape, all occupants will use an exit that is not blocked. Extreme caution should be exercised if an alternate route must be used.

d. Afterwards: If a building is damaged beyond habitation, inmates will be housed in another building.

2. **Explosion**: In the event of an explosion beyond habitation, inmates will be housed in another building.

a. Request assistance by calling the following local agencies aa. Local Fire Departments bb.

Catahoula Parish Sheriff's Office (3 18-744-5411)

b. Render first aid if necessary,

C. Contact treatment centers for help with transport and treatment.

d. Recall off-duty personnel as needed.

e. Establish security.

f. Have the building or area in question inspected for damage by the necessary agency responding to the emergency.

g. Have utility services inspected for damage. If this condition exists, have that utility service line shut off at the main control source.

h. Evacuate if necessary.

i. Call the coroner if there are any fatalities.

j. Arrange for transportation of fatalities, if needed.

Disaster

k. Identify those injured and any fatalities.

1. Have next-to-kin notified.

m. Prepare a public information/news media release (in accordance with Policy No. AOI008).

n. Afterward: If an explosion has damaged a building such that it is not habitable, inmates and staff will be transferred to another building suitable for the intended purpose.

3. **Nuclear Attack:** If a civil defense alert or attack signal has been sounded and it is determined that shelter should be taken, the following fundamentals should be remembered and followed:

a. Procedure: Unless we are in an immediate blast area, there will be some time available to take shelter.

aa. Staff members should be notified first, if possible. If this not feasible, a general alert should be sounded throughout the facility.

i. By public address.

ii. By use of an alarm system such as the fire alarm system.

iii. An alternate warning system should be in reserve in case of a regular alarm system malfunction.

bb. Inmates and staff should follow instructions as handed down from the Warden or his designee.

b. Relative Information: Other pertinent information relating to this situation can be obtained from local Civil Defense Office.

2. **Hazard Materials:** Louisiana is recognized as one of the nation's top producers of petroleum and chemical products. It is also known as the center of international trade, Because of the transport of these raw and finished products by way of the Mississippi River, Louisiana is under a constant threat. Hazardous materials may be defined as elements, compounds or materials which in their normal operational state, because of the inherent characteristics, pose a threat to the well-being of anyone near them; or have the capability of adversely altering the environment in which they are placed. There is myriad of these substances too numerous to mention specially, but include such substances as:

   (1) explosives, (2) compressed gases, (3) flammable liquids and solids, (4) oxidizing materials, (5) poisonous gases and liquids, (6) irritating materials, (7) etiologic agents, (8) radioactive agents, and (9) corrosive materials.

   Should one of these agents pose an emergency to our institution, it will be the discretion of the Warden or his designee whether or not to evacuate the facility. If the decision to evacuate is made, those procedures listed in the "Evacuation Plan" will be followed. One centralized number in Washington, D.C. is an emergency incident telephone number to be called for information and reporting a hazardous material situation (1-800-424-9300).

c. NATURAL DISASTERS

Natural disasters, for the most part, are associated with severe weather conditions and include such occurrences as tornados, hurricanes, windstorms, floods, ice fonnation, and electrical storms. Another natural disaster not directly attributed to weather is that of an earthquake. In as much as conditions warrant, relevant to locale, emphasis will be accordingly.

1. Hurricanes- This phenomenon represents an occurrence that is of some concern at CCC because its geographic location in the state. It is probable that a hurricane could travel inland with some force. However, by product of hurricanes (tornados, windstorms, heavy rains, etc.) are of greater concern and consequence to CCC.

   The National Weather Service is charged with issuing approaching weather advisories.
   Two types of advisories are issued depending upon the degree of certainty that a storm will strike an area. They are as follows:

   a. Hurricane Watch — This advisory indicate that an approaching hurricane may threaten an area in 24 hours. It serves as a first alert for emergency forces and the general public. Normal activities will continue until advised otherwise by weather service media.

   b. Hurricane Warning — This advisory indicates that a hurricane is expected to strike an area within 24 hours. It gives an assessment of flood danger in coastal and inland areas, . craft warning, gale winds, storm effects, and recommends emergency procedures. As earlier indicated, CCC should be on alert for possible tornados.

aa. If a hurricane warning has been issued, all inmates will be dismissed from work detail and will be transferred immediately to their respective housing unit. The following procedures should be in the housing area.

i. Tie down or store all loose equipment that is outside, i.e., garbage cans, outdoor furniture, etc.

ii. If possible, board up glass areas or use masking. tape in an "X" pattern to minimize flying glass.

iii. Check emergency electrical generators.

iv. Check battery powered equipment for operation.

v. Maintain stored drinking water in closed containers.

