# LOUISIANA DPS&C - BASIC JAIL GUIDELINES CHECKLIST

PART II - SECURITY

**II-A-003 Sufficient Staff**
**(reference 7/1/2009 BJG I-002, I-008, ACA CJS 1-2A-05, 1-2A-09)**

There is a written document describing the facility's organization and staffing plan. This should include an organizational chart that groups similar functions, services, and activities. Each facility meets minimum security staffing requirements which reflect good correctional practice. Sufficient staff, including a designated supervisor, are provided at all times to perform functions relating to the security, custody, and supervision of offenders and, as needed, to operate the facility in conformance with the Basic Jail Guidelines.

*Comment:* *None*
*Protocol:* *Written policy and procedure. Staffing plan. Staff schedules.*
*Documentation:* *Records of staff deployment. Facility logs. Documentation of annual review of staffing analysis and plan.*

| SELF-EVALUATION<br>Facility Personnel | GUIDELINES COMPLIANCE AUDIT<br>Monitoring Committee |
|---|---|
| Staff Signature(s): [signature]<br><br>☐ Compliance (List documentation)<br>☐ Non-Compliance (See plan of Action)<br>☐ Plan of Action Waiver Requested (Justification attached)<br><br>Prepare one of the following, as appropriate:<br>1) list of documentation to support compliance;<br>2) explain non-applicability of guideline;<br>3) explain plan of action waiver request.<br><br>Primary Documentation:<br><br>Secondary Documentation: | Monitor Signature(s): [signature]<br><br>5/14/24<br>Date of Inspection<br><br>☐ Compliance ☐ Plan of Action Acceptable<br>☐ Non-Compliance ☐ Plan of Action Unacceptable<br>☐ Not Applicable ☐ Waiver Acceptable<br>☐ Waiver Unacceptable<br><br>List deficiencies if guideline is non-compliance: |

# LOUISIANA DPS & CORRECTIONS BASIC JAIL GUIDELINES CHECKLIST

## PART II - SECURITY

II-A-003 Sufficient Staff
(reference 7/1/2009 BJG I-002, I-008, ACA CJS 1-2A-05, 1-2A-09)

There is a written document describing the facility's organization and staffing plan. This should include an organizational chart that groups similar functions, services, and activities. Each facility meets minimum security staffing requirements which reflect good correctional practice. Sufficient staff, including a designated supervisor, are provided at all times to perform functions relating to the security, custody, and supervision of offenders and, as needed, to operate the facility in conformance with the Basic Jail Guidelines.

*Comment:* *None*
*Protocol:* *Written policy and procedure. Staffing plan. Staff schedules.*
*Documentation:* *Records of staff deployment. Facility logs. Documentation of annual review of staffing analysis and plan.*

| SELF-EVALUATION<br>Facility Personnel | GUIDELINES COMPLIANCE AUDIT<br>Monitoring Committee |
|---|---|
| Staff Signature(s): [signature] | Monitor Signature(s): |
| | Date of Inspection |
| ☐ Compliance (List documentation)<br>☐ Non-Compliance (See plan of Action)<br>☐ Plan of Action Waiver Requested (Justification attached) | ☐ Compliance ☐ Plan of Action Acceptable<br>☐ Non-Compliance ☐ Plan of Action Unacceptable<br>☐ Not Applicable ☐ Waiver Acceptable<br>☐ Waiver Unacceptable |
| Prepare one of the following, as appropriate:<br>1) list of documentation to support compliance;<br>2) explain non-applicability of guideline;<br>3) explain plan of action waiver request. | List deficiencies if guideline is non-compliance: |
| Primary Documentation:<br>P-1 Policy and Procedures | |
| Secondary Documentation:<br>S-1 Table of Organization<br>S-2 Shift Duty Roster | |

# Primary

# 1

| CATAHOULA CORRECTIONAL CENTER<br>Policy and Procedures | Policy Number<br>A-OI-002 | Pages<br>2 |
|---|---|---|
| Chapter<br>General Administration | Related Standards<br>3-4003-4, 3-4013-15, 3-4049 | |
| Subject<br>Management Philosophy and Goals | | |

## PURPOSE

To describe the policy management system that will be used by the Catahoula Correctional Center.

