# LOUISIANA DPS&C - BASIC JAIL GUIDELINES CHECKLIST

## PART II - SECURITY

**II-A-012 Classification System**
**(reference 7/1/2009 BJG IV-001, ACA CJS 1-2A-16, 1-2A-17, Department Regulation IS-B-1)**

Written policy, procedure, and practice provide for a written offender classification plan that includes custody required and assignment to appropriate housing. Offender management and housing assignment considers age, gender, legal status, custody needs, behavioral issues, and other unique needs or issues as they arise. All offenders are classified using an objective classification process that at a minimum:

- Identifies the appropriate level of custody for each offender;
- Identifies appropriate housing assignment;
- Identifies the offender's interest and eligibility to participate in available programs.

*Comment:* *None*
*Protocol:* *Written policy and procedure. Classification forms and formats. Offender handbook. Offender orientation materials. Classification plan.*
*Documentation:* *Offender housing records, offender classification records.*

| SELF-EVALUATION<br>Facility Personnel | GUIDELINES COMPLIANCE AUDIT<br>Monitoring Committee |
|---|---|
| Staff Signature(s): [signature] | Monitor Signature(s): [signature]<br><br>5/16/24<br>Date of Inspection |
| ☐ Compliance (List documentation)<br>☐ Non-Compliance (See plan of Action)<br>☐ Plan of Action Waiver Requested (Justification attached) | ☐ Compliance ☐ Plan of Action Acceptable<br>☐ Non-Compliance ☐ Plan of Action Unacceptable<br>☐ Not Applicable ☐ Waiver Acceptable<br>☐ Waiver Unacceptable |
| Prepare one of the following, as appropriate:<br>1) list of documentation to support compliance;<br>2) explain non-applicability of guideline;<br>3) explain plan of action waiver request.<br><br>Primary Documentation:<br><br>Secondary Documentation: | List deficiencies if guideline is non-compliance: |

LOUISIANA DPS & CORRECTIONS BASIC JAIL GUIDELINES CHECKLIST

PART II - SECURITY

II-A-012 Classification System
(reference 7/1/2009 BJG IV-001, ACA CJS 1-2A-16, 1-2A-17, Department Regulation B-02-001/IS-B-1)

Written policy, procedure, and practice provide for a written offender classification plan that includes custody required and assignment to appropriate housing. Offender management and housing assignment considers age, gender, legal status, custody needs, special problems and needs, and behavior. All offenders are classified using an objective classification process that at a minimum:

- Identifies the appropriate level of custody for each offender;
- Identifies appropriate housing assignment;
- Identifies the offender's interest and eligibility to participate in available programs.

*Comment:* *None*
*Protocol:* *Written policy and procedure. Classification forms and formats. Offender handbook. Offender orientation materials. Classification plan.*
*Documentation:* *Offender housing records, offender classification records.*

| SELF-EVALUATION<br>Facility Personnel | GUIDELINES COMPLIANCE AUDIT<br>Monitoring Committee |
|---|---|
| Staff Signature(s): [signature] | Monitor Signature(s): Lt Col [signature]<br><br>Date of Inspection 7/21/23 |
| ☐ Compliance (List documentation)<br>☐ Non-Compliance (See plan of Action)<br>☐ Plan of Action Waiver Requested (Justification attached) | ☐ Compliance ☐ Plan of Action Acceptable<br>☐ Non-Compliance ☐ Plan of Action Unacceptable<br>☐ Not Applicable ☐ Waiver Acceptable<br>☐ Waiver Unacceptable |
| Prepare one of the following, as appropriate:<br>1) list of documentation to support compliance;<br>2) explain non-applicability of guideline;<br>3) explain plan of action waiver request.<br><br>Primary Documentation:<br>P-1 Policy and Procedure<br>P-2 Policy and Procedure<br><br>Secondary Documentation:<br>S-1 Classification/Custody<br>S-2 Offender Handbook | List deficiencies if guideline is non-compliance: |

# Primary

# 1

**POLICIES AND PROCEDURES**

CATAHOULA PARISH SHERIFF'S OFFICE
**SHERIFF TONEY EDWARDS**
**WARDEN TREVOR MCDONALD**

---

TITLE: **Classification System**

**BJG II-A 012**

---

Policy:
Catahoula Correctional Center staff will implement and complete classification procedures on inmates admitted to the Catahoula Correctional Center to ensure fair and consistent determination of the individual security and programs needs of the offenders.
Classification procedures will be completed by assigned staff within 10 days from the time each inmate is received under management and housing assignment considers age, gender, legal status, custody needs, behavioral issues, and other unique needs or issues as they arise. All inmates are classified using an objective classification process that at a minimum: Identifies the appropriate level of custody for each offender, identifies appropriate housing assignment, and identifies the offender's interest and eligibility to participate in available programs.

## Procedure:

1. The classification specialist will complete interim classification procedures including verification and information within 48 hours from the time an offender is admitted (excluding weekends).
2. The classification specialist will assign inmate to the security classification determined by verified scores calculated by interim classification procedures.
3. Classification specialist will maintain a list of offenders who have had interim classification procedures completed, and are ready to be classified.
4. The Captain of Security or Chief of Security will separate the offenders by risk, security level, and PREA designation.
5. Classification decisions made by the Chief of Security will be reviewed by the Deputy Warden.
6. Offenders will have the right to appeal classification decision made by the Chief of Security to the Warden.
7. The Chief of Security will make arrangements for the inmate to be moved to his appropriate housing area, if different.
8. The Chaplain will interview the inmate(s) to determine the eligibility of 18-20 years old for Title 1 Program.
9. A copy of the classification results will be given to the Control Center personnel to ensure the inmate is properly assigned and identified in the computer as the classification, housing and job assignment.

10.When inmate(s) is admitted to the Catahoula Correctional Center, they will be notified of the rules & procedures at CCC.
11. The Chief of Security will ensure that the list of inmate(s) watch & sign stating that they have reviewed the PREA video.
12. When inmate(s) is admitted to CCC and property is searched and inventoried, inmate will sign inventory form.
13. The Chief of Security will ensure that inmate(s) receive haircuts.
14. The Chief of Security will ensure that inmate(s) receive showers.

TREVOR MCDONALD, WARDEN

12-19-24
Date

# Primary

# 2

**POLICIES AND PROCEDURES**

CATAHOULA CORRECTIONAL CENTER

**SHERIFF TONEY EDWARDS**
**WARDEN TREVOR MCDONALD**

TITLE: **CLASSIFICATION FOR TRUSTEES** **(BJG II-A-012-1)**

---

**POLICY:**

It is the policy of Catahoula Correctional Center to ensure fair and consistent determination of offenders for work details such as offsite Road Crews as well as onsite details within the facility.

**DEFINITION:**

CLASSIFICATION OF TRUSTEES BOARD: Warden, Deputy Warden, Chief of Security, Captain of Security, Classification Officer and Medical Staff (LPN).

**PROCEDURE:**

1. Classification Officer deems whether or not the offender has any open detainers or holds that may keep the offender from becoming a trustee.

2. Captain determines by offenders' LARNA Score, offender class, and amount of time whether or not the offender can be trustee. The offender' class should not to exceed (5) convictions.

3. Chief of Security reviews the offenders' file to determine what charges the offender was convicted of and the amount of time the offender has left on sentence that should not to exceed: **A-** <8 yrs. for **offsite trustees**; **B-** 9 to 12 yrs. for **inside/outside of perimeter**; **C-** 12 yrs.< **inside secured perimeter**. The Chief of Security will also look at any and all of offender's discrepancies since being incarcerated such as disciplinary write ups and medical claims.

4. Deputy Warden examines the offenders' file to check for any escapes, attempted escapes that may have happened in the offenders past seven years of incarceration. The Deputy Warden will also review any and all that has already been reviewed by Classification, Captain of Security and Chief of Security.

5. Warden inspects the offenders' file for any discrepancies that may have been missed by anyone prior to him receiving the offenders' file.

6. Medical LPN deems whether or not the offender in question is medically capable of performing the job duties that is in question for that offender.

7. After reviewing the offenders' file, a face-to-face interview will be held with offender by a Review Board consisting of 3 persons that are on the Classification Process Board.

8. **Classification of Trustees** will consist of **3 Levels: (Level #1 Trustee, Level #2 Trustee, and Level #3 Trustee)**

9. **Classification Levels** of the Trustees will be determined by the following criteria:
   **1.** Length of Sentence
   **2.** Criminal History
   **3.** Work History

## Description of Trustee Levels:

1. Level #1 Trustees will be allowed to work outside the gates of the compound which includes **Road Crew**, **Grass Crew**, and **Maintenance**.
2. Level #2 Trustees will be allowed to work **NEAR** the outside gates, but **CAN NOT** go outside of the perimeter.
3. Level #3 Trustees will **ONLY** be allowed to work inside the building of the compound. They **WLL NOT** be allowed to work **NEAR** security gates which leads outside of the compound.

