**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ROBERT YOUNG, | * | Civil Docket Number: |
| | * | 23-681-SDD-RLB |
| Plaintiff, | * | |
| | * | |
| v. | * | JUDGE: |
| | * | SHELLY D. DICK |
| JAMES LEBLANC, SECRETARY OF | * | |
| DEPARTMENT OF PUBLIC SAFETY AND | * | |
| CORRECTIONS, et al. | * | MAGISTRATE: |
| | * | RICHARD L. BOURGEOIS |
| Defendants. | * | |

### NOTICE OF PARTIAL SETTLEMENT
### AND UNOPPOSED MOTION FOR DISMISSAL OF CLAIMS
### AGAINST TONY MANCUSO, SHERIFF OF CALCASIEU PARISH

NOW INTO COURT comes Plaintiff Robert Young who files this notice of settlement and motion to dismiss his claims against Tony Mancuso, former Sheriff of Calcasieu Parish ("Mancuso"), without prejudice pending perfection of settlement agreement between those parties.

The parties wish to advise the Court that following discussions between counsel for Plaintiff and Mancuso and consultation with their respective clients, Plaintiff Young and Mancuso have reached a settlement agreement. All other claims against all other parties, including Catahoula Parish Sheriff's Office and Department of Public Safety and Corrections Defendants remain.

Accordingly, Plaintiff requests that all claims against Mancuso be dismissed with each party to bear their own costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. Plaintiff further requests that the Court retain jurisdiction to enforce the compromise agreed upon by the parties.

Plaintiff will file a motion for dismissal, with prejudice, of all claims against Calcasieu Parish Sheriff when settlement documents are executed and settlement is perfected.

Mancuso does not oppose Plaintiff's partial motion to dismiss.

WHEREFORE, Plaintiff requests that this Court order all claims against Tony Mancuso, former Sheriff of Calcasieu Parish be dismissed with each party to bear their own costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. Plaintiff further requests that the Court this Court retain jurisdiction to enforce the compromise agreed upon by the parties.

Respectfully submitted,

/s/ Elizabeth Cumming_____
**ELIZABETH CUMMING (**Bar Roll No. 31685), T.A.
**EMILY WASHINGTON** (Bar Roll No. 34143)
**JACK STEPHENS (**Bar Roll No. 41468)
Roderick and Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
Phone: (504) 620-2259
Fax: (504) 208-3133
elizabeth.cumming@macarthurjustice.org
emily.washingting@macarthurjustice.org

-AND-

/s/ Stephen J. Haedicke
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke
1040 Saint Ferdinand St.
New Orleans, LA 70117
(504)291-6999 Telephone
(504)291-6998 Fax
stephen@haedickelaw.com

*Attorneys for Plaintiff*