**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ROBERT YOUNG, | *  Civil Docket Number: |
| | *  23-681-SDD-RLB |
| Plaintiff, | * |
| | * |
| v. | *  JUDGE: |
| | *  SHELLY D. DICK |
| JAMES LEBLANC, SECRETARY OF | * |
| DEPARTMENT OF PUBLIC SAFETY AND | * |
| CORRECTIONS, et al. | *  MAGISTRATE: |
| | *  RICHARD L. BOURGEOIS |
| Defendants. | * |

### PROPOSED ORDER

The Court, having been advised that Plaintiff Young and Defendant Tony Mancuso, former Sheriff of Calcasieu Parish, have firmly agreed upon a compromise,

IT IS HEREBY ORDERED that all claims against Tony Mancuso, former Sheriff of Calcasieu Parish, be dismissed with each party to bear their own costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. All other claims against other Defendants, including Catahoula Parish Sheriff's Office Defendants and Department of Public Safety and Corrections Defendants remain.

IT IS FURTHER ORDERED that the Court retains jurisdiction to enforce the compromise agreed upon by those parties.

IT IS FUTHER ORDERED that Plaintiff and Tony Mancuso, former Sheriff of Calcasieu Parish, are directed to file an appropriate order of dismissal, with prejudice, as soon as the settlement documents are executed and settlement is perfected.

Baton Rouge, Louisiana, this _____ day of _____, 2025.

_____
SHELLY D. DICK
CHIEF UNITED STATES JUDGE
MIDDLE DISTRICT OF LOUISIANA