# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ROBERT YOUNG

VERSUS

JAMES LEBLANC, SECRETARY OF
DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONS, ET AL.

CIVIL ACTION

23-681-SDD-RLB

## ORDER

**CONSIDERING** the *Notice of Partial Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiff's claims against the Catahoula Parish Sheriff's Office and Defendants Toney Edwards, Eric Stott, Pat Book, William Beason, Joseph Prince, David Guthrie, Alondra Sanchez and Margie Price (collectively referred to as "Catahoula Parish Sheriff's Office Defendants") are hereby DISMISSED without prejudice to the right, upon good clause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on <u>October 27, 2025</u>.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 143.