UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBERT YOUNG**

**VERSUS**

**JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.**

**CIVIL NUMBER**

**23-681-SDD-RLB**

### ORDER

Considering the jury began their deliberations on December 11, 2025,

**IT IS ORDERED** that the Clerk of Court for the Middle District of Louisiana shall provide lunch for the jurors on Thursday, December 11, 2025.

Signed in Baton Rouge, Louisiana on <u>December 11, 2025</u>.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**