# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ROBERT YOUNG                                                     CIVIL ACTION

VERSUS                                                       23-681-SDD-RLB

JAMES LEBLANC, ET AL.

## JUDGMENT

Considering the Verdict[1] rendered by the jury at the completion of the trial of this matter:

Judgment is hereby entered in favor of Plaintiff, Robert Young, and against Defendants, James LeBlanc and Seth Smith, in the total amount of $250,000.00, which is comprised of:

$50,000.00 in total compensatory damages as to Defendants James LeBlanc and Seth Smith collectively;

$100,000.00 in punitive damages as to Defendant James LeBlanc; and

$100,000.00 in punitive damages as to Defendant Seth Smith.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 17th day of December, 2025.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 196.