# EXHIBIT A

RECEIPT AND RELEASE

BE IT KNOWN, That on this 25th day of July, 2025, two thousand twenty-five, 2025;

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified, in and for the Parish of Calcasieu, State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned:

PERSONALLY CAME AND APPEARED:

**ROBERT YOUNG**

person of the full age of majority (hereinafter "Appearer"), who, being duly sworn by me, Notary, declared that for and in consideration of the sum of TWENTY-FIVE THOUSAND AND NO/100 ($25,000.00) DOLLARS ("the Settlement Payment"), cash paid to the Appearer this day, he makes the covenants and promises in this Receipt and Release of All Claims against: (1) Tony Mancuso ("Mancuso"), in his individually capacity and in his official capacity as the former Sheriff of Calcasieu Parish, (2) Gary "Stitch" Guillory ("Guillory"), in his official capacity as the current Sheriff of Calcasieu Parish, and (3) the Calcasieu Parish Sheriff's Office ("CPSO") (Mancuso, Guillory, and CPSO hereinafter collectively referred to as the "Released Parties").

The Released Parties and Appearer, parties to this instrument, enter this agreement in the interest of avoiding the expense of further litigation, and for other valuable consideration as described herein, in satisfaction of all claims, causes of action and demands of whatever kind or nature which Appearer now has, or may have in the future, whether sounding in tort, contract and quasi-contract, or under any law, statutory or otherwise, of any state and/or of the United States, specifically including, but not limited to, claims for breach of express or implied duties or warranties, strict liability, negligence, failure to warn, negligent or fraudulent misrepresentation, conspiracy, intentional acts, wanton or reckless disregard for public safety, gross negligence and/or reckless wrongdoing, including survival action and wrongful death, exemplary and/or punitive damages and any other derivative claims, including but not limited to, claims for pain and suffering, disability, mental anguish, impairment, loss of consortium, loss of society, loss of service, loss of wages (past and future), diminished earning capacity (past and future), loss of income or other benefits (past and future), medical and hospital expenses (past and future), workers' compensation claims, interest, attorney fees, legal expenses and any other loss or damage of whatever kind or nature (collectively referred to herein as the "Released Claims") which

1

Bureau of Criminal Identification & Records
Calcasieu Parish Sheriff's Office
PO Box 2185, Lake Charles, LA 70602
Legal Division

Appearer may have or has against Released Parties, their officers, directors, agents, representatives, and employees, past, present and future of each, and the respective heirs, executors, administrators, insurers (in their capacity and to the extent they are insurers for the Released Parties for the claims released herein only), predecessors, successors and assigns of all the foregoing, related to, resulting, arising, and/or accruing from: (1) the incarceration of Appearer at Catahoula Correctional Center from October 28, 2020 through August 22, 2022, ("the Incarceration Period") and/or (2) the assault on Appearer in August 2022, at the Catahoula Correctional Center ("the Incident"), which gave rise to <u>Young v. LeBlanc, et al.</u> Docket No. 23-cv-681-SDD-RLB, on the docket of the United States District Court for the Middle District of Louisiana ("the Lawsuit").

Appearer does by these presents accept the Settlement Payment as full payment, release, and discharge of any and all Released Claims which he has or may have against the Released Parties, their officers, directors, agents, representatives, and employees, past, present and future of each, and the respective heirs, executors, administrators, insurers (in their capacity and to the extent they are insurers for the Released Parties for the claims released herein only), predecessors, successors and assigns of all the foregoing related to, resulting, arising, and/or accruing from: (1) the Incarceration Period, and/or (2) the Incident, which gave rise to the Lawsuit.

Settlement Payment is solely related to settlement of claims arising from Appearer's incarceration at the Catahoula Correctional Center between October 28, 2020 and August 22, 2022, and is not payment or compensation related in any way to medical care previously received or that may be received in the future by Appearer. By execution hereof, and upon execution of payments described above, Appearer shall completely relieve and release the Released Parties of any and all liability in connection therewith.

Appearer hereby expresses, as a part of this Receipt and Release, that the Settlement Payment fully and completely compensates and satisfies Appearer, and that no claim belonging to Appearer, (including claims filed in other jurisdictions), or cause of action of any type, is being reserved against the Released Parties, as a result of or in any way related to the Incident or the Released Claims. If this Receipt and Release is construed to reserve to Appearer any of Appearer's claims, rights, and/or causes of action against the Released Parties, then, in that event, Appearer hereby agrees that, as part of the consideration for this Receipt and Release and Settlement Payment, any and all such claims and rights are hereby assigned to the Released Parties. In further

