# EXHIBIT B

RECEIPT AND RELEASE

BE IT KNOWN, That on this 8th day of December, two thousand twenty-five, 2025;

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified, in and for the Parish of East Baton Rouge, State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned:

PERSONALLY CAME AND APPEARED:

**ROBERT YOUNG**

person of the full age of majority (hereinafter "Appearer"), who, being duly sworn by me, Notary, declared that for and in consideration of the sum of NINETY THOUSAND AND NO/100 ($90,000.00) DOLLARS, cash paid to the Appearer this day, he makes the covenants and promises in this Receipt and Release of All Claims against the Catahoula Parish Sheriff, individually and in his official capacity; Toney Edwards; the Catahoula Parish Sheriff's Office and its employees and insurers; Eric Stott; Pat Book; William Beason; Joseph Prince; David Guthrie; Alondra Sanchez; Margie Price.

Catahoula Parish Sheriff and Robert Young, parties to this instrument, enter this agreement in the interest of avoiding the expense of further litigation, and for other valuable consideration as described herein, in satisfaction of all claims and demands of every kind and character which Appearer may have or has against the Catahoula Parish Sheriff's Office, its deputies and employees, specifically including Eric Stott, Pat Book, William Beason, Joseph Prince, David Guthrie, Alondra Sanchez, Margie Price, and Sheriff Toney Edwards (hereinafter collectively referred to as the "Released Parties") arising from or accruing from the incarceration and assault of Robert Young in August 2022, in Catahoula Correctional Center, which gave rise to Young v. LeBlanc, et al, Docket No. 23-cv-681-SDD-RLB, on the docket of the United States District Court for the Middle District of Louisiana.

Robert Young does by these presents accept said sum of money as full payment, release, and discharge of any and all claims and demands, of every kind and character which he has or may have against the Released Parties arising or accruing as the result of the incarceration and assault of Robert Young in August 2022, in Catahoula Correctional Center, which gave rise to Young v. LeBlanc, et al, Docket No. 23-cv-681-SDD-RLB, on the docket of the United States District Court for the Middle District of Louisiana.

1

Payment of said sum of money is solely related to settlement of claims arising from Mr. Young's incarceration at Catahoula Correctional Center in August 2022, and is not payment or compensation related in any way to medical care previously received or that may be received in the future by Robert Young. By execution hereof, and upon execution of payments described above, Appearer shall completely relieve and release the Released Parties of any and all liability in connection therewith.

Upon receipt of payment, the undersigned Appearer does hereby specifically authorize, direct, and instruct his counsel to file a Motion to Dismiss with Prejudice any and all claims, demands, and causes of action and litigation which were raised, or which could have been raised against Catahoula Parish Sheriff and Released Parties in the civil lawsuit entitled: <u>Young v. LeBlanc, et al</u>, Docket No. 23-cv-681-SDD-RLB, on the docket of the United States District Court for the Middle District of Louisiana, with each party to bear their own costs.

Appearer further declares that he has read this instrument and understands its contents, that the same has been executed by him voluntarily, and that no representations of any sort have been made to him in respect to any of the matters and things therein set forth.

THUS DONE AND PASSED in _East Baton Rouge_ Parish, Louisiana, on the day set forth above, before me, Notary, and the undersigned competent witnesses who hereunto affix their signatures hereto below along with me, and the Appearers, after a reading of the whole.

WITNESSES:

_____     _____
Signature of Witness                                    Robert Young

_Jack Stephens_
Printed Name of Witness

_____
Signature of Witness

_EMILY WASHINGTON_
Printed Name of Witness

_____
Printed Name: _Elizabeth Cummins_
Notary Public
No. _31685_
My commission expires upon _Death_.

2