**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ROBERT YOUNG<br><br>PLAINTIFF,<br><br>v.<br><br>JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al,<br><br>DEFENDANTS. | CIVIL ACTION NO. 3:23-cv-681-SDD-RLB |

**DEFENDANTS', JAMES LEBLANC & SETH SMITH, MOTION TO STAY RULING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS & EXPENSES (R. DOC. 234) OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS & EXPENSES**

**NOW INTO COURT,** come Defendants, James LeBlanc and Seth Smith (State Defendants), who request this Court to stay its ruling on Plaintiff's Motion for Attorneys' Fees, Costs & Expenses (R. Doc. 234) until after State Defendants' appeal of the trial Judgment (R. Doc. 199) and the Ruling on Defendants' Combined Rule 50(B), Rule 59(A), and Rule 59(E) Motions (R. Doc. 206) has been resolved for the reasons more fully set forth in the accompanying memorandum in support. In the alternative—if State Defendants' request for a stay is denied—State Defendants request this Court grant them an additional 15 days—up to and including Friday, August 28, 2026—by which to file their Opposition to Plaintiff's Motion for Attorneys' Fees, Costs & Expenses.

I.

On July 24, 2026, plaintiff, Robert Young, filed a Motion for Attorneys' Fees, Costs & Expenses (R. Doc. 234).

II.

**The State Defendants' opposition is currently due Thursday, August 13, 2026.**

III.

A Notice of Appeal (R. Doc. 235) was filed on August 12, 2026 on behalf of the State Defendants appealing from the Judgment affirming the jury verdict (R. Doc. 199), as well as the Ruling denying State Defendants' Combined Rule 50(B), Rule 59(A), and Rule 59(E) Motions. (R. Doc. 206).

IV.

This Court has discretion to stay the ruling on Young's motion until the State Defendants' appeal is resolved. *In re First South Sav. Ass'n,* 820 F.2d 700, 709 (5th Cir. 1987); Fed. R. Civ. P. 54(d)(2) advisory committee's note to 1993 amendment.

V.

Plaintiff's counsel have been contacted and have indicated their client takes no position on the State Defendants' Motion to Stay Ruling.

VI.

In the alternative—if this Court denies their Motion to Stay Ruling—the State Defendants request this Court grant them an additional 15 days—up to and including Friday, August 28, 2026—by which to file their Opposition to Plaintiff's Motion for Attorneys' Fees, Costs & Expenses. Good cause exists for this request due to undersigned counsel's pre-existing court appearances and pleading deadlines in other matters during the filing period that substantially limited the time available to prepare a thorough response to Young's Motion for Attorneys' Fees, Costs & Expenses. Some of these pre-existing commitments included: an August 6, 2026 hearing on Motion to Quash Subpoena Duces Tecum on behalf of Judge Kern Reese in Orleans Parish Civil District Court in the matter entitled, *In re: Succession of Mercedes Walker,* Docket No. 2011-

1948, Div. J; an Opposition to Motion for Summary Judgment that was due on August 7, 2026 in the Western District of Louisiana in the matter entitled, *Billy Ray Dew v. State of Louisiana, et al,* Docket No. 3:26-CV-01659; a Reply to Plaintiff's Opposition to Motion to Dismiss that was due on August 10, 2026 in the Western District of Louisiana in the matter entitled, *Billy Ray Dew v. State of Louisiana, et al,* Docket No. 3:26-CV-01659; and an Opposition to Plaintiff's Motion for Leave to File Amended and Supplemental Complaint that was due on August 11, 2026, in the Middle District of Louisiana in the matter entitled *Henry Klein v. Liz Murrill, et al,* Docket No. 3:26-CV-00104.

**WHEREFORE,** State Defendants, James LeBlanc and Seth Smith, respectfully request this Court grant their Motion to Stay Ruling on Plaintiff's Motion for Attorneys' Fees, Costs & Expenses until their appeal on the merits is resolved or, in the alternative, grant them an additional 15 days—up to and including Friday, August 28, 2026—by which to file their opposition to Plaintiff, Robert Young's, motion for fees and costs.

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

*S/Karen D. Murphy*
**KAREN D. MURPHY** (#25192)
**DOUGLAS G. SWENSON** (#28773)
Assistant Attorneys General
**LOUISIANA DEPT. OF JUSTICE**
Litigation Division
1885 N. Third Street, 3rd Floor
Baton Rouge, LA 70802
Telephone: (225) 326-6300
Facsimile: (225) 326-6494
Email: MurphyK@ag.louisiana.gov
SwensonD@ag.louisiana.gov

***Counsel for Defendants, James LeBlanc and Seth Smith***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of August 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

*/s/ Karen D. Murphy*
**KAREN D. MURPHY**