**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| ROBERT YOUNG<br><br>PLAINTIFF,<br><br>v.<br><br>JAMES LEBLANC, SECRETARY OF DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, et al,<br><br>DEFENDANTS. | CIVIL ACTION NO. 3:23-cv-681-SDD-RLB |

**O R D E R**

Considering the foregoing Defendants' Motion for Extension of Time to File Opposition to Plaintiff's Motion for Attorneys' Fees, Costs & Expenses (R. Doc. 234);

**IT IS HEREBY ORDERED** that the Motion for Extension of Time is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants shall file their Opposition to Plaintiff's Motion for Attorneys' Fees, Costs & Expenses **on or before August 28, 2026.**

**BATON ROUGE, LOUISIANA,** this _____ day of August, 2026.

______________________________________
**UNITED STATES DISTRICT JUDGE**