2. A tornado is a violent destructive whirling wind accompanied by a funnel-shaped cloud that extends from the base of a thundercloud toward the ground. Its color is gray to black. Tornadoes are usually localized from 200 yards to one-mile-wide and travel a distance of a few hundred feet to several miles on the ground. Its wind may exceed 100 m.p.h. and the storm itself may travel 25 to 40 m.p.h. It spins like a top and sound resembles that of a roaring locomotive. Two types of weather advisories are issued in conjunction with the possibility of a tornado. They are:

a. Tornado Watch — This means that local weather conditions exist wherein tornadoes may develop.

b. Tornado Warning — This means that a tornado has actually been sighted or indicated by radar.

The following actions will be taken, if time permits, for a tornado watch or warning:

aa. Listen to latest weather advisories by radio, television, or teletype.

bb. Staff will move inmates into shelter area.

i. Inside hallways, closets or covered areas away from windows and/or loose objects.

ii. Avoid auditoriums, gymnasiums, and other enclosures that may have roof spans and excessive glass or doors.

cc. Open some windows to equalize pressure.

dd. Secure outdoor objects, if possible.

ee. Move quickly, without running; quietly, without talking.

ff. Keep calm regardless of the situation.

gg. The positions of the body for maximum protection are:

i. Sitting on the floor with knees up, head down, and hands over head.

ii. Kneeling on the floor with hands covering head.

hh. Stay with your group until authorized to move.

i. Remember inmate accountability. Report absences promptly.

3. Windstorms — With the exception of tornadoes and hurricanes, windstorms are normally associated with thunderstorms. They occur in the summer, and are the result of fast moving cold fronts or convective heating occurring in the atmosphere. Wind gusts of 45 m.p.h. are not uncommon. Should a windstorm occur, the following precautions should be observed:

   a. Stay informed of latest weather advisories.

   b. Keep inmates calm and reassured.

   c. Move inside and to hallways or rooms without glass, if possible.

   d. Secure outdoor objects if time permits.

   e. Lower and secure blinds.

   f. After the wind subsides, building should be inspected for possible structural damage and reported to those persons in charge.

4. Flooding — Flooding is not a threat to CCC. Generally speaking, floods can be placed into three categories. Each of these types of floods will be briefly discussed as to the proper procedures to follow in the event of a flood occurrence:

   a. Internal Flood — Flooding confined to the inner areas of building usually caused by leaking or broken water lines, systems, etc.

      aa. Notify Warden.

      bb. Evacuate inmates from affected portion of the building.

      cc. Have all utilities turned off (if possible) at the main switch.

      dd. Contact other CCC administrative staff in accordance with established procedures.

      ee. Call off-duty personnel if necessary.

ff. If feasible, move expensive equipment and/or supplies from affected area.

b. External Flash Flood — This type of flooding may never become a reality, however, the facility should make plans in the event of such occurrence.

aa. Take preventive measures to minimize entry of water into building.

1. Sandbagging.

ii. Close all/exits entry and fire doors.

bb. Move inmates to highest elevation in the building.

cc. Call off-duty personnel, if needed.

dd. Have utilities turned off, if possible.

ee. Contact any public services needed.

c. External General Area Flood — A flood having a slow rise in water depth and which allows ample warning time. This type of flood results from rising water.

aa. Should this type of flood occur and it becomes necessary to move some or all of our population, this will be done according to the Evacuation Plan.

5. Winter Storms — The probability of a winter storm isolating people in automobiles or buildings is rather improbable for our area. Emergency plans for combating this type of phenomena should focus on the possible loss of utilities (heat, lighting and water) and transportation difficulties. There is justification for closing the facility and returning all inmates to their respective housing area where a winter storm situation can be handled.

The occurrence of an "ice storm" is most important of the winter storms that might occur. Rain that freezes upon impact can cause significant damage to trees, overhead wires, and similar objects. Travel becomes exceedingly dangerous and difficult. Suggestions for coping with a winter storm are listed below.

a. Keep posted on weather conditions.

b. Use extreme caution in dealing with downed power lines.

c. Use of sand on walkways is recommended.