## POLICY

It is the policy of Catahoula Correctional Center to provide staff with guidance in the operation of the facility and all other components through a well-organized body of policies that are regularly reviewed and updated and to make available to inmates those policies related to inmate management.

## PROCEDURES

The Catahoula Correctional Center will compile and maintain a uniform body of policies that is reviewed and signed by the Warden and conveys institutional philosophy, goals, and operational principles.

Each specialty area with the Catahoula Correctional Center, such as security, financial management, records department, food services, or medical services, will develop a specific operations manual that describes in detail the procedures that apply to that area.

These manuals will also contain audit guidelines to be used by staff to perform internal audits of their areas. These operations manuals will be subject to the same review and revision requirements.

### Responsibility

The Warden shall be responsible for overseeing the policy development and maintenance function of the facility. The responsible individual shall maintain a set of records to include the following:

1. A complete set of all policies and procedures, including addenda and supplements.
2. A record of policies disapproved or deferred for further action.
3. A record of all correspondence related to proposed policy development.
4. Documentation of a complete review of all facility policy, and the annual review of that policy.

The responsible individual may form, at his discretion, a committee of field personnel to serve in a policy formulation role. The individual or committee will be performed at least once a year.

## Policy Management System

A. A review and evaluation of each current policy.
B. Consideration of field proposals for modifications of exiting policy or for additional policies.
C. Preparation of recommended new policies and procedures in accord with field recommendations.

## Distribution

A complete set of facility policies and manuals will be distributed to each department and available for review by staff at the time of employment and at any time thereafter. Any new policy shall be distributed to field personnel in advance of its effective date to ensure that staff is able to develop implementing procedures in a timely manner and to familiarize staff and inmates with any changes in operations and routines.

## Policy Compliance and Maintenance

The Warden will be responsible for establishing a system to monitor program compliance with these policies and procedures through regular reviews and inspections. The Warden in also responsible for the maintenance, updating, and staff training related to all policies and procedures of the facility, including dissemination of new or revised policies and procedures to all staff, volunteers, and other involved in facility operations. Copies of these procedures shall be maintained in the Assistant Warden's office and available for review by staff and authorized representatives of other agencies having legitimate interest in facility operations.

## Policy Formulation and Revision

The policy review process will observe the distinction between evaluation of the policy itself and evaluation of compliance with the various provisions. All procedures shall be completely reviewed not less than once a year, and signed memo documenting that review will be placed in a manual that contains the procedures. The review schedule of policies shall be staggered to provide for orderly review process throughout the year.

At the staff level, all employees are encouraged to participate actively in policy and procedures development through suggestions to their supervisor and through review of specified sets of specialized policies and procedures. The return of staff comments and concerns shall be evaluated by the Warden prior to implementation.

[signature]
WARDEN

1-5-24
DATE

| CATAHOULA CORRECTIONAL CENTER<br>Policy and Procedures | Policy Number<br>A-OI-005 | Page(s)<br>4 |
|---|---|---|
| Chapter<br>General Administration | Related Standards<br>3-4006-11 | |
| Subject<br>Organization Chart | | |

**PURPOSE**

To outline procedures whereby the Catahoula Correctional Center's organizational structure will be codified and maintained.

**POLICY**

It is the policy of Catahoula Correctional Center to maintain a current organizational chart that reflects accurately the organizational structure of the facility, and to maintain similar materials relating to the organizational structure.

**PROCEDURES**

The Warden will maintain a current organizational chart that reflects the positions and titles of all employees in the facility, and the subsections of the organization in which they work, by specific function, service or activity. The warden will maintain a list of all job titles and position descriptions will be maintained and will be keyed to the chart for easy reference. The following facility positions will be established:

Assistant Warden
Chief of Security
Administrative Captain
Captain
Office Manager
Work Release Supervisor
Food Service Manager
Chaplain
Transportation Supervisor
Booking/Classification Supervisor
Shift Supervisors
Health Services (LPN)
Maintenance Supervisor

**REVIEWS**

Organizational charts and supporting materials will be reviewed at least once a year and updated as necessary.

**POSITION DESCRIPTIONS:**

**Assistant Warden;**

This position reports directly to the Warden and is responsible for ordering and maintaining supplies for the facility, responsible for accreditation process for the American Correctional Association, reviews for work release applicants, recommendations and directly supervises the Chief of Security.