Trevor McDonald, Warden
Catahoula Correctional Center

12-19-24
Date

# Secondary

# 1

Anderson, Corey
( INMATE NAME )

511215
( INMATE NUMBER )

A-Dorm
( INMATE LOCATION )

FROM : RECLASSIFFICTION BOARD

NATURE OF REQUEST (T-from Med - Min) CHANGE OF CUSTODY STATUS

_______________ CHANGE OF WORK ASSIGNMENT

✓ JOB REQUEST (Kitchen orderly)

* * * * * * * * * * * * * * * * * * * *

HEARING RESULTS

_______ REQUEST APPROVED/NEW CUSTODY _______

_______ NO ACTION/HEARING RESCHEDULED _______

_______ DENIED AT DISCRETION OF BOARD _______

_______ REQUEST DENIED ( SEE REASON INDICATED BELOW )

* * * * * * * * * * * * * * * * * * * * * * *

REASON FOR DENIAL

_____ OFFENDER STATUS

_____ POOR CONDUCT RECORD

_____ POOR INSTITUTIONAL RECORD

_____ BEIEF PERIOD OF INCARCERATION

_____ LENGTH OF TIME REMAINING ON SENTENCE

_____ SERIOUSNESS OF CURRENT CHARGE

_____ PHYSICAL HEALTH OF MENTAL HEALTH REASONS

_____ CURRENT DETAINER(S) FILED AGAINST YOU

_____ ESCAPE CHARGE(S) AND/OR OTHER CONVICTIONS

_____ OTHER _______________

[signature] (yes)
WARDEN APPROVAL

Cpt. [signature] (yes)
CAPTAIN

[signature], asst warden (yes)
ASSISTANT WARDEN

W. Savage, Major (yes)
CHIEF OF SECURITY 2/13/2024

Chrystal Breland LPN (yes)
NURSE SIGNATURE

_______________
CLASSIFICATION

CPt J. Rollins (yes)

# CATAHOULA CORRECTIONAL CENTER

Booking Sheet: CCC0000010399 Page: 1

ID #: 511215
Name: ANDERSON, COREY
Address: 2112 THOMAS H DELPIT
BR, LA 708020000
Phone(Home/Business): (225) 357-8662 (225) 328-8452



DOB: [redacted]1987 Age: 36 YRS Height: 5- 3
Race: B Sex: M Weight: 130
Eyes: BRO Ethnicity: N Appearance:
Hair: BLK Resident: R Build:
Scars/Marks/Tattoos: Complexion: Birth Place:
Employer: FBI ID: IdentA: 511215
SSN: PRIVATE DL No.: LA State ID: Religion:

Booking Date: 10/23/23 Time: 8:54 Transfer(Y/N)? Facility: CCC
Arrest Date: 10/23/23 Time: 0:00 Booking Officer: 01205 FORTUNE, DONTAY
Arresting Agency: Cell Assignment: INTAKE
Officer: EHCC Name not found Status: Class: MED
Location: Hold Reason: Court Date:
HARRISONBURG LA Holding For:
Searched By: Phone Call: N Sentence Date: / /
CLOTHING: NCIC: CCC HBK: Scheduled Release: / / 0:00
METAL: WARRANT: ID ISSUED: Probation Off./Atty.:
PAT: PRINTS: Bondsman:
STRIP: PHOTO: Supplemental To:
CAVITY: ICE NAT HB Drug Screen:

Cash: $0.00 Vehicle Information:
Vehicle Location:
Property Description: Property Location:

## OFFENSES

| Seq.No.: | Code: / Statute (RSA) / Reference Number: | Description: / Incident Number | Warrant Number | Court / Fel/Misd | Bond Amt: / Fine Amount: | Bond Type: |
|---|---|---|---|---|---|---|
| Notes: | | | | | | |
| 1 | NONE | NONE | | 01JD 1 / M | 0.00 / 0.00 | |

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
## CONDUCT REPORT
## Catahoula Correctional Center

NAME: ____________________

DOC: ____________

DATE: ____________

**REPORT** **BOARD ACTION**

| No. | Incident Date | Rule No. | Hearing Date | | Reprimand | Extra Duty | Isolation | Loss of G.T. | Rec. Change | Loss of Privilege | Rest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

1. CONTRABAND
2. UNATHORIZED ITEM(S)
3. DEFIANCE
4. DISOBEDIENCE
5. AGG.DISOBEDIENCE
6. DISORDERLY CONDUCT
7. DISRESPECT
8. ESCAPE
9. DELETED
10. FIGHTING
11. AGG.FIGHTING
12. GAMBLING
13. INTOXICATION
14. MALINGERING
15. RESCINDED
16. PROP. DESTRUCTION
17. SELF-MUTILATION
18. AGG. SEX OFFENSE
19. THEFT
20. UNATH. AREA
21. UNSANITARY PRAC.
22. WORK OFFENSE
23. AGG. WORK OFFENSE
24. DISTURBANCE

# CATAHOULA CORRECTIONAL CENTER INITIAL CLASSIFICATION FORM

RECEIVED FROM: Hunt Correctional Center DATE: 10/23/23

| DOC # | INMATE NAME | CUSTODY | HOUSING |
|---|---|---|---|
| 511215 | Corey Anderson | Medium | ~~I Dorm~~ A-Dorm |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Cpt. Patricia Stott
COS SIGNATURE

W. Savage, Admin Captain
COS SIGNATURE
10/23/2023

DATE: 01/03/24 DPS&C CORRECTIONS SERVICES TIME: 09:42
AMENDED: 10/24/23 MASTER RECORD PAGE 1

---------------------------- D E S C R I P T I O N ----------------------------

DOC #..: 00511215 CURRENT LOC: CATAHOULA CORR. CENT
NAME: ANDERSON, COREY B/M DOB.......: [redacted]1987

SID NUMBER: 002398840 FBI NUMBER: 694031FC6 SOC.SEC....: [redacted]
DRIVER LIC: 00000008926659 - LA STRIKE.....: NO
HGT.......: 5`03 WEIGHT....: 130 HAIR.......: BLACK
EYES......: BROWN COMPLEXION: FAIR/LIGHT SHOE SIZE.: 080

********************* R E L E A S E I N F O R M A T I O N ******************

DN DNA: Y
OFFENDER CLASS: 01 GT ACT.: ACT1099 TEST DATE: 05/01/2008
WRED: 04/03/2030
PED: NOTELG DS ...: 03/28/2032 FTD: 09/28/2036
ECC DATE: / / ADJUSTED.: 04/03/2031

PB ACTION..: TOTAL SENTENCE
MS ON TOTAL LOSS OF GT 030YRS/ 00MTH/ 00DAYS
TYPE ACTION: TO DATE:
ACTION DATE: RESTORED: 0
CTRP Release Factor: 410 DAYS
COMMENTS: CC: CTRP ADDED- PRE REL- URAF- LIB 1- MAXED OUT.

DETAINER: N DETAINER INFO:

WARRANT.: WARRANT DATE.: WANTED FLASH.:

-------------------- O F F E N S E I N F O R M A T I O N --------------------

SEX OFFENDER..: N
CVNR..: Y

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06CR523 | SJB | NA | 03/17/08 | / | ARMED ROBBERY | 001 | 0250000 | NA | | 099 | 0535 |
| 06CR523 | SJB | NA | 03/17/08 | / | ARMED ROBBERY USE | 001 | 0050000 | CS | | 099 | |

DOC #..: 00511215 NAME..: ANDERSON, C PG 2

------------------------------- A L I A S -------------------------------

COREY D ANDERSON [redacted]/87
DEWAYNE ANDERSON [redacted]/87

MISCELLANEOUS SSN(S)

---------------------

NONE FOUND

********************* E M E R G E N C Y   C O N T A C T **********************

EMERGENCY CONTACT: OKAWAYNE GREEN RELATION.......: GRANDMOTHER
EMERGENCY ADDRESS: 2112 THOMAS H DELPIT DR EMER.CITY/ST: BATON ROUGE LA
EMERGENCY ZIPCODE: 70802 EMERGENCY PHONE: (225) 357-8662

------------------------- P E R S O N A L   D A T A --------------------------

ADDRESS..:2112 THOMAS H DELPIT BATON ROUGE, LA 70802
BIRTH CITY: BATON ROUGE ,LOUISIANA CITIZEN..: YES
MARITAL ST: SINGLE CHILDREN: 00 RELIGION..: BAPTIST
EDUCATION.: GC YRS. ELOC....: 3 GOVT ASST.:
OCCUPATION: CONSTRUCTION WORKER (GENERAL)
MOTHER`S NAME: ALETHEA ANDERSON FATHER`S NAME: ANTHONY JACKSON DEC