Bureau of Criminal Identification & Records
Calcasieu Parish Sheriff's Office
PO Box 2185, Lake Charles, LA 70602
Legal Division

consideration of the Settlement Payment, Appearer individually, and for their beneficiaries, heirs, administrators, executors, legal representatives, successors and assigns, has, with the exception of any claims by the insured Released Parties against their own insurers, contractors and subcontractors, hereby agrees to defend, indemnify and hold harmless the Released Parties from and against any and all claims, suits, demands and causes of action filed by Appearer against any of Released Parties, and from and against the collection of any and all judgments rendered as a result thereof, which arise in any way as a result of the Incident, regardless of whether any of the aforesaid claims, suits, demands, causes of action or judgments are based on the negligence, fault, strict liability, intentional act, tort, contract or any other legal basis for which recovery may be sought against the Released Parties; the said claims, suits, demands and causes of action to include, but are not limited to, any and all claims by Appearer for survival action and wrongful death, contribution, indemnity, recoupment of payments made or to be made pursuant to any obligation and any claim which may be brought against any Releasee herein by or on behalf of Appearer or their beneficiaries, with the exception of any claims by the insured Released Parties against their insurers, contractors and subcontractors.

Appearer, further accepting the Settlement Payment herein, also represents to Released Parties, that there exists no liens of any kind, including without limitation, any attorney fee contracts to lawyers other than Appearer's attorneys of record herein, state and/or federal government health or medical care intervention, or lien against any monies or benefits which he has received, and that no such intervention or lien has been recorded or asserted in any lawsuit filed by Appearer. Appearer further agrees that if such a lien or intervention is found to exist, Appearer agrees to defend, indemnify, and hold Released Parties harmless from and against the collection of any judgment in favor of any lienor or intervenor which may be in any way related to, result from or arise out of any injuries, damages or losses sustained by Appearer, as a result of or relating to, resulting from or arising out of the Incarceration Period and/or the Incident, regardless of whether or not any such judgments are based on the negligence, fault, strict liability, intentional act/tort, contract or any other legal basis for which recovery may be sought against Released Parties.

Upon receipt of payment, the undersigned Appearer does hereby specifically authorize, direct, and instruct his counsel to file a Motion to Dismiss with Prejudice any and all claims, demands, and causes of action and litigation which were raised, or which could have been raised

3

Bureau of Criminal Identification & Records
Calcasieu Parish Sheriff's Office
PO Box 2185, Lake Charles, LA 70602
Legal Division

against Calcasieu Parish Sheriff and former Sheriff Tony Mancuso in the Lawsuit, with each party to bear their own costs.

Appearer further agrees that the monetary amount of this settlement shall be confidential and privileged information between Appearer and Released Parties.

Appearer shall not disclose anything regarding the monetary amount of this settlement to any other person or entity not directly affiliated with Released Parties, EXCEPT (a) by written agreement of both Appearer and Released Parties; (b) as required by law or court order with notice to Released Parties to allow a written objection or to otherwise contest such disclosure; or (c) for Appearer to conduct his normal financial affairs, such as disclosure to an accountant, tax preparer, or financial consultant, and then only after having first communicated this requirement of confidentiality.

Further, except with the written agreement of Released Parties, Appearer nor Appearer's counsel nor other Appearer's representatives, shall not make, issue, or distribute any press release, publicity notice, statement, or communication intended to be disseminated through the press or media of any kind regarding the monetary terms of the settlement.

The non-disclosure and confidentiality of settlement amount are material parts of this Receipt and Release, and is intended to apply to and be binding upon Appearer personally, and all employees, agents, and other representatives of Appearer.

Appearer further declares that he has read this instrument and understands its contents, that the same has been executed by him voluntarily, and that no representations of any sort have been made to him in respect to any of the matters and things therein set forth.

*****SIGNATURE PAGE TO FOLLOW*****

4

Bureau of Criminal Identification & Records
Calcasieu Parish Sheriff's Office
PO Box 2185, Lake Charles, LA 70602
Legal Division

THUS DONE AND PASSED in ___Calcasieu___ Parish, Louisiana, on the day set forth above, before me, Notary, and the undersigned competent witnesses who hereunto affix their signatures hereto below along with me, and the Appearer, after a reading of the whole.

WITNESSES:

___Peggy Young___  
Signature of Witness

___Peggy Young___  
Printed Name of Witness

___M Young___  
Signature of Witness

___M S. Young___  
Printed Name of Witness

___Brandi Hallman___  
Printed Name: Brandi Hallman  
Notary Public  
No. 135305  
My commission expires upon ___death___.

___Robert Young___  
Robert Young



A TRUE COPY  
___[signature]___  
Bureau of Criminal Identification & Records  
Calcasieu Parish Sheriff's Department  
Lake Charles, LA

5

Bureau of Criminal Identification & Records  
Calcasieu Parish Sheriff's Office  
PO Box 2185, Lake Charles, LA 70602  
Legal Division