6. Electrical Storms — The annual death toll from being struck by lightning is greater than that of tornados or hurricanes. Lightning is a secondary effect of electrification within a thunderstorm cloud system. It is estimated that there are some 1 ,800 thunderstorms in progress over the earth's surface and that lightning strikes the earth about 100 times per second. A person struck by lightning can usually be saved prompt resuscitation and cardiac massage are continued. The following safety rules should be adhered to if a storm hits our area.

    a. Stay indoors.

    b. Keep away from open doors, windows, stoves, metal pipes, appliances, or other electrical conductors.

    C. Refrain from use of electrical equipment and/or telephones.

    d. Take shelter inside buildings, ditches, or head-high clumps of trees in open glades.

    e. Avoid big objects, especially tall trees. If only isolated trees are nearby, the best protection is to kneel in the open staying well away from isolated trees.

    f. Drop to the ground immediately if you feel an electrical charge or if hair stands on the end or skin tingles.

7. Earthquakes — Louisiana is not located in an area of active faults. In addition, tidal waves that follow an earthquake presents no danger to our population. Consequently, the following actions are a brief outline as to what actions should be followed in the event an earthquake should occur.

    No recommendations are made as to an alert since earthquakes most often hit without warning.

    a. Keep calm.

    b. Remain where you are and assess the situation.

    c. Take cover under heavy furniture, interior doorways or narrow halls.

    d. Stay away from windows, light fixtures or other suspended objects.

    e. If outdoors, move away from buildings, avoid utility poles and overhead wires.

    f. After the quake is over:

        aa. Light no fires until instructed to do so by authorities.

bb. Avoid touching fallen electrical wires.

cc. Do not enter building until advised to do so.

dd. Stay tuned to radio for latest bulletins.

## D. EMERGENCY EVACUATION PLAN

Time permitted is the primary concern of the emergency evacuation plan. Taking into consideration the inability of our present transportation system to implement a total and rapid removal of all inmates and staff, our evacuation plan at CCC will be divided into two distinct patterns.

1. Plan (Immediate Evacuation) — Should an emergency arise that requires the immediate evacuation of our entire population, the following procedures should be followed:

   a. Assemble all inmates and staff necessary at a predetermined location. This decision will be made by the Warden or his designee.

   b. The facility will be evacuated by walking the inmates in columns of 2 along prearranged direction designed to negate the impending emergency situation.

   C. Any additional off-duty staff deemed necessary to carry out this plan will be determined by the Warden or his designee.

2. Plan II (Delayed Evacuation) — The second phase of our evacuation plan will be put into effect if time permits. This effort will be coordinated with the assistance of the State Police, Department of Corrections, and the Catahoula Parish Sheriff's Office .

   These agencies will provide the necessary transportation to transport our entire population to a predetermined destination (Richwood Correctional Center, Monroe, LA). This plan will be carried out as follows:

   a. Inmates and staff will be assembled at the inmate' s respective living area after notification to plan for an evacuation.

   b. Before any movement is made outside the facility, the Control Center will notify each parish sheriff's office of the intended movement through their parishes.

   C. Buses will be sent to the facility.

d. Inmates will be loaded on buses as instructed by the Warden or his designee. Those people responsible for the inmate will be certain that all inmates are accounted for. Any discrepancy in inmate accountability should be reported immediately.

e. Buses will depart as instructed to the specified location.

f. Inmates will be transported back to the facility after the emergency has been declared over and a safe return is feasible.

## E. WARNING SYSTEM

In general, the warning for any emergency occurring at CCC will be through our extensive radio communication system. With the possible exception of a fire alarm in each area, any emergency can be quickly and effectively handled by this means of communications. Two-way radios are carried by all personnel and are strategically located throughout the facility. Emergency information can be transmitted instantly. This method is thought to be more functional than the traditional siren blast that might tend to confuse our population.

F. ADMINISTRATIVE CHAIN OF COMMAND

The chain of command shown here is to be used in the event of any emergency. It is understood that any emergency may require additional directives to be carried out for maximum safety or protection. In the Warden's absence, the chain of command will be followed regarding issuing any order necessary for handling the emergency.