This position is responsible for:

a. Overseeing the overall daily operations of the facility.
b. Ensuring that the upkeep and cleanliness of the facility and grounds is done on a daily basis.
c. Holding Initial Classification Boards on all new arrivals and job assignments.
d. Holds disciplinary court and assignment of administrative board members
e. Directly supervises the Chief of Security.
f. Addresses all security problems.
g. Reporting directly to the Warden.

of **Security(Major);**

This position is responsible for:

a. Overseeing the daily operations of the facility.
b. Upkeep and cleanliness of the facility and grounds.

Reporting directly to

c. Holding Initial Classifications Board on all new arrivals and job assignments.

d. Holds disciplinary court and assignment of administrative board members.

e. Directly supervises shift supervisors and outside work crews.

f. Addresses security problems concerning the commissary to the Assistant Warden.

**Captain**

This position is responsible for:

a. Booking, visitation, transportation, packages, education, inmate welfare fund.
b. All inmate programs i.e., AA, sports programs, etc.
c. Contacting various facilities and recruitment of inmates to maintain capacity margins.
d. Reporting directly to the Chief of Security (Major).

**Office Manager**

This position is responsible for:

a. Supervising administrative staff assigned.
b. Calculating time and attendance reports to processing for parent company.
c. Monitoring accounting procedures for inmate funds and banking.
d. Monitoring incoming mail procedures.
e. Reporting to the Warden concerning purchase of office supplies and/or materials.
f. Reporting directly to the Warden.

**Work Release Supervisor**

This position is responsible for:

Reporting directly to

c. Ensure that all new Work Release inmates are properly drug screened.

d. Ensure that all new Work Release Inmates and Employers complete all necessary documentation before starting to work.

e. Ensure all Work Release inmates are properly dressed with I.D. Cards before leaving the facility.

Periodically, visit Job Sites and get familiar with all Employers. Ensure that all Work Release Inmates are Drug Screened according to Work Release Policy and Procedures.

h. Ensure that all Work Release Inmates lockers are periodically checked in the Work Release shed.

i. the Warden.

**Food Service Manager**

This position is responsible for:

a. Supervising food preparations for meals served in the dining and cooking areas.
b. Preparing menus two weeks in advance of all meals.
c. Ordering of needed supplies for the kitchen based on the budget requirements.
d. Developing caloric requirements of meals and monitors serving quantities.
e. Reports directly to the Warden.

**Chaplain**

This position is responsible for:

a. Monitoring volunteers and activities.
b. Serving as the religious advisor for the facility.
c. Consulting of offenders concerning any problems related to religion.
d. Reporting directly to the Captain.

Reporting directly to

## Transportation Supervisor

This position is responsible for:

a. Ensure that all units are periodically checked for any necessary maintenance.
b. Ensure that all trips are coordinated.
c. Ensure that all necessary paperwork is ready for trips.
d. Ensure that all trip logs are maintained.
e. Maintaining attendance and time reports for officers assigned.
f. Reporting directly to the Captain.

## Booking/Classification Manager

This position is responsible for:

a. Maintain inmates booking files that are assigned to this facility
b. Classify inmates on intake.
c. Preparing paperwork for all final releases.
d. Maintain property in a secure contained area.
e. Prepare inmates that are to be Pre-Classed.
f. Reporting directly to the Captain.

**Shift Supervisors**

These positions are responsible for:

a. Maintaining security, custody, and control of all inmates assigned to this facilityu
b. Supervising all security positions assigned to his respective shift.
c. Monitoring all meals while on his tour of duty.
d. Supervising all count procedures during his tour of duty.
e. Enforcing all policies and procedures established by the facility.
f. Conducting roll call and inspections of officers assigned.
g. Reviewing and investigation of unusual occurrence reports and disciplinary reports.
h. Maintaining attendance and time reports for officers assigned.
i. Training subordinate personnel in security procedures and devices.
j. Other duties assigned.,
k. Reporting directly to the Captain.