-------------------- S C A R S - M A R K S - T A T T O O S --------------------

MARK/INFIRMITY.1: LITERAL: THREE TATTOOS
MARK/INFIRMITY.2: TAT LF ARM LITERAL: OUTLAW
MARK/INFIRMITY.3: TAT RF ARM LITERAL: BOTTOM BOY
MARK/INFIRMITY.4: LITERAL:
MARK/INFIRMITY.5: LITERAL:

------------------- T R A N S F E R   I N F O R M A T I O N -------------------

| ASSIGNED LOCATION | PHYSICAL LOCATION | FROM DATE | TYPE SUPV |
|---|---|---|---|
| BATON ROUGE DISTRICT | BATON ROUGE DISTRICT | 06/26/06 | I INVESTIGATION |
| BATON ROUGE DISTRICT | BATON ROUGE DISTRICT | 09/27/06 | B NEW CONVICTION/COMMI |
| OAS/SOUTH JAILS | ST. JOHN-BAPTIST S WA | 03/17/08 | A COMMIT/PROB/GTPS/PAR |
| HUNT RECEPTION AND DI | HUNT RECEPTION AND DI | 04/21/08 | A TRANSFER (INTRA DIVI |
| RAYMOND LABORDE CORRE | RAYMOND LABORDE CORRE | 05/12/08 | A TRANSFER (INTRA DIVI |
| ALLEN CORR CTR | ALLEN CORR CTR | 11/22/10 | A GEOGRAPHICAL |
| OAS/SOUTH JAILS | ALLEN CORRECTION CENT | 08/01/16 | A ADMN |
| OAS/SOUTH JAILS | AVOYELLES MARKSVILLE | 07/12/17 | A TRANSFER (INTRA UNIT |
| OAS/SOUTH JAILS | CATAHOULA CORR. CENTE | 02/28/22 | A TRANSFER (INTRA UNIT |
| OAS/SOUTH JAILS | LAFOURCHE PARISH CORR | 05/15/23 | A ADMN |
| OAS/SOUTH JAILS | CATAHOULA CORR. CENTE | 10/23/23 | A TRANSFER (INTRA UNIT |

CCC01

--------------------------

PRINTED BY 01/03/24

Johnson, Kendrick — (INMATE NAME)

630105 — (INMATE NUMBER)

I. Dorm — (INMATE LOCATION)

FROM: RECLASSIFICATION BOARD

* * * * * * * * * * * * * * *

Nature of Request

med-min Change of Custody Status

_______ Change of Work Assignment

_______ Job Request

* * * * * * * * * * * * * * *

Hearing Results

_______ Request Approved/New Custody _______

_______ No Action/Hearing Rescheduled _______

_______ Denied at Discretion of Board _______

_______ Request Denied (See reasons indicated below)

* * * * * * * * * * * * * * *

REASON FOR DENIAL

_______ Offender Status

_______ Poor Institutional Record

_______ Poor Conduct Record

_______ Length of Time Remaining on Sentence

_______ Brief Period of Incarceratio

_______ Physical Health of Mental Health Reasons

_______ Seriousness of Current Charg

_______ Escape Charge(s) and/or Other Convictions

_______ Current Detainer(s) Filed Against Yo

_______ Other _______

Pat Boot
WARDEN'S APPROVAL

Patricia Stott
CAPTAIN

[signature]
ASSISTANT WARDEN

[signature]
CHIEF OF SECURITY

[signature]
LPN

Lt M [signature]
CLASSIFICATION

CATAHOULA CORRECTIONAL CENTER
CLASSIFICATION DEPARTMENT

DATE: 3/7/22

Christopher Lucia (INMATE NAME) 474706 (INMATE NUMBER) ______ (INMATE LOCATION)

FROM: RECLASSIFICATION BOARD

* * * * * * * * * * * * * * *

Nature of Request

Med to Min Change of Custody Status

______ Change of Work Assignment

______ Job Request

* * * * * * * * * * * * * * *

Hearing Results

______ Request Approved/New Custody ______

______ No Action/Hearing Rescheduled ______

______ Denied at Discretion of Board ______

______ Request Denied (See reasons indicated below)

* * * * * * * * * * * * * * *

REASON FOR DENIAL

______ Offender Status

______ Poor Conduct Record

______ Poor Institutional Record

______ Brief Period of Incarceration

______ Length of Time Remaining on Sentence

______ Seriousness of Current Charge

______ Physical Health of Mental Health Reasons

______ Current Detainer(s) Filed Against You

______ Escape Charge(s) and/or Other Convictions

______ Other ______

Pat Book
WARDEN'S APPROVAL

[signature]
CAPTAIN

[signature]
ASSISTANT WARDEN

[signature]
CHIEF OF SECURITY

[signature], LPN
LPN

[signature]
CLASSIFICATION

# Secondary

# 2

# C.C.C.

## CATAHOULA

## CORRECTIONAL

## CENTER

## HARRISONBURG, LA.

## INMATE RULE BOOK

## WARDEN: JEREMY WILEY

**REVISED: March 12, 2024**

**TABLE OF CONTENTS**
**Catahoula Correctional Center Inmate Rule Book**


INTRODUCTION ---5
**Part I Policies and Procedures ---6-15**
Initial Reception ---6
Identification ---6
Access to Staff ---6
Staff Sections ---6
Conduct ---6-7
Policies and Procedures ---7-8
Policy on Contraband ---8-9
Policy on Rights and Responsibilities
Rights ---9
Responsibilities ---9-10
Policy on Correspondence and Mail
Legal Mail ---10
Out-Going Mail ---10
In-Coming Mail ---10
Lost Property Claims ---10-11
Inmate Counsel Substitutes ---11
Qualifications/Conduct ---11
Dorm Representative ---11
Qualifications ---11-12
Opportunities for Self-Employment/Improvement ---12
Work Release/Halfway House ---12
Geographical Transfers ---12
Master Prison Record (Rap Sheets) ---12
Visitation ---13
Funeral Trips ---13
Items Allowed in Inmate's Possession ---13-14
Items Not Allowed in Inmate's Possession ---14
Administrative Remedy Procedures (ARP, Grievance) ---14-15
Medical/Dental/Psychiatric/Medication Co-Payment ---15
**Part II Definitions ---16-18**
Administrative Segregation ---16
Appeal ---16

1) Contraband ---26-28
1a) Unauthorized Items ---29
**Part IV Disciplinary Rules cont............ 30-49**
2) Defiance ---30
3) Disobedience --- 31
4) Disobedience, Aggravated ---32
5) Disorderly Conduct ---32
6) Disrespect ---33
7) Escape ---33
8) Fighting ---35
9) Fighting, Aggravated ---35
10) Gambling ---35
11) Intoxication ---36
12) Property Destruction ---36
13) Radio or CD Player Abuse ---37
14) Self-Mutilation ---38
15) Sex Offenses, Aggravated ---39
16) Theft --- 41
17) Unauthorized Area ---41
18) Forgery --- 41
19) Unauthorized Area ---42
20) Unsanitary Practices ---42
21) Work Offenses ---43
22) Work Offenses, Aggravated---44
23) Disturbance --- ---44
24) General Prohibited Behavior ---45
**Part IV(B) Offender Rights & Responsibilities --- 50**
**Part VI Parole in Louisiana --- 51-53**
Planning for Parole ---52
Louisiana Committee on Parole ---52
The Parole Process ---52
Parole Plan ---52
Pre-Parole Investigation ---52-53
Parole Hearing ---53
Misconduct While Incarcerated-A Large Detriment --- 53
Offender-Personal Appearance ---53
Victim Participation ---53-54
Rescission ---54
Parole Supervision ---54
Warrant for Arrest (for alleged violations of conditions of supervision) ---54

## PART I POLICIES AND PROCEDURES:

### INITIAL RECEPTION:

Upon assignment to the Catahoula Correctional Center each inmate will be in-processed through the Booking/Classification office. During this procedure your personal property will be inspected and you will be given a receipt for items taken (not allowed in the dorms) and any open containers will be disposed of. For medical and sanitation reasons you will be given a haircut and a shower. You will be issued a jumpsuit and other items that must be signed for. This facility will store one suit of clothing for you. All other personal property must be disposed of within 30 days. See pages 13 & 14 of this document and canteen list for list of personal items allowed. Any questions you have about what items (and the amount) you may have in the dorms should be answered during your intake process. Any type of contraband found on you or in your locker will be taken and you will be taken to disciplinary court. You will be assigned to a specific dorm and bed. No changes in dorm or bed will be permitted without approval of a shift lieutenant.

### IDENTIFICATION:

All inmates at the Catahoula Correctional Center will be issued a picture ID card. This ID will be carried at all times and the destruction of this ID will result in disciplinary action. Any type of inmate identification which is brought in by the inmate from other correctional facilities must be turned in during processing.