CHAIN OF COMMAND

Warden
Assistant Warden
Chief of Security
Captain

G. DRILLS, SIMULATIONS AND CRITIQUES

Generally, speaking, the following suggestions are offered as a guide in developing a sound and functional disaster plan at CCC.

a. Drills should be held quarterly.

b. All drills should be surprise occurrences to staff and inmates alike.

c. Evaluation of all drills should be made with input by the staff, inmates and administration.

d. Any adjustments to simulated drills, made through critiques, should be properly published and displayed in prominent locations within the facility.

e. An in-service training program for all staff, through properly informed Department Heads, should be an integral part of the total program.



H. EMERGENCY TELEPHONE NUMBERS

a. Law Enforcement-911

| | |
|---|---|
| Harrisonburg Police Department | 3 18-744-5794 |
| Catahoula Parish Sheriff's Office | 318-744-5411 |

12

| | |
|---|---|
| LSI) Troop E Headquarters | 318-487-5911 |

b. Medical Aid-911

| | |
|---|---|
| Sicily Island Medical Center | 318-3 89-5727 |
| American Red Cross | 3 18-442-6621 |

c . Assistance-911

| | |
|---|---|
| Harrisonburg Fire Dept. | 3 18-744-5794 |
| Homeland Sec/OEP | 3 18-744-5697 |
| DPS&C | 1-800-803-8748 |
| Elayn Hunt Corr. (after hours) | 1-800-8424399 |
| Hazardous Materials Emergency Alert Washington D.C. | 1-800-4249300 225-925-6595 |
| LA. State Police Hazardous Materials | |
| Regional Poison Control Centers: | 1 -800-2221222 |
| CDC Division of Bioterrorism Preparedness and Response: | 404-639-03 85 |

CDC National Center for Environmental Health and Agency for Toxic Substances And Disease Registry: 770-488-7100

LA. Dept. of Transportation and Development, Flood Control and Water Management 504-379-1220



d. Utilities

| | |
|---|---|
| Concordia Electric Coop. | 318-339-7969 OR |

800-617-6282

Harrisonburg Gas & Water 3 18-744-5794
24 HR. Emergency

WARDEN

1-3-24
DATE

# Catahoula Correctional Center

499 Columbia Rd.

Harrisonburg, La. 71340

## Administrative Contacts:

- Warden Jeremy Wiley: (318) 489-1001
- Asst. Warden Gary Allen: (318) 535-2036
- Major Terry Savage: (318) 307-6612
- Captain Tony Wathen: (318) 403-4068
- Captain Chris Barlow: (318) 763-9226
- Captain Tasha Rollins: (318) 403-1183
- Captain Justin Spinks: (318) 758-0309
- Catahoula Parish Sheriff Office: (318) 744-5411

| CATAHOULA CORRECTIONAL CENTER<br>Policy and Procedures | Policy Number<br>c03-013 | Page(s)<br>3 |
|---|---|---|
| Chapter<br>Safety and Emergency Procedures | Related Standards<br>3-4211 | |
| Subject<br>Inmate Work Stoppage Plan | | |

PURPOSE

To provide Catahoula Correctional Center staff with information and general procedures to follow in the event of an inmate work stoppage.

POLICY

It is the policy of Catahoula Correctional Center to offer a range of possible inmate work programs, while at the same time being prepared to operate its facility without inmate assistance in the event inmates should commence an organized job action.

PROCEDURE

Inmates may stage work stoppage or other mass actions to protest conditions in the facility. Prevention is a major element in this plan and the provisions of the inmate riot plan that deal with preconditions to riots are referenced, since those conditions can often trigger a mass action of this type.

Supervision Notification

At best, staff should be able to find out of any impending action by inmates through the use of informants and other types of events. In the event of an actual work stoppage about which the administration is not aware, the central control will be notified. If the shift supervisor is not aware of the incident, the Central Control Officer will notify immediately the shift supervisor, the Warden, Assistant Warden, and the Chief of Security. The local contingency plan will contain an appendix with the on- and off-duty phone numbers for these individuals.

Notification of Other Authorities

On the direction of the Warden or Chief of Security, the Central Control Officer will notify other law enforcement agencies that the facility is implementing major operational changes as a result of a work stoppage. The facility will maintain a listing of local and state authorities that may or will be informed of the situation if assistance is needed.

Inmate Work Stoppage Plan
c-03-013 Page 2 (cont.)