**Medical Services (LPN)**

This position is responsible for:

a. Coordination with the facility physician concerning inmate's medical needs.
b. Managing the pill call procedures.
c. Ordering prescriptions form pharmacy and picking authorized medications.
d. Managing and conducting sick call procedures.
e. Processing new commitments and conducting medical screening.
f. Conducting periodic training to staff in CPR/First aid.
g. This position reports to the medical authority and the Captain.

**Maintenance Supervisor**

This position is responsible for:

directly to

a. Maintenance of the facility.
b. Maintaining all facility transport vehicles in proper operational condition.
c. Maintaining tool and flammables control for the facility.
d. Purchase of equipment necessary to maintain the facility with prior approval of the Warden.

e. Supervising inmates assigned to his area of control.
f. Reports to the Captain.

WARDEN 1-5-24
DATE

directly to

# Secondary

# 1

# CATAHOULA CORRECTIONAL CENTER

CPSO_25644




01.25.2024 APPROVED BY: [signature]

# Catahoula Correctional Cent
# Chain-of-Command & Staffing

**Section 2**

| | | | | | |
|---|---|---|---|---|---|
| Administration | 24 | Medical | 3 | | |
| Chief of Security | 1 | Maintenance | 2 | | |
| Security Supervisor | 4 | Food Service | 2 | | |
| Correctional Officers | 46 | | | **TOTAL STAFF** | **82** |
| | | | | | |



# Catahoula Correctional Center
# Chain-of-Command & Staffing

**Section 2**

| | | | | | |
|---|---|---|---|---|---|
| Administration | 14 | Medical | 3 | | |
| Chief of Security | 1 | Maintenance | 2 | | |
| Security Supervisor | 2 | Food Service | 1 | | |
| Correctional Officers | 61 | | | **TOTAL STAFF** | **83** |
| | | | | | |




February 28, 2022

# Secondary

# 2

# CATAHOULA CORRECTIONAL CENTER
# SHIFT ASSIGNMENT

*Warden Jeremy Wiley*
*Assistant Warden Gary Allen*
*Colonel William T. Savage*
*Major Tony Wathen*

*Day Captain- Christopher Barlow*
*Night Captain-Tasha Rollins*

**(GS)-Guard Shack**

13

| A Shift (DAY) |
|---|
| *Lt. Dontay Fortune* |
| *Sgt.David Guthrie* |
| Sgt. Charles Anderson (I&J) |
| Alondra Smith |
| Norma Jean Jones |
| Kashauna Savage |
| Zianne Major |
| Dakota Ferguson |
| Samuel Washington |
| Jennifer "Hope" McMillin |
| Travion Demby |
| Thad Edwards (GS) |
| Virgil Barnes |
| |
| **Booking** |
| ***Capt . Margie Price*** |
| Quwasnisha Powell |
| |
| **Commissary** |
| Lt. Jessica Girod |
| Sharon Wascom |
| |
| **Maintenance** |
| ***Capt. Dennis Wascom*** |
| ***Lt. Dan Oxley*** |
| |
| **Medical** |
| Chrystal Breland, LPN |
| Marlee Roark, LPN 5a-1p |
| |
| **Medical Records** |
| Lori Roark |
| **Night Nurse** |
| Wanda Parker |

11

| C Shift (NIGHT) |
|---|
| *Lt. Gary Jones* |
| *Sgt. Steven Adams* |
| Amanda Butts |
| Kathlenia Atkins |
| Shnonna Atkins |
| Italy Wyckoff |
| Marvin Lucas |
| Henry Bordelon |
| Damon Michot |
| Tamirra Atkins (GS) |
| Garrett Lollar |
| |
| |
| |
| **Office Manager/HR** |
| Lt. Jeanna Marler |
| |
| **Billing Officer** |
| ***Lt. Melanie Woodson*** |
| |
| **Work Release** |
| Lt. Lisa Cassels |
| |
| **AP/Inmate Acct./IWF** |
| Sgt. Tiffany Guthrie |
| |
| **Mailroom Clerk** |
| Sgt. Amber Robinson |
| |
| |
| **I.T. CAPTAIN** |
| Capt. Joseph Prince |
| |
| |