### ACCESS TO STAFF:

The staff at Catahoula Correctional Center are trained and required to conduct themselves as professionals at all times. Any questions to serious problems you may have should be brought to their attention and they will attempt to resolve these for you. The relationship between inmates and staff must be one of mutual cooperation and respect, which will ensure a safe and professionally run facility. Inmates can request to see or receive assistance from staff members by talking to the officers on the shift, submitting an Inmate Request Form to the shift supervisor or by dropping an Inmate Request Form in the inmate request box by the chow hall. Any inmate who fears for his safety should advise the staff officers on duty as soon as possible. Your safety and the safety of the staff are of the utmost importance to us.

### STAFF SECTIONS:

Warden
Assistant Warden
Colonel
Chief of Security (Major)
Captain(s)
Administration/Records

Commissary
Supply
Food Service
Shift Supervisors
Transportation

Classification
Medical
Inmate Accounts
Chaplain

### CONDUCT:

A complete copy of the Inmate Rule Book will be posted in each dorm of this facility and/or all inmates will be issued one during their initial intake process. You are required to read and follow these rules. All rules, policies and regulations are very simple and easy to understand. Any

16) The security telephones outside the dorm areas are off limits to all inmates at all times.
17) Any inmate going outside the dorm areas, out on work details or outside the facility shall be in proper uniform. The exception is with permission of the Warden.
18) All male inmates are to be clean-shaven each day and have a neat haircut. Hair may be no longer than two (2) inches. Male inmates may have beards but they must be kept neat and trimmed.
19) No inmate will lounge around the inmate intake area at any time.
20) Every inmate is responsible for the possessions in his/her living area. Check areas when you move into them and report any contraband to the staff.
21) You are required to advise the staff of anything broken such as faucets, commodes, etc.
22) All inmates must have their ID card on their person when outside their dorm area.
23) All inmates will be inside the facility by dark except by permission of the Warden. Any inmate out after dark will be escorted by an officer.
24) Special Request: To see the sheriff, wardens, district attorney or the judge you will make a written request and give it to the staff. No inmate is to stop any of these individuals to inquire about rap sheets, master prison records, time, etc. If you have a problem or question make a written request and give it to a staff member, he/she will place it in the chain of command and an officer will get in touch with you.
25) All property in the possession of an inmate must be kept in the drawer assigned to his/her bunk. Only shoes may be stored under his/her assigned bunk. Items stored under the mattress will be considered contraband and will be disposed of.
26) Inmates' personal property drawers assigned to them should be kept locked when not in use. The locks will be kept "locked" to the bunk at all times.
27) Inmates will not talk in the chow hall.
28) Inmates will not give food away or trade food in the chow hall.
29) Dorm inspection will be conducted once daily at approximately 8:30 am. During these inspections the inmate population is expected to:
    A. Be sitting on their bunks
    B. Not engaged in conversation
    C. Inmate will pull up each end of his/her mattress so the inspecting officer can see under it.
30) Major head counts will be conducted at 5:00 am, 10:00 am and 5:00 pm. During major head counts all inmates are to be sitting on their bunks ready to be counted. There will be no talking and no radio playing.
31) This facility has an inmate barber in each dorm that will cut hair in the dorm's interlock.
32) Offenders cannot be given custodial authority over other offenders.

**POLICY ON CONTRABAND:**

No inmate shall have under his/her immediate control any drugs (such as but not limited to heroin, LSD, amphetamines, barbiturates, marijuana or synthetic marijuana), unauthorized medications, alcoholic beverages, yeast, tattoo machine or tattoo paraphernalia or syringes. No weapons (such as but not limited to knifes, firearms or pipes) or any item not permitted by

of other inmates to use the material.

8) You have the responsibility to use reading materials properly and not deprive others of the right to use the materials.
9) You have the responsibility to take advantage of such activities, which may help you, live a successful and law abiding life within the facility and the community. You are expected to abide by the Catahoula Correctional Center policies and regulations.

**POLICY ON CORRESPONDENCE AND MAIL:**

**LEGAL MAIL:**

Legal mail is correspondence between inmates and the judicial system, judges, clerk of courts, attorneys, elected government officials, district attorneys' offices and officials of the grievance system. Mail to grievance officials must be marked as such. In-coming legal mail will be opened only in the inmate's presence and checked for contraband. Out-going legal mail will be sealed by the inmate and delivered to the postal system that way. Correspondence with La. Department of Corrections, La. Department of Safety, various tax offices, welfare offices, medical offices, law enforcement's offices, etc. are not considered legal mail.

**OUT-GOING MAIL:**

All out-going mail will be properly addressed and have the correct postage and placed in the mailbox by the chow hall. This facility reserves the rights to inspect any outgoing mail (except legal mail). Out-going mail will be delivered daily, Monday-Friday, to the Harrisonburg Post Office prior to the 5:00 pm pick up time.

**IN-COMING MAIL:**

All incoming mail will be picked up daily, Monday-Friday except holidays, opened and inspected for contraband and delivered to the dorms that same day. A receipt for money orders will be given to inmates and the money order will be deposited into the inmate's account. Personal checks will not be accepted. U.S. Postal money orders are the preferred method of money transfers. Inmates may receive newspapers, soft-back books and magazines from the publishers ONLY as long as they are within the guidelines of what is allowed in this facility. Any item(s) received in the mail not in line with the above guidance will be considered contraband and disposed of as such. This facility will not furnish return postage on these. Any inmate receiving items that are allowed in the dorm in limited quantities must keep those items at or below the allowed amount. Example: you are allowed 3 pairs of shoes and have 3 on hand and you receive an additional pair you must disposed of one pair or you will be guilty of having contraband in your possession. If you have any questions on what can be received through the mail write a request to the mailroom for clarification before you have something mailed to you.

**LOST PROPERTY CLAIMS:**

The purpose of this section is to establish a uniform procedure for handling "lost property claims" filed by inmates of this facility. Under no circumstances will an inmate be compensated for any loss which results from the inmate's own acts or for any loss resulting from bartering, trading, selling to, or gambling with other inmates. When an inmate suffers a loss of personal property, he/she may submit a claim to the Warden on a Lost Personal Property Claim Form. The

3) Must have a clear understanding of all facility rules, policies and procedures
4) Must be able to form ideas and relate these ideas to both the inmates and facility staff.
5) Must be able to set the standards of conducts for all inmates within his/her dorm. If an elected dorm rep. does not meet and/or keep the above qualifications, the Warden may remove him/her from office. A new election will be held in the dorm.

**OPPORTUNITIES FOR SELF-EMPLOYMENT/ IMPROVEMENT:**

1) Non-discriminatory treatment: The Catahoula Correctional Center staff abides by the following policies:
   A. Inmates are not subject to any form of discrimination based on race, religion, national origin, sex, political belief or handicap.
   B. All administration and program decisions (educational, vocational and/or work assignments) are made without discrimination.
2) Academic/Work program:
   A. Tutoring—a program designed to help any inmate to achieve sufficient skills to prepare him/her to become involved in the GED program.
   B. GED—a program designed to enable any inmate to graduate.
   C. Work Assignments—Inmates who meet the facility criteria may apply for trustee status and be assigned a work detail.

**WORK RELEASE/HALF WAY HOUSE:**

Inmates are not automatically entitled to be recommended for assignment to a halfway house or work release program. Only those inmates demonstrating the highest standards (work and conduct) will be recommended. An inmate who has been at this facility for 90 days without a write-up and has held a job for at least 60 days may **submit a request to Classification** requesting to be screened for assignment to a half-way house or work release. Note: the inmate must have a Master Prison Record (rap sheet) before he/she can be considered. If the inmate is eligible and the Warden approves the request, it will then be forwarded to DOC where the inmate's record will again be screened. The final decision on these assignments are made by the Secretary Department of Corrections.

**GEOGRAPHICAL TRANSFERS:**

Offenders should submit a request to the Warden to be considered for this transfer. However, a Geographical Transfer is not a guaranteed transfer.

**MASTER PRISON RECORD (RAP SHEETS):**

Inmates should submit a request form to the Booking Department (Capt. Price) in order to get a copy of their rap sheet.

**VISITATION:**

This facility does not approve contact visits, however minimum-security offenders are approved for such requests on a case-by-case basis.

(EXCEPT SHOES) MUST BE KEPT IN DRAWER OF INMATE'S ASSIGNED BUNK.

**NOTICE:**

**Louisiana Revised Statue 15:866.2** provides that any property which you leave within the Catahoula Correctional facility 90 days after your release and to which you make no claim shall be considered abandoned and will be disposed of in accordance with the law.