## Initial Response

When it appears that a work stoppage is in progress, all inmates should be confined to their respective housing areas. Once staff is prepared to deal with all foreseeable eventualities of a work stoppage, inmates who desire to go to work will be allowed to do so. Staff shall observe inmates in their assigned areas in an attempt to discover inmates who may be supporting the work stoppage. The shift supervisor shall be notified of those and the individuals removed from the area and place locked down status. Employees should be alert to demands and lists of complaints that may emerge from inmate leaders or anything sent by mail or other methods. These items should be forwarded to the shift supervisor for review. It may be necessary for additional staff to be placed in housing areas in an attempt to determine the cause of the problem.

## Maintenance of Basic Services

Correctional officers may be required to perform food preparation, laundry, and other duties. Other officers from areas not manned will assist in these tasks. Food service operations need not be provided; sack lunches under these circumstances may be served in housing areas. If staff shortages occur, some programs may be suspended with careful consideration. Recreation, medical, mail distribution, and staff rounds of housing areas will continue uninterrupted to the degree possible, without jeopardizing employee safety. Inmates who resist the strike may come under pressure and employees must be prepared to remove them from the general population.

## Strategic Considerations

As with any critical situation, there are no concrete rules to resolving a work stoppage. The following factors enter into the resolution process:

A. The number of inmates participating in the work stoppage.
B. The number of leaders, if identified.
C. The number of inmate followers.
D. The use of informants regarding leadership and its power.
E. An evaluation of demands and complaints as to whether any are justified.

F. Staff demands and the pressure to return to normal operations.
G. Evaluation of significant threat of escalation to a higher degree by inmates.

H. The Warden willingness to enter into negotiations with inmates over issues.

1. The ability to remove known leaders and transfer if necessary.
J. The ability of staff to use their credibility and influence with inmate population to persuade them to return to normal operations.



Return to Normal Operations

When the inmates have returned to work, employees should be alert to the possibility that remaining agitators may try to re-institute the strike based on the same demands. Employees should be aware of the feelings on the part of the inmates regarding the administration's handling of the situation. The administration should penalize those inmates uninvolved or passively involved as little as by restoring access to normal meals, recreation, and other programs as soon as possible.

WARDEN

1-3-24
DATE

| CATAHOULA CORRECTIONAL CENTER<br>Policy and Procedures | Policy Number<br>c03-014 | Page(s) 2 |
|---|---|---|
| Chapter<br>Safety and Emergency Procedures | Related Standards<br>3-4208, 3-4211 | |
| Subject<br>Employee Work Stoppage Plan | | |

PURPOSE

To establish policy and procedure to provide contingency measures for maintaining essential services in the event of an employee work stoppage or serious work slowdown at Catahoula Correctional Center.

POLICY

It is the policy of Catahoula Correctional Center to provide contingency measures for maintaining essential services in the event there is a employee work stoppage or a serious work slowdown, so as to continue limited operations to the extent that public safety, and protection of property are not compromised.

Procedure

A. It will be the responsibility of the Warden or his designee to determine the scope of the problem and direct the implementation of this plan in the event of a work stoppage or other job action. The Warden may declare a facility emergency if the circumstances warrant.

B Once the scope of the problem is determined, additional staff (off duty security, management and nonsecurity) will be called in to cover mandatory positions when directed by the Warden or highest official in the chain of command present.

C. The Warden will notify the Catahoula Parish Sheriff's Office after an employee work stoppage or other job action is verified.

D. In the event additional staff is needed, the Warden or highest official in the chain of command present to acquire additional personnel will contact the Department of Public Safety and Corrections staff personnel.

E. The facility will be locked down until all mandatory or essential positions approved by the Warden (or the highest official) are staffed.



F. Once all mandatory and essential positions approved by the Warden (highest official) are staffed a weekend schedule will be established until such time as normal activities can resume.

G. All activities, such as call-outs or recreational activities may be canceled to keep the inmate population in smaller more manageable groups.

H. The Warden or designee will communicate with leaders of the work stoppage and attempt to determine the reasons for the work stoppage and possible solutions. In the event these attempts are not successfully, outside agencies may be contacted for assistance in the negotiations.

1. The Warden will arrange for the safety of employees reporting for duty by providing transportation from the perimeter and adjacent areas to job sites and/or lodging as necessary.

J. The State Police and local law enforcement officials, other facilities, and the National Guard, (if necessary), will be notified of the situation in order to provide assistance as needed.

K. The Warden or his designee shall complete an investigation and complete a report containing the chronological order of events beginning with the first indication of the work stoppage until the resolution of the problem. Any additional information obtained will be included in the report.

WARDEN 1-3-24
DATE