11

| B Shift (DAY) |
|---|
| *Lt.. William Bell* |
| *Sgt. Donna Hardie* |
| *Sgt. Jeremy Dudley (I&J)* |
| Marguerite Anselmi |
| Eula Goodwin |
| Calli Auzenne |
| Victoria Case |
| Justin Gordon |
| Carlos Beard |
| Jordan Perkins |
| Virnita Duncan (GS) |
| |
| |
| **Kitchen Security** |
| Lt. Jacqueline "Jackie" Yates |
| |
| **Chaplain** |
| Christofer Hattaway |
| **Night Booking** |
| Lt. Anthony Corley |
| |
| **Transportation (11)** |
| Capt. Justin Spinks |
| Bryan Ray |
| Darrell Randall |
| Kenneth White, Sr. |
| Robert Johnson |
| James Poole (CDL) |
| Larry Smith (CDL) |
| Mark Cagle - CDL |
| Vernon James- CDL |
| Carl Michael Williamson |
| Wallace Laprairie (CDL) |
| |
| |

11

| D Shift (NIGHT) |
|---|
| *Lt. Cory Whittington* |
| *Sgt. Caleb Robinson* |
| *Sgt. John Hood* |
| Shelby Ford |
| Pam Maples |
| Donna Flippo |
| Mary Rachuba |
| Cary Book |
| Connor Huffman |
| Willie Sanford |
| Gregory Ladd (GS) |
| |
| |
| |
| |
| **Re-Entry/BJG** |
| Lt. Wanda Phillips |
| **Court / Law Library** |
| Lt. Kathy Townsend |
| |
| **Training Lieutenants** |
| Lt. Billy Kerry (d) |
| Lt. Richard Townsend (n) |
| |
| **Part Time (5)** |
| **David Johnson** |
| Earl Kerry |
| Gary Taylor |
| Jimmy Walton |
| Johnny Nelson |
| |
| |
| |
| |
| |
| |

***Joedee Sears-Maternity Leave***

***POST Academy***
**Corrections Academy**
**<u>** Only call with Warden's approval**</u>**

| | |
|---|---|
| **Full Time:** | **85** |
| **Part Time:** | **5** |
| **Medical Leave:** | **1** |
| Total Active: | 91 |

Updated: 02/08/24

# CATAHOULA CORRECTIONAL CENTER
## SHIFT ASSIGNMENT

*Warden Jeremy Wiley*
*Assistant Warden Gary Allen*
*Colonel William T. Savage*
*Major Tony Wathen*

*Day Captain- Christopher Barlow*
*Night Captain-Tasha Rollins*

**(GS)-Guard Shack**

13

| A Shift (DAY) |
|---|
| *Lt. Dontay Fortune* |
| *Sgt.David Guthrie* |
| Sgt. Charles Anderson (I&J) |
| Alondra Smith |
| Norma Jean Jones |
| Kashauna Savage |
| Jasmine Stevenson |
| Dakota Ferguson |
| Samuel Washington |
| Jennifer "Hope" McMillin |
| Travion Demby |
| Thad Edwards (GS) |
| Virgil Barnes |
| |
| **Booking** |
| *Capt . Margie Price* |
| Quwasnisha Powell |
| |
| **Commissary** |
| Lt. Jessica Girod |
| Sharon Wascom |
| |
| **Maintenance** |
| *Capt. Dennis Wascom* |
| *Lt. Dan Oxley* |
| |
| **Medical** |
| Chrystal Breland, LPN |
| Marlee Roark, LPN 5a-1p |
| |
| **Medical Records** |
| Lori Roark |
| **Night Nurse** |
| Wanda Parker |

10

| C Shift (NIGHT) |
|---|
| *Lt. Gary Jones* |
| *Sgt. Steven Adams* |
| Amanda Butts |
| Kathlenia Atkins |
| Shnonna Atkins |
| Marvin Lucas |
| Henry Bordelon |
| Damon Michot |
| Tamirra Atkins (GS) |
| Garrett Lollar |
| |
| |
| |
| |
| **Office Manager/HR** |
| Lt. Jeanna Marler |
| |
| **Billing Officer** |
| *Lt. Melanie Woodson* |
| |
| **Work Release** |
| Lt. Lisa Cassels |
| |
| **AP/Inmate Acct./IWF** |
| Sgt. Tiffany Guthrie |
| |
| **Mailroom Clerk** |
| Sgt. Amber Robinson |
| |
| |
| **I.T. CAPTAIN** |
| Capt. Joseph Prince |
| |
| |