**ITEMS NOT ALLOWED IN INMATE'S POSSESSION:**

1) No open prepared food
2) No cash money
3) Nothing from the kitchen
4) No recorders
5) No medications or medical devices except those approved by medical staff
6) No aerosol or pressurized cans
7) No metal containers, glass items, binders or packaging
8) No pornography
9) No tobacco products

**ADMINISTRATIVE REMEDY PROCEDURES (ARP, GRIEVANCE):**

No grievance will be rejected because it is not on the standard form. However, no written communications will be accepted as a grievance unless it contains the phrase, "this is a grievance under the administrative remedy procedure". No one will stop an inmate from writing the warden or any other officer at C.C.C. The conditions in this document for acceptance of a grievance are only to make sure that incidents which cause a grievance are handled appropriately. All forms of communication to the warden will be handled, investigated and responded to as the warden thinks correct.

The DOC Disciplinary Rules and Procedures manual states "Offenders should always try to resolve their problems within the institution informally, before initiating the formal process. This informal resolution may be attempted by talking to the staff members, Unit Heads, etc. **if the inmate is unable to resolve his/her problems or obtain relief in this fashion, and he/she may initiate the formal process."**

Inmates must comply with this policy before their grievance will be processed.

1) A grievance is a complaint. It must concern a rule, procedure or complaint of misconduct by an officer in administration such rules or procedures. A personal dispute between inmates and employees is not considered grounds for a grievance.
2) Procedures to file a grievance:
   A. Attempt to resolve the matter informally
   B. Obtain an ARP Request Form from the Control Room Officer. Complete it fully and send it to the Deputy Warden.
   C. If the Deputy Warden feels that you have made a good-faith effort to resolve your problem, he will send you a grievance form to be completed.
   D. Fill out and submit to any staff member or deposit it in the mailbox by the chow hall within thirty days of the incident.

**CLASSIFICATION:**

A process for determining the needs and requirements of those for whom confinement has been ordered and for assigning them to housing units, work assignments and programs according to their needs and existing resources. Classification Board actions even if resulting from an incident handled in the disciplinary process is not disciplinary sanctions.

**CONFIDENTIAL INFORMANT:**

Person whose identity is not revealed to the accused inmate but who provided an employee(s) with information concerning misbehavior or planned misbehavior.

**CONSPIRACY:**

Two or more persons working in combination for the specific purpose of violating any disciplinary rule.

**COUNSEL AND COUNSEL SUBSTITUTES:**

**Counsel** is an attorney at law of the inmate's choice who must be retained by the inmate. **Counsel substitutes** are persons not admitted to the practice of law but inmates who aid and assist (without cost) an accused inmate in the preparation and presentation of his/her defense and/or appeal. Counsel substitutes are only those inmates appointed by the warden or his designee.

**CUSTODY:**

The type of housing and the level of supervision required for an inmate. Custody assignment will reflect public safety as the first priority, staff and inmate safety within the institution as the second priority and then institutional or inmate needs.

**DISCIPLINARY DETENTION/EXTENDED LOCK DOWN:**

Maximum security area for confining inmates.

**DISCIPLINARY DETENTION/ISOLATION:**

A punitive holding area where inmates are temporarily confined in a restricted situation after being so sentenced by the Disciplinary Board.

**DISCIPLINARY REPORT:**

A report on the approved form filed by an employee who has reason to believe that an inmate(s) has violated one or more disciplinary rules. Disciplinary reports may be heard by the Disciplinary Officer or the Disciplinary Board.

**HEARINGS:**

A fair and impartial review conducted by the Disciplinary Officer or the Disciplinary Board.

**INVESTIGATION REPORT:**

count procedure, off-limit areas and ID card policy. Posted polices must be distributed and posted in such a manner that inmates are placed on notice as to what behavior is required or forbidden and the actions that me be taken should the policy be violated.

**PROTECTIVE CUSTODY/EXTENDED LOCK DOWN:**

A classification utilized when an inmate has a verifiable need of protection.

**SANCTIONS:**

A disciplinary penalty.

**SECURITY:**

The physical construction characteristics of the facility in terms of perimeter security, building construction type and internal movement controls.

**SEGREGATION:**

Generic terms used to encompass Administrative Segregation, Protective Custody and Disciplinary Detention.

**NOTE:**

The term "employees" as used herein refers not only to an employee of the Catahoula Correctional Center, but also to any individual having the authority to exercise supervision over an inmate; (such as but not limited to a teacher, an employee of a contractor, etc.).

## PART III DISCIPLINARY PROCEDURES:

**GENERAL SEGREGATION GUIDELINES—MENTAL HEALTH:**

A mental health professional (as defined by the designated health care authority at the institution), must document a personal interview with any inmate who remains in Administrative Segregation, Protective Custody or Disciplinary Detention for more than 30 consecutive days. A mental health assessment must be made at least every three months thereafter if confinement is continuous.

**ADMINISTRATIVE SEGREGATION GUIDELINES:**

An inmate whose continued presence in the general population poses a threat to life, property, self, staff, other inmates or to the security or orderly running of the institution, or who is the subject of an investigation conducted by non-institutional authorities, may (with the approval of the highest ranking supervisor on duty in the unit where the incident occurred), be placed in administrative segregation until his/her appearance before the Disciplinary Board or Classification Board. The supervisor, before the conclusion of his/her tour of duty, will review documentation for completeness, correctness and investigate as needed to confirm reasonableness of the allegation or circumstances prompting placement. Inmates pending possible transfer to another facility or pending assignment or re-assignment within this institution may be held in Administrative Segregation. Inmates in Administrative Segregation pending such transfer will be entitled only the privileges allowed other inmates in Administrative Segregation.

**DISCIPLINARY DETENTION/ISOLATION:**

A determinate period of lockdown that is characterized by a limit of 10 consecutive days without a 24-hour break or no more than 20 days in a 30-day period. After 10 consecutive days in Disciplinary Detention/Isolation, the inmate must be released for a period of time not less than 24 hours. No inmate may be confined in Disciplinary Detention/Isolation except by action of the Disciplinary Board on the Basis of a Disciplinary Report. Inmates in Disciplinary Detention/Isolation shall be allowed to receive all correspondence and to originate correspondence. Inmates in Disciplinary Detention/Isolation will be allowed: visits, clean clothing on a scheduled basis; toothbrush and toothpaste; sufficient heat, light and ventilation; toilet facilities and the same meals as other inmates.

**PROTECTIVE CUSTODY/EXTENDED LOCKDOWN:**

Utilized for an inmate in need of protection. A Disciplinary Board or Classification Board hearing is not necessary when an inmate has signed a written request for protection and is transferred to Protective Custody/Extended Lockdown by the Disciplinary Officer/Disciplinary Board or Classification Board. Inmates in protective Custody/Extended Lockdown should be reviewed by an appropriate review board for possible release to a less restrictive status at least every 7 days for the first 2 months and every 30 days thereafter.

**HEARINGS/DISCIPLINARY BOARD:**

Before the hearing can begin accused inmates must acknowledge that they are familiar with their rights as follows:

1) The right to present evidence and witnesses in his/her behalf and to request cross-examination of the accuser provided such requests are relevant, not repetitious, not unduly burdensome to the institution or not unduly hazardous to the staff or inmate safety. (The Board has the option of stipulating expected testimony from witnesses. In such a case the Board should assign proper weight to such testimony as though the witness had actually appeared.) The accusing employee <u>must</u> be summoned when the report is based <u>solely</u> on information from the confidential informants.
2) The right to Counsel Substitute for all alleged violations. The right to outside retained counsel only when the alleged violation is one for which the inmate could also be charged in a criminal court, e.g. possession of illegal drugs, rape, aggravated battery, etc.
3) The right to not be compelled to incriminate himself/herself.
4) The right to a written summary of the evidence and reasons for the judgment, including reasons for the sentence imposed, when the accused pled Not Guilty and was found Guilty. (This will usually appear on the finalized report.) The convicted inmate will automatically be given or sent a written summary.
5) The right to appeal consistent with appeal procedure as outlined.
6) The right to a hearing within 72 hours of placement in Administrative Segregation. Official holidays, weekends, genuine emergencies or good faith efforts by the administration to provide a timely hearing are the only exceptions. When it is not possible to provide a full hearing within 72 hours of placement in Administrative Segregation, the accused must be

bailiff cannot participate in deciding the case or the sentence and must not participate in the hearing at all when he/she is the accusing employee unless he/she is summoned to testify under cross-examination. The accused's record may be examined to discover a pattern of similar misbehavior or a pending suspended sentence. The record may be examined in order to determine an appropriate sentence

8) Following the deliberations the chairman will announce the verdict. If the verdict is guilty, the chairman will then announce the sentence. The board has full authority to suspend any sentence they impose for a period of up to 90 days.

## CORRECTING DISCIPLINARY REPORTS

A reviewing employee may change the rule number to fit the description prior to the hearing but should ensure that the accused gets a corrected copy of the report at least 24 hours before the hearing begins. Rule number(s) may be added if the offense is clearly described in the report. An incident may consist of several related events; however, each separate and distinct rule violation should be processed independently in the disciplinary system. Before the hearing begins, the board may change the rule number to match the description of alleged misbehavior, if necessary and also may change the rule number at any point prior to the deliberations, but should offer the accused a continuance to prepare the defense. It is the description of the conduct and not the rule number which determines the offense the continuance may be waived and does not necessarily need to be for 24 hours.