11

| B Shift (DAY) |
|---|
| *Lt.. William Bell* |
| *Sgt. Donna Hardie* |
| *Sgt. Jeremy Dudley (I&J)* |
| Marguerite Anselmi |
| Eula Goodwin |
| Calli Auzenne |
| Victoria Case |
| Justin Gordon |
| Carlos Beard |
| Jordan Perkins |
| Virnita Duncan (GS) |
| |
| |
| **Kitchen Security** |
| Lt. Jacqueline "Jackie" Yates |
| |
| **Chaplain** |
| Christofer Hattaway |
| **Night Booking** |
| Lt. Anthony Corley |
| |
| **Transportation (11)** |
| Capt. Justin Spinks |
| Bryan Ray |
| Darrell Randall |
| Kenneth White, Sr. |
| Robert Johnson |
| James Poole (CDL) |
| Larry Smith (CDL) |
| Mark Cagle - CDL |
| Vernon James- CDL |
| Carl Michael Williamson |
| Wallace Laprairie (CDL) |
| |
| |

11

| D Shift (NIGHT) |
|---|
| *Lt. Cory Whittington* |
| *Sgt. Caleb Robinson* |
| *Sgt. John Bloodswaw (I&j)* |
| *Sgt. John Hood* |
| Shelby Ford |
| Pam Maples |
| Donna Flippo |
| Cary Book |
| Connor Huffman |
| Willie Sanford |
| Gregory Ladd (GS) |
| |
| |
| |
| |
| **Re-Entry/BJG** |
| Lt. Wanda Phillips |
| **Court / Law Library** |
| Lt. Kathy Townsend |
| |
| **Training Lieutenants** |
| Lt. Billy Kerry (d) |
| Lt. Richard Townsend (n) |
| |
| **Part Time (5)** |
| **David Johnson** |
| Earl Kerry |
| Gary Taylor |
| Jimmy Walton |
| Johnny Nelson |
| |
| |
| |
| |
| |
| |

***Joedee Sears-Maternity Leave***

*POST Academy*
**Corrections Academy**
**<u>** Only call with Warden's approval**</u>**

| | |
|---|---|
| **Full Time:** | **85** |
| **Part Time:** | **5** |
| **Medical Leave:** | **1** |
| Total Active: | 91 |

Updated: 02/05/24

# CATAHOULA CORRECTIONAL CENTER
## SHIFT ASSIGNMENT

Warden Pat Book
Assistant Warden Eric Stott
Major Dennis Wascom

Captain Trevor Mitchell
Captain Patricia "Patti" Stott
Night Captain Jeremy Wiley
Night Captain Gary Allen

| 9 | 10 |
|---|---|
| **A Shift** | **B Shift** |
| Lt. Dontay Fortune | Lt. William Beason |
| Sgt. David Guthrie | Chauncy Cowan |
| Amanda Williamson | Jayden Dupuis |
| Calab Robinson | Jonnie Wilhite |
| Jordan Perkins | Kathlenia Atkins |
| Norma Jean Jones | Marvin Lucas |
| Samuel Washington | Shelby McKenzie |
| Virnita Duncan | Shnonna Atkins |
| Wanda Phillips | Tonya Nevels |
| | Zackery Busscher |
| | |
| | |
| | |
| | |
| **Booking** | **Office Manager** |
| Margie Price | Amy Book |
| Jessica Girod | |
| | **Asst. Office Manager** |
| **Commissary** | Kasey L. Graves |
| Pamela Mitchell | |
| Sharon Wascom | **Work Release** |
| | Jeanna Marler |
| **Maintenance** | |
| Wallace LaPrairie | **AP/Inmate Acct.** |
| V Russell Evans | Amber Robinson |
| | |
| **Medical** | **Mailroom Clerk** |
| Chrystal Breland, LPN | Tiffany Guthrie |
| Robin Nix, LPN | |
| | **Court/Law Library** |
| **Medical Rec. Clerk** | Melanie Woodson |
| Megan Nugent | Sirmedra Tolliver |
| | |
| **Roaming Officer** | |
| Lisa Cassels | |