## EVIDENCE:

The Disciplinary Board shall carefully evaluate all evidence presented or stipulated. When the Disciplinary Report is based solely on information from a Confidential Informant(s), or from an inmate whose identity is known, it must be corroborated by witnesses (who may be other Confidential Informants), the record or the other evidence. The only time the accusing employee must be summoned for cross examination is when the report is based solely on information from Confidential Informants. In order for the accuser to attest to the reliability of the information received from a Confidential Informant, the informant must not have been unreliable in the past and must have legitimate knowledge of the present incident(s).

## SANCTIONS:

Sentences must fit the offense and the offender. An inmate with a poor conduct record may receive a more severe sentence than an inmate with a good conduct record for the same offense. Even so, serious offenses call for serious penalties. An inmate who violates more than one rule or the same rule more than once during an incident may receive a permissible sanction for each violation. After a finding of guilt for a new violation of a previously suspended sentence may be imposed as well as a new sentence. State and federal criminal laws apply to inmates. In addition to being sanctioned by prison authorities, inmates may also be prosecuted in state or federal court for criminal conduct. Restitution imposed in accordance with Catahoula Correctional Center policy is not a disciplinary penalty and may be assessed in addition to all other permissible penalties. An inmate who has established a documented pattern of behavior indicating that he/she is dangerous to himself/herself or others is a habitual offender. This includes an inmate who has been convicted of 3 major violations or a total of 5 violations in a 6 month period. Major

6) Forfeiture of Good Time—up to a maximum of 180 days for each violation, must be done by DOC
7) Quarter change
8) Job change
9) Custody changes from minimum to medium custody status. (Imposition of this sanction may include transfer to another institution.) Any quarters change, job change or other changes that may result from imposition of this sanction are not a separate penalty for purposes of this section unless expressly indicated as a sanction
10) Custody change from minimum or medium custody status to maximum custody status (disciplinary detention/extended lockdown, imposition of this sanction may include transfer to another institution.) Any quarters change, job change, or other changes that may result from imposition of this sanction are not a separate penalty for purposes of this section unless expressly indicated as a sanction
11) Loss of visiting, if the violation involves visiting, to be reviewed by the warden or his designee every 90 days.

PENALTY CLARIFICATIONS:

1) **Penalty Schedule-Incident Report (Heard by Disciplinary Board):** After a finding of guilt, the Disciplinary Board may impose sanctions as previously defined.
2) **Suspended Sentences:** The Disciplinary Officer or the Disciplinary Board may suspend any sentence they impose for a period of up to 90 days. The period of suspension begins on the date of sentence. When the time period has expired, the report itself remains a part of the record, although the sentence may no longer be imposed.
3) **Good Time:** An inmate is presumed to have earned his/her good time for the month on the first day of the month and may forfeit such good time at any point during the month.
4) **Appeals:** Lengthy appeals of disciplinary actions will not be accepted into the appeals process. It is necessary only that the inmate provide basic factual information regarding his/her case. Appeals that are too long will be returned to the inmate for summarization. The inmate will have five days from receipt to comply with the instructions and resubmit. It is important to remember that abuse of the system impairs our ability to respond to legitimate problems in a timely fashion.
5). **Appeals to the Disciplinary Board:**

An offender may appeal a case heard by the Disciplinary Officer only to the Disciplinary Board. As soon as the ruling is issued, the offender who wants to appeal must clearly say so to the Disciplinary Officer who will then automatically suspend the sanction and schedule the case for the Disciplinary Board.

The appeal hearing before the Disciplinary Board is a full hearing the same as any other hearing conducted by the Board. The Disciplinary Board cannot increase the sanction imposed by the Disciplinary Officer.

The appeal to the Disciplinary Board will the be the final appeal in a case heard by the Disciplinary Officer. No other appeals are allowed. The appeal from the Disciplinary Officer to the Disciplinary Board will constitute the final administrative remedy regarding the disciplinary decision. Decisions rendered by the Disciplinary Officer and appealed to the Disciplinary Board may not be appealed to the Warden or to the Secretary.

2. A custody change from minimum to medium if it involves transfer to another institution;
3. A custody change to maximum;
4. Failure to earn incentive wages.

In addition, appeals regarding restitution assessments may be submitted to the Secretary. The appeal of such assessments must be submitted in accordance with procedures outlined in Department Regulation No. OP-C-11 ("Imposition of Restitution").

The Secretary shall decide all appeals within eighty-five (85) days of the date of receipt of the appeal, and the offender shall be promptly notified in writing of the results unless circumstances warrant an extension of that time period and the offender is notified accordingly. Absent unusual circumstances, the Secretary shall only consider review of the sanction imposed of an offender who pled guilty.

| | | | |
|---|---|---|---|
| 1 | **Contraband (Schedule B)**<br><br>**Continued** | is clearly detrimental to the security of the facility. Cigarettes or other smoking materials are considered contraband. To smuggle or attempt to smuggle prohibited items into or out of the facility will be in violation of this rule.<br><br>The area of immediate control is an offender's person, his locker or storage area, his cell, his room, his bed, his laundry bag, his hobby craft and his assigned job equipment (such as, but not limited to, his desk, his tool box, or his locker at the job) or the area under his bed on the floor unless the evidence clearly indicated that it belonged to another offender. Contraband found in a common area cell shared by two or more offenders will be presumed to belong to all of them equally.<br><br>Any offender who is tested and has a positive reading on a urinalysis or breathalyzer test will be considered in violation of this rule. An offender who refuses to be tested or to cooperate in testing, as well as an offender who alters his urine specimen, will also be found in violation of this rule. Offenders unable to provide a urine specimen within three hours of being ordered to do so shall also be deemed to be in violation of this rule.<br><br>Any sketch, painting, drawing, or other pictorial rendering produced in whole or in part by a death row offender, unless authorized by the Warden of the institution, is also considered in violation of this rule. | • Failure to Earn Incentive Wages: Up to 12 months<br>• Loss of Hobby Craft: Up to 12 months<br>• Loss of Visiting Privileges: Up to 90 days<br><br>**Weapon**<br>• Disciplinary Segregation: Up to 180 days<br>• Forfeiture of Good Time: Up to 180 days<br>• Failure to Earn Incentive Wages: Up to 12 months<br>• Loss of Visiting Privileges: Up to 90 days<br>• Loss of Hobby Craft: Up to 12 months<br><br>**Cell Phone**<br>• Disciplinary Segregation: Up to 180 days<br>• Forfeiture of Good Time: Up to 90 days<br>• Failure to Earn Incentive Wages: Up to 12 months |

| | | | |
|---|---|---|---|
| 2 | **Unauthorized Items (Schedule A)** | An offender shall not have in his possession any item, object, or thing impermissible under prison and rules procedures. Said item, object, or thing shall not be considered a threat to the safety or security of the institution. | • Reprimand: At the discretion of the Board<br>• Loss of Electronic Media Player/TV: Up to 14 days<br>• Extra Duty: Up to 4 days<br>• Loss of Canteen Privileges: Up to 14 days<br>• Loss of Telephone Privileges: Up to 14 days<br>• Confinement to Dormitory, Room or Cell: Up to 14 days<br>• Failure to Earn Incentive Wages: Up to 3 weeks<br>• Loss of Yard or Recreation Activities: Up to 14 days<br>• Loss of Other Minor Privileges: Up to 14 days |

| | | | |
|---|---|---|---|
| 3 | **Defiance (Schedule B)**<br><br>**Continued** | | • Failure to Earn Incentive Wages: Up to 12 months |
| 4 | **Disobedience (Schedule A)** | Offenders must obey the posted policies for the facility in which they are confined. They must obey signs or other notices of restricted activities in certain areas, safety rules, or other general instructions. The only valid defense for Disobedience or Aggravated Disobedience is when the immediate result of obedience would be bodily injury. This defense includes incapacity by virtue of a certified medical reason. | • Reprimand: At the discretion of the Board<br>• Loss of Electronic Media Player/TV: Up to 14 days<br>• Extra Duty: Up to 4 days<br>• Loss of Canteen Privileges: Up to 14 days<br>• Loss of Telephone Privileges: Up to 14 days<br>• Confinement to Dormitory, Room or Cell: Up to 14 days |