| 10 | 9 |
|---|---|
| **C Shift** | **D Shift** |
| Lt. Dan Oxley | Lt. Joseph Prince |
| Sgt. John Bloodsaw | Sgt. Gregory Ladd |
| Sgt. Calvin Deason | Alondra Smith |
| Caitlin Cummings | Cary Book |
| Donna Michelle Hardie | Christopher Barlow |
| Eula Goodwin | Clara Slaughter |
| Henry Bordelon | Hannah Slaughter |
| Kathy LaPrairie | Jeremy Dudley |
| Vanessa Reynolds | Pamela Maples |
| Victoria Case | BryanWashington |
| | |
| | |
| | |
| | |
| **Kitchen** | **Training Lt. (PT)** |
| Kathy Townsend | Benjamin Ramsey |
| Jacqueline "Jackie" Yates | |
| | **Part Time (8)** |
| **Chaplain** | Bryan Ray |
| Jenny Proffer | Chad Littleton |
| | Dylan Richey |
| **Transportation (9)** | Gary Simmons |
| Lt. Justin Spinks | Gary Taylor |
| Darrell Randall | Johnny Nelson |
| James Poole - CDL | MyKees Norris |
| Kenneth White, Sr | Robert Johnson |
| Larry Smith - CDL | |
| LaShonda Atkins | |
| Mark Cagle - CDL | |
| Milton Cooper | |
| Vernon James - CDL | |
| | |
| | |
| | |
| | |

**POST Academy**
**Corrections Academy**

**Full Time: 74**
**Part Time: 9**
**Total Active: 83**

2/8/2023

# CAT ULA CORRECTIONAL TER
## SHIFT ASSIGNMENT

Warden Pat Book
Assistant Warden Eric Stott

Major Wesley Lea
Captain Trevor Mitchell
Captain Dennis Wascom

| 10 | 10 |
|---|---|
| **A Shift** | **B Shift** |
| Lt. Dontay Fortune | Lt. Caleb Robinson |
| Sgt. Vernett Miller | Sgt. John Bloodsaw |
| Amanda King | Amanda Butts |
| Calvin Deason | Colbey Smith |
| David Chevallier | Henry Bordelon |
| N Jean Jones | J Nikki Prudhom |
| Samuel Washington | Rosalind Schiele |
| V Nicole Duncan | W Dennis Boyd |
| Virgil Barnes | Evan McNeely |
| Wanda Phillips | Steven McNeely |
| | |
| | |
| | |
| | |
| | |
| **Booking** | **Office Manager** |
| Margie Price | Melanie Woodson |
| Patti Stott | |
| | **Mail Room Clerks** |
| **Commissary** | Amber Robinson |
| Pamela King | |
| LaShonda Atkins | **HR/AP/IA** |
| | Kasey L. Graves |
| **Maintenance** | |
| Wallace LaPrairie | **Work Release** |
| V Russell Evans | Jeanna Marler |
| | |
| **Medical** | **Court** |
| Chrystal Breland, LPN | Tasha Rollins |
| Robin Nix, LPN | |
| | |
| **Medical Rec. Clerk** | |
| Megan Nugent | |

| 10 | 10 |
|---|---|
| **C Shift** | **D Shift** |
| Lt. Dan Oxley | Lt. Joseph Prince |
| William Beason | Sgt. David Guthrie |
| Billy Jones | Amber Adams |
| Brady Ratcliff | Cody Pickering |
| Cary Book | Destin Bratton |
| Chaya Butler | Justin Gordon |
| Jessica Girod | Marvin Lucas |
| Michael Norris | Michael Zavala |
| MyKees Norris | Sophia Ratcliff |
| Sterling Thompson | Tamarah Wells |
| | |
| | |
| | |
| | |
| | |
| **Kitchen** | **Transportation** |
| Lt. Nila Harris | James Poole - CDL |
| Kathy Townsend | Larry Smith - CDL |
| | Lt. Justin Spinks |
| **Chaplain** | Mark Cagle - CDL |
| Jenny Proffer | Vernon James - CDL |
| | |
| | |
| **Training Lt. (PT)** | **Part Time** |
| Benjamin Ramsey | C Lynn Edwards |
| | David Johnson |
| | David Neal |
| | Johnny Nelson |
| | Kenneth White, Sr |
| | Robert Johnson |
| | Trenten Butler |
| | |
| | |