| | | | |
|---|---|---|---|
| 7 | **Disrespect (Schedule A)** | Employees, visitors, guests, or their families shall not be subject to disrespectful conversation, correspondence, phone calls, actions, or gestures. Offenders shall address employees, visitors, guests or their families by proper title or rank or by "Mr.," "Mrs.," or "Miss," whichever is appropriate. | • Reprimand: At the discretion of the Board<br>• Loss of Electronic Media Player/TV: Up to 14 days<br>• Extra Duty: Up to 4 days<br>• Loss of Canteen Privileges: Up to 14 days<br>• Loss of Telephone Privileges: Up to 14 days<br>• Confinement to Dormitory, Room or Cell: Up to 14 days |
| 8 | **Escape or attempt to Escape (Schedule B)** | Note: All costs associated with an escape may be recovered through the appropriate Imposition of Restitution procedures.<br><br>A. Attempted Escape: The attempt to commit a simple or aggravated escape as defined herein.<br><br>B. Simple Escape: The intentional, unauthorized departure of an offender under circumstances in which human life was not endangered, including but not limited to: from the grounds of an institution, a designated area or place within an institution, the custody of a Corrections' employee while off the grounds of an institution or the custody of any | **Attempted Escape**<br>• Disciplinary Segregation: Up to 180 days<br>• Forfeiture of Good Time: Up to maximum of all good time earned on the portion of the sentenced served prior to the escape<br>• Failure to Earn Incentive Wages: Up to 12 months<br><br>**Simple Escape** |

| | | | |
|---|---|---|---|
| 9 | Rescinded | | |
| 10 | Fighting (Schedule B) | Hostile physical contact or attempted physical contact is not permitted. This includes fist fighting, shoving, wrestling, kicking, and other such behavior. Contact does not necessarily have to be made for this rule to be violated.<br><br>Self-Defense Clarification: Self-defense is a complete defense and can be established to the Board by the offender demonstrating that his actions did not exceed those necessary to protect himself from injury. | • Disciplinary Segregation: Up to 30 days<br>• Forfeiture of Good Time: Up to 90 days<br>• Failure to Earn Incentive Wages: Up to 12 months<br>• Loss of Hobby Craft: Up to 12 months<br>• Loss of Visiting Privileges: Up to 90 days |
| 11 | Fighting, Aggravated (Schedule B) | Offenders shall not fight with each other using any object as a weapon (including any liquid or solid substances thrown or otherwise projected on or at another person). When two or more offenders attack another offender without using weapons, the attackers are in violation of this rule, as are all participants in a group or gang fight. The use of teeth will also be sufficient to constitute a violation of this rule. No offender shall intentionally inflict serious injury or death upon another offender. Contact does not necessarily have to be made for this rule to be violated.<br><br>Self-Defense Clarification: (Refer to clarification under Rule No. 10). | • Disciplinary Segregation: Up to 180 days<br>• Forfeiture of Good Time: Up to 90 days<br>• Failure to Earn Incentive Wages: Up to 12 months |
| 12 | Gambling (Schedule B) | No offender shall operate or participate in any game of chance involving bets or wagers or goods or other valuables. Possession of one | • Disciplinary Segregation: Up to 20 days |

| | | | |
|---|---|---|---|
| | | the degree of negligence involved may be utilized in defense of the charge. | • Confinement of Dormitory, Room, or Cell: Up to 30 days<br>• Extra Duty: Up to 8 days<br>• Forfeiture of Good Time: Up to 90 days<br>• Failure to Earn Incentive Wages: Up to 12 months<br>• Loss of Hobby Craft: Up to 12 months<br>• Loss of Visiting Privileges: Up to 90 days |
| 18 | **Radio, CD, or Electronic Media Player Abuse (Schedule A)** | Radios or tape players, CD players, or other electronic media players or devices must be used in accordance with the posted policies of the facility. Violations of posted policies regarding these devices may be processed under this rule. In addition to any sanction that may be imposed by the Disciplinary Officer or Disciplinary Board, the ranking employee on duty may confiscate the device for a period of up to 30 days. | • Reprimand: At the discretion of the Board<br>• Loss of Electronic Media Player/TV: Up to 14 days<br>• Extra Duty: Up to 4 days<br>• Loss of Canteen Privileges: Up to 14 days<br>• Loss of Telephone Privileges: Up to 14 days |

| | | | |
|---|---|---|---|
| 21 | **Sex Offenses, Aggravated (Schedule B)** | Nonconsensual or consensual sexual acts involving offender-on-offender, offender-on-staff, or non-incarcerated person is strictly prohibited. Contact by any offender of any person without the person's consent or of a person who is unable to consent or refuse through coercion is strictly prohibited. There can be no consensual sex in a custodial or supervisory relationship. The following sexual behaviors are prohibited and the provisions of Department Regulation No. OP-A-15 ("Prison Rape Elimination Act") shall be followed for all allegations of a violation of Subparts A, B, C, and D.<br><br>A. Nonconsensual Sexual Act (offender-on-offender): Contact between the penis and the vagina and the anus including penetration, however slight; contact between the mouth and the penis, vagina, anus, groin, breast, inner thigh or buttocks; penetration of the anal and/or genital opening of another offender by a hand, finger, or other object. No offender shall sexually harass another offender by force or threat of force.<br><br>B. Abusive Sexual Contact (offender-on-offender): Contact such as, but not limited to, intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, buttocks, or mouth of any person. No offender shall sexually assault another offender by force or threat of force.<br><br>C. Sexual Misconduct (offender-on-offender): Contact or attempted contact between the penis and the vagina or the penis and the anus including penetration or attempted | **A**<br>• Disciplinary Segregation: Up to 180 days.<br>• Forfeiture of Good Time: Up to 90 days<br>• Failure to Earn Incentive Wages: Up to 12 months<br><br>**B**<br>• Disciplinary Segregation: Up to 90 days<br>• Forfeiture of Good Time: Up to 90 days<br>• Failure to Earn Incentive Wages: Up to 12 months<br><br>**C**<br>• Disciplinary Segregation: Up to 90 days<br>• Forfeiture of Good Time: Up to 90 days<br>• Failure to Earn Incentive Wages: Up to 12 months<br><br>**D**<br>• Disciplinary Segregation: Up to 90 days |

| | | | |
|---|---|---|---|
| 21 | **Sex Offenses, Aggravated (Schedule B)**<br><br>**Continued** | telephone.<br><br>G. Overt display of affection in a manner that may elicit sexual arousal with anyone is prohibited. | |
| 22 | **Theft (Schedule B)** | No offender shall steal from anyone.<br><br>Fraud or the deliberate misrepresentation of fact to secure material return, special favors, or considerations is also a form of theft.<br><br>An offender who knowingly submits clear and obvious false information to any employee within the Department of Public Safety and Corrections is guilty of this violation.<br><br>No offender shall have stolen items under his immediate control. No offender shall have institutional property—including food—under his immediate control unless he has specific permission. (Refer to Rule No. 1. for the definition of "area of immediate control"). | • Confinement to Dormitory, Room or Cell: Up to 30 days<br>• Extra Duty: Up to 8 days<br>• Disciplinary Segregation: Up to 90 days<br>• Forfeiture of Good Time: Up to 90 days<br>• Failure to Earn Incentive Wages: Up to 12 months<br>• Loss of Hobby Craft: Up to 12 months<br>• Loss of Visiting: Up to 90 days |
| 23 | **Forgery (Schedule B)** | Forgery, which is a form of theft, is the unauthorized altering or signing of a document to secure material return or special favors or considerations. The very act of forgery will constitute proof of the crime. The forgery need not have been successful in its conclusion. | • Confinement to Dormitory, Room or Cell: Up to 30 days<br>• Extra Duty: Up to 8 days |

| | | | |
|---|---|---|---|
| 26 | **Unsanitary Practices (Schedule A)**<br><br>**Continued** | and cannot wear shirts that leave the armpits exposed or shorts into the kitchen or dining area. Chewing gum in the kitchen or dining area is prohibited. | • Extra Duty: Up to 4 days<br>• Loss of Canteen Privileges: Up to 14 days<br>• Loss of Telephone Privileges: Up to 14 days<br>• Confinement to Dormitory, Room or Cell: Up to 14 days |
| 27 | **Work Offenses (Schedule A)** | Offenders must perform their assigned tasks with reasonable speed and efficiency. Though offenders have specific job assignments, it may be required that they do work other than what their job assignments require. This work shall also be done cooperatively and with reasonable speed and efficiency. Being present, but failing to answer at the proper time during work roll call is a violation. A school assignment is considered to be a work assignment for the purposes of this rule. | • Reprimand: At the discretion of the Board<br>• Loss of Electronic Media Player/TV: Up to 14 days<br>• Extra Duty: Up to 4 days<br>• Loss of Canteen Privileges: Up to 14 days<br>• Loss of Telephone Privileges: Up to 14 days<br>• Confinement to Dormitory, Room or Cell: Up to 14 days |