**POST Academy**
**Corrections Academy**

**Full Time: 68**
**Part Time: 8**
**Total Active: 76**

| **Medical Leave** |
|---|
| Amy Book |

**February 28, 2022**

# CATAHOULA CORRECTIONAL CENTER
## SHIFT ASSIGNMENT AND ROLL CALL SHEET

**SHIFT:** B-Team **DATE:** 02-01-24

**SHIFT LT.:** Lt. William Bell

**BLOCK SGT.:** Sgt. Donna Hardie

**DORM SGT.:**

**ADMINISTRATION:**

**KITCHEN SECURITY:** Ofc. Carlos Beard

**MEDICAL:**

**SEGREGATION:**

**CONTROL 1:** Ofc. Victoria Case

**DORM A:** Ofc. Justin Gordon

**DORM B:**

**CONTROL 2:** Ofc. Maguerite Anselmi

**DORM C:** Cpl. Samuel Washington

**DORM D:**

**CONTROL 3:** Ofc. Eula Croodwin

**DORM E:** Cpl. Jordan Perkins

**DORM F:**

**DORM G:**

**CONTROL 4:** Ofc. Calli Auzenne

**DORM I:** Sgt. Jeremy Dudley

**DORM J:**

**CALL IN'S:**

**NOTES:**

**SHIFT LT. SIGNATURE:** Lt. William Bell

CA[...]HOULA CORRECTIONAL C[...]TER
SHIFT ASSIGNMENT AND ROLL CALL SHEET

SHIFT: D-Team DATE: 2-1-24

SHIFT LT.: Lt. Whittington

BLOCK SGT.: Sgt. Hood

DORM SGT.: Sgt. Robinson

ADMINISTRATION: Lt. Townsend /Cpt. Rollins

KITCHEN SECURITY: Ofc. Book

MEDICAL: Wanda Parker

SEGREGATION:

CONTROL 1: Ofc. ford

DORM A:

DORM B: Ofc. Sanford

CONTROL 2: Ofc. Tamira Atkins

DORM C:

DORM D: Ofc. Bordelon

CONTROL 3: Ofc. Maples

DORM E:

DORM F:

DORM G:

CONTROL 4: Ofc. flippo

DORM I:

DORM J: Ofc. Huffman

CALL IN'S:

NOTES: Ofc. Georgry Ladd

SHIFT LT. SIGNATURE: Lt. Whittington

# CATAHOULA CORRECTIONAL CENTER
## SHIFT ASSIGNMENT AND ROLL CALL SHEET

SHIFT: D DATE: 2-11-23

SHIFT LT: Joseph Prince

BLOCK SGT.: Jeremy Dudley

DORM SGT.: Gregory Ladd

ADMINISTRATION:

KITCHEN SECURITY: Cary Book

CONTROL 1: Pam Maples

DORM A:

DORM B: Christopher Barlow

CONTROL 2: Washington

DORM C:

DORM D:

CONTROL 3: Hannah Slaughter

DORM E:

DORM F:

DORM G:

CONTROL 4: Clara Slaughter

DORM I:

DORM J:

CALL IN'S:

NOTES:

SHIFT LT. SIGNATURE: Lt [signature]

# CATAHOULA CORRECTIONAL CENTER
## SHIFT ASSIGNMENT AND ROLL CALL SHEET

SHIFT: C-team DATE: 2/13/22

SHIFT LT.: Dan oxley

BLOCK SGT.: Duane Dunkiee

DORM SGT.: william Beason

ADMINISTRATION:

KITCHEN SECURITY: Kenny white

CONTROL 1: Debra graves

DORM A: Sterling Thompson

DORM B:

CONTROL 2: Sophia Ratcliff

DORM C: Billy Jones

DORM D:

CONTROL 3: lee Roy graves

DORM E:

DORM F:

DORM G:

CONTROL 4: Cary Book

DORM I:

DORM J:

CALL IN'S: mckees norris, Brady Ratcliff

NOTES:

SHIFT LT. SIGNATURE: Lt. Don oxley