| | | | |
|---|---|---|---|
| 30 | **General Prohibited Behaviors (Schedule B)** | The following behaviors, which may impair or threaten the security or stability of the unit or wellbeing of an employee, visitor, guest, offender or their families, are prohibited:<br><br>A. Strong-arming or using threats of violence or perceived harm or reprisal to secure gain or favor for oneself or others;<br><br>C. Threatening, planning, conspiring, or attempting to commit a violation of the rules of behavior for adult offenders or state and federal laws; aiding or abetting another offender involved in committing a violation of the rules or state and federal laws;<br><br>D. Engaging in or making an attempt to engage in a non-professional relationship with an employee, visitor, guest, their families, or other person the offender may come in contact with while incarcerated;<br><br>E. Trafficking in drugs or alcohol, stolen goods, or sexual favors;<br><br>F. Organizing or participating in a scam or | • Loss of Minor Privilege: Up to 12 weeks<br>• Confinement to Dormitory, Room or Cell: Up to 30 days<br>• Extra Duty: Up to 8 days<br>• Disciplinary Segregation: Up to 180 days<br>• Forfeiture of Good Time: Up to 90 days<br>• Failure to Earn Incentive Wages: Up to 12 months<br>• Loss of Hobby Craft: Up to 12 months |

| | | | |
|---|---|---|---|
| 30 | **General Prohibited Behaviors (Schedule B)**<br><br>**Continued** | N. Communicating or visiting with outsiders when not approved or communicating or visiting with any person after being given instructions not to communicate or visit with that person;<br><br>P. Participant in, organizing or advocating a work stoppage;<br><br>Q. Making or attempting to make credit purchases;<br><br>R. Abusing any of the DOC administrative grievance processes;<br><br>S. Belonging to a gang, advocating membership in a gang, or participating in any gang related activities, including any form of gang or group identification or signaling;<br><br>T. Misrepresenting oneself to an employee, visitor, guest, or the public;<br><br>U. Starting, causing, assisting in the creation of any fire, heat, or spark of any nature by any means or methods, or attempting to start a fire or attempting to heat substances utilizing electrical or mechanical devices or any other means, other than in the performance of an approved work assignment;<br><br>V. Failing to cooperate with an investigation;<br><br>W. Any behavior not specifically enumerated herein that may impair or threaten the security or stability of the unit or well-being of an employee, visitor, guest, offender, or their families may still be the subject of a Disciplinary Report and all Schedule B penalties except for forfeiture of good time or ~~loss of incentive wages;~~ | |
| | | X. Establishing or maintaining an account on any Internet-based social networking website, | |

# PART IV (B)

## OFFENDER RIGHTS AND RESPONSIBILITIES

1. The right to be given a written copy of the Disciplinary Report at least 24 hours before the hearing. The Disciplinary Report shall describe the contents of the charges against the offender. The offender may waive this right in writing.

2. The right to a hearing within 72 hours of placement in segregation for a rule violation.

   Note: See Chapter 3 "Disciplinary Hearings and Sanctions," Section 3(C) for specific instructions regarding the "72 Hour Rule."

3. The right to Counsel Substitute for all alleged violations and the right to outside retained Counsel, if the alleged violation is one for which the offender could also be charged in a criminal court.

4. The right to not be compelled to incriminate himself.

5. The right to present evidence and witnesses on his behalf and to request cross-examination of the accuser provided such request is relevant, not repetitious, not unduly burdensome to the institution, and not unduly hazardous to staff or offender safety. The Boardhas the option of stipulating expected testimony from witnesses. In such cases, the record of the hearing shall contain a statement indicating the nature of the stipulated testimony. The Board should assign proper weight to such testimony as though the witness had actually appeared. The accusing employee must be summoned when the report is based solely on information from Confidential Informants, if such a motion is raised.

6. The right to an unbiased hearing. Any Chairman or Member directly involved in the incident, who is biased for or against the accused, or who is in a therapeutic relationship with the offender that would be jeopardized by the therapist's presence on the Disciplinary Board, cannot hear the case unless the accused waives recusal in writing or verbally on the record. Performance of a routine administrative duty does not necessarily constitute direct involvement or bias.

7. The right to enter a separate plea to each rule violation for which he is charged.

8. The right to a written summary of the evidence and reasons for the judgment, including reasons for the sanction imposed, when the accused entered a plea of "Not Guilty" and was found "Guilty" by the Disciplinary Board. The convicted offender shall be given or sent a written summary.

9. The right to appeal the decision consistent with the appropriate appeal procedure.

**Planning for Parole:**

Regardless, offenders should begin planning for their tentative parole date the moment they are confined. A keen introspective eye is one thing that the Committee may focus on when considering an offender for parole. The offender should consider his or her strengths and weaknesses, focusing on the strengths and striving to correct the weaknesses. By working through identified issues (such as a bad temper or an addition) through therapy, rehabilitation and hard work while incarcerated, an offender will improve his or her chances of impressing the Committee as a low risk to society when it is time for parole consideration.

Aside from personal inventories, offenders should also consider educational and vocational training opportunities. Gainful employment when released will improve an offender's successful completion of the parole supervision period. Many offenders acquire their GEDs or other education while confined which helps them in obtaining such employment. The offender should also consider where he or she will live once released (a residence plan), be it his or her prior home, a new residence, the home of friends or family, or possibly a halfway house or residential facility. Developing a solid release plan for oneself is an example of an offender's readiness for community supervision.

**Louisiana Committee on Parole:**

The Louisiana Committee on Parole, a committee within the Louisiana Board of Pardons, is the sole authority for granting parole. The Committee consists of seven members and is selected by the Governor of Louisiana and is approved by the Senate.

**The Parole Process:**

All calculations for parole eligibility are computed by the Department of Public Safety and Corrections. Each month, an initial parole list is sent to the Committee on Parole's office. These offenders, along with any offender offered reconsideration by the Committee, are scheduled for a public hearing unless the offender has been deemed ineligible for parole consideration. Cases are usually reviewed at least 6 months prior to the initial eligibility date.

**Parole Plan:**

Prior to his/her parole hearing, the offender is responsible for the development of a parole to be presented to the Committee. Prison staff and Parole Officers assist and facilitate the completion of the parole plan. A comprehensive parole plan must be prepared by each offender for consideration by the Committee on Parole. Each plan shall include a suitable living situation, gainful employment or training or a school program. All release plans will be approved by the local Probations & Parole staff prior to an offender being released on parole.

**Pre-Parole Investigation:**

Before the Committee on Parole interviews an offender for parole consideration, it requests detailed reports and information from the Department of Public Safety and Corrections, Board Staff and if a case warrants from professional staff such as physicians or psychologists. Sources of information include arrest and court records, pre-sentence investigations, existing psychological evaluations and reports from any treatment programs an offender may have attended. Other prison records that include work and conduct records, educational and

offender's case, they are encouraged to do so. All attempts are made to inform known and/or registered victims of an offender's impending parole hearing.

**Rescission:**

Parole may be withdrawn prior to release as a result of improper conduct or new evidence and information that was not available at which parole was granted. In such cases the Committee may rescind the offender's parole and the offender will be provided a subsequent hearing before a parole panel.

**Parole Supervision:**

An offender's parole is subject to all rules and conditions set by the Committee and violations thereof subject the parolee to revocation and return to custody for the remainder of the sentence. Rules and conditions are stated in writing and are part of an agreement signed by the parolee. A parolee also must pay a supervisory fee for each month under supervision. The Committee may reduce or waive the fee or suspend the monthly payment if payment would cause the parolee significant financial hardship. The Committee may order additional special conditions. Any special condition imposed must be approved by the Committee. Special conditions must not be unrealistic or vague and must be reasonable related to the offender's crime, public safety or the circumstances and rehabilitation of the offender.

Following a granted parole request the parolee will be assigned a parole officer and will be given the list of requirements and restrictions as set forth by the Committee. If these stipulations are violated, the parolee will likely be returned to prison. To be successful on parole, an offender must maintain open communication with the parole officer. It is especially important to be honest and to let the parole officer know about problems that may exist so that a referral to an appropriate service provider may be made before a violation of the conditions of supervision occurs.

Some mistakes that may lead to re-imprisonment (parole revocation) include drug or alcohol use, using a weapon, failing to make regular contact with the parole officer, involvement in criminal activity and failure to pay victim restitution. Essentially the parolee must follow all of the mandates set before him or her by the Committee until the sentence is terminated.

**Warrant for Arrest (for alleged violations of conditions of supervision):**

When an offender who is subject to supervision has allegedly violated a condition of his/her release, the Committee on Parole may issue a warrant for the parolee's arrest.

**Preliminary Hearing:**

In most circumstances an arrested parolee is afforded a preliminary hearing within a reasonable time at or near the place of the alleged violation. A parole officer and a hearing officer conduct this hearing. The purpose of the hearing is to determine whether there is probable cause to believe the parolee violated one or more parole conditions or whether the offender should be held in custody pending the Committee's decision on revocation. If probable cause is found the Committee will schedule a formal revocation hearing. The parolee may waive the right to the final revocation hearing by the Committee but by doing so, the offender admits to the violations as outlined in the report of violation.

Approved:

Jeremy Wiley, Warden